IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Richard Wayne Wright sr. Bey
Full name and prison number
of plaintiff(s)  187140

v.

Richard Allen et.al. In their
official and Individual
Capacity (see additional
Pages listing remaining
Defendants)
Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 2:06CV863-WKW
(To be supplied by Clerk of
U.S. District Court)

**DEMAND FOR JURY TRIAL**

I.    PREVIOUS LAWSUITS
A.    Have you begun other lawsuits in state or federal court
dealing with the same or similar facts involved in this
action? YES (X)  NO (   )

B.    Have you begun other lawsuits in state or federal court
relating to your imprisonment? YES (X)  NO (   )

C.    If your answer to A or B is yes, describe each lawsuit
in the space below. (If there is more than one lawsuit,
describe the additional lawsuits on another piece of
paper, using the same outline.)

1.    Parties to this previous lawsuit:

Plaintiff(s) Richard Wayne Wright, Sr. Bey
# 187140

Defendant(s) Sylvester Nettles, et.al.; J.C. Giles
James Deloach et.al.; Lt. Gwendolyn Babers et.al.

2.    Court (if federal court, name the district; if
state court, name the county) Middle District Court
2:05-CV-439-WHA and state Barbour County
Circuit Court CV-2006-060.

SCANNED
CX 92706

3. Docket number _2:05-CV-439-WHA', CV-2006-060_

4. Name of judge to whom case was assigned _Honorable_ _Charles S. Coody', State Court Judge name Unknown_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _Both_ _Case are pending Retaliation by officials_

6. Approximate date of filing lawsuit _May 2005, April 2006_

7. Approximate date of disposition _N.A._

II. PLACE OF PRESENT CONFINEMENT _Ventress Correctional Facility_ _P.O. Box 767, Clayton Alabama 36016_

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _Ventress_ _Correctional Facility_

III. NAME <u>AND ADDRESS</u> OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                                          ADDRESS

1. <u>Richard Allen (prison Commissioner) P.O. Box 301501, 301 South</u> Ripley st. montgomery Alabama 36104

2. <u>Warden J.C. Giles, et.al. Ventress Correctional Facility</u> P.O. Box 767 Clayton, Alabama 36016

3. <u>Lt. John Dowling Ventress Correctional Facility P.O.</u> Box 767 Clayton Alabama 36016

4. <u>Warden Darrell Parker Ventress Correctional Facility</u> P.O. Box 767, Clayton Alabama 36016

5. <u>Dr. Samual Rayapati (M.D.) Ventress Correctional</u> Facility P.O. Box 767 Clayton, Alabama 36016

6. <u>Dr. Tahir Siddiq Bullock Correctional Facility and Bullock</u> County Hospital P.O. Box 5107 Union Spring Alabama 36089

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _On or about_ _March 4th 2005, on-going retaliation since August 15, 2004_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Freedom of Religion First (1st) Amendment Federal_ _and state Government, Section Eight (VIII)', nine (IX) and_ _Ten (X), ect._

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Chaplain Daniel (Danny) Rieben on October 28, 2005 and November 4, 2005 intentionally cause confusion between Members of the Moorish Science Temple of America Lt. M. Taylor and Captain Monk showed unfavorable behavior toward Islamic Sects. (See added pages))

GROUND TWO: Assault and battery, Conspiracy, Constitution Violations - Articles and Amendments (see added pages))

SUPPORTING FACTS: On November 23, 2005 [I] was assaulted by 'named' prison officials and several prison officials conspired to conceal the assault and injuries I encounter within this institution Ventress Correctional Facility (see added page(s).

GROUND THREE: Using me for testing of medications and other same situated inmates (see added pages))

SUPPORTING FACTS: On November 21, 2005 Threaten to assault me and intimidate me to take medication for Hepatitis 'B' before being properly tested. Two (2) days later their attempt assault was accomplish as stated in Ground Two(II) Supporting facts. (See added pages)).

3

VI.   STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
      MAKE NO LEGAL ARGUMENT.   CITE NO CASES OR STATUTES.

Issue assault charges, temporary protection order and
restraining order. Issues need injunction, appointment
of Counsel. (see added pages)

_Richard W. Wright Sr. Bey_
Signature of plaintiff(s)
Richard Wayne Wright sr. Bey #187140

     I declare under penalty of perjury that the foregoing is true
and correct.

     EXECUTED on   August 25, 2006   .
                        (Date)

_Richard W. Wright Sr. Bey_
Signature of plaintiff(s)
Richard Wayne Wright, sr. Bey #187140

4

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT FOR ALABAMA,
NORTHERN DIVISION

Richard Wayne Wright, Sr. Bey, et. al.,    *
    Plaintiff, Pro-Se.,    *
     A.I.S #187140,    *   Civil Action No.
    - VS -    * _____
Defendants In Their Individual  *   To Be Supplied
  And Official Capacity Are    *   By The Clerk.
    As Following.    *

Mr. Bob Riley (Governor)
Governor Office
600 Dexter Ave. RM N-104
Montgomery, Alabama 36130

Ms. Linda Brown
Nurse Manager of Health Services of A.D.O.C.
Alabama Department of Correction
301 South Union Street
Post Office Box 301501
Montgomery, Alabama 36130

Mr. Richard Allen (Prison Commissioner)
Commissioner Office
600 Dexter Ave.
Post Office Box 301501
Montgomery, Alabama 36130

, Dr. Tahir Siddiq (M.D.)
Mr. Steve Walker (Chaplain Cordinator)
Bullock Correctional Facility
Post Office Box 5107
Union Springs, Alabama 36089

Prison Health Service, Inc.
Prison Health Service Insurer
Warden J.C. Giles (Warden III)(M)
Warden Darrell Parker (Warden II) (M)
Captain Larry Monk (COS.I) (M)
Lt. Mary Taylor (COS.I)(F)
Lt. Sharon Holland (COS.I) (F)
Lt. Edwards        (COS.I) (M)
Sgt. Dorothy Flowers (CO.II) (F)
Sgt. Camella Cargle (CO.II) (F)
Sgt. Micheal Smith (CO.II) (M)
Sgt. Carolyn Longmire (CO.II) (F)
Mr. Mark Bruton (Classification) (m)
Ms. R. Pittman (Classification) (F)
Chief Steward Livingston (F)
OFC. A. Patternson (CO.I) (M)
OFC. Kenneth Cargle (CO.I) (M)
OFC. David Pullom (CO.I) (M)
OFC. Levy Richardson (CO.I) (M)
OFC. G Richardson (CO.I) (M)
OFC. Terry Person (CO.I) (F)
OFC. Alexandra       (CO.I) (F)
OFC. Carolyn Abercrombie (CO.I) (F)
OFC. Roosevelt Brown (CO.I) (M)

Page 2 of 69

Sgt. Sherwin Carter (CO. II) (m)
Chaplain Daniel (Danny) Rieben (M)
Dr. Samaul Rayapati (M.D.) (M)
Dr. Barns (M.D.) (M)
Ms. Nettie Burks (H.S.A.) (D.O.N) (F)
Nurse Young (R.N.) (F)
Nurse C. Hunter (R.N.) (F)
Nurse A. Marsh (L.P.N) (F)

## Address

Ventress Correctional Facility
Post Office Box 767
Clayton, Alabama 36016

## Grounds

Freedom of Religion, Speech and
the press, right of Assembly and Pe-
tition the Court about grievances.
Assault in Retaliation -- Cruel and
Unusal Punishment, Retaliation --
through intimidation and attempts
to Coerce plaintiff into silence
So that [they] Can Complete what
[they] have started, Breach of the
United States Constitution and
Article(s) by prison officials and
health Care providers, Attempt to
Conceal personal inquries by prison
officials and health Care providers
Deprivation of Civil rights by Certain

Page 3 of 69

prison officials and health care providers. Breach of department of Corrections polices and Regulations governing prison officials and health Care providers Colectively. Equal protection Violations. Deliberate Indifferences, Abridging plaintiff property and liberty with out due process of law with attempt(s) to Further deprive plaintiff Wright of his life. Racial Discrimination-- based on my Color of skin and my religious practices and beliefs.

## Facts Supporting Grounds

There were a verbal personal dis-agreement betweens members of the Moorish Science Temple of America. The disagreement occured out side of our meeting period. Yet, Captain Monk told [these] members if 'he' has any more problems out of [them] 'he' would stop our meeting period. Captain Monk included [us] as a whole to [their] individual problems [those] mem-bers where having. This attack upon my religious belief's and practices and Captain Monk attempt's to in-tangle the (said) Brothers / members

Page 4 of 69

personal disagreement with our meeting period should no be entangle. When I Join the Universal Life Church organization plaintiff Wright did not receive any problems, nor opposition from any of [these] prison officials. Now that plaintiff Wright has proclaimed [his] Free national name and affiliated with the Sacred body of the Moorish Science Temple of America and other Islamic Sects, Plaintiff Wright Faces persecution. We are For Love, Truth, peace, Freedom and Justice. We are not a hate group, nor do we try to create unneedful problems (we strive to maintain harmonious Condition) and [we] do not support terrorism neither are [we] to be classified as a terrorist group.

Chaptain Monk approach was carried over into (our) month of Fasting. We and I were continually Faced with Challenges From 2nd shift Supervisor Lt. M. Taylor (COS.I) (F). (See Exhibit Two (2) Memorandum dated October 4, 2005 From Warden J.C. Giles, Warden (III)). Warden Giles had advised Chief Steward Livingston that [we] will receive double portions For Food For

the evening meal when available. Many times Lt. Taylor (2nd shift supervisor's) did not allow [us] to receive double portions but when she was not in the kitchen (to control varies conditions) [We] had less problems under Sgt. Smith and/or Sgt. D. Flowers supervision. Chief Steward Livingston is also believed to be responsible (partly) for the stewards) and officer T. Cooper and other kitchen officer(s) inability to serve us double portion due to the portion [they] were left with instructions to serve [us] from and/or by Chief Steward Livingston.

It was well planed in advance/ prior to October 4th 2005. We had a problem 'once' on 3rd shift under the supervision of Lt. S. Holland with [us] (Islamic ~~participants~~ R.W.W Ramadan participants) assembling in the chapel for recitation of the Holy Qu'ran and Congregational prayer x after breakfast in which Lt. S. Holland fixed the matter, so that it may not have occurred again and it did not. (See Exhibit One (1) Memorandum -- Dated September 14, 2005 From Chaplain Rieben Concern Plans, details and requirements for Islamic Ramadan observance participants

For 2005). There were times plaintiff were not allowed to enter the Sandwich line to purchase items to have after Sun Set due to Lt. M Taylor wrongfully and unfairly interpretation of the (said) memorandum. (See Exhibits one (1) paragraph Four (4)).

Lt. Taylor also possed [her] direct opposition against me personally each chance she had/has, she First (1st) order the officer to take my clamps which held my legal papers in tact. which I received from defendant's attornies. Defendant Taylor (Lt.) has meanfully (out of spite of plaintiff ffling §1983 complaints)) demonstrate [her] Authority to take my property as she order ofc. Watson ~~R.W.W.~~ on the First (1st) occation and ofc. K. Cargle on the Second. Defendant Taylor further demonstrated practices (when it comes to plaintiff Wright Right(s)) and the exercise of Such Rights) and shows plaintiff Wright [she] will just take my property and won't afford 'me' a property Sheet. I have written Captain Monk about these acts of Defendant Taylor (Lt.) and Captain Monk Supported Lt. Taylor acts. Even When requested the one phone call afforded

Page 7 of 69

to segregation inmates Lt. Taylor re-
stricted plaintiff Wright to Five (5)
minutes to make a phone call and
[She] told Ofc. Wright (Co.I)(M) and
his assistant to bring me to the shift
office (instead of allowing plaintiff
Wright to call in the dorm as normally
done when Seg. inmates make phone
calls). So Lt. Taylor can/could monitor
and ~~call~~ R.H.W control the amount of contact
with my family. These/this phone call
granted by defendant Taylor Five (5)
minutes count started the moment
I started dailing the number. I wrote
Captain Monk about defendant Taylor
Lt. act of taking my clamps. (see
Exhibits Four (4)(a) and Four (4)(b) in-
mates Request Slip-dated November
16, 2005.)

    Plaintiff Wright has had to contend
with 'chaplain' Daniel (Danny) Rieben also
due to plaintiff Wright § 1983 Civil
Suit and plaintiff Wright religious
beliefs and practices. Defendant
Rieben personal views of plaintiff
Wright as (manifest) to the level
of deliberate indifferences to dis-
courage plaintiff from practicing [his]
belief and associating with Islamic
groups/sects, a like, christian groups/

Page 8 of 69

Sects.

ON October 28, 2005 (said) letter was Fax to this `institution' Ventree Correctional Facility (V.C.F.) concerning issues of religion as stated in the letter. (See Exhibit Three (3) some quarreling could had been avoid had Chaplain Rieben left our business to our selves.

Then the following week (November 4, 2005) -- Friday chaplain Rieben step into our business/meeting again this time as in the place of a mufti. I confronted chaplain Rieben for these acts of his by telling him he totally out of place. Chaplain Rieben threaten to call Security and did. Officer G. Richardson (as being) the first prison officials to arrive and (she) escorted me out side the chapel. Shortly after Sgt. M Smith, Warden Giles, Office Ward, Office Castell answered the call also. Sgt. M. Smith escorted (me) to the shift office and the other discuss the matter with Chaplain Rieben. (See Exhibit Three (3) External Memorandum To: Chaplain and Warden of Ventress Correctional Facility (V.C.F.) At the shift office I ask Sgt. M.

Page 9 of 69

Smith Would (he) tell Warden Giles I would like to be put in Segregation (Seg.) Protective Custody (P.C.) After Sgt. M. Smith talk With Warden J.C. Giles he told me Warden J.C. Giles did not grant my request to be placed in protective Custody and Sgt. M Smith instructed (me) to go back to the dorm (I slept in).

Shortly, after that incident I was Confronted by a White inmate (whom) (Slept one rack over From me) in ten (10) dorm bath room area while I sat on the toilet and put his penis out and urinated right next to the toilet I sat down on to de-Fecate, I Verbalize my disapproval of this act then he turn and went to the urinal trout. Before (he) left the bathroom area [he] (white male inmate) told plaintiff if I got a problem With (him) pissing in the toilet let him Know. I told him I would. Back at the Rack (bunk/bed) I tried talking logically to him (verbally) expressing how dIsrespectfully that was. He again became loud in his response and ofc. Rump who (was in the Dorm talking to ofc. D. Pullom) Came over to the rack/bunk and escorted

him away. Moments later officer Rump return ask for plaintiff I.D. Card about five (5) minutes later he return plaintiff I.D. Card. Plaintiff now wonders how that moved [him] out the dorm shortly after this incident occurred.

On November 17, 2006 approximately 3:45 A.M. due to inmates over crowding of this institution [we] are forced to eat within five (5) to ten (10) minutes depending on the on duty officer mood. Lt. S. Holl and put me out the kitchen on (said) date with about fifteen (15) to twenty (20) other inmates. They know we are being feed far to fast to eat adequately. Instead of these officials opening up the other side of the kitchen dinning area they are restricting R.W.W. us to four rows of tables. Only four (4) tables per row which each table only sits eight (8) people per table. The area is only [defined] to seat one hundred and twenty eight (128) people at one time. Due to the moods or the on duty officers (we) R.W.W. to are] were not allowed to be seated at all four rolls of table's at any given time 'until' Sgt. C. Cargle (Co.II) (F)

Page 11 of 69

Change to Second (2nd) Shift and Work dining area. The Forth (4th) roll of tables is cleared in a chronological order (So that the Kitchen workers can clean the tables with out stoping or pausing the feeding line). leaving [us] (me) less time eat adequately (properly digest [my] our food. My Understanding is `Chief' Steward Livingston closed the other portion of the institution dining area. and neither Captain L. Monk, Warden D. Parker, nor Warden J.C. Giles corrected `Chief' Steward Livingston From these forms of cruel and unusal treatment Sgt. C. Cargle has, thus far, Stop officers under her Supervision (On Second 2nd Shift) From feeding Inmate population in [their] five (5) to Ten (10) minutes intervals, especially Sunday meals (which usually contains the largest Serving Size (portion of food) through out any day of the giving week). Sgt. Cargle has not yet been permitted to stop inmates From being denied [their] meal for any moody--moods the on duty officers are in turning / taking in-mates out of the Kitchen when feeding for any cause (e.g lack of close Shave, no belts, complied hair

Page 12 of 69

Cuts, no. I.D card. etc.

I've consulted with officer Abercrombie and her supervisor(s) Lt. J. Dowling (COS.I) (w/m) and sgt. S. Carter (Co. II) (B/M) about Administrative Regulations Concerning institution guidelines and polices (eg., religious policies, law library supplies policies, Heath Care providers retrieval of inmate Corpse's and remains, ect.) officer Abercrombie ability to supply plaintiff Wright Sr. Bey with legal supplies was restricted and greatly limited by Sgt. S. Carter and Lt. J. Dowling and Captain Monk by 'not' adequately Furnishing the law library with supplies (Concerning inmates access to the Courts) e.g Administrative Regulations, Administrative Regulation Reg. index's, Manila Folders ect. On June 9, 2005 plaintiff Wright Sr. Bey written officer Abercrombie about Administrative Regulation (see Exhibit Five (5) labeled law library Requests From Segregation / Segregated inmates) (see also Exhibits Six (6); Seven (7); Eight (8); Nine (9); and Ten (10). Plaintiff Wright Sr. Bey was denied these requested supplies. Captain Monk denied plaintiff Wright

Court

Wright Sr. Bey some of these 'same' Supplies (see Exhibit Ten (10)). Ms. Ross Business Office personel) Forbided me my account balances. (See Exhibit Eleven (11) -- Request slip to Ms. Ross) Ms. Ross stated I have to get copies From law library officer Ms. Abercrombie. After Officer Abercrombie sent plaintiff to the shift office on two (2) of the three (3) incounters (her) workers created for plaintiff name on the typing list limiting [my] ability to get papers filed 'timely'.

Plaintiff Wright was addressed with an isolated incident on November 17, 2006 morning on third (3rd) shift. After [I] was order out of the kitchen by Lt. Holland, officer Hall performed his normal shake down routine he ask plaintiff what was wrong when [I] express what I was upset about being order out of the kitchen by (Lt. Holland) Ofc. Wright got involved and order me to stand outside the kitchen (in the cold) until all the dorms were fed and the kitchen was clear of inmates. Lt. Holland exit the kitchen instructed the kitchen office to [their] prospective post. Officer Wright was insisting

Court

On walking to the dorm with us Lt. Holland insisted that [me] go to [his] assigned post. On November 18, 2006 durning Lt. Holland Seg. Check in Ten (10) dorm I thank Lt. Holland For (her) not allowing officer Wright to blow the incident out of proportion by adding aggravation to the incident so that he could used unneeded physical Force. (See Exhibit Twelve (12)). Plaintiff is uncertain what Category to place Lt. Holland into (with those that enjoy abusing inmates or with those officer(s) whom uphold the policies of the A.D.O.C.) because Lt. Holland Forbade Sgt. C. Cargle the privledge of bring plaintiff the wheel Chair (instead) Lt. Holland insisted plaintiff walk to the shower or Crawl. Plaintiff is not Sure 'what' motivated Lt. Holland to treat plaintiff in Such Manner.

On November 21, 2005 during the Hepatitis Vaccine Lt. J. Dowling and Sgt. S. Carter attempted to Force [me] to take the Hepatitis 'B' Vaccine. Inmate Sidney Clayton Bey also refused the Vaccine and [we] were commanded to Stand by the pop machines until [their]

Page 15 of 69

Can deal with [us]. Plaintiff Wright Jr. Bey tried to get information out of the Nurse (W/F) (name unknown) but Lt. J. Dowling prevent plaintiff from doing so an directed [me] to some one else. Several other inmates also rejected the Vaccine and once they did We [are] all was told to sit on a bench by Lt. J. Dowling. A little while later [We] were told to go eat and return. After we return we watch the video I had not seen educating [us] about Hepatitis 'Some what'. After viewing [that] video we were sent back to the table to sign a Form when I question the Form Lt. J. Dowling instructed me to sign he and the other officers became aggravated and consequently plaintiff was order back to the dorm [he] was assigned to. While me and inmate [Clay] Sidney Clayton stood by the 'pop' (soda) machine Lt. J. Dowling address Inmate Sidney Clayton with the following statement: "You better not never threaten any body about that type writter again". Inmate Clayton did not have a clue as to what Lt. J. Dowling was talking about. Lt. Dowling were actually directing (his) statement to me

Page 16 OF 69

(indirectly) which stemed from the problems plaintiff had a few days prior to this confrontation with the law library worker(s) denying me certain supplies. At which time plaintiff was sent to the shift office by officer Abercrombie. Once plaintiff arrived at the shift office (he) was told to sit on the bench but Sgt. Carter, nor Lt. J. Dowling, neither one naver talk to me that day. Once the law library closed ~~and~~ plaintiff was sent back to the dorm (he) was assigned to. (See Exhibit Fourteen (14) Hapatitis 'B' Vaccine "What you need to Know".)

Then on November 23, 2005 approximately two days later plaintime was not able to escape defendant (Sgt.) Sherwin Carter (COII)(M) and defendant Roosevelt Brown (COI)(M) aggravated assault. (see Exhibit Fifteen (15) plaintiff Wright Bey included Affidavit.). Plaintiff were written three (3) disciplinary infractions along with the back injury and other injuries (e.g. busted and swollen lip, swollen legs, back of head and neck.) Sgt. Longmire included inmate Sidney Clayton Bey which was

dragged into the incident and written
a disciplinary infraction as well. Other
Moslems were also written disciplinary
infraction as a result of our past afflia-
tion. (Ramadan Observance).

Captain Monk re-written plaintiff
request slip into (his) form of wording
as following: "Your dorm is awakened in
time to get up and get "your faced
washed". You get up and handle your
business and you will not have any
problems. Don't wait until your dorm is
called to chow to then use bathroom and
your face. It is very simple. (See Exhibit
Twelve (12)). Plaintiff written Captain
Monk a plain request slip which
plaintiff Wright made a note on (Exhi-
bit Thirteen (13)). Correcting the date
[I] written the request to Captain Monk
right after the incident on November
17, 2006 morning due to it being
third (3rd) shift. (See Exhibit (13)).
Which I written the following Lt. S.
Holland told me and other inmates to
get up from the table in the kitchen
take our trays to the window so
[the] inmate (washing tables) could
wash the tables. After plaintiff went
to another table to finish my hot
meal Lt. Holland approach me and

Page 18 of 69

directly order me to (get out!). Lt.
Holland warned me in the past if [I]
be told (See back of Exhibit Thirteen
(13) remaining message) to get out
of the Kitchen and don't I could get
ready for some action". So plaintiff
Complied with [her] order and threw
the remaining portion of [my] break-
fast away. I sought the Admini-
strative Regulation in the law library
Concerning feeding of inmates. ect.)
but only Six (6) of the nine hundred
(900) Administrative Regulation are
made available here at Ventress
Correctional Facility (V.C.F.).

    Prison Health Services (P.H.S.)
employees and defendant(s) has
partaken in concealing and mini-
mizing plaintiff Wright injuries
but Nurse N. Burks (DON.) (H.S.A.)
and Nurse A. Marsh has Collectively
partaken with Lt. J. Dowling in
appling and/or Causing to be applied
a disciplinary infraction upon [me]
about March 26, 2006. (See Exhibit
Sixteen (16) Inmate Wright Jr. Bey
time Sheet") Defendants has refuse
to protect plaintiff here at Ventress
(V.C.F.) from defendant(s) whom as-
saulted plaintiff and/or Afded the

the assailant(s) in the assault
health care providers here at Ventress
(V.C.F.) has neglected on numerious
'occatfons) to properly assess plain-
tiff Wright back injuries and bones/
joints complicatfons, namely Ms.
N. Burks (D.O.N.)(H.S.A.) and Dr. Rayapati
(M.D.) fn [their] efforts to conceal the
injuries which occurred on november
23, 2005 at the hands of officer
R. Brown and sgt. S. Carter. Defendant
M. Bruton has told plaintiff Wright
Sr. Bey fn August 2006 durfng the
Seg. board weekly visft he is going
to make sure [I] don't get out
of prison before he retires. Defendant
R. Pittman classificatfon specialist)
recently decided to join fn with (her)
Supervisor defendant M. Bruton and
has informed me to prepare for their
next bogusly applied disciplinary
action (this time) RV #56 Failure
to obey. (See Exhibit Twenty (20)).
Plaintiff Wright wonders how [their]
shall arrange this pending disciplinary
infraction Ms. R. Pittman has shown
plaintiff Wright he will not receive
no favorable benefits (see Exhibit
Seventeen (17) Plaintiff Semi-Annual
Review Form dated- August 5, 2005).

Page 20 of 69

Ms. Pittman indicted on exhibit
Seventeen (17) plaintiff next Annual
review would be Feburary 2006,
but to deprive plaintiff of attending
[She] held it in January 2006. (See
exhibit eighteen (18) -- Plaintiff pro-
gress review Form dated -- January
26, 2006), This explains why I did
not See [my] name in the news
letter or hear From Ms. Pittman.
Ms. Pittman has quin Mr. M. Bruton
(her) Supervisor in this mission to
get plaintiff Wright Security level
to Five (V) as Mr. c. Blackledge R.W.W. M.
Bruton `Formal' Supervisor (Mr. C.
Blackledge) and Formal Co-Worker
(Mrs. S Seals) attempt to do at
Bullock (B.C.F.), Then they Can Carry
out the attacks needed to Cause
plaintiff death. So Far, Inmate
Samual Jones Failed. Inmate
Walton Solomon Failed in November
2004, before plaintiff Was attack
by inmate Gallaway and placed in
Seg. For beating on the Dorm plexi-
glas to get an oFFicer attention
Since defendants has been unsuccess-
Ful, thus Far, Plaintiff hopes this
Honorable Court well place plaintiff
in protective Custody, These DeFen-

Page 21 OF 69

dants at Ventress working Collec-
tively does not appear to leave
plaintiff alone until they Succeed
in raising plaintiff Security level
up to Five V So(he) can go to a
prison where inmates are easier
persuade to take bribes to kill (him)
with prison made knives. Now health
Care providers namely Ms. N. Burks
(D.O.N.)(H.S.A.) and Nurse A. Marsh
(L.P.N.) has joined in with prison
officials to apply wrongfully applied
disciplinary infraction and intentio-
nally and knowingly makes state-
ments to apply the disciplinary which
plaintiff is placed in segregation
for allegely violating Rule (# 62)
Creating Security / safety / health
hazard. This was Lt. J. Dowling
design to make plaintiff elfgiable
for (SL) Five(V). Some one wrote
(believe to be Ms. Pittman) Probably
Could Justify a Security level
(SL) Five(V). (See Exhibit Eighteen
(18) -- Section titled reason:) De-
fendant M. Bruton Co-Workers at
Bullock (B.C.F.) recommended plain-
tiff Custody (SL) be raised to level
Five V when plaintiff was denied pa-
role and Set off Five (V) years. Plain-
tiff Appealed defendant S. Seals

decision, (See Exhibit Nineteen (19) Plaintiff progress review Form dated -- August 20, 2004). The adjudicating Judge in Case <u>Richard Wayne Wright, Jr. -Vs- Sylvester Nettles, et. al.</u> 2:05 - CV-439-A-WO) Will not Consider these defendants acts as retaliation and instructed me to Filed an addtional $1983 to address the assault by prison official in november 2005 and the on going retaliation. Now not only do plaintiff must watch what he brought in seg. and plaintiff Weight lost is being totally (ignored) due to the Seriousness of plaintiff Complaints past and presented (<u>Richard Wayne Wright Jr. -Vs- James Deloach, et. al.</u> Case No. 99-D-1405-N); and (<u>Richard Wayne Wright, Jr. -Vs- Sylvester Nettles, et. al.</u> Case No. 2:05-CV-439-A-WO). but also prepare (best he Can) For [their] next intended disciplinary infraction [they] are arranging (See Exhibit twenty (20) plaintiff Semi - Annual Review Form dated August 1, 2006) Plaintiff Wonders how defendant M. Bruton and defendant R. Pittman shall design [their] Sceme to impliment [their] intended 'allege' pending disciplinary infraction/action For R.V. #56 --

D.W.W.

~~IIII~~ Failure to obey.

Concerning my Fears and Concerns about being Fed Containfnated Food as I was fn Segregation unit at Bullock (B.C.F.) Which cause me fllness several days there after Plaintiff Wright has Sent Certified letters wfth return re-ceipts to Warden J.C. Gfles (Warden III) here at Ventress (V.C.F.) and Mr. Richard Allen (Prison Commissioner) but have not receive 'any' response to provide plaintfff precautionary measures to ensure plaintiff Wright (Some de-gree) of Protection or safety. (See Exhfbfts twenty-one (21) Copy] of Certffied receipt Card(s) served upon defendant J.C. Giles and defendant Richard Allen.)

Issues of deliberate fndfffferences as well, can be seen fn the defendants (acts here at Ventress (V.C.F.) participa-tion to conceal the fncident of Novem-ber 23, 2005 and the physical fnjurfes obtafn at defendants Sgt, J. Carter hands and assaflant defendant (officer) R. Brown hands. (See exhfbft Fifteen (15). Plaintiff Wright affidavit outlfnfng detafls of the fncident assault.

As a part of defendant J. Dowlfng desfgn to fnflfct Further

Page 24 of 69

Punishment and Coercion through inti-
midation Five (5) disciplinary infrac-
tion has been wrongfully applied
here at Ventress (V.C.F.) which are as
following:

    1. Rule No. Sixty-two (#62) In-
tentionally creating a security,
safety or Health hazard.

    2. Rule No. Fifty-Six (#56) Failing
to obey a direct order of ALDOC
official.

    3. Rule No. Fifty-Three (#53) Inciting
to Riot or Rioting.

    4. Rule No. Twenty-nine (#29)
Assault on Person(s) Associated
with ALDOC.

    5. Rule No. Sixty-two (#62) In-
tentionally creating, safety
or Health hazard.

Plaintiff has/had allergic reaction
which shown and shows in (his) skin.
Health care providers here at Ventress
(V.C.F.) stated no records are showing
in plaintiff Wright medical file. De-
fendant J Dowling has directed
~~must~~ much of this design to personate
defendant N. Burks (D.O.N.)(H.S.A.) to
discounted plaintiff Complaints also.
Defendant J Dowling further order/
instructed OFC. V. Stringer to write.

Plaintiff the (said) disciplinary Enfrac-
tion Rule No. Sixty-two (#62) Viola-
tion. Subsequently due to defendant
C. Longmire (Sgt.) bias views and (her)
perference to show prejudice at the
disciplinary hearing plaintiff was
made guilty. This was the First dis-
ciplinary infraction wrongfully
applied under Lt. J Dowling and
defendant M. Bruton Supervision
and orchestration. Defendant J. C.
Giles (Warden) approved it after (he)
instructed plaintiff to discuss and
explain the Complication I had at
Bullock (B.C.F.) by taken to much T.B.
Skin test medication. As Mr. Giles
State while visiting me in the Seg.
Cell "[I] don't need to be in Seg. For
this," apparently (he) Change (his) mind.
The discussion plaintiff had with
defendant N. Burks Came to no avail
because Shortly after plaintiff talk
With defendant N. Burks Plaintiff
Was escorted to the disciplinary
hearing Where Sgt. C. Longmire a-
waited and made plaintiff guilty.
    Then came the assault upon plain-
tiff Where in, he received three (3)
disciplinary infraction violation at
one incident. Here again, under De-

Fendant J. Dowling and defendant M. Bruton Supervison disciplinary infractions applied wrong fully and maliciously upon plaintiff which are; Institutional Rule Violation number (# 56); number (# 53); and number (# 29). Defendant Dowling held these hearings and made plaintiff guilty. Defendant J. Dowling decided to hold the hearing Concerning the Course of the one incident on separate days. Defendant J Dowling held the hearing for Institutional Rule Violation No. (#29) Falsely stated and written by ofc. Levy Richardson. Plaintiff not Certain (why) officer Richardson made the verbal threat "IF I known you would say you did not kick me I would had beat your ass myself". Plaintiff told ofc. L. Richardson you sound like Sgt. S. Carter and you sound like you might do something to me later. Officer L. Richardson reply. "I just might". Plaintiff Could not understand (why) officer L. Richardson express such anger and remorse towards plaintiff when II had not actually did any thing offensive or harmful to him. Once defendant J.

Dowling came back into the infirmary (Inf.) seg. cell, plaintiff inform defendant J. Dowling of Ofc L. Richardson threat defendant J. Dowling look at Ofc. L. Richardson as if defendant J. Dowling was surprised) - Simultaneously Ofc. L. Richardson ask Lt. J. Dowling "What is (he) (refering to plaintiff) talking about". Defendant Dowling replied, but directed (his) response plaintiff, "Richard you got to stop making up things like that!" They both started laughing, closed the infirmary door and left.

On December 6, 2005 defend-ant J. Dowling held the second (2nd) disciplinary hearing concerning Ofc. R. Brown which Ofc R. Brown applied disciplinary infraction violation Rule number fifty - six (#56) and Rule number fifty - three (#53). Plaintiff was then made guilt by defendant J Dowling on both (said) institutional rule vio-lations. Defendant J. Dowling stated (out of the blue) that ~~IA~~ was a pig while defendant R. Brown sat in a chair also be-hind defendant J Dowling. ~~Plain~~- R.W.W

Page 28 of 69

Plaintiff ask defendant Dowling several times what did he mean. "I am a pig!" defendant J. Dowling would not clarify exactly what [he] meant. Plaintiff Wright, Sr. Bey did not want to rely on [his] assumption to defendant J. Dowling meaning. Defendant J. Dowling was relating and refering plaintiff Wright, Sr. Bey to [that] of a "Pig" as a "Guinea Pig"-- [In formally used for a person (as muself) used for medicate R.W.W and pharmaceutical testing for experimental or research purpose (Inmate often unknownly). The Department of Justice (D.O.J) has clearly stated, interperted and established in and/or through policy prohibiting inmates from participating in medical or pharmaceutical testing for experemental purpose or research study. Plaintiff was expose and subjected to (on november 21, 2005 R.W.W.) Hepatitis 'B' vaccine which Defendant J. Dowling and Sgt. S. Carter attempted to intimidate plaintiff Wright Sr. Bey and inmate Sidney clayton Bey A.I.S

Page 29 of 69

(#224749). Two (2) days later plaintiff Wright was subjected to [the] aggreviated assault at the hands of defendant J. Carter and defendant R. Brown, Inmate J. Clayton was also subject to a disciplenary infraction due to the refusal to take the Hepatitis 'B' Vaccine and [the] view of the assault plaintiff Wright received on November 23, 2005 by the hands of officer R. Brown and and Sgt S. Carter, Inmate Felix Denton -- (AIS 235600), also became involve with inmate J. Clayton by defendant C. Longmire design. Inmate Alton Jerod Carter was beated for (his) viewing of plaintiff viewable assault a few feet from where plaintiff Wright layed after being beated by defendant R Brown and defendant J. Carter These where only a few [pick-out] among the many other inmates who saw the assault in the lobby of Ten (10) dorm on November 23, 2005 Inmate Jeffery Jones (AIS # 241090) spoke on the assault. Plaintiff Wright faced (on November 23, 2005) during Islamic service.

Page 30 of 69

Days shortly after the incident occured due to affiliation and Emyl absence in the service because of the assault I Faced. Inmate J Jones Was Written a disciplinary infraction by officer M. Holland allegedly For Violating a rule violation number Fifty three (# 53) -- Inciting to riot or rioting.

Plaintiff was induce with psy-chotropic medication / drugs on the First 'Case' To silence (him) Richard Wayne Wright Jr-VS-James Deloach et. al. Civil Action No. 99 D-1405-N, which were filed after Case' Richard Wayne Wright, Jr.-VS-Department of Correction Classifi-Cation Civil Action No. 99-D-338-N. (dismissed without prejudice) ]. This inducement occurred prior to plaintiff preparing For the eviden-tary hearing which were scheduled For October 2001 [he] was essessively and serverally seduce with psycho-tropic medication to stop and pre-Vent plaintiff litigation process (de Fendant(s) accomplish [their] mission at that time). Now plaintiff life is sought by some of these defendant(s) 'whom' took part in inducing plain-

tiff with psychotropic medication.
Then after plaintiff receive defen-
dant's response with some of plain-
tiff prison file concerning "Case"
Richard Wayne Wright, Jr.-vs-
Sylvester Nettles, et. al Case Action
No. 2:05-CV-439-A-WO) [he] was
assaulted on November 23, 2005 to
stop and prevent plaintiff litigation
process. Plaintiff Wright wonder shall
he faced something more life
threatening (like death) for plaintiff
"Knows" part of defendants C. Black-
ledge and Sylvester Nettles, designs
are to keep plaintiff in this area,
So that, when (at such time) plain-
tiff receive another serious in-
jury plaintiff can be sent again to
the responsibility party/participant
whom help minimized plaintiff back
injuries occurred by defendant S.
Carter and officer R. Brown. When
plaintiff was taken ambulance
plaintiff had know idea Dr. Tahir
Siddiq (M.D.) would be at Bullock
County hospital in union spring,
Alabama what shall become of plain-
tiff life in the care and control
of Dr. Siddiq for it would not be
in defendant T. Siddiq (M.D.) best

interest to let plaintiff remain alive to testify against (him) and other health care providers whom collectively and previously neglected needed medical treatment at Bullock (B.C.F.) and secondly, at Ventress (V.C.F). The neglected medical treatment plaintiff received (which were demonstrated by prison health care providers -- (P.H.S.) -- employees), coupled with the monetary amount sought in plaintiff complaint and the defendants willingness to conceal their malicious and idious 'action' surely could leave plaintiff dead and plaintiff should no anger be left in chance of this deed. For this and these deep concerns of plaintiff (he) hopes this honorable court will to sustain plaintiff life) grant (at the least) a temporary restraining order(s) and/or protection orders implemented at the soonest possible time.

Plaintiff Wright knew when ofc. Brenda Austin at Bullock (B.C.F.) wrongfully accuse plaintiff of violating R.W.D. institutional rule No. Thirty-Eight (# 38) Indecent Indecent Exposure/Exhibition was meant to cause

plaintiff harm and effect plaintiff oppertunity / eligibility For a Fair consideration of be selected For parole (due to plaintiff having successfully conducted himself in ways which aviod disciplinary infraction. So defendant B. Austin did what (she) was designed to do, Plaintiff did Filed 'Case' Richard Wayne Wright, Jr. -vs- State of Alabama (appeal From Bullock Circuit Court CCV-04-12.60) Appeal No. CR-03-0931) Filed in 2004.

Plaintiff Secondly, Filed Richard Wayne Wright Jr. -vs- Gwendolyn Babers et. al, Case Action No CV-05-618-TMH. The need to Filed Such (Said) Case arose when / after plaintiff was attack by inmate Walton Solomon on November 3, 2004 Plaintiff have/ had observe inmate Solomon having Several Questionable encounters with A.D.O.C. officials on Third (3rd) shift which the last encounter resulted in him showing a Female officer (Classified and Categorize as black) his penis on third (3rd) shift (in clear view) during (their) counting of the inmate. He was taken to the office after Count had cleared due to him being Classify as white' (he) did

not receive a major rule violation nor did (he) go to seg, because of his Cruil Class -- "white American" and inmate Solomon association with the Southern brotherhood organization and arian nation organization, ect. Plaintiff realize after the attack (he) faced by inmate Solomon and Lt. G. Babers shown prejudice toward plaintiff while she was accompanied with Sgt. Davis From Second (2nd) Shift he was intentionally attack [that] night by inmate Solomon as repayment of the last dissolved disciplinary and Conversion into a citation which occurred Four(4) to Five (5) months before this attack (June or July 2004). Plaintiff had no idea the two (2) prior Confrontations plaintiff had with inmate Solomon prior to the assault plaintiff Faced on or about November 3, 2004 (by inmate Solomon) would 'led' to [this] / [that] (said) assault.

    Plaintiff has been face with attack after attack and on each occation (he) alone suffers punishment from prison official(s) while the assaulter's goes on with punishment For [their] acts. Sgt. Micheal Strickland punish plaintiff

on or about June 2002 when plaintiff bang
on the plexiglas in the dorm (19) to avoid
physical confrontation with inmate
Gollaway.

Two (2) months later (on or about
August 15, 2002) Sgt. M. Strickland physi-
cally attack plaintiff in the infirmory
lobby (filled with other inmates) when
plaintiff was attempting to explain why
(he) did not take and would not take Dr.
Sanders and Dr. Bell suggested R.ww psy-
chotropic medication(s) Sgt. M. Strickland
was allowed to perform his on investi-
gation of the incident until Lt. Miller
intervene with the second part of the
investigation and later arranging
plaintiff to meet with Warden Boyd
and Lt. Stevens in the administrative area
(escorted by ofc. Smith (CO.I) (M) (see
Exhibits Sixty-Four (# 64), Exhibit Sixty-
Five (# 65); and Exhibit Sixty-Six (# 66)).
Plaintiff after defending himself against
inmate Samual Jones (M) at Kilby (K.C.F.)
on or about Feburary 2002. After plain-
tiff request Protective Custody (P.C.)
while housed in the Segregation unit
at Bullock (B.C.F.), Plaintiff was placed
in the Same Seg. Cell's with inmates
'whom' would want to physical harm
plaintiff due to their affeliation

and/or association with inmate Walton Solomon. Certain officials has express [their] disregard's to the safety of and the protection For the 'people' of my race and creed. where in Health Care / treatment (are at issue)[disregarded] is an under~~R.W.Q~~ statement because some of the enormous neglect Plaintiff "Faced" and "Face's" is demonstrated by those of his creed and race which are paid) For [their] livelihood to do a job as a health care provider / P.H.S. employee(s).

Plaintiff wonders what [these] defendants shall do next due to [them] continuously seeking protection from further harm from [these] defendants, P.H.S. employee's and ALDoc officials. Some of these prison officials here are doing the same / simulate act's of [those] plaintiff encounter at Bullock (B.C.F.) while in the Segregation unit so that it would appear plaintiff is suffering from paranoia while housed in Seg. unit here at Ventress (V.C.F.). By plaintiff making the same / simulative complaints over again the defendants may try and lead this Honorable Court to believe these Facts plaintiff has stated are Fancy of imaginary (at the least). A brief

Case (he) Filed and a view of plain-
tiff prison File (these documents which
Contain information relating to the
noted issues in plaintiff Complaint).
Surely, many questions should arise
in the adjudicator mind to question
and wonder are these issue plaintiff
state `Fancy' or `Real'; `imaginary'
or `actual'; `dreamily -- dream-up' or
Truly capable of being actuated.
Plaintiff hopes this honorable Court
Will intervene before another attack
upon plaintiff can be activated where
in plaintiff is more seriously harm
again, sent to Bullock County hospital
Where defendant T. Siddig awaits and
health hazardously plaintiff life is
lost. Plaintiff Wright, Sr. Bey was
not sentence to any crime(s) that
warrant the death penalty or Civil
Commitment to and institution. (see
Exhibits sixteen (16) Inmate Richard
Wayne Wright, Sr. -- Time sheet) also
(see Exhibit sixty-three (63) F.B.I
report).

　　　Plaintiff now is more Concern
about lossing his life than (he) ever
has been under the Control of the
defendants at Ventress (V.C.F.)
institution. Chaplain Rieben is

now Working with defendant Bruton [Segregation Board Committee (members); and has shown plaintiff Wright Jr. Bey [their] are willing to support each other at all cost. (See Exhibit Twenty-Two (22)-Letter to Chaplain Rieben - dated June 7, 2005) Plaintiff Wright Bey Inquired about Religious materal (see Exhibit twenty-Three (23))-- letter to Chaplain Rieben dated January 3, 2006). Chaplain response (See reverse side of Exhibit Twenty-Three (23)) Was--"Richard if ordering From PMOD money. Get the order From (Resday(?)) + an Envirlope - (Res day (?)) Put The order Form a Request to me For the materal + one to Captain For the Money OFF Books, I approve my request + Send to Captain Monk who approve money OFF + he sends it to the Business office who en-virlopes a Check + puts letter in mail". Captain Monk has decided that I get no more religious materal From Moorish Science Temple of America, Inc. (See Exhibit Twenty-Four (24) -- Inmate Request Slip Captain dening my request -- dated

Page 39 of 69

10 May 2006). The First request Chaplain Rieben taking my principle badge and tring to lead plaintiff to believe Sgt. C. Cargle (Co.I)(F) (Which had really nothing to do with the confiscated religious material) is to blame. (See Exhibit Twenty-Five (25) Inmate Request Slip which Captain Monk has on several occation decided to re-write plaintiff request slip)-- (dated 4-12-06)) Captain Monk Wrote." Religious Pins in mail room?". Why Captain Monk has decided to re-write plaintiff request slips (is beyond me) and can only be explain `plainly' to this Honorable Court by him. Plaintiff ask this Honorable Court Please excuse whatever was spilled on Exhibit Twenty Six (26) which was done in the care of Chaplain Rieben not plaintiff and the only reason I did not re-write for the Courts view is because it has Chaplain Rieben response on it, but plaintiff did rewrite the 1st letter -- date August 3, 2006 because Chaplain Rieben response was not on it.

Page 40 of 69

(See Exhibit Twenty-Seven (27) --
Plaintiff letter sent to Chaplain
Rieben -- dated August 10, 2006)
noted as 2nd notice and Chaplain
Rieben wrote --"Received 8-11-06 (in
Blue ink) and see back of Page 2 (in
red ink) which his written response
was stated as I written earlier',
And see Exhibit Twenty-nine (29)--
Inmate Request Slip re-written by
Captain Monk). Plaintiff wrote
Chaplain Rieben a request slip
Stating:" Chaplain I had the prin-
ciple Badge prior approve yet after
wards [I] was given the Islam
Crest's pin(s)· in its place. I would
like my principle Badge I order'.
Your response is requested: Chap-
lain Reply: (he wrote at the top
of the request slip 'P.S' For as
I know Everything you order you
receive or Every...' (see also the
place For Reply) Richard I know
nothing about this I did not do
any thing except approved & send
mail to you through the Mail room--
Send some one to explain what you
are saying. If shift took your
stuff I will ask about it but
that is between you & them--Chap-

lain Rieben". They put Sgt. C Cargle in the midst of [their] games they play on plaintiff Lt. Taylor and Chaplain Rieben) but Lt. Taylor Can not be exclude R.W.W or discounted (as Considered taking) plaintiff pins) because (she) took plaintiff Clamps at Well. Chaplain knew and knows perfectly well (from our prior Con-Versation) about the principle Badge and what he told me about being patience. Plaintiff Waited all that time and discovered chaplain Rieben and Lt. Taylor games to avoiding given plaintiff (his) religious material and now Captain refuses to allow plaintiff to order any more. (See Exhibit Four(4), (4)(a) and (4)(b) also exhibits twenty-Four (24) and Twenty-Five(25)). These defendants have played With plaintiff life long enough and Continually put people as Sgt. C. Cargle in the midst of problem and situation they create as Lt. J. Dowling did With the many other officer he himself involve With (said) orders. (See Exhibit Thirty (30) Inmate Request/Slip dated 7/27/06) Plaintiff Written

Chaplain Rieben an informal request slip stating the Following: Dear Chaplain Rieben. I ask you about my religious material Saturday 8th of April 06, as you came in-to open the chapel For Jeho-Witness Service. I have not heard. From you concerning those pins the mail Clerk sent me notices For. Neither have I heard From Warden Parker or Captain Monk, I await your response. See Exhibit Thirty-One (31) on the reverse side plain-tiff this when (he) was in the in-Firmary, as indicated -- Richard Wright InF #103. Chaplain wrote: "I Did not Know about this until you said something -- Saturday the mail room is not open Sun & Mon (I amott)(?)) Tuesday I tried I was tied up With Islamic Service when I wanted to do this you need to learn patience. I have not had ample oppertunity since saturday. Danny Rieben (See Exhibit Thirty-One (31)) I Did order the Pins through/ by Chaplain Rieben and Captain Monk (approval to Autho-rize money OFF my prison ac-Count) the invoice Shows this, (See

Page 43 OF 69

Exhibit Thirty-Two (32)) others who Knows of the problems I Faced with the assault in November 23, 2005. Threats in the visitations building because I did not want to take that Vaccine 'B' Hepatitis. Those who participated in Ramadan Know as well, of the problems and difficulty From Lt. M. Taylor on 2nd Shift in the Kitchen and getting to and From Chapel during the month of Ramadan. Some of these inmates receive disciplinies also do to our association and affilia-tion in Religious Fellowship. (See Exhibit Thirty-Three (33) memoran-dum -- participants participating in Ramadan We did not violate any institutional rules or laws of this State we all peacefully assembled. Plaintiff wrote Captain Monk about the Mail Clerk and person(s) appointed to handle in-mate mail. (See Exhibit Thirty-Four (34)) -- Inmate Request Slip dated 6 July 2006). I wrote Captain Monk also about the assault executed upon plaintiff Wright Sr. Bey on November 23, 2005 (See Exhibit Thirty-Five (35)).

Denied benefits by Captain Monk and other A.D.O.C. officials (of receive the incentive box), Defendants J. Dowling, Captain Monk, Warden D. Parker and Warden J. C. Giles has cause (my family) loss of finances/ or wasted due to their bias acts. After the Box was return plaintiff ask Captain Monk could (he) receive a watch (See Exhibit Thirty-Six (36)). When problems with my food occurred Captain Monk, D. Parker (Warden) and/or Warden J.C. Giles all refuse to respond. Captain Monk way of answering plaintiff complaint was to refer plaintiff to the Seg. orientation sheets. See Exhibit Thirty-Seven (37)). When plaintiff confronted Captain Monk about freezing my account again (he) felt the need to re-word plaintiff request (See Exhibit Thirty-Eight (38). Plaintiff having problems with the food served to (him) in seg and consulted Captain Monk again. See Exhibit Thirty-nine (39)). Every possible way defendants (can/could) to cause plaintiff stress, mental agony and anguish

[They] Collectively have Clearly abusing [their] Authority And Mr. M. Bruton takes and seems to enjoy every possible way he Can involve [himself] in Causing plaintiff unwanted and unneeded Frustrations. When Wardens D. Parker attempts to discuss [these] important matters relating to my health and well being during the Seg. board Committee visit Mr. M Bruton has made it (has) Common practice to interject and invoke irrational statements into the Conversation due to his dislike of plaintiff, (e.g. one occation/seg. board visit Mr. Bruton encourages Warden Parker to cut the Conversation short by defendant Bruton) stating Come on Warden Parker I'm going to make sure (he) does not get out of prison before I retire", then the Seg. Board Committee meeting prior to the above visit Mr. Bruton states". He going to Call the parole board and make sure I dont make parole and again encourages the other Committee Members to end [their] Conversa-

tion with plaintiff, ect.) With the exception of the last Seg. board committee visited on September 13, 2006 Wednesday. To effectively punish and psychologically effect plaintiff, defendant(s) has taken oppertunity to place plaintiff in segregation and inflict mental deficiency as with Dementia and it is said Alabama currently has 52,800 dementia victims and will have almost 70,000 victims by the year 2010, according to an education post. Such post/Educational information States: the life expectancy for a dementia victim is to 6 to 8 years after on set. So plaintiff wonders is this part reason for parole board members deviation of setting plaintiff next parole date five (5) years away instead of the Suggested Three (3) year rule inforce at time plaintiff was sentence. This abusive delay couple with the defendants (ALDOC officials and affiliated groups-prison health services (P.H.S.) employees and Mental health Management (M.H.M.) employee's, ect.)

Page 47 of 69

malicious acts, and neglection of proper and adequate medical treatment should be enough from logical 'point of view' given by defendants movements to have plaintiff dead by the expected year for a dementia victim [2010]. Its very likely Mr. Bruton knows, along with defendants J. Dowling what plaintiff was maliciously injected with to cause plaintiff harm in [2001] and make (said) 'case' (Richard Wayne Wright, Sr. vs. James Deloach et. al. Civil Action No. 99-D-1405-N.) go away. (Dismissed in 2001 November). Mr. Bruton defendant has told Ms. pittman plaintiff Wright Sr. Bey assigned Classification Specialist) to inform him to get ready for another disciplinary See Exhibit Twenty (20)) Captain Monk intentionally deviates from honoring the Seg. orientation sheet which made available a five (5) dollar with drawal for (hygien items need stationary -- pens, paper, ect.) and continuat to rewrite plaintiff request to deplete plaintiff complaints / requests) (See Exhibit Forty (40)) Plaintiff can't even

Page 48 of 69

get the bare minimum benefits afforded to all inmates regardless of [their] race, religion practises and Creed or through these officials of the ALDOC (See Exhibit Forty - one (41) -- Inmate request slip - date 9/12/05) Lt. Edwards Stated " 6 month issue does not include towels and wash cloths" Lt. Edwards fail to mention one set of clothes I was forbidded also and I had to wait one year to get one set of clothes. The inmates classified all dont have to wait as the inmates classified as Black inmates. Ms. Dykes refuse to give plaintiff a new towel and face cloth and intentionally sent plaintiff a towel that 'appeared' had been used by a person 'whom' wipe oilly and grease hand on it wash and given to plaintiff while he was in the infirmary. Plaintiff is still forbided by Ms. Dykes the towel and face cloth which (he) requested again and was sent another used towel and face cloth by the laundry crew and told (by the laundry crew) I must wait until September 16, 2004 in order to get six (6) month issue.

Page 49 of 69

Plaintiff was denied both packages in Seg. as [their] added form of punishment. Plaintiff wrote Captain Monk the request dated 17 December 2005 the following: "I wrote the Chaplain tring to get a care package as the other same situated inmates had but has been unable to get a response or a package. Would you look into this matter? That I maybe provide with one. Captain Monk Replied," Disciplinary Seg. Status did not receive the items- his signature -- denied (See Exhibit Forty- Three (43)). Before receiving Captain Monk response Plaintiff had written Chaplain again the following: " Dear, Chaplain, I under Stand that care packages were given to inmate at Ventress (V.C.F.). Yet as of today I have not receive one. Would you take the necessary measure to ensure I receive one (1). Your time is appreciated Sincerely Chaplain Rieben Reply". The adm. Regs. not allowed Boxes to people in Disciplinary Seg. according to Mr. Bruton you Went Disc. Seg. on Dec. 1- if you get out before Dec. 25th see me for a Bag- or (See Exhibit Forty- Four (44). Which plaintiff noted

it was return on 19 December 05.
Chaplain Rieben should have known by
talking to Mr. Bruton plaintiff would
not be out of Seg. From the Seg. time
Lt. Dowling given him and sent to Mr.
Bruton for Filing. When plaintiff Wright
Sr. Bey did get out of Seg Chaplain
Rieben told me he'll see if he could Find
me some thing and went to the cabinet
in the chapel and took a few items out
of two (2) to three(3) separate bags and
made plaintiff to (his) design care package
instead of given plaintiff the two bags
Regular population was given. Lt. Holland
made me crawl too the shower (in the
infirmary) on my hands and knees in
December 2005 after plaintiff had written
Several request slips to Captain Monk
tring to get a wheel chair to roll to
the shower. When Sgt. C. Cargle Told Lt.
Holland She would get the wheel chair
(which was on the left side of the door
leading into the inmate living area aside
to the infirmary) Lt. Holland told her
"if he not going to walk he can just crawl
then, he don't need Know wheel chair."
Due to Lt. Holland position of Authority (Rank)
Sgt. Cargle Just remain quiet. What
Was so ridiculous Was the wheel
chair Sat right in the infirmary bedding

Page 51 of 69

area I crawl past on the way to
the shower. Once I'm given or have Im 41
medical files presented to this Honorable
Court [this] Court will see plaintiff
discription of defendants acts shows
deliberate indifferences.

Lt. J Dowling arrange with Ms.
Burks to give me another T.B. skin test
approximately nine and a half (9 1/2)
months later (as an annual test) in
order to lock me up in seg. These
defendant knew I would reject the T.B skin
test due to my past reaction my body
incounter at Bullock (B.C.F.) First then
at Ventress (V.C.F.). This attack of Lt.
Dowling with the aid of the hel health care
providers continue until defendant
M. Bruton and R. Pittman (Classification
staff members). Part of Defendant
J Dowling design with defendant N.
Burks hinder/stop plaintiff Wright
program (Dual Diagnostic). Mr. March
Burn arrange for me to be placed
in the program and defendant J.
Dowling arrange for [me] to be put
in seg. again with the assistance
of defendant N. Burks and Nurse A.
Marsh in appling another disciplinary
in March on the 24th 2006. See
Exhibit Sixteen (16)) and Exhibit Forty-

Five (45) -- informal Request Slip with Mr. March Burn reply -- dated Febuary 7, 2006 and Mr. March Burn Signature and dated 2/8/06).

Plaintiff understand now why Ms. Pittman did not called me to the annual progress review hearing neither did Ms Pittman inform plaintiff of (her) changing the progress review hearing which was initially scheduled February 2006, But ~~the~~ Ms. Pittman held it on (January 26, 2006). (See Exhibit ~~18~~ Eighteen (18)) - progress review Form - dated January 26, 2006) The semi-annual review which I was not call to for the hearing, as well, Section notes. Your next review will be Feburary 2006, (See Exhibit Seventeen (17)) = at the bottom), Now it is obvious Mr. Bruton and Ms. Pittman has join in with the pursuit to carry out or attempt to carry out Mos.s. Seals plans of Sending me to a level Five V prison. Defendants know they can subject plaintiff to great harm at a level Five V prison, which many inmates has lost touch with reality due to lenghten Sentence and many lif, Sentence without the possibility of parole, ect. After Mr. M. Bruton left

Bullock (B.C.F.) under the supervision of Mr. Charles Blackledge plaintiff was sent to Ventress (V.C.F.) here at Mr. M. Bruton is supervisor over (Classifications Specialist) where in plaintiff can be subjected to Mr. M. Bruton Malicious motives. See Exhibit nineteen (19) - progress review form- dated August 20, 2004). Once plaintiff discovered Ms. Pittman held the Annual review hearing and intentionally led plaintiff to believe (she) was waiting on montgomery to approve or disapprove (her) and Mr. Bruton recommendation to Justify sending me to a level five (V) prison (see Exhibit Eighteen (18) progress Review Form - dated January 26, 2006).

Plaintiff has learn from past experiences with dealing with former classification specialist) J. Johnson' [they] send inmates a copy of progress review before its approved (See Exhibit Forty-six (46) Memo- dated 1/5/01). Plaintiff discovered after (he) had written Ms. Pittman that she held a hearing without his present and the request read as following: "I guess you'll don't require or call the inmate to the progress review

any more I would like to see what you wrote at the review meeting. Would you send me a copy of what you recommended! Thank-you!" Ms. Pittman Reply: "you will get a copy once its approved in Montgomery your name was in the newsletter! It is not my responsibility to hunt For you. Her Signature - dated 4/7/06" (See Exhibit Forty-Seven (47)). ON the next request slip plaintiff sent dated (5 April 2006) to Ms. Pittman ft Stated: "IF I recall correctly last year in March I had my Scheduled Annual progress review are you waiting until I get out of Seg. or are you behind on your case load or have they shift my name catogory to another specialist case load? Her Reply: Your annual review was held 2/8/06 you were not eligible For any change based on your disc-plinary! Her Signature - dated 4/6/06 (See Exhibit Forty-Seven (47)) Inmate Request Slip - dated 5 April 06).

    Plaintiff Wrote Ms. Pittman again on June 7, 2006 an informal complaint stating: Dear Ms. Pittman

I Still await a Copy of the Annual Review Form if Central records have sent it back will you send me the inmate Copy. I await your response Thank you!". The Ms. Pittman Reply! When I get it you will get it! Her Signature -- dated 6/9/06". (See Exhibit Forty-Eight (48) Informal Request slip). On 19 June 2006 Plaintiff wrote to Ms. Pittman (Supervisor) Mr. M. Bruton as stated: Mr. Bruton, I've never seen it took So long For me to ~~review~~ R.W.W. receive a Copy of the progress review Form Ms. Pittman held in January on the 26 day, 2006, as Ms Pittman Stated through request Slip? Would you See why its taking So long For me to get a Copy of the progress review Form? I await your response! Sincerely, Mr. Bruton reply! Write her. (See Exhibit Forty-nine (49) letter to Mr. Bruton -- dated 19 June 2006).

Plaintiff 'inmate' Request slip "Ms Pittman I still await the Copy of the progress review Form you held in January" Ms. Pittman Reply:"A Copy Was Sent to you 3/16/06! For another Copy you need to write the

Business Office - 50¢ Her Signature dated 7/27/06". (See Exhibit Fifty (50) Inmate Request Slip- dated 7/27/06). Plaintiff wrote Ms Pittman another letter. (See Exhibit Fifty one (51) requesting copies - dated August 29, 2006) Her response next time No BED/Dorm # No Answer. Your must write Business office 50¢ per page From PoMD -- Her Signature -- dated 8/31/06. Plaintiff Wright Sr. Bey Should be reemburse For Copies, ect.

Their is much neglect concerning treating plaintiff properly medically. It can be seen Ms. Robinson (H.S.A) at Bullock (B.C.F.) answer plaintiff promply and adequately. (See Exhibit Fiffy -two (52)) Inmate Request Slip -- dated 28 Jan 05 And Ms. Robinson Reply: Discussed with Mr. Wright on 2/08/05) Defendant N. Burks has refused on every occation to give plaintiff a written response because of her involvement of concealing plaintiff Wright Sr. Bey back injuries. Here are Some of the informal and Formal Complaints plaintiff sought a response For From defendant Burks Inmate Request Slip Outline: "I requested

Page ~~55~~ 57 OF 69
R.W.W.

From you in the past a data Facts sheet (s) For the T.B. Skin test medication. I ask would you send me the home address of P.H.S. head quarter. Also on July 1, 2005 I was scheduled to see Dr. Rayapati would you print his name (Full name) Correctly For me and the name of the medication he prescribe in the space indicated below. No written response. (See Exhibit FiFty - Three (53)) Here I sought a response From Captain Monk. Plaintiff Stated request: " I have been delayed after delay tring to get medical treatment For my back. I would like to discuss with you several issues Concerning what step's you suggest I take. Captain Monk Reply You have been seen by medical staff. I can't tell medical staff how to treat you. They are the experts. You do what medical staff tells you to do. His signature". (See Exhibit FiFty-Four (54) Inmate Request Slip -- dated Mar 16, 2006 Plaintiff Stated: Dear Ms. Burk I thank you For saving me the trouble oF tring to be recompensated For Co-payment by rescheduling [me] For another Doctor appointment. Dr. Rayapati reFuse to treat my back injury adequently.

Page ~~56~~ R.W.W. 58 OF 69

What do you suggest I do now. I await your response. Thank-you! (See Exhibit ~~Five~~ Fifty-Five (55)). Captain Monk decided to change my words [his] way stating: "Medical Complaint". His reply: A copy of your request has been forwarded to Ms. Burks (D.O.N) His/Her decision is Final" dated 6-2-06 (See Exhibit Fifty-Six (56)) Here Captain Monk change my words again from my actual request He stated! Chain of command for HCU? Captain Monk Reply: "Warden Parker is Nurse Burks Boss/Supervisor see him on Seg. Rounds Wednesday mornings". dated 7/6/06. (See Exhibit Fifty-Seven (57)). Plaintiff requested outline: "I have been charge Excessive Co payment charges for the same requested medical treatment I've mention this to Ms. Burks her response has been negative. How can I re-trieve the money they have taken off my prison account. Wrote again 7/27/06 Request Slip No. Written Response. (See Exhibit Fifty-Eight (58))- dated 10 July 06 -- To Written Warden Parker) no response. Some of these officials write disciplinary when ever [they] feel the desirer

Concerning an inmate refusing treat-
ment. See Exhibit Fifty-nine (59) stating
Failure to follow the directions above
may result in a disciplinary--dated
5/19/05  Health Care Unit Patient
Information Slip written by R.
Thompkins (D.A.). ~~Plaintiff~~

Plaintiff Consulted medical
Care staff ' Prison Health Services (P.H.S.)
and warden Parker due to them not
treating me properly (noting plaintiff
past medical Complaints Concerning the
reaction he faced after taken T.B. skin
test, and harkening to alternative testing)
and imposing a ~~dis~~ major disciplinary
upon plaintiff alleging he intentionally
created a health hazard. once they
applied the disciplinary infraction
the need to treat plaintiff as a
health hazard was no more needed
this Fact was shown to plaintiff by
putting him around inmate whom Tested
positive and those who had tested negative
and those whom had not tested at all
within that year. This Design of Lt.
Dowling was Carried out by Defendant
N. Burks and defendant A. Marsh.
Plaintiff express numerous times
after being around these inmates in
seg. breathing difficulty but they

refused to give me a chest x-ray until September 13, 2006, Wednesday. on several occation whom test positive for T.B. while Ere and were place in seg for not taking their suggested treatment medication. This form of defendants Punishment and treatment is totally inhumane and desires this Honorable Court attention to correct defendants and defendant's agents acts. Due to Fear of being posion (as I was at Bullock (B.C.F.)), after the assault ofc. R. Brown and Sgt. J. Carter excuted on november 23, 2006 Plaintiff did not eat many meals and as a result of (such) he lost approximately 24 pounds to 28 pounds. Plaintiff sent a written Affidavit and mailed it to Warden J.C. Giles and Mr. Richard Allen (Prison Comissioner) concerning being put in protective custody, but denied that as well. (See Exhibit sixty (60) and sixty-one (61)-- three pages dated 12 July 2006) Due to plaintiff Filing a §1983 complaint in 1999 in pursuit of protecting plaintiff Civil rights he/I has faced retaliation which grows ever so greater now. The suit was filed because defendants of above (said) case wrote misleading

Page ~~54~~ 61 of 69

R.W.W.

information in plaintiff P.S.I report and the ALDOC officials' using of' said information lead plaintiff to filed the complaint §1983 after he had written the person whom put this information in plaintiff file. (See Exhibit Sixty-Two (62) -- Letter Concerning the false information inserted from probation/parole officer.). Plaintiff found out through the classification specialist at Draper (D.C.F.). He was accuse but plaintiff had/has establish plaintiff never had any charges concerning plaintiff raping his Ex-Wife (See Exhibit Sixty-Three (63) F.B.I report)

## Conclusion

Plaintiff ask this Honorable court to enforce the United States Constitution Article and Amendments affordable (to provide) protection for inmates convicted of crimes. both know Plaintiff have come to know that [he] is not totally and wholly striped of all Rights affordable to and for Citizens of the United States I am a Citizen of the U.S.A. I am a Moorish-American. Plaintiff was not sentence to the death death

Page 62 of 69
R.W.W.

penalty, or to a Mental Health institution at the time of sentencing. Defendants of the Alabama Department of Correction (A.D.O.C.) officials staff and defendant's agents (prison health services (P.H.S.) employee(s) and/or Mental Health Management 'should not' (M.H.M.) employees 'should not' be permit by law to subject plaintiff to death or to Civil Commitment without due process of law because plaintiff has filed Complaints (to the Courts) to protect His Civil rights and Human Rights still affordable during His/In Carceration By-LAW.

## Relief Sought

Appointment of Counsel. Trial by Jury. Expunge all disciplinary found to be wrongfully applied. Officer(s) be required of the Alabama Department of Correction to read periodically the Rules and/or Regulation at which they are govern by to protect the interest of the State of Alabama and the interest of the inmate(s) by injunction(s). That the Courts place any and all injunction/

order on the defendants to have the (A.D.O.C.) officials to sign a legal mail log for any and all of plaintiff incoming and out going legal mail. For this Court to issue a restraining order upon defendants to preserve plaintiff life 3 18 USC 5003 and section 30-5-1, et, seq (Ala. Code 1975). As afforded by the United States constitution Amendment Fourteen (14). Injunction for excessive and inappropriate use of psychotropic drugs with intent to conspirer to commit murder. Criminal charges violation 18 USC 242 Cruel and unusual punishment (6-11-20) (10,000,000); ~~Atonatory~~ damages Ten million ($10,000,000) dollars; ~~Atonatory~~ Monatary damages Ten million ($10,000,000) dollars. Personal injury Ten million ($10,000,000) dollars Psychological damages Ten million ($10,000,000) dollars. Deliberate indifference Tem million ($10,000,000) dollars. Punitive damages. Ten million ($10,000,000) dollars. Pupensftory damages Ten Million ($10,000,000) dollars. Injunction(s) for denying Protective Custody (P.C.) (6-6-500) to (6-6-503) 42 USC 1997 Violation of an institutionize person order defendants to expunge

the False information From plain-
tiff prison File / P.S.I. report, Concern-
ing the allege rape against his Wife/
ex-Wife.

Wherefore, the Court Considered
this Complaint for Jury trial, and
that Cost be assessed against
the defendants (Cost of Court, Cost
of Copies, Cost of Postage, e.g. al).
Injunction to ensure Health Care pro-
viders provide a Copy of the health
Care service agreement either
available in the Institutional law
library or health Care Unit For inmate's,
along with Copies of the American
Medical Association (AMA) standards
American Correctional Association (ACA)
standards, National Commission on
Correctional health Care (NCCHC)
the general terms and Conditions
are being Kept From inmates by
Ms. Burks Which I have requested
From (her) on several occation.
Not have Vendor (P.H.S.) Contract/
agreement Which Warranty Inmate
health Education, proper pharmacy
Services, D.O.C. training Concerning
Contract monitoring. By these (said)
defendants / employees of prison
health Services Inc. act's Failing to

Performance of Affirmative ~~Active~~ action (subject to LAW) Warranty Breach of health code and other(s) For Cause of Terminations. Any and all disciplinary (s) demonstrated to show malicious and/or capricious motives be expunge from plaintiff prison file along with any all report(s) in conjunction with demonstrated disciplinaries maliciously and ~~tor~~ R.w.w. capriciously applied upon plaintiff. Any and all other relief/ injunction that is deemed by this Honorable Court please apply.

Done this the 15th day of August 2006.

Respectfully Submitted

Richard W. Wright Sr. Bey

Richard Wayne Wright Sr. Bey #182140
Ventress Correctional Facility
Dorm/ 8A Bed 24 Bottom/B
Post Office Box 267
Clayton, Alabama 36016

Certificate of Service

This is to Certify that I Richard

Page 66 OF 69 R.w.w.

Wayne Wright, Sr. Bey, A.I.S # 187140 plaintiff, Pro-se, in the above encaptioned matter earnestly ask due to him being indigent that this Honorable Court send a copy of this Complaint to defendant(s) and send plaintiff a front page copy after it has been clock stamp by this Honorable Court and not to exclude sending defendants and/or defendant's Counselor(s) a copy of each exhibit(s) plaintiff has sent with(his) Complaint. I Further Certify that I have placed [this] in the hands of the on duty officer to be placed in the United States mail box after it has been registered for certified mail with return receipt with First Class postage prepaid and this has been properly addressed to the the respected Court on this the 15th day of August, 2006.

Respectfully submitted,

Richd W. Wright Sr. Bey

Richard Wayne Wright Sr. Bey #187140
Ventress Correctional Facility
Dorm 8A Bed 24/B
Post Office Box 767
Clayton, Alabama 36016

Page 67 of 69

Fendant(s) and send plaintiff a front page copy after it has been clock stamp by this Honorable Court and not to exclude sending defendants and/or defendant's counselor(s) a copy of each exhibit(s) plaintiff has sent with(his) complaint. I further certify that I have placed [this] in the hands of the on duty officer to be placed in the United States mail box after it has been registered for certified mail with return receipt with first class postage prepaid and this has been properly addressed to the respected court on this the 15th day of August, 2006.

Respectfully Submitted,

Richard W. Wright Jr. Bey

Richard Wayne Wright Sr. Bey #187140
Ventress Correctional Facility
Durm 8A Bed 241B
Post Office Box 767
Clayton, Alabama 36016

Page 68 OF 69

## Notary Statement

Subscribed And Confirms To Before Me This _____ 20th _____ day Of ___September___ , 2006.

_Richl W. Wight S. Bey_
AFFiant

_Carolyn R. Abercromfie_
Notary Public

My Commission Expires August 18, 2007

_____
My Commission Expire Date

Page 68 OF 69

*[handwritten: 3Rd Sh.ft]*
*[handwritten: Begins on Tuesday morning]*

# MEMORANDUM

*[handwritten: Should Begin on ~~Oct 3Rd~~ on 4th According to Chaplain's Cordinator Steve Walker]*

**To:** Warden J.C. Giles *[handwritten: A. fairy Monk east]*
**From:** Chaplain Daniel Rieben *[handwritten: Daniel Rieben]*

**Date:** September 14, 2005

**Re:** Islamic Ramadan observance for 2005

The Islamic community here at Ventress will be observing Ramadan beginning on or about October 4th, and lasting for 30 days (exact start date is dependant upon the moon). During this period Muslims are not allowed to eat after Dawn or before Sunset. It is requested that members of the Islamic community be allowed to eat breakfast with the first dorm called each morning. After completion of their breakfast meal, the group should be allowed to assemble for recitation of the Holy Qu'ran and Congregational prayer.

Prior to the evening meal (about 45 minutes before sunset) the group should be allowed to assemble for prayer. About 15 minutes after sunset the group should proceed to the dining hall for their evening meal. After completion of their evening meal, the group should be allowed to assemble for completion of concluding prayers.

Plans are to allow the members of the Islamic Community to assemble for prayers in the Chapel, visitation area, or gym classroom each morning and evening during Ramadan. This location will be determined based upon the size of the group and the needs of security.

Due to the opening of the sandwich line participation cannot be monitored by the chow hall or prayer participation. The Chaplain will monitor the participation through the chapel and the inmate leaders of the groups.

A list of participants will be generated from the Chaplains office once all of the details and requirements are finalized.

Cc.    Warden Giles
       Assistant Warden Parker
       Captain Monk
       All Shifts

*[handwritten: 'SEE' (Exhibit ONE(1))]*



**State of Alabama**
**Alabama Department of Corrections**
Ventress Correctional Facility
P.O. Box 767
Clayton, Alabama 36016



**Bob Riley**
GOVERNOR

**Donal Campbell**
COMMISSIONER

October 4, 2005

M E M O R A N D U M

FROM:    J. C. Giles, Warden III

TO:    Chief Steward Livingston

REF:    Islamic Ramadan

Be advised all Ramadan observing inmates will receive double portions of food for the evening meal when available.

JCG/rtc

Cc:    All Stewards
Warden Parker
Captain M.L. Monk
2nd Shift Supervisors
Officer T. Cooper

Telephone (334) 353-3883                    Fax (334) 353-3967

( Exhibit Two (2) )

Oct 28 05 03:04p    PAGING UNLIMITED, INC.    251-473-1300    p.2

SALVATION                    ALLAH                    UNITY

## MOORISH SCIENCE TEMPLE OF AMERICA
### 215 SEMINOLE STREET
### MOBILE, AL 36606

EXTERNAL MEMORANDUM

*J. Bonner Bey*

From:  Bro. J. Bonner-Bey, Acting Grand Governor
                    State of Alabama

To:    CHAPLAIN DANNY RIEBEN

To Chaplain and Warden of Ventress Correctional Facility

You are hereby requested to inform Bro.Sidney Clayton, that per the instructions of

Bro.R.McDowell-Bey, of the National Office of the Moorish Science Temple of America

He is hereby removed from the position of Acting Grand Sheik at Ventress Correctional

Facility.

It is further requested that a election be held next Friday to elect a new

Grandsheik, in the interim the Assistant Grandsheik shall carry out the duties of Grand

Sheik.

Sidney Clayton is not prohibited from being considered for the office at the

election.  Questions concerning eligibility to vote will be directed to Chaplain Rieben

prior to the election.

(Exhibit Three (3))

(Exhibit One (1)) R.W.W.

**INMATE REQUEST SLIP**

Name **Richard W. Wright**    DORM# **10/B** Date **16 Nov 05**

AIS # **187140**

( ) Telephone Call          ( ) Custody Change        ( ) Personal Problem

( ) Special Visit           ( ) Time Sheet            ( ) Other **legal matters**

Briefly Outline Your Request - <u>Then Drop In Mail Box</u>

Yesterday 11/15/05 my Clap that bound my legal papers was taken by ofc. Watson when I question him for taken the Clap, his reason was Lt. Taylor did not want me to have it. He instructed me to sit in front of the shift ofc., went in the ofc., return moments later and stated Lt. Taylor said I can't have it. I would like the Clap back.

<u>Do Not Write Below This Line - For Reply Only</u>

a clap is not sold on the canteen or authorized by the warden Therefore, it is contraband -

M. Jany Monk COSCI

Approved        (Denied)        Pay Phone        Collect Call

Request Directed To: (Check One)

( ) Warden                ( ) Deputy Warden         (X) Captain

( ) Classification Supervisor  ( ) Legal Officer - Notary  ( ) Record Office
                                   Public

N176        Captain Monk Exhibit Four (4)
                                        (a)

## INMATE REQUEST SLIP

Name **Richard W. Wright** DORM# **10/B 55** Date **16 Nov 05**

AIS # **187140**

( ) Telephone Call    ( ) Custody Change    ( ) Personal Problem
( ) Special Visit    ( ) Time Sheet    (✗) Other **legal matters**

Briefly Outline Your Request - **Then Drop In Mail Box**

Yesterday 11/15/05 my Clap that bound my legal papers was taken by ofc. Watson. When I question him For taken the Clap his reason was Lt. Taylor did not want me to have it. He instructed me to sit in front of the shift ofc., went in the ofc., return moments later and stated Lt. Taylor said I can't have it. I would like the Clap back.

**Do Not Write Below This Line** - For Reply Only

The clap you had is not sold on canteen or authorized by warden. Therefore is was contraband.

M. Larry Monk COS II

Approved    (Denied)    Pay Phone    Collect Call

Request Directed To: (Check One)
( ) Warden    ( ) Deputy Warden    (✗) Captain
( ) Classification Supervisor    ( ) Legal Officer - Notary Public    ( ) Record Office

Captain    Monk
Exhibit Four "B"(4)

Mrs. Abercrumbie Copy

LIBRARY REQUESTS FROM SEGREGATED INMATES

Name Richard W Wright, Sr.

AIS # 187140

Date June 9, 2005

The following are books that I am requesting
to check out of the Library while I am in a
segregated unit/status:

Title #1 Question: Would you

Title #2 notify your Supervisor on

Title #3 behalf of my request that

Title #4 a Administrative Regulation

Title #5 index be placed/posted
— Continued at bottom —

I understand that I will receive only one of
the above listed books at a time as it
becomes available.
I understand that I am held responsible for
any book checked out to me in Segregation.

Signature:

Richard W. Wright, Jr.
— Continuation —
In the Law Library For
inmate population? Your
response is requested.
(Exhibit Five (5))

TO: OFFicer Abercrombie

From: Inmate Richard Wayne Wright Sr.

A.I.S # 187140 Infirmary #103

I would like the following books and Supplies:

1). Federal Codes index's letter(F)

2). Federal Codes index's letter(J)

3). legal Kit and line paper (5 sheets)

4). Two sheets of Carbon papers (For Copies)

5). Law library request slips

Done on December 8, 2005 Thursday approximately
1:00 a.m.

Respectfully Submitted,

Richard Wright Sr.

Richard Wayne Wright Sr. #187140

Infirmary #103

(Exhibit Six (6))

Noted: This request For law Material was Written by Some one and I had to re Signed due to their Changes.

LIBRARY REQUESTS FROM SEGREGATED INMATES

Name Richard W. Wright sr.

AIS # 187140   InFirmary #103

Date December 10, 2005

The following are books that I am requesting to check out of the Library while I am in a segregated unit/status:

Title #1 Federal Rules of Civil Procedure

Title #2 West digest key number #(41)

Title #3 Typing paper (5 sheets of

Title #4 line paper - please)

Title #5 2 sheets of Carbon paper with paper Clip

+wo R.WW

I understand that I will receive only one of the above listed books at a time as it becomes available.
I understand that I am held responsible for any book checked out to me in Segregation.

(Exhibit Seven(7))

Signature:

Richard W. Wright, sr.

Richard Wayne Wright, sr. # 187140

LIBRARY REQUESTS FROM SEGREGATED INMATES

Name _Richard W. Wright Sr._

AIS # _187140    InFirmary #103_

Date _December 18, 2005._

The following are books that I am requesting
to check out of the Library while I am in a
segregated unit/status:

Title #1 _170 F.3d — ( one 1 paper Clip)_ _(iF approve)_

Title #2 _Federal Criminal Code and Rules_

Title #3 _Two (2) Carbon paper (iF approve)_

Title #4 _( A.R.) Table of Contents or_

Title #5 _index's For 400's and 500's Series._

I understand that I will receive only ~~one~~ _Two R.W.W_ of
the above listed books at a time as it
becomes available.
I understand that I am held responsible for
any book checked out to me in Segregation.

_(Exhibit  Eight (8))_

Signature:

_Rill W. Wright Sr._

_Richard Wayne Wright Sr. #187140_

XC copy 9

**INMATE REQUEST SLIP**

Name _Richard W Wright_ Quarters _10B / 55B_ Date _Aug 9 2005_

AIS # _187140_

( ) Telephone Call        ( ) Custody Change        ( ) Personal Problems
( ) Special Visit          ( ) Time Sheet             (X) Other _A.R # 333_

Briefly Outline Your Request- Then Drop in Mail Box

~~I'm~~ I'm in need of the Administrative (Reg) index which should be located in the Law library. The A.R. # 333 Should be station in the LAW Library. What Measure will you take to make these above mention documents available to inmate population. Only 6 (Regs) are available to inmate population according to ofc. ~~Ambeanscrambie~~ Ambercrambie

Do Not Write Below This Line – For Reply Only

Approved        Denied        Pay Phone        Collect Call

Request Directed To: (Check One)

( ) Warden                        ( ) Deputy Warden        ( ) Captain
( ) Classification-Supervisor   ( ) Legal Officer- Notary  ( ) Record Office

Public

(Exhibit Nine (9))

N176

RP Ofc.
Daniel

## INMATE REQUEST SLIP

Name Richard W Wright   DORM# Infirmary Room 103 Date 18 Dec 05

AIS # 187140

( ) Telephone Call        ( ) Custody Change      ( ) Personal Problem
( ) Special Visit         ( ) Time Sheet          (X) Other Low material

**Briefly Outline Your Request - Then Drop In Mail Box**

I've request 2 sheets of carbon paper (to make copies For my self and defendants) From ofc Abercrombie along with 2 paper clips (hold papers together) she inform me it must be prior approved. I seek your approval.

**Do Not Write Below This Line - For Reply Only**

Approved    (Denied)    Pay Phone    Collect Call

**Request Directed To: (Check One)**

( ) Warden                    ( ) Deputy Warden           (X) Captain
( ) Classification Supervisor ( ) Legal Officer - Notary  ( ) Record Officer
                                  Public

H176

Captain Monk
(Exhibit Ten (10))

TO: Mrs. Ross
(Bussiness office)

From: Richard Wayne Wright, Sr.
A.I.S. #187140 Dorm 7(seg)#204

Dear Mrs. Ross

Would you give me two (2)
print out Copies of the Prison
account indicating the past
Six (6) months balances and
Sign the Forms For Forma
Pauperis Concerning my
account. Your response is
requested.

Done this the 25th day of
March 2005.                    A.I.S.# Required
                               at Signature
I will give you one.
If you need another            Sincerely,
copy, see Law Library
officer.
              Mo-Ross        Richard W. Wright, Sr.
                        (Exhibit Eleven(11)

**INMATE REQUEST SLIP**

Name _Richard Wright_    Quarters _6B 2_    Date _8-1-05_

AIS # _187140_

( ) Telephone Call    ( ) Custody Change    ( ) Personal Problems
( ) Special Visit    ( ) Time Sheet    (✓) Other _____

Briefly Outline Your Request- <u>Then Drop in Mail Box</u>

_Time to get to chow hall?_

<u>Do Not Write Below This Line</u> - **For Reply Only**

Your dorm is awakened in time to get up and get "your face washed". You get up and handle your business and you will not have any problems. Don't wait until your dorm is called to chow to then use bathroom and wash your face. It is very simple.

Approved    Denied    Pay Phone    Collect Call

Request Directed To: (<u>Check One</u>)

( ) Warden    ( ) Deputy Warden    (✓) Captain
( ) Classification Supervisor    ( ) Legal Officer- Notary    ( ) Record Office

Public

M. Terry Monk CSII

N176

Exhibit (12) Twelve

**INMATE REQUEST SLIP**

Correction
- 17 Nov 05

Name Richard W. Wright    DORM# LOB/55 Date 16 Nov 05

AIS # 187140

( ) Telephone Call    ( ) Custody Change    ( ) Personal Problem

( ) Special Visit    ( ) Time Sheet    ( ) Other _Law_
matters

Briefly Outline Your Request - <u>Then Drop In Mail Box</u>

Lt.'s Holland told me and other in-
mates to get up from the table
in the kitchen take our trays to
the window, so they (inmate washing
the tables) could wash the table. After
I went to another table to finish
my hot meal [she] approach me and
directly order me to (get out!). she
warned me in the past "if I be told

<u>Do Not Write Below This Line</u> - **For Reply Only**

Approved    Denied    Pay Phone    Collect Call

Request Directed To: (<u>Check One</u>)

) Warden    ( ) Deputy Warden    ( ✗ Captain

) Classification Supervisor    ( ) Legal Officer - Notary    ( ) Record Office
Public

CC: Lt. S. Holland
Captain Monk

176

Exhibit Thirteen (13)

to get out the kitchen and
don't I could get ready For
some action." So I complied,
with [her] order and threw R.w.w
the remaining portion of my
breakfast away. I did inform
[her] this would come up again.
I would like to no what adminis-
strative Rules, Regulation or
policy which [I] (and other inmate
are govern by which allows
promotes and/or incourage
A.D.O.C. officials to act
accordingly. Only six (6) of
the nine hundred (900) and/
or more administrative
Regulation are located in
the law library at this time
(this issue will be address
at a later date).

STATE OF ALABAMA)
COUNTY OF BARBOUR)

## AFFidavit

Before Me, the undersigned autho-
rity A notary Public in and For said
County and state of Alabama at
Large, personally appeared, Richard
Wayne Wright, sr. Bey who being
Known to me, and being by me First
ConFirms, deposes and says under
oath as Follows:

My name is Richard Wayne Wright
Sr. Bey A.I.S # 187140, and I am pre-
sently incarcerated at Ventress
Correctional Facility (V.C.F.) Post
Office Box 767 Clayton Department
of Corrections. I am over twenty-
Five (25) years of age.

I Richard Wayne Wright, sr. Bey
Were assaulted on November 23, 2005
by sergeant Sherwin Carter (CO.II)
(BIM), (here after refered to as Lsgt.
S. Carter)) and officer Roosevelt
Brown (CO.I) (BIM) (here after refered
to as (ofc. R. Brown)) in the lobby
of Dorm Ten (10). This assault exe-
cuted upon inmate Wright arose
From a Conversation inmate R.W.W

Page 1 of 10
Exhibit Fifteen (15)

Wright had with oFc. R. Brown Con-
cerning the Alabama Department of
Corrections (here after refered to as
(A.D.O.C.)] Administrative Regulations
(A.R.) establish to protect inmate(s)
From extreme cold or hot temperatures.
The wheather temperture were below
Freezing indicated by Frost on the win-
dows and on the ground. I had been
subjected to those wheather tempera-
ture's prior to this occasion while
here at (V.C.F.). I express my willing-
ness to be restrained by oFc. R. Brown
with hand cuff's and taken to the
Segregation Unit/Cell's Verbally First.
oFc. R. Brown continued to announce
verbally while (he) banged on various
inmates beds/racks with (his)
Stick. when oFc. R Brown personally
told me I was going out side when
(he) called yard call. I demonstrated
this time physically as well as
Verbally my willingness to be re-
strained by placing the temporary
institutional I.D. card/Computer
print out on the Floor in the dorm
of ten-B (10-B) side, while I Kneeled,
on both Knees and placed my
hands behind my back to be rest-
rained as he passed me several

Page 2 oF 10

times. When I saw OFC. R. Brown was refusing to restrained me. I inform OFC. R. Brown I would like to talk to the shift Commander Lt. John Dowling (here after refered to as (Lt. J. Dowling)). OFc. R. Brown left the dorm several times while I sat on the bed but Lt. J. Dowling never came. Once OFc. Brown started announcing yard call only few in- mate's exit the dorm, that's when OFC. R. Brown started forcing in- mates out the dorm by pushing and shoving with his hands and his stick. Once I preceive OFc. R. Brown was tring to clear the dorm (or even) the dorm cleaners [I] too exit the dorm. Upon inmate Wright entering the lobby of Ten (10) dorm's (where inmate Wright was initial assaulted) Sgt. S. Carter were/was directing inmate's outside (with a stick in his hand). Inmate Wright kneeled on both knees, placed the computer copy I.D. on the floor, put my hands behind my back to be hand cuffed. I verbally stated I would like to go to lock up (Segregation Unit) be- cause I did not want to go out in the cold. I knew from past con-

Page 3 of 10

Exhibit Fifteen (15)

versation with sgt. S. Carter that any logical explaination I brought him would be absurb in (his) eye's and sgt. S. Carter used no reasonable logic when dealing with me. Simultaneously ofc. R. Brown came up behind me (inmate Wright) Sgt. S. Carter Stated; "this the mother Fucker right here" (while pointing his stick in my Face) From where sgt. S. Carter stood. Moments later Sgt. Carolyn Longmire (CO.II) (B/F) (here after refered to as (sgt. Longmire)) entered Ten (10) dorm's lobby From the shift office B.W.W and ask "'why' all this noise out here".

I commence to respond verbally at such time Sgt. S. Carter struck me in the Face with his hand, Then inmate Wright was tackled by officer Levy Richardson (CO. I) (B/M) (here after refered to as (ofc. L Richardson)) and ofc. R. Brown and sgt. S. Carter and restraints (hand cuff's) were placed on me by ofc. L. Richardson. In order to shift the blame For this incident on to inmate Wright ofc. L. Richardson has conspired with sgt. S. Carter and ofc. R. Brown to conceal [their] assault

Page 4 of 10

# AFFidavit

and Battery, by imparting and sug-
gesting inmate Wright be Charge
by oFc. L. Richardson with an institu-
tional rule violation Number Twenty-
nine (#29) ("Assault on a Doc oFFicial"),
by oFc. L. Richardson Falsely Stating,
"Inmate Wright did Kick [him] in the
Stomach area when restraints were
being on inmate Wright and aFter
restraints were placed on inmate
Wright". Inmate Wright does not be-
lieve oFc. L. Richardson had prior
Knowledge/Knew oFc. R. Brown and
Sgt. S. Carter were/was going to
assault inmate Wright as [they]
did, nor does inmate ~~R.W.~~ Wright
recalls, neither did he noticed oFc.
L. Richardson at any time of this
assault participating in beating
him as oFc. R. Brown and Sgt. S.
Carter did. oFc. L. Richardson did
Knowingly and Willingly Failed
to properly report to (his) Super-
visor/Superior oFFicer this illegal
and unnecessary use oF Force.
This excessive use oF Force did
and does elevated to the level oF
Cruel and [unusual] treatment and
does violate inmate Wright 'rights'

Page 5 oF 10

Exhibit FiFteen (15)

as afforded to him, U.S.C.A. Cont. Amend. Eight (8) and Fourteenth (14) Amendment.

Once Ofc. L. Richardson informed Sgt. S. Carter that the hand cuff's were on inmate Wright Sgt. S. Carter extended the assault by punching inmate Wright in the back of (his) neck and head causing petitioner mouth to hit the Floor Ofc. R Brown joined in the assault and began hitting (me) with his stick on my legs and back Sgt. S. Carter then stood up and both of them began kicking me several times while ofc. L. Richardson stood back an observed the assault and its' still a wonder where Sgt. C. Longmire went. While inmate Wright rolled around on the floor tring to dodge [their] licks Ofc. R. Brown decided he wanted to hit me a few more times with his stick. Inmate Alton Rodrick Carter was pulled into the lobby of ten (10) dorm after ofc. R. Brown and Sgt. S. Carter ordered the cubicial officer to click the door so it would open because many inmates were yelling and hitting the door stating, "stop hitting that man like that"; "that don't

## AFFidavit

make no sense you'll doing him like that, ect.") inmate A.R. Carter was Suspected (I assume) oF being among [them] whom tried to detour Sgt. S. Carter and oFc. R. Brown From beating inmate Wright. Inmate Wright Could not (at the time they excuted this assault on him) properly I.d. the third (3ᵈ) oFFicer beating in-mate A.R. Carter aFter [I] Was release From the inFirmary/Seg unit inmate A.R. Carter Claried ~~that~~ B.W.W. Who' that third (3ᵈ) oFFicer Was as oFc. David Pullom.

To Further Conceal their in approiate action and portray [their] actions to be right and just oFc. R. Brown imposed two (2) additional disciplinary inFraction upon inmate Wright. Institutional Rule Violations number B.W.W. FiFty-three (#53) (Inciting a Riot or Rioting and Institutional Rule Violation number FiFty-Six (#56) (Failure to obey a direct order oF a Doc oFFicial), Sgt. C. Longmire Failed (as well) to re-ported the incident as it happen. Warden Daryl Parker (assistant Warden) (here aFter reFered to

Page 7 oF 10
Exhibit FiFteen (15)

as (Warden Parker)) and Captain M.L. Monk (Cos. II) (WIN) (here after refered to as (Capt. Monk)) reported to the scene where inmate Wright was had been dragged into the room, across from the shift office with inmate A.R. Carter after Sgt. S. Carter further injured inmate Wright back by grabbing the front part of his pants shaking him up and down until the front portion of inmate Wright button popped off and (he) was drop Warden J. C. Giles (Head Warden) did gain knowledge of the incident, for the three (3) disciplinary infractions [they] imposed upon inmate Wright went to Warden Giles for his approval of. Warden Giles, Warden Parker, Capt Monk, Lt. Dowling (Shift Commander) Sgt. C. Longmire Administrative Sergeant) and Sgt. S. Carter, all of whom are a part of the 'top' official staff of the Alabama Department of Correction (A.D.O.C.) at Ventress Correctional Facility (V.C.F.) who or/ and whom also failed to notify the Internal and Investigation (I & I) division affiliated with the (A.D.O.C.). They also

Page 8 of 10

## AFFidavit

disregarded all inmate wright re-
quest slip, informal or formal
letters and verbal conversation
etc. which inmate wright stated/
submitted for protectionary mea-
sure taken from these prison offi-
cials 'who' participated directly
or indirectly in the execution of
this (said) assault inmate wright
under went, these said official
has collectively attempts to
conceal this said assault executed
upon inmate wright leaving him
to bear the blame at this facility.
End of Statement.
        Done this the 20th day of
June, 2006,

                Respectfully submitted,
        ~~Richd W. Wright, Jr. Bey~~
        Richard Wayne Wright, Sr. Bey #187140
        Ventress Correctional Facility
        Segregation Unit/Cell #801
        Post Office Box 767
        Clayton, Alabama 36016


## Notary Statement

   Subscribed And Confirms To

        Page 9 of 10
                Exhibit Fifteen (15)

BeFore Me This __27th__ Day oF
__June__ , 2006.

_Rull W Wild Sr Bey_                 _Carolyn R. Abercrombie_
AFFiant                              Notary Public

My Commission Expires August 18, 2007
MY Commission Expire Date

Page 10 oF 10

# HEPATITIS B VACCINE

## WHAT YOU NEED TO KNOW

### 1  Why get vaccinated?

**Hepatitis B is a serious disease.**

The hepatitis B virus (HBV) can cause short-term (acute) illness that leads to:

- loss of appetite
- diarrhea and vomiting
- tiredness
- jaundice (yellow skin or eyes)
- pain in muscles, joints, and stomach

It can also cause long-term (chronic) illness that leads to:

- liver damage (cirrhosis)
- liver cancer
- death

About 1.25 million people in the U.S. have chronic HBV infection.

Each year it is estimated that:

- 80,000 people, mostly young adults, get infected with HBV
- More than 11,000 people have to stay in the hospital because of hepatitis B
- 4,000 to 5,000 people die from chronic hepatitis B

**Hepatitis B vaccine can prevent hepatitis B.** It is the first anti-cancer vaccine because it can prevent a form of liver cancer.

### 2  How is hepatitis B virus spread?

Hepatitis B virus is spread through contact with the blood and body fluids of an infected person. A person can get infected in several ways, such as:

- by having unprotected sex with an infected person
- by sharing needles when injecting illegal drugs
- by being stuck with a used needle on the job
- during birth when the virus passes from an infected mother to her baby

About 1/3 of people who are infected with hepatitis B in the United States don't know how they got it.

Hepatitis B                        7/11/2001

### 3  Who should get hepatitis B vaccine and when?

1) Everyone 18 years of age and younger
2) Adults over 18 who are at risk

Adults at risk for HBV infection include:

- people who have more than one sex partner in 6 months
- men who have sex with other men
- sex contacts of infected people
- people who inject illegal drugs
- health care and public safety workers who might be exposed to infected blood or body fluids.
- household contacts of persons with chronic HBV infection
- hemodialysis patients

If you are not sure whether you are at risk, ask your doctor or nurse.

✓ **People should get 3 doses of hepatitis B vaccine according to the following schedule.** *If you miss a dose or get behind schedule, get the next dose as soon as you can. There is no need to start over.*

| Hepatitis B Vaccination Schedule | | WHO? | | |
|---|---|---|---|---|
| | | Infant whose mother is infected with HBV | Infant whose mother is not infected with HBV | Older child, adolescent, or adult |
| **W H E N?** | First Dose | Within 12 hours of birth | Birth - 2 months of age | Any time |
| | Second Dose | 1 -2 months of age | 1 - 4 months of age (at least 1 month after first dose) | 1 - 2 months after first dose |
| | Third Dose | 6 months of age | 6 - 18 months of age | 4 - 6 months after first dose |

- The second dose must be given at least 1 month after the first dose.
- The third dose must be given at least 2 months after the second dose and at least 4 months after the first.
- The third dose should *not* be given to infants under 6 months of age, because this could reduce long-term protection.

Adolescents 11 to 15 years of age may need only two doses of hepatitis B vaccine, separated by 4-6 months. Ask your health care provider for details.

Hepatitis B vaccine may be given at the same time as other vaccines.

Exhibit Fourteen (14)



## 4 Some people should not get hepatitis B vaccine or should wait

People should not get hepatitis B vaccine if they have ever had a life-threatening allergic reaction to baker's yeast (the kind used for making bread) or to a previous dose of hepatitis B vaccine.

People who are moderately or severely ill at the time the shot is scheduled should usually wait until they recover before getting hepatitis B vaccine.

Ask your doctor or nurse for more information.



## 5 What are the risks from hepatitis B vaccine?

A vaccine, like any medicine, is capable of causing serious problems, such as severe allergic reactions. The risk of hepatitis B vaccine causing serious harm, or death, is extremely small.

Getting hepatitis B vaccine is much safer than getting hepatitis B disease.

Most people who get hepatitis B vaccine do not have any problems with it.

### Mild problems
- soreness where the shot was given, lasting a day or two (up to 1 out of 11 children and adolescents, and about 1 out of 4 adults)
- mild to moderate fever (up to 1 out of 14 children and adolescents and 1 out of 100 adults)

### Severe problems
- serious allergic reaction (very rare)

## 6 What if there is a moderate or severe reaction?

### What should I look for?

Any unusual condition, such as a serious allergic reaction, high fever or unusual behavior. Serious allergic reactions are extremely rare with any vaccine. If one were to occur, it would be within a few minutes to a few hours after the shot. Signs can include difficulty breathing, hoarseness or wheezing, hives, paleness, weakness, a fast heart beat or dizziness.

### What should I do?

- **Call** a doctor, or get the person to a doctor right away.
- **Tell** your doctor what happened, the date and time it happened, and when the vaccination was given.
- **Ask** your doctor, nurse, or health department to report the reaction by filing a Vaccine Adverse Event Reporting System (VAERS) form.

   Or you can file this report through the VAERS web site at www.vaers.org, or by calling 1-800-822-7967.

*VAERS does not provide medical advice*

## 7 The National Vaccine Injury Compensation Program

In the rare event that you or your child has a serious reaction to a vaccine, a federal program has been created to help you pay for the care of those who have been harmed.

For details about the National Vaccine Injury Compensation Program, call **1-800-338-2382** or visit the program's website at **www.hrsa.gov/osp/vicp**

## 8 How can I learn more?

- Ask your doctor or nurse. They can give you the vaccine package insert or suggest other sources of information.

- Call your local or state health department's immunization program.

- Contact the Centers for Disease Control and Prevention (CDC):
  - Call **1-800-232-4636** (1-800-CDC-INFO) or **1-888-443-7232**
  - Visit the National Immunization Program's website at www.cdc.gov/nip or CDC's Division of Viral Hepatitis website at www.cdc.gov/hepatitis

 

**U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES**
Centers for Disease Control and Prevention
National Immunization Program

Vaccine Information Statement
Hepatitis B (7/11/01)          42 U.S.C. § 300aa-26



Exhibit Sixteen (16)

CBR716-3

ALABAMA DEPARTMENT OF CORRECTIONS
INMATE SUMMARY AS OF 03/29/2006

INST: 043
CODE: CORVK

*****************************************************************************************

AIS: 00197140    INMATE: WRIGHT, RICHARD WAYNE SR    RACE: B  SEX: M

INST: 043 - VENTRESS CORRECTIONAL CENTER    DORM: HO  JAIL CR: 000Y 06M 06D

DOB: 09/15/1967  SSN: 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    PREVIOUS AIS: P0063014

ALIAS: WRIGHT, RICHARD    ALIAS: WRIGHT, RICHARD W.

ADM DT: 04/30/1996  DEAD TIME: 000Y 00M 00D

ADM TYP: NEW COMIT FROM CRT W/O REV OF    STAT: REMOVED FROM SEGREGATION

CURRENT CUST: MED-9    CURRENT CUST DT: 08/24/2004  PAROLE REVIEW DATE: AUG 2009

SECURITY LEVEL: (4) =OUR

SERVING UNDER ACT446 LAW IN CLASS IV    CURRENT CLASS DATE:  04/30/1996
INMATE IS EARNING : PROHIBITED FROM EARNING GOODTIME

| COUNTY | SENT DT | CASE NO | CRIME | | JL-CR | TERM |
|--------|---------|---------|-------|--|-------|------|
| LEE | 04/30/95 | N95300005 | BURGLARY I | | 0186 | 025Y 00M 00D CS |
| | ATTORNEY FEES : $000250 | | HABITUAL OFFENDER : N | | | |
| | COURT COSTS : $0000923 | FINES : $0000000 | | RESTITUTION : $0000050 | | |
| LEE | 04/30/96 | N95300007 | ASSAULT II | | 0186 | 010Y 00M 00D CC |
| | COURT COSTS : $0000315 | FINES : $0000000 | | RESTITUTION : $0000050 | | |

| TOTAL TERM | MIN RELL DT | GOOD TIME BAL | GOOD TIME REM | LONG DATE |
|------------|-------------|---------------|---------------|-----------|
| 025Y 00M 00D | 10/23/2020 | 000Y 00M 00D | 000Y 00M 00D | 10/23/2020 |

INMATE LITERALS:
*****************************************************************************************

DETAINER WARRANTS SUMMARY
    INMATE CURRENTLY HAS NO DETAINER WARRANT RECORDS
*****************************************************************************************

ESCAPEE-PAROLE SUMMARY

    INMATE CURRENTLY HAS NO PAROLE RECORDS

    INMATE CURRENTLY HAS NO PROBATION 754 RECORDS

    INMATE HAS NO ESCAPES FROM ADOC SINCE OBSCIS RECORDING B
*****************************************************************************************

DISCIPLINARY/CITATION SUMMARY

>> DISCIPLINE: 03/23/2006  TIME LOST: 00Y00M00D  CUST FROM MED9 TO MED9
   DISCIPLINE TYPE: MAJOR    AT INST: 043    RULE NUMBER: 52
   RETAINED DAYS: 0000    SEQ #: 08    RULE LIT: INT. CREATE SECURITY/SAFETY/HEALT

>> DISCIPLINE: 12/07/2005  TIME LOST: 00Y00M00D  CUST FROM MED9 TO MED9
   DISCIPLINE TYPE: MAJOR    AT INST: 043    RULE NUMBER: 56
   RETAINED DAYS: 0000    SEQ #: 07    RULE LIT: FAIL TO POST A DIGEST ORDER OF CO

ALABAMA DEPARTMENT OF CORRECTIONS
INMATE SUMMARY AS OF 03/29/2006

CBR716*3

INST: 043
CODE: CORVK

******************************* CONTINUATION *******************************

AIS: 00187140    INMATE: WRIGHT, RICHARD WAYNE SR        RACE: B   SEX: M

*****************************************************************************

DISCIPLINARY/CITATION SUMMARY

>> DISCIPLINE: 12/07/2005  TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
   DISCIPLINE TYPE: MAJOR                    AT INST: 043    RULE NUMBER: 53
   RETAINED DAYS: 0000    SEQ #: 06   RULE LIT: INCITING TO RIOT OR RIOTING

>> DISCIPLINE: 12/01/2005  TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
   DISCIPLINE TYPE: MAJOR                    AT INST: 043    RULE NUMBER: 29
   RETAINED DAYS: 0000    SEQ #: 05   RULE LIT: ASSAULT ON PERSONS ASSC. WITH DOC

>> DISCIPLINE: 05/10/2005  TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
   DISCIPLINE TYPE: MAJOR                    AT INST: 043    RULE NUMBER: 62
   RETAINED DAYS: 0000    SEQ #: 04   RULE LIT: INT. CREATE SECURITY/SAFETY/HEALT

>> DISCIPLINE: 12/01/2004  TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
   DISCIPLINE TYPE: MAJOR                    AT INST: 045    RULE NUMBER: 31
   RETAINED DAYS: 0000    SEQ #: 03   RULE LIT: ASSAULT ON ANOTHER INMATE

>> DISCIPLINE: 09/22/2003  TIME LOST: 00Y00M00D   CUST FROM MIN9 TO MIN9
   DISCIPLINE TYPE: MAJOR                    AT INST: 045    RULE NUMBER: 38
   RETAINED DAYS: 0000    SEQ #: 02   RULE LIT: INDECENT EXPOSURE & EXHIBITION

   >> CITATION: 10/01/1997                         CUST FROM MED9 TO MED9
      CITATION TYPE: BEHAVIOR CITATION      AT INST: 004    RULE NUMBER: 85
   RETAINED DAYS: 0000    SEQ #: 01   RULE LIT: VIOLATION OF INSTIT. RULES OR REG

Exhibit Sixteen (16)

**STATE OF ALABAMA**
**DEPARTMENT OF CORRECTIONS**
**Ventress Correctional Facility**
**P. O. Box 767**
**Clayton, Alabama 36016**

**Bob Riley**
**Governor**

**Donal Campbell**
**Commissioner**

August 5, 2005

FROM:     Mrs. Pittman, Classification Specialist

TO:     Wright, Richard W. Sr          AIS # B/187140

Re:     Semi-Annual Review

A Semi-Annual review of your institutional file was conducted on _____08/05/05_____, for possible changes in your classification.  You are not being recommended for any changes at this time for the following reasons:

Not within time criteria for less restrictive custody and/or placement

Your next review will be:  February 2006

Exhibit Seventeen (17)

Exhibit Eighteen(18,)   R.W.W.   DNA: 5/30/96 (017)

ALABAMA DEPARTMENT OF CORRECTIONS - PROGRESS REVIEW FORM - JANUARY 26, 2006
(COU122)
AIS #: 00197148    SSN: 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    RACE/SEX: B/M    DATE OF BIRTH: 08/15/1967
NAME: WRIGHT, RICHARD WAYNE SR    CUSTODY: MED9    SECURITY LEVEL: 4
INST: VENTRESS CORRECTIONAL CENTER    TIME SRVD: 10Y03M02 LAST DISC: 12 07 2005
CRME: BURGLARY I    MIN REL DT: 10/23/2020 ACTIVE DET: 0

DISC: FAIL TO OBEY A DIRECT ORDER OF PEL CONS:    08/01/2009 EDUCAT LEV: 12

WD/PGM:  Kitchen    PRIM OCCUP: LABORER    GENERAL

RECOMMENDED INSTITUTION: East, LCF, SCC, 3_ _ _ etc    RECOMMENDED CUSTODY: Med

JUSTIFICATION: APR: Violent offender serving 25 yrs Burg I + Asslt II -
S entered occ residence by breaking a window; S was armed w/a
weapon. S fired 2x @ elderly "V + shot V x in left side of face.
Price "64 (Bur) TOP I, c T II, '87 Criminally Negligent Homicide. V3 Occ
accumulated 3 major disciplinaries in 12/05 to include R.V. #39.
Completed 6mo Crim Beh & BCC & 9/28/01, Anger Management 9/28/01,
DV 9/28/01, SUK SAP 5/7/1994 Numerous "V/H + faith based W/5. No
found detainers, escapes, or sex convictions. NC based
on disciplinaries. No treatment needs. Transfer per
1-26-06 ___ 1(045)    request of Warden.    APP. S/L:
I CERTIFY ENEMY LIST WAS REVIEWED AND UPDATED:
Rebecca Pullman 2/7/06    Daniel Payten 2/7/06
CLASSIFICATION SPECIALIST    DATE    WARDEN OR DESIGNEE    DATE
                              2/7/06    MC
                              DATE

PSYCHOLOGIST/PSYCHOLOGIST'S ASSOC.    DATE    CLASSIFICATION COORDINATOR DATE

CENTRAL REVIEW BOARD ACTION

APPROVED X    DENIED; DIVERTED TO: _____    REASONS: Does not have a good cup
Olsen - should have been released    O Cullman  2-17-06
w/ 12/2005 Disciplinary Rev.    CRB MEMBER    DATE

X APPROVED    DENIED; DIVERTED TO: _____    REASONS: _____
Cerny, Poor Adjustment at    Elam  3/7/06
Ventress    CRB MEMBER    DATE

APPROVED X    DENIED; DIVERTED TO: _____    REASONS: Probably would
justify a SL V.    Stephanie Atkinson 3-9-06
                              CRB MEMBER    DATE

FINAL DECISION: INST VCC  CUSTODY MC  DATE _____

DATE INMATE INFORMED: _____    INMATE'S SIGNATURE: X  NO SHOW
LAST ACTION: 2/3/05 Med    DUTY STATUS 1
RE: NO
VIS: GEN LABORER    2-8-06    3/16/06
                      1/4

**ALABAMA DEPARTMENT OF CORRECTIONS - PROGRESS REVIEW FORM - AUGUST 20, 2004**
(COUI22)

AIS #: 00187140      SSN: 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  RACE/SEX:  B/M    DATE OF BIRTH: 08/15/1967
NAME: WRIGHT, RICHARD WAYNE SR    CUSTODY:   MIN9  SECURITY LEVEL: 4
INST: BULLOCK CORRECTIONAL FACILIT    TIME SRVD:  08Y09M26 LAST DISC: 09 22 2003
CRME: BURGLARY I    MIN REL DT: 10/23/2020 ACTIVE DET:  0

DISC: INDECENT EXPOSURE - EXHIBITION PRL CONS:  08/01/2009 EDUCAT LEV: 12

WL/PGM: _____    PRIM OCCUP: LABORER - GENERAL

RECOMMENDED INSTITUTION: _____    RECOMMENDED CUSTODY: _____

JUSTIFICATION: _____

_____

_____

_____

_____

_____

_____

_____

I CERTIFY ENEMY LIST WAS REVIEWED AND UPDATED          APP. SIG: _____

_____   _____          _____
CLASSIFICATION SPECIALIST          DATE          WARDEN OR DESIGNEE     DATE

_____   _____          _____
PSYCHOLOGIST/PSYCHOLOGIST'S ASSOC.  DATE          CLASSIFICATION COORDINATOR DATE

CENTRAL REVIEW BOARD ACTION

___ APPROVED ___ DENIED; DIVERTED TO: _____    REASONS: _____

_____ CRB MEMBER          DATE

___ APPROVED ___ DENIED; DIVERTED TO: _____    REASONS: _____

_____
                              CRB MEMBER          DATE

___ APPROVED ___ DENIED; DIVERTED TO: _____    REASONS: _____

_____
                              CRB MEMBER          DATE

FINAL DECISION: INST _____ CUSTODY Medium DATE / 8 24-04
DATE INMATE INFORMED: 8/20/04 INMATE'S SIGNATURE: _____

Last PR-3/3/04 BCF/Min-IV          Exhibit Nineteen (19)

**DEPARTMENT OF CORRECTIONS**
**Ventress Correctional Facility**
**P. O. Box 767**
**Clayton, Alabama 36016**

**BOB RILEY**
**Governor**

**RICHARD F. ALLEN**
**Commissioner**

August 1, 2006

FROM:    Mrs. Pittman, Classification Specialist

TO:      Wright, Richard W. Sr.                    AIS #:  B/187140

Re:      Semi-Annual Review

A Semi-Annual review of your institutional file was conducted on _____08/01/06_, for possible changes in your classification. You are not being recommended for any changes at this time for the following reasons:

Not eligible for less restrictive custody and/or placement based on pending disciplinary action for RV #56-Failure to Obey

Your next review will be:  February 2007

Exhibit Twenty 20

Sent with motion for Temporary
Restraining order / Protection order
on August 2nd 2006 : Legal mail
www. (CC) Raw

Exhibit one (#)

Twenty-one (21)

Never recieved a return certified reciept for
Mr. Allen.

---

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Ollie Mason    10/20/06

D. Is delivery address different from Item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

---

**COMPLETE THIS SECTION**

1, 2, and 3. Also complete
☐ d Delivery is desired.
nd address on the reverse
urn the card to you.
b the back of the mailpiece,
or on the front if space permits.

1. Article Addressed to:

Ventress Correctional Facility
c/o J.C. Giles, Warden
P.O. Box 767
CLAYTON, ALABAMA
36016

2. Article Number
(Transfer from service label)    7006 0100 0001 9277 9311

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | $0.39 |
|---|---|---|
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $4.64 |

Postmark
Here
06/19/2006

Sent To  J.C. Giles (Warden)
Street, Apt. No.  Ventress Correctional Facility
or PO Box No.  P.O. Box 767
City, State, ZIP+4  CLAYTON, ALABAMA 36

PS Form 3800, June 2002    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | $0.39 |
|---|---|---|
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $4.64 |

Postmark
Here
06/19/2006

Sent To  Mr. Richard Allen (Prison Commissioner)
Street, Apt. No.  ALABAMA DEPT OF CORRECTION
or PO Box No.  301 SOUTH RIPLEY STREET
City, State, ZIP+4  Montgomery, ALABAMA 36130

PS Form 3800, June 2002    See Reverse for Instructions

N266

**STATE OF ALABAMA**
Department of Corrections
Inmate Stationery

*Exhibit Twenty-Tw (22)*

From: Inmate Richard Wayne Wright Sr.
AIS #187140 Dorm 9-B (seg)#904
TO: Chaplain Daniel Rieben

June 7, 2005

Dear Chaplain Rieben,

Do you have a Catholic Bible you could give me or an address I could write to the concern person/people and obtain one.

Also, are you the proper person (in reference) to obtaining spices and oils for worship, if you are not the proper person to address concerning such matters, to whom should I address with such issue.

Your response is requested.

Done this the 7th day of June, 2005.

Truely,

Richard W. Wright, Sr.
Richard Wayne Wright, Sr. #187140

*You need to see the priest at great his local*

*help you See me & explain spices*

N266

**STATE OF ALABAMA**
Department of Corrections
Inmate Stationery

R.W.W.

Janurary 3, 2006

TO : Chaplian Rieben Danial
From: Inmate Richard W Wright, Sr.
        A.I.S # 187140  Infirmary # 103

RE: Inquiring about the Process
    to order Religious material.

Dear Chaplian,

        I would like to Know:
1) When I order religious material
   do I write on the return envirlope
   in care of you or Captain Monk?
2) Are you the one that set the
   process in motion as Far as getting
   the amount requested For the order
   taken off My prison account?
   IF you are not the proper person
   to address this request to would you
   direct me to the right person

I await your response, thank you
For your time. Done this January
3, 2006.
                    Sincerely
                    Richard Wright

Exhibit Twenty-Three (23) # 187140

Richard if ordering from P MOD money.

Get the order form Resley & an Envelope Resley -

Put The order form a Request to me for the material & one to captain for the money off Books.

I approve my Request + Send to Captain Monk who approves money off + he sends it to the Bysness office who encloses a check + puts letter in mail -

L. Request Slip
Chaplain Rieben

Chaplain Rieben
Request Slip

Inmate: Richard
W. Wright, Sr #187740
Infirmary Room
#103

## INMATE REQUEST SLIP

Name **Richard W Wright. sr** Bct Quarters **(Seg)** **801** Date **10 may 06**

AIS # **182140**

( ) Telephone Call          ( ) Custody Change          (X) Personal Problem

( ) Special Visit           ( ) Time Sheet              (X) Other **religous material**

**Briefly Outline Your Request - Then Drop In Mail Box**

On April 23, 2006 I sent you
a request slip about religous
material chaplian Rieben did
not give me but I did not
get a response From you
Concerning such request.
Your response is requested!

**Do Not Write Below This Line - For Reply Only**

Approved          (Denied)          Pay Phone          Collect Call

Request Directed To: (Check One)

) Warden                        ( ) Deputy Warden          (X) Captain

) Classification Supervisor     ( ) Legal Officer - Notary  ( ) Record Office
                                     Public

76    Captain Monk
      Exhibit Twenty.Four (24)

## INMATE REQUEST SLIP

Name _Richard Wright_     Quarters _INF 103_     Date _4-12-06_

AIS # _187140_

( ) Telephone Call        ( ) Custody Change        ( ) Personal Problem
( ) Special Visit         ( ) Time Sheet           (✓) Other _____

**Briefly Outline Your Request - Then Drop In Mail Box**

_Religious Pins in mail room?_

**Do Not Write Below This Line - For Reply Only**

A copy of your request has been for-

warded to _Chaplain Rieben_ .

His/~~Her~~ decision is final.

_M. Terry Monk  Cos II_

| Approved | Denied | Pay Phone | Collect Call |
|----------|--------|-----------|--------------|

**Request Directed To: (Check One)**

( ) Warden                      ( ) Deputy Warden            (✓) Captain
( ) Classification Supervisor   ( ) Legal Officer - Notary   ( ) Record Office
                                    Public

N176     _Exhibit Twenty Five (25)_

Received 8-11-06 ⬤      See Back of Page 2
                                    2nd Notice

August 10, 2006

TO: Chaplain Rieben,
From: Inmate Richard W. Wright Sr. Bey
       A.I.s #187140/ Dorm Seg. #801

RE: Seeking Religous material which was
    ordered

Dear, Chaplian Rieben,

    When I First received my order the Crest's
pins were showing on the invoice that the Com-
pany Sent every thing except the three (3) Crest's
pins. Every thing else I had order were there
with the exception of the one(1) principle badge
and three (3) Crest's pins which also was placed
on back order. I did not receive through the inmate
mail service (this) principle badge. I talk to
you 'after' I receive the written literature
through the mail. After discussing this with
you and the Acting Grand Shiek C. Cunningham-
EL of the Moorish Science Temple of America
Sacred grove here at Ventress (V.C.F.). I return
to you again after the Acting Grand Shiek
talk with you. You made the point (at
that time) it maybe on back order also
and/or the Company might be waiting
to send it with these Crest's pins, I
just need to be patience. Well I waited
Patiently and received only the Crest's

Page 1 of 2
                        Exhibit Twenty-Seven(2.

2nd notice

pins, so this leads me to believe my First. belief which you or the mail room held/had the principle badge. Now you've stated on the request slip For all you know I received what I order. Well I did not receive the principle badge and I do want my religous materials. When I think of the difficulty in getting the Four (4) Crest's pins which you had to tract down and Sgt. Cargle whom really had nothing to do with this transaction ended up having to bring them to me in Seg. in which a property sheet was Filled out Concerning them. The problem is I waited patiently and did not receive the principle badge and I'm not sure, nor do I have a clue where that Fourth (4th) Crest's pin came From because I only order three (3). The Crest's pins are much smaller than the principle badge and iF (they) were held there until you pick them up I believe the Same procedure was ingaged Concerning the principle badge. The mail room Clerk alleged all religous material goes directly to you, So whether the principle badge was held in the mail room I do not know how long. I would like to Know (why) it was taken out the envirlope with the written literature? And I would like to Know where is it?

Done this the 10th day oF August, 2006.

Sincerely,

Richard Wayne Wright, Sr Bey #1871160

Page 2 oF 2

Exhibit Twenty-Seven (27)

Request Slip

To: Chaplian
Rieben

To: Chaplian Rieben
From: Inmate Richard
W. Wright, Sr. Bey
A.I.S # 187140
Seg. # 801

Richard, I checked with Off Cargle & he
Said all you Rec'd in your property were the
4 small pens not the other one,
The mail Room is checking also at my request

I reviewed the mail for contraband & sent it
to the mail room for their policies to be
enforced. Checked with them
I did what was Required of me,
I also cannot find what may have
Happened. OR.

August 3, 2006

TO: Chaplian Rieben
From: Inmate Richard W. Wright, Sr. Bey
     A.I.S # 187140 / Dorm Seg # 801

RE: Seeking Religous Material which was
          ordered.

Dear Chaplian Rieben,

       When I First received my order
the Crest's pins were showing on the
invorce that the Company sent every thing
except the three (3) Crest's pins, Every
thing else I had ordered were there
With the exception of the one (1) principle
badge and three (3) Crest's pins which
also was placed on back order. I did
not receive through the inmate mail
service (this) principle badge. I talk to
you 'aFter' I received the written
literature through the mail. AFter
discussing this with you and the Acting
Grand Shiek C. Cunningham-EL of
the Moorish Science Temple of America
Sacred grove here at Ventress (V.C.F).
I return to you again aFter the
Acting Grand Shiek talk with you. You
made the point (at that time) it maybe

Page 1 of 3
Exhibit Twenty-Eight (28)

On back order also and/or the Company might be waiting to send it with those Crest's pins, I just needed to be patience. Well I waited patiently and receive only the Crest's pins, so this leads me to believe my First belief which you or the mail room held/had the principle badge. Now you've stated on the request slip "For all you Know I received what I ordered", Well I did not receive the principle badge and I do want my religious material. ~~whil~~ R.W.N When I think of the difficulty in getting the Four (4) Crest's pins which you had to tract down and sgt. Cargle whom really had nothing to do with this transaction ended up having to bring them to me in seg. in which a property sheet was filled out concerning them. The problem is I waited patiently and did not receive the principle badge and I'm not sure nor do I have a clue where that Forth (4th) Crest's pin Came From because I only order three (3). The Crest's pins are much smaller than the principle badge and if (they) were held there until you pick them up I believe the same procedure you engaged Concerning the principle badge.

Page 2 of 3
Exhibit Twenty-Eight (28)

The mail room Clerk alleged all re-
ligious material goes directly to
you. So whether the principle badge
was held in the mail room. I do not
Know how long. I would like to Know
(Why) it was taken out the envirlope
with the written ~~material~~ R.W.W.Br literature?
And I would like to Know where is
it?

   Done this the 3rd day of August
2006.

        Sincerely,
     _Richard W. Wright Sr. Bey_
     Richard Wayne Wright Sr. Bey
      # 187140

**INMATE REQUEST SLIP**

Name _Richard Wright_    Quarters _INF 103_ Date _12/29/05_

      AIS # _187140_

( ) Telephone Call     ( ) Custody Change     ( ) Personal Problem

( ) Special Visit        ( ) Time Sheet        (✓) Other _____

Briefly Outline Your Request - **Then Drop In Mail Box**

_How to donate money/procedure?_

**Do Not Write Below This Line** - For Reply Only

_You need to talk with Chaplain Rieben and get the procedure straight from him. He can explain it best._
_M. Tony Mah COS II_

| Approved | Denied | Pay Phone | Collect Call |
|---|---|---|---|

Request Directed To: (Check One)

( ) Warden              ( ) Deputy Warden      (✓) Captain

( ) Classification Supervisor    ( ) Legal Officer - Notary    ( ) Record Office
                      Public

N176    _Exhibit Twenty-nine (29)_



As for as I Know Everythg you ordered you Received OK Everythg you

## INMATE REQUEST SLIP

Name Richard W. Wright Sr. Bey  Quarters # Seg 801  Date 7/27/06

AIS # 187140

( ) Telephone Call        ( ) Custody Change      ( ) Personal Problem
( ) Special Visit         ( ) Time Sheet          (X) Other _Principle Badge_

**Briefly Outline Your Request - Then Drop In Mail Box**

Chaplian I had the principle Badge prior approve yet after Wards I was given the Islam Crest's pin in its place I would like my principle Badge I order! Your response is requested!

**Do Not Write Below This Line - For Reply Only**

Richard I Know nothin about this I did not do anything except approve to send mail to you through the Mail Room- Send Someone to Explein what you are Sayin- If Shift took your stuff

Approved        Denied        Pay Phone        Collect Call

Request Directed To: (Check One)   **Exhibit Thirty (30)**

( ) Warden              ( ) Deputy Warden       ( ) Captain
( ) Classification Supervisor  ( ) Legal Officer - Notary Public  ( ) Record Office

I will ask them about it Chaplian Rieben But that is between you & them

76

*Exhibit Thrity one --*
*(31)*

TO Chaplian Rieben

From Inmate Richard W Wright sr

#187140   Inf. RM #103

Dear Chaplain Rieben

I ask you about my religious material Saturday 8th April 06 as you came in to open the chapel For Jeho-Witness Service. I have not heard From you concerning those ~~pleas~~ pens the mail, clerk sent me notices For. Nor have I heard from Warden Parkers or Cpt. Monk. I await tout response

Respectfully Submitted,
Richd W. Wright sr.

See Back

Michael Kent
W/M #103
Chaplian Richen
Request Slip

Request Slip
Chaplian Richen

I Did not Know About This
until you said something Saturday
the mail Room is not open
Sun & mon. I am off.
Tuesday I Tried — I was
tied up with ISLAMIC
Services when I wanted to
Do this you need to
learn patience.
I have not had ample
opportunity since Saturday
Donna Rulen

Moorish-American Publishing Company
6495 New Hampshire Ave. Suite 202
Hyattsville, MD 20783
Billing: 301-270-1300
Fax: 301-270-5777

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 1/31/06 | 1053 |

| BILL TO | SHIP TO |
|---------|---------|
| Richard Wright Sr. #187140<br>Ventress Correctional Facility<br>Infirmary Room #103<br>PO Box 767<br>Clayton, AL 36016 | Richard Wright Sr. #187140<br>Ventress Correctional Facility<br>Infirmary Room #103<br>PO Box 767<br>Clayton, AL 36016 |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 3/2/06 | |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| 001 | Nationality Cards | 4 | 0.25 | 1.00 |
| 006 | M.S.A. Crescents Allah | 3 | 0.50 | 1.50 |
| 008 | Holy Koran/M.S.T. of A. | 1 | 5.00 | 5.00 |
| 009 | Koran Questions for Moorish | 1 | 1.00 | 1.00 |
| 010 | Humanity | 2 | 1.00 | 2.00 |
| 007 | Principle Badge | 1 | 1.00 | 1.00 |
| 014 | The Great Meeting is On | 1 | 0.50 | 0.50 |
| 026 | Divine Constitution | 1 | 1.00 | 1.00 |
| 030 | Shipping & Handling | 1 | | 3.00 |

Paid in Full - Thank You

**Total** 16.00

Exhibit Thrity - Two (32)

N266

**STATE OF ALABAMA** *Exhibit Thirty-Three*
Department of Corrections      (33)
Inmate Stationery

## MEMORANDUM

note: Chaplain placed his signature above his name on this memorandum

From: Chaplain Rieben
 TO: Shift Office
Date: October 1, 2005
Ref: Ramadan Will begin October 3rd or 4th
- This is a list of approved inmates participating in Ramadan.

- Gary Davis 3.38T/190268
- ~~Rod~~ Roderick Nodd 8A-9T/ 225014
- Marquez Ray 8A-42T /# 185158
- Kenneth McDonald 8A·22T /# 186507
- LeAuthony Bettis 9B-33T /# 234120
- Carlos Evans 10B-56T/ # 162581
- Roderick Bell 6A-30B /# 239126
- Clamas Pearson 3+10T /# 237779
- Shannon Ryan    8B+29B /  #235282
- Juan Lipscomb    3-55T /  #214217
- Terrance Coleman  7B-62B /  #232125
- Ivory Miller    8B-12B / # 141739
- Jerome Campbell   8B-11B / # 186807
- Derrick Wilson   3-92T / # 236611
- Andre Willis    6A-5B / # 237250
- Komell Scott    12-9T /# 212857
- Micheal Anderson  12-58B /# 147822
- Jeffery Jones    12-28T/# 240190
- Leon Glass     3-90T / # 234032
- Ira Smith     3-39T / # 150774
- Rodney Terrell   3-37T / # 156907

(turn over)

- Ki Andre Barnes   9A-43B      /   # 218217
- Demond Singleton   8B-31B   /   # 201287
- Cames Frazier      9A-31T /   # 128759
- Danny Cummingham   9A-35T /   # 238134
- Bruce Adams        3-36T /   # 149918
- Randal Patrick     8A-21T /   # 205313
- Farid Attiba Diallo   3-27B /   # 170015
- Varick Davis       10A-10T /   # 186430
- Michael Little     9B-52T/   # 236083
- Jackson Elliott    8B-26T/   # 133485
- Jermaine Johnson   8A-17B /   # 193254
- Richard W. Wright  10B-55B/   # 187140
- Darcell Brown      8A-37T/   # 221976
- William Fennell    12-16B /   # 237000
- Charles Cunningham  3-50B /   # 193686
- Sidney Clayton     10B-12B/   # 224797
- Earnest Walker     6A-32B/   # 187071
- David L. James     3-8B /   # 130786

INMATE REQUEST SLIP

Name Richard W. Wright Sr Quarters Bey (Sea) 801    Date 6 July 2006

AIS # 187140

( ) Telephone Call    ( ) Custody Change    ( ) Personal Problems
( ) Special Visit    ( ) Time Sheet    (✗) Other ~~Address Change~~
                                        legal mail

Briefly Outline Your Request- Then Drop in Mail Box

I would like To Know who/whom is the
designated person (named) appointed to handle
mail inmate's place in the 'legal mail Box'?
Secondly, what is the mail clerks
name at this Facility?
Thank - you in advance For your time!

Do Not Write Below This Line – For Reply Only

Ms. Ollie Mason is the
mail clerk who handles All
mail.

| Approved | Denied | Pay Phone | Collect Call |

Request Directed To: (Check One)

( ) Warden    ( ) Deputy Warden    ✗ Captain
( ) Classification Supervisor    ( ) Legal Officer- Notary    ( ) Record Office
                                 Public

Captain Monk    (34)
N17 Exhibit Thirty-Four

**INMATE REQUEST SLIP**

Name _Richard Wright_ DORM# _JWF 103_ Date _12-8-05_

AIS # _187140_

( ) Telephone Call        ( ) Custody Change        ( ) Personal Problem
( ) Special Visit          ( ) Time Sheet            (✓) Other _____

Briefly Outline Your Request - <u>Then Drop In Mail Box</u>

1. Picture ID ?
2. Hat ?

<u>Do Not Write Below This Line</u> - For Reply Only

1) ID will be delivered to you when
it gets here.

2) I do not have your hat
Nor do I know where it is.
M. Larry Monk CO II

Approved          Denied          Pay Phone          Collect Call

Request Directed To: (<u>Check One</u>)

( ) Warden                    ( ) Deputy Warden          (✓) Captain
( ) Classification Supervisor ( ) Legal Officer - Notary ( ) Record Office
                                    Public

N176    _Exhibit Thirty-Five (35)_

**INMATE REQUEST SLIP**

Name _Richard WWright_ DORM# _LO/B-55_ Date _10/17/05_

AIS # _187140_

( ) Telephone Call          ( ) Custody Change          ( ) Personal Problem

( ) Special Visit           ( ) Time Sheet              (✗) Other _Watch_

Briefly Outline Your Request - __Then Drop In Mail Box__

_I would like to receive a wrist Watch From home Valued No more than $25 dollars, Could I get your approval?_

__Do Not Write Below This Line - For Reply Only__

_CAN only get WATCHES when it is AN Approved item in A package._

Approved          (Denied)          Pay Phone          Collect Call

Request Directed To: (Check One)

( ) Warden                        ( ) Deputy Warden        (✗) Captain

( ) Classification Supervisor     ( ) Legal Officer - Notary  ( ) Record Offic
                                      Public

N176    _Cpt. MoNK_
        _Exhibit Thirty-Six (36)_

## INMATE REQUEST SLIP

Name Richard W. Wright    Quarters (7 Dorm) Seg.    Date Mar 20, 2005.

AIS # 187140

( ) Telephone Call    ( ) Custody Change    (✗) Personal Problem
( ) Special Visit    ( ) Time Sheet    ( ) Other _____

Briefly Outline Your Request - Then Drop In Mail Box

I'm wondering why am I placed in hand Cuff's and taken through the dorm in order to exercise, while it's full with inmates. I can't defend my self against while being restrained in such form. I wonder why I am being punish by being Feed one Roll or biscuit at meal times and not allowed to have Coffee with my meal on sunday.

Do Not Write Below This Line - For Reply Only

Read your Seg orientation.

M. Jany Marl corr.

| Approved | Denied | Pay Phone | Collect Call |

Request Directed To: (Check One)

( ) Warden    ( ) Deputy Warden    (✗) Captain
( ) Classification Supervisor    ( ) Legal Officer - Notary Public    ( ) Record Office

(Exhibit Thirty seven (37))
Captain
Exhibit Thirty- six R.W.

176



## INMATE REQUEST SLIP

Name _Richard Wright_   Quarters _6B - 1_   Date _7-19-05_

AIS # _187140_

( ) Telephone Call    ( ) Custody Change    ( ) Personal Problems
( ) Special Visit     ( ) Time Sheet        (✓) Other_____

**Briefly Outline Your Request- Then Drop in Mail Box**

_____

_____

"FROZEN" Account?

_____

_____

_____

_____

_____

_____

**Do Not Write Below This Line – For Reply Only**

_____     A copy of your request has been for-     _____

_____     warded to _Linda Shirah, Business Manager_     _____

            ~~His~~/Her decision is final.

_____     _M. Terry Monk COS II_     _____

**Approved**    **Denied**    **Pay Phone**    **Collect Call**

**Request Directed To: (Check One)**

( ) Warden                    ( ) Deputy Warden         (✓) Captain
( ) Classification Supervisor ( ) Legal Officer- Notary ( ) Record Office
                                  Public

N176

_Exhibit Thirty-Eight (38)_



## INMATE REQUEST SLIP

Name _Richard Wright_____ DORM# _SEG 904_ Date _5-16-05_

AIS # _787140_

( ) Telephone Call        ( ) Custody Change      ( ) Personal Problem

( ) Special Visit         ( ) Time Sheet          (✓) Other _____

Briefly Outline Your Request - <u>Then Drop In Mail Box</u>

_____

_____

_Dessert missing?_____

_____

_____

_____

_____

_____

<u>Do Not Write Below This Line</u> - **For Reply Only**

_Apparently an error in processing_
_on that particular day._
_Hopefully — the problem has been_
_fixed.  M. Jerry Mink COS II_

Approved        Denied        Pay Phone        Collect Call

Request Directed To: (<u>Check One</u>)

( ) Warden                    ( ) Deputy Warden        (✓) Captain

( ) Classification Supervisor ( ) Legal Officer - Notary ( ) Record Office
                                  Public

N176    _Exhibit Thirty Eight (38) Nine (39)_
                              _R.W.W   R.W.W_



**INMATE REQUEST SLIP**

Name _Richard Wright_ _____ Quarters _INF 103_ Date _1/3/06_

AIS # _187140_

( ) Telephone Call        ( ) Custody Change        ( ) Personal Problem

( ) Special Visit          ( ) Time Sheet            (✓) Other _____

**Briefly Outline Your Request - Then Drop In Mail Box**

_____ STORE DRAW? _____

_____

_____

_____

_____

_____

_____

**Do Not Write Below This Line - For Reply Only**

_____

___ On Restrictions until 1-21-06 _____

_____

_____

_____

Approved        (Denied)        Pay Phone        Collect Call

**Request Directed To: (Check One)**

( ) Warden                                          ( ) Deputy Warden        (✓) Captain

( ) Classification Supervisor        ( ) Legal Officer - Notary    ( ) Record Office
                                                           Public

N176    Exhibit Forty (40)



## INMATE REQUEST SLIP

Name **Richard W Wright**   DORM# **10/B-55**   Date **9/21/05**

AIS # **187140**

( ) Telephone Call      ( ) Custody Change      ( ) Personal Problem

( ) Special Visit         ( ) Time Sheet           (✗) Other **Laundry**

Briefly Outline Your Request - <u>Then Drop In Mail Box</u>

I was denied six (6) month issue in
March, 2005. For such reason I had to
wait until September to receive it. Mrs.
Dykes only gave me partial six(6) months
issue Forbidding me a towel, wash cloth.
and one (1) set of visitation whites.
Why am I denied these things? When
will I be allowed these named items?

<u>Do Not Write Below This Line - For Reply Only</u>

6 Month issue does Not include
Towels and Wash Cloths

Approved        Denied        Pay Phone        Collect Call

Request Directed To: (Check One)

( ) Warden                      ( ) Deputy Warden        ( ) Captain

( ) Classification Supervisor   ( ) Legal Officer - Notary  ( ) Record Offic
                                     Public

N176   *Exhibit Forty-one (41)*

## INMATE REQUEST SLIP

Name _Richard W. Wright sr. Bey_ Quarters _#801_ #Seg Date _8/4/06_

AIS # _187140_

( ) Telephone Call        ( ) Custody Change       ⊠ Personal Problem

( ) Special Visit         ( ) Time Sheet           ( ) Other _Canteen_

Briefly Outline Your Request - **Then Drop In Mail Box**

How do I go about the
procedure to order some
thing from the ~~snack~~
snack line?

Do Not Write Below This Line - **For Reply Only**

You have to get canteen —
submit list through Seg officer.

M. Fay Monk cos?

| Approved | Denied | Pay Phone | Collect Call |
|----------|--------|-----------|--------------|

Request Directed To: (Check One)

( ) Warden                 ( ) Deputy Warden          ⊠ Captain

( ) Classification Supervisor  ( ) Legal Officer - Notary  ( ) Record Office
                                     Public

Exhibit Forty-Two (42)

Captain Monk

76

**INMATE REQUEST SLIP**

Name **Richard W Wright** DORM# **Infirmary Room 103** Date
AIS # **187440**      17 Dec 05

( ) Telephone Call      ( ) Custody Change      ( ) Personal Prob
( ) Special Visit       ( ) Time Sheet          (X) Other _____

**Briefly Outline Your Request - Then Drop In Mail Box**

I wrote the Chaplian
tring to get a Care package
as the other same
Situated inmates has
but has been unable
to get a response or a
package. Would you look in
to this Matter? That I
Maybe provide with one

**Do Not Write Below This Line - For Reply Only**

Dicciplinary Seg. status did
Not receive the items.

M. Larry Monk COS II

Approved    (Denied)    Pay Phone    Collect C

**Request Directed To: (Check One)**

( ) Warden             ( ) Deputy Warden       (X) Captain
( ) Classification Supervisor  ( ) Legal Officer - Notary  ( ) Record C
                                    Public

Exhibit Forty-Three (43)
N176   Capt Captain Monk

N266

Exhibit Forty-Four
(44)

**STATE OF ALABAMA**
Department of Corrections
Inmate Stationery

Return.
14 Dec 05

TO: Chaplain Rieben
From: Inmate Richard Wayne Wright Sr.
    A.I.S # 187140   Infirmary #103

Dear Chaplain,

        I understand that care packages
Was giving to inmates at (V.C.F.). Yet as
of today I have not receive one. Would you
take the necessary measure to ensure I receive
one(1). Your time is appreciated!

                        Sincerely,

Adm. has not allowed
Bags to explain Disciplinary
Seg. According to Mr.        Richard W. Wright Sr.
Bruton you went D.Sc.        Richard Wayne Wright Sr. #187140
Seg on Dec I- if you         Infirmary Room #103
get out before Dec 25-See me for a Bag. ok

No cust 10/23/?0    no c/o    a  Febuary 7, 2006    MRO
3/4/06

Inmate Richard Wayne Wright, Sr.
A.I.S # 187140  Dorm 8A / 55-B

Dear Mr. MarchBurn    Exhibit Forty-Five
(45)

I'm interested and would like to
be placed in the next Dual Diagnostic
Class/program. I Believe From talking to
others whom have taken the program
it could help me in liFe.

Richard-
you came 3/4/06
you have already [examined]
yw SNP on 5/7/99 But
Referred released.
4R's, on your request, I am
settting you up For D,D,x
[examine] 4/10/06 in 6 R Derm 1

Sincerely
Richard W. Wright Sr.
#187140

[signature] 3/4/06

**MEMO** ———————                    Date 1/5/01

FROM: S Johnson

TO: Richard Wright

REF: Progress Review

I have attached a copy of your Progress Review for your records. When the final results are received, you will only receive the front page.

Exhibit Forty - Six (46)

31

N266

# STATE OF ALABAMA
### Department of Corrections
*Inmate Stationery*

TO: Ms. Pittman (Classification Specialist)
From: Inmate Richard W. Wright Sr. Bey
          Seg # 801 /AIS # 187140

7 June 2006

Dear: Ms. Pittman

I still await a copy of the Annual review form if Central records have sent it back will you send me the inmate's copy. I await your response. Thank-you!

Sincerely,

Rich W. Wright Sr. Bey
Richard Wayne Wright, Sr., Bey # 187140

when I get it,
you'll get it.
mrs Pittman
6/9/06

Exhibit Forty-Eight
(48)



# Exhibit Forty-Seven (47)

## INMATE REQUEST SLIP

Name __Richard W Wright__    DORM# __RM#103__ Date __6 April 06__

AIS # __187140__

( ) Telephone Call        ( ) Custody Change        ( ) Personal Problem

( ) Special Visit          ( ) Time Sheet            (X) Other __Classifica-__
                                                              __tion__

Briefly Outline Your Request - **Then Drop In Mail Box**

I guess you'll don't require or
Call the inmates to the progress review
any more I would like to see
What you wrote at the review
meeting. Would you send me a copy
of what you recommended.
                        Thank-you!

**Do Not Write Below This Line - For Reply Only**

You will get a copy once its
approved in Montgomery. Your
Name was in the newsletter!
It is not my responsibility to
hunt for you.            Mrs. Pittman  4/7/06

Approved        Denied        Pay Phone        Collect Call

Request Directed To: (Check One)

( ) Warden              ( ) Deputy Warden        ( ) Captain

( ) Classification Supervisor    ( ) Legal Officer - Notary    ( ) Record Office
                                     Public

                    M.S. Pittman
N176
        Classification Specialist

## INMATE REQUEST SLIP

Name Richard W. Wright    DORM# INF. RM 103   Date 5 April 06

AIS # 18740

( ) Telephone Call        ( ) Custody Change        ( ) Personal Problem

( ) Special Visit         ( ) Time Sheet            (✗) Other Progress Review

**Briefly Outline Your Request - Then Drop In Mail Box**

IF I recall Correctly last year in march I had my scheduled Annual progress review are you waiting until I get out of Seg or are you behind on your case load or have they shift my name Category to another Specialist Case load?

**Do Not Write Below This Line - For Reply Only**

your annual review was held 03/8/06 You were not eligible for any change based on your disiplinaries!

Mrs. Pittman   4/6/06

| Approved | Denied | Pay Phone | Collect Call |
|---|---|---|---|

**Request Directed To: (Check One)**

( ) Warden                    ( ) Deputy Warden           ( ) Captain

( ) Classification Supervisor ( ) Legal Officer - Notary  ( ) Record Offic
                                  Public

N176

Exhibit Forty-Seven (47)

MS. Pittman
Classification Specialist

N266

**STATE OF ALABAMA**
Department of Corrections
*Inmate Stationery*

19 June 2006

TO: Mr. Bruton (Classification Supervisor)
From: Inmate Richard Wayne Wright Sr. Bey
A.I.S #187140 Durm 8 Seg #801

Dear Mr. Bruton,

I've never seen it took so long
For me to receive a copy of the
progress review Form Ms. Pittman held
in Jan as she stated through request
Slip? Would you see Why it's taking
So long For me to get a copy of
the progress review Form? I await
your response!

Sincerely
Ruld W. Wiyht Sr. Bey

write her

noted: ON June 27, 2006 I receive this
through the mail. Which I prepared to write an
additional request to Mr. Bruton. (See
additional "Request",) Dated June 27, 2006.)

Exhibit Forty-nine (49)

## INMATE REQUEST SLIP

ame _Richard. W. Wright sr. Bey_ Quarters # _Seg_ _001_ Date _7/27/06_
AIS # _182140_

( ) Telephone Call     ( ) Custody Change     ( ) Personal Problem
( ) Special Visit     ( ) Time Sheet     ( ) Other _Review_ _Form_

iefly Outline Your Request - __Then Drop In Mail Box__

MS. Pittman I Still
await the copy of
the progress review Form
you held in January

__Not Write Below This Line__ - For Reply Only

a copy was sent to you 3/16/06!
For another copy, you need to
Write the Business Office - 50¢

Mrs Pitt — 7/27/06

Approved     Denied     Pay Phone     Collect Call

est Directed To: (Check One)
Warden
X Classification ~~████~~     ( ) Deputy Warden     ( ) Captain
    ( ) Legal Officer - Notary     ( ) Record Office
       Public

Exhibit Fifty 50)
Ms. Pittman

August 29, 2006

TO: Ms. Pittman

From Inmate Richard W Wright
A.I.S # 187140

Dear Ms. Pittman,

I would like TWO (2) Copies of the January 2006 Annual review Form. and one (1) Copy of semi-annual review Form.

Done this the 29th day of August, 2006.

NEXT TIME NO BED/DORM # NO ANSWER. You must Write Busness Office 50¢ per page from PMD.

Mrs. Pittman
8/31/06

(Exhibit Fifty-One (51))



(Head Nurse) Ms. Robinson

## INMATE REQUEST SLIP

Name **Richard Wright** Quarters **15 Cell (Seg)** Date **28 JAN 05**

AIS # **1P7140**

( ) Telephone Call      ( ) Custody Change      (✗) Personal Problem

( ) Special Visit        ( ) Time Sheet           ( ) Other _____

Briefly Outline Your Request - Then Drop In Mail Box

I ask Dr. Sidek could I receive a drug FAX sheet pertaining to the medicine he prescribe. but I have not been given one as of today. Would you have one sent to me for each drug prescribe to me. I would like to receive two (2) Medical Complaint Form.

Do Not Write Below This Line - For Reply Only

Discussed with Mr. Wright on 02/08/05

Mrs. Robinson HSA
02/08/05

| Approved | Denied | Pay Phone | Collect Call |

Request Directed To: (Check One)    Exhibit Fifty Two (52)

( ) Warden                    ( ) Deputy Warden        ( ) Captain

( ) Classification Supervisor  ( ) Legal Officer - Notary Public   ( ) Record Office

Head Nurse
Ms. Robinson

N176



INMATE REQUEST SLIP   *My Copy*

Name *Richard Wright*   Quarters *6B-IT*   Date *July 6, 2005*

AIS # *187140*

( ) Telephone Call     ( ) Custody Change     ( ) Personal Problems
( ) Special Visit     ( ) Time Sheet     (✗) Other *Medical*

**Briefly Outline Your Request- Then Drop in Mail Box**

I request From you in the past
a data Facts sheet(s) For the (T.B.)
Skin test medication. I ask
Would you send me the home
address oF P.H.S. headquarter.
Also on July 7, 2005 I was
~~scheduled to see~~ Dr. Rayspati Would you
~~seen by~~ Full name
Print his name Correctly For me and
the name of the medication he prescribe
in the space ~~below~~ indicated.

**Do Not Write Below This Line – For Reply Only**

_____

_____

_____

_____

_____

_____

_____

Approved      Denied      Pay Phone      Collect Call

**Request Directed To: (Check One)**

( ) Warden      ( ) Deputy Warden      ( ) Captain
( ) Classification Supervisor   ( ) Legal Officer- Notary      ( ) Record Office

Public

(Head Nurse)

N176

Ms. Burks   Exhibit
Fifty-Three (53)



## INMATE REQUEST SLIP

Name _Richard W. Wright_ DORM# _8A/55B_ Date _3/10/06_

AIS # _187140_

( ) Telephone Call        ( ) Custody Change        (✗) Personal Problem

( ) Special Visit         ( ) Time Sheet            (✗) Other _Medical_

Briefly Outline Your Request - <u>Then Drop In Mail Box</u>

I have been delayed after delay tring to get medical treatment For my back I would like to discuss with you several issue Concerning what steps you Suggest I take.

<u>Do Not Write Below This Line</u> - For Reply Only

You have been seen by medical staff. I can not tell medical staff how to treat you. They are the experts. You do what medical staff tells you to do. M. Jerry Monk

| Approved | Denied | Pay Phone | Collect Call |

Request Directed To: (Check One)

( ) Warden                        ( ) Deputy Warden          ( ) Captain

( ) Classification Supervisor     ( ) Legal Officer - Notary  ( ) Record Office
                                      Public

N176

Captain Monk
Exhibit Fifty-Four(54)



Sent
16 Mar 06    Ⓜ

## INMATE REQUEST SLIP

Name _Richard W. Wright_    DORM# _6A/29-T_ Date _Mar 16, 2006_

AIS # _187140_

( ) Telephone Call         ( ) Custody Change        ( ) Personal Problem

( ) Special Visit          ( ) Time Sheet            (✗) Other _Medical Care_

Briefly Outline Your Request - Then Drop In Mail Box

Dear Mrs. Burks
    I thank you For saving me
the trouble of tring to be re-compensated
For Co-payment by re-scheduling me
For another Doctor appointment. Dr.
Rayapati refuse to treat my back injury
adquently. What do you suggest I
do now. I await your response. Thank-you!

Do Not Write Below This Line - For Reply Only

| Approved | Denied | Pay Phone | Collect Call |

Request Directed To: (Check One)

( ) Warden                ( ) Deputy Warden         ( ) Captain

( ) Classification Supervisor    ( ) Legal Officer - Notary Public    ( ) Record Office

N176

Mrs. Burks (H.S.A.)
Exhibit Fifty-Five (55)

## INMATE REQUEST SLIP

Name _Richard Wright_____ Quarters _SEG 801_ Date _6-2-06_

AIS # _187140_

( ) Telephone Call          ( ) Custody Change        ( ) Personal Problem
( ) Special Visit            ( ) Time Sheet            (✓) Other _____

Briefly Outline Your Request - <u>Then Drop In Mail Box</u>

_Medical Complaint._

<u>Do Not Write Below This Line</u> - **For Reply Only**

        **A copy of your request has been for-
        warded to** _Ms. Burks (DON)_ .
        ~~His~~/Her **decision is final.**

                _N. Tuy Munk COS II_

| Approved | Denied | Pay Phone | Collect Call |

Request Directed To: (<u>Check One</u>)

( ) Warden                          ( ) Deputy Warden         (✓) Captain
( ) Classification Supervisor       ( ) Legal Officer - Notary  ( ) Record Office
                                        Public

N176          Exhibit Fifty-Six (56)



**INMATE REQUEST SLIP**

Name _Richard Wright_ _____ Quarters _SEG 801_ Date _7-6-06_

AIS # _187140_ ____

( ) Telephone Call     ( ) Custody Change     ( ) Personal Problem

( ) Special Visit     ( ) Time Sheet     (✓) Other ____

Briefly Outline Your Request - <u>Then Drop In Mail Box</u>

_Chain of Command for HCU?_

<u>Do Not Write Below This Line</u> - **For Reply Only**

_WARDEN PARKER is NURSE BURKS_
_Boss / Supervisor. SEE him_
_ON SEG Rounds WEDNESDAY_
_MORNINGS -_

Approved     Denied     Pay Phone     Collect Call

Request Directed To: (<u>Check One</u>)

( ) Warden     ( ) Deputy Warden     (✓) Captain

( ) Classification Supervisor     ( ) Legal Officer - Notary Public     ( ) Record Office

N176     _Exhibit Fifty-Seven (57)_

INMATE REQUEST SLIP

Name _Richard W. Wright_ Quarters _801(Seg.)_ Date _10 July 06_

AIS # _187140_

( ) Telephone Call        ( ) Custody Change        ( ) Personal Problems
( ) Special Visit         ( ) Time Sheet            ( ) Other_____

Briefly Outline Your Request- Then Drop in Mail Box

I have been Charge Excessive
Co-payment Charges For the
Same requested medical treat-
ment I've mention this to Ms.
Burks her response has been
negative. How can I retrieve
the money they have taken
off my prison account.
Re wrote again 7/27/06 request
Slip

Do Not Write Below This Line – For Reply Only

_____
_____
_____
_____
_____

Approved        Denied        Pay Phone        Collect Call

Request Directed To: (Check One)

( ) Warden              (X) Deputy Warden        ( ) Captain
( ) Classification Supervisor  ( ) Legal Officer- Notary  ( ) Record Office
                              Public

Warden Parker        (58)
N176 Exhibit Fifty Eight



## INMATE REQUEST SLIP

ame __Richard W. Wright Sr. Bey__ Quarters __Seg. 001__    Date __15 Aug 2006__

AIS # __187140__

) Telephone Call        ( ) Custody Change        ☒ Personal Problem
) Special Visit         ( ) Time Sheet            ☒ Other __Weight lost__

iefly Outline Your Request - Then Drop In Mail Box

Dear, Warden Parker
I'm down to One hundred and Fifty
eight (158) lbs. Which normal weight
approximately, One hundred and Eighty
six (186) lbs. I've Consulted Warden
Giles, and Mr. R. Allen (Commissioner)
yet I've not receive any responce. Would
You explain why I have not?

Not Write Below This Line - For Reply Only

Approved        Denied        Pay Phone        Collect Call

est Directed To: (Check One)
Warden                    ☒ Deputy Warden
Classification Supervisor  ( ) Legal Officer - Notary    ( ) Captain
                              Public                      ( ) Record Office

Warden Parker
Exhibit ~~Fif~~ Sixty (60)

N266

**STATE OF ALABAMA** Exhibit Sixty-one (61)

Department of Corrections
Inmate Stationery

~~Exhibit One (1)~~
R.WW

STATE OF ALABAMA)
COUNTY OF BARBOUR)

AFFidavit

Before Me, the Undersigned autho-
rity, a Notary Public in and For said
County and State of Alabama at
Large, personally appeared Richard
Wayne Wright, Sr. Bey, A.I.S # 187140,
who being known to me, and being by
me First duly Confirms, desposes and
Says under oath as Follows:
My name is Richard Wayne Wright
Jr. Bey, A.I.S # 187140 and I am
presently incarcerated with the Alabama
Department of Corrections at the
Ventress Correctional Facility (V.C.F.)
Post Office Box 767, Clayton, Ala-
bama 36016. I am over twenty-
one (21) years of age.
I Richard Wayne Wright, Jr. Bey
humbly ask Warden J.C. Giles and/
or designee Warden Darrell Parker
in the absence of Warden J.C. Giles
and/or Second (2nd) designee Marshall
Monk through and by this (said) do-
cument ask to be placed in temporary
protective Custody (pending investi-

Page 1 of 3

gation) to keep me safe from any other physical harm at the hands of Sgt. Sherwin Carter (CO.II)(BIM), Officer Roosevelt Brown (CO.I)(BIM), and Officer Levy Richardson (CoI)(BIM). I Further ask that [they] be temporarily Forbidden to come within Fifty (50) Feet of me. As you are well aware of I have ask that assault charges be Filed on the individuals named in which I re-quested "protective custody" from due to the individuals assaulting me on November 23, 2005, in Ten (10) dorm lobby. I request this in state and Federal Court with the exception of assault charges on OFC. L. Richard-son. I ask that they be restrained and reframed from making any phy-sical contact with me and that I be no longer subjected to any of [their] acts to intimidate me per-sonally or through others by coercing with or by threats, neither to coerce, inhibit or discourage me by or as if by threats, nor handle or escort any Food that I might consume which would or could cause me physical harm or death.

Your most ardent attention

Page 2 of 3

N266

**STATE OF ALABAMA** *Exhibit sixty-one (61)*
Department of Corrections
Inmate Stationery ~~Exhibit one (1)~~ R.W.W

and any precautionary measures
you impliment Concerning my Safety
and Well being Well be greatly appre-
Ciated and Sincerely Written.
Done this the 12th Day OF
July, 2006,

RespectFully Submitted,
~~Richard W. Wright, Sr. Bey~~
Richard Wayne Wright, Jr. Bey
A.I.S # 187140  Seg Cell #801

Notary Statement

STATE OF ALABAMA)
COUNTY OF BARBOUR)

Subscribed and ConFirms To
BeFore Me This ____ 12th ____ Day OF
____ July ____, 2006,

Richard W. Wright Jr. By    Carolyn R. Abercrombie
AFFiant                     Notary Public

My Commission Expires August 18, 2007

My Commission Expire Date

Page 3 oF 3



**STATE OF ALABAMA**
**BOARD OF PARDONS AND PAROLES**
**PROBATION AND PAROLE OFFICE**
Lee County Justice Center
Suite 219
2311 Gateway Drive
Opelika, AL 36801-6858
(334) 745-3191



August 13, 1999

RICHARD W WRIGHT
DRAPER PRISON 2 CELL BED 101
P O BOX 1107
ELMORE AL 36025-1107

Dear Mr. Wright:

Your letter dated 7-9-99 was received in my office on 8-16-99, whereby, your request for changes in a preliminary report written by this officer.

Mr. Wright, the case file summary noted in that report is reflected in law enforcement documents of which the report is based.

I am not authorized to change those documents. The information was based on a detectives' investigation at the Lee County Sheriff's Department. It was noted that "you raped your ex-wife, Twyla Wright, two days before the Burglary/Assault case, but she would not prosecute".

I have no knowledge of how you are to be classified there in prison, but I can not change my document.

Respectfully,

Carolyn Miles-Pruitt
Alabama Probation/Parole Officer

Exhibit Sixty-Two (62)

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV   26306

C000000Z                                    ICN ISIS0004000001140581


BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME, A NEW COPY
SHOULD BE REQUESTED WHEN NEEDED FOR SUBSEQUENT USE.
                     - FBI IDENTIFICATION RECORD -

WHEN EXPLANATION OF A CHARGE OR DISPOSITION IS NEEDED, COMMUNICATE
DIRECTLY WITH THE AGENCY THAT FURNISHED THE DATA TO THE FBI.

NAME                          FBI NO.        DATE REQUESTED
WRIGHT,RICHARD WAYNE          766835HA1      1999/09/10

SEX   RACE   BIRTH DATE   HEIGHT   WEIGHT   EYES   HAIR   BIRTH PLACE
M     B      1967/08/15   508      150      BRO    BLK    NEW YORK

FINGERPRINT CLASS   PATTERN CLASS                *This FBI identification record is furnished*
19 60 10 12 12      RS LS RS RS RS LS RS RS LS LS *to Richard Wayne Wright*
12 65 54 10 06         WU            WU AU WU      *pursuant to Departmental Order 556.73*

1-ARRESTED OR RECEIVED 1987/11/12   SID- AL01059232
   AGENCY-POLICE DEPARTMENT OPELIKA (AL0430200)
      AGENCY CASE-8928
      CHARGE 1-MURDER

2-ARRESTED OR RECEIVED 1995/10/29   SID- AL01059232
   AGENCY-DEPT OF CORR MONTGOMERY (AL003025C)
      AGENCY CASE-187140 NAME USED-WRIGHT,RICHARD WAYNE SR
      CHARGE 1-BURGLARY I
      CHARGE 2-ASSAULT II

   COURT-
      CHARGE-BURGLARY I
      SENTENCE-
      DOS 4/30/96 25 YRS CS
      CHARGE-ASSAULT II
      SENTENCE-
      DOS 4/30/96 10 YRS CC


                                    Exhibit Sixty-Three(63)

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV   26306

DC000000Z                                    ICN ISIS0004000001140581
PART 2

– FBI IDENTIFICATION RECORD – FBI NO–766835HA1

3–ARRESTED OR RECEIVED 1995/10/30   SID– AL01059232
    AGENCY–SHERIFF'S OFFICE OPELIKA (AL0430000)
        AGENCY CASE–6219
        CHARGE 1–ASSAULT 1ST
        CHARGE 2–BURGLARY 1ST
        CHARGE 3–ASSAULT 2ND

    COURT–SHERIFF'S OFFICE OPELIKA (AL0430000)
        CHARGE–ASSLT–1ST DEG
        SENTENCE–
        NOLLE PROSSED

RECORD UPDATED 1999/09/07

Exhibit Sixty-Three (63)

ALL ARREST ENTRIES CONTAINED IN THIS FBI RECORD ARE BASED ON
FINGERPRINT COMPARISONS AND PERTAIN TO THE SAME INDIVIDUAL.

THE USE OF THIS RECORD IS REGULATED BY LAW.  IT IS PROVIDED FOR OFFICIAL
USE ONLY AND MAY BE USED ONLY FOR THE PURPOSE REQUESTED.



STATE OF ALABAMA

DON SIEGELMAN
GOVERNOR

MICHAEL W. HALEY
COMMISSIONER

DEPARTMENT OF CORRECTIONS

MONTGOMERY, ALABAMA 36130

BULLOCK CO. CORRECTIONAL FACILITY
HWY.82 EAST, P. O. BOX 5107
UNION SPRINGS, ALABAMA 36089

DETENTION NOTIFICATION

To inmate _Richard Wright_    R/AIS# _B/187140_ :

This is to inform you that you are presently being investigated by

_Lt. Miller_ for _An Extension for pending_
(Supervisor's Name)    (Describe in detail the reason)

_Investigation_
(actions for placement in detention/investigation status)

As a result of this, we are placing you in a single cell pending completion of the investigation and/or evaluation. You are hereby notified that this investigation/evaluation may take longer than 72 hours. At the end of the 72 hour period, you will either receive additional notification or be released from the single cell. The 72 hour period excludes all holidays and weekends. By your signature below, you acknowledge receipt of a copy of this notice.

refused to sign (Johnny Bailey C-1) 8-21-02  4:50pm
Inmate's Signature / Date / Time

_William Miller, COSI  8/21/02_
Shift Commander's Signature / Date

_Johnny Bailey Co1_  8-21-02 4:50pm
Serving Officer's Signature / Date / Time

Time Served: _4:50pm_

****CHECK APPROPRIATE BOX(ES) BELOW TO INDICATE PLACEMENT STATUS****
[ ✓ ] Investigation for violation of rules/regulations
[ ] Mental Health Evaluation
[ ] Medical Evaluation
[ ] Suicide Watch
[ ] Pending placement in Protective Custody
[ ] Pending reclassification

cc: Segregation Commander
    Inmate Concerned
    Segregation File

(Exhibit Sixty Four (# 64)
Exhibit 2



**STATE OF ALABAMA**

**DON SIEGELMAN**
**GOVERNOR**

**MICHAEL W. HALEY**
**COMMISSIONER**

DEPARTMENT OF CORRECTIONS

MONTGOMERY, ALABAMA 36130

BULLOCK CO. CORRECTIONAL FACILITY
HWY.82 EAST, P. O. BOX 5107
UNION SPRINGS, ALABAMA 36089

DETENTION NOTIFICATION

To inmate _Richard Wright_      R/AIS# _B-187140_ :

This is to inform you that you are presently being investigated by

_Sgt. M. Strickland_      for _Mental Health_
(Supervisor's Name)                      (Describe in detail the reason)

_Observation_

(actions for placement in detention/investigation status)

As a result of this, we are placing you in a single cell pending completion of the investigation and/or evaluation. You are hereby notified that this investigation/evaluation may take longer than 72 hours. At the end of the 72 hour period, you will either receive additional notification or be released from the single cell. The 72 hour period excludes all holidays and weekends. By your signature below, you acknowledge receipt of a copy of this notice.

_187140_
_Richard W Wright_ 6-3-02 9:46
Inmate's Signature / Date / Time

_Michael Strickland, COII_
Shift Commander's Signature / Date  _3 June 02_

_Johnny Bailey CoI_      6-3-02  9:46pm
Serving Officer's Signature / Date / Time

Time Served:      _9:46pm_

****CHECK APPROPRIATE BOX(ES) BELOW TO INDICATE PLACEMENT STATUS****
    [ ] Investigation for violation of rules/regulations
    [X] Mental Health Evaluation
    [ ] Medical Evaluation
    [ ] Suicide Watch
    [ ] Pending placement in Protective Custody
    [ ] Pending reclassification

cc: Segregation Commander
    Inmate Concerned
    Segregation File

( Exhibit Sixty-Five (#65) )



### STATE OF ALABAMA

**DON SIEGELMAN**
**GOVERNOR**

**MICHAEL W. HALEY**
**COMMISSIONER**

DEPARTMENT OF CORRECTIONS

MONTGOMERY, ALABAMA 36130

BULLOCK CO. CORRECTIONAL FACILITY
HWY. 82 EAST, P. O. BOX 5107
UNION SPRINGS, ALABAMA 36089

DETENTION NOTIFICATION

To inmate _Richard Wright_    R/AIS# _B/187140_ :

This is to inform you that you are presently being investigated by

_Sgt. Strickland_ for _Pending_
(Supervisor's Name)        (Describe in detail the reason)

_Investigation_
(actions for placement in detention/investigation status)

As a result of this, we are placing you in a single cell pending completion of the investigation and/or evaluation. You are hereby notified that this investigation/evaluation may take longer than 72 hours. At the end of the 72 hour period, you will either receive additional notification or be released from the single cell. The 72 hour period excludes all holidays and weekends. By your signature below, you acknowledge receipt of a copy of this notice.

_refused to sign (Johnny Bailey Col) 8:00pm_
Inmate's Signature / Date / Time

_Michael Steffan_ COII
Shift Commander's Signature / Date
_15 Aug 02_

_Johnny Bailey Col_    _8-15-02  8:00_
Serving Officer's Signature / Date / Time

Time Served: _8:00pm_

****CHECK APPROPRIATE BOX(ES) BELOW TO INDICATE PLACEMENT STATUS****
[X] Investigation for violation of rules/regulations
[ ] Mental Health Evaluation
[ ] Medical Evaluation
[ ] Suicide Watch
[ ] Pending placement in Protective Custody
[ ] Pending reclassification

cc: Segregation Commander
    Inmate Concerned
    Segregation File

_( Exhibit Sixty - Six (# 66))_