Case Number

___  ___  _____
ID   YR   NUMBER
(To be completed
by Court Clerk)

# IN FORMA PAUPERIS DECLARATION

[Insert appropriate court]

Richard Wayne Wright, Sr. Bey et.al.
(Petitioner)

vs.

Bob Riley, et.al
(Respondent(s))

2:06CV863-WKW

## DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

I, Richard Wayne Wright Sr. Bey, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?   Yes _____   No  X

   a. If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer.

      N/A

   b. If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received.

      November 1995  $700.00 to $1,000.00 dollars per month

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession, or other form of self-employment?
      Yes _____   No  X

   b. Rent payments, interest, or dividends?
      Yes _____   No  X

   c. Pensions, annuities, or life insurance payments?
      Yes _____   No  X

   d. Gifts or inheritances?
      Yes _____   No  X

   e. Any other sources?
      Yes  X    No _____

If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months.

_Aunt and sister and Brother periodically send money approximately $150.00 to $200.00 Twelve months._

3. Do you own cash, or do you have money in a checking or savings account?

   Yes _X_   No ___

   (Include any funds in prison accounts.)

   If the answer is "yes", state the total value of the items owned.

   _About $5.00 dollars in prison accounts_

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes ___   No _X_

   If the answer is "yes", describe the property and state its approximate value.

   _N/A_

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   _Meshundra Reese, Richard W. Wright Jr, Ambre Anna Butler (Children) I contribute no finical support_

   I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

   Executed on ~~14 August 2006~~ 6 September 2006
   R.W. (Date)

   _Richl W. Wright Sr. By_
   Signature of Petitioner

   CERTIFICATE _Richard Wayne Wright Sr. Bcy# 187140_

   I hereby certify that the petitioner herein has the sum of $ _5.08_ on account to his credit at the institution where he is confined. I further certify that petitioner likewise has the foregoing securities to his credit according to the records of said _Ventress_ institution:

   _Computer monthly Balance attached_

   | | |
   |---|---|
   | 9/18/06 DATE | VENTRESS CORRECTIONAL FACILITY P.O. BOX 767 CLAYTON, AL 36016 |

   _____
   AUTHORIZED OFFICER OF INSTITUTION

Rule 32

```
                    STATE OF ALABAMA
                 DEPARTMENT OF CORRECTIONS
                    VENTRESS CORR FAC


AIS #: 187140     NAME: WRIGHT, RICHARD WAYNE SR      AS OF: 09/18/2006

                    # OF      AVG DAILY       MONTHLY
          MONTH     DAYS      BALANCE         DEPOSITS
---------------------------------------------------------------------

          SEP       12        $0.04           $0.00
          OCT       31        $1.33           $2.00
          NOV       30        $2.04           $0.00
          DEC       31        $19.45          $46.00
          JAN       31        $46.09          $24.00
          FEB       28        $4.61           $46.00
          MAR       31        $2.03           $2.00
          APR       30        $2.91           $8.00
          MAY       31        $6.68           $26.00
          JUN       30        $0.07           $0.00
          JUL       31        $0.07           $0.00
          AUG       31        $8.90           $54.00
          SEP       18        $7.08           $0.00
```