IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-00863-WKW |
| | ) |
| RICHARD ALLEN, et al., | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

Upon consideration of the motions for preliminary and permanent injunction and temporary restraining order, it is hereby ORDERED that the motion for a temporary restraining order is DENIED.

It is further ORDERED that this case is referred to the Magistrate Judge for prompt consideration of the motion for preliminary and permanent injunction and the motion to proceed in forma pauperis.

DONE this the 27th day of September, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE