IN THE DISTRICT COURT OF THE UNITED STSTES

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

RICHARD WAYNE WRIGHT,SR.BEY,　　　*

Plaintiff,Pro-Se.,　　　　　　　　*

# 187140,　　　　　　　　　　　　*

　　　　　-V-　　　　　　　　　　*　CIVIL ACTION NO. 2:06-CV-863-WKW

RICHARD ALLEN,et.al.,　　　　　*　　　　　[WO]

Defendants.　　　　　　　　　　*

　　　　　　　　　　　　　　　　*

RECEIVED

2006 OCT -5  A 9: 22

## Plaintiff Wright's Motion Requesting
## An Extention of Time

COMES NOW Richard Wayne Wright, Sr. Bey, AII.S.#187140, Plaintiff,

Pro-Se., befor this Honorable Court on a motion for an extention of time.

Plaintiff Wright will state respectfully to this Honorable Court on a motion

for an extention of time. Plaintiff Wright will state respectfully to this

Honorable Court the following:

1). Plaintiff has restriction placed on him at (said) institution

[Ventress Correctional facility (V.C.F.)] which forbids inmates whom can

type accurately and precisely with speed.

[(See Exhibit one (1))--dated September 28,2005 'Memo' Stating:

" ATTENTION INMATES--Inmates can only type their legal work. No

one can type another inmates legal work. Proff of legal work

must be presented at time of request".]

2). These prison officials has designed a Law Library Scheduled

which also effects our research time as well as coupled with these prison

officials over crowding 'Factor' of inmates here at Ventress (V.C.F.), We

are only permitted one (1) hour intervals to type on one (1) of the two(2)

properly functioning type writters.

3). Plaintiff Wright along with the same situated inmate's here at

Ventress (V.C.F.) are granted an average of fifteen (15) hours per week and

PAGE __1__ OF __4__

often time ''lesser' time due to our assigned institutional jobs which conflicts with defendants (prison officials) polices time set.

Plaintiff Wright earnestly ask that this Honlrable Court grant him ten (10) days extention of time to prepare his amended complaint as order by this Honorable Court as passed down on the 28th day of September 2006. Add problems occurs occationally within a week concerning a security hazard in which we are locked down for undetermine amounts of times.

DONE THIS THE ___3___ DAY OF ___October___, 2006.


Respectfully Submitted,

Richard W. Wright, Sr. Bey
Richard Wayne Wright,Sr.Bey #187140
Plaintiff, Pro-Se.


## CERTIFICATE OF SERVICE

This is to Certify that I Richard Wayne Wright, Sr. Bey # 187140, Plaintiff, Pro-Se., in the above encaptioned matter earnestly ask due to him being indigent that this Honorable Court Send a Copy OF this motion For extention OF time to the defendants at the Following addresses:

Mr. Bob Riley (Governor)
Governor OFFice
600 Dexter Ave RM N-104

Montgomery, Alabama 36130

Ms. Linda Brown
Nurse Manager of Health Service of A.D.O.C.
Alabama Department of Correction
301 South Union Street
Post office Box 301501
Montgomery, Alabama 36130

Mr. Richard Allen (Prison Commissioner)
Commissioner office
600 Dexter Ave.
Post office Box 301501
Montgomery, Alabama 36130

Dr. Tahir Siddiq (M.D.)
Mr. Steve Walker (Chaplain Coordinator)
Bullock Correctional Facility
Post office Box 5107
Union Spring, Alabama 36089

Warden J.C. Giles (Warden III) et.al.
Prison Health Services, Inc., et.al.
Ventress Correctional Facility
Post office Box 767
Clayton, Alabama 36016

I Further Certify that I have placed
this motion in the legal mail Box at
Ventress (V.C.F.) For postage to be

Page 3 of 4

provided by the designated prison official to be placed in the United States Mail First Class Postage prepaid and it is properly addressed this the 3rd day of October, 2006.

Respectfully Submitted,

Richard W Wright Sr Bey

Richard Wayne Wright, Sr. Bey #182140
Ventress Correctional Facility
Dorm 8A Bed 24/B
Post Office Box 767
Clayton, Alabama 36016

Page 4 OF 4

# SEPTEMBER 28, 2005

# ATTENTION INMATES

# INMATES CAN ONLY TYPE THEIR LEGAL WORK.

# NO ONE CAN TYPE ANOTHER INMATES LEGAL WORK.

# PROOF OF LEGAL WORK MUST BE PRESENTED AT TIME OF REQUEST.

( Exhibit One(1))

ATTENTION ALL INMATES

Inmate haircuts are

Conducted daily in Dorm

10.  These hair cuts are free.

No one can charge another

inmate for a hair cut.  This

is against ADOC policy.

John Dowling, COSI