IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR. #187140, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-863-WKW ) |
| RICHARD ALLEN, et al., | ) ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the plaintiff on October 5, 2006 (Court Doc. No. 8), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the plaintiff is GRANTED an extension from October 11, 2006 to and including October 23, 2006 to file an amended complaint in compliance with the directives of the order entered on September 28, 2006.

Done this 10th day of October, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE