IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RICHARD ALLEN, et al., ) <br> ) <br>     Defendants. ) | CIVIL ACTION NO. <br> 2:06cv863-MHT |

ORDER

It is ORDERED that the order entered October 17, 2006 (Doc. No. 10), is vacated.

DONE, this the 20th day of October, 2006.

                      /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE