IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR. #187140, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-863-WKW ) |
| RICHARD ALLEN, et al., | ) ) |
| Defendants. | ) |

**O R D E R**

On October 26, 2006, Richard Wayne Wright, Sr. ["Wright"], a state inmate, filed an amended complaint in response to the order entered on September 28, 2006 (Cour Doc. No. 5). The amended complaint fails to comply with the directives of the aforementioned order. Specifically, in his amended compliant, Wright again presents disjointed and unrelated claims relating to medical treatment, the practice of his religion, disciplinary actions, classification decisions, retaliation, the denial of parole and general conditions in the state prison system. He asserts these claims with respect to actions that occurred over the past year and a half at both the Bullock County Correctional Facility and the Ventress Correctional Facility. In light of the foregoing, the court concludes that the amended complaint should be stricken from the file and Wright must file an amended complaint in this cause of action. Accordingly, it is

ORDERED that:

1. The amended complaint filed on October 26, 2006 be stricken from the file and returned to the plaintiff for his non-compliance with the directives of the order entered on September 26, 2006.

2. On or before November 9, 2006 the plaintiff shall file an amended complaint which:

(i) *Limits his claims to alleged constitutional violations arising from facts and circumstances related to his medical treatment. The plaintiff is hereby advised that his amended complaint must contain only claims which challenge the medical treatment provided to him*.

(ii) Separately lists each defendant responsible for his medical treatment *and* beside each such designation describes how the named defendant acted in violation of his right to adequate medical treatment.

(iii) Presents *specific* facts in support of the claims raised in the amended complaint. The plaintiff should set forth *short and plain statements* showing why he is entitled to relief. *Each allegation in the amended complaint should be simple, concise and direct*. See Rule 8, *Federal Rules of Civil Procedure*

(iv) States the precise relief he seeks from this court.

3. The plaintiff shall *file separate § 1983 complaints challenging those actions, other than claims relating to medical treatment, he believes violated his constitutional rights. In so doing, the plaintiff shall limit the claims presented in each separate*

*complaint to actions which arise from related facts and circumstances*.

The plaintiff is advised that this case will proceed only on those claims presented in the amended complaint and against the individuals named in the amended complaint filed in accordance with the directives of this order. The plaintiff is *cautioned* that failure to comply with the directives of this order will result in the dismissal of this case.

Done this 1st day of November, 2006.

                                    /s/Charles S. Coody
                                  CHARLES S. COODY
                                  CHIEF UNITED STATES MAGISTRATE JUDGE