IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2006 NOV -2 A 10: 03

...RA P. HACKETT, C...
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Richard Wayne Wright, Sr. Bey,  *
    A.I.S.# 187140,               *
    Plaintiff, Pro-Se.,           *    Civil Action No.
    -VS-                          *    2:06-CV-863-WKW
Richard ALLEN, et. al.,           *
    Defendants.                   *

Motion of Inquiry And Injunction
To Supply Needed Postage Upon Defendants.

Comes Now the Petitioner, Richard Wayne Wright, Sr. Bey, Pro-Se., in the above styled cause and petitions this Honorable Court For a "Motion Of Inquiry And Injunction" upon defendants to pursue remedies intitling plaintiff Wright Sr. Bey to proper access to Court and additional time For plaintiff to File a timely objection to the Magistrate Judge (the Honorable ~~State~~ R.W.W. Charles S. Coody) recommendation passed down on September 28, 2006 and States as Follows:

    1). Are there Any other remedies which this Honorable Court Would grant plaintiff, So that, Plaintiff

Page 1 of 5

<u>Motion of Inquiry And Injunction ...</u>

Can effectively petition this Honorable
Court?

   2. Will this Honorable Court impose
     an injunction upon defendants ordering
     [them] to make available proper
     postage to this Honorable Court
     per week?

   3. Defendants only supply two (2)
     stamps per week and as the Cause
     stand plaintiff has faced great
     hinderance due to Defendants
     [A.D.O.C. official staff] policies.

   4. Only seven (7) pages can be sub-
     mitted to this Honorable Court per
     stamp and only Two (2) stamps is
     granted per inmate by designated
     prison officials.

    As plaintiff has submitted this
[said] motion to this Honorable Court
not to exclude this Honorable Court To
grant plaintiff a specific date to file
an objection to the Magistrate Judge
recommendation and the adopted order
passed down on the 17th day of
October, 2006, by the Honorable 'Myron
H. Thompson' (United States District
Judge).

Motion of Inquiry And Injunction ...

Done this the 25th day of October, 2006.

Respectfully Submitted,

_Richard Wayne Wright, Sr. Bey_
Richard Wayne Wright Sr. Bey # 187140
Ventress Correctional Facility
Dorm 8A Bed 24-B
Post Office Box 767
Clayton, Alabama 36016


Certificate of Service

This is to Certify that I Richard Wayne Wright, Sr. Bey # 187140, Plaintiff, Pro-Se., in the above encaptioned matter earnestly ask due to plaintiff being indigent that this Honorable Court Send a Copy of this "Motion For Inquiry And Injunction To Supply Needed Postage Upon Defendants." at the following address:

Mr. Bob Riley (Governor)
Governor Office
600 Dexter Ave. RM N-104
Montgomery, Alabama 36130

Page 3 of 5

Motion To Inquiry And Injunction ...

Ms. Linda Brown
Nurse Manager of Health Services of A.D.O.C.
Alabama Department of Correction
301 South Union street
Post Office Box 301501
Montgomery, Alabama 36130
_____

Mr. Richard Allen (Prison Commissioner)
Commissioner Office
600 Dexter Ave.
Post Office Box 301501
Montgomery, Alabama 36130
_____

Dr. Tahir Siddiq (M.D.)
Mr. Steve Walker (Chaplain Coordinator)
Bullock Correctional Facility
Post Office Box 767
Clayton, Alabama 36016
_____

Warden J.C. Giles (Warden (III)) et, al.
Prison Health Service, Inc. et, al.
Ventress Correctional Facility
Post Office Box 767
Clayton, Alabama 36016

    I Further certify that I have
placed this motion in the legal Mail
Box at Ventress (V.C.F.) For postage
to be provided by the designated

Page 4 of 5

Motion To Inquiry And Injunction....

prison official to be placed in the
United States Mail with First Class
Postage prepaid and it is properly
addressed this the 25th day of
October, 2006.

Respectfully Submitted,

Richard Wayne Wright Sr. Bey#187140
Ventress Correctional Facility
Post office Box 767
Clayton, Alabama 36016