IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR. #187140, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-863-WKW ) |
| RICHARD ALLEN, et al., | ) ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion of inquiry filed by the plaintiff on November 2, 2006 (Court Doc. No. 15), in which the plaintiff requests that this court require that correctional officials provide him additional postage, and as the two (2) free stamps per week allowed the plaintiff is adequate, *see Hoppins v. Wallace*, 751 F.2d 1161, 1162 (11th Cir. 1985), it is

ORDERED that this motion be and is hereby DENIED.

Done this 6th day of November, 2006.

                                          /s/ Charles S. Coody
                                          CHARLES S. COODY
                                          CHIEF UNITED STATES MAGISTRATE JUDGE