IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR. #187140, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-863-WKW ) |
| RICHARD ALLEN, et al., | ) ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time to file objections to the Recommendation entered on September 28, 2006 (Court Doc. No. 7) filed by the plaintiff on November 2, 2006 (Court Doc. No. 15), and as the court entered the order adopting the Recommendation on October 25, 2006 (Court Doc. No. 12), thirteen days *after* the time for filing objections expired, it is

ORDERED that the motion for extension of time be and is hereby DENIED.

Done this 6th day of November, 2006.

                                               /s/ Charles S. Coody
                                              CHARLES S. COODY
                                              CHIEF UNITED STATES MAGISTRATE JUDGE