IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Richard Wayne Wright, Sr. Bey  *
   Plaintiff, Pro-Se.,         *  Civil Action No.
         -vs-                  *  2:06-CV-863-WKW
Richard Allen, et. al.,        *
   Defendants.                 *

Plaintiff Wright Sr. Bey Motion For
An Extention of Time

   Comes Now, the plaintiff Richard Wayne Wright, Sr. Bey in the above styled cause by and through the Inmate Law Library Service at Ventress Correctional Facility (V.C.F.) File this request for a ten (10) days extention of time to file another Amended Complaint in accordance to/with the Honorable Judge Charles S. Coody (Chief United States Magistrate Judge) order done on the 1st day of November, 2006 due to the lack of time this institution has scheduled the opening of the Law Library here at Ventress (V.C.F.).
   Plaintiff received this said order on November 2, 2006 and (as of) re-

ceived [said] order through Ventress (V.C.F.) legal mail Service has not had access to the law Library here at Ventress (V.C.F.).

Plaintiff has approximately three (3) and a half (1/2) (3 1/2) hours per days Tuesday thur Friday. Often times the Law Library is closed all other days with the exception of Saturday which often times excludes three (3) to Five (5) hours of the avalibility of the Law Library Setting and average of Fifteen (15) hours per week availible to all inmates here at Ventress (V.C.F.).

Plaintiff needs this requested time too try and Conformed to the [said] order passed down by the Honorable Charles S. Coody (Chief United States Magistrate Judge) on November 1, 2006.

An extention of an additional Ten (10) days would not unduly prejudice the defendants.

Done this the 4th day of November, 2006.

Respectfully Submitted,

_Richard W. Wright Su Bey_

<u>Richard W. Wright Sr. Bey</u>
Richard Wayne Wright Sr. Bey
Ventress Correctional Facility
Post Office Box 767
Clayton, Alabama 36016

## Certificate of Service

This is to Certify that I Richard Wayne Wright, Sr. Bey A.I.S # 187140 Plaintiff, Pro-Se,, in the above encaptioned matter earnestly ask due to him being indigent that this Honorable Court send a copy of this Complaint / Extention of Time to defendants / or defendant's Counselor(s) plaintiff has sent with (his) initial Complaint. I further Certify that I have placed [this] in the United States mail box after it has partial postage paid and the remaining portion of prepaid postage be supplied by designated prison official and that this has been properly addressed to this defendants:

Mr. Bob Riley (Governor)
Governor Office
600 Dexter Ave. RM, N-104

Page 3 of 5

Montgomery, Alabama 36130

Ms. Linda Brown
Nurse Manager of Health Services of A.D.O.C.
Alabama Department of Correction
301 South Union Street
Post Office Box 301501
Montgomery, Alabama 36180

Mr. Richard Allen (Prison Commissioner)
Commissioner Office
600 Dexter Ave.
Post Office Box 301501
Montgomery, Alabama 36130

Dr. Tahir Siddiq (M.D.)
Mr. Steve Walker (Chaplain Cordinator)
Bullock Correctional Facility
Post Office Box 5107
Union Spring, Alabama 36089

Prison Health Service, INC.
Prison Health Service, Insurer.
Warden J.C. Giles (Warden III) et. al.
Ventress Correctional Facility
Post Office Box 767
Clayton, Alabama 36016

Done this the 4th day of November, 2006.

Respectfully Submitted,

_Richard W. Wright Sr. Bey_
Richard Wayne Wright, Sr. Bey #187140
Ventress Correctional Facility
Dorm 8A Bed 24-B
Post Office Box 767
Clayton, Alabama 36016