IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Richard Wayne Wright, Sr. Bey    *
A.I.S # 187140, Pro-Se.,    *
    Plaintiff,    * Civil Action No.
    -vs-    * <u>2:06-CV-863-WKW</u>
Richard Allen, et. al    *
    Defendants.    *

<u>Plaintiff Wright Sr. Bey Motion To Objection
To The Honorable Charles S. Coody Order
Passed Down On November 1, 2006</u>

    Comes Now, Plaintiff Richard Wayne Wright, Sr. Bey, A.I.S # 187140 Pro-Se, is a state inmate files the objection to the order passed down on November 1, 2006 by the Honorable Charles S. Coody (Chief United States Magistrate Judge) Concerning the Following:

    1). Plaintiff ask [the] this Honorable Court to reconsider plaintiff Wright Sr. Bey initial Complaint and amended Complaint Filed on October 26, 2006. Due to the plaintiff lack of knowledge of legal training less.

Page 1 of 5

<u>Motion To Objection...Order...</u>

Stringent/rigorous standards as Pro-se litigant are afforded (due to lack of Form). Plaintiff ask that this Honorable Court Consider and Construe these/those issues in their proper Forms; and eliminate the order listed one (#1) which striked plaintiff Statements/Amended Complaint from the record.

2). Plaintiff Wright Jr. Bey asks that this Honorable Court withdraw the limits this Honorable Court has placed on plaintiff in redressing grievances and limited plaintiff (by said order) to address only Constitutional Violations arising from facts and Circumstances related to plaintiff Complaint of defendants lack of proper medical treatment. Plaintiff seeks to understand the advice this Honorable Court gave plaintiff through (his) Amend Complaint stating "... Amend Complaint must contain 'only' Claims which challenge the medical treatment 'In oti' provided to him.

Plaintiff is even more concern about section three (3) of (said) order which strikes All other issues listed in plaintiff §1983 Complaint

(Assault and Battery, Racial Discrimination effecting plaintiff access to Court and said order deserves reconsideration in Forcing/Compeling plaintiff Wright Sr. Bey to Filled Separate §1983 Complaints challenging those actions other than Claims relating to medical treatment that occurred as a series of retaliation due to plaintiff First initial Complaint (§1983) Filed in (1999) <u>Richard Wayne Wright, Sr. -VS- Department of Corrections Classification</u> (Civil Action No. 99-D-338-N dismissed without prejudice (1999); <u>Richard Wayne Wright Sr. -VS- James Deloach et. al.</u> Civil Action No. 99-D-1405-N); <u>Richard Wayne Wright Sr. -VS- State of Alabama</u> (Appeal From Bullock Circuit Court CCV-04-1260) Appeal No. CR-03-0931) (2004); <u>Richard Wayne Wright, Sr. -VS- Gwendolyn Babers, et. al.</u> (Civil Action 2:05-618 TMH); <u>Richard Wayne Wright Sr. -VS- Sylvester Nettles, et. al.</u> (Civil action 2:05-CV-439-A-WO). Now by this Honorable Court 'stated' order passed down on November 1st 2006, by the Honorable Charles S. Coody has advised plaintiff

Page 3 of ~~5~~ 5   R.W.W.

Motion To Objection... Order...

that he can only proceed on those claims presented in the amended complaint, plaintiff cannot present such Amended Complaint issued as [they] occurred because of the [said] order with the directives of 'this' order which would result in the dismissal of plaintiff complaint/case.

Done this the 4th day of November, 2006.

Respectfully Submitted,
Richard W. Wright Jr. Bey
Richard W. Wright, Sr. Bey #187140
Ventress Correctional Facility
Dorm 8A Bed 24B
Post Office Box 767
Clayton, Alabama 36016

Certificate of Service

See Plaintiff, Richard Wayne Wright, Sr. Bey accompained motion "For An Extention Of Time" with the attach Certificate of Service for [the] this said Motion.

Respectfully Submitted,

Richard W. Wright Sr. Bey
_____
Richard Wayne Wright, Sr. Bey #187140
Ventress Correctional Facility
Dorm 8A Bed 24 B
Post Office Box 767
Clayton, Alabama 36016