IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., ) <br> AIS #187140, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> RICHARD ALLEN, et al., ) <br> ) <br>     Defendants. ) | CIVIL ACTION NO. 2:06-CV-863-WKW |

**O R D E R**

Upon consideration of the motion to amend filed by the plaintiff on November 27, 2006 (Court Doc. No. 22), which the court construes as a motion to accept document as amended complaint, and for good cause, it is

ORDERED that:

1. This motion be and is hereby GRANTED.

2. The document filed by the plaintiff on November 27, 2006 be docketed as an amended complaint.

3. This case shall henceforth proceed only on those claims presented in the amended complaint and against the individuals named in the amended complaint.

Done this 28th day of November, 2006.

                                               /s/ Charles S. Coody
                                            CHARLES S. COODY
                                            CHIEF UNITED STATES MAGISTRATE JUDGE