| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature X _[signature]_ ☐ Agent ☑ Addressee<br>B. Received by (Printed Name) Ollie Mason  C. Date of Delivery 11-30-06<br>D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Warden J.C. Giles<br>Ventress Correctional Facility<br>PO Box 767<br>Clayton, AL 36016<br><br>06cv863 Amd C & OP | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 1820 0002 3461 5572 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature X _[signature]_ ☑ Agent ☐ Addressee<br>B. Received by (Printed Name) Ollie Mason  C. Date of Delivery 11-30-06<br>D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Lt. John Dowling<br>Ventress Correctional Facility<br>PO Box 767<br>Clayton, AL 36016<br><br>06cv863 Amd C & OP | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 1820 0002 3461 4032 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature X _[signature]_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) Ollie Mason  C. Date of Delivery 11-30-06<br>D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Warden Darrell Parker<br>Ventress Correctional Facility<br>PO Box 767<br>Clayton, AL 36016<br><br>06cv863 Amd C & OP | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 1820 0002 3461 5589 |

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signed)_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Ollie Mason   C. Date of Delivery: 11-30-06<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Dr. Samuel Rayapati<br>Ventress Correctional Facility<br>PO Box 767<br>Clayton, AL 36016<br><br>06cv863 Amd C+OP | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label): 7005 1820 0002 3461 3974 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signed)_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Ollie Mason   C. Date of Delivery: 11-30-06<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Ofc. Roosevelt Brown<br>Ventress Correctional Facility<br>PO Box 767<br>Clayton, AL 36016<br><br>06cv863 Amd C+OP | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label): 7005 1820 0002 3461 3943 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signed)_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Ollie Mason   C. Date of Delivery: 11-30-06<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Prison Health Service, Inc.<br>Ventress Correctional Facility<br>PO Box 767<br>Clayton, AL 36016<br><br>06cv863 Amd C+OP | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label): 7005 1820 0002 3461 5558 | |

## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Prison Health Service, Insurer
   Ventress Correctional Facility
   PO Box 767
   Clayton, AL 36016

   06cv863 Amd C & OP

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *Ollie Mason*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Ollie Mason
C. Date of Delivery: 11-30-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0002 3461 5565

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Captain Larry Monk
   Ventress Correctional Facility
   PO Box 767
   Clayton, AL 36016

   06cv863 Amd C & OP

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *Ollie Mason*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Ollie Mason
C. Date of Delivery: 11-30-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0002 3461 5596

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

## Receipt 3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Lt. Mary Taylor
   Ventress Correctional Facility
   PO Box 767
   Clayton, AL 36016

   06cv863 Amd C & OP

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *Ollie Mason*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Ollie Mason
C. Date of Delivery: 11-30-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0002 3461 5602

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Lt. Sharon Holland
   Ventress Correctional Facility
   PO Box 767
   Clayton, AL 36016

   06cv863 Amd C & OP

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Ollie Mason* ☐ Agent ☐ Addressee

B. Received by (Printed Name): Ollie Mason
C. Date of Delivery: 11-30-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7003 0500 0002 7929 4804

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Lt. Edwards
   Ventress Correctional Facility
   PO Box 767
   Clayton, AL 36016

   06cv863 Amd C & OP

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Ollie Mason* ☐ Agent ☐ Addressee

B. Received by (Printed Name): Ollie Mason
C. Date of Delivery: 11-30-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7003 0500 0002 7929 4811

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

## Receipt 3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Sgt. Dorothy Flowers
   Ventress Correctional Facility
   PO Box 767
   Clayton, AL 36016

   06cv863 Amd C & OP

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Ollie Mason* ☐ Agent ☐ Addressee

B. Received by (Printed Name): Ollie Mason
C. Date of Delivery: 11-30-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7003 0500 0002 7929 4828

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Sgt. Camella Cargle
    Ventress Correctional Facility
    PO Box 767
    Clayton, AL 36016

    06cv863 Amd C & OP

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Ollie Mason_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Ollie Mason
C. Date of Delivery: 11-30-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail  ☐ Express Mail
   ☐ Registered  ☑ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7003 0500 0002 7929 4835

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Sgt. Michael Smith
    Ventress Correctional Facility
    PO Box 767
    Clayton, AL 36016

    06cv863 Amd C & OP

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Ollie Mason_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Ollie Mason
C. Date of Delivery: 11-30-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail  ☐ Express Mail
   ☐ Registered  ☑ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7003 0500 0002 7929 4842

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Sgt. Carolyn Longmire
    Ventress Correctional Facility
    PO Box 767
    Clayton, AL 36016

    06cv863 Amd C & OP

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Ollie Mason_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Ollie Mason
C. Date of Delivery: 11-30-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail  ☐ Express Mail
   ☐ Registered  ☑ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7003 0500 0002 7929 4859

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mark Bruton
   Classification
   Ventress Correctional Facility
   PO Box 767
   Clayton, AL 36016

   06cv863 Amd C & OP

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Ollie Mason_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Ollie Mason
C. Date of Delivery: 11-30-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7003 0500 0002 7929 4873

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Ms. R. Pittman
   Classification
   Ventress Correctional Facility
   PO Box 767
   Clayton, AL 36016

   06cv863 Amd C & OP

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Ollie Mason_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Ollie Mason
C. Date of Delivery: 11-30-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7003 0500 0002 7929 4866

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Ofc. A. Patterson
   Ventress Correctional Facility
   PO Box 767
   Clayton, AL 36016

   06cv863 Amd C & OP

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Ollie Mason_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Ollie Mason
C. Date of Delivery: 11-30-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0002 3461 2847

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

## Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ofc. Kenneth Cargle
Ventress Correctional Facility
PO Box 767
Clayton, AL 36016

06cv863 Amd C & OP

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _(signature)_ ☐ Agent ☐ Addressee

B. Received by (Printed Name): Ollie Mason
C. Date of Delivery: 11-30-06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0002 3461 285_

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

## Receipt 2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ofc. David Pullom
Ventress Correctional Facility
PO Box 767
Clayton, AL 36016

06cv863 Amd C & OP

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _(signature)_ ☐ Agent ☐ Addressee

B. Received by (Printed Name): Ollie Mason
C. Date of Delivery: 11-30-06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0002 3461 3882

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

## Receipt 3

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ofc. Levy Richardson
Ventress Correctional Facility
PO Box 767
Clayton, AL 36016

06cv863 Amd C & OP

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _(signature)_ ☐ Agent ☐ Addressee

B. Received by (Printed Name): Ollie Mason
C. Date of Delivery: 11-30-06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0002 3461 3899

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Ofc. G. Richardson
   Ventress Correctional Facility
   PO Box 767
   Clayton, AL 36016

   06cv863 Amd C & OP

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Ollie Mason
C. Date of Delivery: 11-30-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0002 3461 3912

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Ofc. Terry Person
   Ventress Correctional Facility
   PO Box 767
   Clayton, AL 36016

   06cv863 Amd C & OP

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Ollie Mason
C. Date of Delivery: 11-30-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0002 3461 3905

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Ofc. Alexandra
   Ventress Correctional Facility
   PO Box 767
   Clayton, AL 36016

   06cv863 Amd C & OP

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Ollie Mason
C. Date of Delivery: 11-30-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0002 3461 3929

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Ofc. Carolyn Abercrombie
   Ventress Correctional Facility
   PO Box 767
   Clayton, AL 36016

   06cv863 Amd C & OP

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X _(signed)_ ☐ Agent ☐ Addressee
B. Received by (Printed Name): Ollie Mason
C. Date of Delivery: 11-30-06
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☑ Certified Mail ☐ Express Mail ☐ Registered ☑ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0002 3461 3936

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Ofc. Sherwin Carter
   Ventress Correctional Facility
   PO Box 767
   Clayton, AL 36016

   06cv863 Amd C & OP

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X _(signed)_ ☐ Agent ☐ Addressee
B. Received by (Printed Name): Ollie Mason
C. Date of Delivery: 11-30-06
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☑ Certified Mail ☐ Express Mail ☐ Registered ☑ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0002 3461 3950

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

## Receipt 3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Chaplain Daniel (Danny) Rieben
   Ventress Correctional Facility
   PO Box 767
   Clayton, AL 36016

   06cv863 Amd C & OP

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X _(signed)_ ☐ Agent ☐ Addressee
B. Received by (Printed Name): Ollie Mason
C. Date of Delivery: 11-30-06
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☑ Certified Mail ☐ Express Mail ☐ Registered ☑ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0002 3461 3967

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

## Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Ms. Nettie Burks
   Ventress Correctional Facility
   PO Box 767
   Clayton, AL 36016

   06cv863 Amd C & OP

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X _[signed]_  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Ollie Mason
C. Date of Delivery: 11-30-06
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type: ☑ Certified Mail  ☐ Express Mail  ☐ Registered  ☑ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0002 3461 3998

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

## Receipt 2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Nurse Young
   Ventress Correctional Facility
   PO Box 767
   Clayton, AL 36016

   06cv863 Amd C & OP

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X _[signed]_  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Ollie Mason
C. Date of Delivery: 11-30-06
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type: ☑ Certified Mail  ☐ Express Mail  ☐ Registered  ☑ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0002 3461 4001

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

## Receipt 3

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Nurse C. Hunter
   Ventress Correctional Facility
   PO Box 767
   Clayton, AL 36016

   06cv863 Amd C & OP

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X _[signed]_  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Ollie Mason
C. Date of Delivery: 11-30-06
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type: ☑ Certified Mail  ☐ Express Mail  ☐ Registered  ☑ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0002 3461 4018

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Ollie Mason_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Ollie Mason  C. Date of Delivery: 11-30-06 |
| 1. Article Addressed to:<br><br>Nurse A. Marsh<br>Ventress Correctional Facility<br>PO Box 767<br>Clayton, AL 36016<br><br>06cv863 Amd C & OP | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered      ☑ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 1820 0002 3461 4025 |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |