| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Ruthie S. Pe...*  ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)   C. Date of Delivery<br>*Ruthie S. Pem*   12-1-06 |
| 1. Article Addressed to:<br><br>Steve Walker, Chaplain Cordinator<br>Bullock Correctional Facility<br>PO Box 5107<br>Union Springs, AL  36089<br><br>06cv863 AmdC&OP | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>   ☑ Certified Mail    ☐ Express Mail<br>   ☐ Registered       ☑ Return Receipt for Merchandise<br>   ☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number<br>   *(Transfer from service label)* | 7005 1820 0002 3461 0379 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540