IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR. ) | |
| #187140, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06-CV-863-WKW |
| ) | |
| RICHARD ALLEN, et al., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

In his amended complaint, the plaintiff names Lt. Edwards, Dr. Barns, John Dowling and Samuel Rayapati as defendants in this cause of action. Service was attempted but unperfected on these individuals because they were not at the address provided by the plaintiff. If a person has not been served, he/she is not a party to this lawsuit except in very unusual circumstances. Consequently, in order to maintain litigation against Lt. Edwards, Dr. Barns, John Dowling and Samuel Rayapati, the plaintiff must furnish the clerk's office with correct addresses for these individuals. Accordingly, it is

ORDERED that on or before January 3, 2007 the plaintiff shall furnish the clerk's office with the correct addresses of Lt. Edwards, Dr. Barns, John Dowling and Samuel Rayapati. **The plaintiff is advised that the court will not continue to monitor this case to ensure that the defendants he wishes to sue have been served**. This is the plaintiff's responsibility. Moreover, the plaintiff is specifically cautioned that if service is not perfected on Lt. Edwards, Dr. Barns, John Dowling and Samuel Rayapati they will not be considered

a parties to this cause of action, the court will on its own initiative dismiss the claims against Lt. Edwards, Dr. Barns, John Dowling and Samuel Rayapati, and this case will proceed against only the defendants on whom service has been perfected.  *See* Rule 4(m), *Federal Rules of Civil Procedure*.

Done this 13th day of December, 2006.

                      /s/ Charles S. Coody
                 CHARLES S. COODY
                 CHIEF UNITED STATES MAGISTRATE JUDGE