**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **RICHARD WAYNE WRIGHT, SR.**, ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION NO.** |
| ) | **2:06-CV-863-WKW-CSC** |
| **RICHARD ALLEN**, *et al.*, ) | |
| ) | |
|     **Defendants.** ) | |

**NOTICE OF APPEARANCE AND MOTION FOR
EXTENSION OF TIME TO COMPLY WITH COURT ORDER**

COMES NOW Defendants PRISON HEALTH SERVICES, INC., SAMUEL RAYAPTI, M.D., TAHIR SIDDIQ, M.D., DR. BARNS, NETTIE BURKS, VICTORIA YOUNG, CELESTE HUNTER and ANTHONETTE MARSH (collectively, the "Medical Defendants") and file this Notice of Appearance and Request for Extension of Time to Comply with this Court's November 28, 2006, Order. The Medical Defendants respectfully request an additional twenty-one (21) days to submit their Special Report, required evidentiary materials (including the affidavits of all pertinent individuals) and Answer, thereby extending the time within which the Medical Defendants may file their Special Report and Answer to January 28, 2007. As grounds for this Motion, the Medical Defendants state as follows:

1.    On November 27, 2006, an Amended Complaint was filed *pro se* by Richard Wayne Wright, Sr. (the "Plaintiff"), an inmate at Ventress Correctional Facility, alleging that he

was denied proper medical care and otherwise treated improperly by some or all of the Medical Defendants. In his Amended Complaint, Plaintiff named thirty-eight (38) total defendants.[1]

2.     On November 28, 2006, the Court entered an order directing the thirty-eight (38) defendants in this case to submit their Special Report, required evidentiary materials and Answer on or before January 7, 2007. As of November 28, 2006, and as of the present, Plaintiff has failed to properly effect service of process upon any of the Medical Defendants and the Medical Defendants only recently learned of the existence of this matter.[2]

3.     Since learning of the pendency of this action, undersigned counsel has diligently attempted to contact their known and potential clients to obtain the sworn statements of "all persons having knowledge of the subject matter of the amended complaint" in order to fully comply with the Court's November 28, 2006, Order. However, because of the sheer number of individuals who may have knowledge of the subject matter of his Amended Complaint, undersigned counsel has not and likely will not be able to contact all of their known or potential clients and obtain their sworn affidavits as required by the Court within the time permitted.

4.     The Medical Defendants' efforts have been further complicated by the fact that several of the named Defendants are no longer employed and/or work in any correctional facility and/or no longer reside at the last known address maintained by their employer. Because of the sheer number of medical personnel identified in the Plaintiff's Complaint and the locations of these individuals, there remain individuals undersigned counsel has not yet contacted to confirm

---

[1] Plaintiff complicated this matter further by asserting several, if not all, of the same claims based upon the same facts alleged by him in a prior action against similarly-situated individuals and/or medical professionals in the action styled as Richard Wayne Wright, Sr. v. Sylvester Nettles, et al., In the United States District Court for the Middle District of Alabama, Northern Division, 2:05-CV-00439-WHA-CSC, which remains pending as of the date of this Motion.

[2] In light of Plaintiff's failure to properly serve the Medical Defendants, this Motion for Extension of Time should not be construed in any way as a waiver of any objection to and/or any consent by the Medical Defendants to the Court's exercise of personal jurisdiction over them in this matter.

whether the status of their representation and/or whether they wish to be represented by undersigned counsel.

5. Moreover, Plaintiff failed to correctly and accurately identify the defendants listed in his Amended Complaint. In an effort to resolve this problem, undersigned counsel has diligently attempted to locate the individuals named as defendants to confirm that the individuals actually exist and will be represented by undersigned counsel in this case.

6. In short, undersigned counsel is working with all possible speed to fully and accurately comply with this Court's November 28, 2006, Order.

WHEREFORE, PREMISES CONSIDERED, Defendants PRISON HEALTH SERVICES, INC., SAMUEL RAYAPTI, M.D., TAHIR SIDDIQ, M.D., DR. BARNS, NETTIE BURKS, VICTORIA YOUNG, CELESTE HUNTER and ANTHONETTE MARSH respectfully request an additional twenty-one (21) days to submit their Special Report, required evidentiary materials (including the affidavits of all pertinent individuals) and Answer and thereby extend the time within which the Medical Defendants may file their Special Report and Answer to January 28, 2007.

Respectfully submitted this 4th day of January, 2007.

/s William R. Lunsford
William R. Lunsford
Attorney for Defendants
BALCH & BINGHAM LLP
Post Office Box 18668
Huntsville, AL 35804-8668
Telephone: (256) 551-0171
Facsimile: (888) 282-1594
E-mail: blunsford@balch.com

103228.1                                3

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and this is to certify that I have mailed by United States Postal Service a copy of the foregoing document to the following non-CM/ECF participants this the 4th day of January, 2007.

Richard Wayne Wright, Sr., AIS# 187140
Ventress Correctional Facility
P.O. Box 767
Clayton, Alabama 36016-0767

Kim T. Thomas
Alabama Department of Corrections Legal Division
301 Ripley Street
Montgomery, Alabama 36130

Respectfully submitted,

/s William R. Lunsford
William R. Lunsford
Attorney for Defendants
BALCH & BINGHAM LLP
Post Office Box 18668
Huntsville, AL 35804-8668
Telephone: (256) 551-0171
Facsimile: (888) 282-1594
E-mail: blunsford@balch.com