IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT FOR ALABAMA
NORTHERN DIVISION

RECEIVED
2007 JAN -5 A 9:38
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Richard Wayne Wright, Sr. Bey, *
Plaintiff, Pro-Se.,         *
A.I.S. # 187140,            *
                            * Civil Action No.
    -vs-                    * 2:06-CV-~~836~~-WKW-WO
                              863
                            *
Richard Allen, et.al.,      *
    Defendants.             *
                            *

## Plaintiff's Motion For Status Of Complaint Concerning Defendants Not Served

Comes Now, Plaintiff Richard Wayne Wright, Sr. Bey, Pro-Se., A.I.S. # 187140 in the above style Cause. Plaintiff Wright, Sr. Bey is presently incarcerated at Ventress Correctional Facility (hereafter refered to as (V.C.F.))

Plaintiff Wright has not receive any response from this Honorable Court as of "today" January 3, 2006 Concerning [his]

SCANNED
WX 1/8/07       Page 1 of 5

Motion "Plaintiff's Motion For Correct Address". Plaintiff Wright, Sr. Bey has been advised by this Honorable Court (that) it is plaintiff responsibility to monitor this case.

Moreover, plaintiff Wright, Sr. Bey, would like to know has service been prefected on Lt. Edwards, Dr. Barns, John Dowling and Samuel Rayapati?

IF this Motion is not in its proper Form plaintiff ask that this Honorable Court Construed it into its proper Form

Done this the 3rd Day of January, 2007.

Respectfully Submitted,

_Richard W. Wright, Sr. Bey_
Richard Wayne Wright, Sr. Bey #187140
Ventress Correctional Facility
Post Office Box 767
Clayton, Alabama 36016

Page 2 of 5

## CERTIFICATE OF SERVICE

This is to Certify that I Richard Wayne Wright, Jr. Bey., Pro-Se., am the Petitioner in the above encamptioned motion/amended Complaint/petition and Certify I have sent a copy of this petition to the Clerk of the Court and earnestly ask due to plaintiff indigent Status R.W.W that this Honorable Court and/or Clerk Forward a copy of this said Motion/Amended Complaint/Petition to Respondents or Respondent's Counsel(s) which address are as Following:

Mr. Bob Riley (Governor)
Governor Office
600 Dexter Ave, RM N-104
Montgomery, Alabama 36130

Ms. Linda Brown
Nurse Manager of Health Services of A.D.O.C.
Alabama Department of Correction
301 South Union Street
Post Office Box 301501
Montgomery, Alabama 36130

Mr. Richard Allen (Prison Comissioner)

Commissioner Office
600 Dexter Avenue
Post Office Box 301501
Montgomery, Alabama 36130

Dr. Tahar Siddiq (M.D.)
Mr. Steve Walker (Chaplain Cordinator)
Bullock Correctional Facility
Post Office Box 5107
Union Spring, Alabama 36089

Prison Health Service, Inc.
Prison Health Service, Insurer
Warden J.C. Giles (Warden III)
Ventress Correctional Facility
Post Office Box 767
Clayton, Alabama 36089

I Further Certify that I have placed [this] in the United States Mail Box it has partial postage paid and the remaining portion of prepaid postage be supplied by designated prison official and that this has been properly address to this respected Court on this the 3rd Day of January, 2007.

Respectfully Submitted,

_Richd W Wright Jr. Bey_
Richard Wayne Wright, Sr. Bey #187140
Ventress Correctional Facility
Dorm nine (9) Bed 41-Top
Post Office Box 767
Clayton, Alabama 36089

Page 5 of 5