IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RICHARD WAYNE WRIGHT, SR. )
#187140, )
 )
  Plaintiff, )
 )
 v. ) CIVIL ACTION NO. 2:06-CV-863-WKW
 )
RICHARD ALLEN, et al., )
 )
  Defendants. )

## ORDER ON MOTION

Upon consideration of the motion for extension of time filed by the medical defendants on January 4, 2007 (Court Doc. No. 33), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.  It is further

ORDERED that the aforementioned defendants be GRANTED an extension from January 8, 2007 to and including January 29, 2007to file a special report and answer in compliance with the directives of the order entered on November 28, 2006 (Court Doc. No. 24).

Done this 8th day of January, 2007.


       /s/ Charles S. Coody     
     CHARLES S. COODY
     CHIEF UNITED STATES MAGISTRATE JUDGE