IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR. #187140, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-863-WKW ) |
| RICHARD ALLEN, et al., | ) ) |
| Defendants. | ) |

**ORDER**

Upon review of the document filed by the medical defendants on January 4, 2007 (Court Doc. No. 33), and for good cause, it is

ORDERED that on or before January 18, 2007 counsel for the aforementioned defendants shall advise the court of those medical personnel, if any, on whom service has been perfected.

Done this 8th day of January, 2007.

            /s/ Charles S. Coody
           CHARLES S. COODY
           CHIEF UNITED STATES MAGISTRATE JUDGE