IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **RICHARD WAYNE WRIGHT,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO. 2:06-cv-00863-WKW-CSC |
| ) | |
| **RICHARD ALLEN, et al.,** ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR EXTENSION OF TIME

Come now the Alabama Department of Correction Defendants, in the above-styled cause, and file this Request for an extension of time in which to file the Defendants Special Report, stating as follows:

1. Undersigned counsel has requested the necessary documentation and affidavits to file with the Special Report ordered on November 28, 2006.

2. Undersigned counsel has 29 defendants to represent in this cause.

3. Undersigned counsel would like to have all documentation and affidavits so as to file one Special Report, instead of several Special Reports.

4. That a short extension of time to file this Special Report would not unduly prejudice the Plaintiff. The granting of said extension of time would be in the beset interest of judicial economy.

5. Undersigned counsel needs said extension to properly file Defendants Special Report as ordered by this Court.

Respectfully submitted,

/s/TARA S. KNEE
TARA S. KNEE
ASSISTANT ATTORNEY GENERAL
ASSISSTANT GENERAL COUNSEL

**ADDRESS OF COUNSEL:**
Alabama Department of Corrections
Legal Division
Post Office Box 301501
Montgomery, Alabama 36130-1501
(334) 353-3885

## CERTIFICATE OF SERVICE

    I hereby certify that on the 8th day of January, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non-CM-ECF participants):

Richard Wayne Wright
#187140
Ventress Correctional Facility
P.O. Box 767
Clayton, AL 36016

/s/Tara S. Knee
Tara S. Knee
Assistant Attorney General
Assistant General Counsel