IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR. #187140, )  )  ) | |
| Plaintiff, ) ) | |
| v. ) ) | CIVIL ACTION NO. 2:06-CV-863-WKW |
| RICHARD ALLEN, et al., ) ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the correctional defendants on January 8, 2007 (Court Doc. No. 38), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the aforementioned defendants be GRANTED an extension from January 8, 2007 to and including January 29, 2007 to file a special report and answer in compliance with the directives of the order entered on November 28, 2006 (Court Doc. No. 24).

Done this 9th day of January, 2007.

                                                    /s/ Charles S. Coody
                                                  CHARLES S. COODY
                                                  CHIEF UNITED STATES MAGISTRATE JUDGE