IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **RICHARD WAYNE WRIGHT, SR.**, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **CIVIL ACTION NO.** |
| | ) **2:06-CV-863-WKW-CSC** |
| **RICHARD ALLEN,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## STATUS REPORT REGARDING SERVICE
## OF PROCESS UPON MEDICAL DEFENDANTS

COME NOW Defendants PRISON HEALTH SERVICES, INC., SAMUEL RAYAPTI, M.D., TAHIR SIDDIQ, M.D., DR. ROBERT BARNES, NETTIE BURKS, VICTORIA YOUNG, CELESTE HUNTER and ANTHONETTE MARSH (collectively, the "Medical Defendants") and, in response to this Court's Order (Doc. No. 37) dated January 8, 2007, state that, as of the date of this Status Report, all of the Medical Defendants, except Dr. Barnes, have received service of process of the summons and complaint in this matter.

Respectfully submitted this 18th day of January, 2007.

/s William R. Lunsford
William R. Lunsford
Attorney for Defendants
BALCH & BINGHAM LLP
Post Office Box 18668
Huntsville, AL 35804-8668
Telephone: (256) 551-0171
Facsimile: (888) 282-1594
E-mail: blunsford@balch.com

103670.1

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and this is to certify that I have mailed by United States Postal Service a copy of the foregoing document to the following non-CM/ECF participants this the 18th day of January, 2007.

> Richard Wayne Wright, Sr., AIS# 187140
> Ventress Correctional Facility
> P.O. Box 767
> Clayton, Alabama 36016-0767
>
> Tara Knee
> Alabama Department of Corrections Legal Division
> 301 Ripley Street
> Montgomery, Alabama 36130

    Respectfully submitted,

    /s William R. Lunsford
    Of Counsel