IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT FOR ALABAMA
NORTHERN DIVISION

Richard Wayne Wright, Sr. Bey, *
   Plaintiff, Pro-Se., *
   A.I.S. # 187140 * Civil Action No:
   - vs - * ~~2:06-CV-836-WKW-WO~~
Richard Allen, et. al., * 2:06CV863-WKW
   Defendants. *

## Plaintiff Wright Sr. Bey Motion For Change of Address

Comes Now, Plaintiff Richard Wayne Wright Sr. Bey, A.I.S. #187140 Pro-Se., in the above Style Cause Plaintiff Wright Sr. Bey is presently incarcerated at Easterling Correctional Facility (here in after refered to as Easterling (E.C.F.))) and seeks to inform this Honorable Court of the change in his address which is as Following:

### New Address

Richard Wayne Wright, Sr. Bey #187140
Easterling Correctional Facility
Dorm 6B Bed # 135

Page 1 of 4

200 Wallace Drive
Clio, Alabama 36017

Done this the 22nd day of January, 2007.

Respectfully Submitted,

_Richard W. Wright Jr. Bey_
Richard Wayne Wright, Sr. Bey #187140
Easterling Correctional Facility
200 Wallace Drive
Clio, Alabama 36017

Certificate of Service

This is to Certify that I Richard Wayne Wright, Sr. Bey, Pro-Se., Plaintiff Comes in the above encamptioned motion "Plaintiff Wright Sr. Bey Motion For Change of Address" and Certify I have Sent a Copy of this (said) motion to the Clerk of the Court and Sent a Copy of this (said) Motion to the defendant as Follows:

Mr. Bob Riley (Governor)
Governor Office
600 Dexter Ave. RM N-104
Montgomery, Alabama 36130

Page 2 of 4

Plaintiff Wright Sr. Bey ask this Honorable Court and/or Clerk due to Plaintiff present indigent status to forward a copy of this said motion to the remaining defendants. Plaintiff is unable to serve the following Defendants because [he] is indigent and lacks the needed postage and [these] Prison Officials here at Easterling (E.C.F.) only supplies two (2) postal stamps per week. For such cause plaintiff earnestly ask this Honoralble Court to forward a copy of this (said) motion to the following:

> Ms. Linda Brown
> Nurse Manager of Health Service of A.D.O.C.
> Alabama Department of Corrections
> 301 South Union Street
> Post Office Box 301501
> Montgomery, Alabama 36130

> Dr. Tahar Siddiq (M.D.)
> Mr. Steve Walker (Chaplain Cordinator)
> Bullock Correctional Facility
> Post Office Box 5107
> Union Spring, Alabama 36089

> Mr. Richard Allen (Prison Commissioner)

Page 3 of 4

Commissioner Office
600 Dexter Avenue
Post Office Box 301501
Montgomery, Alabama 36130

Prison Health Service, Inc.
Prison Health Service, Insurer
Warden J.C. Giles (Warden III) et.al.
Ventress Correctional Facility
Post Office Box 767
Clayton, Alabama 36016

I Plaintiff Wright Sr. Bey Further Certify that I have place this in the United States mail Box here at Easterling (E.C.F.) For postage to be supplied by the designated prison official and that this has been properly address to this respected Court on this the 22nd day of January, 2007

Respectfully Submitted,

Richard W. Wright Sr. Bey
Richard Wayne Wright Sr. Bey #187140
Easterling Correctional Facility
Dorm 6B Bed 135
200 Wallace Drive
Clio, Alabama 36017

Page 4 of 4

Richard Wayne Wright Sr Bey #181140
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE  Dorm 6B Bed 135
CLIO, ALABAMA 36017

Legal Mail

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

Legal Mail

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

UNITED STATES POSTAGE
02 1P
0002404485  JAN 24 2007
$00.390