# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

RICHARD WAYNE WRIGHT, SR.,  )
            )
  Plaintiff,      )
            )
v.           )   CIVIL ACTION NO.
            )   2:06-CV-863-WKW-CSC
RICHARD ALLEN, *et al.*,    )
            )
  Defendants.     )

## DEFENDANTS' SPECIAL REPORT AND ANSWER

COME NOW, Defendants TAHIR SIDDIQ, MD ("Dr. Siddiq"), SAMUEL

RAYAPATI, MD ("Dr. Rayapati"), DR. ROBERT BARNES ("Dr. Barnes"),

NETTIE BURKS, RN ("Nurse Burks"), VICTORIA YOUNG, RN ("Nurse

Young"), CELESTE HUNTER, LPN ("Nurse Hunter"), ANTHONETTE MARSH,

LPN ("Nurse Marsh") and PRISON HEALTH SERVICES, INC. ("PHS,"

collectively with Dr. Siddiq, Dr. Rayapati, Dr. Barnes, Nurse Burks, Nurse Young,

Nurse Hunter and Nurse Marsh, the "Medical Defendants"), pursuant to this

Court's Order dated November 28, 2006, requiring Medical Defendants to provide

their Special Report and Answer, and submit the following Special Report and

Answer addressing the allegations asserted by Plaintiff RICHARD WAYNE

WRIGHT, SR. ("Plaintiff"):

103421.1

## I.    INITIAL DISCLOSURES[1]

Medical Defendants make the following initial disclosures as required by this Court's November 28, 2006, Order for Special Report:

A.    The sworn statement of Dr. Tahir Siddiq;[2]

B.    The sworn statement of Dr. Samuel Rayapati;[3]

C.    The sworn statement of Dr. Robert Barnes;[4]

D.    The sworn statement of Nettie Burks;[5]

E.    The sworn statement of Victoria Young;[6]

F.    The sworn statement Celeste Hunter;[7]

G.    The sworn statement of Anthonette Marsh;[8]

---

[1]    This initial disclosures section is responsive to this Court's requirement to obtain the "sworn statements of all persons having knowledge of the subject matter of the complaint" as required by this Court's November 28, 2006, Order for Special Report and Answer. (Order, ¶ 2). The sworn statements attached hereto include any and all present employees of PHS who have knowledge pertinent and/or material to Plaintiff's allegations in this case.

[2]    A true and correct copy of Dr. Tahir Siddiq's affidavit ("Siddiq Affidavit") is attached hereto as **Exhibit A** and incorporated herein by reference.

[3]    A true and correct copy of Dr. Samuel Rayapati's affidavit ("Rayapati Affidavit") is attached hereto as **Exhibit B** and incorporated herein by reference.

[4]    A true and correct copy of Dr. Robert Barnes's affidavit ("Barnes Affidavit") is attached hereto as **Exhibit C** and incorporated herein by reference.

[5]    A true and correct copy of Nettie Burks's affidavit ("Burks Affidavit") is attached hereto as **Exhibit D** and incorporated herein by reference.

[6]    A true and correct copy of Victoria Young's affidavit ("Young Affidavit") is attached hereto as **Exhibit E** and incorporated herein by reference.

[7]    A true and correct copy of Celeste Hunter's affidavit ("Hunter Affidavit") is attached hereto as **Exhibit F** and incorporated herein by reference.

[8]    A true and correct copy of Anthonette Marsh's affidavit ("Marsh Affidavit") is attached hereto as **Exhibit G** and incorporated herein by reference.

H.   The sworn statement of LaKeysha Smith ("Smith") with Plaintiff's medical records attached thereto.[9]

I.   The sworn statement of Dale Robinson ("Robinson").[10]

## II.   NARRATIVE STATEMENT OF UNDISPUTED FACTS

### A.   PROCEDURAL HISTORY

On or about September 27, 2006, Plaintiff filed his Complaint in this action attempting to assert claims under 42 U.S.C. § 1983. (Doc. No. 1).  This Court entered an order on September 28, 2006, directing Plaintiff to amend his Complaint to identify the specific claims asserted by him and the specific individuals he intended to identify as defendants.[11] (Doc. No. 5).  The Court also denied a Motion for Temporary Restraining Order and a Motion for Preliminary Injunction filed by Plaintiff together with his Complaint. (Doc. Nos. 3, 12). Plaintiff amended his Complaint on November 27, 2006, claiming that approximately thirty-seven (37) Defendants[12] (including the Medical Defendants)

---

[9]   A true and correct copy of LaKeysha Smith's affidavit ("Smith Affidavit") is attached hereto as **Exhibit H** and incorporated herein by reference.

[10]   A true and correct copy of Dale Robinson's affidavit ("Robinson Affidavit") is attached hereto as **Exhibit I** and incorporated herein by reference.

[11]   This is not the first action filed by Plaintiff. Though he has filed various other law suits, he filed suit in the United States District Court for the Middle District of Alabama asserting some of the same claims asserted in this case.  See Wright v. Nettles, et al., In the United States District Court for the Middle District of Alabama, Northern Division, Case Number 2:05-CV-00439-WMA-CSC.  This case remains pending at this time.

[12]   In his Amended Complaint, Plaintiff identifies the following individuals as Defendants in this case: Governor Bob Riley, Linda Brown (ADOC nurse manager), Commissioner Richard Allen, Dr. Tahar Siddiq, Chaplain Coordinator Steve Walker, Prison Health Services, Inc.,

violated his constitutional rights while he was incarcerated at Bullock Correctional Facility ("Bullock") and Ventress Correctional Facility ("Ventress"). (Doc. No. 22). Thereafter, the Court ordered the Medical Defendants to provide this Special Report and Answer to Plaintiff's Amended Complaint. (Doc. Nos. 23, 35).

Though he was afforded time to amend his Complaint to provide greater specificity regarding his claims, the allegations in Plaintiff's Complaint remain, in large part, unintelligible. For example, the only identifiable allegation against Dr. Siddiq states, "Plaintiff Wright Sr. Bey was sent to Bullock County Hospital in Union Spring where Dr. T. Siddiq await and minimized plaintiff back, legs, face injuries." (Doc. No. 22 at p. 15). After thoroughly reviewing Plaintiff's Amended Complaint, the Medical Defendants glean the following allegations, which apparently serve as the basis for Plaintiff's purported claims:

1.  Nurses Burks, Hunter, Marsh and Young conspired to "forbid Plaintiff medication" (p. 12);

2.  "Plaintiff was forbidden treatment due to [Nurse] Burks [sic] instruction of not allowing [p]laintiff to go to treatment call" (p. 12);

---

Warden J.C. Giles, Warden Darrell Parker, Captain Larry Monk, Lt. Mary Taylor, Lt. Sharon Holland, Lt. Edwards, Sgt. Dorothy Flowers, Sgt. Michael Smith, Sgt. Carolyn Longmire, Mr. Mark Bruton, Ms. R. Pittman, Chief Steward Livingston, Officer A. Patternson, Officer Kenneth Cargle, Officer David Pullom, Officer Levy Richardson, Officer, Terry Person, Officer G. Richardson, Officer, Alexandra, Officer Carolyn Abercrombie, Officer, Roosevelt Brown, Officer, Sherwin Carter, Chaplain Daniel Rieben, Dr. Samaul Rayapati, Dr. Barns, N. Burks (HSA), Nurse Young, Nurse Hunter and Nurse Marsh (collectively, the "Defendants").

3.   the Medical Defendants failed to treat his alleged "back injuries, headaches, joints [sic] problems, vision difficulties, etc." (p. 13);

4.   unspecified Medical Defendants took inappropriate actions regarding tuberculosis testing and/or treatment and the Hepatitis B vaccine (p. 14);

5.   Plaintiff was subjected to "medical and pharmaceutical testing for experimental or research purpose[s]" (p. 14);

6.   Dr. Siddiq failed to treat Plaintiff's "back, legs, face injuries" at "Bullock County Hospital in Union Springs" (p. 15);

7.   the Medical Defendants conducted blood tests, but failed to inform Plaintiff of the results of such tests (p. 16); and

8.   Plaintiff refers to "Dementia" but fails to state the relevance of this purported condition (p. 16).

As demonstrated below, Plaintiff is without any evidence to substantiate any of these allegations.

### B.   PLAINTIFF'S HISTORY OF MEDICAL TREATMENT DURING INCARCERATION

#### 1.   PLAINTIFF'S TRANSFER FROM BULLOCK TO VENTRESS

Until March 4, 2005, Plaintiff was incarcerated at Bullock Correctional Facility. (See Siddiq Affidavit, ¶ 3). On March 4, 2005, Plaintiff was transferred from Bullock to Ventress Correctional Facility. (Rayapati Affidavit, ¶ 3; PHS0001-A). At the time of his transfer to Ventress, Plaintiff did not exhibit any visual signs of distress, pain or illness requiring any immediate or acute treatment. (PHS0001-B, 0001-C). Moreover, Plaintiff did not report any history of any serious medical

conditions at the time of his arrival at Ventress. (Id.). Since filing this action, Plaintiff was transferred from Ventress to Easterling Correctional Facility ("Easterling") on January 17, 2007. (See Burks Affidavit, ¶ 3).

### 2. SICK CALL PROCESS AND PROCEDURES AT VENTRESS AND BULLOCK

Ventress and Bullock both maintain an almost identical procedure for the evaluation and treatment of non-emergency medical complaints, commonly referred to as "Sick Call." (See Burks Affidavit, ¶ 4; Siddiq Affidavit, ¶ 4). When an inmate has a non-emergency medical or health problem and/or complaint, an inmate may file a sick call request form in order to bring this problem or complaint to the attention of the medical staff at Ventress and/or Bullock and/or request medical treatment for this problem. (Id.). The sick call request process is well-known at Ventress and Bullock and is utilized by inmates at Ventress and Bullock on a daily basis. (Id.). When an inmate first arrives at Ventress and/or Bullock, he is taken to the Health Care Unit to be processed into the system and receives an orientation as to the availability of medical services at the facility as well as the procedures for obtaining medical care. (Id.). During this orientation, the medical staff gives each inmate an information sheet and verbally goes through the sheet with newly-arriving inmates, informing them how to utilize the sick call request form process. (Id.). Sick call request forms are available at the Health Care Unit or the ADOC's shift commander's office. (Id.).

An inmate making a sick call request is required to complete the top portion of the sick call request form (stating his name, the date of request, AIS number, date of birth, dorm location, the nature of the problem or request and his signature) and submit the sick call request form by placing it in a locked box located in the facility's kitchen (at Ventress) or located in the facility's Health Care Unit (at Bullock). (Id.).  Sick call request forms are then brought to the Health Care Unit. (Id.).  The sick call request forms are removed from the locked box each day at approximately 12:00 p.m. and marked as received by the medical records clerk or a nurse at that time. (Id.).

Upon reviewing the sick call request forms, the medical staff compiles a list of inmates that have submitted sick call request forms and provides the list to ADOC's officers in the various dorms at Ventress and/or Bullock, who then notify inmates in the particular dorms that sick call has begun. (Id.).  Inmates who submit sick call request forms are responsible for reporting to the Health Care Unit for evaluation of their complaints at the time they are summoned to the Health Care Unit for sick call. (Id.).  The nurse conducting sick call takes reporting inmates' vital signs and either: (1) provides an inmate with medical treatment that can be provided under the nursing protocols, or (2) refers the inmate to the physician or nurse practitioner on staff at Ventress and/or Bullock. (Id.).  If an inmate submits more than one (1) sick call request form on the same day, the nurse will only fill in

the intake information on one (1) sick call request form regarding the inmate's subjective complaints, objective vital signs, assessment and plan. (Id.).

A submitted sick call request form that is not completed by PHS's medical staff indicates that an inmate failed to report when summoned to sick call. (Id.). If the medical complaints or problems identified by an inmate in a sick call request form appear to be urgent or life-threatening, the medical staff will immediately have the inmate brought to the Health Care Unit, and the inmate will not be required to wait until sick call begins. (Id.).

### 3. PLAINTIFF RECEIVED HIS MEDICATIONS AS PRESCRIBED.

The Progress Notes and Physicians' Orders in Plaintiff's medical records memorialize all of the medication prescribed for Plaintiff by his treating physicians. (Rayapati Affidavit, ¶ 4; Burks Affidavit, ¶ 5; PHS0056-0068, PHS0104-0140). After medication is prescribed, the medical staff at Ventress generates a Medication Administration Record ("MAR") for each inmate who receives medication through the pill call process. (Burks Affidavit, ¶ 5; PHS0024-0068). MARs document the specific types of medication inmates receive on a day-to-day basis as well as the exact dates when an inmate receives any prescribed medications. (Id.). MARs are generated for each month in which an inmate receives prescribed medication and provide space for the medical staff to confirm in writing the days within a month when an inmate receives prescribed medication.

(Id.).   When medications are administered to an inmate during pill call, the administering nurse signs or initials in the space provided for the applicable date of the month on an inmate's MAR, confirming provision of prescribed medication. (Id.).  In short, an inmate's MARs record when prescription medication (including psychotropic medication) is provided, how much medication is provided, the date on which the medication is provided and the time period over which an inmate receives prescribed medication. (Id.).

As indicated by Plaintiff's MARs (PHS0024-0055), Progress Notes (PHS0104-0140) and Physicians' Orders (PHS0056-0068), Plaintiff received all medication prescribed for him during his incarceration at Ventress, except on those occasions where Plaintiff refused to take his medication.   More specifically, Plaintiff refused to take medication prescribed for him on a number of occasions including, but not limited to, November 24, 27, 28, 29, and 30 and December 11, 2005. (PHS0075, 77, 81, 83-87, 89-92, 263-276).  There is simply no evidence of any kind indicating that Plaintiff did not receive his medication at any time because of any act or omission by the Medical Defendants. (Burks Affidavit, ¶ 5; Hunter Affidavit, ¶ 4; Young Affidavit,  ¶ 4; Marsh Affidavit,  ¶ 4; PHS0024-0068).

4.    PLAINTIFF DID NOT SUFFER FROM ANY MEDICAL CONDITION REQUIRING HIS PARTICIPATION IN TREATMENT CALL.

When an inmate has a medical or health problem that requires regular or daily treatment (i.e., dressing changes, blood pressure checks, insulin shots, etc.) the treating physician may order the inmate to attend treatment call for a specified number of days and detailing the treatment he is to receive. (Burks Affidavit, ¶ 6). Treatment call at Ventress is conducted at 5:00 a.m. and 6:00 p.m. each day. (Burks Affidavit, ¶ 6). During his incarceration at Bullock and Ventress, Plaintiff's treating physicians did not order him to undergo any medical treatment rendered on a daily basis at treatment call. (Siddiq Affidavit, ¶ 6; Rayapati Affidavit, ¶ 5; Burks Affidavit, ¶ 6).

5.    PLAINTIFF RECEIVED FREQUENT AND TIMELY EVALUATION AND TREATMENT OF HIS MEDICAL COMPLAINTS, INCLUDING HIS COMPLAINTS OF BACK AND JOINT PAIN, HEADACHES AND BLURRED VISION.

Throughout his incarceration at Ventress and Bullock, Plaintiff frequently sought and received medical attention for all of his medical complaints. Between November 22, 2004, and September 25, 2006, Plaintiff submitted approximately 64 sick call requests. (PHS0141-0247). On each occasion, Plaintiff received prompt medical attention, received medication to alleviate his complaints of pain and underwent testing to evaluate the potential causes of pain. (Id.).

Between November 22 and December 2, 2004, the medical staff received five sick call requests from Plaintiff complaining of loss of vision. (PHS0141-0145). The medical staff evaluated Plaintiff and advised him that he was scheduled to see Dr. Siddiq and placed on the list to the see the eye doctor. (PHS0142, 0143).

Before Plaintiff's scheduled December 14, 2004, appointment with Dr. Siddiq, the medical staff received four additional sick call requests from Plaintiff complaining of headaches. (PHS0146-0149). Dr. Siddiq examined Plaintiff on December 14, 2004, and prescribed Plaintiff 650 milligrams of Tylenol three times a day for his headaches. (PHS0057, 0104). Dr. Siddiq saw Plaintiff in a follow-up appointment on December 17, 2004, at which time Plaintiff still complained of headaches. (PHS0104). Dr. Siddiq instructed Plaintiff to take Tylenol as prescribed and return as needed. (Id.).

Plaintiff submitted a sick call request on December 21, 2004, complaining again of headaches. (PHS0150). Medical personnel examined Plaintiff on December 23, 2004, noting that Plaintiff appeared in no acute distress and his vital signs were within normal limits. (Id.). An appointment was scheduled for Plaintiff to see the site physician; but before the appointment occurred, Plaintiff submitted another sick call request complaining of headaches. (PHS0151).

Dr. Siddiq examined Plaintiff on January 25, 2005, for various complaints including headaches. (PHS0104). Dr. Siddiq prescribed Plaintiff 800 milligrams of Advil three times a day for his headaches and instructed him to return as needed. (Id.).

Plaintiff continued to complain of headaches in February of 2005. (PHS0153, 0154). Dr. Siddiq examined Plaintiff on February 18, 2005. (PHS0105). In an effort to determine the cause of Plaintiff's headaches, Dr. Siddiq ordered a head x-ray, which was performed on February 28, 2005, and showed no fracture or defects. (PHS0023, 0057, 0058, 0105). Dr. Bradford, an optometrist at Ventress, examined Plaintiff on February 18, 2005, and wrote him a new prescription for eyeglasses. (PHS0012-0014). Plaintiff later received new eyeglasses conforming with the prescription provided by Dr. Bradford. (PHS0011).

After receiving a sick call request from Plaintiff on February 22, 2005, the medical staff examined Plaintiff for complaints of headaches. (PHS0155). Plaintiff submitted sick call requests on February 24 and 25, 2005, stating he needed a head x-ray due to his continual headaches. (PHS0155, 0156, 0157). Dr. Siddiq last saw Plaintiff on February 25, 2005, for his complaints of headaches and blurred vision. (PHS0105). Dr. Siddiq continued Plaintiff's prescription for Advil for seven days and instructed him to return as needed. (Id. and PHS0057).

When Plaintiff's complaints continued into March of 2005, the medical staff diagnosed Plaintiff as suffering from allergic sinusitis and prescribed 800 milligrams of Motrin twice a day and Sudafed twice a day for his headaches. (PHS0030, 0106, 0158). Plaintiff submitted identical sick call requests on April 26, 28 and May 1, 2005, complaining of "blured [sic] vision at unusual times, unexplained head aches [sic], and popping and aching in joints." (PHS0159-0161). Following an examination by the medical staff, the medical staff scheduled an appointment for Plaintiff with Dr. Rayapati on May 5, 2005. (PHS0161). Dr. Rayapati examined Plaintiff on May 5, 2005, and diagnosed Plaintiff with chronic allergic sinusitis. (PHS0107). Dr. Rayapati recommended that Plaintiff engage in regular exercise and referred Plaintiff to mental health for counseling and reality testing. (Id. and PHS0059). Dr. Rayapati also prescribed Plaintiff 8 milligrams of Chlortrimeton ("CTM") once a day for two weeks and 60 milligrams of Sudafed once a day for two weeks. (PHS0059).

Plaintiff submitted a sick call request on May 12, 2005. (PHS0162). During evaluation by the medical staff, Plaintiff complained of frequent headaches, blurred vision and popping and stiffness in his joints. (Id.). The medical staff informed Plaintiff that he had an appointment to see Dr. Rayapati on May 16, 2005. (Id.). During Dr. Rayapati's May 16, 2005, examination, Plaintiff complained of blurry vision, headaches and "joints popping." (PHS0108). Dr.

Rayapati concluded Plaintiff's symptoms were a result of chronic allergic sinusitis. (PHS0108).  At Dr. Rayapati's request, the mental health provider ("MHM") examined Plaintiff on May 31, 2005, and June 20, 2005. (PHS0254-A, 0254-B). No overt signs of psychosis were found. (Id.).

                                        Plaintiff    submitted another sick call request on June 6, 2005, complaining of popping and stiffness in his joints, headaches and blurred vision. (PHS0163).  Upon evaluating Plaintiff, the medical staff scheduled an appointment for Plaintiff with Dr. Rayapati for June 7, 2005. (Id.).  Dr. Rayapati examined Plaintiff on June 7, 2005, and found Plaintiff could squat easily and found no motor or sensory deficit. (PHS0109).  Dr. Rayapati remained suspicious that Plaintiff's headaches were caused by his continuing problems with his eyesight. (Id.).  Dr. Rayapati ordered Plaintiff perform back and knee exercises for six months and prescribed Plaintiff 500 milligrams of Motrin twice a day for five days. (PHS0034, 0059, 0109).

On June 20, 2005, Plaintiff submitted another sick call request complaining of popping and stiffness in his joints, frequent headaches and inquiring into whether his glasses had arrived. (PHS0164).  Dr. Rayapati examined Plaintiff on June 21, 2005, and ordered him to exercise regularly. (PHS0109).  That same day, Plaintiff submitted another sick call request making the same complaints. (PHS0165).  The medical staff evaluated Plaintiff and made him an appointment to

see Dr. Rayapati on June 23, 2005. (Id.).  During Dr. Rayapati's examination, Plaintiff complained of his joints popping and headaches. (PHS0110).  Dr. Rayapati diagnosed Plaintiff with allergic sinusitis and again ordered Plaintiff to perform knee exercises daily for 90 days and renewed his prescription for CTM and Motrin. (Id.).

In a sick call request dated June 28, 2005, Plaintiff complained of having another skin reaction after taking the TB test. (PHS0166).  When summoned to sick call, Plaintiff did not appear for sick call. (Id.).  Plaintiff submitted another sick call request on June 30, 2005, complaining of a skin reaction to the TB skin test. (PHS0167).  During the examination, the medical staff noted numerous white spots to Plaintiff's arms, chest and upper right leg. (Id.).  Dr. Rayapati examined Plaintiff on July 1, 2005, and prescribed Plaintiff 50 milligrams of Benadryl once a day for five days. (PHS0035, 60, 112).

Plaintiff submitted a sick call request on July 12, 2005, complaining of headaches, blurred visions and "sores and tender spots on face and head after taking the TB skin test." (PHS0168, 0169).  During the medical staff's examination, Plaintiff complained that his headache "comes and goes" and might not come back in four or five days and the spots on his face are now tender. (Id.).  The medical staff scheduled an appointment for Plaintiff to see Dr. Rayapati on July 14, 2005. (Id.).  During Dr. Rayapati's July 14, 2005, examination, Plaintiff

complained of blurry vision. (PHS0111). The day of Dr. Rayapati's examination, Plaintiff submitted yet another sick call request making the identical complaints. (PHS0170). Dr. Rayapati examined Plaintiff on July 21, 2005, at which time Plaintiff complained of blurry vision and headaches. (PHS0112). Dr. Rayapati prescribed Plaintiff 200 milligrams of Motrin twice a day for 90 days. (Id. and PHS035, 0060).

Plaintiff submitted three sick call requests on November 22, 2005, complaining that his vision was still blurry, popping and stiffness in his joints and headaches. (PHS0172-0174). The medical staff evaluated Plaintiff and made him an appointment to see Dr. Rayapati. (PHS0171). The medical staff also recommended that Plaintiff bring his eyeglasses for Dr. Murray to check. (Id.). On November 23, 2005, Plaintiff submitted another sick call request stating he had symptoms of Hepatitis and pain in his muscles and joints. (PHS0175).

On November 26, 2005, Dr. Rayapati prescribed Plaintiff Percogesic for 5 days for pain, Resource liquid nutrition and Bengay rub. (PHS0039, 0061). Dr. Rayapati again examined Plaintiff on December 1, 2005, at which time Plaintiff was uncooperative and demanding. (PHS0113). Plaintiff stated he was on a hunger strike and refused to eat, though he was accepting a liquid diet. (Id.). Dr. Rayapati's examination of Plaintiff's cervical and lumbar spine revealed some tenderness but was normal in all other respects. (Id.). Dr. Rayapati prescribed

Plaintiff Resource liquid nutrition and 400 milligrams of Motrin for 7 days. (<u>Id.</u> and PHS0061).

Dr. Rayapati again examined Plaintiff on December 2, 2005, at which time Plaintiff was more verbal and cooperative. (PHS0115). Plaintiff complained of right side back pain and lateral right side pain. (<u>Id.</u>). Dr. Rayapati detected no evidence of kidney injury, but ordered that Plaintiff be closely monitored. (<u>Id.</u>). A CT spine was considered by Dr. Rayapati, however, based on improvement and other clinical signs during the exam and assessment, the CT was deferred. (PHS0117). Dr. Rayapati diagnosed muscle strain, prescribed Ensure liquid nutrition, Bengay rub and moist heat for his back pain. (PHS0041, 62, 115).

Dr. Rayapati examined Plaintiff on December 5, 2005, finding that Plaintiff was able to move all extremities freely and no sensory or motor defect was evident. (PHS0115). Dr. Rayapati ordered Plaintiff to receive a regular diet and referred him to mental health for counseling and reality testing due to his extreme malingering. (<u>Id.</u>). Plaintiff submitted another sick call request on December 10, 2005, complaining of back pain and requesting Ibuprofen for pain. (PHS0178). After an initial examination, the medical staff advised Plaintiff he had an appointment to see Dr. Rayapati on December 12, 2005. (<u>Id.</u>).

During his examination on December 12, 2005, Dr. Rayapati noted Plaintiff was still hostile, uncooperative and argumentative. (PHS0116). This examination

103-421.1                                 17

revealed Plaintiff was mildly tender over his back but he had no swelling, redness or abrasions. (Id.).   Dr. Rayapati diagnosed Plaintiff with muscle strain and prescribed moist heat. (Id.).

Plaintiff submitted a sick call request stating that he needed crutches or a walker, pain relieving rub for his muscle aches and testing for Hepatitis A, B and C and "Herpes/Herpes Simplex." (PHS0181).  The medical staff evaluated Plaintiff on December 14, 2005, and made him an appointment to see Dr. Rayapati. (PHS0180, 181).  During the medical staff's evaluation, Plaintiff reported having sharp shooting pain radiating from his low back up into his mid back and shoulders. (Id.).

Dr. Rayapati examined Plaintiff on December 15, 2005. (PHS0116). Plaintiff expressed that he wanted a walker and back rub crème. (Id.).  During the examination, Dr. Rayapati noted that Plaintiff was extremely uncooperative, tense and hostile. (Id.).  When asked to remove his shoes and clothing, Plaintiff had no difficulty and exhibited normal range of motion without pain. (PHS0118).  Plaintiff said he could not stand, but climbed to the exam table from the wheelchair without difficulty. (Id.).  After he was asked to move his shoes, Plaintiff became angry and hostile, refusing further exam and assessment, got down from the exam table with good balance, sat on the floor to put his shoes on and sat in the wheel chair without assistance. (Id.).  Dr. Rayapati diagnosed Plaintiff as suffering from a mild soft

tissue injury to his back, almost resolved, extreme manipulation and unreasonable demands. (Id.). Dr. Rayapati ordered x-rays of Plaintiff's thoracic and lumbar spine, which were normal, and instructed Plaintiff to use moist heat for his back pain. (Id. and PHS0020).

Plaintiff submitted a sick call request on January 27, 2006, requesting heated rub cream or a sponge mat for his back pain. (PHS0182, 183). Dr. Rayapati's examination of Plaintiff on February 3, 2006, revealed Plaintiff had normal palpation and range of motion in his shoulder and lumbar spine with no obvious muscle spasm. (PHS0119). Dr. Rayapati diagnosed Plaintiff with a questionable mild muscle strain of his back, prescribed moist heat and gave Plaintiff instructions to do back exercises for six months. (Id. and PHS0062). Dr. Rayapati examined Plaintiff in a follow-up appointment on February 9, 2006 for complaints of back pain and headaches. (PHS0121). After examination, Dr. Rayapati diagnosed Plaintiff with allergic sinusitis and prescribed Plaintiff CTM for his allergies and moist heat and back exercises for his back pain. (Id. and PHS0044, 63).

Plaintiff submitted two sick call requests on February 13, 2006, requesting back rub crème and Ibuprofen for his persistent headaches and back pain. (PHS0184, 0185, 0187). On February 16, 2004, the medical staff examined Plaintiff for his complaints of back pain and headaches and prescribed Plaintiff

Motrin, CTM, Sudafed and Flexeril for his headaches and back pain. (Id. and PHS044, 0063, 0120, 0189).

Dr. Rayapati examined Plaintiff on February 20, 2006, for complaints of back pain. (PHS0122).   Dr. Rayapati's examination revealed Plaintiff had no swelling and normal range of motion in his shoulder or lumbar spine and no motor or sensory defect. (Id.).   Dr. Rayapati determined Plaintiff did not need medications. (Id.).

Plaintiff submitted a sick call request on February 22, 2006, complaining of headaches and back pain. (PHS0189).  The medical staff evaluated Plaintiff and scheduled an appointment for him to see Dr. Rayapati. (Id.).  Plaintiff submitted another sick call request on March 8, 2006, making the same complaints. (PHS0191).  Dr. Rayapati examined Plaintiff on March 10, 2006, and diagnosed Plaintiff with chronic allergic rhinitis, normal lumbar spine with no clinical evidence of pain. (Id.).  Dr. Rayapati prescribed Plaintiff 8 milligrams of CTM once a day for seven days and instructed Plaintiff to continue back exercises. (Id. and PHS0046, 64).  Later that day, Plaintiff submitted another sick call request making the same complaints. (PHS0193).

Plaintiff submitted a sick call request on March 13, 2006 requesting follow-up treatment for back pain and headaches. (PHS0195).   The medical staff examined Plaintiff and noted he had a steady gait and appeared in no acute distress.

(PHS0196).  During Dr. Rayapati's March 14, 2006, examination, Plaintiff could remove his shoes and clothes with no problem. (Id.).  Dr. Rayapati's examination of Plaintiff revealed his back was normal with full range of motion and no swelling or muscle spasms detected. (Id.).  Dr. Rayapati's examinations of Plaintiff's hip, knees, muscular-skeletal system, abdomen, lungs and neurological system were all normal. (Id.).   Dr. Rayapati diagnosed resolving allergic rhinitis, renewed Plaintiff's prescription for CTM and ordered Plaintiff continue regular exercise. (Id.).

Dr. Rayapati examined Plaintiff in a follow-up appointment on March 24, 2006. (PHS0125).  At that time, Plaintiff continued to complain of back and head pain and refused to take the annual TB skin test. (Id.).  Dr. Rayapati diagnosed Plaintiff with mild chronic allergic rhinitis and prescribed saline nasal spray for his congestion and directed Plaintiff to take hot showers followed by back exercises for his general fitness. (Id.).

Plaintiff submitted a sick call request on March 29, 2006, again complaining of back pain and headaches. (PHS0199).  During Dr. Rayapati's examination on March 30, 2006, Plaintiff complained of back pain, headaches and wanted a chest x-ray instead of the TB skin test. (PHS0126).  Dr. Rayapati found no abnormalities during his examination and diagnosed Plaintiff with resolving allergic rhinitis/sinusitis, mild muscle strain and an abrasion to his ankle. (Id.)   Dr.

Rayapati discussed the TB test with Plaintiff and renewed his prescription for 400 milligrams of Motrin twice a day for five days for his muscle strain and a band aid for his ankle abrasion. (Id. and PHS046, 65).

Plaintiff submitted a sick call request on April 5, 2006, complaining of back pain and headaches. (PHS0200). Dr. Rayapati's examination of Plaintiff on April 7, 2006, was again normal in all respects, and Dr. Rayapati found Plaintiff's allergy problems had resolved. (PHS0128, 0129). Dr. Rayapati diagnosed Plaintiff with tension headaches and referred him to the mental health care staff for further evaluation. (Id.).

Plaintiff submitted a sick call requests on April 9, 14 and 19, 2006, again complaining of headaches and back pain. (PHS0202, 0205, 0208). Dr. Rayapati's examinations of Plaintiff on April 11, 18, and 21, 2006, were again normal in all respects, except for mild allergic rhinitis. (PHS0130-133). Dr. Rayapati prescribed Plaintiff 4 milligrams of CTM once a day for 7 days for his allergies, 800 milligrams of Motrin once a day as needed for 14 days and back exercises. (Id. and PHS0048, 65).

Dr. Murray, an optometrist at Ventress, examined Plaintiff on April 18, 2006, because of his continuing complaints of headaches and blurred vision. (PHS0009). Dr. Murray found no cataracts, glaucoma or other clinical reason for

Plaintiff's headaches. (Id.).  Dr. Murray prescribed new eyeglasses for Plaintiff which he received on May 12, 2006. (Id. and PHS0009-A).

Plaintiff submitted a sick call request on April 24, 2006, complaining of back pain. (PHS0212).  Dr. Rayapati's May 1, 2006, examination of Plaintiff was again normal and he instructed Plaintiff to continue doing back exercises. (PHS0133).  The following day, Plaintiff submitted another sick call request stating "[b]een having back pains need something for the pain." (PHS0214). During the medical staff's evaluation of Plaintiff, he told them the Motrin only worked on his headaches, not on his back pain. (PHS0216).  On May 5, 2006, Dr. Rayapati's examination of Plaintiff was again normal in all respects. (PHS0133). Dr. Rayapati prescribed no medications and instructed Plaintiff to continue doing back exercises. (Id.).

On May 8, 2006, Plaintiff submitted another sick call request complaining of frequent headaches. (PHS0218).  During evaluation by the medical staff, Plaintiff also complained of upper back pain. (PHS0217).  Dr. Rayapati's examination of Plaintiff was again normal in all respects. (PHS0134).

Plaintiff submitted his next sick call request on June 19, 2006, complaining of headaches. (PHS0219).  After examination of Plaintiff on June 21, 2006, Dr. Rayapati diagnosed mild allergic rhinitis and prescribed 8 milligrams of CTM

twice a day for 14 days and 800 milligrams of Motrin once a day as needed for 14 days. (PHS0048, 0065, 0135).

Plaintiff submitted a sick call request on June 23, 2006, complaining of headaches and back pain. (PHS0221). Dr. Rayapati's examination of Plaintiff on June 26, 2006, was again normal in all respects. (PHS0225).

Plaintiff submitted sick call requests on July 3, 4 and 9, 2006, complaining of headaches, back pain. (PHS0226, 0227, 0230). The medical staff evaluated Plaintiff and prescribed 400 milligrams of Motrin once a day for five days, 8 milligrams of CTM twice a day for five days and 600 milligrams of Humabid twice a day for five days. (PHS0051, 0066, 0067, 0228). Dr. Barnes examined Plaintiff on July 12, 2006, and could find no reason for Plaintiff's back pain. (PHS0138). Dr. Barnes ordered the Motrin be discontinued and prescribed 10 milligrams of Flexeril three times a day for five days and 20 milligrams of Feldene once a day for 14 days. (PHS0051, 67). This examination constituted the only occasion Plaintiff interacted with Dr. Barnes in any way. (Barnes Affidavit, ¶¶ 3, 4).

Plaintiff submitted a sick call request on July 21, 2006, stating he had a problem with the prescribed medication. (PHS0234, 0235, 0237). During evaluation by the medical staff, Plaintiff stated he had a problem with the color and number of pills given. (PHS0237). The medical staff scheduled Plaintiff an

appointment to see the site physician. (Id.).  Dr. J. Peasant examined Plaintiff on August 1, 2006, for multiple complaints including back and neck pain and headaches. (PHS0137, 0138).  Dr. Peasant reviewed Plaintiff's history including x-rays studies of his head and spine done in 2005, all of which were normal. (Id. and PHS0021-0023).  Dr. Peasant noted that during the exam Plaintiff seemed angry. (PHS0137, 0138).  Plaintiff could bend without difficulty and flex his chin onto his chest without difficulty. (PHS0137, 0138).  After a thorough exam, Dr. Peasant could find no evidence of ongoing problems. (Id.).  Dr. Peasant prescribed 375 milligrams of Naprosyn three times a day for and 10 milligrams of Flexeril three times a day for seven days. (PHS052, 0067)

Plaintiff submitted two sick call requests on August 13, 2006, complaining that "mucus has started appear again in my nose I still seek an x-ray after being again expose to those testing positive for T.B" and requesting pain relieving cream for back pain. (PHS0238, 0239).  During Dr. Peasant's examination on August 15, 2006, Plaintiff stated the medication was different in color and it caused him to experience dizziness. (PHS0139).  Plaintiff requested hot showers and "pain liniment" for his back. (Id.).  Dr. Peasant prescribed hot showers and analgesic balm and discussed with Plaintiff that some medications may come in different colors. (Id. and PHS0052, 0067).

Plaintiff submitted a sick call request on August 18, 2006, requesting a chest x-ray. (PHS0241). On August 25, 2006, Plaintiff showed up at the health care unit escorted by DOC officers complaining of a dull headache. (PHS0254). Plaintiff submitted another sick call request on August 31, 2006, complaining of headaches and back pain. (PHS0243). At sick call, the medical staff gave Plaintiff a tube of muscle rub to keep on his person. (Id.).

Dr. Peasant examined Plaintiff on September 13, 2006. (PHS0140). During Dr. Peasant's examination, Plaintiff complained of back pain and expressed TB concerns. (Id.). Dr. Peasant reviewed Plaintiff's medical records could find no evidence of an allergic reaction to the skin test. (Id.). The medical staff completed a T.B. Screening Form on September 13, 2006 and Dr. Peasant ordered a chest x-ray, which was negative for any sign of tuberculosis. (PHS0004, 0019, 0068, 0140). Plaintiff was discharged from segregation to the dorm on September 18, 2006. (PHS0140). Plaintiff submitted a sick call request on September 25, 2006, requesting analgesic balm for his back pain. (PHS0246). At sick call, the medical staff gave Plaintiff analgesic balm for his back. (PHS0247).

The physicians, nurse practitioners, nurses and other medical personnel at Ventress and Bullock responded in a timely and appropriate manner to the requests for medical treatment submitted by Plaintiff during his incarceration. (Siddiq Affidavit, ¶ 12; Rayapati Affidavit, ¶ 12; Barnes Affidavit, ¶ 5; Burks Affidavit, ¶

15; Hunter Affidavit, ¶ 5; Young Affidavit, ¶ 5; Marsh Affidavit at ¶ 5).    The medical staff at Ventress and Bullock did not ignore any of Plaintiff's medical complaints or refuse in any way to provide him with any necessary medical treatment. (Id.).

### 6.    THE MEDICAL STAFF APPROPRIATELY HANDLED ALL ASPECTS OF TESTING PLAINTIFF FOR TUBERCULOSIS AND HEPATITIS B.

Plaintiff has continually complained of being exposed to TB during his incarceration at Ventress and Bullock. (PHS0152, 0159, 061, 0226, 0227, 0230, 0238, 0241, 0242).    TB is an infection with the bacterium *Mycobacterium tuberculosis*, which most commonly affects the lungs, but can also affect the central nervous system, lymphatic system, circulatory system, bones and joints. (Siddiq Affidavit, ¶ 7; Rayapati Affidavit, ¶ 6).    TB can be passed from inmate to inmate; therefore, as a preventative measure, PHS has established a protocol to prevent widespread infection of the inmate population. (Burks Affidavit, ¶¶ 8, 9). Part of the protocol requires inmates to be tested once a year. (Id.).

The test for detection of TB is a skin test (otherwise known as and/or labeled a "PPD" skin test) given by needle in the inmate's forearm. (Siddiq Affidavit, ¶ 7; Rayapati Affidavit, ¶ 6; Burks Affidavit, ¶ 8).    After the TB skin test is administered, the inmate returns to the Health Care Unit in two (2) to three (3) days to determine if the TB skin test is positive or negative. (Id.).    If an inmate has

been exposed to the TB virus, the inmate will have an induration (i.e., hardening of skin), swelling or blister on the forearm where the test was given. (Id.). If there is no reaction, the skin will remain smooth at the site of the test without a reaction (i.e., a zero (0) millimeters reaction as indicated on the TB skin test results). (Id.). Wright underwent a TB skin test in June 2005. (Rayapati Affidavit, ¶ 7). Following that test, Wright submitted a sick call request stating he was itching in reaction to the test. (Id.). The medical staff examined Wright and prescribed Benadryl for his itching. (Id.). Though Wright believes that these areas of skin irritation are a result of a previously administered TB skin test, such irritation could not have been caused by the TB skin test. (Id.). A positive reaction to a TB skin test only causes a red spot, rash, swelling or blister on the forearm where the test was administered, not skin irritation to the inmate's chest and legs or other parts of the inmate's body other than the forearm). (Id.).

As a safety precaution to prevent widespread infection in the inmate population, if an inmate refuses to be tested for TB, the DOC places the inmate in segregation. (Burks Affidavit, ¶ 9). The Medical Defendants are required to report to the DOC if an inmate refused to take the TB skin test. (Id.). Medical Defendants have no authority and do not make the decision to place inmates in segregation. (Id.).

Plaintiff refused to take a TB skin test on April 26, 2005. (Burks Affidavit, ¶ 9; PHS0069). As a result, the medical staff notified DOC of Plaintiff's refusal and the DOC placed Plaintiff in segregation beginning on April 28, 2005. (Id.; PHS0257).

Plaintiff later agreed to take the TB skin test on June 24, 2005. (Id.). After his negative test results were received, the medical staff notified DOC, and Plaintiff was released from segregation on June 30, 2005. (Id.). According to existing protocol, Plaintiff was not released from segregation until the medical staff confirmed he had not contracted TB. (Id.). After receiving negative results from his TB skin test, Plaintiff continued to assert complaints regarding his opinion that he had contracted active TB. (PHS0226, 0227, 0230, 0238, 0241, 0242).

Plaintiff claims he experienced an allergic reaction to the TB skin test. (Doc. No. 22 at p. 14). Plaintiff underwent a TB skin test on June 24, 2005.(PHS0074). On June 28, 2005, Plaintiff submitted a sick call request complaining of having "another skin reaction after taking the TB test." (PHS0166). When summoned to the health care unit, the Plaintiff failed to report for evaluation by the medical staff. (Id.). Plaintiff submitted another sick call request on June 30, 2005, complaining of a skin reaction to the TB skin test. (PHS0167). During an examination, the medical staff noted numerous white spots to Plaintiff's arms, chest and upper right leg. (Id.). Dr. Rayapati examined Plaintiff on July 1, 2005, and prescribed Plaintiff

50 milligrams of Benadryl once a day for five days. (PHS0035, 60, 112). The irritation present on July 1, 2005, could not have been caused by the TB skin test. (Rayapati Affidavit ¶ 7). A positive reaction to a TB skin test only causes a red spot, rash, swelling or blister on the forearm where the test was administered, not skin irritation to the inmate's chest and legs or other parts of the inmate's body (other than the forearm). (Id.).

During his yearly health evaluation on March 24, 2006, Plaintiff again refused to take the TB skin test. (PHS0102, 253). The DOC was notified; and as a precaution, Plaintiff was again placed in segregation. (Id. and Burks Affidavit at ¶ 9). On September 13, 2006, Dr. Peasant ordered a chest x-ray which was negative for signs of TB. (PHS0019, 68, 140). Plaintiff was subsequently released from segregation. (Id.). **During his incarceration at Ventress and Bullock, Plaintiff never tested positive for tuberculosis and, therefore, never received any medication of any kind for any such infection.** (Siddiq Affidavit, ¶ 7; Rayapati Affidavit, ¶ 6; Burks Affidavit, ¶ 9).

Likewise, Plaintiff never tested positive for Hepatitis B and did not received any medication or other treatment for a Hepatitis B infection. (Burks Affidavit, ¶ 12). While at Ventress, Plaintiff underwent blood test screening for Hepatitis A, B and C in December, 2005, all of which were negative. (PHS0005-A). Oddly, Plaintiff even requested that the medical staff conduct tests on him to determine if

he had contracted Hepatitis B in December of 2005. (PHS0176, 177).  As with all other inmates in the DOC system, Plaintiff is entitled to receive the Hepatitis B vaccine, but he refused this vaccine in November of 2005. (PHS0001-D).

### 7.    NO MEDICAL OR PHARMACEUTICAL TESTING HAS OCCURRED AT VENTRESS OR BULLOCK.

Neither the medical staff at Ventress nor the medical staff at Bullock has ever conducted pharmaceutical and/or medical testing on any inmates for experimental or research purposes. (Siddiq Affidavit, ¶ 8; Rayapati Affidavit, ¶ 8; Burks Affidavit, ¶ 11).  The medical staff's sole purpose is to provide health care and treatment for inmates incarcerated at Bullock and Ventress. (Id.).  During his incarceration at Ventress and Bullock, Wright was never the subject of an experiment of any kind. (Id.).

### 8.    PLAINTIFF RECEIVED APPROPRIATE MEDICAL TREATMENT AT BULLOCK COUNTY HOSPITAL.

In his Amended Complaint, Plaintiff alleges that "[Plaintiff] was sent to Bullock County Hospital in Union Spring where in Dr. T. Siddiq await and minimized [P]laintiff back, legs, face injuries." (Doc. No. 22, p. 15).  During his incarceration at Bullock and Ventress, the only occasion when Plaintiff was sent to Bullock County Hospital for treatment was November 23, 2005.  (Siddiq Affidavit, ¶ 9; Rayapati Affidavit, ¶ 9).  On that date, Plaintiff was involved in an altercation

in his dorm with several corrections officers.[13] (PHS0248-0249). Dr. Rayapati was
unable to fully examine Plaintiff due to his failure to cooperate. (Id.). Dr. Rayapati
placed Plaintiff in a cervical collar and referred him to the emergency room at the
Bullock County Hospital for further evaluation. (Id.). Plaintiff was examined in
the Bullock County Hospital's emergency room and x-rays of his cervical spine,
lumbar spine, right and left forearms, chest and facial series revealed no fractures
or abnormalities. (PHS0021, 22, 250-252).

At that time, Dr. Siddiq was working as an emergency room doctor at the
Bullock County Hospital when Plaintiff was brought in for treatment. (Siddiq
Affidavit, ¶ 9). Plaintiff complained of various injuries he sustained in an alleged
assault. (Id.). Dr. Siddiq examined Plaintiff and ordered x-rays of his face, chest,
cervical, thoracic and lumbar spine, all of which were normal. (Id.). Dr. Siddiq
diagnosed Plaintiff as having sustained bruises, released him with a prescription
for pain relieving medication and instructed him to follow-up with the prison
doctor. (Id.).

### 9. MEDICAL DEFENDANTS CONDUCTED APPROPRIATE TESTING AND REPORTED THE FINDINGS TO PLAINTIFF

During Wright's incarceration at Ventress and Bullock, he was informed of
all blood test and x-ray results in a timely manner. (Siddiq Affidavit, ¶ 10;

---

[13]    Following this altercation in his dorm, Plaintiff was placed in segregation by the DOC
from November 25, 2005, through January 19, 2006. (PHS0074, 0258, 0259).

Rayapati Affidavit, ¶ 10; Burks Affidavit, ¶ 12). For example, Wright underwent blood test screening for HIV in May 2005 and Hepatitis A, B and C in December, 2005, all of which were negative. (Rayapati Affidavit, ¶ 10; Burks Affidavit, ¶ 12; PHS0005-A). Wright underwent x-ray studies of his head in February 2005, forearm, spine and chest in November 2005, lumbar and thoracic spine in December 2005 and chest in September 2006. (Siddiq Affidavit, ¶ 10; Rayapati Affidavit, ¶ 10; Burks Affidavit, ¶ 12). After the medical staff received each blood test and/or x-ray result, Wright was informed of these results by the medical staff. (Id.).

### 10. PLAINTIFF DID NOT SEEK TREATMENT FOR AND WAS NOT DIAGNOSED WITH DEMENTIA AT VENTRESS OR BULLOCK

During his incarceration at both Ventress and Bullock, Plaintiff was not diagnosed with and did not seek any treatment for dementia. (Siddiq Affidavit, ¶ 11; Rayapati Affidavit, ¶ 11; Burks Affidavit, ¶ 13; PHS0104-0247). Dementia is not a specific disease. (Siddiq Affidavit, ¶ 11; Rayapati Affidavit, ¶ 11). Dementia is a descriptive term for a collection of symptoms that can be caused by a number of disorders that affect the brain. (Id.). Inmates with dementia have significantly impaired intellectual functioning that interferes with normal activities and relationships. (Id.) Inmates with dementia also lose their ability to solve problems and maintain emotional control and they may experience personality

changes and behavioral problems, such as agitation, delusions and hallucinations. (Id.). While memory loss is a common symptom of dementia, memory loss by itself does not conclusively lead to the diagnosis that a person has dementia. (Id.). Physicians diagnose dementia only if two or more brain functions (such as memory and language skills) are significantly impaired without loss of consciousness. (Id.). During his incarceration at Ventress and Bullock, Plaintiff did not demonstrated any of the impairments and/or symptoms required for a diagnosis of dementia. (Id.).

## C.    GRIEVANCES FILED BY PLAINTIFF DURING INCARCERATION

### 1.    GRIEVANCE PROCEDURES AND COMPLAINTS AT BULLOCK

PHS has a well-established grievance procedure for any inmate who wishes to voice a complaint regarding any medical treatment he has sought or received during his incarceration at Bullock. (Robinson Affidavit, ¶ 11). The existence of the grievance procedure is well-known among the prison population at Bullock, as indicated by the fact that numerous informal and/or formal grievances are received on a regular basis. (Id.). The grievance process consists of two steps. (Id.). In order to initiate the grievance process, an inmate must submit an "informal" grievance, describing his complaint or complaints about medical treatment he has sought or received at Bullock. (Id.). Within five (5) days of submission of an informal grievance, the medical staff at Bullock provides a response to the

grievance. (Id.). If an inmate is displeased or not satisfied with the response to his informal grievance, he may submit a "formal" grievance, explaining why he is displeased or not satisfied with the response provided by the medical staff. (Id.). The medical staff provides a response to any grievance submission within five (5) days. (Id.).

Informal and formal grievance forms are available to all inmates and may be obtained from Robinson, Health Services Administrator ("HSA") at Bullock, directly or from the Health Care Unit shift commander's station, which is located within the Health Care Unit at Bullock and is readily accessible to all inmates throughout the day. (Id.). Inmates are instructed to place completed grievance forms in the locked, brown box located in the Health Care Unit. (Id.). Prior to 12:00 p.m. every day, a medical records clerk opens the locked brown box, retrieves any grievances contained in the box and provides any grievances to Robinson. (Id.).

Robinson reviews the grievances at least once a week, provides a written response at the bottom of the form and returns a copy of the completed grievance form to the inmate. (Id.). An additional copy of the completed grievance is placed in the inmate's medical records file. (Id.). Robinson encourages inmates who have complaints about the medical care they have sought or received at Bullock to utilize this grievance process. (Id.).

While at Bullock, Plaintiff's medical records do not indicate that he filed a single grievance, "informal" or "formal," against PHS's physicians, nurse practitioners, nurses or other medical personnel regarding the treatment he was receiving from the medical staff.   (See Smith Affidavit and attached medical records).

### 2.   GRIEVANCE PROCEDURES AND COMPLAINTS AT VENTRESS

PHS has a well-established grievance procedure for any inmate who wishes to voice a complaint regarding any medical treatment he has sought or received during his incarceration at Ventress. (Burks Affidavit at ¶ 14).   When an inmate first arrives at Ventress, he is taken to the Health Care Unit to be processed into the system and receives an orientation as to the availability of medical services at the facility as well as the procedures for obtaining medical care. (Id.).   At this time, inmates are verbally advised and given written notification of the procedures that must be utilized to have access health care. (Id.).   This notice explains the procedure for inmates to follow in order to submit a sick call request form and instructs inmates as to how to file a grievance. (Id.).

The existence of Ventress's grievance procedure is well-known among the prison population, as indicated by the fact that Burks, HSA at Ventress, receives numerous inmate requests and/or inmate grievances on a daily basis. (Id.).   PHS's physicians, nurse practitioners, nurses and other medical personnel attempt to

resolve all inmate concerns prior to an "inmate grievance" being submitted. (Id.).
The grievance process is initiated when an inmate submits an "inmate request" to
Burks through the institutional mail system. (Id.). This request is reviewed by
Burks and an interview is arranged within five (5) days of receipt of the inmate
request. (Id.). If the inmate is not satisfied with the outcome of this interview, an
"inmate grievance" may be submitted with a written response to follow within
three (3) days of receipt of the inmate grievance. (Id.). If the inmate grievance
cannot be resolved to the inmate's satisfaction, the inmate may then file an "inmate
grievance appeal," whereby the written inmate grievance will be reviewed through
the facility review process. (Id.).

Inmate grievance and inmate grievance appeal forms may be picked up from
the shift commander's office at Ventress, which is accessible to all inmates
throughout the day. (Id.). Inmates are instructed to place completed inmate
requests and/or inmate grievance forms in the sick call box and/or request box
located in the kitchen (otherwise referred to as the chow hall). (Id.). When
received in the Health Care Unit, inmate request and/or inmate grievance forms are
sent to Burks by the medical records clerk or administrative assistant. (Id.). Burks
reviews the grievances at least once a week, provides a written response at the
bottom of the form and returns a copy of the completed grievance form to the
inmate. (Id.). Burks encourages inmates who have complaints about the medical

care they have sought or received at Ventress to utilize this grievance process. (Id.).

Since May 12, 2005, Plaintiff filed approximately 33 informal and formal grievances, addressing issues from co-pays, eyeglasses, back pain, headaches, muscle cramping, tuberculosis medication and tuberculosis testing. (PHS0277-0310). Plaintiff never filed any grievance regarding medical or pharmaceutical testing, the treatment he received at Bullock County Hospital, Hepatitis B testing, treatment or vaccination, lab tests or the reporting of lab test results or dementia. (Id.).

## III.  DISCUSSION

### A.  PLAINTIFF FAILED TO SATISFY HIS BURDEN OF ALLEGING AND/OR ESTABLISHING ANY VIOLATION OF HIS EIGHTH AMENDMENT RIGHTS.

It is evident from Plaintiff's Amended Complaint that he is attempting to state a claim against Medical Defendants for an alleged delay and/or denial of medical care. (See Doc. No. 22 at pp. 17-26 of 29). The Eighth Amendment[14] to the United States Constitution governs the conditions of confinement for prisoners

---

[14]    Though liability arising out of the treatment of pretrial detainees triggers Fourteenth Amendment considerations, "the minimum standard for providing medical care to a pre-trial detainee under the Fourteenth Amendment is the same as the minimum standard required by the Eighth Amendment for a convicted prisoner . . ." See Hamm v. DeKalb County, 774 F.2d 1567, 1573-74 (11th Cir. 1985). To the extent Medical Defendants rely upon any cases addressing the application of the Fourteenth Amendment in the prison context, such cases are equally applicable in this case.

and the treatment of these prisoners during the term of their incarceration. Farmer v. Brennan, 511 U.S. 825, 832 (1994) (quoting Helling v. McKinney, 509 U.S. 25, 31 (1993)); see also Whitley v. Albers, 475 U.S. 312, 327 (1986); Rhodes v. Chapman, 452 U.S. 337, 345-46 (1981) (writing that the standard of "cruel and unusual punishments" applies to prison conditions). An alleged Eighth Amendment violation may be actionable under 42 U.S.C. § 1983.[15] Courts have devoted an extraordinary amount of time clearly defining the requirements for asserting and succeeding upon a claim for an Eighth Amendment violation under § 1983. In its well-known opinion in Estelle v. Gamble, the United States Supreme Court instructed that an Eighth Amendment claim only exists when a prison official engages in the "unnecessary and wanton infliction of pain." 429 U.S. 97, 105 (1976). The Estelle Court interpreted this phrase to mean prison officials must not act with "deliberate indifference to serious medical needs of prisoners." Id. Subsequent decisions by the Supreme Court and Eleventh Circuit have described the Eighth Amendment standard as including both "objective" and "subjective"

---

[15]   42 U.S.C. § 1983 provides, in pertinent part,

Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State of Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivations of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceedings for redress . . . .

components.  See e.g. Farmer, 511 U.S. 825 at 834, 837; Chandler v. Crosby, 379 F.3d 1278, 1289-90 (11th Cir. 2004).

The *"objective" component* of the Eighth Amendment analysis requires a prisoner to demonstrate the existence of a condition, act or omission which is sufficiently egregious to violate the Eighth Amendment.    See Hudson v. McMillian, 503 U.S. 1, 8 (1992).  The underlying conduct or condition must be "extreme" and pose "an unreasonable risk of serious damage to his future health," if left unchecked.  Chandler, 379 F.3d at 1289-90 (quoting Hudson, 503 U.S. at 9) (other citations omitted).  In the context of a claim for delayed or refused medical treatment, a prisoner must establish the existence of "a serious medical need." Chandler, 379 F.3d at 1289-90; Farrow v. West, 320 F.3d 1235, 1243 (11th Cir. 2003).  The long-standing definition of a "serious medical need" in the Eleventh Circuit is as follows: a serious medical need is a condition "that has been diagnosed by a physician as mandating treatment or one that is so obvious that even a lay person would easily recognize the necessity for a doctor's attention." Farrow, 320 F.3d at 1243 (citing Hill v. DeKalb Reg'l Youth Det. Ctr., 40 F.3d 1176, 1187 (11th Cir. 1994) (internal quotations omitted)).    Additionally, the serious medical need must be such that, if left untreated, "pos[es] a substantial risk of serious harm."  Farmer, 511 U.S. at 834.  The burden falls squarely upon

Plaintiff to allege and ultimately establish the existence of a serious medical need. See e.g. Hamm v. DeKalb County, 774 F.2d 1567 (11th Cir. 1985).

Even if Plaintiff experienced a serious medical need during his incarceration at either Bullock or Ventress, he must also establish the *"subjective" component* of an Eighth Amendment violation. Plaintiff must prove that the Medical Defendants acted with "deliberate indifference." See e.g. Farmer, 511 U.S. at 837. In Farmer, the Supreme Court wrote "deliberate indifference" exists when "the official knows of and disregards an excessive risk to inmate health or safety . . . ." Id.; see also Wilson v. Seller, 501 U.S. 294, 303 (1991). The mere fact that a prison official should have known of or perceived a risk is of no consequence under the Eighth Amendment analysis. Farmer, 511 U.S. at 838. It is incumbent upon a prisoner asserting a § 1983 claim to establish "conscious or callous indifference" on the part of the prison official. See e.g. Daniels v. Williams, 474 U.S. 327 (1986); Brown v. Hughes, 894 F.2d 1533, 1537-38 (11th Cir. 1990). In sum, a prisoner's § 1983 claim for an alleged delay in medical treatment cannot survive summary judgment unless the inmate produces evidence "of the prison official's subjective awareness" of the alleged medical condition and an "intentional refusal [by the official] to provide . . . care." Id.; Campbell v. Sikes, 169 F.3d 1353, 1364 (11th Cir. 1999) (quoting Steele v. Shah, 87 F.3d 1266, 1269 (11th Cir. 1996)); Hill, 40 F.3d at

1186). Without evidence of this "specific intent," a prisoner's § 1983 claim cannot succeed. Steele, 87 F.3d at 1269.

Courts have also identified the specific type of alleged conduct which does *not* rise to the level of "deliberate indifference." In Crosby, the Eleventh Circuit held that *a prisoner's discomfort does not give rise to an Eighth Amendment violation.* 379 F.3d at 1295 (citations omitted and emphasis added). Moreover, liability under the Eighth Amendment cannot exist for negligence in diagnosing or treatment of an inmate's alleged medical condition. Estelle, 429 U.S. at 106. The Eighth Amendment does not prohibit or provide any remedy for any "accidental inadequacy . . . or even medical malpractice[16] actionable under state law." Taylor v. Adams, 221 F.3d 1254, 1258 (11th Cir. 2000) (quotations and citation omitted).

In cases when a prisoner actually receives medical treatment, courts have altered their analysis of § 1983 medical claims. As to claims of delayed medical treatment, the Eleventh Circuit has instructed courts to be hesitant to find an Eighth Amendment violation when officials provide medical care to prison inmates. McElligott v. Foley, 182 F.3d 1248, 1259 (11th Cir. 1999) (citing Waldrup v. Evans, 871 F.2d 1030, 1035 (11th Cir. 1989)). In fact, a prisoner alleging delayed medical treatment must show that the official acted with deliberate indifference,

---

[16]    As the Supreme Court concluded, "[a] medical decision not to order an X-ray, or like measures, does not represent cruel and unusual punishment. At most it is medical malpractice." Estelle, 429 U.S. at 107.

meaning the official knew of the serious medical condition and "intentionally or with reckless disregarded, delayed treatment." <u>Hinson v. Edmond</u>, 192 F.3d 1342, 1348 (11th Cir. 1999). In <u>Hill</u>, the Eleventh Circuit added:

> Cases stating a constitutional claim for immediate or emergency medical attention have concerned medical needs that are obvious even to a lay person because they involve life-threatening conditions or situations where it is apparent that delay would detrimentally exacerbate the medical problem. In contrast, *delay or even denial of medical treatment for superficial, nonserious physical conditions does not constitute an Eighth Amendment violation.* * * * Consequently, delay in medical treatment must be interpreted in the context of the seriousness of the medical need, deciding whether the delay worsened the condition, and considering the reason for the delay.

40 F.3d 1176, 1188-89 (11th Cir. 1994) (emphasis added). Hence, whether a claim arises from delayed treatment depends upon "the nature of the medical need and the reason for the delay." <u>Harris v. Coweta County</u>, 21 F.3d 388, 393-94 (11th Cir. 1994).

As stated previously, the Medical Defendants identified the following complaints in Plaintiff's Amended Complaint:

1.   Nurses Burks, Hunter, Marsh and Young conspired to "forbid Plaintiff medication" (p. 12);

2.   "Plaintiff was forbidden treatment due to [Nurse] Burks [sic] instruction of not allowing [p]laintiff to go to treatment call" (p. 12);

3.   the Medical Defendants failed to treat his alleged "back injuries, headaches, joints [sic] problems, vision difficulties, etc." (p. 13);

4.    unspecified Medical Defendants took inappropriate actions regarding tuberculosis testing and/or treatment and the Hepatitis B vaccine (p. 14);

5.    Plaintiff was subjected to "medical and pharmaceutical testing for experimental or research purpose[s]" (p. 14);

6.    Dr. Siddiq failed to treat Plaintiff's "back, legs, face injuries" at "Bullock County Hospital in Union Springs" (p. 15);

7.    the Medical Defendants conducted blood tests, but failed to inform Plaintiff of the results of such tests (p. 16); and

8.    Plaintiff refers to "Dementia" but fails to state the relevance of this purported condition (p. 16).

In order to avoid any unnecessary the unnecessary repetition, the Medical Defendants will not restate all of the facts stated above. The undisputed evidence presented by the Medical Defendants, including Plaintiff's medical records, demonstrates the frivolity of his claims in this action. Plaintiff has received consistent and continuously medical treatment for his medical conditions. There is no evidence of any kind that any member of the medical staff at Ventress or Bullock failed or refused to provide Wright with any necessary medical treatment. Rather than identifying his purported "serious medical needs" and/or any alleged acts of deliberate indifference, Plaintiff resorts to incoherent allegations regarding medical experiments and testing, tuberculosis and treatment call.

The most liberal reading of Plaintiff's Amended Complaint only reveals three (3) purported serious medical needs experienced by Plaintiff, which include

his complaints regarding back and joint pain, headaches and blurred vision. There is simply no evidence that the Medical Defendants were deliberately indifference in any way to these complaints. To the contrary, the undisputable evidence demonstrates that Plaintiff saw a member of the medical staff and a physician, underwent testing and received medication or medical treatment for each of these complaints. While Plaintiff may believe he should have received additional or different treatment, such allegations are not actionable as purported constitutional violations under § 1983. Given the foregoing, Plaintiff's Amended Complaint fails to provide any basis to hold any of the Medical Defendants liable for any purported constitutional violation.

**B.** **SOME OF PLAINTIFF'S CLAIMS ARE BARRED BY THE PRISON LITIGATION REFORM ACT ("PLRA") BECAUSE HE FAILED TO EXHAUST HIS ADMINISTRATIVE REMEDIES.**

The PLRA states that "[n]o action shall be brought with respect to prison conditions under [42 U.S.C. § 1983], or any other Federal law, by a prisoner confined in any jail, prison or other correctional facility until such *administrative remedies as are available are exhausted.*" 42 U.S.C. § 1997e(a) (emphasis added). Plaintiff failed to exhaust his administrative remedies regarding several aspects of his claims in this case. First, Plaintiff did not file a single grievance, informal or formal, regarding any aspect of the medical care and attention he received at Bullock and, as such, Plaintiff may not maintain any claim based upon

any allegations arising out of his medical treatment at Bullock. (See Smith Affidavit and attached medical records). Secondly, (Plaintiff never filed any grievance regarding medical or pharmaceutical testing, the treatment he received at Bullock County Hospital, Hepatitis B testing, treatment or vaccination, lab tests or the reporting of lab test results or dementia. (PHS0277-0310). Given his failure to present his complaints regarding these matters to the medical staff at Ventress, he is likewise precluded from asserting claims based upon these complaints as well.

### C.   PLAINTIFF'S CLAIMS FAIL BECAUSE THEY RELY EXCLUSIVELY UPON THE DOCTRINE OF *RESPONDEAT SUPERIOR.*

Plaintiff's Amended Complaint only includes passing references to PHS and fails to identify any specific act or omission of PHS which serves as a basis for his claims against PHS. It is well-established in the Eleventh Circuit that liability under § 1983 "must be based on something more than a theory of *respondeat superior.*" H.C. by Hewett v. Jarrard, 786 F. 2d 1080, 1086 (11th Cir. 1986) (citing Monell v. Department of Social Servs., 436 U.S. 658, 691, 98 S. Ct. 2018, 2036, 56 L. Ed. 2d 611 (1978)); see also Polk County v. Dodson, 454 U.S. 312, 325, 102 S. Ct. 445, 70 L. Ed. 2d 509 (1981) ("Section 1983 will not support a claim based on a respondeat superior theory of liability."); Marsh v. Butler County, 268 F.3d 1014, 1035 (11th Cir. 2001); Washington v. Dugger, 860 F. 2d 1018, 1021 (11th Cir. 1988) ("[the inmate's] complaint against [certain defendants] is not supported

by any evidence which would permit a factfinder to find their participation in any deliberate indifference to his medical needs. Of course, these persons cannot be held liable under Section 1983 on the basis of respondeat superior."); Jetter v. Beard, 130 Fed. Appx. 523, 525 (3d Cir. 2005) (unpubl.) (panel featuring Justice Alito) (dismissing Eighth Amendment claims against supervisory defendants because "liability under Section 1983 cannot be imposed on a supervisor on the basis of *respondeat superior*. Personal involvement must be alleged and is only present where the supervisor knew of the actions and acquiesced in them. [The inmate] simply has not alleged any facts to support a conclusion that the supervisory defendants had personal involvement in the medical treatment [the inmate] received at [the prison]."). The Eleventh Circuit has applied this principle in various contexts, precluding claims against various kinds of supervisors. See Farrow, 320 F. 3d at 1238 (holding that a supervising physician was not liable under § 1983 for the acts and/or omissions of a physician acting under his supervision); Buckner v. Toro, 116 F.3d 450, 452-53 (11th Cir. 1997)(recognizing that the principle that *respondeat superior* liability does not exist under § 1983 has been expanded to included private medical contractors employed to perform governmental functions).

Supervisory liability under § 1983 is only actionable when "the supervisor personally participates in the alleged unconstitutional conduct or when there is a

causal connection between the actions of the supervising official and the alleged constitutional deprivation." <u>Cottone v. Jenne</u>, 326 F. 3d 1352, 1360 (11th Cir. 2003). A causal connection may be established: (1) when "a history of widespread abuse puts the responsible supervisor on notice of the need to correct the alleged deprivation, and he [or she] fails to do so"; (2) when "a supervisor's custom or policy results in deliberate indifference to constitutional rights"; or (3) when "facts support an inference that the supervisor directed the subordinates to act unlawfully or knew that the subordinates would act unlawfully and failed to stop them from doing so." <u>Id.</u> (internal punctuation, quotation marks, and citations omitted).

In order to satisfy the "widespread abuse" component, a plaintiff must demonstrate systemic deprivations that are "obvious, flagrant, rampant and of continued duration, rather than isolated occurrences." <u>Brown v. Crawford</u>, 906 F. 2d 667, 670 (11th Cir. 1990) (citations omitted).   <u>Brown v. City of Fort Lauderdale</u>, 923 F.2d 1474, 1481 (11th Cir. 1991) (internal quotation marks omitted). The "policy or custom" component cannot be satisfied without proof that the policy or custom proximately caused the underlying injury. <u>Cook v. Sheriff of Monroe County</u>, 402 F. 3d 1092, 1116 (11th Cir. 2005) (citing <u>City of Canton v. Harris</u>, 489 U.S. 378, 388, 109 S. Ct. 1197, 103 L. Ed. 2d 412 (1989)). Furthermore, the Eleventh Circuit defines "policy or custom" in this context as "a widespread practice that . . . is so permanent and well settled as to constitute a

'custom or usage' with the force of law." <u>Brown v. City of Fort Lauderdale</u>, 923 F.

2d 1474, 1481 (11th Cir. 1991).   It is incumbent upon a plaintiff asserting

supervisory liability under the "policy or custom" prong to prove that

governmental official possessed actual knowledge of the policy, custom or practice

and "failed to stop it." <u>Id.</u>

Two reported cases out of the Eleventh Circuit illustrate Plaintiff's inability

to escape his reliance upon *respondeat superior*.  In <u>Rogers v. Evans</u>, the family of

a deceased inmate asserted claims of medical malpractice and Eighth Amendment

violations arising out of the death of the inmate. 792 F. 2d 1052, 1056 (11th Cir.

1986).   Much like this case, the plaintiffs claimed the correctional medical staff

was not qualified, properly supervised and/or failed to provide necessary medical

care to the deceased inmate. <u>Id.</u> at 1057. Much like this action, the family sued the

commissioner for the department of corrections, the warden and several other

supervisory correctional officials. <u>Id.</u> at 1056.   The non-medical supervisory

officials were eventually dismissed. <u>Id.</u> at 1059.   On appeal, the Eleventh Circuit

wrote as follows:

> The [plaintiffs] do not offer evidence that the
> administrators failed to make attempts to provide medical
> care to inmates in [the deceased inmate's] situation or
> that a pattern of conduct indicates deliberate indifference.
> In addition, no evidence of callous conduct toward [the
> deceased inmate] was presented.   None of the
> supervisory appellees was alleged to have blocked access
> to medical care.   The auditor, Spradlin, is simply too

remote from the [the deceased inmate's] medical situation to fall under the Estelle deliberate indifference standard. Warden Linahan pleaded at one point with Dr. Smith to move [the deceased inmate's] to Central State Hospital because of the difficulty of handling her situation in the prison. Viewed in the most favorable light, the allegations against supervisory personnel only support an inference that the [correctional facility] did not provide a desirable standard of medical care.

We hold that the district court correctly dismissed the complaints against Warden Linahan, Auditor Spradlin, and Assistant Superintendent Lewis.

Id. at 1059. According to Rogers, Plaintiff's claims fail unless and until they produce evidence that PHS acted callously towards him, are aware of a "pattern of conduct" indicating deliberate indifference or failed to make attempts to provide medical care to him. Id. Much like Rogers, there is simply no evidence that PHS is guilty of blocking any of Plaintiff's access to medical care.

In the 20 years since Rogers, little, if anything, has changed regarding respondeat superior and § 1983 claims. The recent case of Hathcock v. Armor Correctional Health Services, Inc. also provides significant insight into the analysis of respondeat superior in the context of § 1983 claims. 2006 WL 1933371 (11th Cir. July 12, 2006). In Hathcock, a prisoner brought a suit pursuant to 42 U.S.C § 1983 against medical personnel, a prison supervisor, and a prison deputy, alleging disregard of his medical needs because nurses refused to change his bandages throughout the day and denied medication which caused him to suffer a seizure.

2006 WL 1933371, at *1. The Eleventh Circuit held that because there were no allegations that the supervisor participated in any of the activity, there "could be no liability under a theory of *respondeat superior*." Id. Most importantly, however, the Eleventh Circuit held that "the allegation against [the deputy] did not state a claim for deliberate indifference to medical needs because [the deputy] was not a medical professional" and there was no evidence that his actions directly caused any injury. Id.[17] In the same way, the evidence shows that PHS is not a "medical professional" providing medical care to inmates and did not directly cause any alleged injury claimed by Plaintiff.

Given Plaintiff's failure to provide any explanation of his claims against PHS in this case, it is impossible to discern the exact basis of his complaints against PHS as opposed to the individual members of the medical staff at Ventress and/or Bullock. Indeed, a review of Plaintiff's Amended Complaint suggests he does not distinguish between PHS and its employees. However, under clearly established precedent within the Eleventh Circuit, Plaintiff cannot maintain any claim against PHS based upon the conduct of its employees without a showing of the necessary causal link. Cottone, 326 F. 3d at 1360. Plaintiff's Complaint fails to

---

[17]    The Tenth Circuit has stated that "[o]ur cases recognize two types of conduct constituting deliberate indifference" to a serious medical need: (1) "a medical professional may fail to treat a serious medical condition properly," and (2) a prison official may "prevent an inmate from receiving treatment or deny him access to medical personnel capable of evaluating the need for treatment." Sealock v. Colo., 218 F.3d 1205, 1211 (10th Cir. 2000). Id. "Here the second type of claim applies as neither [the warden nor the secretary of corrections] are medical professionals. Abu-Fakher v. Bode, 175 Fed. Appx. 179, 183 (10th Cir. 2006).

allege or identify any evidence suggesting in any way any "history of widespread abuse," any custom or policy of PHS and/or any inference that PHS directed or knew of any unlawful conduct of its employees at Ventress or Bullock. By failing to do so, Plaintiff failed to provide any basis for this Court to conclude that he was entitled to maintain his claims against PHS. Based upon Plaintiff's reliance upon *respondeat superior* as a basis for his claims against PHS, PHS is entitled to judgment as a matter of law as to all of Plaintiff's claims.

## VI.   CONCLUSION

Based on the foregoing facts and legal arguments, Medical Defendants request that this Court dismiss Plaintiff's claims because the same are frivolous, malicious and fail to state a claim upon which relief can be granted.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| RICHARD WAYNE WRIGHT, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:06-CV-863-WKW-CSC |
| | ) | |
| RICHARD ALLEN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ANSWER TO AMENDED COMPLAINT

COME NOW, Defendants TAHIR SIDDIQ, MD ("Dr. Siddiq"), SAMUEL RAYAPATI, MD ("Dr. Rayapati"), DR. ROBERT BARNES ("Dr. Barnes"); NETTIE BURKS, RN ("Nurse Burks"), VICTORIA YOUNG, RN ("Nurse Young"); CELESTE HUNTER, LPN ("Nurse Hunter"), ANTHONETTE MARSH, LPN ("Nurse Marsh") and PRISON HEALTH SERVICES, INC. ("PHS," collectively with Dr. Siddiq, Dr. Rayapati, Dr. Barnes, Nurse Burks, Nurse Young, Nurse Hunter, and Nurse Marsh, the "Medical Defendants"), and for their Answer to the Amended Complaint filed by Plaintiff RICHARD WAYNE WRIGHT, SR. ("Plaintiff"), state as follows:

2.    In response to the allegations asserted in "Grounds One (1)" (pp. 2-10) of Plaintiff's Amended Complaint, Medical Defendants state that they are without knowledge or information sufficient to form a belief as to the truth of these allegations and, as such, the same are denied and Medical Defendants demand strict proof thereof.

3.    In response to the allegations asserted in "Grounds 11" (pp. 10-12) of Plaintiff's Amended Complaint, Medical Defendants state that they are without knowledge or information sufficient to form a belief as to the truth of these allegations and, as such, the same are denied and Medical Defendants demand strict proof thereof.

4.    In response to the allegations asserted in "Grounds 111)" (pp. 12-16) of Plaintiff's Amended Complaint, Medical Defendants deny these allegations and demand strict proof thereof.

5.    In response to the allegations asserted in "Grounds 1V" (pp. 16-18) of Plaintiff's Amended Complaint, Medical Defendants state that they are without knowledge or information sufficient to form a belief as to the truth of these allegations and, as such, the same are denied and Medical Defendants demand strict proof thereof.

6.    Medical Defendants deny all material allegations set forth in Plaintiff's Amended Complaint and demand strict proof thereof.

7.     Medical Defendants deny each and every prayer for relief set forth Plaintiff's Amended Complaint.  Likewise, Medical Defendants state that Plaintiff is not entitled to any of the requested relief.  To the extent the Complaint makes any allegations of material fact, Medical Defendants deny such allegations and demand strict proof thereof.

## AFFIRMATIVE AND OTHER DEFENSES

### First Defense

Plaintiff's Complaint fails to state a claim upon which relief can be granted.

### Second Defense

Plaintiff's claims are barred by the doctrine of contributory negligence and/or last clear chance.

### Third Defense

Plaintiff's claims are barred by the doctrine of assumption of risk.

### Fourth Defense

Plaintiff's claims are barred by the doctrine of laches.

### Fifth Defense

Plaintiff's claims are barred by the statute of limitations.

### Sixth Defense

Plaintiff's claims are barred by the doctrine of waiver.

### Seventh Defense

The Court lacks subject matter jurisdiction over this dispute.

## Eighth Defense

This Court is the improper venue in which to assert this action.

## Ninth Defense

Plaintiff lacks standing to bring this action.

## Tenth Defense

Plaintiff's claims are barred by the doctrine of unclean hands.

## Eleventh Defense

Plaintiff's claims are barred by the doctrine of qualified immunity.

## Twelfth Defense

Plaintiff's claims are barred by the doctrine of sovereign immunity.

## Thirteenth Defense

Plaintiff's claims are barred by the doctrine of estoppel.

## Fourteenth Defense

Plaintiff's claims are barred by the doctrine of *res judicata* and/or collateral estoppel.

## Fifteenth Defense

Plaintiff's claims are barred, in whole or in part, because of his failure to mitigate damages.

### Sixteenth Defense

Medical Defendants aver that the wrongs and damages alleged by Plaintiff were caused solely by the acts and/or omissions of person and/or entities for whom or which Medical Defendants are not responsible.

### Seventeenth Defense

Plaintiff's claims are barred because Medical Defendants did not breach any duty Defendant allegedly owed to Plaintiff.

### Eighteenth Defense

Plaintiff's claims are barred because there is no casual relationship, legal or proximate, between Medical Defendants' actions or failures to act and the Plaintiff's alleged injuries and damages.

### Nineteenth Defense

Plaintiff's claims are barred because of the existence of superseding, intervening causes.

### Twentieth Defense

Plaintiff's claims are barred because of the lack of damages suffered due to any of the alleged wrongs asserted against Medical Defendants.

### Twenty-First Defense

Plaintiff has failed to exhaust or attempt to exhaust administrative remedies. 42 U.S.C. § 1997e(a) (2005).

### Twenty-Second Defense

Plaintiff's claims are barred because the action asserted is "frivolous, malicious, and fails to state a claim upon which relief can be granted." 42 U.S.C. § 1997e(c)(1) (2005).

### Twenty-Third Defense

Plaintiff's claims are barred because no personal, physical injury has been alleged and/or suffered by Plaintiff. 42 U.S.C. § 1997e(e) (2005).

### Twenty-Fourth Defense

Plaintiff's claims are barred because the injunctive relief sought is not sufficiently narrowly drawn. 18 U.S.C. § 3626(a)(1)(A) (2005).

### Twenty-Fifth Defense

Plaintiff's claims are barred because Medical Defendants did not act with deliberate indifference. Estelle v. Gamble, 429 U.S. 97 (1976).

### Twenty-Sixth Defense

Plaintiff's claims are barred because of his failure to allege the existence of a serious medical condition.

### Twenty-Seventh Defense

Plaintiff's claims are barred because he is seeking to question a medical judgment via injunctive relief.

### Twenty-Eighth Defense

To the extent Plaintiff seeks to recover any attorneys' fees, Medical Defendants object to any and all such requests for fees that are not asserted in the Complaint or otherwise approved by court order.

### Twenty-Ninth Defense

Plaintiff's claims for punitive damages violate PHS's United States and Alabama constitutional protections from, including without limitation, excessive fines, cruel and unusual punishment, denial of due process and denial of equal protection of the law.

### Thirtieth Defense

Plaintiff's claims are precluded under the doctrines of *res judicata*, collateral estoppel, claim preclusion and/or issue preclusion.

### Thirty-First Defense

Medical Defendants reserve the right to assert other defenses as discovery proceeds.

Respectfully submitted on this the 29th day of January, 2006.


/s/ William R. Lunsford
One of the Attorneys for the Medical Defendants

103421.1                                   59

**OF COUNSEL**:

William R. Lunsford
BALCH & BINGHAM LLP
Post Office Box 18668
Huntsville, AL 35804-8668
Telephone: (256) 551-0171
Facsimile: (256) 512-0119

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected by email to the CM/ECF participants or by postage prepaid first class mail to the following this the 29th day of January, 2007:

        Richard Wayne Plaintiff, Sr.
        AIS# 187140
        Easterling Correctional Facility
        200 Wallace Drive
        Clio, AL 36017-2615

        Tara Knee
        Department of Corrections
        P.O. Box 301501
        301 Ripley Street
        Montgomery, AL 36130

        /s/ William R. Lunsford
        Of Counsel

103421.1

Exhibit A

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

RICHARD WAYNE WRIGHT, SR.,      )
                                )
    Plaintiff,              )
                                )
v.                              )      CIVIL ACTION NO.
                                )      2:06-CV-863-WKW-CSC
RICHARD ALLEN, *et al.*,        )
                                )
    Defendants.             )

## AFFIDAVIT OF TAHIR SIDDIQ, M.D.

**STATE OF ALABAMA**    )
                                    )
**COUNTY OF BULLOCK**  )

    Before me, the undersigned Notary Public, personally appeared TAHIR SIDDIQ, M.D., who after being duly sworn, states as follows:

    1.    My name is Tahir Siddiq. I am over the age of nineteen (19) years and have personal knowledge of the information contained in this affidavit.

    2.    I have been employed at the Bullock Correctional Facility ("Bullock") since February of 1997. I am currently employed by Prison Health Services, Inc. ("PHS") as the Medical Director at Bullock. I am licensed to practice medicine in the state of Alabama.

    3.    Richard Wayne Wright ("Wright") was at one time an inmate incarcerated at Bullock. Wright is not incarcerated at Bullock at this time.

    4.    When an inmate has a non-emergency medical or health problem and/or complaint, an inmate may file a sick call request form in order to bring this problem or complaint to the attention of the medical staff at Bullock and/or request medical treatment for this problem.

The sick call request process is well-known at Bullock and is utilized by inmates at Bullock on a daily basis. When an inmate first arrives at Bullock, he is taken to the Health Care Unit to be processed in the system and receive an orientation as to the availability of medical services at the facility as well as the procedures for obtaining medical care. During this orientation, the medical staff gives each inmate an information sheet and verbally goes through the sheet with newly-arriving inmates, informing them how to utilize the sick call request form process. Sick call request forms are available at the Health Care Unit or Alabama Department of Corrections ("ADOC") shift commander's office at Bullock. An inmate making a sick call request is required to complete the top portion of the sick call request form (stating his name, the date of request, AIS number, date of birth, dorm location, the nature of the problem or request and his signature) and submit the sick call request form by placing it in a locked box located in the facility's health care unit. Sick call request forms are then brought to the Health Care Unit. The sick call request forms are removed from the locked box each day at approximately 12:00 p.m. and marked as received by the medical records clerk or a nurse at that time. Upon reviewing the sick call request forms, the medical staff compiles a list of inmates having submitted sick call request forms, which is then provided to correctional officers in the various dorms at Bullock who are responsible for notifying inmates in the particular dorms that sick call has begun. Inmates who submit sick call request forms are responsible for reporting to the Health Care Unit for evaluation of their complaints at the time they are summoned to the Health Care Unit for sick call. The nurse conducting sick call takes reporting inmates' vital signs and either: (1) provides an inmate with medical treatment that can be provided under the nursing protocols, or (2) refers the inmate to the physician or nurse practitioner on staff at Bullock. If an inmate submits more than one (1) sick call request form on the same day, the nurse will only fill in the intake

information on one (1) sick call request form regarding the inmate's subjective complaints, objective vital signs, assessment and plan. If the inmate fails to report to sick call when summoned, this is often indicated in the sick call request form because the sick call request form is left blank, i.e. not completed, by the medical staff. If the medical complaints or problems identified by an inmate in a sick call request form appear to be urgent or life-threatening, the medical staff will immediately have the inmate brought to the Health Care Unit and the inmate will not be required to wait until sick call begins.

5.    During his incarceration at Bullock, Wright did not express any concerns to me that he was not receiving the proper medication.

6.    During Wright's incarceration at Bullock, Wright did not experience any medical condition requiring treatment on a daily basis. Therefore, I did not order Wright to attend treatment call.

7.    The Health Department conducted comprehensive tuberculosis skin tests on all inmates incarcerated at Bullock during 2004. Wright did not test positive for tuberculosis during his incarceration at Bullock. Tuberculosis is an infection with the bacterium *Mycobacterium tuberculosis*, which most commonly affects the lungs, but can also affect the central nervous system, lymphatic system, circulatory system, bones and joints. There are two (2) types of tuberculosis: latent and active. Latent tuberculosis results when an inmate is exposed to another individual with the tuberculosis virus and contracts the tuberculosis virus in its non-active state. Inmates with latent tuberculosis cannot transmit the virus to other inmates. Active tuberculosis may result when latent tuberculosis goes untreated. If an inmate is exposed to TB, he may test positive after a tuberculosis skin test (otherwise known as and/or labeled a "PPD" skin test). A tuberculosis skin test is given by needle in the inmate's forearm. After the tuberculosis skin test

is administered, the inmate will return to the Health Care Unit in two (2) to three (3) days to determine if the tuberculosis skin test is positive or negative. If an inmate has been exposed to the tuberculosis virus (i.e., latent tuberculosis), the inmate will have an induration (i.e., hardening of skin), swelling or blister on the forearm where the test was given. If there is no reaction, the skin will remain smooth at the site of the test without a reaction (i.e., a zero (0) millimeters reaction as indicated on the tuberculosis skin test results). A tuberculosis skin test is given as a preventive measure to allow the medical staff at Bullock to identify those inmates who have been exposed to tuberculosis and take the necessary steps to ensure that active tuberculosis does not develop. If an inmate tests positive for tuberculosis, the inmate is given the medication isoniazid ("INH") as a preventative measure to prevent active tuberculosis from developing. An inmate having a positive tuberculosis skin test is also given a chest X-ray to determine lung abnormality. An inmate testing positive for active tuberculosis (which is contagious and can be passed from inmate-to-inmate) is also sent to a negative pressure isolation room at Kilby Correctional Facility ("Kilby") for monitoring and treatment. After the inmate undergoes the initial treatment process at Kilby, three (3) sputum cultures are taken and must come back negative in order for the inmate to return to Bullock's inmate population. A sputum culture is a diagnostic test used to detect and confirm the pretense of active tuberculosis within the lungs. A sputum culture collection involves the patient coughing deeply to expel the sputum. If the patient is unable to cough deeply enough to expel a sufficient sample, a suction tube or needle may be used to collect the sputum sample. The sputum is coughed into or placed in a sterile container containing a substance that promotes bacterial and fungal growth. However, if no fungi or bacteria grow, the test is considered to be negative. During his incarceration at Bullock, Wright never tested

positive for tuberculosis; therefore, I did not prescribe him any medication of any kind for tuberculosis.

       8.     The medical staff at Bullock is employed pursuant to a contract with the State of Alabama to provide medical services to those persons incarcerated in the facilities operated by the Department of Corrections ("DOC"). The medical staff has not and does not conduct pharmaceutical and/or medical testing of any kind on any inmate for experimental or research purposes. The medical staff's sole purpose is to provide health care and treatment for inmates incarcerated at Bullock. During his incarceration at Bullock, Wright was <u>never</u> the subject of an experiment of any kind.

       9.     In November of 2005 I was working as an emergency room doctor at the Bullock County Hospital when Wright was brought in for treatment. Wright complained of various injuries he sustained in an alleged assault. I examined Wright and ordered x-rays of his face, chest, cervical, thoracic and lumbar spine, all of which were normal. I diagnosed Wright as having sustained bruises and release him with a prescription for pain relieving medication.

       10.    During Wright's incarceration at Bullock, he was informed of all blood test and x-ray results in a timely manner. While at Bullock, Wright underwent a blood chemistry profile in December, 2004 which was within normal limits and head x-rays in February, 2005, which showed no fracture or defects. After the medical staff received each blood test and/or x-ray result, Wright was informed during his next examination.

       11.    During his incarceration at Bullock, Wright was not diagnosed with and did not seek any treatment for dementia. Dementia is not a specific disease. Dementia is a descriptive term for a collection of symptoms that can be caused by a number of disorders that affect the brain. Inmates with dementia have significantly impaired intellectual functioning that interferes

with normal activities and relationships. Inmates with dementia also lose their ability to solve problems and maintain emotional control and they may experience personality changes and behavioral problems, such as agitation, delusions and hallucinations. While memory loss is a common symptom of dementia, memory loss by itself does not conclusively lead to the diagnosis that a person has dementia. Physicians diagnose dementia only if two or more brain functions (such as memory and language skills) are significantly impaired without loss of consciousness. During his incarceration at Bullock, Wright did not demonstrate to me any of the impairments and/or symptoms required for a diagnosis of dementia.

12.    I responded in a timely and appropriate manner to the requests for medical treatment submitted by Wright during his incarceration at Bullock. I did not ignore any of Wright's medical complaints or refuse in any way to provide him with any necessary medical treatment.

Further affiant saith not.

_____
Tahir Siddiq, M.D.

**SWORN TO and SUBSCRIBED** before this the _25_ day of January, 2007.

_____
Notary Public
My Commission Expires: _7 - 19 - 2010_

**(SEAL)**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RICHARD WAYNE WRIGHT, SR.,          )
                                     )
        Plaintiff,                   )
                                     )          CIVIL ACTION NO.
v.                                   )          2:06-CV-863-WKW-CSC
                                     )
RICHARD ALLEN, et al.,               )
                                     )
        Defendants.                  )

## AFFIDAVIT OF SAMUEL RAYAPATI, M.D.

STATE OF WASHINGTON          )
                             )
COUNTY OF WALLA WALLA )

Before me, the undersigned Notary Public, personally appeared SAMUEL RAYAPATI,

M.D., who after being duly sworn, states as follows:

1.      My name is Samuel Rayapati. I am over the age of nineteen (19) years and have

personal knowledge of the information contained in this affidavit.

2.      I am a licensed physician in the state of Alabama. I was employed by Prison

Health Services ("PHS") as the Medical Director at Ventress Correctional Facility ("Ventress")

from approximately February, 2004 until July, 2006.

3.      Richard Wayne Wright ("Wright") was an inmate transferred from Bullock

Correctional Facility ("Bullock") to Ventress on or about March 3, 2005. I treated Wright from

March 2005 until July 2006.

4.      When Wright expressed concerns to me that he was not receiving the proper

medication, I explained to him that the same medication can appear different in color and/or

shape depending on the manufacturer. PHS obtains medication from different manufacturers; therefore, at times, the same medication may appear different. The physician progress notes and physician's orders record all medication prescribed for an inmate by his treating physicians as well as the dispensing of medication to an inmate. After medication is prescribed, the PHS medical staff generates a Medication Administration Record or MAR for each inmate who receives medication through the pill call process. MARs document the specific types of medication inmates receive on a day-to-day basis as well as the exact dates when an inmate receives any prescribed medications. MARs are generated for each month in which an inmate receives prescribed medication and provide space for the medical staff to confirm in writing the days within a month when prescribed medication is provided to an inmate. When medicines are administered to inmates during pill call, the administering nurse signs or initials in the space provided for the applicable date of the month on an inmate's MAR, confirming provision of prescribed medication. In short, an inmate's MARs record when prescription medication is provided, how much medication is provided, the date on which the medication is provided and the time period over which an inmate receives prescribed medication. All prescribed medications given to an inmate during his incarceration appear and/or are identified in his MARs. As indicated by Wright's MARs, Wright received all medication prescribed for him, except on those occasions where Wright refused to take his medication. As Wright's treating physician, I regularly monitored his medication and documentation regarding the provision of medication to ensure his compliance with my orders. At no time was Wright refused any medication. Moreover, I am not aware of any instance when any member of the medical staff at Ventress refused to provide any inmate with his prescribed medication.

2

5.    When an inmate has a medical condition that requires regular treatment (i.e., dressing changes, blood pressure checks, insulin shots, etc.) the treating physician writes an order for the inmate to attend treatment call for a specified number of days and detailing the treatment he is to receive. During his incarceration at Ventress, I did not prescribe treatment call for Wright because Wright did not experience any medical condition requiring such regular treatment. On the occasions when I ordered Wright to take a hot shower and/or apply moist heat to his back, he was instructed to do this in the dorm shower with a wash cloth.

6.    Tuberculosis ("TB") is an infection with the bacterium *Mycobacterium tuberculosis*, which most commonly affects the lungs, but can also affect the central nervous system, lymphatic system, circulatory system, bones and joints. There are two (2) types of TB: latent and active. Latent TB results when an inmate is exposed to another individual with the TB virus and contracts the TB virus in its non-active state. Inmates with latent TB cannot transmit the virus to other inmates. Active TB may result when latent TB goes untreated. If an inmate is exposed to TB, he may test positive after a TB skin test (otherwise known as and/or labeled a "PPD" skin test). If an inmate tests positive for TB, the inmate is given the medication isoniazid ("INH") as a preventative measure to prevent active TB from developing. An inmate having a positive TB skin test is also given a chest X-ray to determine lung abnormality. An inmate testing positive for active TB (which is contagious and can be passed from inmate-to-inmate) is also sent to a negative pressure isolation room at Kilby Correctional Facility ("Kilby") for monitoring and treatment. After the inmate undergoes the initial treatment process at Kilby, three (3) sputum cultures are taken and must come back negative in order for the inmate to return to Ventress's inmate population. A sputum culture is a diagnostic test used to detect and confirm the pretense of active TB within the lungs. A sputum culture collection involves the patient

3

coughing deeply to expel the sputum. If the patient is unable to cough deeply enough to expel a sufficient sample, a suction tube or needle may be used to collect the sputum sample. The sputum is coughed into or placed in a sterile container containing a substance that promotes bacterial and fungal growth. However, if no fungi or bacteria grow, the test is considered to be negative. During his incarceration at Ventress, Wright never tested positive for TB; therefore, I did not prescribe him any medication of any kind for TB.

7.    Wright underwent a TB skin test in June 2005. Following that test, Wright submitted a sick call request stating he was itching in reaction to the test. I examined Wright and prescribed Benadryl for his itching. Benadryl is commonly prescribed to alleviate symptoms of itching. Though Wright believes that these areas of skin irritation are a result of a previously administered TB skin test, such irritation could not have been caused by the TB skin test. A positive reaction to a TB skin test only causes a red spot, rash, swelling or blister on the forearm where the test was administered, not skin irritation to the inmate's chest and legs or other parts of the inmate's body (other than the forearm).

8.    The medical staff at Ventress is employed pursuant to a contract with the State of Alabama to provide medical services to those persons incarcerated in the facilities operated by the Department of Corrections ("DOC"). The medical staff has not and does not conduct pharmaceutical and/or medical testing of any kind on any inmate for experimental or research purposes. The medical staff's sole purpose is to provide health care and treatment for inmates incarcerated at Ventress. During his incarceration at Ventress, Wright was never the subject of an experiment of any kind.

9.    During the time I treated Wright, he was sent to the Bullock County Hospital on one occasion. On or about November 23, 2005, Wright was involved in an altercation in his

4

dorm. I examined Wright immediately following the altercation and referred him to the emergency room at Bullock County Hospital for further evaluation. According to records received from Bullock County Hospital, Wright was evaluated and released with a diagnosis of bruises. I was not present and did not participate in or direct any aspect of Wright's care at the Bullock County Hospital. Following his release from Bullock County Hospital, I resumed my oversight of Wright's medical complaints.

10.    During Wright's incarceration at Ventress, he was informed of all blood test results and x-ray results in a timely manner. While at Ventress, Wright underwent blood test screening for HIV in May 2005 and Hepatitis in December 2005, both of which were negative. Wright underwent x-ray studies of his forearm, spine and chest in November 2005, lumbar and thoracic spine in December 2005 and chest in September 2006. All of these x-ray studies were normal and showed no fractures or defects of any kind. After the medical staff received each blood test and/or x-ray result, Wright was informed during his next examination.

11.    During his incarceration at Ventress, Wright was not diagnosed with and has not sought any treatment for dementia. Dementia is not a specific disease. Dementia is a descriptive term for a collection of symptoms that can be caused by a number of disorders that affect the brain. Inmates with dementia have significantly impaired intellectual functioning that interferes with normal activities and relationships. Inmates with dementia also lose their ability to solve problems and maintain emotional control and they may experience personality changes and behavioral problems, such as agitation, delusions and hallucinations. While memory loss is a common symptom of dementia, memory loss by itself does not conclusively lead to the diagnosis that a person has dementia. Physicians diagnose dementia only if two or more brain functions (such as memory and language skills) are significantly impaired without loss of consciousness.

5

During his incarceration at Ventress, Wright has not demonstrated to me any of the impairments and/or symptoms required for a diagnosis of dementia.

12.  I responded in a timely and appropriate manner to the requests for medical treatment submitted by Wright during his incarceration at Ventress. I did not ignore any of Wright's medical complaints or refuse in any way to provide him with any necessary medical treatment. Though I attempted to alleviate Wright's concerns about his medical complaints and treat his known medical conditions, Wright never appeared satisfied with any degree of medical care provided by me or the other members of the medical staff.

Further affiant saith not.

_Samuel Rayapati M.D._
Samuel Rayapati, M.D.

SWORN TO and SUBSCRIBED before this the 29th day of January, 2007.

_Lori A Brown_
Notary Public
My Commission Expires: Dec 15, 2009



6

Exhibit C

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

RICHARD WAYNE WRIGHT, SR.,      )
                                )
       Plaintiff,                  )
                                )
v.                                      )       CIVIL ACTION NO.
                                )       2:06-CV-863-WKW-CSC
RICHARD ALLEN, *et al.*,            )
                                )
       Defendants.             )

## AFFIDAVIT OF ROBERT BARNES, M.D.

**STATE OF ALABAMA**     )
                         )
**COUNTY OF ST. CLAIR**   )

Before me, the undersigned Notary Public, personally appeared ROBERT BARNES,

M.D., who after being duly sworn, states as follows:

1.      My name is Robert Barnes. I am over the age of nineteen (19) years and have

personal knowledge of the information contained in this affidavit.

2.      I have been employed at the Fountain Correctional Facility ("Fountain") since

January of 2001. I am currently employed by Prison Health Services, Inc. ("PHS") as the

Medical Director at Fountain. Occasionally, PHS requests me to visit Holman Correctional

Facility ("Holman") and Ventress Correctional Facility ("Ventress") to provide medical services.

I am licensed to practice medicine in the state of Alabama.

3.      Richard Wayne Wright ("Wright") was at one time an inmate incarcerated at

Ventress. I examined and treated Wright on only one occasion.

4.    On July 12, 2006, I examined Wright at Ventress.  At that time, Wright complained of back pain and headaches.  Wright reported his headaches as throbbing sometimes. During my examination of Wright, I asked Wright about his complaints and reviewed his medical history.  I conducted a thorough physical exam of Wright and did not identify any specific cause for these symptoms.  My examination of his back did not reveal any specific defects and Wright was not experiencing any muscle spasms or range of motion limitations.  I diagnosed Wright as having headaches, probably tension in origin, and back pain of unknown etiology.  I prescribed Wright 10 milligrams of Flexeril three times a day for five days and 20 milligrams of Feldene once a day for fourteen days in order to alleviate any discomfort or pain. True and correct copies of my progress notes, orders and Medication Administration Record are attached hereto.

5.    Based upon the results of my examination of Wright, I provided him with timely and appropriate medical treatment for his complaints.  I did not refuse to provide Wright with any medical treatment or ignore any of his complaints.  I am not aware of any additional or different treatment which could have been provided at that time to eliminate or further alleviate Wright's complaints.

Further affiant saith not.

_____
Robert Barnes, M.D.


**SWORN TO and SUBSCRIBED** before this the 24th day of _January_, 2007.

_____
Notary Public

(SEAL)                                     My Commission Expires: June 30, 2008



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Wright Richard | D.O.B.: 8/15/67 |
| --- | --- | --- |

7-12-06 Wt 165, P73 z, Sat 98% O₂, T98⁰⁹, P22

38 y/o BP 129/70 ⓢ Backache and Headache of past

Ⓑ Tylenol    4 couple weeks. Sometimes throbbing sometimes not.

Tocglin    Ⓞ HEENT oic smls tenderness temples

clot clear lungs        had normal cordons; DTR's + SLR's

bent Trom oK            oK

abdom oic

Ⓐ Headaches prob tension origin

Back pain. etol? exam of back WNL

Ⓟ (reassures)                        Roof J B.D.

8-1-06   W.T. 164 1/2  BP 12⁷/₇₀ P76 R20 T98⁶ O₂SAT 96% neck, back, pain

+ Headache (chronic complaints.) ——————— V Young for

Ⓢ 38 y/o BO → ℅ multiple complaints esp HA, and

back pain, and Neck pain. The headache occurred

2001 when in a fight his head was smashed against

a table. 1 year later hurt back during

altercation c officer.

Ⓞ alert NAD. Seen angry.

PERRLA TOMs intact

Finger to nose Normal

Flexes chin onto Chest 5 difficulty

BACK — bends 5 difficulty

+ TTP today. + muscle spasm of

L-S vertebrae spine

"area"



**PRISON HEALTH SERVICES INCORPORATED**

## PHYSICIANS' ORDERS

NAME: Wright, Richard
#187140
D.O.B 8·15·67
ALLERGIES: Tylenol
Date 8·15·06

NAME: Wright, Richard
187140
D.O.B 8·15·67
ALLERGIES: Tylenol (Per Inmate) (TB Skin Test)
Date 8·1·06

NAME: Wright, Richard
#187140
D.O.B 8·15·67 (Per Inmate) (TB Skin Test)
Tylenol
Date 8·1·06

WRIGHT, RICHARD #187140
8·15·67
Tylenol (Tb. Skin per inmate)
8·1·06

Wright, Richard
#187140
8·15·67
Tylenol (TB skin test per inmate)
7·9·06

DIAGNOSIS:
1. Size 10 Shoe x 180d
2. Allow extra H·B An extra shower q 3 days for back pain 30 dy
3. Analgesic Balm to back qd for severe pain

CHCU consult in 4 wk
Please do smaller Eye Chart

DC Motrin
DC Flexeril
DC Feldene
Naprosyn 375 TID x 100d
Flexeril 10mg BID x 9 days

CTM 8mg PO bid x 5 days
Motrin 600mg PO bid x 5 days
Humabid 600mg PO bid x 5 days
TO RB MS Floyd CRNP/DBrannon RN

PHS0067

Motrin 400mg
Po Bid × 5 d          3A
                      3P                    See New order

                      2/5/06          CRNP Floyd
                      7/10/06

Motrin 600mg          3A
PO bid × 5 days       3P                              Floyd CRNP

                      7/10/06
                      7/15/06

CTM 8mg PO            3A
bid × 5 days          3P

                      7/10/06
                      7/15/06                  Floyd CRNP

Humabid 600mg        3A
PO bid × 5           3P
days
                      7/10/06
                      7/15/06               Floyd CRNP

Flexeril 10mg         3m
+ TID PO              9am
                      3m

                      7-12-06         Dr Barnes Nm
                      7-17-06

Feldene 20mg          3pm
I PO PC × 14 d

                      7-12-06          Dr Barnes Nm
                      7-26-06

PHS0051

Exhibit D

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

RICHARD WAYNE WRIGHT, SR.,    )
                              )
    Plaintiff,             )
                              )
v.                         )     CIVIL ACTION NO.
                              )     2:06-CV-863-WKW-CSC
RICHARD ALLEN, *et al.*,        )
                              )
    Defendants.          )

## AFFIDAVIT OF NETTIE BURKS

**STATE OF ALABAMA**  )
                    )
**COUNTY OF BARBOUR**  )

Before me, the undersigned Notary Public, personally appeared NETTIE BURKS, who after being duly sworn, states as follows:

1.    My name is Nettie Burks. I am over the age of nineteen (19) years and have personal knowledge of the information contained in this affidavit.

2.    I have been employed at Ventress Correctional Facility ("Ventress") since 1992. From November 3, 2003 to the present, I have been employed by Prison Health Services, Inc. ("PHS") as the Health Service Administrator for Ventress. I am currently a licensed registered nurse in the state of Alabama.

3.    Richard Wayne Wright ("Wright") is an inmate currently incarcerated at Easterling Correctional Facility. From March 4, 2004, until January 17, 2007, Wright was incarcerated at Ventress.

103418.1

4.     When an inmate has a non-emergency medical or health problem and/or complaint, an inmate may file a sick call request form in order to bring this problem or complaint to the attention of the medical staff at Ventress and/or request medical treatment for this problem. The sick call request process is well-known at Ventress and is utilized by inmates at Ventress on a daily basis. When an inmate first arrives at Ventress, he is taken to the Health Care Unit to be processed in the system and receive an orientation as to the availability of medical services at the facility as well as the procedures for obtaining medical care. During this orientation, the medical staff gives each inmate an information sheet and verbally goes through the sheet with newly-arriving inmates, informing them how to utilize the sick call request form process. Sick call request forms are available at the Health Care Unit or Alabama Department of Corrections ("DOC") shift commander's office at Ventress. An inmate making a sick call request is required to complete the top portion of the sick call request form (stating his name, the date of request, AIS number, date of birth, dorm location, the nature of the problem or request and his signature) and submit the sick call request form by placing it in a locked box located in the facility's kitchen. Sick call request forms are then brought to the Health Care Unit. The sick call request forms are removed from the locked box each day at approximately 12:00 p.m. and marked as received by the medical records clerk or a nurse at that time. Upon reviewing the sick call request forms, the medical staff compiles a list of inmates having submitted sick call request forms, which is then provided to correctional officers in the various dorms at Ventress who are responsible for notifying inmates in the particular dorms that sick call has begun. Inmates who submit sick call request forms are responsible for reporting to the Health Care Unit for evaluation of their complaints at the time they are summoned to the Health Care Unit for sick call. The nurse conducting sick call takes reporting inmates' vital signs and either: (1) provides

an inmate with medical treatment that can be provided under the nursing protocols, or (2) refers the inmate to the physician or nurse practitioner on staff at Ventress. If an inmate submits more than one (1) sick call request form on the same day, the nurse will only fill in the intake information on one (1) sick call request form regarding the inmate's subjective complaints, objective vital signs, assessment and plan. If the inmate fails to report to sick call when summoned, this is often indicated in the sick call request form because the sick call request form is left blank, i.e. not completed, by the medical staff. If the medical complaints or problems identified by an inmate in a sick call request form appear to be urgent or life-threatening, the medical staff will immediately have the inmate brought to the Health Care Unit and the inmate will not be required to wait until sick call begins.

5.      During Wright's incarceration at Ventress, he was never denied medication prescribed to him by his treating physicians. The same medication can appear different in color and/or shape depending on the manufacturer. PHS obtains medication from different manufacturers; therefore, at times, the same medication may appear different. The medical staff explained this to Wright on numerous occasions when he voiced concerns that he was not receiving his prescribed medication. The physician's progress notes and physician's orders record all medication prescribed for an inmate by his treating physicians. After medication is prescribed, the Ventress medical staff generates a Medication Administration Record or MAR for each inmate who receives medication through the pill call process. MARs document the specific types of medication inmates receive on a daily basis as well as the exact dates when an inmate receives any prescribed medications. MARs are generated for each month in which an inmate receives prescribed medication and provide space for the medical staff to confirm in writing the days within a month when prescribed medication is provided to an inmate. When

medication is administered to inmates during pill call, the administering nurse signs or initials in the space provided for the applicable date of the month on an inmate's MAR, confirming provision of prescribed medication.  In short, an inmate's MARs record when prescription medication is provided, how much medication is provided, the date on which the medication is provided and the time period over which an inmate receives prescribed medication. All prescribed medications given to an inmate during his incarceration appear and/or are identified in his MARs.  As indicated by Wright's MARs, Wright received all medication prescribed for him, except on those occasions where Wright refused to take his medication.

      6.     When an inmate has a medical or health problem that requires regular or daily treatment (i.e., dressing changes, blood pressure checks, insulin shots, etc.) the treating physician orders the inmate to attend treatment call for a specified number of days and detailing the treatment he is to receive.  Treatment call at Ventress is conducted at 5:00 a.m. and 6:00 p.m. each day.  During his incarceration at Ventress, Wright's treating physicians did not order him to undergo any medical treatment at treatment call.

      7.     PHS has established a protocol for providing vision care to inmates.  Upon arriving at Ventress, each inmate undergoes an optical screening process.  If the inmate has difficulty reading the eye chart, he is referred to the site optometrist for further evaluation. Inmates incarcerated at Ventress undergo a yearly health evaluation.  During that evaluation, they undergo an re asked to read an eye chart.  If vision difficulty is detected, they are referred to the site optometrist for further evaluation.

      8.     A tuberculosis skin test is given by needle in the inmate's forearm.  After the tuberculosis skin test is administered, the inmate will return to the Health Care Unit in two (2) to three (3) days to determine if the tuberculosis skin test is positive or negative.  If an inmate has

been exposed to the tuberculosis virus (i.e., latent TUBERCULOSIS), the inmate will have an induration (i.e., hardening of skin), swelling or blister on the forearm where the test was given. If there is no reaction, the skin will remain smooth at the site of the test without a reaction (i.e., a zero (0) millimeters reaction as indicated on the tuberculosis skin test results). A tuberculosis skin test is given once a year as a preventive measure to allow the medical staff at Ventress to identify those inmates who have been exposed to tuberculosis and take the necessary steps to ensure that active tuberculosis does not develop.

       9.    Because of the potential danger posed by tuberculosis in the correctional setting and the unknown history of inmates and their potential exposure to tuberculosis, a protocol has been established for identifying inmates who have potentially contracted tuberculosis. If an inmate refuses to take the yearly tuberculosis skin test, he is placed in segregation by the Department of Corrections ("DOC") until it is confirmed by the medical staff that the inmate did not contract tuberculosis and poses no health risk to other inmates. DOC has absolute authority and control over whether an inmate is placed in segregation. The medical staff is responsible under the existing protocol to notify the DOC of an inmate's tuberculosis status (i.e., the results of yearly tuberculosis skin tests and whether an inmate has refused to take the yearly tuberculosis skin test). Wright refused to take a tuberculosis skin test on April 26, 2005. As a result, the medical staff notified DOC and, after consulting with the medical staff, Wright was placed in segregation by DOC as a safety precaution on April 28, 2005. Wright later agreed to take the tuberculosis skin test on June 24, 2005, while he remained in segregation. After his negative test results were received, the medical staff notified DOC and Wright was released from segregation on June 30, 2005. Wright again refused to take the tuberculosis skin test on March 24, 2006. The medical staff notified DOC. Wright was again placed in segregation as a safety precaution.

When Wright's chest x-ray showed no signs of tuberculosis on September 18, 2006, the medical staff notified DOC and Wright was released from segregation. During his incarceration at Ventress, Wright never tested positive for tuberculosis; therefore, he was not prescribed medication of any kind for tuberculosis.

10.    Wright underwent a tuberculosis skin test in June 2005. Following the June, 2005 tuberculosis skin test, Wright submitted a sick call request stating he was itching in reaction to the test. Wright was examined by the site physician and was prescribed Benadryl for his itching. Benadryl is commonly prescribed to alleviate symptoms of itching. Though Wright believes that these areas of skin irritation are a result of a previously administered tuberculosis skin test, such irritation could not have been caused by the tuberculosis skin test. A positive reaction to a tuberculosis skin test only causes a red spot, rash, swelling or blister on the forearm where the test was administered, not skin irritation to the inmate's chest and legs or other parts of the inmate's body (other than the forearm).

11.    The medical staff at Ventress has not conducted pharmaceutical and/or medical testing on inmates for experimental or research purposes. The medical staff's sole purpose is to provide health care and treatment for inmates incarcerated at Ventress. During his incarceration at Ventress, Wright was never the subject of an experiment of any kind.

12.    During Wright's incarceration at Ventress, he was informed of all blood test and x-ray results in a timely manner. While at Ventress, Wright underwent blood test screening for HIV in May 2005 and Hepatitis A, B and C in December, 2005, all of which were negative. Wright underwent x-ray studies of his head in February 2005, forearm, spine and chest in November 2005, lumbar and thoracic spine in December 2005 and chest in September 2006.

After the medical staff received each blood test and/or x-ray result, Wright was informed of these by the medical staff.

13.    During his incarceration at Ventress, Wright was not diagnosed with and has not sought any treatment for dementia.

14.    PHS has a well-established grievance procedure for any inmate who wishes to voice a complaint regarding any medical treatment he has sought or received during his incarceration at Ventress.  When an inmate first arrives at Ventress, he is taken to the Health Care Unit to be processed the system and receive an orientation as to the availability of medical services at the facility as well as the procedures for obtaining medical care.  At this time, inmates are verbally advised and given written notification of the procedures that must be utilized to have access health care.  This notice explains the procedure for inmates to follow in order to submit a sick call request form and instructs inmates as to how a grievance is filed.  The existence of Ventress' grievance procedure is well-known among the prison population, as indicated by the fact that I receive numerous inmate requests and/or inmate grievances on a daily basis.  PHS's physicians, nurse practitioners, nurses and other medical personnel attempt to resolve all inmate concerns prior to an "inmate grievance" being submitted.  The grievance process starts with an "inmate request" being submitted to me through the institutional mail system.  This request is reviewed by me and an interview is arranged within five (5) days of receipt of the inmate request.  If the inmate is not satisfied with the outcome of this interview, an "inmate grievance" may be submitted, and a written response will follow within three (3) days of receipt of the inmate grievance.  If the inmate grievance cannot be resolved to the inmate's satisfaction, the inmate may then file an "inmate grievance appeal," whereby the written inmate grievance will be reviewed through the facility review process.  Inmate grievance and inmate grievance appeal

forms may be picked up from the shift commander's office at Ventress, which is accessible to all inmates throughout the day. Inmates are instructed to place completed inmate requests and/or inmate grievance forms in the sick call box and/or request box located in the kitchen (otherwise referred to as the chow hall). When received in the Health Care Unit, inmate request and/or inmate grievance forms are then sent to me by the medical records clerk or administrative assistant. I review the grievances at least once a week, provide my written response at the bottom of the form and return a copy of the completed grievance form to the inmate. I encourage inmates who have complaints about the medical care they have sought or received at Ventress to utilize this grievance process.

15.    PHS's physicians, nurse practitioners, nurses and other medical personnel at Ventress have responded in a timely and appropriate manner to the requests for medical treatment submitted by Wright during his incarceration. The medical staff at Ventress has not ignored any of Wright's medical complaints or refused in any way to provide him with any necessary medical treatment.

Further affiant saith not.

_____
Nettie Burks

**SWORN TO and SUBSCRIBED** before this the _25_ day of _January_, 2007.

_____
Charlotte Brown
Notary Public
(SEAL)                     My Commission Expires: _1/10/2010_

Exhibit E

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

RICHARD WAYNE WRIGHT, SR.,                )
                                          )
     Plaintiff,                         )
                                          )
v.                                        )       CIVIL ACTION NO.
                                          )       2:06-CV-863-WKW-CSC
RICHARD ALLEN, *et al.*,                  )
                                          )
     Defendants.                        )

## AFFIDAVIT OF VICTORIA YOUNG

**STATE OF ALABAMA**    )
                                          )
**COUNTY OF BARBOUR**  )

Before me, the undersigned Notary Public, personally appeared VICTORIA YOUNG, who after being duly sworn, states as follows:

1.     My name is Victoria Young. I am over the age of nineteen (19) years and have personal knowledge of the information contained in this affidavit.

2.     I have been employed at Ventress Correctional Facility ("Ventress") since December 3, 2003. I am currently employed by Prison Health Services, Inc. ("PHS") as a licensed practical nurse ("LPN") at Ventress. I am a licensed nurse in the state of Alabama.

3.     Richard Wayne Wright ("Wright") was an inmate previously incarcerated at Ventress.

4.     During his incarceration at Ventress, I regularly administered medications to Wright during pill call and while he was in the segregation unit. On those occasions I was responsible for the administration of medication to Wright, I administered all of the medications

prescribed for him at that time. I did not at any time refuse to provide Wright with any prescribed medications. No one ever instructed or directed me to withhold or otherwise refuse Wright any medication prescribed for him by his treating physician at any time. On numerous occasions, however, Wright refused to take these medications. I documented these instances when Wright refused his medication in his Medication Administration Records.

5.      I responded in a timely and appropriate manner to the requests for medical treatment submitted by Wright during his incarceration at Ventress. I did not ignore any of Wright's medical complaints or refuse in any way to provide him with any necessary medical treatment. Wright expressed concerns to me in the presence of his treating physician that he was not receiving the proper medication. Each time he expressed concerns that he was not receiving the proper medication, the treating physician and I explained to him that the same medication can appear different in color and/or shape, but it was the correct medication prescribed for him by his physician. Wright was never satisfied with these explanations and continued to complain that he was not receiving the proper medication, despite the fact that he continued to receive the medication as prescribed.

Further affiant saith not.

_Victoria Young_
Victoria Young

**SWORN TO and SUBSCRIBED** before this the _25_ day of January, 2007.

_Charlotte Brown_
Notary Public

**(SEAL)**                               My Commission Expires: _1/10/2010_

Exhibit F

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

RICHARD WAYNE WRIGHT, SR.,  )
                                        )
      Plaintiff,             )
                                          )      CIVIL ACTION NO.
v.                                 )      2:06-CV-863-WKW-CSC
                                          )
RICHARD ALLEN, *et al.*,       )
                                          )
      Defendants.         )

## AFFIDAVIT OF CELESTE HUNTER

STATE OF ALABAMA    )
                             )
COUNTY OF BARBOUR  )

       Before me, the undersigned Notary Public, personally appeared CELESTE HUNTER, who after being duly sworn, states as follows:

       1.     My name is Celeste Hunter. I am over the age of nineteen (19) years and have personal knowledge of the information contained in this affidavit.

       2.     I have been employed at Ventress Correctional Facility ("Ventress") since October 6, 1995. From November 3, 2003, until October, 2006, was employed by Prison Health Services, Inc. ("PHS") as a licensed practical nurse ("LPN"). I am currently employed by PHS as a registered nurse ("RN") at Ventress. I am a licensed registered nurse in the state of Alabama.

       3.     Richard Wayne Wright ("Wright") was an inmate previously incarcerated at Ventress.

4.    During his incarceration at Ventress, I regularly administered medications to Wright during pill call and while he was in the segregation unit.  On those occasions I was responsible for the administration of medication to Wright, I administered all of the medications prescribed for him at that time.  I did not at any time refuse to provide Wright with any prescribed medications.  No one ever instructed or directed me to withhold or otherwise refuse Wright any medication prescribed for him by his treating physician at any time.  On numerous occasions, Wright refused to take these medications.  I documented these instances when Wright refused his medication in his Medication Administration Records.

5.    I responded in a timely and appropriate manner to the requests for medical treatment submitted by Wright during his incarceration at Ventress.  I did not ignore any of Wright's medical complaints or refuse in any way to provide him with any necessary medical treatment.  Wright did not convey to me at any time that any member of the medical staff had failed or refused to provide him with his prescribed medication or otherwise failed or refused to provide him with any medical care.

Further affiant saith not.

_Celeste Hunter_
Celeste Hunter

**SWORN TO and SUBSCRIBED** before this the _25_ day of January, 2007.

_Charlotte Brown_
Notary Public
My Commission Expires: _1/10/2010_

(SEAL)

Exhibit G

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

RICHARD WAYNE WRIGHT, SR.,    )
                                          )
      Plaintiff,                )
                                          )       CIVIL ACTION NO.
v.                                 )       2:06-CV-863-WKW-CSC
                                          )
RICHARD ALLEN, *et al.*,         )
                                          )
      Defendants.             )

## AFFIDAVIT OF ANTHONETTE MARSH

**STATE OF ALABAMA**   )
                              )
**COUNTY OF BARBOUR**  )

Before me, the undersigned Notary Public, personally appeared ANTHONETTE MARSH, who after being duly sworn, states as follows:

1.     My name is Anthonette Marsh. I am over the age of nineteen (19) years and have personal knowledge of the information contained in this affidavit.

2.     I have been employed at Ventress Correctional Facility ("Ventress") since August 2002. From November 3, 2003 to the present, I have been employed by Prison Health Services, Inc. ("PHS") as a licensed practical nurse (LPN) at Ventress. I am a licensed nurse in the state of Alabama.

3.     Richard Wayne Wright ("Wright") was an inmate previously incarcerated at Ventress.

4.     During his incarceration at Ventress, I regularly administered medications to Wright during pill call and while he was in the segregation unit. On those occasions I was

responsible for the administration of medication to Wright, I administered all of the medications prescribed for him at that time. I did not at any time refuse to provide Wright with any prescribed medications. I was not instructed or directed at any time to withhold or otherwise refuse Wright any medication prescribed for him by his treating physician. On numerous occasions, however, Wright refused to take these medications. These instances when Wright refused his medication were documented in the Medication Administration Records.

5.     I responded in a timely and appropriate manner to the requests for medical treatment submitted by Wright during his incarceration at Ventress. I did not ignore any of Wright's medical complaints or refused in any way to provide him with any necessary medical treatment. Wright did not convey to me at any time that any member of the medical staff had failed or refused to provide him with his prescribed medication or otherwise failed or refused to provide him with any medical care..

Further affiant saith not.

_____
Anthonette Marsh

**SWORN TO and SUBSCRIBED** before this the 24th day of January, 2007.

_____
Notary Public
My Commission Expires: 9-8-08

(SEAL)

103857.1                                           2

Exhibit H

**A F F I D A V I T**

STATE OF ALABAMA                    )
                                    )
Barbour COUNTY                      )


I, Takeysha Smith, hereby certify and affirm that I am a

Medical Records Clerk at ___Ventress C. F.___; that I am one

of the custodian of records at this institution; that the attached documents are

true, exact, and correct photocopies of certain documents maintained here in

the institutional medical file of one Wright Richard , AIS# 187140 ;

and that I am over the age of twenty-one years and am competent to testify to

the aforesaid documents and matters stated therein.

I further certify and affirm that said documents are maintained in the usual and

ordinary course of business at Ventress Correctional; and that said

documents (and the entries therein) were made at, or reasonably near, the time

that by, or from information transmitted by, a person with knowledge of such acts,

events and transactions referred to therein are said to have occurred.

This, I do hereby certify and affirm to on this the 8th day of January, 2006.

_Takeysha Smith_

SWORN TO AND SUBSCRIBED BEFORE ME THIS _8_ DAY OF _January_,
2004.

_Charlotte Brown_
Notary Public
My Commission Expires: 1/10/2010

**PHS**
PRISON HEALTH SERVICES, INC.

# YEARLY HEALTH EVALUATION

**I.    HISTORY – (LPN or RN)**

|  | YES | NO | COMMENT(S) |
|---|---|---|---|
| Weight Change (greater 15 lbs.) | ✓ | | 12-2-05 162 |
| (Compare Weight Below) | | | Last weight at least 6 months ago |
| Persistent Cough | | ✓ | |
| Chest Pain | | ✓ | |
| Blood in Urine or Stool | | ✓ | |
| Difficult Urination | | ✓ | |
| Other Illnesses (Details) | | ✓ | |
| Smoke, Dip or Chew | | ✓ | |
| ALLERGIES | O₂ Sat 98% ✓ | | Tylenol |

Weight 188   Temp 98.8   Height 5'11"   Pulse 75   Resp 20   Blood Pressure 120/70

*If greater than > 140/90, repeat in 1 hour.*
*Refer to M.D. if remains > 140/90.*

Eye Exam   OD   OS   OU
Didn't bring glasses
unable to read chart

**II.    TESTING – (LPN or RN)**

RESULTS
Finger stick blood sugar  69
Date given _Inmate_  Site _Refuse_
Read on_____ Results_____ mm

Tuberculin Skin Test (q yr)

Past Positive TB Skin Test   →   **Survey Completed**
(Chest x-ray if clinical symptoms)   Date_____ Results_____
RPR (q 3 yrs)                        Date 5-5-05  Results NR
EKG (baseline at 35, over 45 q 3 yrs)  4-26-05
Cholesterol (at 35 then q 5 yrs)✱
Tetanus/Diptheria  (q 10 yrs)        Last Given 1996   Due 2006
(if done today)                      Site given_____ Dose___ Lot #___
Optometry Exam (@ 50 if not already seen)  N/A
Mammogram                            Date_____ Results_____
(females @ 40, q 2 yrs/other M.D. order)

**III.    PHYSICAL RESULTS – ( RN, Mid-Level, M.D.)**

Class ①  2   3   4   5     Restrictions  S/A back pain
Heart                      RRR
Lungs                      lungs clear bil
Breast Exam                per inmate self exam WNL
Rectal (yearly after 45)   Results N/A
with Hemoccult            Results N/A
Pelvic and PAP (q 1 yr)    Date_____ Results_____

Facility  V CF   Nurse Signature A Marsh RN  Date 3-24-06

M.D. or Mid-Level  Signature  Hall CRNP   Date 3/24/06

| INMATE NAME | AIS# | D.O.B. | RACE/SEX |
|---|---|---|---|
| Wright Richard | 187140 | 8-15-67 | B/M |

PHS0001

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

DEPARTMENT OF CORRECTIONS
# TRANSFER & RECEIVING SCREENING FORM

| RECEIVED: Inmate/Health Record | RELEASED: Inmate/Health Record | ALLERGIES: N K A |
|---|---|---|
| Institution: U C F | Institution: Bullock | |
| Date: 3/4/05  Time: 415  AM/PM | Date: 3-4-05  Time: 1030  AM/PM | PHYSICAL EXAMINATION |

RECEIVED FROM:
Institution/Work Release Center/Free-World Hospital

RELEASE FROM:
☐ Infirmary     ☐ Segregation
☐ Population    ☐ Mental Health
☐ Other _____

Date of last exam: _____
Chest X-Ray Date: _____ Result: _____
PPD Reading 4/15/04  ⊘

RECEIVING MEDICAL STATUS
☒ Population
☐ Infirmary
☐ Isolation

RELEASE TO:
☒ DOC   ☐ Infirmary   ☐ Mental Health

Institution/Work Release Center/Free-World Hospital

Classification: _____
Limitations: _____

| LAB RESULTS - - LAST REPORT | | | | | YES | NO | |
|---|---|---|---|---|---|---|---|
| | Date | Normal | Abnormal | Wears Glasses/Contacts | ☒ | ☐ | |
| CBC | 12/04 | ☒ | ☐ | Dental Prosthesis | ☐ | ☐ | |
| Urinalysis | " | ☐ | ☐ | Hearing Aide | ☐ | ☐ | |
| | | | | Other Prosthesis | ☐ | ☒ | Receiving Nurse |

CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS
no med

| CURRENT MEDICATION - - DOSAGE AND FREQUENCY | MEDICATIONS | ☐ Sent w / inmate | ☒ Not sent w / inmate |
|---|---|---|---|
| not on meds | X-RAY FILM | ☐ Sent w / inmate | ☒ Not sent w / inmate |
| | HEALTH RECORD | ☐ Sent w / inmate | ☒ Not sent w / inmate |

Released to: _____
Date: _____ Time: _____ AM/PM

| | MEDICATIONS | ☐ Received | ☐ Not Received |
|---|---|---|---|
| | X-RAY FILM | ☐ Received | ☐ Not Received |
| | HEALTH RECORD | ☐ Received | ☐ Not Received |

SCHEDULE FOR CHRONIC CARE CLINIC

CHART REVIEWED  ☐ YES   ☐ NO

DATE: 3/4/05   LAST CLINIC: N/A

Received by: _____
Signature of Receiving Nurse
Date: _____ Time: _____ AM/PM

| FOLLOW-UP CARE NEEDED | Date | Time | With Whom - - Location (Sending Nurse) | Date/Appt. Made w/Whom (Rec. Nurse) |
|---|---|---|---|---|
| ☐ Medical  ☐ Dental | | | | |
| ☒ Mental Health | | | | |

| NURSING ASSESSMENT (SENDING NURSE) (Noted from health record documentation) | | Yes | No |
|---|---|---|---|
| HISTORY | Drug Use | | ☒ |
| | Mental Illness | ☒ | |
| | Suicide Attempt | | ☒ |
| | Chronic Care | | ☒ |
| STATUS | Special Diet | | ☒ |
| | Appearance | | ☒ |

OTHER PERTINENT NURSING ASSESSMENT

| NURSING ASSESSMENT (RECEIVING NURSE) (Noted from inmate assessment) | | Yes | No |
|---|---|---|---|
| SKIN | Open Sores | | ☒ |
| | Lice | | ☒ |
| | Edema | | ☒ |
| | Warm & Dry | ☒ | |
| | Cool & Moist | | ☒ |
| CONDITION | Alert | ☒ | |
| | Oriented | ☒ | |
| | Uncooperative | | ☒ |
| | Depressed | | ☒ |

INTAKE
Sick Call Procedures Explained _____
Height  5'11"
Weight  173
Blood Pressure  128/80
Temperature  986
Pulse Resp.  80-18
Other _____

Signature of Nurse Completing Assessment (Sending Nurse)

3/4/05
Date

Signature of Intake Screening Nurse (Receiving Nurse)

5/4/05
Date

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|---|
| Wright  Richard | 187140 | 8-15-67 | B/M | Bcf |

N610

# ALABAMA DEPARTMENT OF CORRECTIONS

### RECEIVING SCREENING FORM

Inmate's Name: _Wright, Richard_ _____ Date: _3/4/05_ Time: _1:15 PM_

DOB: _8/15/67_ Officer: _ABrue_ _____ Institution: _VCF_

<div align="center"><em>Receiving Officer's Visual Opinion</em></div>

| | Yes | No |
|---|---|---|
| 1. Is the inmate conscious? | ✓ | |
| 2. Does the inmate have any obvious pain or bleeding/other symptoms suggesting the need for emergency services? | | ✓ |
| 3. Are there any visible signs of trauma or illness requiring immediate emergency treatment or doctor's care? | | ✓ |
| 4. Any obvious fever, swollen lymph nodes, jaundice, or other evidence of infection which might spread through the institution? | | ✓ |
| 5. Is the skin in poor condition or show signs of vermin or rashes? | | ✓ |
| 6. Does the inmate appear to be under the influence of alcohol or drugs? | | ✓ |
| 7. Are there any visible signs of alcohol or drug withdrawl? (extreme perspiration, shakes, nausea, pinpoint pupils, etc.) | | ✓ |
| 8. Is the inmate making any verbal threats to staff or other inmates? | | ✓ |
| 9. Is the inmate carrying any medication or report that he is on any medication which must be continuously administered or available? | | ✓ |
| 10. Does the inmate have any obvious physical handicaps? | | ✓ |

<div align="center"><em>If the answer is YES to any questions from 2-10 above, specify WHY in section below.</em></div>

| | Yes | No |
|---|---|---|
| 11. Are you presently taking medication for diabetes, heart disease, seizure, arthritis, asthma, ulcers, high blood pressure or psychiatric disorder? | | ✓ |
| 12. Are you on any special diet prescribed by a physician? (if YES, what type?) | | ✓ |
| 13. Do you have a history of venereal disease or abnormal discharge? | | ✓ |
| 14. Have you recently been hospitalized or recently seen a medical or psychiatric doctor for any illness? | | ✓ |
| 15. Have you ever attempted suicide? | | ✓ |
| (If YES, When? _____ How?___ ) | | |
| 16. Do you want to do any harm to yourself now? | | ✓ |

PHS0001-B

|  | Yes | No | No Response |
|---|---|---|---|

17. Do you want to talk to a mental health counselor?

18. Are you allergic to any medication?

19. Have you recently fainted or had a head injury?

20. Do you have epilepsy?

21. Do you have a history of tuberculosis?

22. Do you have diabetes?

23. Do you have hepatitis?

24. Do you have a painful dental problem?

25. Do you have any medical problem we should know about?

26. Do you have a past alcohol or drug history?

What type? _____ How much use? _____

For how long? _____ Last time used? _____

*Comments:* (Unusual behavior, etc.)

_____

*For the Officer:*

27. Was the new inmate briefed on sick/dental call p

28. This inmate was:  a. Released for normal processing

b. Referred to appropriate health care unit

c. Immediately sent to health care unit

**Officer's Signature**

*Note:* This form is completed on inter and intra system transfers at receiving and will be filed in the inmates medical jacket to comply with ACA Standards 2-4289, 2-4290 and AMA Standard 140.

**Inmate's Signature**

PHS0001-C



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

Attachment E, IMPP 10-127
Effective 3-22-91

### DEPARTMENT OF CORRECTIONS

## REFUSAL TO SUBMIT TO TREATMENT

Date: 11-21-05                          Time: 10 30   A.M.
                                                      P.M.

I have been advised by Medical Staff _Ventress Correctional Fac._

that it is necessary for me to undergo the following treatment:

_Hepatitis B Vaccine_

(Describe Operation Or Treatment)

The effect and nature of this treatment have been explained to me.

Although my failure to follow the advice I have received may seriously imperil my life or health, I nevertheless refuse to submit to the recommended treatment. I assume the risks and consequences involved and release the above named Medical Personnel, the _Ventress_,

(Name of Facility)

and its agents and employees from any liability.

Inmate: _Refuse to Sign_          Date: _11-21-05_

Witness: _S McLeod_               Date: _21 Nov 05_

Witness: _Q March_                Date: _11-21-05_

DOC # 010-127-004

PHS0001-D

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Wright, Richard Wayne | 184140 | 8/15/67 | B/M | V.A |

PHS-MD-70032                                                      DOC # 010-127-004

# IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) _Wright, Richard_

                    **LAST**                **FIRST**           **MI**

DATE OF BIRTH _8-15-67_        SS# _187146_

**Housing Recommendations:**

General Population _____

Medical Observation Unit _____

Lower Level/Lower Bunk _____

Suicide Precautions _____

Special Watch (15 Minute Checks) _____

Isolation _____

Initiate Universal Precautions _____

**Individual found to be:**

Frail/Elderly _____

Physically Handicapped _____

Developmentally Disabled _____

Drug/Alcohol Withdrawal _____

Special Mental Health Needs _____

Expressed Suicidal Ideation _____

History of Seizures _____

Other _____

Specify _____

Nurse _____    Date _8/1/06_

# IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) _Wright_ _____ _Richard_ _____

                                LAST                      FIRST           MI

DATE OF BIRTH ___8-15-67___      SS# __187140___

## Housing Recommendations:

General Population_____

Medical Observation Unit_____

Lower Level/Lower Bunk_____

Suicide Precautions_____

Special Watch (15 Minute Checks)_____

Isolation_____

Initiate Universal Precautions_____

(1. Absolute bedrest [?] 10
(1) pair X 180 days
8/15/06 / 2/15/06
[?] 8/15/06

(2. Allow inmate
to have a extra
shower every 3 days
[?] [?] Thru 30 days
[?] 8/15/06 — 9/15/06

(3. Analgesic Balm
to back daily per
severe pain.
[?] 8-15-06

## Individual found to be:

Frail/Elderly_____

Physically Handicapped_____

Developmentally Disabled_____

Drug/Alcohol Withdrawal_____

Special Mental Health Needs_____

Expressed Suicidal Ideation_____

History of Seizures_____

Other_____

Specify_____

Nurse _____     Date __8-15-06___

PHS0003



PRISON HEALTH SERVICES, INC.

## T.B. SCREENING FORM

Skin Test Positive Date _____ mm   Today's Date __9-13-06__

Any Symptoms of:                          Yes        No

Loss of Appetite                          ____       _✓__
Fever/Chills                              ____       _✓__
Hoarseness                                ____       _✓__
Chest Pain                                ____       _✓__
Weight Loss                               _✓__       ____
   Usual Weight __186__
   Present Weight __157__

Night Sweats                              ____       _✓__
Excessive Fatique                         _✓__       ____
Dyspnea                                   _✓_ p exercise  ____
Productive Cough ( more than 3 weeks)     ____       _✓__

   IF YES:
   Sputum Production _____ Color _____

   Consistency _____

Hemoptysis _____

HIV Positive _____

Nurse Signature __V. Armstrong Rn__               Date __9-13-06__

*Refer to MD or Mid-Level Provider if any YES answers.

| INMATE NAME | AIS # | D.O.B. | FACILITY |
|---|---|---|---|
| Wright, Richard | 187140 | 8-15-67 | VCF |

KILBY CORRECTIONAL F. CIL
MT. MEIGS, AL 36057

PATIENT NAME

_Wright, Richard_

PRISON ID

_187146_

DATE SUBMITTED

_4/6/05_

VCF 78

| TEST NAME | RESULT | REFERENCE RANGE | COMMENTS |
|---|---|---|---|
| HIV ANTIBODY | *NR* | NEGATIVE (NEG) | |
| RPR | *NR* | NON-REACTIVE (NR) | |
| URINALYSIS | | | |
| APPEARANCE | | | |
| pH | | pH 5- pH 6 | |
| PROTEIN | | NEGATIVE (NEG) | |
| GLUCOSE | | NEGATIVE (NEG) | |
| KETONES | | NEGATIVE (NEG) | |
| BILIRUBIN | | NEGATIVE (NEG) | |
| BLOOD | | < 5 RBC/MCL | |
| NITRITE | | NEGATIVE (NEG) | |
| UROBILINOGEN | | < 1.0 MG/DL | |
| LEUK. ESTERASE | | NEGATIVE (NEG) | |
| SPECIFIC GRAVITY | | 1.016-1.022 | |

"A"   These results are unreliable due to the age of the specimen.
"H"   These results are unreliable due to the hemolyzed condition of the specimen.
"A+H"  These results are unreliable due to the age and hemolyzed condition of the specimen.

CLIA ID NO.   01D0706289

WAYNE D. MERCER, PHD
LABORATORY DIRECTOR



**LabCorp**®

| Specimen # | Control/Rec... | Page # |
| --- | --- | --- |

PATIENT AGE: 038/03/28

01488850
Ventress Correctional Facility
Prison Health Services                    1
379 Hwy 239
Clayton AL  36016-0767

334-775-3331
PROV:
DR. ID: RAYAPATI

Tests Requested
Hepatitis, Diagnostic (Prof I); HCV Ab w/Rflx to RIBA

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
| --- | --- | --- | --- | --- | --- |
| Hepatitis, Diagnostic (Prof I) | | | | | |
| Hep A Ab, IgM | Negative | | | Negative | M |
| HBsAg Screen | Negative | | | Negative | N |
| Hep B Core Ab, IgM | Negative | | | Negative | MB |
| | | | | | |
| HCV Ab w/Rflx to RIBA | | | | | |
| HCV Ab | 0.2 | | s/co ratio | 0.0 - 0.9 | M |
| Negative | | | | | |

Not infected with HCV, unless recent infection is suspected or other
evidence exists to indicate HCV infection.

------------------------------------------------------------------------

Lab: MB LabCorp Birmingham          Director: John Elgin, MD
     1801 First Avenue South, Birmingham, AL 35233
For inquires, the physician may contact: Branch: 334-792-0902 Lab: 205-581-350

------------------------------------------------------------------------

LAST PAGE OF REPORT

PHS0005-A

FINAL **REPORT**

©2005 Laboratory Corporation of America® Holdings
All Rights Reserv

WRIGHT, RICHARD          167140          348-397-0218-0 Sen# 4975 12-15-05 16



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## DEPARTMENT OF CORRECTIONS

DATE: 4-2/06

### URINALYSIS

LEUKOCYTES _trace_

NITRITE _neg_

UROBILINOGEN _neg_

PROTEIN _trace_

pH _7_

BLOOD _neg_

SPEC. GRAVITY _1.015_

KETONE _neg_

GLUCOSE _neg_

HCG _neg_

_dark Amber cleared urine_

(Add: Final Labs Here)

8

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC # | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|
| Wright Richard | 187/40 | 8-15-56 | B/M | V/cif |

PHS-MD-70012

## LABORATORY REPORTS



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## DEPARTMENT OF CORRECTIONS

DATE: _12-2-08_

**URINALYSIS**

LEUKOCYTES ___neg___

NITRITE ___neg___

UROBILINOGEN ___normal___

PROTEIN ___trace___

pH ___6___

BLOOD ___neg___

SPEC. GRAVITY ___1.015___

KETONE ___neg___

GLUCOSE ___normal___

HCG ___neg___

(Add: Final Labs Here)

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC # | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|
| Wright Richard | 157140 | 8-15-61 | B/m | VCF |

PHS-MD-70012

**LABORATORY REPORTS**

PHS0007



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

### DEPARTMENT OF CORRECTIONS

DATE: 1·26·05

#### URINALYSIS

LEUKOCYTES _neg_

NITRITE _neg_

UROBILINOGEN _normal_

PROTEIN _trace_

pH _5_

BLOOD _neg_

SPEC. GRAVITY _1.015_

KETONE _mod. ++_

GLUCOSE _Normal_

HCG _neg_

(Add: Final Labs Here)

Urine yellow, amber, clear in color

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC # | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|
| Wright, Richard | 187140 | 8·15·67 | B/M | VCF |

PHS-MD-70012

### LABORATORY REPORTS



## Laboratory Corporation of America

| SPECIMEN 338-205-5166-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS COMPLETE | Page #: 2 |
|---|---|---|---|---|

**ADDITIONAL INFORMATION**

FASTING: N
DOB: 8/15/1967

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| WRIGHT,RICHARD | M | 37 / 3 |

PT. ADD.:

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 12/03/2004 | 13:09 | 12/03/2004 | 12/04/2004 | 7:46 | 260 |

**CLINICAL INFORMATION**
CD- 41167601262

| PHYSICIAN ID. SIDDIQ  T | PATIENT ID. 187140 |
|---|---|

ACCOUNT:  BULLOCK CORRECTIONAL FACILITY
PRISON HEALTH SERVICES
104 Bullock Dr.
Union Springs    AL  36089-5107
ACCOUNT NUMBER:  01389085

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|

```
                      Changes (TLC)        Therapy

CHD                 <100         >100            >or=130
2+  Risk Factors <130         >or=130         >or=130
0-1 Risk Factors <160         >or=160         >or=190
T. Chol/HDL Ratio            3.0      ratio units    0.0 - 5.0
Estimated CHD Risk         < 0.5      times avg.     0.0 - 1.0
                                        T. Chol/HDL Ratio
                                          Men   Women
                              1/2 Avg.Risk  3.4     3.3
                                  Avg.Risk  5.0     4.4
                               2X Avg.Risk  9.6     7.1
                               3X Avg.Risk 23.4    11.0


The CHD Risk is based on the T. Chol/HDL ratio.  Other
factors affect CHD Risk such as hypertension, smoking,
diabetes, severe obesity, and family history of pre-
mature CHD.
```

| | | | | | |
|---|---|---|---|---|---|
| | | | | | MB |
| Thyroid | | | | | MB |
| TSH | 1.153 | uIU/mL | 0.350 | - 5.500 | MB |
| Thyroxine (T4) | 9.0 | ug/dL | 4.5 | - 12.0 | MB |
| T3 Uptake | 32 | % | 24 | - 39 | MB |
| Free Thyroxine Index | 2.9 | | 1.2 | - 4.9 | |
| | | | | | MB |
| CBC, Platelet Ct, and Diff | | | | | MB |
| White Blood Cell (WBC) Count | 5.3 | x10E3/uL | 4.0 | - 10.5 | MB |
| Red Blood Cell (RBC) Count | 5.12 | x10E6/uL | 4.10 | - 5.60 | MB |
| Hemoglobin | 16.1 | g/dL | 12.5 | - 17.0 | MB |
| Hematocrit | 46.7 | % | 36.0 | - 50.0 | MB |
| MCV | 91 | fL | 80 | - 98 | MB |
| MCH | 31.4 | pg | 27.0 | - 34.0 | MB |
| MCHC | 34.5 | g/dL | 32.0 | - 36.0 | MB |
| RDW | 12.8 | % | 11.7 | - 15.0 | MB |
| Platelets | 204 | x10E3/uL | 140 | - 415 | MB |
| Neutrophils | 55 | % | 40 | - 74 | MB |
| Lymphs | 34 | % | 14 | - 46 | MB |
| Monocytes | 9 | % | 4 | - 13 | MB |
| Eos | 1 | % | 0 | - 7 | MB |
| Basos | 1 | % | 0 | - 3 | MB |

Results are Flagged in Accordance with Age Dependent Reference Ranges
Continued on Next Page

# Laboratory Corporation of America

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | Page #: | 1 |
|---|---|---|---|---|---|
| 338-205-5166-0 | S | MB | COMPLETE | | |

**ADDITIONAL INFORMATION**

FASTING: N
DOB: 8/15/1967

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| WRIGHT,RICHARD | M | 37 / 3 |

PT. ADD.:

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 12/03/2004 | 13:09 | 12/03/2004 | 12/04/2004 | 7:46 | 260 |

**CLINICAL INFORMATION**
CD- 41167601262

| PHYSICIAN ID. | PATIENT ID. |
|---|---|
| SIDDIQ  T | 187140 |

ACCOUNT:  BULLOCK CORRECTIONAL FACILITY
PRISON HEALTH SERVICES
104 Bullock Dr.
Union Springs      AL   36089-5107
ACCOUNT NUMBER:   01389085

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| CMP12+LP+TP+TSH+6AC+CBC/D/Plt | | | | |
| Chemistries | | | | MB |
| Glucose, Serum | 76 | mg/dL | 65  -  99 | MB |
| Uric Acid, Serum | 3.2 | mg/dL | 2.4 - 8.2 | MB |
| BUN | 11 | mg/dL | 5  -  26 | MB |
| Creatinine, Serum | 1.0 | mg/dL | 0.5 - 1.5 | MB |
| BUN/Creatinine Ratio | 11 | | 8  -  27 | |
| Sodium, Serum | 139 | mmol/L | 135  -  148 | MB |
| Potassium, Serum | 4.1 | mmol/L | 3.5 - 5.5 | MB |
| Chloride, Serum | 98 | mmol/L | 96  -  109 | MB |
| Calcium, Serum | 9.8 | mg/dL | 8.5 - 10.6 | MB |
| Phosphorus, Serum | 4.4 | mg/dL | 2.5 - 4.5 | MB |
| Protein, Total, Serum | 7.6 | g/dL | 6.0 - 8.5 | MB |
| Albumin, Serum | 4.7 | g/dL | 3.5 - 5.5 | MB |
| Globulin, Total | 2.9 | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.6 | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.6 | mg/dL | 0.1 - 1.2 | MB |
| Alkaline Phosphatase, Serum | 84 | IU/L | 25  -  150 | MB |
| LDH | 174 | IU/L | 100 - 250 | MB |
| AST (SGOT) | 29 | IU/L | 0  -  40 | MB |
| ALT (SGPT) | 17 | IU/L | 0  -  40 | MB |
| GGT | 20 | IU/L | 0  -  65 | MB |
| Iron, Serum | 113 | ug/dL | 40  -  155 | MB |
| | | | | MB |
| Lipids | | | | MB |
| Cholesterol, Total | 184 | mg/dL | 100 - 199 | MB |
| Triglycerides | 81 | mg/dL | 0  -  149 | MB |
| > HDL Cholesterol | 61 H | mg/dL | 40  -  59 | |
| Comment | | | | MB |

HDL cholesterol values >59 mg/dL are associated with reduced
cardiac risk.

| | | | | |
|---|---|---|---|---|
| VLDL Cholesterol Cal | 16 | mg/dL | 5  -  40 | |
| > LDL Cholesterol Calc | 107 H | mg/dL | 0  -  99 | MB |
| Comment | | | | |

If initial LDL-cholesterol result is >100 mg/dL, assess for
risk factors and refer to the ATP-III table below.

Risk Category LDL Goal  LDL Level (mg/dL)    LDL Level (mg/dL)
          mg/dL    at which to initiate    at which to
                   Therapeutic Lifestyle   consider Drug

Results are Flagged in Accordance with Age Dependent Reference Ranges
Continued on Next Page



# Laboratory Corporation of America

| SPECIMEN 338-205-5166-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS COMPLETE | Page #: 3 |
|---|---|---|---|---|

| ADDITIONAL INFORMATION |
|---|
| FASTING: N |
| DOB: 8/15/1967 |

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| WRIGHT,RICHARD | M | 37 / 3 |

PT. ADD.:

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 12/03/2004 | 13:09 | 12/03/2004 | 12/04/2004 | 7:46 | 260 |

| CLINICAL INFORMATION |
|---|
| CD- 41167601262 |

| PHYSICIAN ID. SIDDIQ  T | PATIENT ID. 187140 |
|---|---|

ACCOUNT: BULLOCK CORRECTIONAL FACILITY
PRISON HEALTH SERVICES
104 Bullock Dr.
Union Springs        AL   36089-5107
ACCOUNT NUMBER:   01389085

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| Neutrophils (Absolute) | 2.9 | x10E3/uL | 1.8 - 7.8 | MB |
| Lymphs (Absolute) | 1.8 | x10E3/uL | 0.7 - 4.5 | MB |
| Monocytes(Absolute) | 0.5 | x10E3/uL | 0.1 - 1.0 | MB |
| Eos (Absolute) | 0.1 | x10E3/uL | 0.0 - 0.4 | MB |
| Baso (Absolute) | 0.1 | x10E3/uL | 0.0 - 0.2 | MB |

LAB: MB LabCorp Birmingham                    DIRECTOR: Arthur Kelly G MD
1801 First Avenue South, Birmingham,  AL 35233-0000

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report

PHS0011

DEPARTMENT OF CORRECTIONS

RADIOLOGY SERVICES REQUEST AND REPORT

INSTITUTION: _____ VCF _____

Name: Wright Richar

State ID No: 187140

DOB 8-15-67

Race: Bl    Sex: M

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation of special needs |
|---|---|---|---|---|---|
| 9-13-06 Dr Peasant | | | | | |

HISTORY/DIAGNOSIS:

R/O TB

Shown to MD

X-RAY REQUEST

| | | | |
|---|---|---|---|
| ABDOMEN/KUB | FINGERS | NAVICULAR VIEW | SOFT TISSUE STUDIES |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | FOOT | ORBITS | STERNUM |
| ANKLE | HAND | OS CALCIS ( HEEL ) | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL BONE | HIP | PELVIS | THORACIC SPINE |
| X CHEST PA / LATERAL | HUMERUS | RADIUS/ULNA | TIBIA/FIBULA |
| COCCYX | KNEE | RIBS | TOES |
| CONE DOWN FULLA TURCICA | LUMBAR SPINE | SACRO-ILIAC JOINTS | WRIST |
| ELBOW | MANDIBLE | SCAPULA | ZYGOMA |
| FACIAL BONES | MAXILLA | SHOULDER | ZYGOMATIC ARCH |
| FEMUR | NASAL BONES | SKULL | |

Wright

**REPORT**

Chest: The heart is not enlarged. The lungs are clear.
IMPRESSION: THERE IS NO EVIDENCE OF ACTIVE CARDIOPULMONARY DISEASE.

D: & T: 09-15-06 Thomas J. Payne, III, M.D./rr Board Certified Radiologist (Signature on file)

| X-RAY TECHNOLOGIST'S NAME (PRINT) | X-RAY TECHNOLOGIST'S SIGNATURE | DATE, TIME EXAM PERFORMED |
|---|---|---|
| | | 9-13-06 |

PHS0012

DEPARTMENT OF CORRECTIONS

RADIOLOGY SERVICES REQUEST AND REPORT

INSTITUTION: _VCF_

*INF Seg 103*

Name: Wright, Richard
State ID No: 187140
DOB: 081567
Race: B    Sex: M

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| Rayapati | 121505 | 2:10 p | X | | Wheelchair |

HISTORY/DIAGNOSIS: Claims Beaten by DOC — c/o ↑↓↓ Back Xrays (2 views) (T + L/s spine)

### X-RAY REQUEST

| | | | |
|---|---|---|---|
| ABDOMEN/KUB | FINGERS | NAVICULAR VIEW | SOFT TISSUE STUDIES |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | FOOT | ORBITS | STERNUM |
| ANKLE | HAND | OS CALCIS ( HEEL ) | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | HIP | PELVIS | X THORACIC SPINE 2 views |
| CHEST PA / LATERAL | HUMERUS | RADIUS/ULNA | TIBIA/FIBULA |
| COCCYX | KNEE | RIBS | TOES |
| CONE DOWN SELLA TURCICA | X LUMBAR SPINE 5 v | SACRO-ILIAC JOINTS | WRIST |
| ELBOW | MANDIBLE | SCAPULA | ZYGOMA |
| FACIAL BONES | MAXILLA | SHOULDER | ZYGOMATIC ARCH |
| FEMUR | NASAL BONES | SKULL | |

### REPORT

Wright

LUMBAR SPINE: The vertebrae are well aligned and show no evidence of any fracture or any destructive bone disease.
IMPRESSION: NORMAL STUDY.

THORACIC SPINE: The vertebrae are well aligned and show no evidence of any fracture or any destructive bone disease.
IMPRESSION: NORMAL STUDY.

Note: Only one lateral view of the thoracic spine is obtained.

D: & T: 12-19-05  Maurice H. Rowell/jhi  Board Certified Radiologist (Signature on file)

X-RAY TECHNOLOGIST'S NAME (PRINT)     X-RAY TECHNOLOGIST'S SIGNATURE     DATE, TIME EXAM PERFORMED 12-16-05

RADIOLOGIST'S NAME (PRINT)     RADIOLOGIST'S SIGNATURE     DATE SIGNED

WHITE-CHART COPY: CANARY-PHYSICIAN'S COPY: PINK-FILE COPY

PHS0013

# *BULLOCK*

*RADIOLOGIST:*
*JOHN C. TOMBERLIN, M.D.*

### *X-RAY REPORT*

| *NAME* | WRIGHT, RICHARD |
|--------|-----------------|
| *DR* | DOMINGO |
| *SEX* | M |
| *AGE* | 08-15-67 |
| *X-RAY* | 30160 |
| *DATE* | 11-23-05 |
| ~~DRID~~ | |

### *\*\*\* UNSIGNED TRANSCRIPTION REPRESENTS A PRELIMINARY REPORT AND DOES NOT REFLECT A LEGAL DOCUMENT \*\*\**

LEFT FOREARM 2 VIEWS:  BONES ARE INTACT   THERE IS NO FRACTURE OR OTHER ABNORMALITY NOTED.

OPINION:  UNREMARKABLE EXAM. ✓

RIGHT FOREARM 2 VIEWS:  THERE IS NO DEFINITE FRACTURE IDENTIFIED. HYPERTROPHIC SPURRING CAN BE SEEN ALONG THE PROXIMAL ULNA AT THE OLECRANON.

OPINION:  SLIGHT CHANGE OF OSTEOARTHRITIS.

PORTABLE CHEST:  THE HEART IS NORMAL IN SIZE.  THE LUNGS ARE CLEAR. ✓

OPINION:  NO ACTIVE CHEST DISEASE.

AP VIEW OF THE LUMBAR SPINE:  VERTEBRAL BODY HEIGHTS AND DISC SPACES ARE MAINTAINED.  PEDICLES ARE INTACT.

OPINION:  UNREMARKABLE AP VIEW OF THE LUMBAR SPINE.

# LABORATORY REPORT

PLACE TOP OF REPORT #3 HERE

## X-RAY ☐    X-RAY THERAPY ☐

★ CREDIT ☐    Patient is leaving today ☐

Outpatient ☐    Requisitioned by __JDAVIS__

Ordered by _____

(if other than attending physician)

Med. ☐    Postop. ☐    Age ____ Weight ____ Height ____

Accident ☐    Ambulatory ☐    Wheel Chair ☐    Cart ☐    Bedside ☐

Blood
Pressure _____ Previous X-Ray Yes ☐    No ☐

Clinical Diagnosis __Assaulted__

NAME: Wright Richard

ROOM NO. (ADDRESS): ER                      38

HOSP. NO.: 344059              DOB: 8/15/6

PHYSICIAN: Domingo

DATE: 11-23-05

### EXAMINATIONS DESIRED

1. C Spine
2. L Spine
3. Right + Left forearm

Signed __DC/BW__

Union Springs Herald

|  ★ CREDIT | CHARGE |
|---|---|
| For X-Ray Dept. Use Only | |
| Examined  11-23-05 | |
| Reported  30160 | |
| X-RAY NO. | |

Bullock County Hospital, Union Springs, AL 36089

## X-RAY ☐    X-RAY THERAPY ☐

★ CREDIT ☐    Patient is leaving today ☐

Outpatient ☐    Requisitioned by __JDAVIS__

Ordered by __Siddiq__

(if other than attending physician)

Med. ☐    Postop. ☐    Age ____ Weight ____ Height ____

Accident ☐    Ambulatory ☐    Wheel Chair ☐    Cart ☐    Bedside ☐

Blood
Pressure _____ Previous X-Ray Yes ☐    No ☐

Clinical Diagnosis __Assault__

NAME: Wright, Richard                    age

ROOM NO. (ADDRESS): ER                   38

HOSP. NO.: 34059

PHYSICIAN: Siddiq                        DOB

DATE: 11-23-05                           8-15-6

### EXAMINATIONS DESIRED

1. CXR-chest Portable
2. facial series
3.

Signed __DC__

Union Springs Herald

|  ★ CREDIT | CHARGE |
|---|---|
| For X-Ray Dept. Use Only | |
| Examined  11-23-05 | |
| Reported  30160 | |
| X-RAY NO. | |

Bullock County Hospital, Union Spr

PHS0015

# RADIOLOGY SERVICES REQUEST AND REPORT

State ID No: _18 7140_

DOB _8/15/67_

INSTITUTION: _Bullock_

Race: _Blk_  Sex _Male_

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| _Siddig_ | _10/25/05_ | _1800_ | | | |

HISTORY/DIAGNOSIS:

_X-Ray Skull_     _Fell, hit frontal bone_

### X-RAY REQUEST

| ABDOMEN/KUB | | FINGERS | | NAVICULAR VIEW | | SOFT TISSUE (SITE) | |
|---|---|---|---|---|---|---|---|
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | | FOOT | | ORBITS | | STERNUM | |
| ANKLE | | HAND | | OS CALCIS (HEEL) | | TEMORO-MANDIBULAR JOINTS | |
| CERVICAL SPINE | | HIP | | PELVIS | | THORACIC SPINE | |
| CHEST PA / LATERAL | | HUMERUS | | RADIUS/ULNA | | TIBIA/FIBULA | |
| COCCYX | | KNEE | | RIBS | | TOES | |
| CONE DOWN SELLA TURCICA | | LUMBAR SPINE | | SACRO-ILIAC JOINTS | | WRIST | |
| ELBOW | | MANDIBLE | | SCAPULA | | ZYGOMA | |
| FACIAL BONES | | MAXILLA | | SHOULDER | | ZYGOMATIC ARCH | |
| FEMUR | | NASAL BONES | | SKULL X | | | |

### REPORT

Wright

SKULL:  There is no evidence of fracture or calvarial defects.  The sella turcica appears normal.
IMPRESSION:  NORMAL SKULL.
   Note:  A normal skull examination does not exclude a significant intracranial pathology.

D & T:  03-01-05 Howard P. Schiele, M.D./rr  Board Certified Radiologist  (Signature on file)

| X-RAY TECHNOLOGIST'S NAME (PRINT) | X-RAY TECHNOLOGIST'S SIGNATURE | DATE, TIME EXAM PERF. |
|---|---|---|
| | | _2·28·05_ |

| RADIOLOGIST'S NAME (PRINT) | RADIOLOGIST'S SIGNATURE | DATE SIGNED |
|---|---|---|

ADOC-0001371-2001 (REV. 12/93)  WHITE-CHART COPY; CANARY-PHYSICIAN'S COPY; PINK-FILE COPY



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

Attachment E, IMPP 10-127
Effective 3-22-91

## DEPARTMENT OF CORRECTIONS

## REFUSAL TO SUBMIT TO TREATMENT

Date: _11-21-05_                    Time: _10³⁰_   Ⓐ.M. P.M.

I have been advised by Medical Staff _Ventress Correctional Fac._

that it is necessary for me to undergo the following treatment:

_Hepatitis B Vaccine_

(Describe Operation Or Treatment)

The effect and nature of this treatment have been explained to me.

Although my failure to follow the advice I have received may seriously imperil my life or health, I

nevertheless refuse to submit to the recommended treatment. I assume the risks and consequences

involved and release the above named Medical Personnel, the _Ventress_ ,

(Name of Facility)

and its agents and employees from any liability.

Inmate: _Refuse to Sign_                    Date: _11-21-05_

Witness: _S McLeod_                    Date: _21 Nov 05_

Witness: _G March_                    Date: _11-21-05_

DOC # 010-127-004

PHS0017

| INMATE NAME (LAST, FIRST, MIDDLE) | | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|---|
| _Wright, Richard Wayne_ | | _187140_ | _8/15/67_ | _B/M_ | _V.F_ |

PHS-MD-70032

DOC # 010-127-004

DEMOGRAPH/CS

| Site Name & Number: | Patient Name: (Last, First) | (mm/dd/yy) |
|---|---|---|
| Bullock 832 | Wright Richard | 02,18,05 |

| Site Phone # | Alias: (Last, First) | Date of Birth: (mm/dd/yy) |
|---|---|---|
| (334) 738-5625 | | 08,15,67 |

| Site Fax # | Inmate # | PHS Custody Date: (mm/dd/yy) |
|---|---|---|
| (334) 738-8763 | 187140 | __/__/__ |

| Will there be a charge? | Sex | SS Number | Potential Release Date: (mm/dd/yy) |
|---|---|---|---|
| ☑Yes ☐No | ☑Male ☐Female | _____ | 10,23,20 |

Responsible party:  ☑PHS    ☐Auto Ins.    ☐Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans )    ☐Other, be specific (Excludes Medicare and Medicaid):

## CLINICAL DATA

Requesting Provider:  ☑Physician    ☐NP, PA    ☐Dental

Facility Medical Director Signature and Date:    ____ 2/12/05

☐ Service meets criteria for "approval via protocol"

Place a check mark (√) in the Service Type requested (one only) and complete additional applicable fields.

☐ Office Visit (OV)    ☐ X-ray (XR)    ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)    ☐ Dialysis (DA)

☐ Routine    ☐ Urgent

Estimated Date of Service (mm/dd/yy)    ___/___/___

(This starts the approval window for the "open authorization period")

Multiple Visits/Treatments:    ☐ Radiation therapy    ☐ Chemotherapy
Number of Visits/Treatments: ____    ☐ Other:____

Specialist referred to: Dr. Bradford

Type of Consultation, Treatment, Procedure or Surgery:

Eye exam.

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

History of Illness/Injury/symptoms with Date of Onset:

Inmate c̄
Poor Vision

Results of a complaint directed physical examination:

↓ Vision

Previous treatment and response (including medications):

Glass

***For security and safety, please do not inform patient of possible follow-up appointments***

UM DETERMINATION:    ☐ Offsite Service Recommended and Authorized

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.    Date resubmitted: ___/___/___

Regional Medical Director Signature, printed name and date required:    ___/___/___ (mm/dd/yy)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | UR Auth #: |
|---|---|---|
| | | |

UM Referral review form 2-05-2004



PRISON
HEALTH
SERVICES
INCORPORATED

DEPARTMENT OF CORRECTIONS
# EYE CHART

| | | | | OLD RX Worn from | | to | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date | Time | | | Sph. | Cyl. | Axis | Prism | Base | Add |
| **Visual Requiremnts** | | | | | | | | | |
| | | | | | | | | | |
| **Other Visual Requirements** | | | | | | | | | |
| **Previous Eye History** | | | | | | | | | |
| **Chief Visual Complaints** | | | | | | | | | |
| **Detailed History** | | | | | | | | | |
| **General Health** | | | | | | | | | |

External Examination

Rx
− 275
2.52 / FW
72

Internal Examination

OD OS

| | | DATE | CHARGE | PAID | BAL DUE |
|---|---|---|---|---|---|
| **Visual Field Screening** | OD    OS | | | | |
| **Tonometry** | | | | | |
| **Instrument /** | OD    OS | | | | |
| **V.A. (Habitual) Dist.** | OD    OS    OU | | | | |
| **Near** | OD    OS    OU | | | | |
| **Dominance / Test** | | | | | |
| **Pupillary Reflexes** | Size    Light | | | | |
| | Consensual    Near | | | | |
| **Tests for Squint** | Inspection | | | | |
| | Cover | | | | |
| | Corneal Reflex | | | | |
| **PD / PP Conv** | | | | | |
| **PP Acc** | | | | | |
| **Versions** | | | | | |
| **Rotations / Fixations** | | | | | |

| | | INMATE NAME (LAST, FIRST, MIDDLE) | | | | | |
|---|---|---|---|---|---|---|---|
| | | | DOC# | DOB | R/S | FAC. |

HS-MD-70029

PHS0019

# PRISON HEALTH SERVICES AUTHORIZATION LETTER

| Patient Name: | Wright, Richard | Inmate Number: | 187140WR |
|---|---|---|---|
| Service Authorized: | Office Visits: Outpatient Optometry Referral | Effective Dates: | 02/28/2005 |
| Effective: | Visits authorized for 60 days from effective date. | Visits Authorized: | 1 |
| Responsible Facility: | Bullock Correctional Facility | Contact Name: | Michelle Pope |
| Authorization Number: | 14741367 | Telephone Number: | (334)395-5973 Ext 14 |

**Note to Provider of Services:**
- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

---

**The consulting physician should complete this section.**
**The completed form will be sealed in the attached envelope and**
**returned with an officer to the correctional facility.**

---

### Clinical Summary or Attached Report

*** For security and safety, please do not inform patient of possible follow-up appointments. ***

| | Date | Time |
|---|---|---|
| Signature of Consulting Physician: | | |
| Reviewed and Signed By Medical Director: | Date | Time |



02/28/2005

PHS0020

# INSTITUTIONAL EYE CARE

P.O. Box 390
Lewisburg, PA 17837

(570) 523-___
FAX (57_ __-2817

| PATIENT | | | DATE | |
| --- | --- | --- | --- | --- |
| WRIGHT, RICHARD | | | 7/25/2005 | |
| NUMBER | | | INSTITUTION | |
| 187140 | VENT | | VENTRESS CORRECTIONAL | |

| | SPHERE | CYLINDER | AXIS | PRISM | BASE |
| --- | --- | --- | --- | --- | --- |
| OD | -2.75 | 0.00 | 0 | 0 | |
| OS | -2.50 | 0.00 | 0 | 0 | |
| | ADD | HEIGHT | DIST PD | NEAR PD | |
| OD | 0.00 | 0 | 72 | 0 | |
| OS | 0.00 | 0 | 0 | 0 | |

LENS COLOR/COATINGS                    Clear

| FRAME | STYLE | FRAME COLOR |
| --- | --- | --- |
| NICK | | GREY |

| EYE SIZ | DROP BALL | FINAL INSPECTION |
| --- | --- | --- |
| 52 | | |

| | |
| --- | --- |
| LENSES: | $4.95 |
| FRAME: | $3.49 |
| OVERSIZE: | $0.00 |
| TINT/PGX: | |
| POLYCARB: | $0.00 |
| DIOPTERS: | $0.00 |
| PRISM: | $0.00 |
| CASE: | |
| OTHER: | |
| | |
| S/H: | $1.35 |
| TOTAL DUE ($): | $9.79 |

VISION SAFETY NOTICE
- Your lenses meet or exceed American National Standard Z80.1 and FDA requirement 21CFR Sec 801.410 for impact resistance but are not unbreakable or shatterproof. Of all the materials that lenses can be made from polycarbonate is the most impact resistant.

- If struck with sufficient force, the lenses can break into sharp pieces that can cause serious injury to the eye, or blindness. Even if the lenses do not break, the force of impact may cause the lenses or spectacle frame to contact the eye or surrounding and causing injuries.

- The continued impact resistance of your lenses depends on how well you protect them from physical shocks and abuse. For your own protection, scratched or pitted lenses should be replaced immediately.

-If your occupational or recreational activities expose you to the risk of flying objects or physical impacts, your eye safety requires special safety spectacles with safety lenses, side shields, goggles and/or a full face shield



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## DEPARTMENT OF CORRECTIONS

## RECEIPT OF MEDICAL EQUIPMENT/APPLIANCE FORM

I, _Wright, Richard_      AIS _# 187140_
    (Print Name)                                         (Doc#)

acknowledge receipt of the following medical equipment or appliance:

(   )    Splint

( X )    Eyeglasses

(   )    Dentures

(   )    Prothesis        describe _____

(   )    Wheelchair

(   )    Cane

(   )    Crutches

(   )    Other            describe _____

I acknowledge that the equipment/appliance is functional for my use.

I also acknowledge the equipment/appliance is in good working condition.

_Richard W Wright  187140_          _7-30-05_
(Inmate)                                                (Date)

_G Johnson LPN_                      _7-30-05_
(Witness)                                              (Date)

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC |
|---|---|---|---|---|
| Wright, Richard | 187140 | 4/15/67 | B/M | VCF |

PHS-MD-70005                     (White – Medical File, Yellow – Security Property Officer)

Prison
Health
Services, Inc.

# EYE EXAMINATION SHEET



## DEMOGRAPHICS

Site Name: *(Do Not Abbreviate)*    Site Number:

Ventress Correctional Facility

Patient Name:                    Inmate Number:            Sex:

Last  Wright   First Richard M.I.   187140    ☒ Male  ☐ Female

Subjective: headache, blurred vision

Ocular Health History:  ☐ Glaucoma    ☐ Cataracts    ☐ Other _____

Past Medical History:  ☐ Diabetic Mellitus  ☐ HTN    ☐ Other headache, Blurred Vision

## CONSULTATION REPORT

OPHTH & EXTERNAL:

| | With Glasses | Without Glasses |
|---|---|---|
| **Snellen:** | | |
| OD | | 20/60 |
| OS | | 20/40 |
| **New RX:** | | |
| OD | -2.50 +1.00 | 20/25 |
| OS | -1.00 -2.50 | 20/20  72/69 |
| Size: | | |
| Seg. Ht: | +1.50 | |
| Frame: | | |
| Color: | | |

Dilated Eye Exam  ☒ Yes   ☐ No  tropicamide

Findings _____

Glaucoma  20  35 ☐ Yes   ☐ No     5 5
Findings  17/23                     O?
              19
              20

Cataracts:   ☐ Yes  ☒ No
Findings  none found

Diagnosis: 1) Amblyopia - strabismic OD
2) HA? No acute manifestations

Treatment/Recommendations: 1) R/F TW BUA
2) Ref. back to MD for further
eval

Next Eye Examination Due: _____

## OPTOMETRIST

Name  Murray   First DHn   M.I. E.
      Last (print or stamp)

Signature _____   Date 4, 18, 06 (mm/dd/yy)

2/15

# INSTITUTIONAL EYE CARE

P.O. Box 390                     (570) 523-3493
Lewisburg, PA  17837             FAX (570) 524-2817

| PATIENT | | | | DATE | |
|---|---|---|---|---|---|
| WRIGHT, RICHARD | | | | 4/24/2006 | |
| **NUMBER** | | | | **INSTITUTION** | |
| 187140 | | VENT | | VENTRESS CORRECTIONAL | |

| | SPHERE | CYLINDER | AXIS | PRISM | BASE |
|---|---|---|---|---|---|
| **OD** | -2.50 | 0.00 | 0 | 0 | |
| **OS** | -2.50 | 0.00 | 0 | 0 | |
| | **ADD** | **HEIGHT** | **DIST PD** | **NEAR PD** | |
| **OD** | 1.50 | 3 | 72 | 69 | |
| **OS** | 0.00 | 0 | 0 | 0 | |

| LENS COLOR/COATINGS | | Clear |
|---|---|---|

| FRAME | STYLE | FRAME COLOR |
|---|---|---|
| NICK | | GREY |
| **EYE SIZ** | **DROP BALL** | **FINAL INSPECTION** |
| 54 | | |

| | |
|---|---|
| LENSES: | $9.86 |
| FRAME: | $3.49 |
| OVERSIZE: | $0.00 |
| TINT/PGX: | |
| POLYCARB: | $0.00 |
| DIOPTERS: | $0.00 |
| PRISM: | $0.00 |
| CASE: | |
| OTHER: | |
| S/H: | $1.85 |
| TOTAL DUE ($): | $15.20 |

VISION SAFETY NOTICE:
- Your lenses meet or exceed American National Standard Z80.1 and FDA requirement 21CFR Sec 801.410 for impact resistance but are not unbreakable or shatterproof.  Of all the materials that lenses can be made from polycarbonate is the most impact resistant.

- If struck with sufficient force, the lenses can break into sharp pieces that can cause serious injury to the eye, or blindness.  Even if the lenses do not break, the force of impact may cause the lenses or spectacle frame to contact the eye or surrounding area causing injury.

- The continued impact resistance of your lenses depends on how well you protect them from physical shocks and abuse.  For your own protection, scratched or pitted lenses should be replaced immediately.

-If your occupational or recreational activities expose you to the risk of flying objects or physical impacts, your eye safety requires special safety spectacles with safety lenses, side shields, goggles and/or a full face shield.



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

### DEPARTMENT OF CORRECTIONS

## RECEIPT OF MEDICAL EQUIPMENT/APPLIANCE FORM

I, _Wright Richard 187140_
(Print Name)                    (Doc#)

acknowledge receipt of the following medical equipment or appliance:

( ) Splint
(X) Eyeglasses
( ) Dentures        describe _One pair glasses given_
( ) Prothesis
( ) Wheelchair      _5-12-06_
( ) Cane
( ) Crutches
( ) Other           describe _____

I acknowledge that the equipment/appliance is functional for my use.

I also acknowledge the equipment/appliance is in good working condition.

_Richard W Wright Sr Reg_               _5/12/06_
(Inmate)                                (Date)

_A Mann_                                _5-12-06_
(Witness)                               (Date)

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC |
|---|---|---|---|---|
| _Wright Richard_ | 187148 | 8-15-67 | B/m | WCF |

PHS-MD-70005          (White – Medical File, Yellow – Security Property Officer)

PHS0023-B

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mylanta tabs ʒʒ Po PRN x 10 days  11-19-04    11-29-04 | P.O. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Moncristine Cream x 20 days  11-19-04    12-9-04 | K.O. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| AF cream x 20 days  11/24-12/14/04 Siddiq Scott | K.O. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Oxytetracycline cream x 20 days  11/24-12/14/04 Siddiq Scott | K.O. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |

**NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE**

| CHARTING FOR | 11-19-04 | THROUGH | 11-30-04 | | |
|---|---|---|---|---|---|
| Physician  Siddiq | | | Telephone No. | | Medical Record No.  187140 |
| Alt. Physician | | | Alt. Telephone | | |
| Allergies  NKA | | | Rehabilitative Potential | | **PHS0024** |

| Diagnosis | | | | |
|---|---|---|---|---|
| Medicaid Number | Medicare Number | Completed/signed  By Martha Jackson | Title:  LPN | Date:  11-19- |
| PATIENT  Ulrich A Richard | | PATIENT CODE | ROOM NO. | BED  FACILITY |

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Tylenol 650mg, po
tid x 10days
12/14 - 12/24/04 Siddig 10blug

0700
1100
1700

Maalox T po tid
x 10days
12/14 - 12/24/04 Siddig CBbb

0700
1100
1700

Anusol sup i BID x
7 days

0400

12-17-04    12-25-04

1700

Tylenol 500mg ii PO BID
PRN x 14 days

12-23-04    1-5-05

Maalox 30cc po tid PRN
x 14 days    1-5-05
12-23-04    +5-06 km

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR 12/14/04 | THROUGH 12/31/04 | | |
|---|---|---|---|
| Physician Siddig | | Telephone No. | Medical Record No. 181140 |
| Alt. Physician | | Alt. Telephone | |
| gies NKDA | | Rehabilitative Potential | PHS0025 |
| Diagnosis | | | |
| Medicaid Number | Medicare Number | Contractor Entries Checked By: CMlees | 12/14/04 |
| PATIENT Wright, Richard | | 181140 | Title LPN  Date: ROOM NO.  BED  FACILITY CO Bullo |

# MEDICATION ADMINISTRATION RECORD

12/01/2004                                          (BUL~465) BULLOCK CORRECTIONAL FAC
STDT01

| EDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TRIAMCINOLONE CREAM (15GM) 0.1% CRM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| APPLY TWICE DAILY FOR 20 DAYS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RX:    6550710 SIDDIQ, M.D. (MD DIR, TAHIR , M | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START - 11/20/2004    STOP - 12/09/2004 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 12/01/2004 | THROUGH | 12/31/2004 | | |
|---|---|---|---|---|---|
| Physician | SIDDIQ, M.D. (MD DIR, TAHIR | | Telephone No. | | Medical Record No. |
| Alt. Physician | | | Alt. Telephone | | |
| gies | NO KNOWN DRUG ALLERGY | | Rehabilitative Potential | | |

PHS0026

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked | | | |
|---|---|---|---|---|---|
| | | By: GRogers | Title: RN | Date: 11/30/ |

| PATIENT | PATIENT CODE | ROOM NO. | BED | FACILITY/C |
|---|---|---|---|---|
| WRIGHT, RICHARD | 187140 | 1 | | R# |

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Tylenol 500mg TT
PO Bid PRN x14 days
Stop 1/5/05 Dr Darbouse

Maalox 30cc PO TID
PRN x14days
Stop 1/5/05 Dr Darbouse

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 1/1/05    THROUGH 1/31/05

Physician 910440

Physician

Allergies NKA

| | Telephone No. | | Medical Record No. |
|---|---|---|---|
| | Alt. Telephone | | 189140 |
| | Rehabilitative Potential | | |

PHS0027

Diagnosis

| Medicaid Number | Medicare Number | Compared Doses Checked By: Carolyn Dees | Title: RN | Date: 12/31/04 |
|---|---|---|---|---|
| PATIENT Wright, Richard | | PATIENT CODE 189140 | ROOM NO. | BED FACILITY C Bulla |

# MEDICATION ADMINISTRATION RECORD

STDT01

*Venless*

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Advil 800mg PO T;dx7 days 2/25/05  3/4/05 | 0400 1100 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Benzyl Peroxide X20 days 2/25/05 – 3/4/05 | KOP KOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR 2/2/05 | THROUGH 2/28/05 | | |
|---|---|---|---|
| Physician *Siddig* | | Telephone No. | Medical Record No. 187140 |
| Alt. Physician | | Alt. Telephone | |
| Allergies | | Rehabilitative Potential | PHS0028 |
| Diagnosis | | | |

| Medicaid Number | Medicare Number | Complete Entries Checked By *Patricia Robbins* | Title LPN | Date 2/25/05 |
|---|---|---|---|---|
| PATIENT Wright Richard | | | PATIENT CODE 187140 | ROOM NO. | BED | FACILITY |

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Keflex 500mg – PO tid X 10 days 1/25/05 - 2/5/05 | 0400 1100 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Advil 800mg tid X 10 days 1/25/05 - 2/5/05 | 0400 1100 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | | THROUGH | |
|---|---|---|---|
| Physician Siddiq | | Telephone No. | Medical Record No. |
| Alt. Physician | | Alt. Telephone | |
| Allergies NKA | | Rehabilitative Potential | **PHS0029** |

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked By: _Mc Kiven_ Title: _RN_ Date: _1/25/05_ | |
|---|---|---|---|
| PATIENT  Wright, Richard | | PATIENT CODE 187140 | ROOM NO. | BED: FACILITY: |

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Benzoyl Peroxide 10% everyday X three months 3-23-05 – 4-22-05 Ms Floyd CRNP/G Johnson LPN | K P | 30cc (Bottle given) 3/23/05 R ddl W Note 18740 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Motrin 200mg ÷ i̅i̅ PO BID X1 MG 3/23/05 – 4/22/05 Ms Floyd CRNP/GJ | R 3A N 3P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sudafed ÷ PO BID X3D 3-23-05 – 3-26-05 Ms Floyd CRNP/GJ | 3A 3P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | THROUGH | | |
|---|---|---|---|
| Physician | | Telephone No. | Medical Record No. |
| Alt. Physician | | Alt. Telephone | |
| Allergies  Tylenol; PPD Mantox    March 2005 | | Rehabilitative Potential | **PHS0030** |
| Diagnosis | | | |
| Medicaid Number | Medicare Number | Complete Orders Checked By:  G Johnson | Title: LPN    Date: 3/23/0 |
| PATIENT  Uriah, Richard | | PATIENT CODE  187140 | ROOM NO. | BED | FACILITY C 1/0 |

# MEDICATION ADMINISTRATION RECORD

IDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Amil 500mg po Tid x7 days 2/25/05 - 3/4/00 | 0400 1400 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Benzoyl Peroxide X30day 2/25/05 - 3/7/00 | KOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR 3/1/05 | THROUGH 3/31/05 | | |
|---|---|---|---|
| Physician  Siddig | | Telephone No. | Medical Record No. 187140 |
| Asst. Physician | | Alt. Telephone | |
| Allergies | | Rehabilitative Potential | PHS0031 |
| Diagnosis | | | |

| Medicaid Number | Medicare Number | Complete Entries Checked  By  Patricia Robbins | Title: LPN | Date: 2/28/05 |
|---|---|---|---|---|
| PATIENT  Wright Richard | | PATIENT CODE 187140 | ROOM NO. | BED  Bcst | FACILITY CODE |

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Benzoyl Peroxide 10%  QD x 1 month  Floyd/CH 3-23-05/4-22-05 | KOP | | | | | | | | Given 3-23-05 | | | | | | | | | | | | | | | | | | | | | |
| Motrin 200mg ii PO  BID x 1 month  Floyd/CH 3-23-05/4-22-05 | 3A  3P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR April '05 THROUGH

Physician Floyd

Alt. Physician

Telephone No.

Alt. Telephone

Medical Record No. 187140

Allergies: Tylenol; PPD Mantox

Rehabilitative Potential

Wright, R.

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked By: C. Hunter | Title: LPN | Date: 3/30/05 |
|---|---|---|---|---|

PATIENT: Wright, Richard

PHS0032

PATIENT CODE 187140

ROOM NO.

BED

FACILITY C VCF

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CTM 8mg po H.S. x2 wks 5-5-05 to 5-19-05  Rayapati/SC | 3P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sudafed 60mg po H.S. x 2 wks. 5-5 to 5-19-05  Rayapati/SC | 3P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Benzoyl H2O2 daily x 30d  5-16 to 6-16-05  Rayapati/SC | KOP | #1 bottle given 5-16-05 | | | | | | | | | | | | | | | | | RC Richard N Wright | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR **May '05** THROUGH

Physician **Rayapati**
Alt. Physician

Telephone No.
Alt. Telephone

Medical Record No. **187140**

Allergies **NKA**

Rehabilitative Potential

**PHS0033**

Diagnosis

Medicaid Number | Medicare Number | Complete Entries Checked By **L Castleberry RN** | Date 05-

PATIENT **Wright, Richard**

PATIENT CODE | ROOM NO. | BED

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Motrin 400mg ÷ BID Prn x5 days 6/7/05 - 6/12/05 Rayapati | 3A 3P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Benzoyl Peroxide daily x30 days 9/?/05 - 9/?/05 Rayapati | K O P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CTM 8mg p.o. QHS x7d 6-23 → 6-29-05 | 3P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rayapati / | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Motrin 400mg BID x2 days 6-15-05  6-27-05 | 3A 3P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dr Rayapati | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | THROUGH | | |
|---|---|---|---|
| Physician Rayapati | June 30, 05 | Telephone No. | Medical Record No. |
| Alt. Physician | | Alt. Telephone | 187140 |
| Allergies NKDA | | Rehabilitative Potential | PHS0034 |
| Diagnosis | | | |

| Medicaid Number | Medicare Number | Complete Entries Checked By: T. Smith | Title: RN | Date: 6/?/05 |
|---|---|---|---|---|
| PATIENT Wright, Richard | | PATIENT CODE 187940 | ROOM NO. VCF | BED 18779 FACILITY C |

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |

Benadryl 50mg PO
qd x 5 days
7/05 - 7/6/05 Rayapate    3p

Motrin 400mg po BID    P 3A
x 90d (7.21 → 10.21.05)    N 3P

Floyd/Rayapate

CHARTING FOR: Rayapate

THROUGH: July 31, 05

Allergies: NKDA

PHS0035

Complete Entries Checked By: L. Smyth    Title: LPN    Date: 7/05

PATIENT: Wright, Richard
PATIENT CODE: 187148

Flutual tarm po
B/D x 90 days          Sn  B B B B B B
12/07 → IC 12/05          Sp  B B B B B    D/C 8-6-05
Blugs, CMP / followup

Rangyxth          8-31-05

NKDA                                                        13/140

                                        Wright  R

                    —S. Munn                              9-31

Ibuprofen 400MG Tab      60.00

Take 1 tablet(s) by mouth twice daily
as needed

D/C  8-6-05

07-23-2005                    Floyd, Linda
10-20-2005                        250262580

Population
187140

**Wright, Richard**

PHS0037

Ventress Correctional Facility

10/05

Ibuprofen 400MG Tab        60.00

Take 1 tablet(s) by mouth twice daily
as needed

D/C'd  8·6·05

07-23-2005                    Floyd, Linda
10-20-2005                    250262580

Population
187140

Wright, Richard

PHS0038

11/05

Percogesic ÷ tabs 4A
PC q8° (prn) x 5    12p
days    8p

D/C 12/1/05

11-26-05
12-1-05    Dr. Rajapati

Resource 8 fl oz. 4A
can ÷ PO q8° x 5    12p
days    8p

D/C 12/1/05

11-26-05
12-1-05    Dr. Rajapati

Resource/Ensure    3pm
x1 can q 24 hr    7am
5 days    1p
3p

7p
11p

Bengay rub
x 7 days    Kp

WRight, Richard    PHS0039

Matisse 400mg po
Tid x 7d

2f
9A
3f

12-12-05
12-19-05

Reyegate M.D.

A Manhu on Am
J. Smith p
Cardna
Robinson PN
M Sanifu p

Xyplu pm
B Mail Cpm
Pruce p
Phillu

TA
23
34
71

VCF

Dec 05

TAO topical
use daily to face
P showing tribe

K
O
P

11-22-05
12-22-05

Rajapati

Resource/Ensure
+ Can Q4°
x 5 days

3A
7A
11A
3P

CH o d n
A ACH
GOO
DI AHH      Tr

12-2-05
12-7-05

Rajapati

Resource
÷ Can

7P
11P

A n
CH o d o

12-2-05
12-7-05

Rajapati

Bengay rub over
R lumbar QD
x 7 days

K
O
P

given MON

12-2-05
12-9-05

Rajapati

Tylenol

(8°)140

Wright, Richard        II of II

Duracogesic 4 tabs Po 34 x
q 8h (PRN) 5 days    12P
8P

D/C'ed  12-01-05

11-26-05
12-1-05        Rayput

Resource 8fl gau 3 x
~ Po q 80 x 5 days   12P
8P

D/C'ed  12-01-05

11-26-05
12-1-05        Rayput

Percogesic 2 tabs  3A
Po q 8h PSN       12P
X 7 days           8P

D/C  12-01-05

12-01-05
12-08-05       Rayaputi

Motrin 400mg   3A — 2 GA   6P
Po q 8h PSN    12P
X 7 days        8P              A

12-01-05
12-08-05       Rayaputi

Resource 8oz    6A — KL
Po Tid ÷ HS    11A
6P
9P

See Below

12-01-05
12-31-05       Rayaputi

Resource/Ensure  3cn
10cm 6x4 1cm 6x5x1  7cm
1cm
3

See  II MAR

signal

# 18710

CTM 4 mg po 3A ——————— Kelly
Bid
X 3 days 3p ——————— g Tolm

024606
021906    Floyd

Sudafed 30mg 3A ——————— Kelly
PL Bid x
3 days 3p ——————— g Tolm

024606
021906    Floyd

Motrin 200mg ii 3a ——————→
po Bid x3d 9A ——————→
3p ——————→

2-23-06    Floyd LLPN
2-26-06

Tylenol    Cgula    g
187140
Wright, Riced    II of II

Tao topical ↑ tube
x 2 mo. KOP                    K
                              0        DC 020906
                              one tube given @ SC Jpdis'RN
                                    2-8-06          Rayapati
                                    4-8-06

Analgesic Cr. ↑ tube          K
p 2 mo KOP                    0        ↑ tube given @ SC Jpdis'RN
                                      DC 020906
                                      2-8-06    Rayapati
                                      4-8-06

CTM   8 mg po 9p ——————— 9999999 ———————
      HS
      x 7 day
                        020906          Rayapati
                        021606

1 pair Insoles
x 6 months.              1 pair given 2/3/06 Ju
                         Richd W. Wright Jr

Motrin 400 mg    3A ——————————————— Kay
Po tid           9A ——————————————— Wright
x 3 days         3P ——————————————— Cg TAJ/M
                        021606          Floyd
                        021906

Flexeril 10 mg   3A ——————————————— Kay
po tid           9A ——————————————— Wright
x 3 days         3P ——————————————— Cg TAJ/M
                        021606          Floyd
                        021906

                 Jpdis'RN       JP   JJohnsonRN
                 Juhu           R    Chthway    JH
                                                TA
                                                mB

187140

Wright, Richard   J C II            8-15-67

PHS0044

Ventress

Advil 800 mg daily
X 10 days
2/8/05 to 2/18/05

Annusol Suppository
Bid X 10 days
2/8/05 to 2/18/05          1100

1100

1700

2-8-05
Sidley
NKA

2/18/05

V. Slaton        LPN        2/8/0

Wright   Richard          187140      Bre

CTM 8mg PO
HS x 7days

3P ————————→ 999 99 ←————

3/14/06
3/16/06        Rayspati

Benzoyl Peroxide
topical daily x 2
weeks

K      1Bottle    given 3/16/06
&                  Rn'td W/Wylch

3-10-06
3-23-07        Dr Rengpati

Sudafed 60 mg
PO hS x 14days

3pm ————————————— 25 222

3-24-06        Dr Rygpati
4-08-06

Saline Nasal
spray ① Squirt
in nostril Q4hr
Prn

K      given 3/24/06 ——————→ DC
P

3-24-06        Dr Rygdi/Ann
4-08-06

Motrin 600 mg/b
bid x 3 d.

3a ————————————————→
3p ————————————————→
D/d 3-30-06    Rygpati . P Dr Rygpati
5-24-06
4-1-06

Motrin 4 Lmg
PO BID x 5days

3am ————————————————→
3pm ————————————————→ D/2

3-30-06        Dr Rygpati/An
4-14-06

Zapple LPN    TA    Marks An
Johnson LPN    K    Hadley M  TS
Keeter L — Qumm    B Lute RN  BL
M Benfield Jr  MB
S 15-67

#LS-1140

Wright, Richard

PHS0046

Motrin 4[()]mg 3mg q/6d
p.o. BID x 5 day   3mo AM HB

3-3-06        Q Mirchu
4-4-06

Saline Nose        K
2pray 1 squirt     P

3-3-06
4-5-06

Sudafed 60mg  3p B/W/D/O/B/2/A/2/      
P.O. h.s.             UB
x 14 days

3-24-06        Rayapati
4-08-06

Saline Nasal      K
spray 1 squirt    O
in nostril q 4 hrs  P   given 3-24-06
PRN

3-24-06        Rayapati
4-08-06

CTM 4mg/Q4S x 9d - 3P      12/R/2/G/B/D/F/
                              A/2/2/

4-11-06        Rayapati
4-18-06

Motrin 800mg   3 AM   see other MAR
P.O Q d prn

II of II        4-2/-06        A Rayapati   II of II
                5-4-06

                                B. Little RN   BL
                                JO
                        PHS0047
7/8/1/c

Mansfield MD

Wellness C.F.

Motrin 800mg
po Qd PRN
X 14 days

3A _____ 4/06
>9 o'd CA

4-22-06    Rayopati
5-04-06

cTM 8mg po
qhs X 14days

3p _____ >g
2 2 2 2222

4-22-06    Rayopati
5-04-06

I of II

187140

Wright, Richard

PHS0048

Motrin 800mg. p.o. *(9am)*
q.d. PRN
q x 14 days

4-21-06    Rayapati
5-4-06

CTM 8mg. p.o.
q h.s.
q x 14 days

4-22-06    Rayapati
5-4-06

NKDA

#187140

Wright, Richard

8-15-67

PHS0049

PHS0050

Motrin 400mg
PO bid x 5d          3A          See New order
                     3P

2/5/06
7/10/06

Motrin 600mg        3A                          CRNP 7 days
PO bid x 5 days     3P
                                                Floyd CRNP

7/10/06
7/15/06

CTM 8mg PO          3A
bid x 5 days        3P
                                                Floyd CRNP

7/10/06
7/15/06

Humabid 600mg       3A
PO bid x 5          3P
days
                                                Floyd CRNP

7/10/06
7/15/06

Flexeril 10mg       3m
ī TID PO 5 day      9am
                    3pm
                                                Dr Banes/nm
7-12-06
7-17-06

Feldene 20mg        3pm
ī PO PC x14d
                                                            2
                                                Dr Banes/nm
7-12-06
7-26-06

Naprosyn 375 mg TID
x 10 days

Present M.D.
8/1/06
11/16/06

Present M.D.
8/1/06
8/8/06

Given 8-15-06 B. Liddell RN

Present

Insoles T pain
Given 8-15-06 B. Liddell RN

Humibid BID x 5 d.

Present
9-31-06
9-4-06

PHS0052

Handheld 600mg T 13    3a
bid x 5 days            3p

8/31/06        Pleasant
9-5-06

Depakote 375mg    3a
TID x 110days     9A
                  3p
                  2n

8-1-06         Pleasant
11-16-06

Muscle Rub        R
pain x _____      3
                  P  given T tube @ SC f ____
                     ____        Pleasant
                     12-27-06

Tylenol T tube x  R
4/d               3p  given T tube @ SC f ____
                     9-27-06    Pleasant
                     12-27-06

_____ q day  R

                    9-22-06    Pleasant
                    10-2-06

Humby cream  q
tid q day x 8d

                    9-22-06    Pleasant
                    10-2-06

PHS0053

Naproxen ( for Naprosyn ) 375MG Tab   3A
90.00                                  9A
                                       3P
Take 1 tablet(s) by mouth Three Times
Daily

*Ku*

|                          | 08-23-2006 | Peasant, J. |
|                          | 11-30-2006 | 251862021   |

Muscle Rub ÷ tube          K ÷ tube given 9-27-06
X 90 d                     0
                           P ÷ tube given   10-27-06
                             9-27-06           Peasant
                             12-27-06

TAO ÷ tube x 90            K ÷ tube given 9-27-06
days                       0 ÷ tube give    10-27-06
                           P

                             9-27-06         Peasant
                             12-27-06

C Tm 8mg q D x             9P BL
5 d

                             9-27-06         Peasant
                             10-2-06

Humabid 600mg ÷            9P BL
P O q day x 5 d

                             9-27-06         Peasant
                             10-2-06

NKA

Population
187140

Wright, Richard

A. Stacey, RN        JM   E Bench LPN
J. Smith LPN         *X*  B. Luke RN    BL

Naproxen ( for Naprosyn  ) 375MG Tab
90.00

Take 1 tablet(s) by mouth Three Times
Daily

08-23-2006                Peasant, J.
11-30-2006                     251862021

NKA

Population
187140

**Wright, Richard**

PHS0055



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

NAME: _Wright, Richard_    12/14/04

D.O.B. _8/15/67_
ALLERGIES: _NKA_

Use Last    Date _12/8/04_

DIAGNOSIS (If Chg'd)

① _Tylenol to fd X 10D_

② _Maalox ī po fd X 10D_

☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED

---

NAME: _Wright, Richard_
#187140

D.O.B. _8/15/67_
ALLERGIES: _NKA_    _4/04/04_

Use Fourth    Date _/_  /

DIAGNOSIS (If Chg'd)

_CBC_
_Gen 20_    _Drawn 12-3-04_

☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED

---

NAME: _Wright, Richard_
#187140

D.O.B. _8/15/67_
ALLERGIES: _NKA_    _11/24/04_

Use Third    Date _11/19/04_

DIAGNOSIS (If Chg'd)

_APAP X 30 D x 1 CAP_
_Trazadone x 30D 1 CAP_
_Eye doctor F/U_

☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED

---

NAME:

D.O.B. _/_  /
ALLERGIES:    _11/19/04_

Use Second    Date _/_  /

DIAGNOSIS (If Chg'd)

_Naprosyn 1 po fd X 10D_
_Prednisone x 20 D Cap_
_Mylanta 2 po fd X 10D_

☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED

---

NAME: _Wright, Richard_

D.O.B. _8/15/67_
ALLERGIES:

Use First    Date _11/18/04_    _11/8/04_

DIAGNOSIS

① _Shaving Profile X 60 days_
② _Antifungal cr X 20 days_

☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| | ① *illegible* Skull |
| D.O.B. / / | ② Eye doctor *illegible* |
| ALLERGIES: | *illegible* |
| Use Last    Date / / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Wright, Richard | DIAGNOSIS (If Chg'd) |
| 187140 | ① Advil 800 PO q DX 10 *illegible* |
| D.O.B. / / | ② Annusol BID X 10D |
| ALLERGIES: | |
| Use Fourth    Date / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Wright Richard | DIAGNOSIS (If Chg'd) |
| 187140 | ① *illegible* Keflex *illegible* |
| D.O.B. / / | ② Advil 800 PO qd X 10D |
| ALLERGIES: 1/5/00 | ③ *illegible* |
| Use Third    Date / / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Wright Richard | DIAGNOSIS (If Chg'd) Headache; *illegible* pain |
| 187140 | - Tylenol 500mg *illegible* PO X 14 days |
| D.O.B. 8/15/67 | - Motrin 800 *illegible* PO X 14 days |
| ALLERGIES: *illegible* | *illegible* |
| Use Second    Date *illegible* | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Wright, Richard | DIAGNOSIS |
| 187140 | ① Anusol Rectal Supp I ® BID x 7 days |
| D.O.B. 8/15/67 | V.O. Dr. Siddiq / NJL RN / *illegible* RN |
| ALLERGIES: NKA | |
| Use First    Date 12/17/04 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

0 (4/03)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.    /    / | |
| ALLERGIES: | |
| Use Last    Date    /    / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.    /    / | |
| ALLERGIES: | |
| Use Fourth    Date    /    / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Wright Richard    187140 | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. 8/5/67 | |
| ALLERGIES: Tylenol; PPD/Mantox | |
| Use Third    Date    /    / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Wright, Richard    187140 | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. 8/15/67 | No Smoking Profile 60 days |
| ALLERGIES: | |
| Use Second    Date    /    / 3/2/05 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: | DIAGNOSIS |
|---|---|
| D.O.B.    /    / | |
| ALLERGIES: | |
| First    Date 2/25/05 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

PHS0058



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: Wright, Richard<br>#: 187140<br><br>D.O.B. 8/15/67<br>ALLERGIES: NKDA<br><br>Use Last    Date 6/7/05 | DIAGNOSIS (If Chg'd)  *for eye glasses etc*<br>Benzoyl peroxide topical<br>daily x 3 days<br>Bice and knee Excedrin daily x ___<br>Tylenol 4x no later i tid tev x 3 days<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Wright, Richard<br>187140<br><br>D.O.B. 8/15/67<br>ALLERGIES: NKDA<br><br>Use Fourth    Date 5/16/05 | DIAGNOSIS (If Chg'd)<br>Benzoyl peroxide topical daily x 3 days<br><br>RTE PRN<br><br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Wright, Richard<br>#187140<br><br>D.O.B. 8/15/67<br>ALLERGIES: NKDA<br><br>Use Third    Date 5/15/05 | DIAGNOSIS (If Chg'd)<br>MH —    for 2 dysrhythmia<br>+ Reality Testing —<br><br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Wright, Richard<br>#187140<br><br>D.O.B. 8/15/67<br>ALLERGIES: NKDA<br><br>Use Second    Date 5/15/05 | DIAGNOSIS (If Chg'd)<br>1) S/P    i    YR    June 06-05<br>2) Optometry Consult for blurred vision<br>3) CTM — 3mg    Po HS x 2 wks<br>4) Benadryl 60 mg Po HS x 2 wks<br>RTE PRN<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Wright, Richard<br>#187140<br><br>D.O.B. 8/15/67<br>ALLERGIES: NKDA<br><br>Use First    Date 4/26/05 | DIAGNOSIS<br>HIV/RPR  — EKG<br>TB skin test<br>- per APY<br><br>V/O Dr. Rajpati/CHunter, LPN<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

PHS0059



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

NAME: Wright, Richard #187140
D.O.B. 8/15/67
ALLERGIES: NKDA
Use Last    Date 8/05/05

DIAGNOSIS (If Chg'd) DC Motrin —
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Wright, Richard #187140
D.O.B. 8/15/67
ALLERGIES: NKDA
Use Fourth    Date 7/21/05

DIAGNOSIS (If Chg'd)
- Hx Bil Bullen
- Hx Head trauma
Motrin 200mg II po BIDx 90 days PRN
Ltr Arch support insoles & laminate
OK for Masks back x 1 yr.
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Wright, Richard #187140
D.O.B. 8/15/67
ALLERGIES: NKDA
Use Third    Date 7/11/05

DIAGNOSIS (If Chg'd) Benadryl 50mg po QHSxd
Per PRN
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Wright, Richard #187140
D.O.B. 8/15/67
ALLERGIES: NKA
Use Second    Date 6/25/05

DIAGNOSIS (If Chg'd) Motrin 400mg PO BID x 2 days
Do All Bayaport
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Wright, Richard #187140
D.O.B. 8/15/67
ALLERGIES: NKA
First    Date 6/22/05

DIAGNOSIS
1) Knee sprain deferred
2) BCM 8mg Per Hx 7 day
LTR PRN
☐ GENERIC SUBSTITUTION IS NOT PERMITTED



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: *Wright, Richard*<br>187140<br><br>D.O.B. 8/15/67<br>ALLERGIES: Tylenol<br><br>Use Last      Date 10/01/05 | DIAGNOSIS (If Chg'd)<br>Resource 8oz 1 carton PC Tid & HS<br>D/c Pyrogene<br>Motrin 400 mg po Q8h prn x 7 days<br>V/O Dr. Rayapati / Caprell R<br><br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: *Wright, Richard*<br>#187140<br><br>D.O.B. 8/15/67<br>ALLERGIES: Tylenol<br><br>Use Fourth    Date 10/01/05 | DIAGNOSIS (If Chg'd)<br>May give 1/2 NS instead of D5 1/2 NS<br>at 100 cc/hr x 3 days<br>V/O Dr. Rayapati / Caprell<br><br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: *Wright, Richard*<br>#187140<br><br>D.O.B. 8/15/67<br>ALLERGIES: Tylenol<br><br>Use Third     Date 2/1/ | DIAGNOSIS (If Chg'd)   MH - Eval - for response<br>RTC PRN -<br>(1) Heplock IVF D5 1/2 NS 100cc/hr x 3 days<br>(2) Pyrogene 100 IE po Q8h x PRN x 7 days<br>(3) CT - Thorac/Lumbar spine with out contrast<br>May give in ER now -<br><br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: *Wright, Richard*<br>#187140<br><br>D.O.B. 8/15/67<br>ALLERGIES: Tylenol<br><br>Use Second    Date 11/26/05 | DIAGNOSIS (If Chg'd)<br>Percocet = 1 tabs po q8° (prn) x 5d<br>↑ po fluids! / Encourage to eat<br>Resource 8 oz = carton po q8° x 5d<br>✓ VS q Shift<br>V/O Dr. Rayapati / S. Olivejo<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: *Wright, Richard*<br>#187140<br><br>D.O.B. 8/15/67<br>ALLERGIES: Tylenol<br><br>Use First     Date 8/15/05 | DIAGNOSIS<br>Ensure x 2    for 6 mo<br><br><br><br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

PHS0061



**PRISON HEALTH SERVICES INCORPORATED**

## PHYSICIANS' ORDERS

NAME: Wright, Richard
#187140

D.O.B. 8/15/67
ALLERGIES: Tylenol

Use Last     Date 2,3,06

DIAGNOSIS (If Chg'd)
(1) Motrin 15 mg to days/affected area
daily x 3cos
(2) Area Exercise daily x 6mo
(instruction given)
(3) RTP PRN
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Wright, Richard

D.O.B. 8/15/67 Tylenol
ALLERGIES:

Use Fourth     Date 12/15/05

DIAGNOSIS (If Chg'd)
(1) Topical Torcide Spine
(2) 2nd Rib Head 2 views
(3) Cervical & Spine

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Wright Richard
187140

D.O.B. 8/15/67
ALLERGIES Tylenol

Use Third     Date 12,12,05

DIAGNOSIS (If Chg'd)
Motrin elect 15 mm Back area affected
area x 3day
Nipide potate later low dose
limit wrong at wrist 7 days
ICE-f Sacd Eat
☐ GENERIC SUBSTITUTION IS NOT PERMITTED     RTP PRN

NAME: Wright, Richard
187140

D.O.B. 8/15/67
ALLERGIES: Tylenol

Second     Date 12,05

DIAGNOSIS (If Chg'd)
Regular diet

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Wright, Richard
#187140

D.O.B. 8/15/67
ALLERGIES: Tylenol

Date

DIAGNOSIS
Enforce Liva Q4H x 5 day
Force fl fluids x 5 day
Company rub area A x 5 day
area daily x 5 days
Motrin tab 8.05 immediated area daily x 5
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

PHS0062



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

NAME: Wright, Richard
# 187140
D.O.B. 8/15/67
ALLERGIES:

Use Last    Date 2/25/06

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Wright, Richard
187140
D.O.B. 8/15/67
ALLERGIES: Tylenol

Use Fourth    Date 2/16/06

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Wright, Richard
# 187140
D.O.B. 8/15/67
ALLERGIES:

Use Third    Date 2/13/06

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Wright, Richard
187140
D.O.B. 8/15/67
ALLERGIES: Tylenol

Use Second    Date 2/7/06

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Wright, Richard
# 187140
D.O.B. 8/15/67
ALLERGIES: Tylenol

Use First    Date 2/8/06

DIAGNOSIS

☐ GENERIC SUBSTITUTION IS NOT PERMITTED



**PRISON HEALTH SERVICES INCORPORATED**

## PHYSICIANS' ORDERS

NAME: Wright Richard
R7140

D.O.B. 8/15/67
ALLERGIES: Tylenol

Use Last    Date 3/24/06

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Wright, Richard 7140

D.O.B. 8/15/67
ALLERGIES: Tylenol

Use Fourth    Date 3/09/06

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Wright, Richard 187140

D.O.B. 8/15/67
ALLERGIES: Tylenol

Use Third    Date 3/24/06

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Wright, Richard 187140

D.O.B. 8/15/67
ALLERGIES: Tylenol

Use Second    Date 3/24/06

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Wright, Richard 187140

D.O.B. 8/15/67
ALLERGIES: Tylenol

Use First    Date

DIAGNOSIS

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

PHS0064



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

NAME: Wright, Richard
# 187140

D.O.B. 8/15/69
ALLERGIES: Tylenol

Use Last    Date 5/1/06

DIAGNOSIS (If Chg'd)
KTP PRN

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Wright, Richard
# 187140

D.O.B. 8/15/69
ALLERGIES: Tylenol

Use Fourth    Date 4/21/06

DIAGNOSIS (If Chg'd)
1) CTM   8 mg   Po   HS x 2 weeks
2) Melin   50 mg   Po   QD PRN - 2 wks
3) Remind Phys Contrat
   X/o depression/Tenken/Skin   RTC PRN

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Wright, Richard
# 187140

D.O.B. 8/15/69
ALLERGIES: Tylenol

Use Third    Date

DIAGNOSIS (If Chg'd)
1) No txt
2) CTM   8 mg   Po   HS x 14 days
3) Re-eval P' then consider tx Tylenol
                                   RTC PRN

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Wright, Richard
# 187140

D.O.B. 8/15/69
ALLERGIES: Tylenol

Use Second    Date

DIAGNOSIS (If Chg'd)
1) MH Referral
   (Eval for Tenken Headaches
   and other Psycho-Somatic
   @ Etiology)
2) Recommend Transfer of i/s for henn chronk
                            in progress w/c RTC PRN

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Wright Richard
187140

D.O.B. 8/15/69
ALLERGIES: Tylenol

Use First    Date 3/30/06

DIAGNOSIS
1) Band Aid PRN for ankle skin abrasion
2) Cont melin 50 Po  Yearly for sleep
                            RTC PRN

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

PHS0065



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

NAME: _Wright, Richard_
_187190_

D.O.B. _8/15/67_
ALLERGIES: _NKA_

DIAGNOSIS (If Chg'd)

Use Last    Date _7/5/06_

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: _Wright, Richard_
_187190_

D.O.B. _8/15/67_
ALLERGIES: _NKA_

DIAGNOSIS (If Chg'd)

Use Fourth    Date _6/10/06_

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: _Wright, Richard_
_187190_

D.O.B. _8/15/67_
ALLERGIES: _NKA_

DIAGNOSIS (If Chg'd)

Use Third    Date _6/14/06_

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: _Wright, Richard_
_87190_

D.O.B. _8/15/67_
ALLERGIES: _NKA_

DIAGNOSIS (If Chg'd)

Use Second    Date _5/10/06_

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: _Wright, Richard_
_# 187190_

D.O.B. _8/15/67_
ALLERGIES: _Tylenol_

DIAGNOSIS

Use First    Date _5/5/06_

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED



**PRISON
HEALTH
SERVICES**
INCORPORATED

## PHYSICIANS' ORDERS

NAME: Wright, Richard
#187140
DOB 8-15-67
ALLERGIES: Tylenol
USE LINE:    Date 8-15-06

NAME: Wright, Richard
187140
DOB 8-15-67    (Per Inmate)
ALLERGIES: Tylenol (Skin Test)
    8-1-06
NAME: Wright, Richard
#187140

DOB 8-15-67 (Per inmate)
ALLERGIES: Tylenol (Skin Test)
    8-1-06
NAME: WRIGHT, RICHARD
VENTRESS    #187140
DOB 8-15-67    NKA (AB)
ALLERGIES: Tylenol (Per Skin Per inmate)
    9-12-06

Wright, Richard
#187140
8-15-67
Tylenol (TB skin test)
    7-9-06 (per inmate)

DIAGNOSIS (if new):
① Give 10 Shen pkgs X 180d
② Allow extra H₂O an extra
   shower q 3 days for back pain 30d
③ Analgesic Balm to back
   qd for severe pain

④ HCU visit in 4 wks
⑤ Please do smaller Eye chart
   and 3 Glasses in MH
   HCU visit

HCU visit in ○

① D/C Motrin
② D/C Flexeril
③ D/C Feldene
④ Naprosyn 375 mg TID X 100d
⑤ Flexeril 10mg BID X 7 days

D/C Motrin ② Flexeril 10 mgs Sig. T
Tid PO X 5 day ③ Feldene 20 mgs Sig. T
Daily PO BC X 14 days

CTM 8mg PO bid X 5 days
Motrin 600mg PO bid X 5 days
Humabid 600mg PO bid X 5 days
TORB MS. Floyd CRNP/ DBrannon cw

PHS0067



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: | DIAGNOSIS (If Chg'd) |
| D.O.B.    /    / | |
| ALLERGIES: | |
| Use Last    Date    /    / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| | |
|---|---|
| NAME: *illegible* 187145 | DIAGNOSIS (If Chg'd) |
| D.O.B. 8/15/67 | *illegible* |
| ALLERGIES: *Tylenol* | |
| Use Fourth    Date 9/29/86 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| | |
|---|---|
| NAME: Wright Richard #187140 | DIAGNOSIS (If Chg'd) |
| D.O.B. 8/15/67 | *illegible* |
| ALLERGIES: *Tylenol* | |
| Use Third    Date 9/18/06 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| | |
|---|---|
| NAME: Wright, Richard #187140 | DIAGNOSIS (If Chg'd) |
| D.O.B. 8/15/67 | *illegible* |
| ALLERGIES: Tylenol | |
| Use Second    Date 9/13/06 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| | |
|---|---|
| NAME: Wright, Richard #187140 | DIAGNOSIS |
| D.O.B. 8/15/67 | *illegible* |
| ALLERGIES: Tylenol | |
| Use First    Date 8/31/06 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 3/4/05  4:15 | P.E. Rec. in 4 cu. Orientated and Clear for Kitchen duty. ___ J.McR |
| 4-2-05/1750 | I/M refuses TB skin test, NP Dunlap aware, I/M → see per Doc. ___ Marsh h |
| 5/4/05 9h | Had DOC to bring inmate to Health Care. Spoke c inmate in ref to refusing his TB Skin test. Inmate states "I've had to many skin test in the past, I'm not taking it because it makes a rash on my leg + face". No rash noted on leg or face @ present. Inmate agreed to take TB skin in two months he states after some of the medicine is out of my system. ___ J.Burk,LPN |
| 5/4/05 10h | Spoke c site physician Dr Rayapati. Warden Giles and SHD Mr Parks in ref to inmate refusing skin test. ___ J.Burk,LPN |
| 5/5 5/4/05 10:15h | Spoke c Dr Mosier in ref to above refusal. Stated we can't force him will have to stay in Seg. ___ J.Burk,LPN |
| 5-5-05/1510 | Spoke c Dr. Rayapati re: eye exam on 5-18-05, cont. to await glasses from Bullock ___ J.Marsh h |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC |
|---|---|---|---|---|
| Wright Richard | B714) | 8-15-67 | 3/11 | 118 |

フ



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Wright, Richard | D.O.B.: 8/15/67 |
|-----------|-------------------------------|-----------------|

3/30/05 1100  Wt 169 1/2 lbs  P-54  R-18  BP 120/80  T 96.6

Rash under neck; Headaches

S) BM C/o recurring HA states throbbing, frontal area of head. States 3-7 on 1-10 pain scale last 3 wn. 1º these x 2x/week denies N/V/D O/dizziness O/lightheaded

_(illegible clinical notes)_

A) Allergic Sinusitis
   Headache

P) _(illegible plan notes)_

60111 (5/85)

Date/Time | Inmate's Name: Wright Richard    181,40   D.O.B.: 8/3/67

5-5-05 | WT 178  B/p 124/84 P 64  R20  T 98.5  O₂ 84%

S: "Constant dry cough — blurred vision —
need profile for Master lock — rash on
face — headaches"

① HA
Blurred vision
S/P —
Cough

② A×O×3
HEENT Ⓡ    Except Tender over Ⓡ frontal sinus
PERRLA EOMI
Lungs CTA
CV - NSR
Abd - Benign
M/S   NL

④ Chr. Allergic Sinusitis
facial (rash) folliculitis

⑦ S/P

cm+

⑧ Reg. Exercise
MH Counseling
                    Ⓡ



**PRISON**
**HEALTH**
**SERVICES**
**INCORPORATED**

## PROGRESS NOTES

| Date/Time | Inmate's Name: Wright, Richard    187140    D.O.B.: 8/15/67 |
|---|---|
| 5/16/05 0900 | Blurry vision; headache; joints popping ~ cream for face |
| | BP 124/78  P 88  Pulse Ox 99  R 20  T 98.0  BP   WT 171/420 |
| | O   has stuffy nose facial fullness |
| | no itchy c/o |
| | blurred vision |
| | but  exam PERLA/EOM |
| | fundi rt |
| | m/s  exam normal |
| | A  Chr Allergic Sinusitis |
| | ? Rhinorging |
| | P  Pseudofed |
| | E  Adj Hygiene |

| Date/Time | Inmate's Name: | Wright Richard 137140 | D.O.B.: | 8/5/67 |

**6/7/05** Wt. 170# B/P 130/78, P65 R 18 T 98.8
C/O HA, ache, joint pain

O) Asking for Eye glass,
Squatting - Easily
M/S no motor or sensory defect
Forearm N —
mild joint ache

(A) Malingering
? HA — myalgia —

P) Benadryl —
Tylenol —

(E) Back and knee exercises
will look to - about glasses

℞

**6/21/05 1052** Wt 166 1/4 lbs P77 PO2 97% R-20 T 97.8 B/P 110/22
Headaches / Glasses

O) PERRLA / EOM.

(A) vision problems

P) 2 ordered to see ofr — on 7/7/05
(E) Reg exer

℞



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 4-24-05 / 0745 | I/m to HCU per DCC Reg. Officer, given 0.1cc ID TB skin test (L) FA, exp. shirt on site care / reading date given. States understanding of all ___ L Castle, LPN |
| 0825-05 | ⊙ KM under 9/6 rounds this evening. C/o headache & instructed to sign up for sick call. A. Murphy LPN |
| 11-23-05 9/1c | S- N/c Statement, groans (and) grimaces. O- Seen by Dr. Rispoli for injury post altercation (sm?) altercation in Dorm, J. A- Alt Complt. P/- Send to Bullock Co ER for Evaluation ___ A. Mack |
| 9:2c 11-23-05 | O- N Burks, Sgt Carter DCC and central control notified of transfer to Bullock ER ___ A. Mack |
| 11-23-05 9:27 | O- Haynes Tray notified for transport, Justin Stated in Route ETA 45 mins ___ A. Mack |
| 11-23-05 9:28 | c- Bullock Co ER called + report and notified of use of C collar spoke c Mike Brown RN ___ A. Mack |
| 11-23-05 9:15 | c- out to Bullock Co ER via Haynes of Tray ___ A. Mc |



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 11/24/05 4⁰⁰p | Attempted to notify Dr. Rayapati by home phone et cell phone X 1 attempt. Mrs. Rayapati stated she would have Dr. Rayapati return call — J. Hicks, lp |
| 5⁰⁰p | Dr. Rayapati called et was notified of the above & irate. New orders given et noted. See physician order sheet. — J. Hicks, lp |
| 8⁰⁰p | O- B/m still c/o back pain. refused pain meds as ordered by Dr. Rayapati, NAD noted. Con- sumed 100% of resource. Refused to be weighed. — J. Hicks, lp |
| 10⁰⁰p | O- Lying on mattress on floor A, A/o x3. NAD noted. Still refuse to stand on the scale to get weighed. Still c/o back pain et still re- fuse pain meds. P- Will continue to monitor et report to on- coming shift. — J. Hicks, lp |
| 11/26/05 1145 | Lying on floor in single cell alert, oriented don't feel like moving about & complaints — K. Heath |
| 11/27/05 240 | S- I don't feel like getting up, but that's anyway. I don't want nothing. O- B/m alert, oriented refused VS + wt ck can't walk to get — rude just don't want to cooperate/appear angry A- Alt in mental status |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 11-23-05 0145 | P- Returned to UCF from Bullock ER Await X-Ray results — JVR |
| 11-26-05 4²⁰/p | inmate refused supper tray — S.Huicely |
| 4²⁰/p | S- "my back hurts" |
| | O- B/R lying on mattress on floor A,A/0x3 = ? complaint. Resp. ? ease/unlabored. NAD noted. Skin w/d to touch et color adequate for race. Mucous membrane moist et intact. Skin turgor good. VS T-97.² P-86 R-20 O₂ sat- 98% B/P 140/80. Refused to stand on scale for weight. Stated urine dark in color. Dipstick UA done et noted urine clear yellow, amber in color. O redness, edema, or bruising et abrasions noted to back. Noted old scars to back. Able to sit ↑ on mattress ō facial grimacing or moaning noted. |
| | A-AH in comfort 4/+ back pain et potential alt nutrition ²/+ refused meals. |
| | P- Will continue to monitor. |
| | E-notify nurse of any △ in condition ↑ po fluids and try to eat ō meals. — S.Huicely |
| 4³⁰/p | Dr. Sinks notified of above et instructed to notify ↑⊙ Dr. Rayport — S.Huicely |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Wright, Richard | 187146 | 8-7-61 | Bm | UCF |

PHS-MD-70049

Complete Both Sides Before Using Another S.

PHS0076



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 11/27/05 10:00pm | O- Inmate noted lying on (L) side, no acute distress noted. ——— Thrtt |
| 11/27/05 12:00 | O-Inmate refused Resource, percocet, & weight check, Inmate encouraged to eat & drink, but refused. Inmate also advised of adverse affects R/t dehydration & lack of nutrition. Inmate stated that he understood.- Thrtt |
| 11/27/05 1415 | S- no statement O- B/m lying in single cell supine position. No acute distress noted A- alteration in comfort P- Report to oncoming shift. ——— Thrtt |
| 11/27/06 1600 | S No statement O B/m lying in single on mat on floor, supine position NAD noted. Inmate refusing meds et meals × several attempts A Alteration in comfort. P Report to oncoming shift. Claxxxx |
| 1820 | O B/m lying in single cell on floor in supine position. nxxx's P Report to oncoming shift. Wmaaaf |
| 1920 | O Refused V/s et meds B/m lying on floor NAD noted. Refused meals (resource) P Cont to Monitor et report to Oncoming shift. Wmaaaf |



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 11/27  240 | P- Continued to observed. ———— K. Keith |
| 11/27  600 | Inmate lying supine on floor in single cell staring @ the top of ceiling. No eye contact made. Refused ensure stated I am not eating now I don't want any more that milk. Informed inmate the important of eating & drinking. Verbalized understanding & thanks for caring but just not going to drink it. Will Continued to Observed & report to On coming shift. ———— K. Keith |
| 11/27/05  0820 | O) Allowed to get Vital Signs. Refused offer of Resource nutrition. States he isn't going to eat until they do something about my back. Continually pulling sheets by paper from a brown folder and placing in a stack of papers. States he has 3 misconducts wasn't pending against Corrections. BP 118/81, P.84, R.30, T.97, Dx67 98%. Refused to go weight. A) Alt in nutrition R/T Refusal to eat P) Continue to offer nutrition & monitor for dehydration. ——— Gugel |

| INMATE NAME (LAST, FIRST, MIDDLE) | | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|---|
| Wright, Richar | | 187144 | 8/15/61 | B/M | VCF |

PHS-MD-70049

Complete Both Sides Before Using Another Sheet

PHS0078



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 11/27/05 | 212 (?) P/m diazepam tabs. plan was noted cont to report discomfort in back × several allergies. Report to Oncoming shift |
| 11/27/05  12⁵⁰ | Inmate in single cell, I can't walk, due to my back hurt so bad, I want to shower, but I will have to crawl. Refuses VS + Weight. |
| 11/28  12⁴⁰ | Called Ms. Burks Re, advised nurse Lee to called ~~Rayapati~~ Dr Rayapati. MD stated had not seen ~~out~~ inmate or X-Ray results. Supervisor advised nurse to called Bullock Co Hospital for X Ray results. ———— K. Lee LPN |
| 11/28  12⁵⁹ | Sgt Moses called Warren Parker he advised Doc let him alone not to shower him Rayapati ~~not to shower~~ stated noted to shower. |
| 11/28  1⁶² | Bullock Co Hospital called nurse back say X Ray results will be ♣ ready @ 10am 11/28 Ms. Burks notified. ———— K. Lee LPN |
| 3⁰⁰ | A- X-Ray can't walk O- Lying on the floor alert oriented. Refused to ~~goods~~ & not yet. A- Alt in Comport P- Continue to Observed & report to Oncoming Shift. ———— N. Lee |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Dwight, Richard | 180140 | 8/15/07 | B/M | VCF |

PHS-MD-70049          Complete Both Sides Before Using Another Sheet

PHS0079



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 11/28  4:30 | Lying on the floor resting response when called had not ate anything this shift. unable to walk or stand s̄ c/o back pain will continue to observed & report to oncoming shift. ——— K.Brown |
| 11-28-05  0715 | O. BM lying quietly in bed c̄ eyes closed — Respirations even and unlabored no acute distress noted @ present time will observe ——— M.Bingield Jr |

Wright, Richard



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

*Nurse*

## PROGRESS NOTES

| Date/Time | Inmate's Name: Wright Richard    187140    D.O.B.: 8-15-67 |
|-----------|-----------------------------------------------------------|

11-28-05
0335

O - BM lying quietly on floor, eyes closed - Respiration even and unlabored - no acute distress noted at present time - will observe ——— Benefield ?

11-28-05
0800

S: "my back is still hurting - I don't want you to take my v/s" ———

O: BM lying on mattress on floor - respiration even and unlabored -

A: altered comfort

P: will observe

E: instructed to let nurse know of any problems ——— Benefield ?

10°°

O: BM continues to rest quietly - lying on the floor - refused to see MD; refused for VS to be taken; refused to eat - ——— Benefield ?

12°°

O: BM continues to rest quietly on mattress on floor - continues to refuse for VS to be taken - refuses medication - refuses to eat —

A: alteration in comfort

P: will continue to observe

E: Instructed to let nurse know of any problems ——— Benefield ?

PHS0081

11-28 [illegible] S"d don't put any [illegible]"

3°° C. BM lying quietly in bed on the floor - respiration even - appeared [illegible] lower ext - denies pain - will continue to [illegible] and report to [illegible]

M[illegible]

11-28-[illegible] (S) No statement

5:35 [illegible] (O) B/m lying in single cell on mat on floor, was noted thin w/o too much [illegible] pull at [illegible]. Generalized weakness noted. Inmate cont to refuse meals. Inmate consumed 1 resource supplement. Cont to refuse snacks. VS: B/p 140/90 pulse 98 reg, R 20 reg, T 974, O₂ Sat 99%. Educated inmate on importance of eating. Voiced concern @ this time of not wanting to eat anything that's not sealed.
(A) Altered in Comfort.
(P) Cont to monitor ———————— (S) Massey S

7:30 [illegible] (O) B/m lying in single cell on mat on floor w/ H₂O available, eyes closed
(P) Cont to monitor ———————— (S) Massey S

8:15 [illegible] (S) No statement
(O) B/m lying in single cell on mat on floor, was noted. Inmate asked if he would try to drink another reserve supplement. Inmate stated "yes." Resource x1 given to inmate/staff. Inmate has continued weakness noted.
(A) Alteration in Comfort.
(P) Cont to monitor ———————— (S) Massey S

PHS0082



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 11/28/05 1100 | O/Pm lying on bed on Mat c LAD noted. Cont to Monitor |
| 11/28/05 1156 | Inmate lying in bed on the floor covered c blanket. response when called inmate state feeling better, but afraid to walk because it will make my back worse the doctor not doing anything ———— K. Lieble |
| 11/28/05 3:30 | S. Nod head for yes |
| | O- Bm lying on floor alert, oriented refused VS, c/o out, & food. Inmate continue to refused everything c/o not being able to walk due to back injury, crawl around in single cell. |
| | A- Alt in comfort. ———— K. Gieba |
| | P- Continued to Observed. ———— K. Lieble |
| 11/29/05 1600 | Bm lying on floor covered with blanket just nod head for yes or no when asked a question. Unable to walk according to inmate Nurse had not seen inmate walk will report to oncoming shift. ———— K. Lieble |
| 11/29/05 0730 | S. "I'll state it." |
| | O. Bm lying on mat on the floor, moving upper and lower extremities. Refused V/S response to this nurse when question asked. States, "I'm dried went nothin". |
| | P. Will continue to monitor and offer medical care c Comfort. |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|-----------|---|
| 0900 11-29-05 | S. "No Statement" |
| | O. BpM laying on cot on floor. Resp even + unlabored. Skin warm dry + intact. States "y'all aint gone do nothing anyway." No visible distress noted. |
| | A. Alt in comfort |
| | P. Will cont. to Monitor and offer medical care + comfort |
| 11-29-05 | S. "What you want" |
| | O. BpM laying on cot on floor. Verbally responsive. Refuses medication, assessm and lunch. States, I don't want to see that doctor he aint going to do nothing, I'm filing a lawsuit. Food and meds offered x2. No visible distress noted. |
| | A. Alt in comfort |
| | P. Will cont. to Monitor and offer Medical care + comfort |
| 1215 11-29-05 | S. I don't feel right. |
| | O. Inmate requesting his life, he states T978 P88 R20 BP 138/90 States, I'm having pain in my lower back. Medication offered Tx would again. Inmate asked who prescribed this medication and the answer given was the prison physician. Inmate states, I don't want it. Medicine was offered again and inmate accepted the medicine. |
| | A. Alt in Comfort |
| | P. Will cont. to Monitor and offer medical care + comfort |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|-----------------------------------|------|-----|-----|------|
| | | | | |

PHS-MD-70049          Complete Both Sides Before Using Another Sh.          **PHS0084**



PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 1550<br>11-29-05 | S. "I feel a little better." |
| | O. Upon lying on his mat on the floor, inmate raised |
| | up and responded to the nurse, stating "I feel better and |
| | I drinked the resource you gave me". Alert et oriented to |
| | surroundings. Voiced no complain or discomfort at this time. |
| | A. Alt in comfort |
| | P. Will report to Monitor and offer medical care. "I'm ___ " |
| 11/29/05<br>1700 | S— "I can't move, my back hurts too bad to |
| | move. Sgt. Carter and some officers beat me" |
| | O— B/m resting quietly on mat, on the floor. |
| | A/O x 3. Skin w/d to touch. Resp even/unlabored. |
| | Bilat lungs noted clear. Stated the above when |
| | asked to come to lobby for assessment. Refuses |
| | Percogesic, accepted Resource c gratitude. |
| | B/p 100/60 T-97 P-88 R-16. States feels very weak. |
| | A— Alt in comfort |
| | P— Continue to provide medical care — T. Starkes, Lpn |
| 1910 | O— B/m lying quietly on mat, on the floor. |
| | Alert et awake, arouses easily. Consumed 100% |
| | of Resource drink. Denies complaints. |
| | P. Continue to observe ———— T. Starkes, Lpn |
| 2130 | O- B/m lying quietly on mat, on the floor. Alert |
| | et awake. Denies complaints. NAD noted. |
| | P. Continue to observe ————— T. Starkes, Lpn |

| INMATE NAME (LAST, FIRST, MIDDLE)<br><br>Wright, Richard | | DOC#<br><br>#187140 | DOB<br><br>8-15-61 | R/S<br><br>Bm | FAC.<br><br>VC |
|---|---|---|---|---|---|

PHS-MD-70049          Complete Both Sides Before Using Another Sheet

PHS0085



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 2030 | O- B/M lying quietly on matt, on floor. Verbalizes ⊘ complaints. NAD noted.<br>P- Report to incoming shift — T. Taylor, LPN |
| 11-29-05/2305 | S-"I just don't feel right I've never felt this way before." ⊘ pain to lower center back. ⊘ scared to stand/walk 2° pain to back area. ⊘ pain to ℗ leg if attempt to stand/or get up on knees.<br>O- Lying on ℗ side. Awake et alert x 3. Resp. even/unlabored. Skin warm/dry to touch. Slides off mattress on floor and supports upper body against toilet. B/P 120/86 P 88 R 20 T 96.6. ⊘ redness, bruising or edema noted to lower back area. Healing abrasion scar noted to ℗ posterior flank area. ⊘ drainage, redness or edema noted to that area. Movement noted to lower extremities s̄ difficulty.<br>A- Altered comfort<br>P- Continue to monitor. — C. Hunter, LPN |
| 11-30-05/0300 | Refused pain meds as ordered. Accepts resource drink. Consumed 100% of drink. Refused meal tray. — C. Hunter, LPN |
| 0605 | O- Movement noted to lower extremities. Pedal pulse +. Cap refill < 3 sec. ⊘ pain to ℗ leg c̄ movement (cont)<br>— C. Hunter, LPN |

Wright, Richard    #187140

PHS0086



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 11-30-05/0605 | P-Observe et report to next shift. —C.Hunter, LPN |
| 11/30/05 7:30 am | S- No statement |
| | O- B/m lying on floor single cell, (L) lateral position. No acute distress noted. |
| | A- alteration in comfort |
| | P- Continue to observe —J.Smith, |
| 11/30/05 9:30 am | S- "I don't want to see that doctor. My (L) leg is going numb + it hurts." |
| | O- B/m noted sitting on floor single cell. A & O x 3. Skin warm & dry to touch. Respirations even & unlabored. Heart noted c reg rhythm. Lungs clear (L) Pedal pulse present (Capillary refill < 3 secs). Inmate c/o numbness + pain to (L) leg. Inmate refuses ROM exercises. B/P 106/60, P90 R20 T 96.8 |
| | A- alteration in comfort |
| | P- Refer M.D. to. Inmate refused to see M.D + sign RLL. Release of Liability witnessed per DOC staff + HSA. Will continue to observe —J.Smith |
| 11/30/05 11:00 am | O- s/inmate refused pre percocosic + labs + resource. Inmate stated that resource was "messing c my stomach". J.Smith |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Wright, Richard | 187140 | 8/15/67 | B/M | VCF |

PHS-MD-70049

Complete Both Sides Before Using Another Sheet



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 11/30/05 12:00 pm | S- No statement <br> O- Inmate noted sitting on floor flipping through papers. Inmate would not respond to nurse when asked how he was doing. No acute distress noted. <br> A- alteration in comfort <br> P- Continue to observe ———— *[signature]* |
| 11/05/4:30 | S- no statement to nurse. <br> O- B/M noted lying supine position in single cell. No complaints voiced @ this time. Waved bye- to nurse. <br> A- alteration in comfort <br> P- Report to next shift. ———— *[signature]* |
| 11/2/05 5pm | (S) No statement <br> (O) inmate lying on mat on floor c/o WNB noted. Generalized weakness noted skin w/d to touch. Legs were pale & unaltered. A/B s/s & O distress noted. BSA x4 Resource supplement x1 given. He verbalized "it was cold he would drink it" V/S B/P 130/80 Temp 97.8 Pulse 82 resp 18 by wt 91% <br> (A) alteration in comfort <br> (P) Cont to Monitor ———— *[signature]* |



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 11/3/05 | 7⁰⁰ BM lying in floor on med in Ⓡ side + legs crossed. BM noted. Easily aroused to verbal stimuli, in compliance w/ eating. |
| | Ⓐ ___ to Nursa ——————— 6/Mary |
| 9³⁰ | Ⓢ BM lying in floor on floor on request. NAD noted. |
| | Ⓐ cont to Monitor + report to oncoming shift — 6/Mary |
| 11/3/05 1130 | Lying on floor + mat. Staring @ the ceiling. response when called. No complaints ——— Blu |
| 11/4/05 3⁰⁰ | S — Need to see nurse bad, bad. |
| | O — Nurse responded to inmate request. Offer pain med + refused inmate refused. inmate stated, just need vs token. I guess I was up to much visiting @ my lawyers yesterday. VS token B139/98, P98, R 22 T 97.2 Oxsat 94%. inmate state unable to stand or walk. Nurse + unable to get vitals. |
| | A — alt in comfort. |
| | P — continued to monitor ——— L.Deck⁰ᴺ |
| 11/4/05 1545 | Sitting on the floor drinking water, stated feel better got some rest now. Off/inmate insure again again, but thank nurse for asking. Will report to oncoming shift. ——— R.Deck⁰ᴺ |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Wright, Richard | N746 | 1147 | B/M | V= |

PHS-MD-70049

**Complete Both Sides Before Using Another Sheet**

PHS0089



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 12/1/05    12:15 P | |

12/1/05  [handwritten nursing progress notes, largely illegible]

[Multiple handwritten entries with times 1500, 530, 1730, and nurse signatures illegible]

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| [illegible] | | | | |

PHS-MD-70049

Complete Both Sides Before Using Another S[heet]

PHS0090



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 12/01/05   0715 | O) Lying on floor (on mat) on back. Asked if anything he needs - He denied - Asked if he would like some Resource as he took none during night - He refuses. Asked if it would be possible for him to stand and weight and he states inability to stand. Inmate states he is drinking water and is urinating. When asked. Skin turgor good. Offered pain medication declined by inmate. BP 100/78, T 98°, P 70, R 18, O2 96%. Offered again medication and nutrition if he would like and refused again but thanked me for offering. (Gordon RN |
| | A) Alt nutrition, Pot fluid volume deficit |
| | P) Mental Health to see + monitor. Gordon |
| 1040 | O) Asked inmate if he was on a hunger strike and he states he was. Asked to please reconsider and take nutrition - Refuses. ~ Gordon |
| 1055 | O) Assisted to w/c and taken to treatment room for Dr. Ragputi to see. Examination by Dr. Ragputi. Returned to wheelchair and returned to segregation cell. Gordon |
| 1200 | O) Informed inmate that the MD has ordered insertion of IV and fluids to prevent deh which could be life threatening. CGd |



**PRISON
HEALTH
SERVICES
INCORPORATED**

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 12/1/05 20X | "Sir, I have another ensure? I don't want any fian med. |
| | O: Lying on mat talking to nurse. |
| | A Altered nutrition /potential fluid volume deficit |
| | P: Continue to monitor. ———————— C.Johnson LPN |
| 2220 | O: Eight oz resource given et inmate drank all empty container removed per nurse. ————— C.Johnson LPN |
| 12/2/05 1230 | Lying on floor quiet response when called. stated he is feeling better. ———————— K. Lewis LPN |
| 12/2/05 3³⁵ | S- I am feeling better now & little |
| | O- Pm sitting on the floor alert refuses breakfast tray, drink ensure lungs clear, BS present |
| | 118/82, 82, 18, 98. |
| | A- alt in comfort |
| | P- Continue to observed. ————————— K. Lewis LPN |
| 12/2/05 6⁰⁰ | Lying down resting quiet denies walking ⊘ food this shift unable to get wt. Will continue to monitor & report to oncoming shift. —— ⨯ ____ |
| 12-2-05 | O-7⁰⁰ DOC informed of need to weigh inmate with use of wheelchair and backgate scale wt done 162 approx. ———————— J. Mock |
| 12-2-05 7⁴⁵ | S- "I feel a little better now", I want to shower if possible" |
| | O- Informed DOC of request to shower per inmate |
| | ____ continued on __ |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 12-2-05 | A- Alt in comfort. R/T pain. |
| 1515 | P. Cont. to observe. |
| | E- inst to notify nurse of any |
| | S's verbalized understanding of |
| | insts. |
| 1620 | Ensure given per request. Ate |
| | 100%. Pt Denies N, V, or weak |
| | ness or dizziness. —— DTeal |
| 1830 | 0 Lying on floor propped up |
| | on pillow. No c/o. No request. DTeal |
| 2000 | S- "When can I have another ensure." |
| | "I only drank here." |
| | O- VS 12/74 97⁴ 76 20 02 sat 97% |
| | resp. reg & unlabored. bilat breath sounds |
| | clear. abd soft BS ⊕. abd soft |
| | BS⊕. abd able to move legs |
| | on command pedal pulse ⊕. |
| | Denies numbness or radiating pain. |
| | No acute distress noted. —— |
| | A- Alt in comfort R/T leg pain |
| | P- Cont to observe. |
| | E- inst to inform nurse of any |
| | S's verbalized understanding of |
| | insts. —— DTeal |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|-----------|--|
| 12-2-05 0745 | Shower done c̄ inmate setting in plastic chair in shower; moves and assist c̄ ambulation c̄ c/o right testicle & back pain; US BP 110/80, T 98.6 P83 R20 o₂ sat 100%, consumed 100% of Ensure, drink 1 comfort and all at health stat wt ᵽ/t continue to observe, ↑ fluids; - EMan. |
| 12-2-05 0830 | D Seen by Dr Reggiti, urine ↑p dau and reported to D Reggiti, new orders noted for ↑ Ensure to 1 can q4h x 5 days, Moist heat to pain area for 15 mins x 7 dys |
| 12-2-05 1130 | S "Can I have another Ensure" "I just want eat food from here" O- 2nd Ensure given and consumed 100% no N/V reported, Motrin 400mg given and consumed;           - EMan. |
| 12-2-05 1400 | P/t - use Bengay musck rub once a day; Moist heat to area; ↑ po fluids + Ensure, exercise as tolerated. - EMan. |
| 12-2-05 1515 | S "Can I have another one of these?" O- told him he could have one @ 4pm as ordered. Verbalized understanding of insts. Lying flat in sig cell prone.           - SS |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|-----------------------------------|------|-----|-----|------|
| Wright Richard | 1874 | | | |

PHS-MD-70049

...mplete Both Sides Before Using Another S...

PHS0094



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 12-2-05 2050 | O- Lying on seg cell floor. No distress noted. resp. reg + unlabored. ___ |
| 12-2-05 1130 | Lying on mat on the floor in single cell. response to verbal stimate & complaints reported. ___ K Keeble |
| 2° | sitting c blanket wrapped around him. O acute distress noted & complaints voice will continue to observed. ___ K Keeble |
| 1230 3° | S- Okay, but I hurt a little bit. O- Bm sitting mat on the floor. alert oriented. resp passe lungs clear BS sluggish. drink water & 1 ensure. refused breakfast tray. Meds given as ordered. BP 11?/?0, P 86, R 3x T 982 O2at 98% A- Alt in comfort. P- Continued to observed. ___ K Keeble |
| 12-3-05 ???? | Inmate lying down resting quietly. responed when called & complaints voiced. will continue to ?? + report to on ??? coming shift ___ K Keeble |
| 12-3-05 | I am better c this ?? in my back. Bm & Ensure given and consumed, no soild food this am. 4/ 4 of pain to back and right side. abd soft nondistended. ??? at this time. ___ Am |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Wright Richard | 187140 | 8-15-67 | B/m | VCf |

PHS-MD-70049    ...nplete Both Sides Before Using Another S.    PHS0095



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 12-3-05 | 9 am - O- B/p lyin on mattress on floor, notices no c/o pain (at this time, no c/o difficulty breathing, Last 11-27-05 BM ,   _____ JMcH |
| 12-3-05 | 11 am - O-Ensure can and consumed 100%, notices no c/o refused motrin at this time   JMc |
| 12-3-05 | 14°° - P/E-Continue use of muscle rub and Mfluids   JMcH |
| 12-3-05 | 15°° "B- I feel better in my back and I been trying to exercise my legs" O-√s wt 162 apprx ; B/p 120/72 , T98.6 R18, P68 notices no c/o pain @ this time , Ensure/can given and consumed 100% of Ensure, refused nondistend ; mucous membranous moist pink No comfort leveled all P/E-Continue to use muscle rub ; Mfluids   JMcH |
| 12-3-05 | 17°° B-5 "no statements" O- lyin on left side , lookin @ a book , notices no c/o pain @ this time   JMcH |
| 12-3-05 | 19°° - O- Ensure/can given and 100% consumed , motrin 400 mg given for H/Ache and back pain ,   JMartin |



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 12-3-05 | 22³⁰ *S* "Jan Alright _____" |
| | *O* 9nlyen fleu, _____ m/s pain (_____ |
| | time, _____ _____; |
| | A- Comfort bed alt's) |
| | Pf- Shower as offered, _____ use of _____ |
| | _____ _____ |
| 12-3-05 | 2241 *O* Inmate agreed to shower with |
| | use of plastic chair to sit in; _____ |
| 12-3-05 | 2241 *O* Inmate seen by D.C. Officer to |
| | pull self up in to wheelchair, and |
| | transfer self to plastic chair in shower |
| | shower completed, transfer self to wheel |
| | chair & back seg cell, _____ & back ed |
| | _____ _____ |
| 2330 | *S* "Can I have my Motrin? I just got out |
| | of the shower. Everytime I move my back |
| | hurts." |
| | *O* Awake & alert. Supine on mattress _____ on |
| | seg cell floor. Resp even/unlabored. Smell of |
| | Ben Gay muscle rub noted when _____ once |
| | _____ seg cell. Accepts ensure (Resource) |
| | nutrient supplement. Consumed 100% |
| | *A*- Potential for fluid/electrolyte imbalance |
| | *P*- Inform inmate that pain medication (Cont) (Cont) _____ |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| _____ | 187140 | 8-23 | B/M | _____ |

PHS-MD-70049          _____plete Both Sides Before Using Another S.          **PHS0097**



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 12-3-05/2330 (Cont) | P-order is for 3AM. Will medicate @ that time. Continue to observe ———————————— CHunter, LPN — |
| 12-4-05/0230 | S-"I'm still hurting a little bit. It's not as bad when I get on my knees now."
O-Lying on ® side c̄ eyes closed. Arouse easily to knock on door. Resp @ ease. Skin warm/dry to touch. Bilateral lung sounds noted clear. Abd soft/non-distended/non-tender. Bowel sounds present x 4. ∅ edema noted to lower extremities. Good ROM noted to lower extremities. Pedal pulse ⊕. Skin warm/dry to touch.
A-Altered comfort
P-Pain & med/Resource as ordered. Continue to monitor. 100% Ensure consumed ——— CHunter, LPN |
| 0610 | S-"~~presss~~ Yes, I'll take the milk."
O-Sits up on mattress. Refused meal tray but accepts milk.
A-Potential for fluid imbalance
P-Continue to observe. ———————— CHunter, LPN — |
| 0635 | S-"I'm looking at the date on this and it says 10/10/04 (milk carton)."
O-Inmate noted up on mattress looking @ milk carton, unopened @ this time.
P-Advised to put milk carton next to (Cont) CHunter, LPN |

Wright, Richard    # 187140    8-15-67    B/M    VCF

PHS0098



**PRISON
HEALTH
SERVICES
INCORPORATED**

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 1100 | O- lying on bunk c̄ eyes open et looking at a book |
| 12-4-05 | Ø distress noted. NO c/o Pain at this time. ——— Emly Bel, LPN |
| 12-4-05 1300 | O- lying on bunk c̄ eyes closed, arouses easily when name is called. Ø complaints Ø requests. |
| | P- will continue to monitor ——— Emly Bel, LPN |
| 12-4-05 1430 | O- Im lying on bunk arouses easily Ø complaints Ø distress noted. Instructed to call nursing staff c̄ any As or needs. |
| | P- Will report to oncoming staff ——— Emly Bel, LPN |
| 12/4/05 1508 | O: laying on left side on mattress on floor, writing on a piece of paper on the floor under the bed frame. c/o crushing et tingling in bottom of Rt ft. Others |
| 1610 | S: Can I have some Motrin please? That med that they tried to give me today did not look right. It was the wrong med et I did not take it. |
| | O: O₂ Sat 99%. P- 74  BP 140/80  R-20  T 97.8 Drank ent Resource 240cc. No facial grimaces noted when changing position from laying to sitting. Pedal pulse (+)X2. Lungs cl. Pt Bowel bowel (+) X4. Able to wriggle all toes. Hand grips are equal et strong. Force from both feet moderate. Instructed to lay flat on mattress et raise legs up. Obeyed. No facial grimaces noted. Instructed to bend knees. No facial grimaces noted. Able to turn head from |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 12/4/05 1600 | shoulder, able to extend arms from side to side c̄ no facial grimaces noted. A&O in comfort. P/C Continue to monitor. C.Johnson LPN |
| 1910 | O: Lying on left side. Thin to th̄. Eyes closed. Resp reg & easy. Offers no c/o. C.Johnson LPN |
| 2130 | Continues to lay on left side in a fetal position. Offers no c/o. C.Johnson LPN |
| 2230 | O: Continues to lay on left side. C.Johnson LPN |
| 2400 | O: drank ____ to place ____ Resource this shift C.Johnson |
| 12-4-05 2330 | O: Lying on ___ ___ floor in ___ legs noted to be moving. No request ↑ gave Resource given. |
| 12-5-05 2430 | Tol 100% of Resource. No N/V. Lying quietly on ___ floor. |
| 12-5-05 0330 | Awaken for Resource 1 can give Tol. well. |
| 12-5-05 0600 | VS 140/80  80  20  98.8  bilat breath sounds clear. abd soft B⊕ Pedal pulse ⊕. Denies numbness in ↓ exts. No request No c/o. |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 12.5.05 0715 | ⊙. B/m lying quietly in seg. cell — eyes closed — no acute distress noted at present time — Benefull f |
| 1140 | Seen by Dr. Rajgopti — advised to Regular Diet. C. grd. cp |
| 12/21/05 1600 | 0 - B/m ambulating to HCU, A/0 x3, Steady gait. WT - 178 #. NAD Noted. — T. Stauli Cp |
| | |



**PRISON
HEALTH
SERVICES
INCORPORATED**

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 2-16-06 0800 | P. Inmate came to HCU this AM. When he was called to have a NST tool done he had left HCU — M. Benefield p |
| 3-24-06 | P- Seen by Dr Rajaputi, and annual H/E Physical refused TB skin for annual exam, release of responsible refused to sign, DOC notified of refusal of TB skin test ; ———————— RN |

PHS0102

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC |
|---|---|---|---|---|
| Wright, Richard | 184x0 | 8/14/63 | B/m | VCF |

PHS-MD-70049

| Date/Time | Inmate's Name: Wright, Richard #187140 | D.O.B.: 8 / 15 / 67 |
|---|---|---|

8-21-06  Wt. 158  P 93  T 99.8  B/p 126/80  R 20  O2sat 97%

O: Request chest X-ray

S) Pt in seg stating that he get SOB c̄ the slightest of exercise or activity. Want chest X-ray because he feels that he may get TB from inmates placed in Seg because they would not take their medication (INH)

O) alert NAD
Pt seen in place "s difficulty c̄ no cough
lung clear c̄ wheeze v̄
Nose "s congestion

A) DOE with exercise. c/o ø cough.

B) No need for chest X-ray

C) discuss c̄ pt -- no need to be concerned regarding "catching TB" from inmate because they wouldn't take their INH

9/13/06  WT. 157  BP 110/80  P 74  R 20  T 98.8  O2sat 97%

S) 39 yo c̄ h/o breaking out c̄ Tuberculin skin test He had a skin test in June /05 which was negative. Pt states he broke out at that #0 time.
Appetite good. / Accos cough c̄ cold. c/o burning throat / like swallowing melted tablet. Asked by DOC to see pt and clear
O/A) whether he could be pt c̄ TB or not. Tib Screen, form ⊕ for yes fatigue, weight loss, with dyspnea of exercise.

12/3/04   S   W/ *concern* s Blood Pts

     O   Doing well
          no apparent problems today

     A   Concerned abt w/

     Pat is IPL, and his Blood
         test will be done very soon

12/14/04   S   c/o cough HA and
8r           sinus pain

     O   mild congestion
         mild fever
         no sinus tenderness
         mild HA

     A   URI Cold sx's
     P   will f/up next wk

12/17/04   S   c/o Headache
     O   Headache

     A   post nasal sx B/P

1/5/05   S   c/o joint pain fingers B/P
     O   tenderness N F's
         joint pain
     A/P   will schedule F/up in 2 wks

PHS0104



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: | D.O.B.: / / |
|---|---|---|

2/18/00 *(handwritten clinical progress notes — illegible)*

2/20/00 *(handwritten clinical progress notes — illegible)*



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Wright, Richard | D.O.B.: 8/15/67 |
|---|---|---|

3/30/05 1100  Wt 169¾ lbs  P-54  R-18  BP 120/80  T 96.6

Rash under neck; Headaches

38 BM c̄ c/o reoccurring HA states throbing in frontal
area of head state 3-7 on 1-10 pain scale last 30 min
to 2 hrs x 2x week denies N/V/D ⊖dizziness
⊖lightheadness

NAD  USS mmy3                          ~~Allerg~~ ena

HEENT  OD slight Ectotropic            allergic to

m's intact ⊕Effusion  throat clear      tylenol

⊖redness  ⊖cryya  ⊖Sinus tenderness   ⊖meds

noted · ⊖temporal tenderness

Eom: perla ⊕ajshagms

neuro intact

Lung cta – c/o hacky cough at night

A  Allergic Sinusitis

Headaches

P  can motrin 200mg II po BID x 1 month PRN

Sudafal I po BID x 3 days    labs/xray reviewed

safety  ↑fluid  ↑Exercise

— J. Taylor

| Date/Time | Inmate's Name: Wright Richard        187140      D.O.B.: 8/15/67 |
|---|---|

5.5.05

WT 178   B/p 120/84   P 64   R 20   T 98.8   O₂ 84%

S: "Constant dry cough – blurred vision – need profile for Master Lock – rash on face – headaches"

T  HA
   Blurred vision
   S/P —
   Cough

O:         A x O x 3
           HEENT ℞      Except  Tender over – ℞ frontal sinus
              PERRLA EOMI
              Lungs CTA
              CV – NSR
           Abd – Benign
        M/S.   NL.

(A)  Chr. Allergic Sinusitis
     Facial (mild) folliculitis

(P)  S/P.
     etoH +

(E)  Reg. Exercise
        MH. Counseling                ℞



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: _Wright, Richard_     187140 | D.O.B.: _8 / 15 / 67_ |
|---|---|---|

5/16/05 0900  *Blurry Vision; headache; joints popping; cream for face*
BP 124/78  P 88  Pulse ox 99  R-20  T 98.0  BP  Wt 171/4 lb

O   has still some facial folliculitis
    in spite of 5/p
    blurred vision
    but Exam PERRLA / EOMI
    Fundus NT
    m/s - Exam normal.

(A)  Chr. Allergic Rhinitis
     ? Malingering

(P)  Pseudofed —
(E)  Reg. Hygiene

| Date/Time | Inmate's Name: Wright, Richard 187140 | D.O.B.: 8/15/67 |

6/7/05 — wt. 170# — B/P 130/78, P 65 R 18 T 98.8

C/O HA, acne, joint pain

O) Asking for Eye glasses —
Squatting - Easily
m/s.     No motor or sensory deficit
Finners NT —
mild facial acne.

(A) Malingering
? HA —      myopic —

P) Benzoyl —
Tylenol —

(E) Back and Knee Exercises
will talk to - about glasses

6/21/05 1052 Wt 166 1/4 lbs  P 77  PO₂ 97%  R-20  T 97.8  B/P 110/82
Headaches/Glasses

O) PERRLA/EOM.

(A) vision problems

P) 1° ordered to see Oph - on 5/5/05
(E) Reg. Exer



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# PROGRESS NOTES

| Date/Time | Inmate's Name: Wright, Richard | D.O.B.: 8/15/67 |
| --- | --- | --- |

6-23-05/1110   169.25# - 18 - 76 - 98.2 - 118/80 - 7o joints
popping, H/A, ↑ food, reg. BS ✓ ———— R Cooth, NP

O/   mostly chronic realagenic ———           Nasal Mucosa
     all joints Normal ROM                   congested
                    NT                            7
     HEENT NL ———           Except ✓
     No Med for Extra food ———

(A) realogening ——— / allergee Rhinitis

(D) Eye glasses enprles ——

(S) Reg. Exercise

                    ✓/
                    P

| Date/Time | Inmate's Name: Wright, Richard #187140 | D.O.B.: 8/15/67 |
|---|---|---|

7-1-05/0910 Wt 170.5  B/P 120/78  P 65  R 20  T 98.8 — c̄ "breaking out from TB skin test to (R) arm, chest, legs, head c̄ bumps to head ——— C.Hunter, LPN

O) itchy all over
ago ___ skin test
no skin rxn c̄ ___

A) Allergy                                               ⍚

P) Benadryl ——
E) Rx exercise ___
⍚

7-14-05/0820 Wt 178  B/P 118/78  P 67  R 18  T 98.8 — c̄ feet pain, request shoe insole, request key lock  °c̄ blurry vision, request diet to ↑ weight, c̄ "/A ——— C.Hunter, LPN

O) Normal — feet                    Eye glasses — pending
Wt 178 ——
P/E normal ——                       lungs CTA
                                     CV-NSR

A) vision problems ——              Abd — soft, NT
                                    L ear reviewed

P) Pending Eye glasses,

E) Rx exercise ___
⍚



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Wright, Richard #187140 | D.O.B.: 8/15/67 |
|---|---|---|

7/21/05 / 9:11 am Wt. 184 lbs    B/P 112/80  T 96.6  P 58  R 20

c/o blurry vision, head ache and feet pain  37 B m po C/o to above

> States blurred vision from Hx of head trauma in Bullock CF
eyes Blurred in AM & clears gradually  ALS: C/o
Bil feet Pain while on feet in Kitchen work

7 M/S ⊕ 5 Mx3  Ambulation & difficult

MEENT OD Everion & oslem  Glasses in order

OD 14.5²  CM R22  Last Eye exam

ac  Lung c̄ m  OD 20/70

Ext ⊖ Ecc feet c̄ fallen arch ⊕ 2/150

hard callus to part Bottom feet X-Ray Placed

⊕ Sores noted @ pryronate  7/05 WNL

Hair Shoes in bad shape c̄ Bottom soles

coming apart par of Shoes

A  Hx Head trauma

HA - tension  Bil feet pain

P  OK for Master Cook X 1 yr

E  1 PR Arch Support X 1 month

Motrin  200 mg TT p̄ BIOX 5 days Prn

Safety.  RTC PRN

9/7/05
Chart Reviewed
fm Condition do
not meet long term
Need Rx



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES 187140

| Date/Time | Inmate's Name: Wright, Richard | D.O.B.: 08/15/67 |
|---|---|---|

12/01/05  0710  BP 100/78, T 98°, R 70, R 18, O₂ 96

S:  Status unable to stand to weigh.

O)  Inmate seems has adequate legal knowledge — Refused to see the medical as his right — after he refused from ER — Though nursing staff appropriately doing the standard protocols — Also said to have been refusing trays — but accepting our liquid diet. Inmate states he is on hunger strike — this needs further clarification.

M:  A×O×3 —  looks flat affect ? depressed
∅ jaundice , Tongue mildly dry — other ENT — NL —  JVD ∅, ∅TM

Lungs    CTA , CV — NSR — Abd — Soft NT — Benign

M/S:    Cervical spine — NT — ROM NL
Thoracic spine NT — No swelling —
Lumbar spine — Tender but swelling or deformity of spine
CVA — NT — but some tender ossicould be present in lumbar
paravertebral area — NL — Lumbar spine is normal (Radiology report
Sacral spine — Quite normal
all Extremities NL —

R)     Neuro — grossly NL

(A)  Inmate has HTN  Non Comp — demanding — malingering both to the system, ETC

HTN  any # that we could not rely ep —
musculoskeletal pain mild vanity — by
if inmate refused drinking, may lump acup
Since could dehydration present —

P)  Will CT II his anal lumbar spine —          N(saids as needed)

Complete Both Sides Before Using Anot'       5 but

60111 (5/85)                                                    PHS0113

| Date/Time | Inmate's Name: | D.O.B.: / / |
|---|---|---|

12-2-05  wt 162, B/p 114/80, P 83, 0₂ sat 98%, R 20, T 98.8

S/ (R) side neck pain and back (R) side pain

O/ More verbal and coop. today

Ax0x3 —

HEENT — NL —

Lung, CTA — CV - NSR - Abd Soft - NT -

No flank pain — No Rebound

back Tenderness on (R) paravertebral area —

at lumbar level. It is present

CV+A — Not full — Adj.

No Swelling or Fluctuation

D/P — Protein Trace —

No Ketone bodies

Ext — R 2⊕ — Neuro NL —

MS — all Ext — Rom - NL -

A/ muscle strain due — paravertebral (R)

No clinical evidence of any osseous injury

but closely monitor

r/o any Hairline # of vertebra — lumbar recently

P/ CT —

Force Po fluids — emotional good

Dressing enhance 4 time daily

S/ discussion Compliance of diet

R̶



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Wright Richard          18 7140    D.O.B.: 8/15-167 |
|-----------|---------------------------------------------------------------------|
| 12-5-05 0715 | Unable to take V/S at present time will take when 2 officers are available |
| 12-5-05 | Wt unable to weigh   P 83   T99.9   B/p 128/82 R 18 |

T0

A x x x 3

c) Comfortable
    able to move all Extremities freely
    Rt Lumbar paravertebral area —
    NT, Tender
    (R) CVA -NT —
    HEENT NL— Lungs clear nse
    Abd soft NT
    EXT & SQ
    Neuro NL —
        no Sensory or Motor defect —

(A) may have Rx diet

(P) MM Counselling for reality testing

(E) ambulate more —
    MM Managing Extremely

R



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Wright Richard    18 7140 D.O.B.: 8/15/67 |
|---|---|
| 12-12-05 | W.T. cannot stand (wheelchair Assistant)  P 97   T98.8  O2 sat 97% |
|  | B/p 102/62  R/8 |
|  | C/O s' He want to be check for Hep A B + C Herpes, couches |
|  | meds renewal |

Skull hostile                    INTERT - NL

Uninoccutive                     Lungs CTA

Tender mobility                  EOM-NR

neck ___ of paravertebral area ___

wrist 6s limit

no sulling/ fibration or redness ___

R/S Rom wnl

neuro-NL ___

argumentative                    Genitals Normal

(A) muscle spasm ___

(P) Mott heat

UA ___

(E) Mott heat

| 12-15-05 | W.T. cannot stand (wheelchair Assistant)  P96  T98.2  B/p 138/84 R20 |
|  | C/O s' He needs a walker, back rub creme   O2 sat 98% |

In Mate Extremely Non-Cooperative Tense and Hostile
Reads law books and always takes religious approach
manipulating, malingering and twisting simple symptoms
in to complex situation for undentified control of interest
PHC

60111 (5/85)                                       PHS0116

| Date/Time | Inmate's Name: | D.O.B.: / / |
|-----------|----------------|-------------|
| 12/15/05 | Addendum from 11/23/05 | |
| | Please body chart | |
| c) | my noticed that day from Bullock's a | |
| | ruled out fractions from of eg Thoracic Spine/Lumbar Spine | |
| | mild soft tissue contusion from pavement trial | |
| | tender 5th vertebra etc | |
| | Mp Hip done to see any Haematoma - (all neg) | |
| | 12/2/05  Addendum | |
| | CT Spine Considered — | |
| | later Clinical Exam attachment Revealed | |
| | that based on improvement and other Clinical Signs | |
| | CT deferred — | |
| | R | |

PHS0117

| Date/Time | Inmate's Name: | | | D.O.B.: / / |
|---|---|---|---|---|

Cont'd When

12/16/05  Asked to remove shoes and clothes except underwear — Clothing the inmate did well without any problem — no pain moved — joint ROM N—

Said he can't stand, but climbed to table from wheelchair, with no problem — asked to remove shoes from the way — (to check how much he can accomplish)

he became angry and hostile, refusing further exam and assessment by MD — got down from the table, with good balance and sat on the floor, put shoes and sat in wheelchair all by himself.

O)  P/E — (By eye exam x Months — No jaundice from hyperglucose
     No obvious muscle atrophy or pain —
     Since he states No Vertebral fractures, and mild soft tissue injury para vertebral (R) at thoracic & thoracic and lumbar as lined with a minor scratch superficial on the skin that has been resolved almost completely on 12/12/05
              shows no had any problem to stand
     from clinical point of view I do not see any medical cause that can prevent him from standing.
     The inmate is demanding always, ignoring the medical criteria and protocols of standing of medical care —

(Lt)  mild soft tissue injury, almost resolved
      Extreme malingery/manipulative, demonstrated by no medical clues mobility testing

A)  MM counseling — Cannot do herpes test, since no herpes lesions found
    MMS xr routine    Hepatitis panel requested
    No muscle cream needed —
    ......



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Wright, Richard #187146 | D.O.B.: 8/15/69 |
|---|---|---|

2/3/06   WT. 181½   BP 124/88 P74 R20  T 98⁴   O2 SAT 98%   c/o back problems.  — — —                            ō j/oxygen

Back hurt — off and on —
                4 months
            New present pain since 3days
"Inmate states is ē to injuries caused by three officers
   in November"
Pains in during sleep when he turn and toss
day time — when it rains, when he sits > 30 min

Ⓞ     A X O x 3
      HEENT  Normal
      Neck supple — Shoulders  N/L ROM
      Lung  EAA · EV · NAR —
      LS  ✓  ROM Normal  able to touch toe B/L
      Straight raising 90° Bird —
      LS  Normal on palpation
      Very Mild Mild Tenderness on palpation at
      LS Spine area — No obvious muscle spasm —
      EXT — Normal · Neuro Normal
Ⓐ     XR — Normal Spine
      Lab ⊖  HBV/HCV —
      ?? Mild muscle Strain —
Ⓟ  Moist heat  15 m̄s · daily x 3cat —
Ⓔ  Back Exercises —                          ℞

PHS0119
60113 (5/85)          mplete Both Sides Before Using Another      st

| Date/Time | Inmate's Name: | Wright, Richard | D.O.B.: 8 / 15 / 67 |
|---|---|---|---|

2-9-06  Wt. 179    P 80    T 98⁸  B/p 120/70  R 20   O2sat 96%

c/o s' back pain + headache/insoles'

S)  Back hurts

    HA —

    feet - hurts —

O)  HEENT NC/AT          (illegible)

    ENT NL — except (illegible)

    (illegible)

    Lungs CTA

    (illegible)

    (illegible)

    EXT & GU

    feet - Normal (illegible)

    Toe Nails — and other exam NL

    Pedal Pulses 2+

    MJS    Spine - ROM NL

        NT - No Swelling

        (illegible)

        all other Joints - ROM NL    No Swelling

        (illegible) - normal

A)  Flat arches bilatally — ( with insoles )

    (illegible)

P)  (illegible)

    (illegible)



**PRISON
HEALTH
SERVICES
INCORPORATED**

## PROGRESS NOTES

| Date/Time | Inmate's Name: Wright, Richard | D.O.B.: 8/15/67 |
|---|---|---|

2/16/06   WT. 178   BP 138/90   T. (99⁶)   P 77   R 20   0₂ 97

C/o back (mid & lower) pain Also Rt Temporal

Headache 3 Bm for S/C c class Abuse c Hx 6°

reprted pain to frontal area of head states pain continous

Seen me on 2/9/06 for Back reported pain c Hx plan and

med given at that time reports Back pain emerges c

"aching like injures" x 1½ mouth          ⊖ Meds

MAO USS Anex3 Neuro intact   Allergic Tylenol

Ambulates 5 D/f   ⊕ Nlu today          Art P/O

HEENT   'm'z intact Bil ⊖ Rninea ⊖ swelling

Ant. Turbinates Red Swollen (+) mys, ⊖

throat clean ⊕ maxillary sinus slightly tny

℞ wnl ⊕ frontal sinuses

Spine ⊖ masses ⊕ R.o.m. Slight tend to lateral

area around thoraci spine B/T 4/6 rib posterior

c m. ld tend to t-s S, area c palp

SLR ⊕ Bil X-leg raise (-)   equal strength

Bil LE.

A   mild muscle pull to Back

HA   ↑ temp

P/P   Motin 300 mg ii po TID x 3 days

flexen 10 mg, i po TID x 3 days

cont c back exercises as directed / written onesheet

Sudafed 30 mg i po B.O.K 3 days   re Back Pain/sinus

CTM i po BID X 3 days   L/T i   i day   Rt ear Pain

PHS0120

| Date/Time | Inmate's Name: Wright, Richard  187140 | D.O.B.: 8/15/67 |
|---|---|---|

2-20-06  188      P 78      T 97      B/p 126/86    R 20   02 sat 99%

c/o Back Pain/profile for shower

0)  Go Back

head hurting only some days —

Not hurting now —

HXXX?

HEENT — X Jaundice —    PERRLA/EOMI —

Sinus fdts Not Tender —    Neck X LN Thy,

Lungs CTA    CV — NL x —    Abd    soft NT —

Ext X Edn —    Lenba 2+

Neuro - X

LS : NT — ROM NL    abl t Touch (normal —)  Toe, Brl —    feet — flex normal

No swelling    LS-NL ROM NT.,

Bl    Shoulder — ROM NL —    O/w Normal    Vertex or Pending effect

(A)    Normal Exam —

   ? Malingering — / elementary —

(P)    No    Need of any Meds — or fp

(E)    No   profile Needed

                          ρ/2



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Wright, Richard 18910 | D.O.B.: / / |
|-----------|--------------------------------------|-------------|

3-16-06              Note   3-10-06

S)   S/P

(c   Burns on face —

        8/c  shaving —

(2,        Back hurt — pain aching — most Am.

Fair — min/2005    intermittent comes and goes

            every day —

(3,   No   hearing in hard time @ Eye — finds hu—

        some times — all day —

O)   P/E   A×O×3       scalp ve.

HEENT — No tenderness over frontal frontale — wood removable

congested mildly — but no recent drain —      fair a humored

Heart Exam —            Eye: PERRLA/Exs,      No re new skin area

Lung: CTA / or air — Abd soft NT —     Ext: Edema —   S/O

feet clean. Toe nails are well trimmed —

Skin Turgor good —

MS    able to l w/ and w/ pain than STO   no area

↳  Rom or — throught by mishing — Tob1   no crotro or frained dep

    ↳ int— No evidence of SP/Sus — no mint mixes seratter

        CVP out/ out )

A)  Chr. atting: Chondie,   Normal LS spine with no clinical evidence

    Mote done.          of pain

P)  imaging Dine o e

        CBM S cop b 7 days



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Wright, Richard #187160 | D.O.B.: 8 15 167 |
|---|---|---|

3/14/06  Wt. 175 Th B/P 118/80, PRS R 18 T 98.2 O₂ Sat 97%

5) c/o back pain / HA

O)  VSS - afebrile                                    HEENT NL
    Ax0x3                                            Sinus Sds - NT
    Meets Mo-St heat protocols                       Nasal Mucosa -
    HA - pain in the back                            Non Congested
    wants something for pain                         Turbinate not Hyper
    needs B/P                                        Trachea -
    LS - N - ROM -
    abd E hernia thus sees with No Problem
    Removed Clothes No Problem -
    LS - N - ROM - NT - No Swelling or muscle Spasm
    HIP - 3 Mi - NL ROM -  Knees  No for Crepitus  No Swelling
    Normal  M/S System -
    CV - N/R /  Lungs CTA    Abd - Benign    Ext R&E - Neuro - Normal
    Basically Normal Exam
(A)  Resolving  allergic Rhinitis
    Normal Muskuls skeletal System
(P)  Cont - CTM
    He has Reg Exercise -
8)   no  need for Mo/St heat

                        JK

| Date/Time | Inmate's Name: | D.O.B.: / / |
|-----------|----------------|-------------|

3-24-06 Wt 188, T98.5 P75 R20 B/p 124/70 Sat 98%

C/o Continuous back and head pain c

No change pain score 8, refused annual
TB Test

Back hurts — Lower and Center of the back — bone —

Same times goes and comes —

~~Head~~ Ⓔ Arm (fore arm - hurt - with Bed rail) Tuesday,

Head ache — hurts x 18 mo — Comes and goes — Right note

has LBP. Front part — This spot fell — c yesterday

not associated c vomiting or nausea — Slept

O)     A x c x 3 — & dizziness, vomiting,

     Moves supple Q.N.

Sat, Squats, Removes Shoes — undressed without difficulty

TEENT     No JAT/PERRLA/ Eomi — no jaundice

     Fundoscopy grossly normal     Red Reflex Noted Bil —

     Trans fit — Now x Tender — both Frontal / Maxillary —

     Nasal mucosa pink mildly Congested — no discharge —

     Lungs CTA — Ev-NSR

     Abd. Benign

MS/     Spine NT — No Swelling — Rom normal

     (both Thoracic and LS spine)

     Other Joints: Rom NL — Good Motor Strength

     (W) fore arm — No Swelling NT — (No Bruise any

     Muscle Normal

A)     M. as usual Exaggerating Symptoms

     Normal MS-System —

     mild Chr allergic Rhinitis

P)     Hot Shower — followed by back Exercises — (In general fitness)

     Saline Nasal Spray — c Steroid Top

Ⓔ   Compliance —           Refused for PPD —

f



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Wright Richard 18740 | D.O.B.: 8/15/67 |
|---|---|---|

3-30-06  W 187,182   P 73   T 99⁸   B/p 126/90  R 20   O2 sat 99%

C/O back Pain / headache  ® Ankle pain - request for TB test

O)                                    ↓  "I am allergic"

Still hurts -                          to PPD -

Time vary -                           Want x Ray Chest

I don't back pain

hurt muscles --

Cannot dress he was hurt

Pain --

HA   Wake up c̄ HA - Some Time -

Some - Times in day Time  Come and goes --

in I hrd -

Ankle Pain --           J Tumbling.

hurt c̄ heel - was not in the previous visit

P/E -    Able to undress - with NO problem -

A x O x 3

HEENT - NL -   Neck Supple --

Lungs CTA - cv - NSR

Abd   Soft nc

LS Spine - nt -  ROM - NL -   Para lumbar level muscles - on ®

Pt subject to pain - but no swelling crepitus --

Ext & Ext  © Ank - extron flexion Abduction a₁b₂c₃n

Red - no rubetio or clubb --          PTO

| Date/Time | Inmate's Name: |
|---|---|

D.O.B.: / /

3.20.06    Cont'd    ® Ⓛ Ankle ROM NL -

Micro Extim Normal

(A) 1) Resolving Allergic *** Rhenitis/Sinusitis
    2) mild muscle Strain ® paravertebral - ?
    3) Skin abrasion - Ankle -

                                        1st Referring his - NA
                                        in Relation to 1st he
(P) 1) Cont Rhenitis/ *** -            relieved Some Time
    2) Band aid PRN - for Abrasion
    3) Motion: *** - Stren-Bene for muscle strain but his Motor NL
                                        CN - all Normal
                                        NC - motor Sensory intact
    (8) discussed about PPD            DTR Symmetric ***
                                        Cerebellar Coord - ***
                                        Babinski Sign Neg

PHS0127



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Wright, Richard 180140 | D.O.B.: 8 / 15 /6? |
|-----------|------|------|

4/7/04   wt. 182    B/P 133/89   P79 R18 T97.4

freak pain + head ache!                    no mental

A X O X 3                    health change.

c) Back hurts                    HEENT- PERELA/Eom

head hurts                    Sinus Lt. Non Tender — OkerEntm

all Frontal and maxillary —

Nasal per mucosa pink

Nostrils inde otenx - No Nasal polyps

Frontal & maxullar - No - NT-

No cobbled b.

Lungs CTA /        cc - NSR.    Abd - Benign

MS     is        Rom  no  nt  no swelling

Straight leg raising 90 int,    ext. Flons Rom  nl - nt

sensor     ext nl normal Exept  it 2

Circulation Good nl  No edor or Redness of feet

Romberg's &  Babin Swid neg - bil

A) Teens Znew allergy problems Resolved —

no musculoskeletal problems - found on clinical Exam.

normal Exam.

The inmate is Returns to the System and will bebeing

Every time he is here  So. Ten Rain head aches - is on A D/x

P) Referrals to M+ - And Recommend to Warden for Transferring

To other Camp for Reasons - Inmate developed even personal

antagonism a HSU, And Non Cooperative.  Every advice

HSU gives to M, M takes it as Negative every Time

PTO

| Date/Time | Inmate's Name: | | D.O.B.: | / | / |
|-----------|----------------|--|---------|---|---|

Contd— from the fran

4-7-06

and it is reaching to a point
that we are not effective too in providing health care —
because of non coop attitude of the inmate and his
hostility to the system.

addendum —

Im. refused PPD Test
on req by SOC

Im. asked CXR —
I advised non indicated inmates
Medical protocols Existing — finds
no indication.

R



PHS
PRISON HEALTH SERVICES INCORPORATED

# PROGRESS NOTES

| Date/Time | Inmate's Name: Wright Richard 187140 D.O.B.: 8/15/67 |
|---|---|
| 4-11-06 | WT/181 B/P 130/80 T 98.8 P 84 R 20 |
| | S' headache - back pain" |
| | → [illegible] |
| | headache - |
| | Spine |
| | Thoracic Not Tender normal [illegible] |
| | LS - no swelling [illegible] - no [illegible] |
| | straight leg raising - 90 [illegible] - no [illegible] |
| | No muscle atrophy |
| | all joints hips and knees [illegible] |
| | no claimed [illegible] for pain at LS area - |
| | [illegible] pain - |
| | HEENT - [illegible] |
| | no [illegible] |
| | [illegible] tenderness [illegible] |
| | Lungs clear |
| | [illegible] Normal NB: [illegible] always has |
| | Abd - benign Exam malingering habit |
| | neuro - unremarkable [illegible] complaints |
| | mild allergic rhinitis |
| | [illegible] LS. Pain [illegible] etiology |
| | [illegible] - |
| | benign [illegible] |
| | [illegible] |

60111 (5/85) Complete Both Sides Before Using Another Sheet

PHS0130



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Wright Richard 187140 | D.O.B.: 8 / 15 / 67 |
|---|---|---|

4-18-06  Wt 173   P 98   86   T 98⁸   B/p ¹¹⁴/₈₀ R 20 02sat 97

c/o Back Pain / Headache                    Some times in Am   lasting in 5 hrs

S)  BACK pain × Lower                         Some times in evening

middle — back —

Shooting in back  Aching —       Some times in Night

Starts as pain and Aching

(HA)  front part of head —

Vision blurred —       "pain I cannot

head numb —            explain

O)  PE   NE/AT   PERRLA/EOMI   (optometrist Record in Chart  4/13/06

fundoscopy grossly normal B/L

Sinus Site   NT —   Nasal Mucosa — no significant congestion

nor chest   no polyps —       Neck & TM's nl, THC,

other ENT = NL   Lungs CTA — CV. NSR  Abd Benign

Ext & EOE — 2+ pedal pulses — skin Temp good

MSI   spine — ROM NL — NT — No Swelling or muscle spasms

straight leg raising — 90° b/l

all joints · NT · ROM nl —

neuro fully normalll   DTR · Symmetrical · no extensor

Sensory deficit — CN · Normal, Cerebellar coord nl

Babin this Neg b/l

A)  Normal P/E —   no path'l or clinical findings

P)  No fu for the time being

Optometry Consult Pending   Jh

| Date/Time | Inmate's Name: | Wright Richard | D.O.B: 8/15/67 |
|-----------|----------------|----------------|-----------------|

4-2-06 wt 180, T 98.6 , T 98.8 B/p 134/80 , P 74
O2 sat 97% U/A done

C/O headache , backache

S) 1) LBP                                      ETOH +
   (2   HA - all time, Today no HA denies - drugs
              must beat raw out

O/E  A×O×3     PEARLA Eom,   HEENT - Normal
         CN - NL - Cerebellar coordinat normal.
         DTR - Symmetrical no motor or Sensory deficit
         Babinski's NL

MS - NT Spine   Rom NL                Slight intellectual
     Straight leg raising normal      functioning Memory Comprehension
     able to bend and Touch Toes -     NL - a good logical or
     other Exam unremarkable          telegram thought flow -
                                       no Confusion -

(A)  Head ache frontal, on and off - though
     Sinuses and other ENT exam NL

P)   Pending - Psychology/Psychiatry Consult
         r/o depression, or Tension HA (M always read and write)
     Rothll to the Environment

(E)  Pending Physic. Eval.                   √ Amblyopia/Strabismus
         Mohin Phx                            to Clinic by OPto
                  /R                                  /R

PHS0132



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Wright Richard | D.O.B.: 1/15/68 |
|---|---|---|

5-1-06  wt 180, O₂ Sat 98% P 62 T 98.8, R 22
B/P 130/80   C/O mid to lower back

G) No Acad other From Yesterday -

O) No new injury -

normal joints - movers -

Cont Medical Exam

Comfortable - able remove shoes, socks

Awd LS - ROM NL - NT btwn - knees NT -

able to touch toes - and Straight leg raising 90° Cont

(A) Normal btwn Exam -

no Rx meds

(P) Back exercise can be cont'd

IM is not yet with the

of his actions by refusing meds

5/5/06  wt 176#  124/8, P 80 R18 T 98.8

c/o back pain

O) Spine Thoracic and LS- Non Tender No Swelling

Rom NL- Able to touch Toes, reach ceiling with hands

Straight leg raising 90° normal.

No clinical evidence of any pain found

Im comfortable.

(A) Malingering

P) At this Point No meds -

(E) Back exercises

| Date/Time | Inmate's Name: | Wright Richard | D.O.B.: | / / |

5-12-06 wt 176, O₂ sat 98%, P 78, B/P 129/80
T 98.8 R 22, Request show popoff
C/O back pain, headache

O)      ∮ in Am                          Same time Continuous
        Forms in 6pm —                   Same times — time
        Non Cooperative to answer Questions While
        taking history              hostile argumentative
        LS  Spine Spine nl — Rom nl
                  No spasms              PERRLA/EOM
        ENT  Nasal Mucosa pink —
        No Cong — Breathing Well
        TM nl · Prf                        Mild aero media
        Throat Exam · nl —
        Lungs cta cv-NR  Abd Benign
        Ext R Seen —
        Neuro · CN Exam nl —
        No Motor/ nor Sensory deficit —
        DTR  Normal —
        Other Neuro/ MS - Exam nl —
(A)     Normal Exam
        No Clinical evidence/ from Allergy Nor —
            Other Correlation for any Known Clinical
            Head ache Syndrome   w/ Hx's Pattern of
        Malingering and reoffending
        LBP · also no clin correlation With No med Req - Etc
P)      do not ♈ need any Rx for HA/LBP  Since in my Judgement
        Treating empirically may be harmful for longer term



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Wright, Richard 187140 | D.O.B.: / / |
|---|---|---|

2-21-06    W.T. 170    BP 110/70    P 74    R 16    T 96.8    O2SAT 99% requesting x-ray?

TB, Headaches

"_cough_ x2_"

"_cant breath in TB for bar_"

_____ ex____ on

_____

21 ___

HEENT

H x e x 3

Nasal _____ _____ line

No _____ noted _ from PH ent.

Eyes _____ E__

Lungs CTA

Cardio

Abd benign

Ext normal

A child allergy rhinitis

P cont                              rechecked

bp 2 weeks               O2 does 2 act needed

| Date/Time | Inmate's Name: | D.O.B.: / / |
|---|---|---|

6.26.06  Wt. 170  P 75  T 98.4  B/p 113/70  R 20  O2 Sat 99%

c/o back pain

(O)  HEENT NL

IM states he has no NA - X-Ray

and not willing to answer any questions

regarding MH —

MS —

is resting

NT - no evidence of much trauma —

able to remove lines and put back

while standing

brought by nursing — pt to

ROM of all other joints w —

no joint pain or swelling

(A)  no residual related by him

no motor deficit

malingering

P)  good wt to medical especially —

IM has behavioral problems —

going to the physician

S)  PTU in seg for wt loss any c/o ? [illegible]

PTU is indicated —

| Date/Time | Inmate's Name: | D.O.B.: / / |
|-----------|----------------|-------------|
| 4/1/06 | (S) Headache c̄ eye stress & (illegible)  <br> - Neck pain 3 years — old injury stress  <br> - Back pain 3 years.  <br><br> L/S/S X-rays 12/05 Lumbar spine ⎫ NRM  <br> Thoracic spine ⎭  <br> 11/05 cervical spine dc - c-7  <br> narrowing with  <br><br> No evidence of ongoing problem based on intact  <br> (O) Observation / (illegible) Symptomatically  <br> (A) Pt seems angry & upset c̄ his attitude. Pt told  <br> nothing found that needed aggressive further  <br> treatment. He wanted my name & how to  <br> spell my name.  ⎯⎯⎯⎯ J Pessarton | |

PHS0137



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Wright Richard | D.O.B.: 8/15/67 |
| --- | --- | --- |

7/26/06 Wt 165, P73, u/Sat 98%, T98.3, P22

38y°m  BP 120/70 ① Backache and headache of joints
Ⓐ Tylenol    + temple areas. Sometimes throbbing sometimes not.

Toradol
Lortab
Ⓑ ② HEART ok  mild tenderness temples
    clot  clear lungs       back normal lordosis; DTR's + SLR's
    bcat Inm ok          ok
    abdom  oc

Ⓒ ③ Headache post trauma again
    Back pain. stat? exam of back & NL
    ④ (Recordons)                          Roy B.D.

8-1-06  WT. 161½  BP 122/90  P76  R20  T98  O2SAT 96%  neck, back, pain
    & headache (chronic complaints) ———            V/Young Tym

    Ⓢ 38yo BO → ℅ multiple complaints esp HA, and
    back pain, and Neck pres. The headache occurred
    2001 when in a fight his head was smashed again
    a table. 1 year later hurt back during
    altercation ℅ officer.

    Ⓞ alert/NAD. Seen angry
    PERRLA  TOWLS intact
    Fingn to nose Normal.
    Flexes chin onto chest 5 difficult.
    BACK – bends 5 difficulty
        & TTP bilat. & muscle spasm of
        L-S vertebrae spine
                            "mry"



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Wright, Richard #187140 | D.O.B.: 8/15/47 |
|---|---|---|

8/15/06 — Wt. 160# B/p 110/80, P 78 R 18 T 98.8 O₂ Sat 98%

Eye Chart ē glasses OU 20/20 OS 20/40 / 20/50 OD

s̄ glasses OS 20/70, OD 20/70, OU 20/70

c/o back pain (noncompliant ē medication)

requesting CXR, + insoles for feet.

Pt c/o persistant back pain and states he is
paranoid about his medication. His medication
caused him to be dizzy — therefore he stopped
taking. The medications were different colors
(but the same medication supposedly) which caused
the dizziness. I just need pain liniment
and hot shower to help my back.

Ⓢ Abd NAD)
L-5 spine TTP ē R-6 (L) paravertebral muscle
spasm.

Ⓐ Chr Low Back pain
Ⓟ Analgesic Balm / Hot Shower
Ⓔ T+ prn.
- Discuss the same medications may come in
different colors.

[signature]

| Date/Time | Inmate's Name: | D.O.B.: / / |
|---|---|---|

9/13/06 — (S) Alvin NAD c/o back pain    wt 157 (158# on 8/21/06)
lungs clr
Hx -sgs

(A) T.B concerns - I can't find any evidence of allergic
reaction to PPD placement or evidence
of having a (+) PPD
- Pt c/o wt loss, but went on a
hunger strike to protest Tx here at
prison. Wt down 1st lost 30 days
- C/o cough - lungs clear

(P) got Chest X-ray - neg. by me. I find nothing
to suggest or support TB or LTBI at this time

(E) If Chest (+) for TB or suspicion for TB - I will
recommend pt to population of do yearly Chest X-rays
- This was discussed c Nurse Hunter

[signature]

09/18/06    Chest X-ray is (-)
Pt will not take PPD test

No visible sign of TB or symptoms

- Will D/C to DOm

[signature]

 

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Richard W Wright          Date of Request: 22 Nov 04
ID # 187140                    Date of Birth: 15 Aug 67  Location: 4 Cell (Seg)
Nature of problem or request: I've requested some type of Cream. For the
Sores on my legs and hands. I've have the Following symptoms
and requesting blood and weight check. light colored defication easily
breaking of the skin, slow lost of vision, weight lost and a lost of hair
on head, low energy often times.          Richard W Wright dw.
                                        Signature

## DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective**

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                                    CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )   No ( )
              Was MD/PA on call notified:   Yes ( )   No ( )

*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT                PHS0141

GLF1000 7/95



*Seq*

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

2ᴺᵈ request

Print Name: Richard Wright Sr.     Date of Request: 23 Nov 04
ID # 187140                         Date of Birth: 15 Aug 67 Location: 4 Cell (Seg)
Nature of problem or request: I've requested some type of Cream For the
Sores on my legs and hands. I've have the following symptoms
and request blood and weight check. Symptoms: light color defication
easily breaking of the skin, slow lost of vision, weight lost and
lost of hair on head, low energy often times.    Richard W Wright sr.
                                              *Signature*

## DO NOT WRITE BELOW THIS LINE

Date: 11-24-04
Time: 0515  AM PM
Allergies: NKA

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

(S)ubjective: I'm very weak, and have Sores on my leg

(O)bjective

(A)ssessment: Amb in cell Agitated.

(P)lan: To see MD @ 1200

Refer to: (MD/PA) Mental Health   Dental   Daily Treatment     Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( ✓ )   EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )   No ( )
        Was MD/PA on call notified:   Yes ( )   No ( )

*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95                                                    PHS0142



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Richard Wright Sr _____ Date of Request: Nov 24, 2004 (wed)
ID # 187140 _____ Date of Birth 5 Aug 67 Location: 4 Cell (Seg)
Nature of problem or request: I've requested Some type of Cream For the
Sores on my legs and hands. I've had have the following symptoms
and request blood and weight check. Symptoms: light Color defecation
easily breaking of the skin, slow lost of vision, weight lost, lost of hair
on head, low energy often times. Richard W Wright Jr.
                                                    *Signature*

## DO NOT WRITE BELOW THIS LINE

Date: 11/26/04
Time: 0500 AM PM
Allergies: NKDA

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials 🗸 |

**(S)ubjective:** I've had these things going on for awhile
now & I've requested help before I'd
like to see the doctor

**(O)bjective** To have lab work done, ointments ordered & gone to make
placed on eye list to see Eye doctor on 11/30/04.

**(A)ssessment:** Alt in skin, Alt in comfort do to c/o.

**(P)lan:** Refer to see MD for futher eval.

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
                                          CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
     If Emergency was PHS supervisor notified:   Yes ( )   No ( )
          Was MD/PA on call notified:   Yes ( )   No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95                                                    PHS0143



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

4th Request

Print Name: Richard W Wright    Date of Request: 30 NOV 04

ID # 187140    Date of Birth: 8-15-67  Location: 4 Cell Seg

Nature of problem or request: I've request some type of cream for the sore's on my legs and hands. I have the following symptoms and request blood and weight check. Symptoms: light color defication easily breaking of the skin, slow lost of vision, weight lost and lost of hair on head, low energy often times    Richard W Wright Sr.

*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective**

**(A)ssessment:**

**(P)lan:**

Refer to: MD/PA  Mental Health  Dental  Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE (✓)   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )    No ( )
Was MD/PA on call notified:   Yes ( )    No ( )

_SIGNATURE AND TITLE_

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95                                                    PHS0144

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Richard Wright_          Date of Request: _2 Dec 04_
ID # _187140_                  Date of Birth: _8-15-67_ Location: _4 Cell Seg_
Nature of problem or request: _I have the following symptoms_
_and request blood and weight check. Symptoms light_
_color defication, easily breaking of the skin, slow lost_
_of vision, weight lost and hair on head, low energy often_
_times._
                                _Richard Wright_
                                        Signature

## DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

```
┌─────────────────────────────────┐
│          RECEIVED               │
│  Date:                          │
│  Time:                          │
│  Receiving Nurse Intials _____ │
└─────────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective:**

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
                                    CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )    No ( )
                Was MD/PA on call notified:   Yes ( )    No ( )

_____
                    *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95                                                    PHS0145

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Richard Wright_     Date of Request: _7 Dec 04_
ID # _187140_     Date of Birth: _5 Aug 67_ Location: _4 cell_
Nature of problem or request: _I've been having head aches since_
_Me and another inmate Fought and My head hit the_
_table or the Floor. I've wonder would you tell me what is_
_the problem with My Stomach having irregular pain and_
_passing gas Constantly_     _Richard Wilright_
                                                    *Signature*

## DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM PM
Allergies: _____

```
┌─────────────────────────────────┐
│            RECEIVED             │
│ Date:                           │
│ Time:                           │
│ Receiving Nurse Intials _____ │
└─────────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective**

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                              CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
       If Emergency was PHS supervisor notified:   Yes ( )     No ( )
              Was MD/PA on call notified:   Yes ( )     No ( )

_____

                    *SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95                                                    PHS0146

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Richard Wright_     Date of Request: _9 Dec 2004_
ID # _187140_     Date of Birth: _5 Aug 67_ Location: _4 Cell_
Nature of problem or request: _I've been having head aches since me and another inmate fought and my head hit the table or the floor. I've wonder would you tell me what is the problem with my stomach having irregular pain and passing gas constantly_
                                                            _Richard W Wright_
                                                            Signature

## DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

```
┌─────────────────────────────────┐
│          RECEIVED                │
│ Date:                            │
│ Time:                            │
│ Receiving Nurse Intials _____   │
└─────────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective**

_Inmate previously seen by me 12/10/04_

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
                                        CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )     No ( )
              Was MD/PA on call notified:   Yes ( )     No ( )

_____
**SIGNATURE AND TITLE**

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95                                                          PHS0147

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Richard Wright_          Date of Request: _14 Dec 04_
ID # _187140_                Date of Birth: _5 Aug 67_ Location: _4 Cell (Seg)_
Nature of problem or request: _I been having head aches since me_
_and another inmate fought and my head hit the table_
_or the floor. I've wonder would you tell me what is the_
_problem with my stomach having irregular pain and_
_passing gas constantly._                    _Richard W Wright Sr._
                                                      Signature

## DO NOT WRITE BELOW THIS LINE

Date: _12/12/04_
Time: _510_ AM PM
Allergies: _NKA_

| RECEIVED |
|---|
| Date: _12-12-04_ |
| Time: _510_ |
| Receiving Nurse Intials _LA_ |

**(S)ubjective:** _Wt.     BP 160/90   P.68   R.18   O₂ Sat 95%_
_my stomach Hurts afternoon Have irregular Heart beat at_
_times  My skin Breaking out. Headaches_

**(O)bjective** _Inmate alert in no distress with following_
_Complaints. Skin warm and dry. No rash noted_

**(A)ssessment:**

**(P)lan:** _See MD in Am  12/13/04 @ ?_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                                    CIRCLE ONE
Check One:  ROUTINE (X)     EMERGENCY ( )
      If Emergency was PHS supervisor notified:   Yes ( )    No ( )
      Was MD/PA on call notified:   Yes ( )    No ( )

_L. Anderson  LPN_
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Richard Wright_        Date of Request: _14 Dec 04_

ID # _187140_        Date of Birth: _15 Aug 67_ Location: _4 Cell_

Nature of problem or request: _Having Stomach Pains_
_head aches, Passing gas constantly, Heart_
_irregular beating some times_

_Richard W Wright_
Signature

## DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:** _"My Stomach hurts"_

**(O)bjective** _Inmate lying on bunk in Seg. States_
_just dont feel good_

**(A)ssessment:** _Alteration in comfort 2° Headache_

**(P)lan:** _To place in basket for Dr. to see_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )    No ( )
Was MD/PA on call notified:   Yes ( )    No ( )

_SIGNATURE AND TITLE_

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95                                    PHS0149

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Richard W. Wright, Sr.    Date of Request: 21 Dec 04

ID # 187140    Date of Birth: 15 Aug 67    Location: 4 cell (Seg)

Nature of problem or request: I would like to know the cause for me having the following symptoms: head aches, stomach pains, constantly passing gas, irregular heart beat.

Richard W. Wright
*Signature*

## DO NOT WRITE BELOW THIS LINE

Date: 12/23/04
Time: 500   AM PM
Allergies: NKDA

| RECEIVED |
|---|
| Date: 12-23-04 |
| Time: 500 |
| Receiving Nurse Initials AA |

**(S)ubjective:** B/p 120/80 P. 92 18 Temp 98² I am having Headache, Stomach pain irregular Heart Beat.

**(O)bjective** 20 Seg inmate sitting on Bunk. No acute distress noted. VS with in normal limits. Inmate note eating or taking Medication.

**(A)ssessment:**

Lab 12/02/04 : WNL.

**(P)lan:** See MD in AM Today

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE (X)   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   N
Was MD/PA on call notified:   Yes ( )

L. Anderson LPN
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/94                                                                 PHS0150

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Richard Wright_          Date of Request: _JAN 24, 2005_
ID # _187140_                    Date of Birth: _8-15-67_ Location: _15 Cell_
Nature of problem or request: _Infected Finger, Stomach_
_Pains, Suffering From headache and_
_rash in penis area._

_Richrd W Wright Sr._
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _01/26/05_
Time: _0510_      (AM) PM
Allergies: _NKA_

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:** _My finger is swollen + it hurts._

**(O)bjective:** _Inmate in reg. status finger hurt, no_
_swelling noted. States stomach hurt real bad._

**(A)ssessment:** _Alleration in Comfort 2° pain_

**(P)lan:** _To See so_

Refer to: (MD/PA) Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE (✓)  EMERGENCY ( )
If Emergency was PHS supervisor notified:  Yes (✓)  No ( )
Was MD/PA on call notified:  Yes ( )  No ( )

_M. Luen_
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95                                           PHS0151



## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _____          Date of Request: _____

ID # _____     Date of Birth: _August 7_  Location: _____

Nature of problem or request: _____

_____

_____

_____

_____          *Signature*

## DO NOT WRITE BELOW THIS LINE

Date: ____/____/____

Time: _____ AM  PM

Allergies: _____

```
┌─────────────────────────────────┐
│            RECEIVED             │
│ Date:                           │
│ Time:                           │
│ Receiving Nurse Intials _____  │
└─────────────────────────────────┘
```

**(S)ubjective:**


**(O)bjective**


**(A)ssessment:**


**(P)lan:**


Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN

CIRCLE ONE

Check One:   ROUTINE ( )      EMERGENCY ( )

If Emergency was PHS supervisor notified:   Yes ( )   No ( )

Was MD/PA on call notified:   Yes ( )   No ( )

_____

*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT                    PHS0152

## ...SON HEALTH SERVICES, INC
## SICK CALL REQUEST

Print Name: _Ricara Wright_    Date of Request: _Feb 05_
ID # _187140_    Date of Birth: _____ Location: _19 cell 5a_
Nature of problem or request: _Head aches need mi_
_____ cou to assue what is wing in out_

_____

_____

_Ricw_ _____
                    *Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM PM
Allergies: _____

```
┌─────────────────────────────┐
│         RECEIVED            │
│ Date:                        │
│ Time:                        │
│ Receiving Nurse Intials ____ │
└─────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective**

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
                              CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )    No ( )
                Was MD/PA on call notified:   Yes ( )    No ( )

_____
                    *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95                                                    PHS0153

**PHS**

# PRISON HEALTH SERVICES, Inc.
## SICK CALL REQUEST

Print Name: _Richard W Wright_    Date of Request: _19 Feb 05_
ID # _187140_    Date of Birth: _15 Aug 67_ Location: _19 Cell Seg_
Nature of problem or request: _I been having head ache_

_____

_____

_Richard W Wright Sr._
Signature

## DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

```
┌─────────────────────────────┐
│         RECEIVED            │
│  Date:                      │
│  Time:                      │
│  Receiving Nurse Intials ___│
└─────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective**

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
    If Emergency was PHS supervisor notified:    Yes ( )    No ( )
        Was MD/PA on call notified:    Yes ( )    No ( )

_____

*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

F1000 7/95                                                      PHS0154

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Richard Wright_          Date of Request: _22 Feb 05_
ID # _187140_       Date of Birth: _15 Aug 67_ Location: _19 Cell Seg_
Nature of problem or request: _I need some type of_
_cream for shaving rash and bumps_
_and an x-ray because I'm having_
_continual head aches and dizziness._

_Richard W Wright Jr_
                                                              Signature

### DO NOT WRITE BELOW THIS LINE

Date: _2/23/05_
Time: _0515_  (AM) PM
Allergies: _NKA_

| RECEIVED |
|---|
| Date: _2/23/05_ |
| Time: _0515_ |
| Receiving Nurse Initials _DK_ |

(S)ubjective: _"I need some cream for my face I have a razor bumps"_

(O)bjective: _B/120/70    P- 78    R- 16   T- 98.8_

(A)ssessment: _Alteration in Comfort_

(P)lan: _See MD_

Refer to:    MD/PA   Mental Health    Dental   Daily Treatment        Return to Clinic PRN
                                        CIRCLE ONE
Check One:  ROUTINE (✓)   EMERGENCY ( )
        If Emergency was PHS supervisor notified:    Yes ( )    No ( )
                Was MD/PA on call notified:    Yes ( )    No ( )

_Gloria Rogers_ _RN_
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/85                                                              PHS0155

**PHS**

PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Richard W Wright_          Date of Request: _24 Feb 05_
ID # _187140_                Date of Birth: _15 Aug 67_ Location: _19 Cell Seg_
Nature of problem or request: _Need an x-ray due to having_
_Continual Head aches, need some type of_
_anti-biotic cream for shaving rash with a_
_Shaving profile_

_____
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _2/25/05_
Time: _0515_   AM PM
Allergies: _NKA_

```
┌─────────────────────────────┐
│          RECEIVED           │
│ Date: 2/25/05               │
│ Time: 0515                  │
│ Receiving Nurse Intials PR  │
└─────────────────────────────┘
```

**(S)ubjective:** _"I need to have x-rays done of my head because I have headaches all the time"_

**(O)bjective** _BP 120/80   P- 76   R-16   T- 98.8_
_Wt,_

**(A)ssessment:** _Alteration in comfort_

**(P)lan:** _See MD_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( ✓ )   EMERGENCY ( )
   If Emergency was PHS supervisor notified:   Yes ( )   No ( )
      Was MD/PA on call notified:   Yes ( )   No ( )

_____
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95                                           PHS0156

**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: Richard W Wright    Date of Request: 25 Feb 05
ID # 187140    Date of Birth: 15 Aug 05 Location: 19 Cell (Seg)
Nature of problem or request:
Need head X-ray Constant head eches, Cream for
rash from shaving with profile

Richard W Wright sbu
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

```
RECEIVED
Date:
Time:
Receiving Nurse Intials _____
```

**(S)ubjective**

**(O)bjective**

**(A)ssessment**

**(P)lan**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One: ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )    No ( )
Was MD/PA on call notified:   Yes ( )    No ( )

*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1030 7/95                                                          PHS0157



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: Richard W Wright Sr.   Date of Request: 20 Mar 2005
ID # 187140   Date of Birth: 15 Aug 67 Location: Seg. 7 Dorm
Nature of problem or request: I would like to know the finding concerning
the injures I suffered in my head at bullock, could I get
some medication for head aches. Could I get another perscription
for face rash due to shaving.

Richard W Wright Sr.
*Signature*

**DO NOT WRITE BELOW THIS LINE**

Date: 3/21/05
Time: 1920   AM PM
Allergies: Tylenol, TB skin test

| RECEIVED |
| --- |
| Date: 3-21-05 |
| Time: 12.00 |
| Receiving Nurse Intials DS |

JKaulay 3/23/05

**(S)ubjective:** "I need something for headache
and share profile bumps, cream"

**(O)bjective** (V/S): T: 98.6   P: 51   R: 20   BP: 110/80   WT:
O2Sat 98%
rash- raised areas under chin and an jaw line
no drainge noted
headache c/o injury to head in Bullock Co. ; c/o headache
@ time

**(A)ssessment:** skin injury/confid lim alt

**(P)lan:** see Ms Floyd CRN
3-23-05 8:00am
Motrin 800 mg PO × 5 days - refuse med
V/O Ms Floyd CRN

Refer to: (MD/PA) Mental Health  Dental  Daily Treatment   Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( ✓ )  EMERGENCY ( )
      If Emergency was PHS supervisor notified:   Yes ( )   No ( )
      Was MD/PA on call notified:   Yes ( )   No ( )

A Manham
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PHS0158



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: Richard W Wright                Date of Request: April 26, 2005
ID # 187140                Date of Birth: Aug 15, 1967 Location: 9B (Seg)
Nature of problem or request: Requested Chest x-ray after having (4) T.B.
Skin test resulting in out break of sores, blured vision at
unusual times, Un explained head aches, Over 20 pound of
Weight lost and poping and aching in joints and dry coughs.
                                        Richard W. Wright Sn.
                                                    _Signature_

### DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM PM
Allergies: _____

```
┌─────────────────────────────────┐
│          RECEIVED               │
│  Date: 4-27-05                  │
│  Time: 12.30                    │
│  Receiving Nurse Intials  DS    │
└─────────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective**   (V/S):  T:_____   P:_____   R:_____   BP:_____   WT:_____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
                                            CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
        If Emergency was PHS supervisor notified:    Yes ( )    No ( )
        Was MD/PA on call notified:    Yes ( )    No ( )

_____
                _SIGNATURE AND TITLE_

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT            PHS0159



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: Richard W Wright, Sr.  Date of Request: April 28, 2005
ID # 187140    Date of Birth: 15 Aug 67 Location: 9B (seg)
Nature of problem or request: Requested chest x-ray after having (4)(T.B) skin test resulting in outbreak of sores, Blured vision at unusual times, unexplained headaches, over 20 pounds of weight lost and popping and achoing in joints and dry coughs.

Richard W. Wright, Sr.
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM  PM
Allergies: _____

```
┌─────────────────────────────────┐
│           RECEIVED              │
│  Date: 4·29·05                  │
│  Time: 9.00                     │
│  Receiving Nurse Intials DS     │
└─────────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective**   (V/S): T: _____  P: _____  R: _____  BP: _____  WT: _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )    No ( )
        Was MD/PA on call notified:   Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Richard W Wright Sr._     Date of Request: _May 1, 2005_
ID # _187140_     Date of Birth: _15 Aug 67_ Location: _9-B (Seg.)_
Nature of problem or request: _Requested chest x-ray after having (4) T.B._
_Skin test resulting in out break of sores, blured vision at unusual_
_times, unexplained head aches, over 20 pound of weight lose_
_and popping and aching in joints and dry coughs._
_Richard W. Wright. Sr_
*Signature*

**DO NOT WRITE BELOW THIS LINE**

Date: _5/2/05_
Time: _413_ AM (PM)
Allergies: _Tylenol_

| RECEIVED |
|---|
| Date: 5-2-05 |
| Time: 12:30 |
| Receiving Nurse Intials: DS |

_I need a profile for master lock_
**(S)ubjective:** _I'm still having blurred vision &_
_headache. The doctor gave me something for_
_a cough and it went away but now it's back._
_I need refill for benzoyl peroxide because of the bump in my face._

**(O)bjective** (V/S): T: _99.4_ P: _62_ R: _16_ BP: _128/82_ WT: _178_
_O₂ 97% Sat resp even no distress noted_
_Skin w/d intact face not red or swollen lungs clear bilateral_
_no cough noted @ this time_

**(A)ssessment:** _alter in comfort_

**(P)lan:** _to see Dr. Rayapati on 3-5-05 @ 800am_
_& keep appointment as schedule_

Refer to: (MD)/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE (✓)     EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_Robert W Wright Sr_

_S Thompson_
*SIGNATURE AND TITLE*

WHITE:     INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT          PHS0161

GLF-1002   (1/4)



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: Richard W Wright, Sr.    Date of Request: May 12, 2005
ID # 187140    Date of Birth: Aug 15, 1961 Location: 9-B (seg)
Nature of problem or request: I was advised by the dental examiner to sign up for a dental appointment, would you assign me an appointment. I need to see the doctor concerning frequent head ache, blured vision, poping and stiffness in joints, razor bumps and skin irritation in beard area.    Richard W. Wright Sr.
                                                               Signature

### DO NOT WRITE BELOW THIS LINE

Date: 5/12/05
Time: 1635 AM PM
Allergies: T.B. skin test    Tylenol

| RECEIVED |
|---|
| Date: 5-12-05 |
| Time: 18:30 |
| Receiving Nurse Intials: DS |

**(S)ubjective:** "I need to see the doctor bad"

**(O)bjective** (V/S): T: 97.8    P: 82    R: 24    BP: 134/80    WT: 176

**(A)ssessment:** c/o painful joints, headaches, request oint for shave bumps, see current profiles for shaving, current on eye doctor list, raised area on neck, face, chin

Comfort level all,

**(P)lan:** See Dr Raypati    (R) continue current profiles & meds
5-16-05 @ 9 am

Refer to:  (MD)/PA   Mental Health   Dental   Daily Treatment    Return to Clinic PRN
                                    CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
        If Emergency was PHS supervisor notified:    Yes ( )
                    Was MD/PA on call notified:    Yes ( )

_____
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002 (1/4)    PHS0162



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

### PRISON HEALTH SERVICES, INC.
### SICK CALL REQUEST

Print Name: _Richard Wright_    Date of Request: _6 June 05_
ID # _187140_    Date of Birth: _15 Aug 67_ Location: _9-B-(seq)# 904_
Nature of problem or request: _Poping and stiffness in joints,_
_~~carat stiffness~~, need refill for Acne medication_
_Follow-up treatment, Headache's and blured_
_Vision._

_Ruhl W Wylt Sr._
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _6/6/05_
Time: _7:10_ AM PM
Allergies: _Tylenol, TB thin lat_

```
RECEIVED
Date: 6-6-05
Time: PHS
Receiving Nurse Intials DS
```

**(S)ubjective:** _Pain and stiffness in joints in wrists, and_
_legs and hips. Headaches often, and I need my acne_
_medication renewed._

**(O)bjective** (V/S): T: _97.8_  P: _72_  R: _18_  BP: _126/92_ WT: _171_ #
_BM alert pt oriented x 3. Requests refill of acne medication. C/_
_pain and stiffness to joints._

**(A)ssessment:**
_alteration in comfort._

**(P)lan:** _to HCU on Tuesday 6-7-05 at 8:00 am for_
_an appointment with Dr Rayapati_

Refer to:  (MD/PA)  Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )    No
Was MD/PA on call notified:    Yes ( )    No

_A Mclephor_
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:    INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT        PHS0163
1F-1003  (1/4)



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: Richard W. Wright   Date of Request: June 20, 2005
ID # 187140    Date of Birth: 15 Aug 67 Location: I-B (Seg.)
Nature of problem or request: Popping and stiffness in joints,
still having Frequent head aches, once Release From
(Seg) Could I be placed on a Dict which will increase
my Weight back to normal, have Glasses returned?
Richd W Wright Jr.
_Signature_

### DO NOT WRITE BELOW THIS LINE

Date: 6/20/05
Time: 640 AM PM
Allergies: _____

> RECEIVED
> Date: 6-20-05
> Time: 12:15
> Receiving Nurse Intials: DS

**(S)ubjective:** In having frequent headache. I'm having
stiffness and popping joints. I need my blood sugar
check

**(O)bjective** (V/S): T: 99.4  P: 90  R: 20  BP: 118/80  WT: 170
Ambulatory to HCU steady gait (via 2 officers) skin
w/b

**(A)ssessment:** alteration in comfort


**(P)lan:** to see Dr. Rayapati on 6-21-05 @ 800AM
to keep appointment as schedule      Richd W Wright

Refer to:   MD/PA  Mental Health  Dental  Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( ✓ )  EMERGENCY ( )
      If Emergency was PHS supervisor notified:   Yes ( )   No ( )
      Was MD/PA on call notified:   Yes ( )   No ( )

_SIGNATURE AND TITLE_

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PHS0164

GLF-1002  (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

### PRISON HEALTH SERVICES, INC.
### SICK CALL REQUEST

Print Name: Richard W. Wright, Sr.    Date of Request: June 21, 2005

ID # 187140    Date of Birth: Aug 15, 61 Location: 9-B (Seg)

Nature of problem or request: Popping and stiffness in joints, still having frequent head aches, once release from (seg) could I be placed on a diet which will increase my weight back to normal. Have glasses return? I need my blood sugar level cheak.

Richard W. Wright, Sr.

*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: 6/22/05

Time: 1700 AM PM

Allergies: NKA

┌─────────────────────────────┐
│          RECEIVED           │
│ Date: 6-22-05               │
│ Time: 12:30    DS           │
│ Receiving Nurse Intials: DS │
└─────────────────────────────┘

**(S)ubjective:** See Above —

**(O)bjective** (V/S): T: 98⁹  P: 76  R: 18  BP: 100/80  WT: 169#

**(A)ssessment:** alt in Comfort —

**(P)lan:** Refer to Dr. Rayapati on Thurs. 4/23/05 @ see 8am

Refer to (MD/PA)  Mental Health  Dental  Daily Treatment    Return to Clinic PRN

CIRCLE ONE

Check One:  ROUTINE (✓)  EMERGENCY ( )

If Emergency was PHS supervisor notified:   Yes ( )   No ( )

Was MD/PA on call notified:   Yes ( )   No ( )

T. Starlis, LPN

*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE

YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PHS0165

GLF-1002  (1/4)



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: Richard W Wright Sr.   Date of Request: June 28, 2005
ID # 187140   Date of Birth: 15 Aug 67 Location: (6-B) 1-B
Nature of problem or request: Having another reaction in skin after taken T.B. skin test. What Should I do?

Richard W Wright Sr.
*Signature*

**DO NOT WRITE BELOW THIS LINE**

Date: 6/29/05
Time: 3:00 pm AM (PM)
Allergies: NKDA

```
RECEIVED
Date: 6-29-05
Time: 11:45
Receiving Nurse Intials DS
```

**(S)ubjective:**

**(O)bjective** (V/S): T: _____ P: _____ R: _____ BP: _____ WT: _____

**(A)ssessment:** No Show / Waive

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )     No ( )
        Was MD/PA on call notified:   Yes ( )     No ( )

S Williams RN
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PHS0166

GLF-1002   (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Richard W. Wright          Date of Request: June 30 2005
ID # 187140          Date of Birth: Aug 15, 1961 Location: 6B/1T
Nature of problem or request: Having a reaction in skin (light
spots) and itching after taken the T.B skin
test again

Richard W. Wright Sr.
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: 6/30/05
Time: 5 pm AM PM
Allergies: N/K/A

```
RECEIVED
Date: 6-30-05
Time: 11:45
Receiving Nurse Initials DS
```

**(S)ubjective:** I'm getting the same thing like before
when I got the TB skin test, Everywhere I have a scar
it itches also my scalp. This is the 4th time I've had a
TB skin test within the last year. I refuse to take it so

**(O)bjective (V/S):** T: 98    P: 74    R: 18    BP: 122/86   WT: 175
take it, I went to seg and they would not let me out until I agreed to
— I/m B/m ambulated to HCU C steady gait alert
oriented X3 - skin w/o intact romeur, Rash Many fine
Rash to scalp. C/O itching - Last TB skin test given 6/24/05 pine
further has numerous - white spots to arms chest, @ neg —

**(P)lan:** Refer to Dr. Rayapati 7/1/05 — 8:30 Am

Refer to: (MD/PA)  Mental Health  Dental  Daily Treatment     Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE (X)     EMERGENCY ( )
If Emergency was PHS supervisor notified:     Yes ( )     No
Was MD/PA on call notified:     Yes ( )     No

Richard W Wright 187140     D Williams RN     *SIGNATURE AND TITLE*

WHITE:     INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT          PHS0167

GLF-1002  (1/4)



PHS
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Richard W Wright, Sr.     Date of Request: July 12, 2005
ID # 187140     Date of Birth: 15 Aug 67 Location: 6B1 1B
Nature of problem or request: Need some thing For head
aches. Placed on Diet to increase body
weight back to normal

#2 of 2

Richard W. Wright Sr.
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: 7/13/05
Time: 5:20 AM/PM
Allergies: Tylenol

RECEIVED
Date: 7-13-05
Time: 11:50
Receiving Nurse Intials _DS_

(S)ubjective: Headache comes + goes May not come back
in 4-5 days – Pain level 5/10

(O)bjective    (V/S): T: _See_ P: _Page_ R: _I_    BP: _____    WT: _____

(A)ssessment:   See Page I

(P)lan:   Refer to Dr. Rayapati 7/14/05 /8:00 Am

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE (X)     EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_Richard W Wright Sr._   _S Williams RN_
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PHS0168

GLF 1002   (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

### PRISON HEALTH SERVICES,
### SICK CALL REQUEST

#1⊕

Print Name: _Richard W. Wright, Sr._  Date of Request: _July 12, 2005_
ID # _187140_    Date of Birth: _15 Aug 67_ Location: _6B/1B_
Nature of problem or request: _Sores and tender spots on Face and_
_head after taken T.B. Skin test. Need insoles / arch_
_Supports For Boots. Need a master lock (profile) For_
_blurred Vision. Am I still scheduled to see the eye_
_doctor?_
                                    _Richard W. Wright, Sr._
                                    Signature

### DO NOT WRITE BELOW THIS LINE

Date: _7/13/05_
Time: _1707_ AM (PM)
Allergies: _TYLENOL, TB SKIN TEST SENN_

┌─────────────────────────────┐
│        RECEIVED             │
│ Date: _7-13-05_            │
│ Time: _11:50_             │
│ Receiving Nurse Intials. _DS_ │
└─────────────────────────────┘

Pain

**(S)ubjective:** The places on my face now is Sore & tender (after taken TB Skin test) → I need my glasses desired to see the eye Dr. Rayapati — as listed above — needs insoles because my feet hurt Sat 97% — HA moves move —

**(O)bjective (V/S):** T: _98.7_  P: _74_  R: _16_  BP: _148/106_  WT: _179#_
c/o arch and ball of feet hurts — Informed I/M that to PRT medical does not handle master lock Profile — refer to ROS Rayapati for same —

**(A)ssessment:** alt in Health Maintaince

I/M informed to ✓ newsletter daily for eye list.

**(P)lan:** Refer to MD for: ① Sores/tender spots on face and master lock Profiles ② WNS speak with MS. Campbell Re: glasses + eye Exam ③ Refer to MD headache daily for _____ WST

①headache

Refer to:  MD/PA  Mental Health  Dental  Daily Treatment  (Return to Clinic PRN)
                        CIRCLE ONE

Check One:  ROUTINE (X)    EMERGENCY ( )       Report to HCV 7/14/05
   If Emergency was PHS supervisor notified:  Yes ( )  No ( )    8:00 Am appt with
   Was MD/PA on call notified:         Yes ( )  No ( )    Dr. Rayapati

_Richd W Wright Sr._     _S. Williams RN_
                    SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT          PHS0169

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
### SICK CALL REQUEST

Print Name: Richard W. Wright Sr.    Date of Request: July 13, 2005

ID # 187140    Date of Birth: 15 Aug 67 Location: 6-B bed #7

Nature of problem or request: Sores and tender spots on Face and head after taken T.B. skin test. Need insoles / arch supports For Boots. Need a master lock (profile) For blurred Vision. Need some thing For head aches. Placed on diet to increase body weight back to normal. Richard W. Wright Sr.

*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: 7/15/05
Time: 9:05  AM PM
Allergies: Tylenol

RECEIVED
Date: 7-19-06
Time: 12:00
Receiving Nurse Intials DS

IF 7/20/05

(S)ubjective: "I still have the same problems; I saw the doctor yesterday and he didn't do anything about my complaint."

(O)bjective (V/S): T: 97²  P: 80  R: 18  BP: 144/88  WT: 178  02 Sat 98%

(A)ssessment: B/M amb to HCU c steady gait - complaints as listed above are same submitted on 7/12/05 for which he saw the Dr. on 7/14/05, I/M suggests Dr. did nothing, and he still has those complaints.

(P)lan: ① Suggest I/M to speak with HSA and/or Warden he feels dissatisfied with Phys. findings & TX plan.
② Appt with Dr. Raja Lat 7/19/05 - 8:00 Am.

Refer to:   (MD/PA)  Mental Health   Dental   Daily Treatment   (Return to Clinic PRN)
CIRCLE ONE

Check One:  ROUTINE (X)   EMERGENCY ( )

If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

X Richard W. Wright Sr.    S Williams RN
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PHS0170


**Nursing Evaluation Tool:**                                    <u>General Sick Call</u>

Facility: VENTRESS

Patient Name: _Wright_ _Richard_
                          Last                    First

Inmate Number: _18__140_        Date of Birth: _8_ / _15_ / _67_
                                                              MM   DD    YYYY

Date of Report: _11_ / _22_ / _05_      Time Seen: _145_ AM / **PM** Circle One
                     MM   DD   YYYY

**Subjective:** Chief Complaint(s): _Hip ABC joint fittings, eyeglasses to_
_strong will fracture._ Onset: _When institution event_ _master to_

Brief History: _All request the I'm giving, not sure how to_
(Continue on back if necessary) _address I'm unable, other then TAS Topical_
_Force Dr. Lee I'm._

☐ Check here if additional notes on back

**Objective:** Vital Signs: (As Indicated)  T: _97⁵_  P: _84_  RR: _20_  B/P: _130_ / _180_

Examination Findings: _Have I'm using glasses over for Dr. Murray_
(Continue on back if necessary) _tube C very far damps skin on prescribe._

**Assessment:** (Referral Status)     Preliminary Determination(s): _Empel [illegible]_
                                              ☐ Check here if additional notes on back
  ☐ Referral <u>NOT REQUIRED</u>

  ☑ Referral <u>REQUIRED</u> due to the following: (Check all that apply)
      ☐ Recurrent Complaint (More than 2 visits for the same complaint)
      ☑ Other: _Need to speak to MD about med for headache_
_need to bring glasses for Dr. Murray to see the problem_

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
  ☐ Instructions to return if condition worsens.
  ☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☑ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
  ☐ Other: _____
              (Describe)
OTC Medications given  ☐ NO  ☑ YES (If Yes List): _TAS Topical_

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): _Dr. [illegible]_      Date for referral: _11/30/05_
                                                                                  MM  DD  YYYY
Referral Type: ☑ Routine  ☐ Urgent  ☐ Emergent  (if emergent who was contacted?): _____  Time _8400_

X _[signature]_                          Name: _____
      Nurses Signature                              Printed

PHS0171



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Richard W. Wright Sr. Date of Request: 22 Nov 05
ID # 187140     Date of Birth: 15 Aug 61 Location: 10B-55
Nature of problem or request: My vision is still blurring
(how) do I apply for a prescription
for corrective glasses and obtain them.

Richard W. Wright, Jr.
*Signature*

## DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

```
RECEIVED
Date: 11-22-05
Time: 9:00
Receiving Nurse Intials JJS
```

**(S)ubjective:**

**(O)bjective**   (V/S): T: _____   P: _____   R: _____   BP: _____   WT: _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )     No ( )
              Was MD/PA on call notified:   Yes ( )     No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)                                        **PHS0172**

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Richard W Wright Sr._ Date of Request: _22 Nov 05_
ID # _18714c_    Date of Birth: _15 Aug 61_ Location: _1018-SS_
Nature of problem or request: _I'm still having popping
and stiffness in my joints. I did
the exercise recommended by Dr. Raypat?
(the paper he had the nurse give me) but
the problems still exist. Richard W Wright, Jr._

_Signature_

## DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
| --- |
| Date: _11/22/05_ |
| Time: _9:00_ |
| Receiving Nurse Initals _DS_ |

**(S)ubjective:**

**(O)bjective**  (V/S): T:_____   P:_____   R:_____   BP:_____   WT:_____

**(A)ssessment:**

**(P)lan:**

Refer to:    MD/PA    Mental Health    Dental    Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )

_____
_SIGNATURE AND TITLE_

WHITE:    INMATES MEDICAL FILE
YELLOW:    INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)

PHS0173

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Richard W. Wright_     Date of Request: _22 Nov 05_
ID # _187140_     Date of Birth: _15 Aug 67_ Location: _10/B-55_
Nature of problem or request: _Still having head aches_
_and would like to apply For_
_(K.O.P) Keep on person For these ex-_
_treme head aches, which come upon me_
_in which I have sought_ _Richard W. Wright, Jr._
_treatment For in the past_     *Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
| --- |
| Date: _11/22/05_ |
| Time: _9:00_ |
| Receiving Nurse Intials _DS_ |

**(S)ubjective:**

**(O)bjective   (V/S): T:**_____  **P:**_____  **R:**_____  **BP:**_____  **WT:**_____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )     EMERGENCY ( )
     If Emergency was PHS supervisor notified:     Yes ( )     No ( )
          Was MD/PA on call notified:     Yes ( )     No ( )

_____
*SIGNATURE AND TITLE*

WHITE:     INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)                                                                 PHS0174

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Richard W Wright          Date of Request: 23 Nov 05

ID # 187140          Date of Birth: 15 Aug 67  Location: 10-6/55

Nature of problem or request: I've had symptoms of Hepatitis
(see Medical records) loss of appetite, tiredness,
pain in muscles, joints and stomach. Hepatitis
can cause long terms illness that leads to liver
damage (Cirrhosis) liver cancer Richard W Wright
and death For such reasons I would **Signature**
like to be tested **DO NOT WRITE BELOW THIS LINE** For Hepatitis A, B, and
                                                                 C.

---

Date: ____/____/____

Time: _____ AM  PM

Allergies: _____

| RECEIVED |
| --- |
| Date: 11/23/05 |
| Time: 1:01 |
| Receiving Nurse Initials DS |

**(S)ubjective:**

**(O)bjective**    (V/S):  T: _____    P: _____    R: _____    BP: _____    WT: _____

**(A)ssessment:**

**(P)lan:**

Refer to:    MD/PA    Mental Health    Dental    Daily Treatment        Return to Clinic PRN
                                        CIRCLE ONE  .

Check One:    ROUTINE ( )        EMERGENCY ( )

          If Emergency was PHS supervisor notified:      Yes ( )      No ( )

                    Was MD/PA on call notified:      Yes ( )      No ( )

---

*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE

YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)                                                          PHS0175



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
### SICK CALL REQUEST

Print Name: _Ramon Whatley Sr._ Date of Request: _Dec 8 2005_
ID # _187440_ Date of Birth: _8/15/67_ Location: _INF # 108_
Nature of problem or request: _after being educated on symptoms_
_of Hepatitis I have had symptoms in the_
_past of hepatitis For such reason I would like to_
_see proparly tested for A,B and C hepatitis diseases_
_Thank U Ramon W._

_Signature_

### DO NOT WRITE BELOW THIS LINE

Date: _12/11/05_
Time: _1442_ AM  PM
Allergies: _____

```
            RECEIVED
Date: 12/11/05
Time: 1442              g
Receiving Nurse Intials __g__
```

**(S)ubjective:**

**(O)bjective** (V/S): T:_____ P:_____ R:_____ BP:_____ WT:_____

**(A)ssessment:** _Appt c Dr Rayapati_
_12/12/05 @ 0800_

**(P)lan:**

Refer to:  MD/PA  Mental Health  Dental  Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:  Yes ( )    No ( )
Was MD/PA on call notified:  Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

PHS0176

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Richard W Wright Sr_    Date of Request: _Dec 8th 2005_
ID # _187140_    Date of Birth: _8/05/47_ Location: _ZAF # 104_
Nature of problem or request: _The doctor indicated upon my_
_last visit he would issue me something to_
_support my back and start walk. Is this still_
_possible?_

_RW Wright_
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: _12/11/05_
Time: _1442_ AM PM
Allergies: _____

| RECEIVED |
|---|
| Date: _12/11/05_ |
| Time: _1442_ |
| Receiving Nurse Initials _JY_ |

**(S)ubjective:**

**(O)bjective**    (V/S): T: _____    P: _____    R: _____    BP: _____    WT: _____

**(A)ssessment:**

_Appt c Dr Rayapati_
_12/12/05 @ 0800_

**(P)lan:**

Refer to:    MD/PA    Mental Health    Dental    Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )

*SIGNATURE AND TITLE*

PHS0177

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
### SICK CALL REQUEST

Print Name: Richard W Wright    Date of Request: Dec 10, 2005

ID # 187140    Date of Birth: 9/15/67 Location: InF #103

Nature of problem or request: I'm still having pain in my back a would like some For my pain (Ibrophen) possible

Richd W Wright Sr.
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: 12/11/05

Time: 1442 AM PM

Allergies: _____

| RECEIVED |
|---|
| Date: 12/11/05 |
| Time: 1442 |
| Receiving Nurse Intials: _____ |

**(S)ubjective:**

**(O)bjective**    (V/S): T: _____ P: _____ R: _____ BP: _____ WT: _____

**(A)ssessment:**

Appt ā dr. Rappati
12-12-05

**(P)lan:**

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN

CIRCLE ONE

Check One:   ROUTINE ( )     EMERGENCY ( )

If Emergency was PHS supervisor notified:    Yes ( )     No ( )

Was MD/PA on call notified:    Yes ( )     No ( )

_____
*SIGNATURE AND TITLE*

PHS0178

WHITE:    INMATES MEDICAL FILE

YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PHS

VCF

**Nursing Evaluation Tool:**                    <u>General Sick Call</u>

Facility: BBB

Patient Name: _Wright, Richard_
                   Last

Inmate Number: _127440_
                First
      Date of Birth: _08 , 15 , 1967_
                       MM  DD  YYYY  MI

Date of Report: _12 , 11 , 2005_
                    Time Seen: _1442_  AM / PM Circle One
       MM  DD  YYYY

_Alt Tylenol? PPD skin test_

<u>Subjective</u>: Chief Complaint(s): _Varrices ABC "Rash on Penis + genital area; Crutches to asst_
_c walking; need pain med for back_
   Onset: _____

Brief History: _Refer to back of page_
(Continue on back if necessary)

_____

_____

_O₂ Sat 98%_                                                    ☐ Check Here if additional notes on back
<u>Objective</u>: Vital Signs: (As Indicated) T: _92.6_  P: _61_  RR: _20_  B/P: _116 / 60_

Examination Findings: _No rashes or abnormalities noted on nose. Skin is dry to legs Abd_
(Continue on back if necessary)
_Scratch noted front V leg c scalp. denies scratching + itting etc. Refuses_
_to let nurse access private area. Request male to examine them._

_____
                                        ☐ Check Here if additional notes on back

<u>Assessment</u>: *(Referral Status)* Preliminary Determination(s): _____
    ☐ Referral <u>NOT REQUIRED</u>
    ☒ Referral <u>REQUIRED</u> due to the following: (Check all that apply)
        ☐ Recurrent Complaint (More than 2 visits for the same complaint)
        ☐ Other: _Refer to back of page_

_____

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

<u>Plan</u>:   Check All That Apply:
    ☐ Iinstructions to return if condition worsens.
    ☒ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
    ☐ Other: _____
        (Describe)
OTC Medications given ☒ NO  ☐ YES (If Yes List): _____

Referral. ☐ NO, ☒ YES (If Yes, Whom/Where): _Dr. Griggith_                    Date for referral _3 , 12 , 2005_ COMO
                                                     MM  DD  YYYY
Referral Type: ☒ Routine  ☐ Urgent  ☐ Emergent (if emergent who was contacted?): _____                Time _____

x _Gistenson LPN_                    Name: _Gloria Johnson LPN_                    PHS0179
    Nurses Signature                                    Printed

Nursing Evaluation Tool:                                    General Sick Call

Facility: VENTRESS

Patient Name: _Wright_                          _Richard_
                        Last                              First                    MI

Inmate Number: _189148_                    Date of Birth: _8 / 15 / 67_
                                                                          MM    DD    YYYY

Date of Report: _12 / 14 / 05_             Time Seen: _1:05_  AM / PM (Circle One)
                      MM    DD    YYYY

**Subjective:** Chief Complaint(s): _Muscle Ache, Crutches,_

Onset: _3 day new._

Brief History: _brought to HCU from seg [?]. C/o muscle_
(Continue on back if necessary)
_ache. Requesting crutches or walker that can_
_be used for support until strength is regained._

☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T: _98.8_ P: _80_  RR: _20_  B/P: _145 / 85_

Examination Findings: _attempts to stand c aid of sink as support_
(Continue on back if necessary)
_make steps obtains. Pain radiating from lower back_
_to R in shoulder & mid back._

☐ Check Here if additional notes on back

**Assessment:** (Referral Status)        Preliminary Determination(s): _Alteration in Health_
    ☐ Referral **NOT REQUIRED**                                      _Comfort_

    ☑ Referral **REQUIRED** due to the following: (Check all that apply)
        ☐ Recurrent Complaint (More than 2 visits for the same complaint)
        ☐ Other: _no muscle rub in Pharmacy_

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of
the appropriate care to be given.

**Plan:** Check All That Apply:
    ☐ Instructions to return if condition worsens.
    ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they
    should do as well as appropriate follow-up. ☐ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
    ☐ Other: _____
                (Describe)

OTC Medications given  ☐ NO  ☐ YES (If Yes List): _____

Referral:  ☐ NO  ☑ YES (If Yes, Whom/Where): _Davenport_              Date for referral: _12 / 14 / 05_
                                                                                                          MM  DD  YYY

Referral Type: ☐ Routine  ☐ Urgent  ☐ Emergent  (if emergent who was contacted?): _____    Time: _____

X _____          Name: _____
        Nurses Signature                              Printed

PHS0180



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Richard Wayne Wright Sr. Date of Request: 15 Dec 05
ID # 187140                Date of Birth: 15 Aug 67 Location: Infirmary # 163
Nature of problem or request: Follow up treatment need Crutches
or / Walker; need pain relieving Rub (For Muscles aches);
need testing For Hepatitis A, B, and C; and need testing
For Herpes / Herpes Simplex.

Richd W. Wright, Sr.
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: 12/14/05
Time: 1:05   AM (PM)
Allergies: referred

| RECEIVED |
|---|
| Date: 12/14/05 |
| Time: 9.00 |
| Receiving Nurse Intials DS |

**(S)ubjective:**

**(O)bjective**  (V/S):  **T:** _____ **P:** _____ **R:** _____ **BP:** _____  **WT:** _____

**(A)ssessment:**

**(P)lan:**    Appt to HCU Thurs 12-14-05 @ 9am.
No Appt a MD in Pharmacy
No Muscle Rub in Pharmacy

Refer to:  (MD/PA)  Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE

Check One:  ROUTINE ( / )      EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )

*SIGNATURE AND TITLE*        PHS0181



PRISON HEALTH SERVICES, INC.
SICK CALL REQUEST

Print Name: _Richard W Wright Sr_    Date of Request: _27 Jan 06_

ID # _127140_    Date of Birth: _15 Aug 54_ Location: _SA / S2B_

Nature of problem or request: _Could I get some of that heated_
_rub cream For my back. Back injured in Novem-_
_ber 2005. OR could I get a sponge mat to relieve_
_some of the pain_

_Request X 3_    _Richard W Wright Sr_
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: _2 / 8 / 06_

Time: _____ AM  PM

Allergies: _____

_Sheet #1_

| RECEIVED |
|---|
| Date: _2 / 8 / 06_ |
| Time: _1:50_ |
| Receiving Nurse Intials _DS_ |

(S)ubjective:

(O)bjective    (V/S): T: _____    P: _____    R: _____    BP: _____    WT: _____

(A)ssessment: _See Next total_

(P)lan: _Report to HCU Thursday 2-8-06._
_@ 13 0 m for appt. c md_

Refer to: MD/PA    Mental Health    Dental    Daily Treatment    Return to Clinic PRN
CIRCLE ONE

Check One: ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )

_SIGNATURE AND TITLE_

WHITE:    INMATES MEDICAL FILE    PHS0182
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

Nursing Evaluation Tool:                                      General Sick Call

Facility: BBB

Patient Name: _Wright_ _Richard_
Inmate Number: _187148_                     First
Date of Birth: _8_/_15_/_67_
                                                              MM   DD   YY
Date of Report: _2_/_18_/_06_       Time Seen: _2:30_  AM / PM Circle One
                 MM  DD  YYYY

Subjective: Chief Complaint(s): _____
Onset: _____
Brief History
(Continue on back if necessary) _____
_____

Objective: Vital Signs: (As Indicated) T: _98.8_ P: _63_ RR: _18_ B/P: _140_/_90_
                                                              ☐ Check Here if additional notes on back
Examination Findings: _____
(Continue on back if necessary)

Assessment: (Referral Status) Preliminary Determination(s): _____
                                                              ☐ Check Here if additional notes on back
☐ Referral NOT REQUIRED
☐ Referral REQUIRED due to the following: (Check all that apply)
   ☐ Recurrent Complaint (More than 2 visits for the same complaint)
   ☒ Other: _Muscle_

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

Plan: Check All That Apply:
☐ Instructions to return if condition worsens.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☒ Other: _____
(Describe)
OTC Medications given ☐ NO ☐ YES (If Yes List): _____
Referral: ☐ NO ☒ YES (If Yes, Whom/Where): _Dr. Pampinto_   Date for referral: _2_/_18_/_06_
                                                                             MM  DD  YYYY
Referral Type: ☐ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____  Time _____
X _____   Name: _____
     Nurses Signature                    Printed

PHS0183



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: Richard Wright Sr.          Date of Request: 13 Feb 06

ID # 187140          Date of Birth: 15 Aug 61 Location: 8A / 55-B

Nature of problem or request: Need some For back rub For
My back injury in November 2005, Back rub
Cream. Follow up

_____

Richd W Wright Sr
_Signature_

### DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
| --- |
| Date: 2/13/06 |
| Time: |
| Receiving Nurse Intials: |

**(S)ubjective:**

**(O)bjective**  (V/S): T:_____  P:_____  R:_____  BP:_____  WT:_____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
        If Emergency was PHS supervisor notified:    Yes ( )    No ( )
                Was MD/PA on call notified:    Yes ( )    No ( )

_____
_SIGNATURE AND TITLE_

WHITE:    INMATES MEDICAL FILE                                    **PHS0184**
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Richard W Wright Sr          Date of Request: 13 Feb C6
ID # 187140                              Date of Birth: 15 Aug 67 Location: 9A / SS 8
Nature of problem or request: Need some Thorphen For
head aches which are persistant. Follow up
treatment.

#1                                        Richard W Wright Sr
                                          *Signature*

### DO NOT WRITE BELOW THIS LINE

Date: 2 13 06
Time: 143     AM PM
Allergies: Tylenol T3 Skin tol

| RECEIVED |
| Date: 2/13/06 |
| Time: 140 |
| Receiving Nurse Intials DS |

**(S)ubjective:**

**(O)bjective    (V/S): T:          P:          R:          BP:          WT:**

See pat tol

**(A)ssessment:** Report to HCU Monday 2/20/06
for appt c MD 8am -

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                              CIRCLE ONE
Check One:   ROUTINE (✓)     EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )    No ( )
            Was MD/PA on call notified:   Yes ( )    No ( )

                                          *SIGNATURE AND TITLE*

Nursing Evaluation Tool:                                    General Sick Call

Facility: BBB

Patient Name: _____ (Last)    _____ (First)

Inmate Number: _____

Date of Birth: _8_ / _15_ / _67_ (MM/DD/YYYY)

Date of Report: _____ / _____ / _____ (MM/DD/YYYY)

Time Seen: _____ AM / PM Circle One

Subjective: Chief Complaint(s): _____

Onset: _____

Brief History: _____
(Continue on back if necessary)

☐ Check Here if additional notes on back

Objective: Vital Signs: (As Indicated) T:_____ P:_58_ RR:_18_ B/P:_132_ /_100_

Examination Findings: _____
(Continue on back if necessary)

☐ Check Here if additional notes on back

Assessment: (Referral Status) Preliminary Determination(s): _____

☐ Referral NOT REQUIRED

☐ Referral REQUIRED due to the following: (Check all that apply)
   ☐ Recurrent Complaint (More than 2 visits for the same complaint)
   ☐ Other: _____

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

Plan: Check All That Apply:
☐ Instructions to return if condition worsens.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____
         (Describe)

OTC Medications given ☐ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☐ YES (If Yes, Whom/Where): _____    Date for referral: _____ / _____ / _____ (MM/DD/YYYY)

Referral Type: ☐ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____    Time _____

X _____    Name: _____
   Nurses Signature                    Printed

PHS0186



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: Richard W Wright Sr
ID # 187140                                    Date of Request: 13 Feb 06
Nature of problem or request: Need Some Tleephen For
Date of Birth: 15 Aug 67 Location: 9A / 55 B
head aches which are persistant Fallow up
treatment

# 1

Signature: Richard W Wright Sr

**DO NOT WRITE BELOW THIS LINE**

Date: 2 13 06
Time: 143
Allergies: Tylenol 7.25/km TE

╔══════════════════════════╗
║        RECEIVED          ║
║ Date: 2/13/06            ║
║ Time: 6:00               ║
║ Receiving Nurse Intials  ║
╚══════════════════════════╝

**(S)ubjective:**

**(O)bjective**     (V/S): T: ___  P: ___  R: ___  BP: ___  WT: ___

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment   Return to Clinic PRN

Check One:   ROUTINE ( )       CIRCLE ONE
                    EMERGENCY ( )
If Emergency was PHS supervisor notified:     Yes ( )     No ( )
Was MD/PA on call notified:                   Yes ( )     No ( )

SIGNATURE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS

PHS0187

**PHS**

## Nursing Evaluation Tool:

**Back Pain**

Facility: VENTRESS

Patient Name: Wright, Richard
Inmate Number: 189140
Date of Birth: 08 15 167
Date of Report: 02 16 04
Time Seen: 12:35 (AM) PM Circle One

**Subjective:** Chief Complaint(s): Middle + Lower Back Pain - Also temporal / ital disorder

Onset: Last Pm (300 Am)
☐ New onset  ☐ Chronic condition exacerbation
Pain Scale: (1-10) 7  Type: ☐ Sharp ☐ Dull ☐ Intermittent ☒ Constant  Numbness: ☒ No ☐ Yes
Location of Pain: Mid to Lower Back  Radiation of pain: ☒ No ☐ Yes to:
History: Sustained injury to Back November 2005

Associated symptoms: Pain on urination? ☒ No ☐ Yes   Nausea ☒ No ☐ Yes   Vomiting ☒ No ☐ Yes (x____)
Increased urination? ☒ No ☐ Yes   Pain with cough/breathing? ☒ No ☐ Yes   ☐ Check Here if additional notes on back

**Objective:** Vital Signs: (If Indicated) T: 99⁶ P: 77 RR: 22 B/P: 138/90 O₂ 97
Back Exam: ☐ Tender to touch ☐ Contusion ☐ Muscle spasms ☒ Impaired range of motion  Ht 178
Additional Findings: ☐ Numbness ☐ Tingling ☐ Abnormal gait ☐ Weakness of extremities ☐ Foot drop ☐ Other:
Elaborate positive findings:

Lower extremities: ☒ Normal ☐ Abnormal (Describe):   ☐ Check Here if additional notes on back
Pedal pulses: ☒ Present ☐ Absent

☐ Additional Examination: No acute distress noted - Ambulated to treatment area c difficulty

**Assessment: (Referral Status)**   Preliminary Determination(s): Alt. Comfort Rt / Back pain.
☐ Referral NOT Required
☒ Referral Required due to the following: (Check all that apply)
☐ Loss of sensation  ☐ Presence of RBCs from dipstick  ☒ Recurrent Complaint (More than 2 visits for the same complaint)
☐ Prior malignancy  ☐ Presence of WBCs from dipstick
☐ Other:

**Plan:**
Check All That Apply: ☒ Work and recreation restrictions x 72 hours
☐ Education on avoiding back pain ☐ Education about stretching and back exercises. ☐ Instructions to return if condition worsens.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other:
☐ Cold Compress (Acute injury) ☐ Warm Compress
☐ OTC Medications given ☐ NO ☐ YES (If Yes List):

Referral: ☐ NO ☒ YES (If Yes, Whom/Where): Ms. Floyd   Date for referral 02 16 06
Referral Type: ☒ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?):   Time

x C Graham R   Name: Clyde Gardner R

PHS0188



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Richard Wright_     Date of Request: _Feb 22, 2006_
ID # _187140_     Date of Birth: _15Aug62_  Location: _8A/52B_
Nature of problem or request: _Back Pains   and head aches_
_Follow up  treatment  requested._

Signature: _Richard Wright Jr._

**DO NOT WRITE BELOW THIS LINE**

Date: _2.23.06_
Time: _4:20_ AM (PM)
Allergies: _Tylenol_

RECEIVED
Date:
Time:
Receiving Nurse Intials

**(S)ubjective:**

**(O)bjective:** (V/S): T:____ P:____ R:____ BP:____ WT:____

**(A)ssessment:** _Pt. not feel._

**(P)lan:** _Motrin 200mg ii TId x 3 days prn_
_report to HCU Wednesday 3-1-06 @ 11am_
_for appt @ HNP_

Refer to:  MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( / )    EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )

SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT          PHS0189
GLF-1002  (1/4)



**Nursing Evaluation Tool:**   <u>Back Pain</u>

Facility: BBB
Patient Name: _Wright_ _Richard_
First
Inmate Number: _18714 0_ Last    Date of Birth: _8 /05/67_ MI
Date of Report: _2 /23/06_ MM DD YYYY    Time Seen: _4:7_ AM /(PM) Circle One

_Subjective:_ Chief Complaint(s): _Back pain and headache_
Onset: _WL and half of arm_
☐ New onset  ☐ Chronic condition exacerbation
Pain Scale: (1-10) _7_  Type: ☐ Sharp ☐ Dull ☐ Intermittent ☐ Constant   Numbness: ☐ No ☐ Yes
Location of Pain: _forehead headache_  Radiation of pain: ☐ No ☐ Yes to: _____
History: _____
(Continue on back if necessary)
☐ Check Here if additional notes on back
Associated symptoms: Pain on urination? ☐ No ☐ Yes  Nausea ☐ No ☐ Yes  Vomiting ☐ No ☐ Yes (x___
Increased urination? ☐ No ☐ Yes  Pain with cough/breathing? ☐ No ☐ Yes

_Objective:_  Vital Signs: (If Indicated) T: _98.8_ P: _80_  RR: _23_  B/P: _135/90_
Back Exam: ☐ Tender to touch ☐ Contusion ☐ Muscle spasms ☐ Impaired range of motion
Additional Findings: ☐ Numbness ☐ Tingling ☐ Abnormal gait ☐ Weakness of extremities ☐ Foot drop ☐ Other:
Elaborate positive findings: _____
☐ Check Here if additional notes on back
Lower extremities: ☐ Normal  ☐ Abnormal (Describe): _____
Pedal pulses: ☐ Present ☐ Absent
☐ Additional Examination: _____
(Continue on back if necessary)

_Assessment:_ (Referral Status)  ☐ Check Here if continued on back
☐ Referral NOT Required   Preliminary Determination(s): _____
☐ Referral Required due to the following: (Check all that apply)
☐ Loss of sensation  ☐ Presence of RBCs from dipstick
☐ Prior malignancy  ☐ Presence of WBCs from dipstick  ☐ Recurrent Complaint (More than 2 visits for the same complaint)
☐ Other: _____

_Plan:_
Check All That Apply: ☐ Work and recreation restrictions x 72 hours
☐ Education on avoiding back pain ☐ Education about stretching and back exercises. ☐ Instructions to return if condition worsens
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If No then schedule patient for appropriate follow-up visits)
☐ Other: _____ (Describe)
☐ Cold Compress (Acute injury) ☐ Warm Compress
☐ OTC Medications given ☐ NO ☐ YES (If Yes List): _____
Referral: ☐ NO ☐ YES (If Yes, Whom/Where): _____  Date for referral: _____ MM DD YYYY
Referral Type: ☐ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____  Time _____
x _____ Nurses Signature    Name: _____ Printed

PHS0190



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Richard W Wright Sr._ Date of Request: _March 8 2006_

ID # _187140_ Date of Birth: _8/15/67_ Location: _8A / SS-B_

Nature of problem or request: _Back pains and head aches,_
_Follow up treatment requested for face infection_
_after shaving_

_Richd W Wright_
Signature

## DO NOT WRITE BELOW THIS LINE

Date: _3/9/06_
Time: _2:30_ AM PM
Allergies: _Tyglenal_

RECEIVED
Date: _3/9/06_
Time: _9:00_
Receiving Nurse Initials _D-_

**(S)ubjective:**

**(O)bjective** (V/S): T: _____ P: _____ R: _____ BP: _____ WT: _____

**(A)ssessment:**

**(P)lan:** _Report to HCU 3-22-06 @ 10 am for_
_apt a CRNP_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE (✓)   EMERGENCY (  )
If Emergency was PHS supervisor notified:   Yes (  )   No (  )
Was MD/PA on call notified:   Yes (  )   No (  )

_J Adair_
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PHS0191

**PHS**

Nursing Evaluation Tool:                                    <u>Back Pain</u>

Facility: Alabama Department of Corrections

Patient Name: _Wright_ _____ _Richard_ _____

Inmate Number: _187190_                              Date of Birth: _8 | 15 | 67_

Date of Report: _3 | 19 | 06_                         Time Seen: _2:50_  AM / **PM** Circle One

<u>Subjective</u>:  Chief Complaint(s): _back pain and headache facial infection_

Onset: _____

☐ New onset    ☒ Chronic condition exacerbation

Pain Scale: (1-10) _8_    Type: ☐ Sharp ☐ Dull ☐ Intermittent ☒ Constant    Numbness: ☒ No ☐ Yes

Location of Pain: _Lower R side_    Radiation of pain: ☐ No ☒ Yes to: _Arm times upper middle_

History: _Having back pain for some time, last appt_
(Continue on back if necessary)
_was canceled and am angry when they told me to_
_but told there was no show and would just rescheduled appt me_    ☐ Check Here if additional notes on back

Associated symptoms: Pain on urination?  ☐ No ☐ Yes  Nausea ☐ No ☐ Yes  Vomiting ☐ No ☐ Yes ☒
                      Increased urination?  ☐ No ☐ Yes  Pain with cough/breathing? ☐ No ☐ Yes

<u>Objective</u>:  **Vital Signs:** (If Indicated) T:_99.6_ P: _67_  RR: _20_  B/P: _128 | 74_

Back Exam: ☐ Tender to touch  ☐ Contusion  ☐ Muscle spasms  ☐ Impaired range of motion
Additional Findings: ☐ Numbness ☐ Tingling ☐ Abnormal gait ☐ Weakness of extremities ☐ Foot drop ☐ Other:

Elaborate positive findings: _unable to adequately evaluate back_
_pain, due to complication of inmate medical plan_    ☐ Check Here if additional notes on back

Lower extremities: ☐ Normal    ☐ Abnormal (Describe): _____
Pedal pulses: ☒ Present    ☐ Absent

☐ Additional Examination: _O₂ sat 97%. All for Missed_
(Continue on back if necessary)
_appt given inmate written Dr. was absent on 3|h_    ☐ Check Here if continued on back

<u>Assessment:</u> (Referral Status)         Preliminary Determination(s): _Alteration in comfort_
      ☐ Referral **NOT** Required

      ☐ Referral **Required** due to the following: (Check all that apply)
            ☐ Loss of sensation       ☐ Presence of RBCs from dipstick    ☐ Recurrent Complaint (More than 2 visits for the same complaint)
            ☐ Prior malignancy        ☐ Presence of WBCs from dipstick
            ☐ Other: _____

<u>Plan:</u>
Check All That Apply: ☒ Work and recreation restrictions x 72 hours
☐ Education on avoiding back pain  ☐ Education about stretching and back exercises.  ☐ Instructions to return if condition worsens.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as
     well as appropriate follow-up.  ☐ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____
            (Describe)
☐ Cold Compress (Acute injury)  ☐ Warm Compress
☐ OTC Medications given ( Motrin 400 or Tylenol 650 Bid prn x 2 days)  ☐ NO  ☐ YES (If Yes List): _____

Referral:  ☐ NO ☒ YES (If Yes, Whom/Where): _C.R.P. Mr. J. Loyd_ _____ Date for referral: _3 | 21 | 06_
                                                                                                    MM  DD  YYYY
Referral Type: ☒ Routine  ☐ Urgent  ☐ Emergent  (if emergent who was contacted?): _____     Time _____

X _[signature]_                      Name: _[printed name]_
     Nurses Signature                        Printed



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Richard W Wright Sr._    Date of Request: _3-10-06_
ID # _187140_    Date of Birth: _8-15-06_ Location: _SR1 55B_
Nature of problem or request: _Back pain and head ache_
_follow up treatment for poot shaving. I inform_
_the nurse that young about filing out sick call_
_slip the day before_

_Richard W. Wright Sr._
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: _5/13/09_
Time: _13:35_    AM (PM)
Allergies: _Tylenol, PPD_

| RECEIVED |
| --- |
| Date: _3/10/06_ |
| Time: _9.00_ |
| Receiving Nurse Intials _DS_ |

**(S)ubjective:**

**(O)bjective** (V/S): T: _____ P: _____ R: _____ BP: _____ WT: _____

**(A)ssessment:**

**(P)lan:** _Seen by Dr. Langepath today 3/10/06_

Refer to:    MD/PA    Mental Health    Dental    Daily Treatment        Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PHS0193

## Nursing Evaluation Tool:

**Back Pain**

Facility: Alabama Department of Corrections

Patient Name: _Weight_    Last

Inmate Number: _189146_

Date of Report: _3 / 18 / 96_    MM DD YYYY

Name: _Richard_   First    MI

Date of Birth: _8 / 15 / 67_   MM DD YYYY

Time Seen: _1230_   AM / **PM**   Circle One

**Subjective:** Chief Complaint(s): _mod ful Buttr Backache_

Onset: _____

Pain Scale: (1-10) _8_   ☐ New onset   ☐ Chronic condition exacerbation

Location of Pain: _Lower Cf side_

Type: ☐ Sharp ☐ Dull ☐ Intermittent ☐ Constant

Neck / mid-back / low back

Radiation of pain: ☐ No ☑ Yes to: _____   **Numbness:** ☐ No ☐ Yes

History: _____
(Continue on back if necessary)

Associated symptoms: Pain on urination? ☐ No ☐ Yes   Nausea ☐ No ☐ Yes   Vomiting ☐ No ☐ Yes

Increased urination? ☐ No ☐ Yes   Pain with cough/breathing? ☐ No ☐ Yes

**Objective:** Vital Signs: (If Indicated) T: _98.8_ P: _67_ RR: _18_ B/P: _142/94_

Back Exam: ☐ Tender to touch ☐ Contusion ☐ Muscle spasms ☐ Impaired range of motion

Additional Findings: ☐ Numbness ☐ Tingling ☐ Abnormal gait ☐ Weakness of extremities ☐ Foot drop ☐ Other:

Elaborate positive findings: _____

Lower extremities: ☐ Normal   Pedal pulses: ☐ Present ☐ Abnormal (Describe): _____ ☐ Absent

Additional Examination: _____
(Continue on back if necessary)

**Assessment:** (Referral Status)
☐ Referral NOT Required

Preliminary Determination(s): _____

**Referral Required** due to the following: (Check all that apply)
☐ Loss of sensation ☐ Presence of RBCs from dipstick
☐ Prior malignancy ☐ Presence of WBCs from dipstick
☐ Other: _____ ☐ Recurrent Complaint (More than 2 visits for the same complaint)

**Plan:**
Check All That Apply: ☐ Work and recreation restrictions x 72 hours
☐ Education on avoiding back pain ☐ Education about stretching and back exercises.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Instructions to return if condition worsens.
☐ Other: _____
(Describe)
☐ Cold Compress (Acute injury) ☐ Warm Compress
☐ OTC Medications given ( Motrin 400 or Tylenol 650 Bid prn x 2 days) ☐ NO

Referral: ☐ NO ☐ YES (If Yes, Whom/Where): _Dr. Kuipirik_ ☐ YES (If Yes List): _____

Referral Type: ☐ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?) _____ Date for referral: _3/18/96_

Nurses Signature _____   Name: _____ Printed   Time _____

PHS0194



**PRISON
HEALTH
SERVICES**
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: *Richard W Wright Sr*
ID # *187140*    Date of Request: *3/13/06*
Date of Birth: *5/15/67* Location: *6A/29 T*
Nature of problem or request: *Back pains and head aches*
*Follow up treatment*

*Robt W Wright Sr*
*Signature*

## DO NOT WRITE BELOW THIS LINE

Date: *3/13/06*
Time: _____ AM PM
Allergies: *Refused*

RECEIVED
Date: *3/13/06*
Time: *9:00*
Receiving Nurse Intials *DS*

**(S)ubjective:**

**(O)bjective** **(V/S):** T: _____ P: _____ R: _____ BP: _____ WT: _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )     No ( )
Was MD/PA on call notified:   Yes ( )     No ( )

*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PHS0195

**PHS**

## Nursing Evaluation Tool:

**Back Pain**

Facility: Alabama Department of Corrections

Patient Name: _Wright,_ _____ _Richard_ _____

Inmate Number: _152140_ _____

First

Date of Birth: _8_ / _15_ / _67_ MI

Date of Report: _3_ / _13_ / _06_
MM  DD  YYYY

Time Seen: _12:36_ AM / **PM** Circle One

_Subjective:_ Chief Complaint(s): _Head ache / back pain pts shower prob[?]_

Onset: _____

☐ New onset  ☑ Chronic condition exacerbation

Pain Scale: (1-10) _7_    Type: ☐ Sharp  ☐ Dull  ☐ Intermittent  ☑ Constant    Numbness: ☑ No  ☐ Yes

Location of Pain: _Lower l side_    Radiation of pain: ☐ No  ☑ Yes to: _upper middle_
Neck / mid-back / low back

History:
(Continue on back if necessary) _____

_____

Associated symptoms: Pain on urination?  ☑ No  ☐ Yes    Nausea ☑ No  ☐ Yes    Vomiting ☑ No  ☐ Yes (x ___) ☐ Check Here if additional notes on back
Increased urination?  ☐ No  ☐ Yes    Pain with cough/breathing? ☐ No  ☐ Yes

_Objective:_ Vital Signs: (If Indicated)  T: _____  P: _____  RR: _____  B/P: _____ / _____

Back Exam: ☑ Tender to touch  ☐ Contusion  ☐ Muscle spasms  ☐ Impaired range of motion
Additional Findings: ☐ Numbness  ☐ Tingling  ☐ Abnormal gait  ☑ Weakness of extremities  ☐ Foot drop  ☐ Other: _____
Elaborate positive findings: _none_

Lower extremities: ☐ Normal    ☐ Abnormal (Describe): _____    ☐ Check Here if additional notes on back
Pedal pulses: ☑ Present    ☐ Absent

☐ Additional Examination: _steady gait no acute distress_
(Continue on back if necessary)

_Assessment:_ **(Referral Status)**                          ☐ Check Here if continued on back

☐ Referral **NOT Required**    Preliminary Determination(s): _____

_____

☑ Referral **Required** due to the following: (Check all that apply)
    ☐ Loss of sensation          ☐ Presence of RBCs from dipstick    ☐ Recurrent Complaint (More than 2 visits for the same complaint)
    ☐ Prior malignancy          ☐ Presence of WBCs from dipstick
    ☑ Other: _c/o/c complaint of H/A back pain_

_Plan:_
Check All That Apply: ☐ Work and recreation restrictions x 72 hours
☐ Education on avoiding back pain    ☐ Education about stretching and back exercises.    ☐ Instructions to return if condition worsens.
☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as
well as appropriate follow-up. ☑ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____
         (Describe)
☐ Cold Compress (Acute injury)  ☑ Warm Compress
☐ OTC Medications given ( Motrin 400 or Tylenol 650 Bid prn x 2 days) ☐ NO  ☑ YES (If Yes List): _Motrin taking now_
Referral: ☐ NO  ☑ YES (If Yes, Whom/Where): _sick[?] MS_
Referral Type: ☑ Routine  ☐ Urgent  ☐ Emergent (if emergent who was contacted?): _____    Date for referral: _3_ / _14_ / _06_
                                                                                          MM  DD  YYYY
                                                                                          Time _____
X _____    Name: _Hallie Burke_
   Nurses Signature              Printed

PHS

## Nursing Evaluation Tool:

**Back Pain**

Facility: Alabama Department of Corrections

Patient Name: _Wright_     Last     _Richael_ First

Inmate Number: _187148_

Date of Report: _3/29/06_   MM DD YYYY    Date of Birth: _8/15/67_ MM DD YYYY MI

Time Seen: _610_ AM / **PM** Circle One

---

**Subjective:** Chief Complaint(s): _Backache_

Onset: _11/23/05_

☐ New onset    ☒ Chronic condition exacerbation

Pain Scale: (1-10) _10_    Type: ☐ Sharp ☐ Dull ☐ Intermittent ☒ Constant

Location of Pain: _Lower Ant. Back_   Neck / mid-back / low back    Numbness: ☒ No ☐ Yes

Radiation of pain: ☐ No ☒ Yes to: _Center + Bottom glson_

History: _Have Prof. but unable to use if writing profile except in Am. Crnky/house wing_ _where night falls mostly tend in jaw & muscle_

Associated symptoms: Pain on urination? ☐ No ☒ Yes    ☐ Check Here if additional notes on back

Increased urination? ☒ No ☐ Yes

Nausea ☒ No ☐ Yes   Vomiting ☒ No ☐ Yes

Pain with cough/breathing? ☒ No ☐ Yes

---

**Objective:** Vital Signs: (If Indicated) T: _98.8_ P: _83_ RR: _18_ B/P: _130/84_

Back Exam: ☐ Tender to touch ☐ Contusion ☐ Muscle spasms ☐ Impaired range of motion

Additional Findings: ☐ Numbness ☐ Tingling ☐ Abnormal gait ☐ Weakness of extremities ☐ Foot drop ☐ Other:

Elaborate positive findings: _Problem being: Connot utalize Prof. as I'm interprte its meanings_   ☐ Check Here if additional notes on back

Lower extremities: ☐ Normal ☐ Abnormal (Describe): _____ ☐ Check Here if additional notes on back

Pedal pulses: ☒ Present ☐ Absent

Additional Examination: _wt 181 2 ht. 98's need clarification_ (Continue on back if necessary) _interpretation of Profile limits_

---

**Assessment:** (Referral Status)

☐ Referral **NOT** Required

Preliminary Determination(s): _Altn Health Complait c/Back Pain_   ☐ Check Here if continued on back

☒ Referral **Required** due to the following: (Check all that apply)

☐ Loss of sensation   ☐ Presence of RBCs from dipstick

☐ Prior malignancy   ☐ Presence of WBCs from dipstick

☐ Other: _____   ☒ Recurrent Complaint (More than 2 visits for the same complaint)

---

**Plan:**

Check All That Apply: ☐ Work and recreation restrictions x 72 hours

☒ Education on avoiding back pain ☒ Education about stretching and back exercises. ☐ Instructions to return if condition worsens.

☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☒ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)

☐ Other: _____ (Describe)

☐ Cold Compress (Acute injury) ☐ Warm Compress

☐ OTC Medications given ( Motrin 400 or Tylenol 650 Bid prn x 2 days) ☐ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☒ YES (If Yes, Whom/Where): _Dr. Carpate_

Referral Type: ☐ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____   Date for referral: _5/29/06_ MM DD YYYY   Time: _____

X _[signature]_ Nurses Signature    Name: _J. Otis RN_ Printed

PHS0197

**PHS**

## Nursing Evaluation Tool

Headache

Facility: Alabama Department of Corrections

Patient Name: Weight    Richard
_____Last_____    _____First_____

Inmate Number: 187149

Date of Report: 3-29-06    Date of Birth: 8-15-16-7
_____MM DD YYYY_____    _____MM DD YYYY MI_____

Time Seen: 1:10    AM / PM Circle One

**Subjective**: Chief Complaint(s): Headache

Onset: Red 4 days upon _____  ☐ New Onset  ☐ Sudden  ☐ Gradual  ☑ Chronic

History: _____
(Continue on back if necessary)

Pain Scale: (1-10) 10    Duration of Pain: 4-5 hrs    Does anything relieve the pain? _____  ☐ Check Here if additional notes on back

Description of Pain: ☐ Throbbing ☑ Sharp ☑ Pressure ☐ Dull/Achy  Other: _____

Location of pain: front/temporal    Radiation: ☑ No Radiation ☐ Radiation to: _____

Associated Symptoms: Nausea ☑ NO ☐ YES    Vomiting ☑ No ☐ Yes (x____)    ☑ Visual Changes  ☐ Photophobia
☐ Dizziness ☑ Sinus Problems ☐ Other: _____

Worst Headache: ☑ NO ☐ YES    Prior Headache history: ☐ NO ☑ YES

History of Head Injury? ☐ NO ☑ YES (If Yes): LOC? ☑ NO ☐ YES  Confusion ☐ NO ☑ YES  Seizures: ☑ NO ☐ YES

Meds taken: ☐ NO ☑ YES Nasal Spray    Trauma sustained in altercation with custody staff, or other
inmate? ☑ NO ☐ YES (Requires notification of correctional staff)

**Objective**:    Vital Signs: (As Indicated) T:98.8 P:83    RR: 20    B/P: 30/84

General Appearance: ☑ No acute distress ☐ Alert ☐ Oriented x____  ☐ Confused  ☐ Lethargic
☐ Irritable / Agitated

Skin: ☑ Warm ☐ Cool ☑ Dry ☐ Moist/clammy  ☐ Normal facial symmetry ☑ YES ☐ NO: _____

Pupil: ☑ PERRL    ☐ Pupils unequal/abnormal.    Skin Color: ☑ Normal ☐ Pallor ☐ Flushed ☐ Jaundice

Neck: ☑ Supple with no meningeal signs ☐ Stiff neck

Musculoskeletal: ☑ Symmetric with no weakness ☐ Asymmetric/Weakness: _____

Gait: ☑ Able to walk/normal gait ☐ Difficulty walking or abnormal gait

Signs of substance abuse: ☑ NO ☐ YES: _____

☐ Additional Examination: _____
Continue on back if necessary

**Assessment: (Referral Status)**

☐ Referral **NOT** Required    Preliminary Determination(s): _____

☑ Referral **Required** due to the following: (Check all that apply)

☐ Abnormal Vitals    ☑ Visual disturbances    ☐ Dizziness
☐ Altered mental status    ☐ Unequal pupils    ☐ Nausea/vomiting    ☐ Recurrent Complaint (More than 2 visits)
☑ Recent Head Injury    ☐ + Meningeal signs    ☐ B/P systolic > 160, diastolic > 95

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are
unsure of the appropriate care to be given.

**Plan**: Check All That Apply:

☐ Isolation for contagious conditions (communicable).

☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as
well as appropriate follow-up. ☑ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits).

☑ Instructions to return if condition worsens.

☐ Other: _____    ☐ Return if no improvement within 24 hours or condition worsens.    PHS0198

OTC Medications given (Motrin 400mg or Tylenol 650 mg Bid po prn x 2 days) ☑ NO ☐ YES (If Yes List) _____

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): Dr Raymet

Referral Type: ☐ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____    Date for referral: 3-30-06
_____MM DD YYYY_____

x _____    Time: _____

Name:(Printed) _____



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Richard W Wright Sr._    Date of Request: _29 March 06_
ID # _187140_    Date of Birth: _15 Aug 67_ Location: _Inf #103_
Nature of problem or request: _Back pains-prescribed a_
_profile but unable to use it. Head aches._

Signature: _Rill W. Wight, Sr._

## DO NOT WRITE BELOW THIS LINE

Date: _3-29-06_
Time: _110_    AM (PM)
Allergies: _Iutenal_

```
┌─────────────────────────────────┐
│          RECEIVED               │
│  Date: 3/29/06                  │
│  Time: 1.00                     │
│  Receiving Nurse Intials DS     │
└─────────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective**    (V/S): T: ____    P: ____    R: ____    BP: ____    WT: ____

**(A)ssessment:**

**(P)lan:** _Appt c MD Thursday 3-30-06_
_@ 9am_

Refer to: ( MD/PA )  Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE

Check One:  ROUTINE (✓)    EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )

_SIGNATURE AND TITLE_

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PHS0199



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Richard W Wright Sr   Date of Request: 5 April 06
ID # 187140                       Date of Birth: 15Aug67 Location: InF. RM # 103
Nature of problem or request: Back pains and head aches

_____

Richrd W Wright Sr
_____
Signature

### DO NOT WRITE BELOW THIS LINE

Date: 4/6/06
Time: 11:25  AM PM
Allergies: Tylenol 3/NKA

┌─────────────────────────────┐
│         RECEIVED            │
│  Date: 4/6/06              │
│  Time: 7:00               │
│  Receiving Nurse Intials DS │
└─────────────────────────────┘

**(S)ubjective:**

**(O)bjective** (V/S): T: _____  P: _____  R: _____  BP: _____  WT: _____

**(A)ssessment:** See Note Total .

**(P)lan:** Report to Hex Day appt. c MD on
Friday 4/7/06 @ 10 am

Refer to: MD/PA  Mental Health  Dental  Daily Treatment   Return to Clinic PRN
                              CIRCLE ONE
Check One:  ROUTINE (✓)   EMERGENCY ( )
       If Emergency was PHS supervisor notified:   Yes ( )   No ( )
       Was MD/PA on call notified:   Yes ( )   No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE                           PHS0200
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



# Nursing Evaluation Tool:    General Sick Call

Facility: Alabama Department of Corrections

Patient Name: _Whight_    First: _Richard_

Inmate Number: _187148_    Date of Birth: _8 / 15 / 69_

Date of Report: _4 / 16 / 06_    Time Seen: _11:55_ AM / PM  Circle One

**Subjective:** Chief Complaint(s): _Headache, Backache_

Onset: _(?) Going Platiler ~ New ~ Back Pain_

Brief History: _5 yr Old Bm. c/o constint pain in head +_ (Continue on back if necessary)
_back. Taking med as ordered by OOD._

☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated)  T: _98.8_  P: _29_  RR: _20_  B/P: _120/80_

Examination Findings: _Wt #135, SAt 97%. Recieve information from_ (Continue on back if necessary)
_MD about Low back pain med April 13/06._

☐ Check Here if additional notes on back

**Assessment:** (Referral Status)    Preliminary Determination(s): _Acc. in Health complint_
☐ Referral NOT REQUIRED    _Pt. about statement_

☒ Referral REQUIRED due to the following: (Check all that apply)
  ☒ Recurrent Complaint (More than 2 visits for the same complaint)
  ☒ Other: _MD evaluation_

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
☐ Instructions to return if condition worsens.
☒ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up.  ☒ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☒ Other: _(NSAIT x m)_
  (Describe)

OTC Medications given  ☒ NO  ☐ YES (If Yes List): _____

Referral: ☐ NO  ☒ YES (If Yes, Whom/Where): _Dr. Banjyet_    Date for referral: _4/17/06_

Referral Type: ☒ Routine  ☐ Urgent  ☐ Emergent (if emergent who was contacted?): _____    Time _____

X _____    Name: _____
   Nurses Signature              Printed

PHS0201



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Richard Wayne Wright Sr._  Date of Request: _9 April 06_

ID # _187190_  Date of Birth: _____  Location: _____

Nature of problem or request: _Back pain and need some thing_
_For head aches. Would like to be refered to_
_another Doctor beside Dr. Rajaput._

_Richd W. Wright Sr._
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _4/10/06_
Time: _1155_  AM/PM
Allergies: _ASA, Tylenol_

| RECEIVED |
|---|
| Date: 4/10/06 |
| Time: 9:00 |
| Receiving Nurse Intials DS |

**(S)ubjective:**

**(O)bjective**  (V/S):  T: _____  P: _____  R: _____  BP: _____  WT: _____

**(A)ssessment:** _Pt not fool_

**(P)lan:** _Report to Medical Clinic Tuesday 4/11/06_
_@ 9am for Appt. c MD._

Refer to:  MD/PA  Mental Health  Dental  Daily Treatment  Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE (X)  EMERGENCY ( )
If Emergency was PHS supervisor notified:  Yes ( )  No ( )
Was MD/PA on call notified:  Yes ( )  No ( )

_J. Oli, R.N._
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PHS0202

PHS

**Nursing Evaluation Tool**                                                    **Headache**

Facility: Alabama Department of Corrections

Patient Name: _White_ _____ _Richard_ _____
                        Last                                    First

Inmate Number: _187140_ _____   Date of Birth: _8 / 15 / 67_
                                                                    MM   DD   YYYY

Date of Report: _4 / 10 / 06_         Time Seen: _10:55_ AM / PM  Circle One
                  MM   DD   YYYY

## Subjective:

Chief Complaint(s): _Headache_

Onset: _5 months ago_ _____ □ New Onset □ Sudden □ Gradual ☒ Chronic

History: _some time when awaking_
(Continue on back if necessary) _good all am to pain in head that comes + goes_
_last from minutes to all day_

Pain Scale: (1-10) _9_    Duration of Pain: _controllably_

Description of Pain: □ Throbbing □ Sharp ☒ Pressure □ Dull/Achy    Does anything relieve the pain? _Ibuprofen_  □ Check Here if additional notes on back

Location of pain: _frontal/temporal_    □ Other: _____

Associated Symptoms: Nausea ☒ NO □ YES  Radiation ☒ No Radiation □ Yes to: _____
    □ Dizziness □ Sinus Problems □ Other: _____  Vomiting ☒ No □ Yes (x_____)
                                                              ☒ Visual Changes □ Photophobia

Worst Headache: ☒ NO □ YES    Prior Headache history: ☒ NO □ YES  _some times_

History of Head Injury? □ NO □ YES (If Yes):  LOC? ☒ NO □ YES  Confusion: □ NO ☒ YES  Seizures: ☒ NO □ YES

Meds taken: ☒ NO □ YES _____

## Objective:

Vital Signs: (As Indicated) T: _98.4_ P: _65_    Trauma sustained in altercation with custody staff, or other inmate? □ NO ☒ YES (Requires notification of correctional staff)

                                                RR: _18_  B/P: _136 / 88_

General Appearance: ☒ No acute distress ☒ Alert □ Oriented x _3_ □ Confused □ Lethargic
    □ Irritable / Agitated □ Normal facial symmetry

Skin: ☒ Warm □ Cool  ☒ Dry □ Moist/clammy   Skin Color: ☒ Normal □ Pallor □ Flushed □ Jaundice
Pupil: ☒ PERRL  □ Pupils unequal/abnormal: _____
Neck: ☒ Supple with no meningeal signs □ Stiff neck

Musculoskeletal: ☒ Symmetric with no weakness □ Asymmetric/Weakness: _____

Gait: ☒ Able to walk/normal gait □ Difficulty walking or abnormal gait

Signs of substance abuse: ☒ NO □ YES: _____

□ Additional Examination: _wt 178 @ Sat 98% o₂_
Continue on back if necessary

## Assessment: (Referral Status)

□ Referral **NOT** Required

□ Referral **Required** due to the following: (Check all that apply)
    □ Abnormal Vitals
    □ Altered mental status      □ Visual disturbances      □ Dizziness
    □ Recent Head Injury         □ Unequal pupils           □ Nausea/vomiting,
                                 □ + Meningeal signs        □ B/P systolic > 160, diastolic > 95

Preliminary Determination(s): _Alt in Health Comfort_
_Chr alchen Distment_

☒ Recurrent Complaint (More than 2 visits)

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

## Plan: Check All That Apply:

□ Isolation for contagious conditions (communicable).

□ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☒ YES □ NO (If NO then schedule patient for appropriate follow-up visits)

□ Instructions to return if condition worsens.    □ Return if no improvement within 24 hours or condition worsens.

□ Other: _____

OTC Medications given (Motrin 400mg or Tylenol 650 mg Bid po prn x 2 days)  □ NO □ YES (If Yes List) _____        **PHS0203**

Referral: □ NO ☒ YES (If Yes, Whom/Where): _Dr. Carpenter_

Referral Type: ☒ Routine □ Urgent □ Emergent (if emergent who was contacted?): _____     Date for referral: _4 / 11 / 06_
                                                                                                    MM   DD   YYYY

X _____ RN    Name: (Printed) _____ _SRN_         Time: _____

**PHS**

## Nursing Evaluation Tool:                                         <u>Back Pain</u>

| | |
|---|---|
| Facility: Alabama Department of Corrections | |
| Patient Name: *Knight* | *Richard* |
| | First                Last                                    MI |
| Inmate Number: *187148* | Date of Birth: *8 / 15 / 67* |
| | MM    DD    YYYY |
| Date of Report: *4 / 10 / 06* | Time Seen: *10:55* AM/PM ☒ Circle One |
| MM   DD   YYYY | |

<u>*Subjective:*</u>  Chief Complaint(s): _____ *Back Pain* _____

Onset: _____

☐ New onset   ☒ Chronic condition exacerbation

Pain Scale: (1-10) _*9*_   Type: ☒ Sharp  ☐ Dull  ☐ Intermittent  ☒ Constant   Numbness: ☒ No  ☐ Yes

Location of Pain: *mid + low back*   Radiation of pain: ☒ No  ☐ Yes to: _____
Neck / mid back / low back

History: *39 yo old B/m c/o pain constant in middle +*
(Continue on back if necessary) *lower back. The same time state when it am is attended*
☐ Check Here if additional notes on back

Associated symptoms: Pain on urination?        ☒ No  ☐ Yes   Nausea ☒ No  ☐ Yes   Vomiting ☒ No  ☐ Yes (x __)
                     Increased urination?        ☒ No  ☐ Yes   Pain with cough/breathing? ☐ No  ☒ Yes

<u>*Objective:*</u>  Vital Signs: (If Indicated)  T *97.4*  P *65*  RR *18*  B/P *136 / 88*
Back Exam:  ☒ Tender to touch  ☐ Contusion  ☐ Muscle spasms  ☐ Impaired range of motion
Additional Findings: ☐ Numbness  ☐ Tingling  ☐ Abnormal gait  ☐ Weakness of extremities  ☐ Foot drop  ☐ Other: _____
Elaborate positive findings: *w/ing O sat 98% very good + breaths*
*of P.E. able to do ROM c discomfort.*
☐ Check Here if additional notes on back

Lower extremities: ☒ Normal   ☐ Abnormal (Describe): _____
Pedal pulses: ☒ Present   ☐ Absent

☐ Additional Examination: _____
Continue on back if necessary

<u>*Assessment:*</u> *(Referral Status)*                         Preliminary Determination(s): *Alt. in Health*
   ☐   Referral <u>NOT Required</u>                          *Comfort. Lif. abuse*
                                                            *statement*
   ☐   Referral <u>Required</u> due to the following: (Check all that apply)
        ☐ Loss of sensation        ☐ Presence of RBCs from dipstick   ☒ Recurrent Complaint (More than 2 visits for the same complaint)
        ☐ Prior malignancy         ☐ Presence of WBCs from dipstick
        ☐ Other: _____

<u>*Plan:*</u>
Check All That Apply: ☒ Work and recreation restrictions x 72 hours
☐ Education on avoiding back pain  ☐ Education about stretching and back exercises.  ☐ Instructions to return if condition worsens.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as
   well as appropriate follow-up. ☐ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____
        (Describe)
☐ Cold Compress (Acute injury)   ☐ Warm Compress
☐ OTC Medications given ( Motrin 400 or Tylenol 650 Bid pm x 2 days) ☐ NO  ☐ YES (If Yes List): _____

Referral: ☐ NO  ☒ YES (If Yes, Whom/Where): *Dr. Rayapati*           Date for referral: *4 / 11 / 06*
                                                                                    MM  DD  YYYY
Referral Type: ☒ Routine  ☐ Urgent  ☐ Emergent  (if emergent who was contacted?): _____     Time _____

x ___*signature*___                           Name: ___*J. Davis, RN*___
     Nurses Signature                                    Printed



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Richard W. Wright, Sr._   Date of Request: _14 April 2006_
ID # _187140_   Date of Birth: _15 Aug 61_ Location: _Inf. RM #103_
Nature of problem or request: _Back Pains (stiffness in back) and_
_head aches._

_____

Richard W. Wright Sr.
*Signature*

**DO NOT WRITE BELOW THIS LINE**

Date: _4/14/06_
Time: _9000_ AM  PM
Allergies: _Tylenol_

| RECEIVED |
|---|
| Date: 4/14/06 |
| Time: 9:00 |
| Receiving Nurse Intials DS |

**(S)ubjective:** _See Above —_

**(O)bjective** (V/S): T: _98.6_   P: _70_   R: _18_   BP: _130/78_   WT: _180#_

**(A)ssessment:** _Alt in Comfort —_

**(P)lan:** _Refer to Dr. Rayapati on 4/18/06 @ 8:00 AM_
_(See next vol)_

Refer to: (MD/PA)  Mental Health   Dental   Daily Treatment     Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE (✓)    EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_T. Stadler, LPN_
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PHS0205

GLF-1002   (1/4)



**Nursing Evaluation Tool:**                                    <u>Headache</u>

Facility: Alabama Department of Corrections

Patient Name: _____
                                    Last                                    First                        MI

Inmate Number: _____    Date of Birth: ___/___/___
                                                                    MM  DD  YYYY

Date of Report: ___/___/___                Time Seen: _____ AM / PM  Circle One
                        MM  DD  YYYY

*Subjective:* Chief Complaint(s): _Headache_

Onset: _____  ☐ New Onset  ☐ Sudden  ☐ Gradual  ☒ Chronic

Activity prior to onset: _some times wake up with them_
History: _Perscription was for 4 days. then out. Need_
(Continue on back if necessary) _med again_                          ☐ Check here if additional notes on back

Pain Scale: (1-10) _8_  Duration of Pain: _4-5 hrs._  Does anything relieve the pain? _ibuprofin_
Description of Pain: ☐ Throbbing  ☐ Sharp  ☐ Pressure  ☒ Dull/Achy  ☐ Other: _____
Location of pain: _frontal_  Radiation: ☐ No Radiation  ☒ Radiation to: _to top_
Associated Symptoms: Nausea ☒ NO  ☐ YES  Vomiting ☒ No  ☐ Yes (x_____)  ☒ Visual Changes  ☐ Photophobia
☐ Dizziness  ☐ Sinus Problems  ☐ Other: _____
Worst Headache: ☒ NO  ☐ YES  Prior Headache history: ☐ NO  ☒ YES _____
History of Head Injury? ☐ NO  ☒ YES (if Yes) LOC? ☒ NO  ☐ YES  Confusion: ☐ NO  ☒ YES  ☐ Seizures: ☒ NO  ☐ YES
Meds taken: ☐ NO  ☒ YES _motrin_   Trauma sustained in altercation with custody staff, or other
                                        inmate? ☐ NO  ☒ YES (Requires notification of correctional staff)

*Objective:* Vital Signs: (As Indicated) T: _97.8_  P: _70_  RR: _20_  B/P: _130 / 90_
General Appearance: ☒ No acute distress  ☒ Alert  ☒ Oriented x _3_  ☐ Confused  ☐ Lethargic
☐ Irritable / Agitated  ☒ Normal facial symmetry  ☐ YES  ☐ NO: _____
Skin: ☒ Warm  ☐ Cool  ☒ Dry  ☐ Moist/clammy  Skin Color: ☒ Normal  ☐ Pallor  ☐ Flushed  ☐ Jaundice
Pupil: ☐ PERRL  ☐ Pupils unequal/abnormal: _____
Neck: ☒ Supple with no meningeal signs  ☐ Stiff neck
Musculoskeletal: ☒ Symmetric with no weakness  ☐ Asymmetric/Weakness: _____
Gait: ☒ Able to walk/normal gait  ☐ Difficulty walking or abnormal gait
Signs of substance abuse: ☒ NO  ☐ YES: _____
☒ Additional Examination: _Med for headache. has expired. would_
(Continue on back if necessary) _like it renewed._

**Assessment: (Referral Status)**                Preliminary Determination(s): _Att. in Health Comfort_
☐ Referral NOT Required                          _____

☒ Referral Required due to the following: (Check all that apply)
☐ Abnormal Vitals        ☐ Visual disturbances    ☐ Dizziness          ☒ Recurrent Complaint (More than 2 visits)
☐ Altered mental status  ☐ Unequal pupils         ☐ Nausea/vomiting,
☐ Recent Head Injury     ☐ + Meningeal signs      ☐ B/P systolic > 160, diastolic > 95
        Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are
        unsure of the appropriate care to be given.

*Plan:* Check All That Apply:
☐ Isolation for contagious conditions (communicable).
☒ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as
        well as appropriate follow-up. ☒ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Instructions to return if condition worsens.              ☐ Return if no improvement within 24 hours or condition worsens.
☐ Other: _____
        OTC Medications given (Motrin 400mg or Tylenol 650 mg Bid po pm x 2 days)  ☒ NO  ☐ YES (If Yes) List _____

Referral: ☐ NO  ☒ YES (If Yes, Whom/Where): _____    Date for referral: ___/___/___
                                                                                MM  DD  YYYY
Referral Type: ☐ Routine  ☐ Urgent  ☐ Emergent  (if emergent who was contacted?): _____    Time _____
x _____    Name:(Printed) _J. Crisler_                    **PHS0206**

**PHS**

## Nursing Evaluation Tool:

<u>Back Pain</u>

---

Facility: Alabama Department of Corrections

Patient Name: *Wright,*                    *Richard*
                              Last                                      First

Inmate Number: *#187740*          Date of Birth: *8 , 15 , 6?*
                                                              MM   DD   YYYY

Date of Report: *4 / 17 / 06*        Time Seen: *1700*  AM / **PM**  Circle One
                        MM   DD   YYYY

---

<u>*Subjective:*</u>  Chief Complaint(s): *"I'm having stiffness in my back*

Onset: *and headaches*

☐ New onset    ☑ **Chronic condition exacerbation**

Pain Scale: (1-10) *#6*        Type: ☐ Sharp  ☐ Dull  ☑ Intermittent  ☐ Constant        Numbness: ☑ No  ☐ Yes

Location of Pain: *✓ T / mid-back*  Radiation of pain: ☐ No  ☑ Yes to: *mid-back*
                                Neck / mid-back / low-back

History: *recurrent complaint –*
(Continue on back if necessary)
                                                                                              ☐ Check Here if additional notes on back

---

Associated symptoms: Pain on urination?  ☑ No  ☐ Yes    Nausea ☑ No  ☐ Yes    Vomiting ☐ No  ☐ Yes (x        )
                          Increased urination?  ☑ No  ☐ Yes    Pain with cough/breathing?  ☑ No  ☐ Yes

*Objective:*  Vital Signs: (If Indicated) T: *98.6*  P: *70*  RR: *18*  B/P: *130 / 78*

Back Exam:  ☐ Tender to touch  ☐ Contusion  ☐ Muscle spasms  ☑ Impaired range of motion

Additional Findings: ☐ Numbness  ☐ Tingling  ☐ Abnormal gait  ☐ Weakness of extremities  ☐ Foot drop  ☐ Other: _____

Elaborate positive findings: _____

---

                                                                                              ☐ Check Here if additional notes on back

Lower extremities: ☑ Normal        ☐ Abnormal (Describe): _____
Pedal pulses:  ☑ Present          ☐ Absent

☐ Additional Examination: _____
Continue on back if necessary

---

                                                                                              ☐ Check Here if continued on back

*Assessment: (Referral Status)*          Preliminary Determination(s): *Alt in Comfort*

☐   Referral <u>NOT Required</u>                                              *✓ back pain*

☑ Referral <u>Required</u> due to the following: (Check all that apply)
   ☐ Loss of sensation        ☐ Presence of RBCs from dipstick    ☑ Recurrent Complaint (More than 2 visits for the same complaint)
   ☐ Prior malignancy         ☐ Presence of WBCs from dipstick
   ☐ Other: _____

*Plan:*

Check All That Apply: ☑ Work and recreation restrictions x 72 hours
☑ Education on avoiding back pain  ☑ Education about stretching and back exercises.  ☑ Instructions to return if condition worsens.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as
   well as appropriate follow-up.  ☐ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____
            (Describe)

☐ Cold Compress (Acute injury)    ☑ Warm Compress

☐ OTC Medications given ( Motrin 400 or Tylenol 650 Bid prn x 2 days) ☑ NO  ☐ YES (If Yes List): _____

Referral:  ☐ NO  ☑ YES (If Yes, Whom/Where): *Dr. Rayapati*        Date for referral: *4 / 18 / 06*
                                                                                                        MM   DD   YYYY

Referral Type: ☑ Routine  ☐ Urgent  ☐ Emergent (if emergent who was contacted?): _____  Time _____

x *Tracy Starks, Lpn*    Name: *Tracy Starks, Lpn*
      Nurses Signature                              Printed

                                                                                              **PHS0207**



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Richard W Wright Sr.        Date of Request: 19 April 06

ID # 187140                    Date of Birth: 15 Aug 67 Location: INE RM 123

Nature of problem or request: Back Pains and Head aches

Signature: Richard W Wright Sr.
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: 4/20/06

Time: 13:00    AM PM    E. m. stated

Allergies: Tylenol    PRN.

| RECEIVED |
|---|
| Date: 4/20/06 |
| Time: 1000 |
| Receiving Nurse Intials: DS |

**(S)ubjective:**

**(O)bjective**  (V/S): T:        P:        R:        BP:        WT:

**(A)ssessment:** See D et tool

**(P)lan:** Return to HCU Friday 4-20-06 @ 8am for MD Appt.

Refer to: (MD/PA)  Mental Health  Dental  Daily Treatment    Return to Clinic PRN
                CIRCLE ONE

Check One:  ROUTINE (X)    EMERGENCY ( )

If Emergency was PHS supervisor notified:    Yes ( )    No ( )

Was MD/PA on call notified:    Yes ( )    No ( )

SIGNATURE AND TITLE  RN

WHITE:    INMATES MEDICAL FILE                    PHS0208
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

Prison Health Services
Alabama Department of Corrections

# EDUCATIONAL FACT SHEET

## BACKPAIN

| | INDIVIDUALIZED NURSING INSTRUCTIONS |
|---|---|
| 1. Avoid strenuous activity, especially weight lifting and contact sports. | |
| 2. Take medication as prescribed. | |
| 3. Inform medical if pain worsens. | |
| 4. Avoid bending over to pick up anything, Instead, stoop and lift with your legs. | |
| 5. Sit up straight. Avoid slouching. | |

PHS0209

**Nursing Evaluation Tool:** <u>Back Pain</u>

PHS

| Facility: Alabama Department of Corrections | |
|---|---|
| Patient Name: _Whirtel_ | _Richard_ |
| | Last                                        First                    MI |
| Inmate Number: _182104_ | Date of Birth: _8 / 15 / 67_ |
| | MM  DD  YYYY |
| Date of Report: _4 / 20 / 06_ | Time Seen: _12:30_ AM /(PM) Circle One |
| MM  DD  YYYY | |

**Subjective:** Chief Complaint(s): _Back Pain wants his c/o_
Onset: _Something for the pain_

☑ New onset, ☑ Chronic condition exacerbation

Pain Scale: (1-10) _9_   Type: ☑ Sharp ☐ Dull ☐ Intermittent ☑ Constant   Numbness: ☑ No ☐ Yes

Location of Pain: _mid/low back_   Radiation of pain: ☑ No ☐ Yes to: _____

History: _58 WM B/P c/o Pain constant, hx requesting_ (Continue on back if necessary) _Med_    ☐ Check Here if additional notes on back

Associated symptoms: Pain on urination? ☑ No ☐ Yes   Nausea ☑ No ☐ Yes   Vomiting ☑ No ☐ Yes (x___)
Increased urination? ☑ No ☐ Yes   Pain with cough/breathing? ☑ No ☐ Yes

**Objective:** Vital Signs: (If Indicated) T: _99.2_ P: _87_ RR: _20_ B/P: _130/90_

Back Exam: ☑ Tender to touch ☐ Contusion ☐ Muscle spasms ☐ Impaired range of motion
Additional Findings: ☐ Numbness ☐ Tingling ☐ Abnormal gait ☐ Weakness of extremities ☐ Foot drop ☐ Other: _____

Elaborate positive findings: _____

☐ Check Here if additional notes on back

Lower extremities: ☐ Normal ☐ Abnormal (Describe): _____
Pedal pulses: ☐ Present ☐ Absent

☐ Additional Examination: _UA 8102 Sat 97% B_ Continue on back if necessary)

☐ Check Here if continued on back

**Assessment:** _(Referral Status)_       Preliminary Determination(s): _____
   ☐   Referral <u>NOT Required</u>       _____

   ☐   Referral <u>Required</u> due to the following: (Check all that apply)
      ☐ Loss of sensation      ☐ Presence of RBCs from dipstick      ☐ Recurrent Complaint (More than 2 visits for the same complaint)
      ☐ Prior malignancy      ☐ Presence of WBCs from dipstick
      ☐ Other: _____

**Plan:**
Check All That Apply: ☑ Work and recreation restrictions x 72 hours
   ☐ Education on avoiding back pain   ☐ Education about stretching and back exercises.   ☐ Instructions to return if condition worsens.
   ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up.   ☐ YES   ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____
   (Describe)
☐ Cold Compress (Acute injury)   ☐ Warm Compress
☐ OTC Medications given ( Motrin 400 or Tylenol 650 Bid prn x 2 days)   ☐ NO   ☐ YES (If Yes List): _____

Referral: ☐ NO ☐ YES (If Yes, Whom/Where): _____   Date for referral: _4 / 12 / 06_
   MM  DD  YYYY

☐ Referral Type: ☐ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____   Time _____

X _____   Name: _____
   Nurses Signature         Printed

PHS0210

**PHS**

## Nursing Evaluation Too..

Headache

Facility: Alabama Department of Corrections

Patient Name: _Wright_ Last   _Richard_ First   __ MI

Inmate Number: _182140_

Date of Birth: _8_ / _15_ / _67_ MM DD YYYY

Date of Report: _4_ / _20_ / _06_ MM DD YYYY

Time Seen: _12:28_ AM (PM) Circle One

### Subjective: Chief Complaint(s): _Headache._

Onset: _New._

Activity prior to onset: ☐ New Onset ☐ Sudden ☐ Gradual ☒ Chronic

History: _38 y/o old blk male c/o with headache that are_ (Continue on back if necessary) _constant to moderate type_

Pain Scale: (1-10) _8_   Duration of Pain: _last 2 hours_   Does anything relieve the pain? ☒ Check here if additional notes on back _ibuprofen_

Description of Pain: ☐ Throbbing ☐ Sharp ☐ Pressure ☒ Dull/Achy ☐ Other: _____

Location of pain: _temp front & sides_

Associated Symptoms: Nausea ☐ NO ☐ YES   Radiation: ☐ No Radiation ☒ Radiation to: _R to/front temp & back_

Vomiting ☐ No ☐ Yes (X____)   Dizziness ☐ Sinus Problems ☐ Other: _____   ☐ Visual Changes ☐ Photophobia

Worst Headache: ☒ NO ☐ YES   Prior Headache history: ☐ NO ☒ YES _____

History of Head Injury? ☐ NO ☒ YES (if Yes): _n/a_ LOC? ☐ NO ☐ YES   Confusion: ☐ NO ☒ YES   Seizures: ☒ NO ☐ YES

Meds taken: ☒ NO ☐ YES _____

Trauma sustained in altercation with custody staff, or other inmate? ☒ NO ☐ YES (Requires notification of correctional staff)

### Objective: Vital Signs: (As Indicated) T: _97.3_ P: _82_ RR: _20_ B/P: _120_ / _90_

General Appearance: ☒ No acute distress ☐ Alert ☐ Oriented x _____   ☐ Confused ☐ YES ☐ Lethargic
☐ Irritable / Agitated   ☐ Normal facial symmetry ☐ NO:

Skin: ☒ Warm ☐ Cool ☒ Dry ☐ Moist/clammy   Skin Color: ☒ Normal ☐ Pallor ☐ Flushed ☐ Jaundice

Pupil: ☐ PERRL   ☐ Pupils unequal/abnormal:

Neck: ☒ Supple with no meningeal signs ☐ Stiff neck

Musculoskeletal: ☒ Symmetric with no weakness ☐ Asymmetric/Weakness: _____

Gait: ☒ Able to walk/normal gait ☐ Difficulty walking or abnormal gait

Signs of substance abuse: ☒ NO ☐ YES _____

☐ Additional Examination: _pt # 8 on pt. 97% would like to have_ (Continue on back if necessary) _ibuprofen for headache_

### Assessment: (Referral Status)

☐ Referral **NOT Required**

☒ Referral **Required** due to the following: (Check all that apply)

Preliminary Determination(s): _Alt inflated Complaint._ _C/T acute Statement_

☐ Abnormal Vitals   ☐ Visual disturbances   ☐ Dizziness
☐ Altered mental status   ☐ Unequal pupils   ☐ Nausea/vomiting,
☐ Recent Head Injury   ☐ + Meningeal signs   ☐ B/P systolic > 160, diastolic > 95
   ☒ Recurrent Complaint (More than 2 visits)

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

### Plan: Check All That Apply:

☐ Isolation for contagious conditions (communicable).

☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☒ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)

☐ Instructions to return if condition worsens.

☐ Other: _____   ☐ Return if no improvement within 24 hours or condition worsens.

OTC Medications given (Motrin 400mg or Tylenol 650 mg Bid po prn x 2 days) ☐ NO ☐ YES (If Yes List) _____

Referral: ☐ NO ☒ YES (If Yes, Whom/Where): _Dr. Peryapt_

Referral Type: ☒ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____   Date for referral: _4_/_21_/_06_ MM DD YYYY

Time _____

x _____ Name:(Printed) _ODISON_

PHS0211



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Richard W Wright Sr. Boy_    Date of Request: _24 April 06_
ID # _187140_    Date of Birth: _15 Aug 67_ Location: _Seg # 901_
Nature of problem or request: _Still having back pains_

Signature _Richard W Wright Sr. Boy_

### DO NOT WRITE BELOW THIS LINE

Date: _4/25/06_
Time: _6:05_ AM PM _(as stated)_
Allergies: _Tylenol PPd_

> RECEIVED
> Date: _4/25/06_
> Time: _9:00_
> Receiving Nurse Intials _DS_

**(S)ubjective:**

**(O)bjective:** (V/S): T:_____ P:_____ R:_____ BP:_____ WT:_____

**(A)ssessment:** _See Nat + tab_

**(P)lan:** _report to HCU. monday 5-1-06 @_
_8am for appt c MD_

Refer to: (MD/PA)  Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE (X)   EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )

_SIGNATURE AND TITLE_

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PHS0212



**Nursing Evaluation Tool:**    <u>Back Pain</u>

Facility: Alabama Department of Corrections
Patient Name: <u>Wright</u> <sub>Last</sub>    <u>Richard</u> <sub>First</sub>    MI
Inmate Number: <u>187146</u>    Date of Birth: <u>8 15 67</u> <sub>MM DD YYYY</sub>
Date of Report: <u>4 25 06</u> <sub>MM DD YYYY</sub>    Time Seen: <u>605</u>    AM (PM) Circle One

<u>Subjective</u>:  Chief Complaint(s): <u>Having Back Pain</u>
Onset: _____
☐ New onset   ☒ Chronic condition exacerbation
Pain Scale: (1-10) <u>10</u>    Type: ☐ Sharp ☒ Dull ☐ Intermittent ☒ Constant    Numbness: ☒ No ☐ Yes
Location of Pain: <u>Lower Center &amp; Left</u>  Radiation of pain: ☒ No ☐ Yes to: _____
(Neck / mid back / low back)
History: <u>Was ordered Neurontin 300mg for Pain, states he is</u>
(Continue on back if necessary) <u>not being given med</u>    ☐ Check Here for additional notes on back

Associated symptoms: Pain on urination?  ☒ No ☐ Yes    Nausea ☒ No ☐ Yes   Vomiting ☒ No ☐ Yes  ☐ Yes (x ____)
Increased urination?  ☒ No ☐ Yes    Pain with cough/breathing? ☒ No ☐ Yes

<u>Objective</u>:  Vital Signs: (If Indicated) T: <u>98.8</u>  P: <u>87</u>  RR: <u>20</u>  B/P: <u>120 / 80</u>
Back Exam: ☐ Tender to touch  ☐ Contusion  ☐ Muscle spasms  ☐ Impaired range of motion
Additional Findings: ☐ Numbness ☐ Tingling ☐ Abnormal gait ☐ Weakness of extremities ☐ Foot drop ☐ Other: _____
Elaborate positive findings: <u>Stick &amp; gusting Pain Mid low back</u>
<u>Pain</u>    ☐ Check Here if additional notes on back

Lower extremities: ☐ Normal  ☐ Abnormal (Describe): _____
Pedal pulses: ☒ Present  ☐ Absent

☐ Additional Examination: <u>O₂ sat 97% Skin warm dry, no</u>
(Continue on back if necessary) <u>dist &amp; distress noted</u>    ☐ Check Here if continued on back

<u>Assessment: (Referral Status)</u>    Preliminary Determination(s): _____
☐   Referral <u>NOT Required</u>    _____

☐   Referral <u>Required</u> due to the following: (Check all that apply)
      ☐ Loss of sensation       ☐ Presence of RBCs from dipstick   ☒ Recurrent Complaint (More than 2 visits for the same complaint)
      ☐ Prior malignancy        ☐ Presence of WBCs from dipstick
      ☐ Other: _____

<u>Plan:</u>
Check All That Apply: ☐ Work and recreation restrictions x 72 hours
☐ Education on avoiding back pain  ☐ Education about stretching and back exercises.  ☐ Instructions to return if condition worsens.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as
   well as appropriate follow-up.  ☐ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____
(Describe)
☐ Cold Compress (Acute injury)  ☐ Warm Compress
☐ OTC Medications given ( Motrin 400 or Tylenol 650 Bid prn x 2 days) ☐ NO  ☐ YES (If Yes List): _____

Referral: ☐ NO  ☒ YES (If Yes, Whom/Where) <u>Dr. Rizzporth</u>    Date for referral: <u>5 1 06</u>
                                                                                    MM DD YYYY
Referral Type: ☒ Routine  ☐ Urgent  ☐ Emergent (if emergent who was contacted?): _____    Time _____

X <u>J. Allen RN</u>    Name: <u>J. Allen, RN</u>
      Nurses Signature            Printed

PHS0213



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Richard W Wright Sr Bey_  Date of Request: _5/2/06_
ID # _187140_  Date of Birth: _15 Aug 67_ Location: _Seg # 801_
Nature of problem or request: _Been having back pains_
_need something for the pain_

_Richard W Wright Sr_
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: _5 13 06_
Time: _11:50_ (AM) PM
Allergies: _Tylenol_

| RECEIVED |
|---|
| Date: _5/3/06_ |
| Time: _____ |
| Receiving Nurse Intials _DS_ |

**(S)ubjective:**

**(O)bjective** (V/S): T: _____ P: _____ R: _____ BP: _____ WT: _____

**(A)ssessment:** _See Not Heal_

**(P)lan:** _report to Hcu Friday 5-5-06 @ 8 am_
_per md appt_

Refer to: (MD/PA  Mental Health  Dental  Daily Treatment  Return to Clinic PRN
CIRCLE ONE
Check One: ROUTINE (X)  EMERGENCY ( )
If Emergency was PHS supervisor notified:  Yes ( )  No ( )
Was MD/PA on call notified:  Yes ( )  No ( )

_SIGNATURE AND TITLE_

PHS0214

WHITE:  INMATES MEDICAL FILE

Prison Health Services
Alabama Department of Corrections

# EDUCATIONAL FACT SHEET

## BACKPAIN

| | INDIVIDUALIZED NURSING INSTRUCTIONS |
|---|---|
| 1. Avoid strenuous activity, especially weight lifting and contact sports.<br><br>2. Take medication as prescribed.<br><br>3. Inform medical if pain worsens.<br><br>4. Avoid bending over to pick up anything, Instead, stoop and lift with your legs.<br><br>5. Sit up straight. Avoid slouching. | |

PHS0215



## Nursing Evaluation Tool:

<u>Back Pain</u>

---

Facility: Alabama Department of Corrections

Patient Name: _Wright_      _Richard_
     First     MI

Inmate Number: _187143_      Date of Birth: _9 | 15 | 67_
     MM   DD   YYYY

Date of Report: _5 | 4 | 06_      Time Seen: _1150_ (AM)/ PM  Circle One
   MM   DD   YYYY

---

<u>Subjective</u>: Chief Complaint(s): _Back Pain_

Onset: _____

☐ New onset   ☒ Chronic condition exacerbation

Pain Scale: (1-10) _10_   Type: ☐ Sharp ☐ Dull ☐ Intermittent ☒ Constant   Numbness: ☒ No ☐ Yes

Location of Pain: _lower back_   Radiation of pain: ☐ No ☒ Yes to: _middle back, other leg_
(Neck / mid back / low back)

History: _Take ibuprofen for headache. Need something for_
(Continue on back if necessary) _back ibuprofen is not helping_
     ☐ Check Here if additional notes on back

---

Associated symptoms: Pain on urination? ☒ No ☐ Yes   Nausea ☒ No ☐ Yes   Vomiting ☒ No ☐ Yes (x _____)
     Increased urination? ☒ No ☐ Yes   Pain with cough/breathing? ☒ No ☐ Yes

<u>Objective</u>: Vital Signs: (If Indicated) T: _99.1_ P: _82_ RR: _20_ B/P: _120 | 86_

Back Exam: ☐ Tender to touch ☐ Contusion ☐ Muscle spasms ☐ Impaired range of motion

Additional Findings: ☐ Numbness ☐ Tingling ☐ Abnormal gait ☐ Weakness of extremities ☐ Foot drop ☐ Other:

Elaborate positive findings: _Motrin is only working on head, not_
_back_
     ☐ Check Here if additional notes on back

Lower extremities: ☐ Normal   ☐ Abnormal (Describe): _____
Pedal pulses: ☒ Present ☐ Absent

☐ Additional Examination: _wt# 179 1/2 O₂ Sat 97%_
Continue on back if necessary

---

<u>Assessment</u>: (Referral Status)

   ☐ Referral <u>NOT Required</u>

Preliminary Determination(s): _Alt. in # latest comfort._
_R/T back problem_

   ☐ Referral <u>Required</u> due to the following: (Check all that apply)
     ☐ Loss of sensation   ☐ Presence of RBCs from dipstick   ☒ Recurrent Complaint (More than 2 visits for the same complaint)
     ☐ Prior malignancy   ☐ Presence of WBCs from dipstick
     ☐ Other: _____

---

<u>Plan</u>:

Check All That Apply: ☒ Work and recreation restrictions x 72 hours
   ☐ Education on avoiding back pain   ☐ Education about stretching and back exercises.   ☐ Instructions to return if condition worsens.
   ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
   ☐ Other: _____
     (Describe)
☐ Cold Compress (Acute injury)   ☐ Warm Compress
☐ OTC Medications given ( Motrin 400 or Tylenol 650 Bid prn x 2 days) ☐ NO ☐ YES (If Yes List: _____

Referral: ☐ NO ☒ YES (If Yes, Whom/Where): _Dr. Raypath_   Date for referral: _5 | 5 | 6_
                                                    MM DD YYYY

Referral Type: ☒ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____   Time _____

X _____    Name: _____ J (CVIS, RJ
   Nurses Signature                             Printed

PHS0216

**PHS**

## Nursing Evaluation Tool:

<u>Back Pain</u>

Facility: Alabama Department of Corrections

Patient Name: _Wright_ _Richard_ _-_
Last / First / MI

Inmate Number: _187140_    Date of Birth: _8 / 15 / 67_
MM / DD / YYYY

Date of Report: _5 / 18 / 06_    Time Seen: _11 HS_ AM / PM  Circle One
MM / DD / YYYY

_Subjective:_  Chief Complaint(s): _Back Pain_

Onset: _December 05_

☐ New onset  ☒ Chronic condition exacerbation

Pain Scale: (1-10) _8_  Type: ☐ Sharp ☐ Dull ☐ Intermittent ☒ Constant   Numbness: ☒ No ☐ Yes
Location of Pain: _Central Back_  Radiation of pain: ☐ No ☒ Yes to: _to upper back_
Neck / mid-back / low back

History: _Having Back Pain Since 11/3/06_.
(Continue on back if necessary)

☐ Check Here if additional notes on back

Associated symptoms: Pain on urination? ☒ No ☐ Yes  Nausea ☒ No ☐ Yes  Vomiting ☒ No ☐ Yes (X )
Increased urination? ☒ No ☐ Yes  Pain with cough/breathing? ☒ No ☐ Yes

_Objective:_  Vital Signs: (If Indicated) T: _99.8_  P: _79_  RR: _20_  B/P: _130/90_
Back Exam: ☒ Tender to touch  ☐ Contusion ☒ Muscle spasms ☐ Impaired range of motion
Additional Findings: ☐ Numbness ☐ Tingling ☐ Abnormal gait ☐ Weakness of extremities ☐ Foot drop ☐ Other: _____
Elaborate positive findings: _____

☐ Check Here if additional notes on back

Lower extremities: ☐ Normal  ☐ Abnormal (Describe): _____
Pedal pulses: ☒ Present  ☐ Absent

☐ Additional Examination: _at #86 02 Sat 97%_
Continue on back if necessary

☐ Check Here if continued on back

_Assessment: (Referral Status)_
☐ Referral NOT Required

Preliminary Determination(s) _Pt in Health Comfort_

☒ Referral Required due to the following: (Check all that apply)
☐ Loss of sensation  ☐ Presence of RBCs from dipstick  ☒ Recurrent Complaint (More than 2 visits for the same complaint)
☐ Prior malignancy  ☐ Presence of WBCs from dipstick  _Low Back Pain_
☒ Other: _Low Back Pain_

_Plan:_
Check All That Apply: ☒ Work and recreation restrictions x 72 hours
☒ Education on avoiding back pain ☐ Education about stretching and back exercises. ☐ Instructions to return if condition worsens.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as
well as appropriate follow-up. ☒ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____
(Describe)
☐ Cold Compress (Acute injury)   ☐ Warm Compress
☐ OTC Medications given ( Motrin 400 or Tylenol 650 Bid pm x 2 days) ☐ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☒ YES (If Yes, Whom/Where): _Doctor Carpenter_  Date for referral: _/ /_
MM DD YYYY
Referral Type: ☒ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____
Time

X _[signature]_  Name: _J. Davis, RN_
Nurses Signature  Printed

PHS0217



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Richard W Wright, Sr. Bey_ Date of Request: _8 May 06_
ID # _187146_                        Date of Birth: _15 Aug 61_ Location: _Seg # 8a_
Nature of problem or request: _Head aches, Frequently_

_Richard W Wright L Bey_
_Signature_

### DO NOT WRITE BELOW THIS LINE

Date: _5/8/06_
Time: _11:45_ (AM) PM
Allergies: _Defered Immit status;_
_PPR_

RECEIVED
Date: _5/8/06_
Time: _9:00_
Receiving ~~Nurse~~ Intials _DS_

**(S)ubjective:**

**(O)bjective**   (V/S):  T: _____   P: _____   R: _____   BP: _____   WT: _____

**(A)ssessment:** _See Note too b_

**(P)lan:** _Report to HCU Friday 5-12-06 @ 9 am._
_for MD appt._

Refer to:  (MD)/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE (x)       EMERGENCY ( )
        If Emergency was PHS supervisor notified:     Yes ( )    No ( )
            Was MD/PA on call notified:     Yes ( )    No ( )

_____
SIGNATURE AND TITLE

WHITE:     INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT                    PHS0218



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: *Richard Wayne Wright Sr. Bey*  Date of Request: *19 June 06*
ID # *187140*  Date of Birth: *13 Aug 67* Location: *Seg. #80*
Nature of problem or request: *Head aches*

_____

_____

_____

*Richard W Wright Sr Bey*
*Signature*

## DO NOT WRITE BELOW THIS LINE

Date: *6/20/06*
Time: _____ AM  PM
Allergies: _____

```
RECEIVED
Date: 6/20/06
Time: 9:00
Receiving Nurse Intials DS
```

**(S)ubjective:**

**(O)bjective**  (V/S): T: _____  P: _____  R: _____  BP: _____  WT: _____

**(A)ssessment:**  *Scheduled to see MD 6-21-06*

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
     If Emergency was PHS supervisor notified:   Yes ( )    No ( )
          Was MD/PA on call notified:   Yes ( )    No ( )

*SIGNATURE AND TITLE*

PHS0219

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PHS0220



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Richard W Wright Sr. Boy  Date of Request: 23 June 2006
ID # 187140    Date of Birth: 15 Aug 67 Location: Seg # 801
Nature of problem or request: head aches / back muscles
tighting up (back pains)

_Richard W Wright Sr. Boy_
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: 6/23/06
Time: 1230  AM (PM)  → *State*
Allergies: *Informal PRN →*   *Inmate*

| RECEIVED |
|---|
| Date: 6/23/06 |
| Time: 8.00 |
| Receiving Nurse Intials DS |

**(S)ubjective:**

**(O)bjective:**  (V/S): T:_____  P:_____  R:_____  BP:_____  WT:_____

**(A)ssessment:**  *See note taal*

**(P)lan:** Report to HCU Monday 8/26/06 @ 9am
forwarded to MD.

Refer to: (MD/PA)  Mental Health  Dental  Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE (X)    EMERGENCY ( )
    If Emergency was PHS supervisor notified:  Yes ( )    No ( )
        Was MD/PA on call notified:  Yes ( )    No ( )

_J Collier RN_
*SIGNATURE AND TITLE*

PHS0221

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PHS0222

PHS0223

PHS

**Nursing Evaluation Tool:**                                        <u>Back Pain</u>

Facility: Alabama Department of Corrections

Patient Name: _____
                                   Last                              First                    MI

Inmate Number: _____    Date of Birth: ____ / ____ / ____
                                                                               MM      DD       YYYY

Date of Report: ____ / ____ / ____          Time Seen: _____ AM / PM  Circle One
                        MM      DD      YYYY

<u>*Subjective*:</u> Chief Complaint(s): *back muscle tightening Pain*

Onset: *off on on for last couple week started back Tuesday*

☐ New onset  ☒ Chronic condition exacerbation

Pain Scale: (1-10) _____  Type: ☐ Sharp  ☐ Dull  ☐ Intermittent  ☐ Constant      Numbness: ☐ No  ☐ Yes

Location of Pain: *lower back*       Radiation of pain: ☐ No  ☐ Yes to: _____
                        Neck / mid back / low back

History: *started back on tuesday when the pain started.*
(Continue on back if necessary)
                                                                            ☐ Check Here if additional notes on back

Associated symptoms: Pain on urination?  ☒ No  ☐ Yes    Nausea ☒ No  ☐ Yes   Vomiting ☒ No  ☐ Yes (x____)
                              Increased urination?  ☒ No  ☐ Yes    Pain with cough/breathing? ☒ No  ☐ Yes

<u>*Objective*:</u> Vital Signs: (If Indicated) T: ____  P: ____  RR: ____  B/P: ____ / ____

Back Exam: ☐ Tender to touch  ☐ Contusion  ☒ Muscle spasms  ☐ Impaired range of motion

Additional Findings: ☐ Numbness  ☐ Tingling  ☐ Abnormal gait  ☐ Weakness of extremities  ☐ Foot drop  ☐ Other: ____

Elaborate positive findings: *with normal gait*
                                                                            ☐ Check Here if additional notes on back

Lower extremities: ☐ Normal  ☐ Abnormal (Describe): _____
Pedal pulses:  ☒ Present  ☐ Absent

☐ Additional Examination: *long time complainer of back pain*
Continue on back if necessary
                                                                            ☐ Check Here if continued on back

<u>*Assessment:*</u> (Referral Status)          Preliminary Determination(s): *Hm Health Comfort*
        ☐ Referral <u>NOT</u> Required            _____

        ☒ Referral <u>Required</u> due to the following: (Check all that apply)
            ☐ Loss of sensation        ☐ Presence of RBCs from dipstick    ☒ Recurrent Complaint (More than 2 visits for the same complaint)
            ☐ Prior malignancy        ☐ Presence of WBCs from dipstick
            ☐ Other: _____

<u>*Plan:*</u>
Check All That Apply: ☐ Work and recreation restrictions x 72 hours
☐ Education on avoiding back pain  ☐ Education about stretching and back exercises.  ☐ Instructions to return if condition worsens.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as
       well as appropriate follow-up.  ☐ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____
        (Describe)
☐ Cold Compress (Acute injury)      ☐ Warm Compress
☐ OTC Medications given ( Motrin 400 or Tylenol 650 Bid pm x 2 days) ☒ NO  ☐ YES (If Yes List): _____

Referral: ☐ NO  ☒ YES (If Yes, Whom/Where): *Dr Largent*         Date for referral: *6/12/06*
                                                                                        MM   DD   YYYY

Referral Type: ☒ Routine  ☐ Urgent  ☐ Emergent (if emergent who was contacted?): _____   Time _____

x _____                    Name: _____
        Nurses Signature                                    Printed

PHS

**Nursing Evaluation Tool**                                    **Headache**

Facility: Alabama Department of Corrections

Patient Name: _Wright_ _____  _Richard_ _____
                       Last                              First

Inmate Number: _187145_ _____  Date of Birth: _8 / 15 / 69_
                                                              MM   DD   YYYY

Date of Report: _6 / 23 / 06_          Time Seen: _1250_  AM / **PM**  Circle One
                MM   DD   YYYY

*Subjective:*  Chief Complaint(s): _Headache_

Onset: _yesterday_    ☒ New Onset  ☐ Sudden  ☐ Gradual  ☐ Chronic

Activity prior to onset: _writing_

History: _had the headache once yesterday — was_ ☐ Check here if additional notes on back.
_working when it started, not wearing glasses at the time_

Pain Scale: (1/10) _8_   Duration of Pain: _not lasting_  Does anything relieve the pain? _had nothing to_
_relieve it_

Description of Pain: ☒ Throbbing ☐ Sharp ☐ Pressure ☐ Dull/Achy ☐ Other: _____

Location of pain: _frontal lobe_  Radiation: ☒ No Radiation ☐ Radiation to: _____

Associated Symptoms: Nausea ☒ NO ☐ YES  Vomiting ☒ No ☐ Yes (x___)  ☐ Visual Changes ☐ Photophobia
                     ☒ Dizziness ☐ NO ☐ Sinus Problems ☐ Other: _____

Worst Headache: ☒ NO ☐ YES    Prior Headache history: ☐ NO ☒ YES

History of Head Injury? ☐ NO ☒ YES (if Yes):  LOC? ☒ NO ☐ YES  Confusion: ☐ NO ☒ YES  ☐ Seizures: ☒ NO ☐ YES

Meds taken? ☒ NO ☐ YES _____

Trauma sustained in altercation with custody staff, or other
inmate? ☒ NO ☐ YES (Requires notification of correctional staff)

*Objective:*  Vital Signs: (As Indicated) T _98.6_  P: _70_  RR: _20_  B/P: _190/80_

General Appearance: ☒ No acute distress ☒ Alert ☐ Oriented x _3_ ☐ Confused ☐ Lethargic
                    ☐ Irritable / Agitated  ☒ Normal facial symmetry ☐ YES ☐ NO:

Skin: ☒ Warm ☐ Cool ☒ Dry ☐ Moist/clammy  Skin Color: ☒ Normal ☐ Pallor ☐ Flushed ☐ Jaundice

Pupil: ☐ PERRL ☐ Pupils unequal/abnormal:

Neck: ☒ Supple with no meningeal signs ☐ Stiff neck

Musculoskeletal: ☐ Symmetric with no weakness ☐ Asymmetric/Weakness: _____

Gait: ☒ Able to walk/normal gait ☐ Difficulty walking or abnormal gait

Signs of substance abuse: ☒ NO ☐ YES: _____

☐ Additional Examination: _at PHS 2 Sat 98/8_
Continue on back if necessary

*Assessment: (Referral Status)*
☒ Referral **NOT Required**

Preliminary Determination(s) _Alt in Health Comfort_

☐ Referral **Required** due to the following: (Check all that apply)
  ☐ Abnormal Vitals       ☐ Visual disturbances   ☐ Dizziness              ☐ Recurrent Complaint (More than 2 visits)
  ☐ Altered mental status ☐ Unequal pupils        ☐ Nausea/vomiting,
  ☐ Recent Head Injury    ☐ + Meningeal signs     ☐ B/P systolic > 160, diastolic > 95

  **Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are
  unsure of the appropriate care to be given.

*Plan:*  Check All That Apply:
☐ Isolation for contagious conditions (communicable).
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as
   well as appropriate follow-up. ☐ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Instructions to return if condition worsens.        ☐ Return if no improvement within 24 hours or condition worsens.
☐ Other: _____

OTC Medications given (Motrin 400mg or Tylenol 650 mg Bid po pm x 2 days)  ☐ NO  ☐ YES (If Yes List) _____

Referral: ☐ NO ☒ YES (If Yes, Whom/Where): _Dr. Rahipal_        Date for referral: _6 / 26 / 06_
                                                                                    MM   DD   YYYY

Referral Type: ☒ Routine  ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____
                                                                                   Time

x _____                              Name:(Printed) _S. Collier_

PHS0225



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
### SICK CALL REQUEST

Print Name: _Richard W. Wright Sr. Bey_    Date of Request: _3rd July 2006_
ID # _187140_    Date of Birth: _15 Aug 61_ Location: _Seg. #801_
Nature of problem or request: _Head aches (Sometimes dizzy Feeling);_
_Back Pain· tightness in my back; dry cough, difficult_
_breathing at times my heart rate is increase - please_
_reconsider Crest x-ray -- For T.B infection_
_Richard Wright Sr. Bey_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective**    (V/S):  T: _____  P: _____  R: _____  BP: _____  WT: _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )     EMERGENCY ( )
       If Emergency was PHS supervisor notified:    Yes ( )    No ( )
           Was MD/PA on call notified:    Yes ( )    No ( )

_____
_SIGNATURE AND TITLE_

WHITE:    INMATES MEDICAL FILE                              **PHS0226**
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Richard W Wright, Sr Bey_   Date of Request: _4th July 2006_
ID #: _187140_   Date of Birth: _5 Aug 67_ Location: _Seg # B6_
Nature of problem or request: _Head aches (sometimes dizzy feeling)_
_Back Pain-tightness in my back, dry Cough, difficult_
_Breathing at times my heart rate is increase - please_
_reconsider Crest x-ray - For T.B. infection_

_Rich W Wright Jr. Bey_
                                               Signature

### DO NOT WRITE BELOW THIS LINE

Date: _7-5-06_
Time: _11:40_ (AM) PM
Allergies: _refused_

```
┌─────────────────────────────────┐
│          RECEIVED               │
│  Date:                          │
│  Time:                          │
│  Receiving Nurse Intials _____ │
└─────────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective**   (V/S):  T: _____   P: _____   R: _____   BP: _____   WT: _____

**(A)ssessment:** _See Next tool_

**(P)lan:** _Gave Motril for Headache tight 556_
_if nausea or vomiting or other problem, chec_
_return to sick Call to see MD_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment   ⟨Return to Clinic PRN⟩
CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
       If Emergency was PHS supervisor notified:   Yes ( )     No ( )
       Was MD/PA on call notified:   Yes ( )     No ( )

_X_____
SIGNATURE AND TITLE

WHITE:     INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT          PHS0227

**PHS**

Nursing Evaluation Tool                                    Headache

Facility: Alabama Department of Corrections

Patient Name: _Wright_                    _Richard_
                    Last                        First

Inmate Number: _187148_        Date of Birth: _8 / 15 / 69_
                                                MM   DD   YYYY

Date of Report: _2 - 15 - 06_        Time Seen: _11:40_ AM / PM Circle One
                MM   DD   YYYY

*Subjective:* Chief Complaint(s): _Headache,_

Onset: _Saturday_    ☐ New Onset  ☐ Sudden  ☐ Gradual  ☒ Chronic

Activity prior to onset: _Sleeping_

History: _I.M. well known to HCU for chr. headaches_
(Continue on back if necessary)

Pain Scale: (1-10) _9_    Duration of Pain: _4-5 hrs._    Does anything relieve the pain? _n/n_  ☐ Check here if additional notes on back

Description of Pain: ☐ Throbbing  ☐ Sharp  ☒ Pressure  ☒ Dull/Achy  ☐ Other: _____

Location of pain: _temporal/frontal_  Radiation: ☐ No Radiation ☒ Radiation to: _front to temporal_

Associated Symptoms: Nausea ☒ NO  ☐ YES  Vomiting ☐ No  ☐ Yes (x___)  ☒ Visual Changes  ☐ Photophobia
☒ Dizziness  ☐ Sinus Problems  ☐ Other: _____

Worst Headache: ☒ NO  ☐ YES    Prior Headache history: ☐ NO  ☒ YES _____

History of Head Injury? ☐ NO  ☒ YES (If Yes): LOC? ☐ NO  ☐ YES  Confusion: ☐ NO  ☐ YES  ☐ Seizures: ☐ NO  ☐ YES

Meds taken: ☒ NO  ☐ YES _____    Trauma sustained in altercation with custody staff, or other inmate? ☐ NO  ☐ YES (Requires notification of correctional staff)

*Objective:*  Vital Signs: (As Indicated) T _98_  P _73_  RR _20_  B/P _110 / 120_

General Appearance: ☐ No acute distress  ☒ Alert  ☒ Oriented x___  ☐ Confused  ☐ Lethargic
☐ Irritable / Agitated  ☒ Normal facial symmetry  ☒ YES  ☐ NO:

Skin: ☒ Warm  ☐ Cool  ☒ Dry  ☐ Moist/clammy  Skin Color: ☒ Normal  ☐ Pallor  ☐ Flushed  ☐ Jaundice

Pupil: ☒ PERRL  ☐ Pupils unequal/abnormal:

Neck: ☒ Supple with no meningeal signs  ☐ Stiff neck

Musculoskeletal: ☐ Symmetric with no weakness  ☐ Asymmetric/Weakness: _____

Gait: ☒ Able to walk/normal gait  ☐ Difficulty walking or abnormal gait

Signs of substance abuse: ☒ NO  ☐ YES

☐ Additional Examination: _Sat 97% wt #168 Explain to I.m. if_
(Continue on back if necessary) _headaches, dizziness, any nausea or vomiting he is_
_to sign up for sick call and again to be examined by MD_

*Assessment: (Referral Status)*    Preliminary Determination(s): _Alt. in Health Comfort_
☐ Referral **NOT Required**

☐ Referral **Required** due to the following: (Check all that apply)
☐ Abnormal Vitals        ☐ Visual disturbances    ☐ Dizziness          ☒ Recurrent Complaint (More than 2 visits)
☐ Altered mental status  ☐ Unequal pupils         ☐ Nausea/vomiting,
☐ Recent Head Injury     ☐ + Meningeal signs      ☐ B/P systolic > 160, diastolic > 95

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

*Plan:* Check All That Apply:
☐ Isolation for contagious conditions (communicable).
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☒ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Instructions to return if condition worsens.        ☐ Return if no improvement within 24 hours or condition worsens.
☐ Other:_____

OTC Medications given (Motrin 400mg or Tylenol 650 mg Bid po pm x 2 days)  ☐ NO  ☒ YES (If Yes List) _Motrin 400mg x 150_

Referral: ☒ NO  ☐ YES (If Yes, Whom/Where): _____        Date for referral: __ / __ / __
                                                                      MM  DD  YYYY

Referral Type: ☐ Routine  ☐ Urgent  ☐ Emergent (if emergent who was contacted?): _____        Time

X _____        Name: (Printed) _J. Odishou_        PHS0228

PHS

Nursing Evaluation Tool

Facility: Ventress Correctional Facility

Patient Name: _Wright_ _Richard_
                 Last        First

Inmate Number: _180140_     Date of Birth: _08.15.1967_
                                            MM  DD   YYYY

Date of Report: _02.09.2006_   Time Seen: _6:45_ AM / **PM** Circle One
                MM  DD  YYYY

**Subjective:** Chief Complaint(s): ☑ Runny/Stuffy Nose ☐ Sneezing ☐ Sore Throat ☐ Swollen Glands ☑ Headache ☐ Fever
(Check All That Apply)
☑ Malaise ☐ Earache  Cough: ☐ No ☑ Yes: ☐ Non-productive ☑ Productive (sputum description): _Yellow_
☐ Other: _____

Onset: _1 week ago_

History: _____
(Continue on back if necessary)

History of Asthma: ☑ No ☐ Yes   Cardiac/CHF history: ☑ No ☐ Yes   History of HIV Disease: ☑ No ☐ Yes
                                                                    ☐ Check Here if additional notes on back

**Objective:** Vital Signs: (If Indicated) T _98.4_ P _73_ RR: _18_ B/P: _128_/_82_

Eyes: ☑ Clear ☐ Watery ☐ Injected (red)  Drainage: ☐ No ☐ Yes: _____

| Lung sounds: | Right | Left |
|---|---|---|
| Clear | ☐ | ☑ |
| Diminished | ☐ | ☐ |
| Crackles | ☐ | ☐ |
| Rhonchi | ☐ | ☐ |
| Wheezing | ☐ | ☐ |

Nose: Congestion: ☐ No ☑ Yes  Drainage: ☐ No ☑ Yes: _Yellow_
Throat examination: ☑ Normal ☐ Red ☐ Enlarged tonsils ☐ Edematous
Neck: ☑ Normal ☐ Enlarged Lymph Nodes

☐ Additional Examination: _I/M voices complaints are intermittent_
(Continue on back if necessary) _for about a week_
☐ Check Here if continued on back

**Assessment:** (Referral Status)
☑ Referral NOT Required        Preliminary Determination(s): _____
☑ Referral Required referral due to the following: (Check all that apply)
☐ Abnormal Vital Signs    ☐ Inability to swallow    ☐ Significant shortness of breath  ☑ Recurrent Complaint (More than 2 visits)
☐ Abnormal Lung exam      ☐ Significant Wheezing which does not improve with inhaler  ☐ Other: _____

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
☑ Advise rest and oral fluid intake    ☐ Warm saline gargles PRN
☑ If no referral is made, advise to return in 3 - 5 days if symptoms have not resolved
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____(Describe)

☑ OTC Medications given ☐ NO ☑ YES (If Yes List): _CTM 8mg, Motrin 600mg PO, Humabid 600mg_

Referral: ☑ NO ☑ YES (If Yes, Whom/Where): _MD_         Date for referral: _7.1.06_
                                                                   MM  DD  YYYY
Referral Type: ☑ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____  Time

x _B Brannon LPN_         Name: _B. Brannon LPN_
    Nurses Signature                Printed

PHS0229



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Richard Wright Bey_    Date of Request: _____
ID # _187140_    Date of Birth: _13 Aug 57_  Location: _____
Nature of problem or request: _Head aches( sometimes dizzy feeling)_
_Back Pain-tightness in my back, dry Cough, difficult_
_breathing at times my heart rate is increase. Please_
_reconsider chest x-ray for T.B. infection. I would_
_like to see a Doctor as soon as _____ Rich W Wright L. Bey_
_possible._                                         Signature

**DO NOT WRITE BELOW THIS LINE**

Date: _07/09/06_
Time: _6:45_  AM (PM)
Allergies: _Tylenol, TB skin test_

RECEIVED
Date: _7/9/06_
Time: _6:45 P_
Receiving Nurse Intials _BB_

**(S)ubjective:**    _See Nxt Tour_

**(O)bjective** (V)S: T: ____  P: ____  R: ____  BP: ____  WT: _168_

**(A)ssessment:**

**(P)lan:**    _Appt for MD 7/11/06_    _MB 7-12-06_
_pt seen at dxx_
_today_

Refer to: (MD/PA)  Mental Health   Dental   Daily Treatment     Return to Clinic PRN
CIRCLE ONE                                        _MB/B_
Check One:  ROUTINE (✓)    EMERGENCY ( )
     If Emergency was PHS supervisor notified:   Yes ( )    No ( )
     Was MD/PA on call notified:   Yes ( )    No ( )

_B Brannon LPN_
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT        **PHS0230**

GLF-1002  (1/4)

PHS0231

PHS0232

PHS0233



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

### PRISON HEALTH SERVICES, INC.
### SICK CALL REQUEST

Print Name: _____ Date of Request: _____
ID # _____ Date of Birth: _____ Location: _____
Nature of problem or request: _____
_____
_____
_____

_____
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: 7/21/06
Time: 1250 AM PM
Allergies: Dyrenal PPD (Tim: States)

┌─────────────────────────────┐
│          RECEIVED           │
│ Date: 7-21-06               │
│ Time: 8.30                  │
│ Receiving Nurse Intials DS  │
└─────────────────────────────┘

**(S)ubjective:**

**(O)bjective** (V/S): T: _____ P: _____ R: _____ BP: _____ WT: _____

**(A)ssessment:** See next toel .

**(P)lan:** Report to HCU Friday 8/4/06 @ 10am for MD appt.

Refer to: (MD/PA)  Mental Health  Dental  Daily Treatment     Return to Clinic PRN
                              CIRCLE ONE
Check One:  ROUTINE (X)   EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )    No ( )
                 Was MD/PA on call notified:   Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:     INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT          PHS0234

**Nursing Evaluation Tool:**                                                                  Back Pain

Facility: Alabama Department of Corrections

Patient Name:_____
                                    Last                                    First                          MI

Inmate Number:_____        Date of Birth: ____/____/____
                                                                              MM   DD   YYYY

Date of Report: ____/____/____        Time Seen: _____ AM / PM  Circle One
                          MM   DD   YYYY

*Subjective:* Chief Complaint(s): *Phablem c̄ med ordered for back pain*

Onset: _____

☐ New onset    ☐ Chronic condition exacerbation

Pain Scale: (1-10)_____    Type: ☐ Sharp  ☐ Dull  ☐ Intermittent  ☐ Constant    Numbness: ☐ No   ☐ Yes

Location of Pain:_____    Radiation of pain: ☐ No   ☐ Yes to: _____
                          Neck / mid-back / low back

History:_____
(Continue on back if necessary)
                                                                              ☐ Check Here if additional notes on back

Associated symptoms: Pain on urination?        ☐ No  ☐ Yes    Nausea  ☐ No   ☐ Yes    Vomiting ☐ No   ☐ Yes (x_____)
                                    Increased urination?     ☐ No  ☐ Yes    Pain with cough/breathing? ☐ No  ☐ Yes

*Objective:*  Vital Signs: (If Indicated)  T:_____  P:_____  RR:_____  B/P:_____ /_____

Back Exam: ☐ Tender to touch   ☐ Contusion ☐ Muscle spasms   ☐ Impaired range of motion

Additional Findings: ☐ Numbness ☐ Tingling ☐ Abnormal gait ☐ Weakness of extremities ☐ Foot drop ☐ Other: _____

Elaborate positive findings: _____
                                                                              ☐ Check Here if additional notes on back

Lower extremities: ☐ Normal    ☐ Abnormal (Describe): _____
Pedal pulses:    ☐ Present   ☐ Absent

☐ Additional Examination: _____
Continue on back if necessary
                                                                              ☐ Check Here if continued on back

*Assessment: (Referral Status)*                    Preliminary Determination(s): _____
    ☐   Referral NOT Required                                  _____

    ☐   Referral Required due to the following: (Check all that apply)
              ☐ Loss of sensation        ☐ Presence of RBCs from dipstick    ☐ Recurrent Complaint (More than 2 visits for the same complaint)
              ☐ Prior malignancy       ☐ Presence of WBCs from dipstick
              ☐ Other:_____

*Plan:*

Check All That Apply: ☐ Work and recreation restrictions x 72 hours
☐ Education on avoiding back pain  ☐ Education about stretching and back exercises.   ☐ Instructions to return if condition worsens.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as
    well as appropriate follow-up. ☐ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other:_____
        (Describe)
☐ Cold Compress (Acute injury)      ☐ Warm Compress
☐ OTC Medications given ( Motrin 400 or Tylenol 650 Bid prn x 2 days) ☐ NO   ☐ YES (If Yes List): _____

Referral: ☐ NO  ☐ YES (If Yes, Whom/Where): _____    Date for referral:____/____/____
                                                                                                                          MM   DD   YYYY
Referral Type: ☐ Routine   ☐ Urgent ☐ Emergent  (if emergent who was contacted?): _____    Time_____

X_____        Name:_____
        Nurses Signature                                        Printed

PHS0235

Prison Health Services
Alabama Department of Corrections

# EDUCATIONAL FACT SHEET

## HEADACHE

| | INDIVIDUALIZED NURSE INSTRUCTIONS |
|---|---|
| 1. Try to identify what caused your headache (fear of going to court, confrontation with a family member, or concern for your family, etc.)<br>• Request a visit from the chaplain<br>• Avoid confrontations with your family<br>• Write your family member a letter<br>2. At the beginning of a headache, lie down with a cool wet cloth over your eyes.<br>3. Exercise regularly. This may reduce tension.<br>4. Try "Relaxation Exercise":<br>• Get in a comfortable position<br>• Close your eyes<br>• Empty your thoughts of everything stressful and focus on your breathing<br>• Think of a peaceful scene | |

PHS0236

PHS

Nursing Evaluation Tool.                                          **Headache**

Facility: Alabama Department of Corrections

Patient Name: _Whitt_                     _Richard_
Inmate Number: _187148_                  Date of Birth: _8 / 15 / 67_
        Last    First    MM DD YYYY    MI

Date of Report: _7 / 21 / 06_            Time Seen: _1250_ AM / **PM** Circle One
       MM DD YYYY

**Subjective:** Chief Complaint(s): _Problem w/ med ordered for Headache_

Onset: _____ ☐ New Onset ☐ Sudden ☐ Gradual ☐ Chronic

Activity prior to onset:
History: _Have problem w/ the order and it affects_
(Continue on back if necessary) _him given. Also they have stop the Flexeril._                    ☐ Check Here if additional notes on back

Pain Scale: (1-10) ____ Duration of Pain: _____ Does anything relieve the pain? _____
Description of Pain: ☐ Throbbing ☐ Sharp ☐ Pressure ☐ Dull/Achy ☐ Other: _____
Location of pain: _____ Radiation: ☐ No Radiation ☐ Radiation to: _____
Associated Symptoms: Nausea ☐ NO ☐ YES  Vomiting ☐ No ☐ Yes (x____) ☐ Visual Changes ☐ Photophobia
    ☐ Dizziness ☐ Sinus Problems ☐ Other: _____
Worst Headache: ☐ NO ☐ YES  Prior Headache history: ☐ NO ☐ YES _____
History of Head Injury? ☐ NO ☐ YES (if Yes): LOC? ☐ NO ☐ YES  Confusion: ☐ NO ☐ YES ☐ Seizures: ☐ NO ☐ YES
Meds taken: ☒ NO ☐ YES _not taking tyl_   Trauma sustained in altercation with custody staff, or other
    inmate? ☐ NO ☐ YES (Requires notification of correctional staff)

**Objective:** Vital Signs: (As Indicated) T: ____ P: ____ RR: ____ B/P: ____ / ____
General Appearance: ☐ No acute distress ☐ Alert ☐ Oriented x ____ ☐ Confused ☐ Lethargic
    ☐ Irritable / Agitated ☐ Normal facial symmetry ☐ YES ☐ NO: _____
Skin: ☒ Warm ☐ Cool ☒ Dry ☐ Moist/clammy  Skin Color: ☐ Normal ☐ Pallor ☐ Flushed ☐ Jaundice
Pupil: ☐ PERRL ☐ Pupils unequal/abnormal: _____
Neck: ☐ Supple with no meningeal signs ☐ Stiff neck
Musculoskeletal: ☐ Symmetric with no weakness ☐ Asymmetric/Weakness: _____
    Gait: ☒ Able to walk/normal gait ☐ Difficulty walking or abnormal gait
Signs of substance abuse: ☐ NO ☐ YES: _____
☐ Additional Examination: _at #250. ☐ Inst will refuse the ___
(Continue on back if necessary) _copy because do not know what it is he_
_is taking. it make him dizzy_

**Assessment:** (Referral Status)                  Preliminary Determination(s): _Health Complaint_
☐ Referral **NOT Required**                        _referral_

☐ Referral **Required** due to the following: (Check all that apply)
    ☐ Abnormal Vitals ☐ Visual disturbances ☐ Dizziness
    ☐ Altered mental status ☐ Unequal pupils ☐ Nausea/vomiting, ☐ Recurrent Complaint (More than 2 visits)
    ☐ Recent Head Injury ☐ + Meningeal signs ☐ B/P systolic > 160, diastolic > 95
    **Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are
    unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
☐ Isolation for contagious conditions (communicable).
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as
    well as appropriate follow-up. ☐ YES ☐ NO (If No then schedule patient for appropriate follow-up visits)
☐ Instructions to return if condition worsens. ☐ Return if no improvement within 24 hours or condition worsens.    **PHS0237**
☐ Other: _____

OTC Medications given (Motrin 400mg or Tylenol 650 mg Bid po prn x 2 days) ☐ NO ☐ YES (If Yes List) _____

Referral: ☐ NO ☒ YES (If Yes, Whom/Where): _Dr. Barnes._  Date for referral: _8 / 4 / 06_
        MM DD YYYY
Referral Type: ☒ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____  Time ____

x _____ RN    Name:(Printed) _J. Odis, RN_



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
### SICK CALL REQUEST

Print Name: ~~Richard Wayne Wright Sr. Bey~~  Date of Request: 13 Aug 06

ID # 187140       Date of Birth: 15 Aug 07 Location: Seg # 60i

Nature of problem or request: Mucus has started appear again in my nose I still seek an x-ray after being again expose to those testing positive For T.B.

_Richard Wright Bey_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: 08/14/06

Time: 5:53   AM (PM)

Allergies: Tylenol, TB skin test

```
RECEIVED
Date: 8-14-06
Time: 8:30
Receiving Nurse Intials    DC
```

**(S)ubjective:**

See Net TOOL

**(O)bjective**   (V/S): T: _____   P: _____   R: _____   BP: _____   WT: _____

**(A)ssessment:**

**(P)lan:**   Return to HCU for MD appt on 8/15/06

Refer to:   (MD/PA)   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
CIRCLE ONE

Check One:   ROUTINE ( ✓ )   EMERGENCY ( )

If Emergency was PHS supervisor notified:   Yes ( )   No ( )

Was MD/PA on call notified:   Yes ( )   No ( )

_B Brannon LPN_
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE

YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PHS0238



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Richard Wayne Wright sr. Bey   Date of Request: 13 Aug 06

ID #: 187140   Date of Birth: 15 Aug 61   Location: Seg # 801

Nature of problem or request: Would like to renew order
For Foot Soles. Seeks pain relieving cream
For back pains due to tighting muscles.

Rich W Wright Jr Bey
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: 08/14/06

Time: 5:53   AM/PM

Allergies: Tylenol, TB skin test

| RECEIVED |
|---|
| Date: 8-14-06 |
| Time: 8:30 |
| Receiving ~~Nurse~~ Intials: DS |

**(S)ubjective:**

See Net TOOL

**(O)bjective**   (V/S):  T: _____   P: _____   R: _____   BP: _____   WT: _____

**(A)ssessment:**

**(P)lan:**   Return to HCU for MD appt
on 8/15/06

Refer to:  (MD/PA)  Mental Health  Dental  Daily Treatment   Return to Clinic PRN
CIRCLE ONE

Check One:  ROUTINE (✓)  EMERGENCY ( )

If Emergency was PHS supervisor notified:   Yes ( )   No ( )

Was MD/PA on call notified:   Yes ( )   No ( )

B Brannon LPN
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE

YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PHS0239



## Nursing Evaluation Tool: General Sick Call

Facility: Alabama Department of Corrections

Patient Name: _Wright_ _Richard_
Last / First

Inmate Number: _187140_     Date of Birth: _08_ / _15_ / _1967_
MM / DD / YYYY

Date of Report: _08_ / _14_ / _2006_     Time Seen: _5:53_ AM / **PM** Circle One
MM / DD / YYYY

**Subjective:** Chief Complaint(s): _"I'm still having back pain."_

Onset: _____

Brief History: _____
(Continue on back if necessary)

_____

_____

_____

☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T: _98_  P: _70_  RR: _18_  B/P: _128_ / _88_  _158#_

Examination Findings: _(R) ↓ back pain, states O2 sat 98% "it starts at_
(Continue on back if necessary)
_the top of my (R) side it goes down." Back_
_on (R) side tender to touch. Denies pain_
_or burning during urination. c/o 6/10 on_
_pain scale_

**Assessment:** (Referral Status)    Preliminary Determination(s): _Alt in Comfort_

☐ Referral **NOT REQUIRED**    ☐ Check Here if additional notes on back

☑ Referral **REQUIRED** due to the following: (Check all that apply) _____
  ☑ Recurrent Complaint (More than 2 visits for the same complaint)
  ☐ Other: _____

_____

_____

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
  ☑ Instructions to return if condition worsens.
  ☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up.  ☑ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
  ☐ Other: _____        PHS0240
         (Describe)

OTC Medications given  ☑ NO  ☐ YES (If Yes List): _____

Referral: ☐ NO  ☑ YES (If Yes, Whom/Where): _Dr. Peasant_    Date for referral: _08_ / ___ / ___
MM / DD / YYYY

Referral Type: ☐ Routine  ☐ Urgent  ☐ Emergent (if emergent who was contacted?): _____  Time: _____

x _B Brannon LPN_        Name: _B. Brannon LPN_
  Nurses Signature              Printed



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

### PRISON HEALTH SERVICES, INC.
### SICK CALL REQUEST

Print Name: Richard W. Wright, Sr. Bey  Date of Request: 18 Aug 2006
ID # 187140         Date of Birth: 15 Aug 67  Location: Seg. 801
Nature of problem or request: Mucus appeared again after being
expose again to these individuals when Tested positive
For T.B and locked up in seg For not taken medication dry
cough's, sometimes Feel like I have a Fever, Feeling
hot/or warm at times            Richd W. Wright Jr Bey

                                        *Signature*

### DO NOT WRITE BELOW THIS LINE

Date: 08/18/06
Time: 4:22 AM PM
Allergies: Tylenol (as stated)
TB skin (per inmate)
test

┌─────────────────────────────┐
│          RECEIVED           │
│ Date: 8-8-06                │
│ Time: 8:30                  │
│ Receiving Nurse Intials DS  │
└─────────────────────────────┘

**(S)ubjective:**

See Net TOOL

**(O)bjective**    (V/S): T: _____    P: _____    R: _____    BP: _____    WT: _____

**(A)ssessment:**

**(P)lan:** Return to HCU on 8/21/06 @ 0800
for MD appt

Refer to: (MD)/PA  Mental Health  Dental  Daily Treatment    Return to Clinic PRN
                        CIRCLE ONE
Check One:  ROUTINE (✓)  EMERGENCY ( )
    If Emergency was PHS supervisor notified:    Yes ( )    No ( )
            Was MD/PA on call notified:    Yes ( )    No ( )

                    B Brannon LPN
                *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT          PHS0241



## Nursing Evaluation Tool:                    General Sick Call

Facility: Alabama Department of Corrections

Patient Name: _Wright_                    _Richard_
                                          First

Inmate Number: _187010_         Date of Birth: _08,15,1967_
                                               MM  DD  YYYY

Date of Report: _08,18,2006_      Time Seen: _4:22_ AM /(PM) Circle One
                MM  DD  YYYY

_Subjective:_ Chief Complaint(s): _"I want to have a chest xray"_

Onset: _____

Brief History: _____
(Continue on back if necessary)

_____

_____

☐ Check Here if additional notes on back

_Objective:_ Vital Signs: (As Indicated)  T: _97_  P: _66_  RR: _18_  B/P: _118,70_    _156 #_

Examination Findings: _Resp even + unlabored. O2_
(Continue on back if necessary)
_Sat 97% Denies cough @ this time_
_afebrile @ this time_

_____

☐ Check Here if additional notes on back

_Assessment:_ (Referral Status)     Preliminary Determination(s): _Alt in health_
☐ Referral NOT REQUIRED                                          _maintenance_

☑ Referral REQUIRED due to the following: (Check all that apply)
  ☑ Recurrent Complaint (More than 2 visits for the same complaint)
  ☑ Other: _Requests Chest X Ray_

_____

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

_Plan:_  Check All That Apply:                                    PHS0242
  ☑ Instructions to return if condition worsens.
  ☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☑ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
  ☐ Other: _____
       (Describe)
OTC Medications given ☑ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): _Dr. Peasant_    Date for referral _08,24,2006_
                                                                            MM  DD  YYYY
Referral Type: ☑ Routine  ☐ Urgent  ☐ Emergent  (if emergent who was contacted?): _____
                                                                                    Time
X _b.brannon LPN_      Name: _B. Brannon LPN_
    Nurses Signature             Printed



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Richard W Wright Sr ~~Bey~~    Date of Request: 31 Aug 06

ID # 187140    Date of Birth: 15 Aug 6?   Location: Cell # 86

Nature of problem or request: Need Some thing For head ache - Inupr-Fen Sometime, need More Pain Relieving Rub/Topical Analgesic cream, My Dry cough and Mucous in my nose started again now Some times in the morning I feel burning in my chest. Richard W Wright Sr. Bey

_Signature_

### DO NOT WRITE BELOW THIS LINE

Date: 8 31 06

Time: 11:05    AM/PM

Allergies: Tylenol I.N.P.P D. State

```
RECEIVED
Date: 8-31-06
Time: 8:30
Receiving Nurse Intials DS
```

**(S)ubjective:**

**(O)bjective**    (V/S): T: _____    P: _____    R: _____    BP: _____    WT: _____

**(A)ssessment:** _See Next tab_

**(P)lan:** Cough tabs q 3' muscle rub ↑ tab tid RoP. x God, guan ↓ tab @ sick call prn.

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN

CIRCLE ONE

Check One:   ROUTINE ( )      EMERGENCY ( )

If Emergency was PHS supervisor notified:    Yes ( )    No ( )

Was MD/PA on call notified:    Yes ( )    No ( )

_SIGNATURE AND TITLE_

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT        **PHS0243**

Prison Health Services
Alabama Department of Corrections

# EDUCATIONAL FACT SHEET

## HEADACHE

| | INDIVIDUALIZED NURSE INSTRUCTIONS |
|---|---|
| 1. Try to identify what caused your headache (fear of going to court, confrontation with a family member, or concern for your family, etc.)<br>• Request a visit from the chaplain<br>• Avoid confrontations with your family<br>• Write your family member a letter<br>2. At the beginning of a headache, lie down with a cool wet cloth over your eyes.<br>3. Exercise regularly. This may reduce tension.<br>4. Try "Relaxation Exercise":<br>• Get in a comfortable position<br>• Close your eyes<br>• Empty your thoughts of everything stressful and focus on your breathing<br>• Think of a peaceful scene | |

Facility: Ventress Correctional Facility

Patient Name: _Wright_  **Richard**
                Last        First

Inmate Number: _18714-8_    Date of Birth: _8_/_15_/_67_
                                            MM  DD   YYYY

Date of Report: _8_/_31_/_06_    Time Seen: _11:05_ AM / PM Circle One
                 MM  DD  YYYY

_Subjective:_ Chief Complaint(s): ☐ Runny/Stuffy Nose  ☐ Sneezing  ☐ Sore Throat  ☐ Swollen Glands  ☐ Headache  ☐ Fever
              (Check All That Apply)

☒ Malaise  ☐ Earache  Cough: ☐ No,  ☒ Yes: ☐ Non-productive  ☒ Productive: (sputum description): _blue leg_

☒ Other: _stinging in throat_

Onset: _yesterday_

History: _Have this stinging in my throat, like when_
(Continue on back if necessary) _you get colds._

History of Asthma: ☒ No  ☐ Yes    Cardiac/CHF history: ☒ No  ☐ Yes    ☐ Check Here if additional notes on back
                                                                       History of HIV Disease: ☒ No  ☐ Ye

_Objective:_ Vital Signs: (If Indicated) T _98.6_  P: _84_  RR: _20_  B/P: _108_ / _72_

Eyes: ☒ Clear  ☐ Watery  ☐ Injected (red)    Drainage: ☐ No  ☐ Yes: _____    Lung sounds:

|  | | Right | Left |
|---|---|---|---|
| Nose: Congestion: ☒ No  ☐ Yes    Drainage: ☒ No  ☐ Yes: _____ | Clear | ☒ | ☒ |
| Throat examination: ☒ Normal  ☐ Red  ☐ Enlarged tonsils  ☐ Edematous | Diminished | ☐ | ☐ |
| Neck: ☒ Normal  ☐ Enlarged Lymph Nodes | Crackles | ☐ | ☐ |
|  | Rhonchi | ☐ | ☐ |
|  | Wheezing | ☐ | ☐ |

☐ Additional Examination: _Wt 159 Oz, Sat 98% burning sensation_
(Continue on back if necessary) _in upper chest possible from anti exploratric intm_  ☐ Check Here if continued on back

_Assessment:_ (Referral Status)
☒ Referral NOT Required    Preliminary Determination(s): _Pt in healthy comfort_

☐ Referral Required referral due to the following: (Check all that apply)
  ☐ Abnormal Vital Signs        ☐ Inability to swallow       ☐ Significant shortness of breath     ☐ Recurrent Complaint (More than 2 visits)
  ☐ Abnormal Lung exam          ☐ Significant Wheezing which does not improve with inhaler  ☐ Other: _____

  Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are
  unsure of the appropriate care to be given.

_Plan:_ Check All That Apply:
  ☐ Advise rest and oral fluid intake       ☐ Warm saline gargles PRN
  ☐ If no referral is made, advise to return in 3 - 5 days if symptoms have not resolved
  ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do
    as well as appropriate follow-up ☒ YES  ☐ NO (IF NO then schedule patient for appropriate follow-up visits)
  ☒ Other: _____ _Muscle rule_
          (Describe)

☐ OTC Medications given  ☐ NO  ☒ YES (If Yes List): _Cough tab._

Referral: ☒ NO  ☐ YES (If Yes, Whom/Where): _____    Date for referral: __/__/__
                                                                          MM  DD  YYYY
Referral Type: ☐ Routine  ☐ Urgent  ☐ Emergent  (if emergent who was contacted?): _____    Time _____

X _____    Name: _J. Adison_ _____
     Nurses Signature                    Printed

PHS0245



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Richard W Wright sr Bey_    Date of Request: _25 Sept 06_
ID # _180140_    Date of Birth: _15 Aug 62_ Location: _8A/24B_
Nature of problem or request: _Renew profiles, get some thing_
_For cold syptems, Get some thing For skin irrations_
_after shaving under face & neck_

_Richard W Wright sr Bey_
*Signature*

**DO NOT WRITE BELOW THIS LINE**

Date: _9/27/06_
Time: _435_ AM PM
Allergies: _Depenel_

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective**    (V/S): T: _____    P: _____    R: _____    BP: _____    WT: _____

**(A)ssessment:** _Pu Not tol_

**(P)lan:** _Pill all 9pm daily × 5d_
_Musole Rub + tube × 90d_    _Given tube of each_
_TAO + tube × 90d_    _@ S.C. KOP_

Refer to:    MD/PA    Mental Health    Dental    Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PHS0246

**Nursing Evaluation Tool:**                    General Sick Call

Facility: Alabama Department of Corrections

Patient Name: _Wright_                    _Richard_
                    Last                         First

Inmate Number: _18748_

Date of Birth: _8 / 15 / 67_
                    MM   DD   YYYY

Date of Report: _9 / 27 / 06_
                    MM   DD   YYYY

Time Seen: _8:25_  AM / (PM)  Circle One

**Subjective:** Chief Complaint(s): _Cold, Profiles updated._

Onset: _____

Brief History: _Profiles dated wrong when they_
(Continue on back if necessary)
_was given to me._

☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T: _97.6_ P: _57_ RR: _20_ B/P: _110 / 95_

Examination Findings: _Wt 158 O₂ 99% Profiles are read just_
(Continue on back if necessary)
_needed stop date corrected. Analgesic balm_
_given for back. TAO for after shave_
_use_

**Assessment:** (Referral Status)    Preliminary Determination(s): _All in welfare_
☒ Referral **NOT REQUIRED**                    ☐ Check Here if additional notes on back

☐ Referral **REQUIRED** due to the following: (Check all that apply)
    ☐ Recurrent Complaint (More than 2 visits for the same complaint)
    ☐ Other: _____

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
    ☐ Instructions to return if condition worsens.
    ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☒ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
    ☒ Other: _See Order Sheet_
          (Describe)
OTC Medications given ☐ NO ☒ YES (If Yes List): _Cold treatment_

Referral: ☒ NO ☐ YES (If Yes, Whom/Where): _____

Referral Type: ☐ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____

Date for referral: ___ / ___ / ___
                        MM   DD   YYYY
                    Time _____

X _J. Oates RN_                    Name: _J. Oates, RN_
    Nurses Signature                        Printed

PHS0247

PHS
PRISON HEALTH SERVICES INCORPORATED

PHS0248

# EMERGENCY

ADMISSION DATE 11/23/05 TIME 8:15 AM / PM

ORIGINATING FACILITY [illegible]
☐ SIR ☐ PDL ☐ ESCAPEE ☐

☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT

ALLERGIES Tylenol

CONDITION ON ADMISSION ☐ GOOD ☒ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP Refused ORAL / RECTAL RESP. 22 PULSE 68 B/P / RECHECK IF SYSTOLIC <100> 50 /

NATURE OF INJURY OR ILLNESS

S - I/M states [illegible]
[illegible] and [illegible] -
Alleged [illegible] lower [illegible]
[illegible] - Neck collar in place - [illegible]
[illegible] between shoulder blades -
I/M on supine position. Could not turn
[illegible] could not examine. Lower [illegible] -
No evidence clinically any # upper
extremities no evidence of any fracture
[illegible] lungs [illegible]
[illegible] - [illegible] grossly
normal within limited exam -

ABRASION /// CONTUSION # BURN xx FRACTURE Z LACERATION / SUTURES

PHYSICAL EXAMINATION

-O- unable to assess
due to uncooperative
inmate. Cervical collar
groans and grunting; refuses
to verbal communicate
to HCU via medicart &
stretcher, refuses ice pack

A - DOC Body
+ C Sec. Dr [illegible] 11-23-05

ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY

Transfer to ER [illegible]
to r/o any # [illegible]
Thoracic Spine —
[illegible] by Ambulance —
with appropriate precautions
[signature] 11-23-05 9:27

DIAGNOSIS
P/C uncooperate c Medical Staff, F/U c sick

INSTRUCTIONS TO PATIENT
P/C treatment call r/o # cervical and thoracic spine

DISCHARGE DATE 11/23/05 TIME 8:35 AM / PM
RELEASE / TRANSFERRED TO ☒ DOC ☐ AMBULENCE ☐
CONDITION ON DISCHARGE ☐ SATISFACTORY ☒ FAIR ☐ POOR ☐ CRITICAL

NURSE'S SIGNATURE [signature] DATE 11-23-05
PHYSICIAN'S SIGNATURE [signature] DATE 11/23/05
CONSULTATION

INMATE NAME (LAST, FIRST, MIDDLE) [illegible] DOC# [illegible] DOB [illegible] R/S [illegible] FAC. [illegible]

**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

*Emergency Room Referral*

Date: _11 / 27 / 05_

From: _Dr S Rayapati_
(Referring Physician/Institution)

Site Name: _VCF_        Site#

To: _ER Bullock_
(Consulting Physician/Address)

Bill direct to:

Prison Health Services
105 Westpark Dr. Suite 200
Brentwood  TN  37027
- Att. Claims Dept

Inmate's Name: _Light Ronald_

Inmate's I.D. # _187140_

Date of Birth: _____

Social Security # _283_ - _55_ - _5793_

Written by: _Dr Rayapati_

UR Auth #

PRISONERS PLAN ESCAPES!
DO NOT inform prisoners of the date/time of revisits
or impending hospitalization

If an outpatient or inpatient submission is recom-
mended please notify PHS secretary.

Name:

Phone:

REASON FOR REFERRAL: Include date of onset, present treatment, history of injury or illness, include all x-rays and lab
results with consultation.

_Alleged beaten by an officer (possibly in the process of search, unclear)_
_C/o pain in Rt lower shoulder blade. Rt big toe tender, weak (has deformity)_
_alleged kicked on Rt toes. not on Rt knee; Could not examine the Rt toe_
_in boots. Rt Thumb — Rt Exam grossly normal. Except Soft tissue_
_findings of lower lip._
_4. CBR 140 # Revisit and Provider Eval_

T _98_        P _60_        R:        B/P _120/80_

Financial Responsibility _____ PHS

**PHYSICIAN'S REPORT**

Significant Findings, Including Tests Done: _Clinical Exam Grossly neg_
_finds Rt pain is located on upper Thoracic Para area_

Diagnosis: _No Rt Thoracic area pain w/spasm_

Orders/Recommendations: _No Rt Thoracic pain and Thoracic_
_Throat area Zantac until resolved_
_Tramadol, Ibuprofen, Robiximine Prednisone for Rt pain_

M.D. Signature _____        Date _____

FROM :                                    PHONE NO. : 775 8905              0+      Nov. 25 2005 10:25AM P3
NOV-23-2005  14:15            BULLOCK CO HOSPITAL

BULLOCK COUNTY HOSPITAL
102 West Conecuh Street
Union Springs, AL 36089    (205) 738-2140

## EMERGENCY ROOM RECORD

( ) URGENT
( ) NON-URGENT

Chief Complaint: _Altercation c/o multiple ??? arecus Back/neck, ??????_

| ALLERGIES: | MEDICATIONS |
|---|---|
| TB Skin Test | |
| Tylenol | |

38 y/o B.A ??? ...

(illegible handwritten nurses notes)

| MEDICATION ORDERS | ROUTE | TIME | BY | RESULTS |
|---|---|---|---|---|
| Motrin 800mg | PO | 1210 | | |

DISPOSITION: Home / AMA / Admitted / Transfer / Expired in ER / D.O.A.

Attending Physician:

| Last Name | First Name | Middle Name | Age | Date of Birth | Sex | Race |
|---|---|---|---|---|---|---|
| Wright | Richard | | 38 | 8/15/67 | M | BLK |

Form 12-1-98    BCH 034

No 72021

PHS0250

# LABORATORY REPORTS

PLACE TOP OF REPORT HERE

**X-RAY** ☐ **X-RAY THERAPY** ☐
★ CREDIT ☐
Outpatient ☐ Requisitioned by SDavis — Patient is leaving today ☐
Ordered by _____
Med. ☐ Postop. ☐ (if other than attending physician) Age ___ Weight ___ Height ___
Accident ☐ Ambulatory ☐ Wheel Chair ☐ Cart ☐ Bedside ☐
Blood Pressure ___ Previous X-ray Yes ☐ No ☐
Clinical Diagnosis Assaulted

Wright Richard  age 38
ER  DOB: 8/15/67
344059
Domingo
11-23-05

**EXAMINATIONS DESIRED**
1. C-Spine
2. L-Spine
3. Right-Left Forearm
Signed DC/BW
Union Springs Herald

★ CREDIT CHARGE
For X-Ray Dept. Use Only
Examined 11-23-05
Reported
X-RAY NO. 30160
Bullock County Hospital, Union Springs, AL 36089

**X-RAY** ☐ **X-RAY THERAPY** ☐
★ CREDIT ☐
Outpatient ☐ Requisitioned by SDavis — Patient is leaving today ☐
Ordered by Siddiq
Med. ☐ Postop. ☐ (if other than attending physician) Age ___ Weight ___ Height ___
Accident ☐ Ambulatory ☐ Wheel Chair ☐ Cart ☐ Bedside ☐
Blood Pressure ___ Previous X-ray Yes ☐ No ☐
Clinical Diagnosis Assault

Wright, Richard  age 38
ER  DOB 8-15-67
34059
Siddiq
11-23-05

**EXAMINATIONS DESIRED**
1. Chest Portable
2. Facial Series
3.
Signed
Union Springs Herald

★ CREDIT CHARGE
For X-Ray Dept. Use Only
Examined 11-23-05
Reported
X-RAY NO. 30160
Bullock County Hospital, Union Springs, AL 36089
TOTAL P.03

PHS0251

FROM :                                  PHONE NO. : 775 8905         Nov. 25 2005 10:24AM P2

BULLOCK COUNTY HOSPITAL          102 N CONECUH AVE          UNION SPGS        AL 36089
                                                            EMERGENCY ROOM · OUTPATIENT RECORD

| RIGHT NUMBER | TYPE | PATIENT NAME | AGE | BIRTHDATE | SEX | DATE OF SERVICE | TIME | CLERK INT. |
|---|---|---|---|---|---|---|---|---|
| 360059 | 3 | WRIGHT RICHARD | 38 | 8/15/1967 M | 88 | 11/23/05 | 11:18 | KLD |

P O BOX 767                                    CLAYTON        AL 36016    334-775-3331
083585792
PRISON HEALTH SERVICES              083585792

WRIGHT RICHARD        P O BOX 767          CLAYTON      AL    366016    775-3331
UNEMPLOYED

SIDDIQ, IQBAL

**CHARGES**

AUTHORIZATION FOR TREATMENT, GUARANTEE OF PAYMENT, ASSIGNMENT OF INSURANCE BENEFITS

DATE 11/23/05      TIME 11:18

CHIEF COMPLAINT (If Accident State How, When, and Where)

DIAGNOSIS:        Bruises

CERTIFIED EMERGENCY  YES   NO
PHY. SIGNATURE

TREATMENT:

INSTRUCTIONS TO PATIENT:

PHS0252



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## EMERGENCY

| ADMISSION DATE 3/24/06 | TIME 9⁰⁰ ☐AM ☐PM | ORIGINATING FACILITY  VCF  ☐SIR ☐PDL ☐ESCAPEE ☐ | | ☐SICK CALL ☐EMERGENCY ☑OUTPATIENT |
|---|---|---|---|---|

| ALLERGIES  Tylenol |  | CONDITION ON ADMISSION  ☑GOOD ☐FAIR ☐POOR ☐SHOCK ☐HEMORRHAGE ☐COMA |
|---|---|---|

| VITAL SIGNS: TEMP  97⁸ ORAL 98⁰ RECTAL | RESP. 20 | PULSE 75 | B/P 120/70 | RECHECK IF SYSTOLIC <100> 50 |
|---|---|---|---|---|

**NATURE OF INJURY OR ILLNESS**

S: "I am not taking the +B skin test"

| ABRASION /// | CONTUSION # | BURN XX XX | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|

*(anatomical diagrams: front and profile of head; front body; hands)*

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**PHYSICAL EXAMINATION**

O- b/m to see MD + physical annually; inmate refused TB skin test; repeated refusal of TB skin test A+O x3; cap refill <3 sec;

A- DOC body/chart

D: Repeat DOC notified

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|

**DIAGNOSIS**  P: must comply ē TB skin test

PHS0253

**INSTRUCTIONS TO PATIENT**

| DISCHARGE DATE 3/24/06 | TIME 9⁰⁰ ☐AM ☐PM | RELEASE / TRANSFERRED TO  ☑DOC ☐AMBULANCE ☐ | | CONDITION ON DISCHARGE ☐SATISFACTORY ☐POOR ☐FAIR ☐CRITICAL |
|---|---|---|---|---|

| NURSE'S SIGNATURE  Y March RN | DATE 3-24-06 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) | | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|---|



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY _Ventress_ | ☐ SICK CALL  ☐ EMERGENCY |
|---|---|---|---|
| 8 / 25 / 06 | 8:30 ☒AM ☐PM | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☒ OUTPATIENT |

| ALLERGIES _Infomed_ | CONDITION ON ADMISSION |
|---|---|
| | ☒GOOD ☐FAIR ☐POOR ☐SHOCK ☐HEMORRHAGE ☐COMA |

| VITAL SIGNS: TEMP _98_ ☐ORAL ☒RECTAL | RESP. _20_ | PULSE _74_ | B/P _128/84_ | RECHECK IF SYSTOLIC <100> 50 |
|---|---|---|---|---|
| WGT _156_ 03537 9870 | | | | / |

**NATURE OF INJURY OR ILLNESS**

| | ABRASION /// | CONTUSION # | BURN XX XX | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|---|

_I. M. got dizzy and fell down in my walk on the yard._

**PHYSICAL EXAMINATION**

_39 yr. old wm presents to HCU in med. emergency cart with nurse and DOC officers. C/o of dizziness with a dull pain in his head. "I feel weak from not eating." "I usually eat my bread and drink my juices occasionally I eat the meat & vegetables. Inmate states he ate 50% of my breakfast this am. Continue to c/o dull tenderness still. I do not appreciate any loc._
_No acute distress appears pain to palp._
_A: Acute exhaustion. P: Return to dorm._



PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**DIAGNOSIS**

PHS0254

**INSTRUCTIONS TO PATIENT**

_Report any medical complaints to the officers to report to HCU._

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE |
|---|---|---|---|
| 8 / 25 / 06 | 9:00 ☒AM ☐PM | ☒DOC ☐AMBULANCE ☐ | ☒SATISFACTORY ☐POOR ☐FAIR ☐CRITICAL |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|
| | 8-25-06 | | | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| | 131140 | 2-15-67 | B/m | VII |

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 5/31/05 | | S- Im denies any Mtl concerns/complaints. Im reports he has refused TB shots b/c he believed they "had sores all over my body and now my bones crack all the time... none of this happened until I started having too many TB shots." Im denies SI/HI. O- Oriented x3 w/ speech + thought WNL. No current s&sx of psychosis. Appropriate affect. Im tends to try and focus on complaints about officers and "due process." He is very concerned about his rights. A- Im has agreed to take TB shot. ~~will be returned to current unit~~ No change to current code recommendation P- Refer to Dr. Jenkins for monitoring. Marie Nash PhD | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| WRIGHT, RICHARD | 187 160 | | B/M | VCF |

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## PSYCHIATRIC PROGRESS NOTES

DATE: 6/20/05     TIME:

| Target Symptoms | Behavioral Rating Scale  0=No problem  5= worst | Today vs Before |
|---|---|---|
| No target sx's at this time. | | N/A |

Medications: He is not on any medicines (psychotropics)     Informed Consent

Compliance: Inmate report ___ % vs MAR ___ %

In addition to the information in the tables above and below, then inmate-patient:

**S** "I have no mental illness. The last time I even took any mental health medicine was some four years ago. I feel fine. I have no problems. I don't know why I am even seeing mental health for." Reports ⊘ sxs of mood, anxiety or thought d/o. ⊘ thoughts to hurt

**Side effects**

**0**

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings | himself or anyone else. |
|---|---|---|---|---|
| Psychosis | ✓ | | ⊘ sxs of psychosis, ⊘SI, ⊘HI | Denies of |
| Serious Depression | ✓ | | ⊘ sxs of anxiety. ⊘HA, ⊘ paranoia any suicidal |
| Self-Injurious Thoughts | ✓ | | Denies - or depression noted. attempts in |
| Suicidal Intent | ✓ | | Denies | past |
| Aggressive | ✓ | | None noted / at present time. |
| Seriously Impulsive | ✓ | | None noted |
| Situational Upset | | ✓ | Re: being referred to mental health. |

Lab info: None from mental health     Labs Ordered: ___  Labs Reviewed: ___  AIMS:?

**ASSESSMENT**/Diagnosis (DSM-IV)

None / No psychiatric Dx at this time.

**PLAN:** Im clinically stable. Exhibits ⊘ sxs or signs of mental illness at this time. Has not been on any psychotropic meds since 2001. Doing well clinically. Will see him on PRN basis at this time. Will keep

Return to clinic:  RTC PRN     Print Last Name: DR. BANERJEE     Sign: Banerjee M.D.  mental health

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| Wright Richard | 187140 | | B/M | HIST | Ventress |

Disposition: Medical File

ADOC AR 632, 633, 623,615
ADOC Form MH-025  March 2, 2005

Discussed Tx plan c̄ Im. He understands and agrees c̄ TX plan. continue care. RTC PRN at this time.

HIST at present time

PHS0254-B

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 11-28-05 | | Counseling Session currently in segregation | |

S- Inmate Wright reported he was on psychotrophic medication approximately four years ago. I/M stated he has been incarcerated for ten years. I/M serving time for shooting his sister-in-law + father-in-law. I/M stated he is in segregation for assaulting an officer + failure to obey a direct order. I/M reported he is not guilty of committing those disciplinaries. "They jumped on me." I/M discussed two prior law suits against DOC, but he stated "they didn't get far." Denies hearing voices. Denies mood swings or any other mental illness symptoms.

O- Laying down on mattress. Oriented x 3

A- No apparent signs of SMI

P- Refer to psychologist for second evaluation.

A. Peters, MHP

PHS0255

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Wright, Richard | 18~~~~~10 | | B/M | VCf |

F-61

# INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 12-1-05 | 11 00 A | S- I/M discussed his physical ailments. He also stated he is on a hunger strike because he believes this is the only way he will be transferred out + receive the medical care he desires. He denied any mental health issues. He denied feeling depressed, hopeless, or suicidal. When asked if he has ever taken psychotropic medication, he rep. he was "force medicated" while incarcerated in order to keep a lawsuit from proceeding. He explained that in 2001, someone put something in his food to make him sleepy, and when he awoke, he was "given shots." <br><br> O- I/M was alert and lying on his side. Eye contact was intermittent. No overt cognitive deficits noted. Concentration appeared intact (successfully counted backward by 5s & by 3s). Speech was logical & clear. I/M was O X 3. <br><br> A- I/M focused on physical ailments. No mental health issues noted at present. <br><br> P- See on PRN basis. | E.B. <br><br><br><br><br><br><br><br><br><br> E.B. <br><br><br><br><br><br><br><br><br><br> E. Brinn, PhD |

PHS0256

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Wright, Richard | 187140 | 35 | B/M | VCF |

F-61

# PRISON HEALTH SERVICES
## SEGREGATION LOG

Name: Wright Richard    AIS 187146    DOB _____ UNIT _____ 904    YEAR '05

| MONTH | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JANUARY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FEBRUARY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MARCH | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| APRIL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| JUNE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| JULY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| AUGUST | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SEPTEMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OCTOBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NOVEMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DECEMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NURSES SIGN AND INITIAL

KEY:  M – MEDICAL
      D – DENTAL
      P–PSYCHIATRIC
      N/C-NO COMPLAINTS

NC 072

PHS0257



PRISON HEALTH SERVICES
SEGREGATION LOG

Name: _____  AIS _____  DOB _____  UNIT _____  YEAR _____

| MONTH | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JANUARY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FEBRUARY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MARCH | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| APRIL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| JUNE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| JULY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| AUGUST | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SEPTEMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OCTOBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NOVEMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DECEMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NURSES SIGN AND INITIAL

KEY:    M – MEDICAL
        D – DENTAL
        P – PSYCHIATRIC
        N/C–NO COMPLAINTS

PHS0258

NC 072

## PRISON HEALTH SERVICES
## SEGREGATION LOG

Name: Wright Richard  AIS 187146  DOB _____  UNIT _____  YEAR 06

| MONTH | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JANUARY | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | | | | | | |
| FEBRUARY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MARCH | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| APRIL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| JUNE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| JULY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| AUGUST | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SEPTEMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OCTOBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NOVEMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DECEMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NURSES SIGN AND INITIAL

KEY:  M – MEDICAL
      D – DENTAL
      P – PSYCHIATRIC
      N/C – NO COMPLAINTS

NC 072

PHS0259

Bullock Co. Corrections
(INSTITUTION)

## SEGREGATION UNIT RECORD SHEET

INMATE NAME: _Wright, Richard_        AIS NO: _____    CELL: # _8_

VIOLATION
OR REASON: _31 assault on another Inmate_

ADMITTANCE
AUTHORIZED BY _Lt. G. Balius_

DATE & TIME
RECEIVED: _11-3-04 @ 10:40 pm_

DATE & TIME
RELEASED: _____

PERTINENT
INFORMATION: _____

| DATE | SHIFT | B | D | S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|
| MON | MORN |  |  |  |  |  |  |  |  |  |
|  | DAY |  |  |  |  |  |  |  |  |  |
|  | EVE |  |  |  |  |  |  |  |  |  |
| TUE | MORN |  |  |  |  |  |  |  |  |  |
|  | DAY |  |  |  |  |  |  |  |  |  |
|  | EVE |  |  |  |  |  |  |  |  |  |
| 11/3/04 | MORN |  |  |  |  |  |  |  |  | ✓ |
| WED | DAY |  |  |  |  |  |  |  |  |  |
|  | EVE | n |  |  | n | n | n | n | n | most patients est |
| 11/4/04 | MORN | y |  |  | n | n | Breezeway | n: | ⊘ | M. Fitzpatrick CO I |
| THUR | DAY |  | Y |  | N | N | (1/3)12 | N | ⊘ meds | S. Smart CO I |
|  | EVE |  |  | Y | Y | N | Clothing | N | ⊘ meds | Chapna Co I |
| 11/5 | MORN | Y |  |  | no | no | Chandley | N | 0 meds | Julia Elliot |
|  | DAY |  | y |  | N | 752-800 | K | N | c̄ meds | S. Smart cob |
|  | EVE |  |  | Y | N | | Kizer | N | ⊘ mi | Chapna CO I |
| 11/6 | MORN | N |  |  | N | N | Lindsey | N | ⊘ meds | H. Johnson CO I |
| FRI | DAY | Y | Y | R | N | 1252-112 | Pru | | ⊘ meds | B. Lester co |
| SAT | EVE |  |  |  | N | | Dubose | N | ⊘ meds | Flynn co I |
| 11/7 | MORN | N |  |  | N | N | Lindsay | N | ⊘ meds | C. Young CO I |
|  | DAY | Y | - | - | N | Refused | CW1100 | N | ⊘ meds | Remadon CO I |
| SUN | EVE |  |  |  | R | 705-N | m.160 | N | 0 meds | Bragg.Ow co I |

**Pertinent Info:** i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc.

**Meals/ SH:** Shower- Yes (Y); No (N); Refused (R)

**Exercise:** Enter Actual Time Period and Inside or Outside (i.e.,
9:30/10:00 IN; 2:00/2:30 OUT)

**Medical:** Physician will sign each time the inmates is seen.

**Psych:** Psychological Counselor will sign each time the inmate is seen.

**Comments:** i.e., Conduct; Attitude, etc. *Use reverse side for additional comments
and include date, signature, and title.

**OIC Signature:** OIC must sign all record sheets each shift.

DOC FORM N912

PHS0260

Bullock Co. Correction:
(INSTITUTION)

# SEGREGATION UNIT RECORD SHEET

INMATE NAME: Richard Wright   AIS NO: B/187140   CELL: # 3B 84

VIOLATION 3
OR REASON: Assault on Another Inmate

ADMITTANCE
AUTHORIZED BY: Lt. Babers

DATE & TIME
RECEIVED: 11/3/04   10:40 PM

DATE & TIME
RELEASED: _____

PERTINENT
INFORMATION: _____

| DATE | SHIFT | MEALS B | MEALS D | MEALS S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|------|-------|---|---|---|---|---|---|---|---|---|
| 11/8 MON | MORN | Y | | | N | N | MKrens VSM | N | O meds | H. Johnson, Col |
| | DAY | — | | | N | N | VSM | N | Refused | Morris Col |
| | EVE | | | Y | N | N | MSLOP | N | Refused | Baggen col |
| 11/9 TUE | MORN | Y | | | NO | NO | MKren | N | O med | Julia Ellion |
| | DAY | | Y | | NO | 10:55-11:47 | VSlaf | NO | O med | Ellion |
| | EVE | | | Y | N | N | mslop | N | O med | L. Haynes, col |
| 11/10 WED | MORN | Y | | | NO | NO | Mregn | N | O med | Julia Ellion |
| | DAY | | Y | | NO | Cancel | | N? | O med | Ellion |
| | EVE | | | Y | N | N | mslop | N | O med | Baggen col |
| 11/11 THUR | MORN | N | | | NO | NO | MKren | N | O med | Julia Ellion |
| | DAY | Y | N | | N | N | Best | N | O med | S. Smart col |
| | EVE | | | Y | N | N | mslop | N | O med | L. Johnson, col |
| 11/12 FRI | MORN | N | | | N | N | MKren | N | O med | H. Johnson, col |
| | DAY | — | N | — | N | 1200-1245 | tiny | N | O med | McHaeldon, col |
| | EVE | | | N | N | N | jlotabe | N | O med | Baren col |
| 11/13 SAT | MORN | N | | | N | N | Kllegy | N | O med | W. Fitzpatrick col |
| | DAY | Y | Y | | N | Freemen Maddin | VSM | N | O med | Anderson col |
| | EVE | | | Y | N | N | VSM | N | O med | Baggen col |
| 11/14 SUN | MORN | N | | | N | N | Kllayben | N | O meds | C. Hung col |
| | DAY | | | | N | 1010-1050 | VSM | N | O med | S. Smart col |
| | EVE | | | | N | N | mslop | N | O med | Baggen col |

**Pertinent Info:** i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc.

**Meals/ SH:** Shower- Yes (Y); No (N); Refused (R)

**Exercise:** Enter Actual Time Period and Inside or Outside (i.e., 9:30/10:00 IN; 2:00/2:30 OUT)

**Medical:** Physician will sign each time the inmates is seen.

**Psych:** Psychological Counselor will sign each time the inmate is seen.

**Comments:** i.e., Conduct; Attitude, etc. *Use reverse side for additional comments and include date, signature, and title.

**OIC Signature:** OIC must sign all record sheets each shift.

Bullock Correctional
(INSTITUTION)

## SEGREGATION UNIT RECORD SHEET

INMATE NAME: _Richard Wright_     AIS NO: _B/187140_   CELL: # _4_

VIOLATION OR REASON: _Assault On Another Inmate_

ADMITTANCE AUTHORIZED BY: _Lt. Babers_

DATE & TIME RECEIVED: _11/3/04    10:40 PM_

DATE & TIME RELEASED: _____

PERTINENT INFORMATION: _____

| DATE | SHIFT | MEALS B | MEALS D | MEALS S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|------|-------|---|---|---|---|---|---|---|---|---|
| 11/15 MON | MORN | Y | | | | | (shots) | | A Meds | N. Johnson CO I |
| | DAY | | Y | | N | 1255-155 | RDodd | Webb Amed | J. Wright Jr. CO I |
| | EVE | | | Y | N | | Vblood | N | O med | Rapha CO I |
| 11/16 TUE | MORN | Y | | | NO | NO | L.Lindsey | NO | O meds | Julia Elliot |
| | DAY | | Y | | N | R | VSIah | N | a meds | B. Bell - Ph. CO I |
| | EVE | | | Y | N | | KTyler | N | O med | R.Reynolds, CO I |
| 11/17 WED | MORN | Y | | | NO | NO | MPinen | NO | O meals | Julia Elliot |
| | DAY | | yes | | NO | no | VSIah | LDavis | O med | Marcus CO I |
| | EVE | | | Y | N | | mSlop | N | NO meds | Raper CO I |
| 11/18 THUR | MORN | Y | | | n | n | MPres- | n | O meds | W. Kilpatrick CO I |
| | DAY | | Y | | N | 952-1041 | VSIah | N | O meds | J. Martin CO I |
| | EVE | | | Y | N | n | VS | N | O meds | Adams CO I |
| 11/19 FRI | MORN | Y | | | n | n | MPinen-n | n | O meds | M. Kilpatrick CO I |
| | DAY | | N | | N | cancelled | VSIah | N | Rec'd meds | RMaddon CO I |
| | EVE | | | Y | N | | VSIah | N | O meds | N. Johnson, CO I |
| 11/20 SAT | MORN | N | | | | N | mSlop | N | NO meds | C. Young CO I |
| | DAY | Y | NO | | NO | 850-935 | CDodd | NO | Rec'd meds | RMaddon CO I |
| | EVE | | | Y | | | m.Green | N | Rec'd meds | R. Biggers CS I |
| 11/21 SUN | MORN | N | | | | N | CDodd | N | O med | C. Young CO I |
| | DAY | Y | - | - | N | 930-1015 | VSIah | N | Rec'd meds | RMaddon CO I |
| | EVE | | | Y | R | N | mSlop | N | NO meds | Rapa CO I |

**Pertinent Info:** i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc.
**Meals/ SH:** Shower- Yes (Y); No (N); Refused (R)
**Exercise:** Enter Actual Time Period and Inside or Outside (i.e., 9:30/10:00 IN; 2:00/2:30 OUT)
**Medical:** Physician will sign each time the inmates is seen.
**Psych:** Psychological Counselor will sign each time the inmate is seen.
**Comments:** i.e., Conduct; Attitude, etc. *Use reverse side for additional comments and include date, signature, and title.
**OIC Signature:** OIC must sign all record sheets each shift.

DOC FORM N912

PHS0262

Bullock Co. Corrections
(INSTITUTION)

# SEGREGATION UNIT RECORD SHEET

INMATE NAME: _Richard Wright_

AIS NO: _B/187140_   CELL: # _4_

VIOLATION OR REASON: _31-Assault on Another Inmate_

ADMITTANCE AUTHORIZED BY: _Lt. Babers_

DATE & TIME RECEIVED: _11/3/04   10:40 p.m._

DATE & TIME RELEASED: _____

PERTINENT INFORMATION: _____

| DATE | SHIFT | B | D | S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/22 MON | MORN | ✓ | | | No | No | Mkoen | No | O meds | Julia Ellen |
| | DAY | | N | | N | 8⁰⁰-8¼ | Closed | | Red Med | R. Smith pts. co |
| | EVE | | | Y | N | N | N/A | N | nochugiven | Reynold) |
| 11/23 TUE | MORN | ✓ | | | No | No | Mkoen | No | O meds | Julia Ellen |
| | DAY | | N | | N | 8⁰⁰-8¼ | Closed | | Red Meds | R. Smith pts. co |
| | EVE | | | Y | Y | N | N/A | N | O meds | R. Reynolds co |
| 11/24 WED | MORN | ✓ | | | No | No | Mkoen | No | O meds | Julia Ellen |
| | DAY | | N | | N | No Rain | | | area | Jasmin |
| | EVE | | | | N | | Klotex | No | Red + no Blankets | Reynolds co |
| 11/25 THUR | MORN | N | | | N | canceled back in seg | Dregin | N | O meds | R. Johnson co |
| | DAY | Y | — | | N | N/A | N | O meds | Amy Guy co |
| | EVE | | | | N | Klater | | Red med | R. Reynolds co |
| 11/26 FRI | MORN | N | | | No | No | Klox | No | O med | Julia Ellen |
| | DAY | Y | | | N | 845-935 | Chrysler | N | Red Meds | S. Smart co |
| | EVE | | | Y | N | N/A | | N | no given | Lt. Kiddall co |
| 11/27 SAT | MORN | N | | | N | N | Klotex | N | O med | Sgt. Fitzpatrick co |
| | DAY | Y | N | | N | 11:20-12:00 | Klotex | N | O med | R. Allen co |
| | EVE | | | Y | Y | N | Klobby | N | med | R. Johnson co |
| 11/28 SUN | MORN | N | | | N | N | Klobby | N | O med | E. Williams co |
| | DAY | Y | — | | N | 10¹⁵-11⁰⁰ | Klobby | N | O med | M. Maldon co |
| | EVE | | | R | R | N | Klobby | N | Reds Meds | R. Oden co |

**Pertinent Info:** i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc.

**Meals/ SH:** Shower- Yes (Y); No (N); Refused (R)

**Exercise:** Enter Actual Time Period and Inside or Outside (i.e., 9:30/10:00 IN; 2:00/2:30 OUT)

**Medical:** Physician will sign each time the inmates is seen.

**Psych:** Psychological Counselor will sign each time the inmate is seen.

**Comments:** i.e., Conduct; Attitude, etc. *Use reverse side for additional comments and include date, signature, and title.

**OIC Signature:** OIC must sign all record sheets each shift.

DOC FORM N912

PHS0263

Bullock Co. Corrections
(INSTITUTION)

## SEGREGATION UNIT RECORD SHEET

INMATE NAME: _Richard Wright_     AIS NO: _B/187140_   CELL: # _4_

VIOLATION # _3/ Assault on Another Inmate_

ADMITTANCE AUTHORIZED BY: _H. Gwendolyn Babers_

DATE & TIME RECEIVED: _11/3/04   10:40 pm._

DATE & TIME RELEASED: _____

PERTINENT INFORMATION: _____

| DATE | SHIFT | B | D | S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/29 MON | MORN | Y | | | No | No | L. Lindsey | No | 0 meds | Julia Elliot |
| | DAY | | N | | No | 9:45-8:30 hm | | NO | 2 meals | B. Rockley |
| | EVE | Y | | Y | N | N | VST88 | N | 2 meds | Ryna, COI |
| 11/30 TUE | MORN | Y | | | n | n | M.Bren | n | 0 meals | L. Attyetneet COI |
| | DAY | | N | | N | 12:00-12:45 p | VLA8 | | 2 meals | B. Milan COI |
| | EVE | | | Y | Y | NO | 8 gate | NO | 0 mv | R. Raz COI |
| 12/1 WED | MORN | Y | | | No | No | M.Bren | NO | 0 meds | Julia Elliot |
| | DAY | | N | | N | N | VST A8r | N | 2 meals | B. Smart coe |
| | EVE | | | Y | N | N | VS6 p | N | No med | Brown COI |
| 12/2 THUR | MORN | Y | | | No | no | M.Bren | No | 0 meds | Julia Elliot |
| | DAY | | N | - | N | Refused | VST8 | N | 2 mds | A. Waldon COI |
| | EVE | | | Y | N | N | VSt8 | N | 0 meds | C. Brown COI |
| 12/3 FRI | MORN | Y | | | No | no | M.Bren | No | 0 meds | Julia Elliot |
| | DAY | | N | | N | Refused | VST8 | N | 2 mm | Ryna, COI |
| | EVE | Y | | Y | N | N | 8 gate | N | 0 med | C. Brown, COI |
| 12/4 SAT | MORN | N | | | N | N | L. Lindsey | N | 0 meds | R. Johnson COI |
| | DAY | | | | N | N | VST8 | N | 2 meds | C. Brown, COI |
| | EVE | | | Y | N | N | 8 gate | N | 2 med | Brown COI |
| 12/5 SUN | MORN | N | | | N | N | L.Regan | N | 0 meds | C. Haug COI |
| | DAY | Y | | | No | Refused | VST8 | NO | 0 meds | B. Rockley |
| | EVE | | | Y | R | N | L. Bru | N | 0 meds | Ryna, COI |

**Pertinent Info:** i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc.

**Meals/ SH:** Shower- Yes (Y); No (N); Refused (R)

**Exercise:** Enter Actual Time Period and Inside or Outside (i.e., 9:30/10:00 IN; 2:00/2:30 OUT)

**Medical:** Physician will sign each time the inmates is seen.

**Psych:** Psychological Counselor will sign each time the inmate is seen.

**Comments:** i.e., Conduct; Attitude, etc. *Use reverse side for additional comments and include date, signature, and title.

**OIC Signature:** OIC must sign all record sheets each shift.

DOC FORM N912

PHS0264

Bullock Co. Corrections
(INSTITUTION)

## SEGREGATION UNIT RECORD SHEET

INMATE NAME: Richard Wright          AIS NO: B/187/40  CELL: # 4

VIOLATION #3/
OR REASON: Assault On Another Inmate

ADMITTANCE
AUTHORIZED BY: Lt. Babers

DATE & TIME
RECEIVED: 11/3/04  10:40 PM

DATE & TIME
RELEASED:

PERTINENT
INFORMATION:

| DATE | SHIFT | MEALS B | MEALS D | MEALS S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|------|-------|---|---|---|----|----------|---------------|-------------|-----------|---------------|
| 12/6 MON | MORN | | | | N | | Yes | | Ø Med gbu | H. Johnson, COI |
| | DAY | | N | | N | NO | Yes | N | Ø meds | M. Harris COI |
| | EVE | | | Y | ND | ND | Bobby | ND | Ø meds | Davis, COI |
| 12/7 TUE | MORN | Y | | | n | n | N. Present | n | Ø meds | M. Fitzpatrick COI |
| | DAY | Y | | N | N | R | VSPA | N | Ø meds | L. Westafer COI |
| | EVE | | | N | N | | Bobby | N | Ø meds | Brooks COI |
| 12/8 WED | MORN | Y | | | NO | NO | N. Present | NO | Ø meds | Julia Ellis A |
| | DAY | | N | | N | Refused | VSPA | yes | Ø meds | B. Maldon COI |
| | EVE | | | Y | N | N | Dr. | N | Ø meds | Simpson COI |
| 12/9 THUR | MORN | Y | | | NO | NO | N. Present | NO | Ø Meds | Julia Ellis A |
| | DAY | | N | | N | Refused | VSPA | | Ø meds | B. Maldon COI |
| | EVE | | | N | N | N | Dr. | N | Ø meds | Simpson COI |
| 12/10 FRI | MORN | Y | | | NO | NO | N. Present | NO | Ø meds | Julia Ellis A |
| | DAY | | Y | | N | R | 8 mg | | Ø meds | B. Kilby COI |
| | EVE | | | N | N | N | Bobby | | meds | Brooms COI |
| 12/11 SAT | MORN | N | | | N | N | N. Present | N | Ø Med | C. Young COI |
| | DAY | Y | N | N | N | R | VSPA | N | Ø meds | E. Flowers COI |
| | EVE | | | N | | N | VSPA | N | Ø meds | TBrogden COI |
| 12/12 SUN | MORN | N | | | N | N | L. Anderson | N | Ø meds | C. Young COI |
| | DAY | | | | N | N | | N | Ø meds | S. Smart COI |
| | EVE | | | | N | N | Bobby | N | Ø Meds | TBrogden COI |

**Pertinent Info:** i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc.

**Meals/ SH:** Shower- Yes (Y); No (N); Refused (R)

**Exercise:** Enter Actual Time Period and Inside or Outside (i.e.,
9:30/10:00 IN; 2:00/2:30 OUT)

**Medical:** Physician will sign each time the inmates is seen.

**Psych:** Psychological Counselor will sign each time the inmate is seen.

**Comments:** i.e., Conduct; Attitude, etc. *Use reverse side for additional comments
and include date, signature, and title.

**OIC Signature:** OIC must sign all record sheets each shift.

**Bullock Correct Fac**
(INSTITUTION)

## SEGREGATION UNIT RECORD SHEET

INMATE NAME: *Richard Wright*    AIS NO: *B/189140*  CELL: # *4*

VIOLATION # *31 - Assault on Another Inmate*    ADMITTANCE
OR REASON:                                        AUTHORIZED BY: *H. Babers*

DATE & TIME
RECEIVED: *11/3/04    10:40 p.m.*    DATE & TIME
RELEASED: _____

PERTINENT
INFORMATION: _____

| DATE | SHIFT | MEALS B | MEALS D | MEALS S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/13 MON | MORN | | | | No | No | | No | 0 meds | Julia Elley |
| | DAY | ✓ | N | | R | R | | ✓ | 6 med's | E. Mud Ch. CO |
| | EVE | | | Y | NO | NO | | NO | 0 meds | R. Jean COI |
| 12/14 TUE | MORN | ✓ | | | No | No | NRenn | No | 0 meds | Julia Elley CO |
| | DAY | | N | | R | R | | Unkb | Recd meds | E. Mud Ch. CO |
| | EVE | | | ✓ | N | N | | | 0 meds | Snowns coi |
| 12/15 WED | MORN | ✓ | | | No | No | NRenn | No | 0 meds | Julia Elley |
| | DAY | | N | | R | R | | N | Refd mds | R. Henry COI |
| | EVE | | | ✓ | N | N | | N | 0 meds | Snowns coi |
| 12/16 THUR | MORN | ✓ | | | N | N | NRenn | N | Refused Meds | C. Young COI |
| | DAY | | N | | R | ND | | N | Refd mds | |
| | EVE | | | ✓ | N | | | | Recd meds | Snowns coi |
| 12/17 FRI | MORN | ✓ | | | No | No | NRenn | No | Ref. meds | Julia Elley |
| | DAY | | | | N | R | | | Recd gav | E. Mud Ch. CO |
| | EVE | | | Y | N | | | | Recd meds | Snowns coi |
| 12/18 SAT | MORN | N | | | N | N | L. Underw | N | Refused Medi | E. Williams, COT |
| | DAY | Y | N | | N | Refused | McCook | N | Refused med | Upper co |
| | EVE | | | R | Y | NO | Dilon | NO | Refused mo | W. Mg.? COI |
| 12/19 SUN | MORN | | | | N | N | Cheristopher | N | Refused meds | H. Johnson, COI |
| | DAY | Y | | | N | N | | N | Refused meds | S. Smart Co |
| | EVE | | | Y | N | | Dilon | N | Refused meds | Singer coi |

**Pertinent Info:**  i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc.

**Meals/ SH:**  Shower- Yes (Y); No (N); Refused (R)

**Exercise:**  Enter Actual Time Period and Inside or Outside (i.e.,
9:30/10:00 IN; 2:00/2:30 OUT)

**Medical:**  Physician will sign each time the inmates is seen.

**Psych:**  Psychological Counselor will sign each time the inmate is seen.

**Comments:**  i.e., Conduct; Attitude, etc. *Use reverse side for additional comments
and include date, signature, and title.

**OIC Signature:**  OIC must sign all record sheets each shift.

FORM N912

PHS0266

Bullock Co. Corrections
(INSTITUTION)

# SEGREGATION UNIT RECORD SHEET

INMATE NAME: Richard Wright

AIS NO: B/187140     CELL: # 4

VIOLATION # 3/ ASSAULT ON ANOTHER INMATE
OR REASON:

ADMITTANCE
AUTHORIZED BY: Lt. Babers

DATE & TIME
RECEIVED: 11/3/04   10:40 p.m.

DATE & TIME
RELEASED:

PERTINENT
INFORMATION:

| DATE | SHIFT | MEALS B | MEALS D | MEALS S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/20 MON | MORN | √ | | | No | No | Hoya | No | Refused Med | Julia Elliot |
| | DAY | | N | | R | R | R.L. | Webb | Refused | A. McIntosh |
| | EVE | R | | | N | N | Oles | | Best w/ others | Pepin COI |
| 12/21 TUE | MORN | R | | | N | N | McKen | N | Refused meds | B. Helms, COI |
| | DAY | | N | | Refused | Oles | N | Refused mild | Campbell COI |
| | EVE | | | N | | N | Roberts | Refused meds | Simms COI |
| 12/22 WED | MORN | R | | | No | No | L. Anders | No | Refused | Julia Elliot |
| | DAY | | N | | N | Refused | Oles | Seg review | Refused | J. Austin COI |
| | EVE | | | | N | N | J. Roberts | N | Refused | Brooms COI |
| 12/23 THUR | MORN | √ | | | N | No | L. Anders | N | Refused | C. Young COI |
| | DAY | | N | | N | N | N | Refused | N. Morris COI |
| | EVE | | | √ | N | N | Oles | N | Refused | Simms COI |
| 12/24 FRI | MORN | √ | | | No | No | Right | No | no | Julia Elliot |
| | DAY | √ | | | N | Cancelled | N | N | no meds | S. Smart COI |
| | EVE | | | √ | | N | 1990 | N | Refused meds | Brooms COI |
| 12/25 SAT | MORN | N | | | N | N | L. Anders | N | no meds | C. Young COI |
| | DAY | √ | N | | N | N | Oles | N | no meds | Morris COI |
| | EVE | | | √ | √ | N | Oles | N | Refused meds | Simms COI |
| 12/26 SUN | MORN | N | | | N | N | Morgan | N | Refused meds | C. Young COI |
| | DAY | √ | N | | N | R | Right | N | by nurse | L. Burkholder, CO |
| | EVE | | | N | | N | Right | At | Rec'd meds | Brooks COI |

Pertinent Info: i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc.

Meals/ SH: Shower- Yes (Y); No (N); Refused (R)

Exercise: Enter Actual Time Period and Inside or Outside (i.e.,
9:30/10:00 IN; 2:00/2:30 OUT)

Medical: Physician will sign each time the inmates is seen.

Psych: Psychological Counselor will sign each time the inmate is seen.

Comments: i.e., Conduct; Attitude, etc. *Use reverse side for additional comments
and include date, signature, and title.

OIC Signature: OIC must sign all record sheets each shift.

DOC FORM N912

PHS0267

Pullock Co. Corrections
(INSTITUTION)

# SEGREGATION UNIT RECORD SHEET

INMATE NAME: Richard Wright  AIS NO: B/187/40  CELL #: 4

VIOLATION OR REASON: 31 Assault on Another Inmate

ADMITTANCE AUTHORIZED BY: Lt. Babers

DATE & TIME RECEIVED: 11/3/04  10:40 P.M.

DATE & TIME RELEASED: _____

PERTINENT INFORMATION: _____

| DATE | SHIFT | MEALS B | MEALS D | MEALS S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/27 MON | MORN | Y | | | N | N | Mayne | | Ø meds | D. Johnson, CO1 |
| | DAY | | N | | N | N | | | Refused meds | L. Rudolph, CO1 |
| | EVE | | | V | N | N | Rosen | N | Needs Meds | B.(...) CO1 |
| 12/28 TUE | MORN | Y | | | NO | NO | Mayne | NO | Ø meds | Julie Ellen |
| | DAY | Y | N | | N | N | Clay | | | Hall, CO1 |
| | EVE | | | N | N | N | Koger | N | Refused med | Sirmon CO1 |
| 12/29 WED | MORN | Y | | | N | N | Rosen | | Ø meds | C. Wayne CO1 |
| | DAY | | | | Refuse | N | Clay | arrest | Ø my | A. DePercy |
| | EVE | | | N | N | Rith | N | Refused mo | Sirmon |
| 12/30 THUR | MORN | Y | | | N | N | McKnew | | Ø meds | Ofc. Fitzpatrick CO1 |
| | DAY | Y | NO | | N | Refused | Clay | N | Ø med | J. Madden CO1 |
| | EVE | | | V | | tryt | L.Roberts | N | Refused meds | Sirmon CO1 |
| 12/31 FRI | MORN | N | | | V | n | McKnew | n | Ø meds | Ofc. Fitzpatrick CO1 |
| | DAY | | Y | | N | N | Clay | N | Ø meds | Hall, CO1 |
| | EVE | | | V | N | N | Russell | N | Ø meds | Sirmon CO1 |
| 1/1 SAT | MORN | | | N | N | N | Mayne | | Ø meds | 1500 CO1 |
| | DAY | Y | | | N | Refused | | | Ø med | J. Madden CO1 |
| | EVE | | | N | N | N | Allen | N | Ø med | 1500 CO1 |
| 1/2 SUN | MORN | N | | | N | N | Gilbert RN | N | Ø Meds | C. Wayne CO1 |
| | DAY | | Y | | N | N | McKnew | N | Ø med | Hall, CO1 |
| | EVE | | | L | N | N | Robit | N | Ø meds | Sirmon, CO1 |

**Pertinent Info:** i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc.

**Meals/ SH:** Shower- Yes (Y); No (N); Refused (R)

**Exercise:** Enter Actual Time Period and Inside or Outside (i.e., 9:30/10:00 IN; 2:00/2:30 OUT)

**Medical:** Physician will sign each time the inmates is seen.

**Psych:** Psychological Counselor will sign each time the inmate is seen.

**Comments:** i.e., Conduct; Attitude, etc. *Use reverse side for additional comments and include date, signature, and title.

**OIC Signature:** OIC must sign all record sheets each shift.

DOC FORM N912

PHS0268

Bullock Co. Corrections
(INSTITUTION)

# SEGREGATION UNIT RECORD SHEET

INMATE NAME: _Richard Wright_    AIS NO: _B/189140_    CELL #: _4/15_

VIOLATION # _3_ - _Assault on Another Inmate_

OR REASON:

ADMITTANCE AUTHORIZED BY: _H. Babers_

DATE & TIME RECEIVED: _11/3/04    10:40 p.m._

DATE & TIME RELEASED:

PERTINENT INFORMATION:

| DATE | SHIFT | MEALS B | MEALS D | MEALS S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/3 MON | MORN | Y | | | NO | NO | | NO | Ø Meals | Julia Ellen |
| | DAY | | N | | NO | YO | | | Ø med | R. Hall, COI |
| | EVE | | | Y | NO | NO | | NO | Ø med | |
| 1/4 TUE | MORN | Y | | | NO | NO | | NO | Ø meals | Julia Ellen |
| | DAY | | N | | | | | | Ø med | R. Hall, COI |
| | EVE | | | Y | N | N | | N | Ø med | |
| 1/5 WED | MORN | Y | | | NO | NO | | NO | Ø meds | B. Ashma, COI |
| | DAY | | N | | NO | Refused | | NO | Ø meds | |
| | EVE | | | Y | N | N | | N | Ø med | |
| 1/6 THUR | MORN | Y | | | N | N | | N | Ø meals | |
| | DAY | | N | | N | Refused | | N | | |
| | EVE | | | Y | | | | N | Ø med | |
| 1/7 FRI | MORN | Y | | | N | N | | N | Ø meals | |
| | DAY | | N | | N | N | | N | Ø med | |
| | EVE | | | Y | N | N | | | Ø med | |
| 1/8 SAT | MORN | Y | | | N | N | | N | Ø meds | |
| | DAY | Y | | | N | N | | N | Ø med | |
| | EVE | | | Y | N | N | | N | Ø med | |
| 1/9 SUN | MORN | N | | | N | N | | N | Ø mess | |
| | DAY | Y | N | | N | N | | N | | |
| | EVE | | | Y | N | N | | N | Ø med | |

**Pertinent Info:** i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc.

**Meals/ SH:** Shower- Yes (Y); No (N); Refused (R)

**Exercise:** Enter Actual Time Period and Inside or Outside (i.e., 9:30/10:00 IN; 2:00/2:30 OUT)

**Medical:** Physician will sign each time the inmates is seen.

**Psych:** Psychological Counselor will sign each time the inmate is seen.

**Comments:** i.e., Conduct; Attitude, etc. *Use reverse side for additional comments and include date, signature, and title.

**OIC Signature:** OIC must sign all record sheets each shift.

DOC FORM N912

PHS0269

# SEGREGATION UNIT RECORD SHEET

**Bullock Co. Corrections**
(INSTITUTION)

INMATE NAME: Richard Wright

AIS NO: B11971140  CELL: # 15 T

VIOLATION# 31
OR REASON: Assault On Another Inmate

ADMITTANCE
AUTHORIZED BY: Lt. Babers

DATE & TIME
RECEIVED: 11/3/04  10:40 PM.

DATE & TIME
RELEASED:

PERTINENT INFORMATION:

| DATE | SHIFT | MEALS B | MEALS D | MEALS S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/10 SUN | MORN | N | | | | | | | | |
| | DAY | | | | | | | | | |
| | EVE | | | | | | | | | |
| 1/6 SAT | MORN | N | | | | | | | | |
| | DAY | | | | | | | | | |
| | EVE | | | | | | | | | |
| 1/5 FRI | MORN | N | | | | | | | | |
| | DAY | | | | | | | | | |
| | EVE | | | | | | | | | |
| 1/4 THUR | MORN | N | | | | | | | | |
| | DAY | | | | | | | | | |
| | EVE | | | | | | | | | |
| 1/3 WED | MORN | N | | | | | | | | |
| | DAY | | | | | | | | | |
| | EVE | | | | | | | | | |
| 1/2 TUE | MORN | N | | | | | | | | |
| | DAY | | | | | | | | | |
| | EVE | | | | | | | | | |
| 1/1 MON | MORN | N | | | | | | | | |
| | DAY | | | | | | | | | |
| | EVE | | | | | | | | | |
| 1/0 | MORN | N | | | | | | | | |
| | DAY | | | | | | | | | |
| | EVE | | | | | | | | | |

Pertinent Info: i.e. Epileptic, Diabetic, Suicidal, etc.

PHS0270

Bullock Co. Corrections
(INSTITUTION)

## SEGREGATION UNIT RECORD SHEET

INMATE NAME: *Richard Wright*    AIS NO: *B187140*    CELL: # *151*

VIOLATION #: *31 Assault on Another Inmate*
OR REASON:

ADMITTANCE AUTHORIZED BY: *A. Bulkers*

DATE & TIME RECEIVED: *11/3/04 @ 1040p*

DATE & TIME RELEASED:

PERTINENT INFORMATION:

| DATE | SHIFT | MEALS B | D | S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/17 MON | MORN | N | | | N | N | Skanger | N | Ø meds | H. Johnson, CØ |
| | DAY | Y | | | N | N | Knoy | N | Ø meds | Hall, CØI |
| | EVE | | | | N | N | Cofler | N | Ø med | TBrown, CØI |
| 1/18 TUE | MORN | Y | | | n | n | Nlark | n | Ø meds | M. Fitzpatrick, CØI |
| | DAY | | N | | N | Z | Roth | N | Ø med | C. Henry CØI |
| | EVE | | | V | N | N | Robley | N | Ø meds | Simons CØI |
| 1/19 WED | MORN | Y | | | n | n | N Green | n | Ø meals | M. Fitzpatrick, CØI |
| | DAY | | N | | N | R | Ntoga | N | Ø med | S. Buttert, COO |
| | EVE | | | | N | N | Cofler | N | Ø med | TBrown CØI |
| 1/20 THUR | MORN | Y | | | m | n | Nlata | n | Ø meds | M. Fitzpatrick CØI |
| | DAY | | N | X | N | R Neal | Blw | N | Ø med | J. Adams |
| | EVE | | | V | Y | N | S.Roberts | N | Ø meds | R. Epps, CØI |
| 1/21 FRI | MORN | Y | | | n | n | N. Jata | m | Ø meds | M. Fitzpatrick CØI |
| | DAY | | | | N | N | Knee | N | Ø med | Hall, CØI |
| | EVE | | | | N | N | P. Rogley | N | Ø meds | C. Burks, CØI |
| 1/22 SAT | MORN | N | | | N | N | L. Under Jr | N | Ø meds | A. Young CØI |
| | DAY | Y | | | N | N | Roth | N | Ø mea | Hall, CØI |
| | EVE | | | | N | N | Eubank | N | Rec med | R. Epps CØI |
| 1/23 SUN | MORN | Y | | | N | N | Whisley Jr | N | Ø meds | H. Johnson, CØI |
| | DAY | Y | | | N | N | Roth | N | Ø med | Hall, CØI |
| | EVE | | | V | R | N | S.Roberts | N | Ø meds | Kynn, CØI |

**Pertinent Info:** i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc.

**Meals/ SH:** Shower- Yes (Y); No (N); Refused (R)

**Exercise:** Enter Actual Time Period and Inside or Outside (i.e., 9:30/10:00 IN; 2:00/2:30 OUT)

**Medical:** Physician will sign each time the inmates is seen.

**Psych:** Psychological Counselor will sign each time the inmate is seen.

**Comments:** i.e., Conduct; Attitude, etc. *Use reverse side for additional comments and include date, signature, and title.

**OIC Signature:** OIC must sign all record sheets each shift.

DOC FORM N912

PHS0271

Bullock Co. Corrections
(INSTITUTION)

# SEGREGATION UNIT RECORD SHEET

INMATE NAME: *Richard Wright*  AIS NO: *B107170*  CELL: # *157*

VIOLATION OR REASON: *3) Assault one another Inmate*

ADMITTANCE AUTHORIZED BY: *H. G. Rakers*

DATE & TIME RECEIVED: *11-3-8? @ 10:45?*

DATE & TIME RELEASED: _____

PERTINENT INFORMATION: _____

| DATE | SHIFT | MEALS B | MEALS D | MEALS S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/24/8 | MORN | Y | | | N | N | L. Lindsey | N | @ meds | H. Johnson, COI |
| | DAY | | Y | Y | N | Refused | Bauer | | to meal | J.C. Maldin COI |
| MON | EVE | | Y | Y | N | N | Stalley | N | Both meds | T. Biggins COI |
| 1/25 | MORN | Y | N | N | N | N | M. Cren | N | Breakfast/Dinner | COI B. Ellis |
| | DAY | | Y | Y | N | Refused | Doh | N | Dinner | J.C. Maldin COI |
| TUE | EVE | | Y | Y | Y | NC | Stoller | N | Declined d | S. Simon COI |
| 1/26 | MORN | Y | | | N | N | M. Cren | N | Med gwn | B. Holme COI |
| | DAY | | Y | Y | N | N | Kn | N | meals | S. Smart COI |
| WED | EVE | | | Y | N | N | Stoller | N | Refused meds | T. Biggins COI |
| 1/27 | MORN | Y | | | N | N | M. Cren | N | Meds gwn | H. Johnson, COI |
| | DAY | | Y | | N | N | W. Law | N | meals gwn | Andy dle |
| THUR | EVE | | | | N | N | Stoller | N | Refused d | S. Johnson COI |
| 1/28 | MORN | Y | | | N | N | M. Cren | NO | Meds gwn | Patricia ? |
| | DAY | | Y | Y | N | CANcelled | Kn | N | meal d | R. Penny |
| FRI | EVE | | | Y | N | N | M. Tyn | N | Refused | Flynn COI |
| 1/29 | MORN | N | | | N | N | Gleger | N | Meds given | C. Wong COI |
| | DAY | N | Y | | N | N | Kn | N | Refused | R. Monroe |
| SAT | EVE | | Y | N | N | N | M. Berg | N | Refused | Flynn COI |
| 1/30 | MORN | N | | | N | N | M. Cren | N | Refused | B. Holme, COI |
| | DAY | N | | | N | Refused | Kn | N | Refused | Stalley COI |
| SUN | EVE | | Y | N | N | N | S. Stayed | N | Refused | T. Biggins COI |

**Pertinent Info:** i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc.

**Meals/ SH:** Shower- Yes (Y); No (N); Refused (R)

**Exercise:** Enter Actual Time Period and Inside or Outside (i.e., 9:30/10:00 IN; 2:00/2:30 OUT)

**Medical:** Physician will sign each time the inmates is seen.

**Psych:** Psychological Counselor will sign each time the inmate is seen.

**Comments:** i.e., Conduct; Attitude, etc. *Use reverse side for additional comments and include date, signature, and title.

**OIC Signature:** OIC must sign all record sheets each shift.

DOC FORM N912

PHS0272

## Bullock Co. Corrections
(INSTITUTION)

# SEGREGATION UNIT RECORD SHEET

INMATE NAME: _Richard Wright_   AIS NO: _B187148_  CELL: # _197/181_

VIOLATION OR REASON: _31 Assault on Another Inmate_

ADMITTANCE AUTHORIZED BY: _Lt. Roberts_

DATE & TIME RECEIVED: _1-3-04 @ 10:00 pm_

DATE & TIME RELEASED:

PERTINENT INFORMATION:

| DATE | SHIFT | MEALS B | D | S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/31/05 MON | MORN | Y | N | N | | N | N Chen | N | Refused Meds | R. Ellis, COI |
| | DAY | | N | | N | N | Kury | | Refused | Hall, COI |
| | EVE | | | | | N | cceppa | | Ref. tylenol | Bogan, COI |
| 2/1/05 TUE | MORN | Y | | | N | N | N Chen | N | meds given | M. Fitzpatrick COI |
| | DAY | | Y | Y | Y | N | Watson | N | Refused | GH... COI |
| | EVE | | | | Y | N | ceppa | N | 0 meds | E. Scott, COI |
| 2/2/05 WED | MORN | Y | | | Y | N | N Chen | N | meds given | M. Fitzpatrick COI |
| | DAY | | Y | Y | N | N | Watson | Sanford | Meds | C. Scott, COI |
| | EVE | | | Y | N | N | Kigh | | Refused med | Adams, COI |
| 2/3/05 THUR | MORN | Y | | | N | N | N Chen | N | med given | H. Johnson, COI |
| | DAY | | Y | Y | N | N | Watson | N | Refused | Hall, COI |
| | EVE | | | | N | N | Bradley | N | Locks med | Tyson, COI |
| 2/4/05 FRI | MORN | Y | | | N | N | N Chen | N | meds given | H. Johnson, COI |
| | DAY | | Y | Y | N | N | K | N | 0 meds | Hall, COI |
| | EVE | | | | N | N | Kigh | Dr. Walley | Refused med | Adams, COI |
| 2/5/05 SAT | MORN | Y | N | | N | N | N Chen | N | meds given | E. Williams, COI |
| | DAY | | Y | | N | N | Watson | N | 0 med | Hall, COI |
| | EVE | | | | Y | Y | | N | Ref meds | Bogan, COI |
| 2/6/05 SUN | MORN | N | | | N | N | Lindsey | N | 0 med | G. Long, COI |
| | DAY | | | Y | N | N | Kigh | N | 0 med | Hall, COI |
| | EVE | | | | Y | N | Bradley | N | Refused Meds | Tyson, COI |

**Pertinent Info:** i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc.

**Meals/ SH:** Shower- Yes (Y); No (N); Refused (R)

**Exercise:** Enter Actual Time Period and Inside or Outside (i.e., 9:30/10:00 IN; 2:00/2:30 OUT)

**Medical:** Physician will sign each time the inmates is seen.

**Psych:** Psychological Counselor will sign each time the inmate is seen.

**Comments:** i.e., Conduct; Attitude; etc. *Use reverse side for additional comments and include date, signature, and title.

**OIC Signature:** OIC must sign all record sheets each shift.

PHS0273

DOC FORM N912

Bullock Co. Corrections
(INSTITUTION)

# SEGREGATION UNIT RECORD SHEET

INMATE NAME: _Richard Wright_
VIOLATION OR REASON: _31 Assault on Another Inmate_   AIS NO: _B187178_   CELL: # _197_
DATE & TIME RECEIVED: _11-3-87 @ 18 ____   ADMITTANCE AUTHORIZED BY: _Lt. Butlers_
PERTINENT INFORMATION: _____   DATE & TIME RELEASED: _____

| DATE | SHIFT | MEALS B | D | S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/7/05 MON | MORN | | | | N | | | | | |
| | DAY | | Y | N | | N | K. Anderson | N | Ø meds | B. Johnson, Col |
| | EVE | | N | N | Y | Kims, Col | N | Ø med | B. Hall, ao |
| 7/8/05 | MORN | Y | | | | | | N | Ø meds | B. Ogun, Col |
| | DAY | | | N | N | N | V. Stoudt | N | d/x by | M. Fitzpatrick, Col |
| | EVE | | Y | N | N | K. Anderson | n | recd med | G. Clark, CoI |
| 7/9/05 TUE | MORN | Y | | | | | N | Ø meds | M. Fitzpatrick, Col |
| | DAY | | Y | N | N | Kims Coffer | n | med gave | S. Smart, ao |
| | EVE | | N | N | N | K. Anderson | N | recd med | Sims, Col |
| 7/10/05 WED | MORN | | | | | | N | Ø meds | B. Johnson, Col |
| | DAY | | Y | N | N | McNeven | N | Med gave | B. Hill, Col |
| | EVE | | | | | Coffer | N | recd meds | Hyma, Col |
| 7/11/05 THUR | MORN | Y | | n | | McNeven | N | Ø meds | M. Fitzpatrick Col |
| | DAY | | Y | N | N | Cancelled | N | med gave | S. Smart, aoI |
| | EVE | | | N | N | Kims Coffer | N | recd med | Hyma, Col |
| 7/12/05 FRI | MORN | N | | | | McNeven | N | Ø meds | C. Young, Col |
| | DAY | | | N | N | Cauldron Martin | N | Refused meds | B. Hill, Col |
| | EVE | | | N | N | Kms | N | Refuse recd Meds | Hyma, Col |
| 7/13/05 SAT | MORN | | N | N | N | Skeegan on | N | Ø meds | E. Williams, Col |
| | DAY | | | A | | in | N | meds gave | S. Smart, aoI |
| | EVE | | | | 11:30-12:00 | | N | recd med | Hyma, Col |

**Pertinent Info:** i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc.
**Meals/ SH:** Shower- Yes (Y); No (N); Refused (R)
**Exercise:** Enter Actual Time Period and Inside or Outside (i.e., 9:30/10:00 IN; 2:00/2:30 OUT)
**Medical:** Physician will sign each time the inmates is seen.
**Psych:** Psychological Counselor will sign each time the inmate is seen.
**Comments:** i.e., Conduct; Attitude, etc. *Use reverse side for additional comments and include date, signature, and title.
**OIC Signature:** OIC must sign all record sheets each shift.

N912

PHS0274

Bullock Co. Corrections
(INSTITUTION)

# SEGREGATION UNIT RECORD SHEET

INMATE NAME: Richard Wright    AIS NO: B/187140   CELL: # 19 T

VIOLATION 3|
OR REASON: Assault On Another Inmate

ADMITTANCE
AUTHORIZED BY: Lt. Babers

DATE & TIME
RECEIVED: 11/3/04   10:40 P.M.

DATE & TIME
RELEASED: _____

PERTINENT
INFORMATION: _____

| DATE | SHIFT | MEALS B | MEALS D | MEALS S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 2-14-05 MON | MORN | Y | | | | | Brogan | N | Ø meds | D. Johnson, CO1 |
| | DAY | | Y | | N | actualizat | N | N | Tisdan | P. Walker, CO |
| | EVE | | | Y | N | | Risby | N | Gerald | Pennington, CO1 |
| 2-15-05 TUE | MORN | Y | | | N | | McKeiver | N | Ø meds | B. Holmes, CO1 |
| | DAY | | Y | | N | | Ashley | N | Physical eval | Ellis, CO |
| | EVE | | | Y | N | N | Kizler | N | (all of med) | Simms, CO |
| 2-16-05 WED | MORN | Y | | | N | N | McKeiver | N | Ø Meds | C. Young CO1 |
| | DAY | | Y | Y | ND | ND | Ashley | | Nelson | Hall CO1 |
| | EVE | | | Y | | | 2:2004 | ND | meds given | Adams + D. Ray, CO1 |
| 2-17-05 THUR | MORN | | | Y | N | N | McKeiver | N | Ø Meds | M. Fitzpatrick, CO1 |
| | DAY | | | | Y | | Walker | N | Med meds | Hall, CO1 |
| | EVE | | | Y | Y | | Kizler | N | e meds | T. Johnson, CO1 |
| 2-18-05 FRI | MORN | Y | | | N | N | Alpre | N | Ø meds | D. Johnson, CO1 |
| | DAY | | Y | | N | N | Hill | | Nelson | Hall, CO1 |
| | EVE | | | Y | N | | Risby | RAN | Icch meds | T. Johnson, CO1 |
| 2-19-05 SAT | MORN | Y | | | N | N | Brogan | N | Ø Meds | C. Young CO1 |
| | DAY | | Y | Y | N | | Deft | | Approved by | Hall, CO1 |
| | EVE | | | Y | N | | Keiluh | | e Wesley Oman | Rhyne, CO1 |
| 2-21-05 SUN | MORN | Y | | | | N | Wimley | N | Ø meds | D. Johnson, CO1 |
| | DAY | | Y | | N | ND | mfg | | Morgan | D. Massey, CO1 |
| | EVE | | | Y | ND | | Risby | NO | e Meds | D. Ray, CO1 |

**Pertinent Info:** i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc.
**Meals/ SH:** Shower- Yes (Y); No (N); Refused (R)
**Exercise:** Enter Actual Time Period and Inside or Outside (i.e.,
     9:30/10:00 IN; 2:00/2:30 OUT)
**Medical:** Physician will sign each time the inmates is seen.
**Psych:** Psychological Counselor will sign each time the inmate is seen.
**Comments:** i.e., Conduct; Attitude, etc. *Use reverse side for additional comments
     and include date, signature, and title.
**OIC Signature:** OIC must sign all record sheets each shift.

DOC FORM N912

PHS0275

BC-7
(INSTITUTION)

SEGREGATION UNIT RECORD SHEET

INMATE NAME: _Richard Wright_  SERIAL NO: _B187140_  CELL: _19 T_
VIOLATION #31
OR REASON: _Assault on another Inmate_  ADMITTANCE
AUTHORIZED BY: _Lt. Bolers_
DATE & TIME
RECEIVED: _11/3/05 @ 10:40 P.m._  DATE & TIME
RELEASED: _____
PERTINENT
INFORMATION: _____

| DATE | SHIFT | MEALS B | D | S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|------|-------|---------|---|---|----|----------|---------------|------------|-----------|---------------|
| 2/21/05 Mon. | MORN | n | | | n | n | Blinding | n | ∅ meal | M. Fitzpatrick cos |
| | DAY | Y | | | N | Refused | Alton | N | ∅ med | Hall, CO |
| | EVE | | | N | N | N | Ggs | N | ∅ meals | J. Johnson, COI |
| 2/22/05 | MORN | Y | | | N | N | Phegin | N | ∅ meds | B. Holmes COI |
| | DAY | Y | | | N | N | Bloy | N | ∅ med | Hall, CO |
| | EVE | | | Y | N | N | Kigler | N | ∅ met | C. Crook, COI |
| 2/23/05 Wed | MORN | Y | | | N | N | Phegin | N | ∅ med | B. Holmes COI |
| | DAY | | Y | | N | N | Alton | N | ∅ med | Hall, CO |
| | EVE | | Y | Y | N | N | Kigler | N | ∅ med | J. Gibson, COI |
| 2/24/05 Thur. | MORN | Y | | | n | N | Blinding | n | ∅ meds | M. Fitzpatrick cos |
| | DAY | | Y | | N | Refused | Alton | N | ∅ mn | Hall, CO |
| | EVE | | | | N | N | Scott | N | ∅ meds | Pennington, COI |
| 2/25/05 Fri. | MORN | N | | | | | Phegin | N | ∅ meds | J. Johnson, COI |
| | DAY | | Y | | N | Refused | Smith | N | to work | Hall, CO |
| | EVE | | | Y | N | N | | N | ∅ meds | C. Crook, COI |
| 2/26/05 Sat | MORN | N | | | N | Refused | Phegin | N | Meds given | C. Young co |
| | DAY | Y | | | N | | Cars | N | Meds given | Hall, COI |
| | EVE | | | Y | N | N | Cow | N | Meds given | Lynn, COI |
| 2/27/05 Sun | MORN | N | | | N | N | Phegin | N | Meds given | E. Williams, cos |
| | DAY | | Y | | N | N | Bird | N | rec'd meds | Hall, CO |
| | EVE | | | | N | N | Kigler | N | rec'd med | Lynn, COI |

Pertinent Info:  i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc.
Meals/ SH:  Shower - Yes (Y); No (N); Refused (R)
Exercise:  Enter Actual Time Period and Inside or Outside (i.e.,
           9:30/10:00 IN; 2:00/2:30 OUT)
Medical:  Physician will sign each time the inmate is seen.
Psych:  Psychological Counselor will sign each time the inmate is seen.
Comments:  i.e., Conduct; Attitude, etc. *Use reverse side for additional
           comments and include date, signature, and title.
OIC Signature;  OIC must sign all record sheets each shift.

DOC FORM N912

PHS0276

TO: Head Nurse
From: Inmate Richard W. Wright, Sr.
AIS #187140 Dorm 9-B (seg.)

May 12, 2005

To whom it May Concern:

I would like to know have the eye glasses for me arrived here from Bullock prison. If not, would you make a phone call to Bullock health Care Unit and enquirer about the glasses (please). Your response is requested.

Sincerely,
Richard W. Wright, Sr.
Richard W. Wright, Sr. #187140
Dorm 9-B (seg.)

RECEIVED
5-10-05
BY DS

**Prison Health Services**
**Inmate Informal Grievanc**
**Ventress 845**

Richard W Wright 181140                    9-B bed #904  June 21, 2005
NAME                    AIS #                    UNIT                    DATE

---

**PART A---Inmate Complainant**

I've repeatly filled out Sick call slips in order to receive medical care in hopes to preserve my health. I'm being charge #3. dollars co-payment Fees For filling out Sick call slips requesting medical treatment. For some reason the doctor is only treating the medical/health problems he desire and totally disregarded other medical/health problems I've mention. what do you suggest I do?

Richard W Wright, Jr.
INMATE SIGNATURE

---

**PART B –RESPONSE**                    DATE RECEIVED_____

7/5    N/S    NS

MEDICAL STAFF SIGNATURE

DATE

---

**If resolution has not occurred and you wish to file a formal grievance you may request a grievance form from the Health Services Administrator. Return the completed grievance form to the Health Service Administrator.**

| | Y | N | | | Y | N |
|---|---|---|---|---|---|---|
| I  Dissatisfied with Quality of Medical Care | ☒ | ☐ | VI  Delay in Health Care Provided | | ☒ | ☐ |
| II  Dissatisfied with Quality of Dental Care | ☐ | ☒ | VII Problems with Medication | | ☒ | ☒ |
| III Dissatisfied with Quality of Mental Health Care | ☐ | ☒ | VIII Request to be seen | | ☒ | ☒ |
| IV Dissatisfied with Response to Non-Medical Request | ☐ | ☒ | IX  Request for Off-site Specialty Care | | ☒ | ☐ |
| V Conduct of Healthcare Staff | ☒ | ☒ | X  Other | | ☐ | ☒ |

11/03 - Alabama                    PHS0278

**Prison Health Services**
**Inmate Informal Grievanc**
**Ventress 845**

Richard W. Wright  187140          9-B (beg) #904  June 21, 2005
NAME                    AIS #        UNIT            DATE

---

**PART A---Inmate Complainant**

I've Repeatly Filled out Sick Call slips in
order to receive medical care in hopes to
preserve My health. I'm being Charge
#3. dollars co-payment Fees For filling
out Sick Call slips requesting medical
treatment. For Some reason the Doctor
is only treating the medical/health
problems he desire and totally disregarded
other medical/health problems I've
mention. what do you suggest I do?

Richard W. Wright Jr.
INMATE SIGNATURE

---

**PART B –RESPONSE**          DATE RECEIVED 10-22-05

6/30

MEDICAL STAFF SIGNATURE

DATE

---

**If resolution has not occurred and you wish to file a formal grievance you may request a grievance form from the Health Services Administrator. Return the completed grievance form to the Health Service Administrator.**

| | Y | N | | | Y | N |
|---|---|---|---|---|---|---|
| I  Dissatisfied with Quality of Medical Care | ☒ | ☐ | VI  Delay in Health Care Provided | ☒ | ☐ |
| II  Dissatisfied with Quality of Dental Care | ☐ | ☒ | VII  Problems with Medication | ☒ | ☐ |
| III Dissatisfied with Quality of Mental Health Care | ☐ | ☒ | VIII Request to be seen | ☒ | ☐ |
| IV Dissatisfied with Response to Non-Medical Request | ☐ | ☒ | IX  Request for Off-site Specialty Care | ☒ | ☐ |
| V Conduct of Healthcare Staff | ☒ | ☒ | X  Other | ☐ | ☒ |

11/03 - Alabama

PHS0279

**Prison Health Services**
**Inmate Informal Grievanc**
**Ventress 845**

Richard W Wright 187140                    6/B bcd 1/B    June 28, 2005
NAME                    AIS #                           UNIT              DATE

PART A---Inmate Complainant

I've repeatly filled out sick call
slip in order to receive medical
care in hopes to preserve my health.
Im being charge # 3. dollers ci-payment
Fees For filling out sick call slip's
requesting medical treatment. For some
reason the doctor is only treating the
medical/health problems ~~or the thing~~ he
desires and totally disregarded other
medical/health problems I've mention.
What do you suggest I do?

                        Richard W Wright Sr
                        INMATE SIGNATURE

PART B –RESPONSE                    DATE RECEIVED_____

7/6    NIS   NB



                        MEDICAL STAFF SIGNATURE


                        DATE

**If resolution has not occurred and you wish to file a formal grievance you may request a
grievance form from the Health Services Administrator. Return the completed grievance
form to the Health Service Administrator.**

| | Y | N | | | Y | N |
|---|---|---|---|---|---|---|
| I  Dissatisfied with Quality of Medical Care | ☒ | ☐ | VI  Delay in Health Care Provided | | ☒ | ☐ |
| II  Dissatisfied with Quality of Dental Care | ☐ | ☒ | VII  Problems with Medication | | ☐ | ☒ |
| III Dissatisfied with Quality of Mental Health Care | ☐ | ☒ | VIII Request to be seen | | ☒ | ☐ |
| IV Dissatisfied with Response to Non-Medical Request | ☒ | ☒ | IX  Request for Off-site Specialty Care | | ☒ | ☐ |
| V  Conduct of Healthcare Staff | ☒ | ☒ | X  Other | | ☐ | ☒ |

11/03 - Alabama                                                    PHS0280

Rec'vd 6-30-05

**Prison Health Services**
**Inmate Informal Grievanc**
**Ventress 845**

Richard W Wright  187140                    GB - II    July 7, 2005
NAME                    AIS #                UNIT         DATE

---

**PART A---Inmate Complainant**

I've repeatly filled out sick call slips in order to receive medical care in hopes to preserve my health. I'm being charge #3. dollars co-payment fees for filling out sick call slips requesting medical/health problems he desires and totally disregarded other medical/health problems I've mention. what do you suggest I do? Your response is requested.  dd

Richard W Wright Jr #187140
**INMATE SIGNATURE**

---

**PART B --RESPONSE**                    **DATE RECEIVED** _____

You have put in several sick call request for different types. therefore your co-pay will not be credited back to your acct.

N. Burk  8 HSA
**MEDICAL STAFF SIGNATURE**

7/18/03
**DATE**

**If resolution has not occurred and you wish to file a formal grievance you may request a grievance form from the Health Services Administrator. Return the completed grievance form to the Health Service Administrator.**

| | Y | N | | Y | N |
|---|---|---|---|---|---|
| I   Dissatisfied with Quality of Medical Care | ☒ | ☐ | VI  Delay in Health Care Provided | ☒ | ☒ |
| II  Dissatisfied with Quality of Dental Care | ☐ | ☒ | VII Problems with Medication | ☐ | ☒ |
| III Dissatisfied with Quality of Mental Health Care | ☐ | ☒ | VIII Request to be seen | ☒ | ☐ |
| IV Dissatisfied with Response to Non-Medical Request | ☒ | ☐ | IX  Request for Off-site Specialty Care | ☐ | ☒ |
| V  Conduct of Healthcare Staff | ☒ | ☒ | X   Other | ☐ | ☒ |

7-13-05

# STATE OF ALABAMA

### Department of Corrections
### *Inmate Stationery*

July 13, 2005

From. Inmate Richard W Wright, Sr
A.Is # 187140 Dorm 6-B bed #1

TO: Ms. Burks ( Head Nurse)

Dear Ms. Burks,

I requested From you in the
past a data Facts sheet For the
T.B skin test medication. For such
reason I make such request to
you again. Your response concerning
this important matter is requested.

Sincerely,

Richard W Wright Sr
Richard Wayne Wright Sr

7-18-05(2)

PHS0282

# STATE OF ALABAMA

### Department of Corrections
*Inmate Stationery*

July 13, 2005

From: Inmate Wright, Richard W.
AIS # 187140 Dorm 6-B # 1B

TO: Ms. Burks (Head Nurse)

Dear Ms. Burks,

ON July 13, 2005 I was given a money receipt showing another three (3) dollars was taken out of my prison account For Follow up treatment. I had been seen by the doctor on June 6, 2005 and again on June 20, 2005. I saw the doctor For the same symptoms (as follow up treatment). Would you send a notice to the business office informing such person or persons) to credit my prison account three (3) dollars For this additional Co-payment Charge.

7/18 re-5th Floyd
Apt. MS Floyd rb
11/96

Sincerely,

Richard W. Wright, Sr.
Richard Wayne Wright, Sr.

7-18-05

PHS0283

## Prison Health Services, Inc.

### Inmate Grievance

Richard W Wright Sr. 187140                    Bed #1 Dorm 1-B July 18, 2005
NAME                     AIS #            UNIT           DATE

_____

**PART A---Inmate Grievance**

Need information / requested data
Concerning drug Facts (sheetion) For
(T.B. skin Test Medication). I have been
neglected treatment (if any at all)
Concerning Medical problems I consulted
and relayed with this medical staff.
I have been charge (medical co-
payment) twice for the same Medical
problems I've previously requested treat-
ment for, on July 14 2005, which visit were
June 6, 2005 and again on June 20 2005.

                                    Richard W Wright Sr.
                                    INMATE SIGNATURE

_____

**PART B --RESPONSE**              DATE RECEIVED _____

Medication insert given to
inmate.

                    _____
                    P.H.S. Department Head Signature

                    7-18-05
                    DATE

**If you wish to appeal this review you may request a Grievance Appeal form from the Health Services Administrator. Return the completed form to the attention of the; Health Service Administrator. You may place the form in the sick call request box or give it to the segregation sick call nurse on rounds.**

H.S.A Selection:

| | Y | N | | | Y | N |
|---|---|---|---|---|---|---|
| I  Dissatisfied with Quality of Medical Care | ☒ | ☐ | VI  Delay in Health Care Provided | | ☒ | ☐ |
| II  Dissatisfied with Quality of Dental Care | ☐ | ☒ | VII Problems with Medication | | ☒ | ☒ |
| III Dissatisfied with Quality of Mental Health Care | ☐ | ☒ | VIII Request to be seen | | ☒ | ☐ |
| IV Dissatisfied with Response to Non-Medical Request | ☒ | ☐ | IX  Request for Off-site Specialty Care | | ☒ | ☐ |
| V Conduct of Healthcare Staff | ☒ | ☐ | X  Other | | ☐ | ☒ |

Committee Review of Data Collection

11/03 – Alabama
Revised 5/16/05                                    PHS0284

Prison Health Services, Inc.

## Inmate Grievance

Richard W. Wright 187140        8A/55B    10 Feb 06
NAME                AIS #          UNIT          DATE

PART A---Inmate Grievance

I'm unable to get a Formal grivance Form
So I'm having to Fill out another regular
inmate Grievance Form in the place of
a Formal Complaint Form Concerning my
back pain, and head aches

Richard W. Wright Sr.
INMATE SIGNATURE

PART B –RESPONSE                DATE RECEIVED_____

3-6  this been Sch. to see
MHS 2/09-01.

Nat Burks, RN
P.H.S. Department Head Signature
3-6-06
DATE

**If you wish to appeal this review you may request a Grievance Appeal form from the Health Services Administrator. Return the completed form to the attention of the;  Health Service Administrator. You may place the form in the sick call request box or give it to the segregation sick call nurse on rounds.**

| H.S.A Selection: | Y | N | | Y | N |
|---|---|---|---|---|---|
| I  Dissatisfied with Quality of Medical Care | ☒ | ☐ | VI  Delay in Health Care Provided | ☒ | ☐ |
| II  Dissatisfied with Quality of Dental Care | ☐ | ☒ | VII Problems with Medication | ☒ | ☐ |
| III Dissatisfied with Quality of Mental Health Care | ☐ | ☒ | VIII Request to be seen | ☒ | ☐ |
| IV Dissatisfied with Response to Non-Medical Request | ☒ | ☐ | IX  Request for Off-site Specialty Care | ☒ | ☐ |
| V Conduct of Healthcare Staff | ☒ | ☐ | X  Other | ☐ | ☒ |

Committee Review of Data Collection

2-24-06

**Prison Health Services, Inc.**

**Inmate Grievance <u>Appeal</u>**

Richard W. Wright  187140                    8 A / 55 B 10 Mar 06    R.W.W.
NAME                   AIS #                  UNIT              DATE

---

**PART A---INMATE Grievance Appeal for the following reason:**

I being charge repeated, excessive Co-payment Fee is (#3) dollars for my attempts of obtain medical treatment (see an additional request slip). Why can't I receive temporary treatment when the dorm officers call's down to the infirmary and I'm sent, who is the Supervisor for the (HSA) which addresses problems for inmates when proper treatment is not provided.

Richd W. Wright sr Bey
INMATE SIGNATURE  # 187140
Richard Wayne Wright, sr-Bey

**Return this form to Health Services Administrator by dropping in the sick call box or giving to the segregation sick call nurse on rounds.**

---

**PART B –RESPONSE**                    **DATE RECEIVED_____**

MD apt. given No

3/24

_____              _____
**Inmate Signature**                    **Health Services Department Head**
                                        3-21-06

_____
**Date**                                **Date**

---

| H.S.A. Selection: | Y | N | | Y | N |
|---|---|---|---|---|---|
| I   Dissatisfied with Quality of Medical Care | ☒ | ☐ | VI   Delay in Health Care Provided | ☒ | ☐ |
| II  Dissatisfied with Quality of Dental Care | ☐ | ☒ | VII  Problems with Medication | ☒ | ☒ |
| III Dissatisfied with Quality of Mental Health Care | ☒ | ☐ | VIII Request to be seen | ☒ | ☐ |
| IV Dissatisfied with Response to Non-Medical Request | ☒ | ☒ | IX   Request for Off-site Specialty Care | ☒ | ☐ |
| V  Conduct of Healthcare Staff | ☒ | ☐ | X   Other | ☐ | ☒ |

**Committee Review of Data Collection**

11/03 – Alabama
Revised 5/16/05

2/4 06

PHS0286

## Prison Health Services, Inc.

### Inmate Grievance APPEAL  R.W W

Richard W Wrights: 187140 _____ 6A/ 29 T   3/13/06

| NAME | AIS # | UNIT | DATE |

---

**PART A---Inmate Grievance**

Unable to get some thing For pain in my back and head aches charge again the #3 dollar Co. paument For tring to get treatment.

_Richd W. Wright Sn_
**INMATE SIGNATURE**

---

**PART B –RESPONSE**                    DATE RECEIVED_____

MD apt. given Yes 3/5/

_(signature)_
**P.H.S. Department Head Signature**

3-21-06
**DATE**

---

If you wish to appeal this review you may request a <u>Grievance Appeal</u> form from the Health Services Administrator. Return the completed form to the attention of the;   Health Service Administrator. You may place the form in the sick call request box or give it to the segregation sick call nurse on rounds.

**H.S.A Selection:**

| | Y | N | | Y | N |
|---|---|---|---|---|---|
| I   Dissatisfied with Quality of Medical Care | ☒ | ☐ | VI   Delay in Health Care Provided | ☒ | ☐ |
| II   Dissatisfied with Quality of Dental Care | ☐ | ☒ | VII Problems with Medication | ☒ | ☒ |
| III Dissatisfied with Quality of Mental Health Care | ☒ | ☒ | VIII Request to be seen | ☒ | ☐ |
| IV Dissatisfied with Response to Non-Medical Request | ☒ | ☐ | IX   Request for Off-site Specialty Care | ☒ | ☐ |
| V Conduct of Healthcare Staff | ☒ | ☐ | X   Other | ☒ | ☒ |

Committee Review of Data Collection

11/03 – Alabama
Revised 5/16/05

PHS0287

## Prison Health Services, Inc.

### Inmate Grievance

Richard W. Wright Sr. 187140            InF RM # 103    7 April 06
NAME                    AIS #                    UNIT            DATE

**PART A---Inmate Grievance**

On April 7, 2006 Friday I attempted to get additional treatment for my present back pains, but was denied by Dr. Rayapati. I also included the head aches I continue to have and Dr. Rayapati was refered to M.H.M. what are the procedures I must follow in order to see and off-site specially care? Respectfully submitted.

_Richard W. Wright Sr._
**INMATE SIGNATURE**

**PART B –RESPONSE**                    **DATE RECEIVED**_____

**P.H.S. Department Head Signature**

**DATE**

If you wish to appeal this review you may request a **Grievance Appeal** form from the Health Services Administrator.  Return the completed form to the attention of the;   Health Service Administrator. You may place the form in the sick call request box or give it to the segregation sick call nurse on rounds.

| H.S.A Selection: | Y | N | | Y | N |
|---|---|---|---|---|---|
| I   Dissatisfied with Quality of Medical Care | ☒ | ☐ | VI   Delay in Health Care Provided | ☒ | ☐ |
| II   Dissatisfied with Quality of Dental Care | ☐ | ☒ | VII Problems with Medication | ☒ | ☒ |
| III Dissatisfied with Quality of Mental Health Care | ☒ | ☒ | VIII Request to be seen | ☒ | ☐ |
| IV Dissatisfied with Response to Non-Medical Request | ☒ | ☐ | IX   Request for Off-site Specialty Care | ☒ | ☐ |
| V Conduct of Healthcare Staff | ☐ | ☒ | X   Other | ☒ | ☐ |

Committee Review of Data Collection

_Recd. 4-11-06_

## Prison Health Services, Inc.

### Inmate Grievance **Appeal**

Richard W. Wright 187140          Inf. RM. #103   8 April 06
NAME                   AIS #                UNIT              DATE

---

**PART A---INMATE Grievance Appeal for the following reason:**

I sent you an grievance form which I wrote appeal
beside. I contacted you in hopes to adjust and credit
Co-payment charges in my quest for medical care
for my back and head aches. On April 7, 2006 Friday
you discuss briefly your disagreement to a part
of the informal complaint I sent you, but you failed
to mention/address the issue on the inmate grievance
form. For such reason I still await your response.
Your time spent addressing this complaint
will be ardently appreciated.

Rich W. Wright, Jr.
**INMATE SIGNATURE**

**Return this form to Health Services Administrator by dropping in the sick call box or giving to the segregation sick call nurse on rounds.**

---

**PART B –RESPONSE**                    **DATE RECEIVED** _____

If you int./request medical services
you are required to pay the co-pay. Th
Therefore I will not cred.t back
to your acc.t.
Appt. given his see MD for C/O M/A and
back. After his exam & of cur. pres/all complaints
rts the doctor discretion the The treatment
will be at the doctor discretion.

N. Burks, NsA
**Inmate Signature**                    **Health Services Department Head**
                                   4-18-06
**Date**                                **Date**

---

| H.S.A. Selection: | Y | N | | Y | N |
|---|---|---|---|---|---|
| I   Dissatisfied with Quality of Medical Care | ☒ | ☐ | VI  Delay in Health Care Provided | ☒ | ☐ |
| II  Dissatisfied with Quality of Dental Care | ☐ | ☒ | VII Problems with Medication | ☒ | ☒ |
| III Dissatisfied with Quality of Mental Health Care | ☐ | ☒ | VIII Request to be seen | ☒ | ☐ |
| IV Dissatisfied with Response to Non-Medical Request | ☒ | ☐ | IX  Request for Off-site Specialty Care | ☒ | ☐ |
| V  Conduct of Healthcare Staff | ☒ | ☒ | X   Other | ☒ | ☐ |

**Committee Review of Data Collection**

4/4/06
DS

PHS0289

## Prison Health Services, Inc.

## Inmate Grievance

| _(illegible handwriting)_ | _(illegible)_ | _(illegible)_ |
|---|---|---|
| **NAME** | **AIS #** | **UNIT**   **DATE** |

---

**PART A---Inmate Grievance**

_I am still waiting to get a response
concerning an alternative method of
being treated for TB care than using
typical serum I am allergic to._

_What did Dr. Ragivade say about the
grievance form concerning this matter?_

_(signature)_
**INMATE SIGNATURE**

---

**PART B –RESPONSE**                    **DATE RECEIVED**_____

**P.H.S. Department Head Signature**

**DATE**

If you wish to appeal this review you may request a <u>Grievance Appeal</u> form from the Health
Services Administrator.  Return the completed form to the attention of the;   Health Service
Administrator. You may place the form in the sick call request box or give it to the
segregation sick call nurse on rounds.

| H.S.A Selection: | Y | N | | Y | N |
|---|---|---|---|---|---|
| I   Dissatisfied with Quality of Medical Care | ☐ | ☐ | VI   Delay in Health Care Provided | ☐ | ☐ |
| II   Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII Problems with Medication | ☐ | ☐ |
| III Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII Request to be seen | ☐ | ☐ |
| IV Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX   Request for Off-site Specialty Care | ☐ | ☐ |
| V Conduct of Healthcare Staff | ☐ | ☐ | X   Other | ☐ | ☐ |

Committee Review of Data Collection

11/03 – Alabama
Revised 5/16/05

PHS0290

_C. 7.16. Ga_

# Prison Health Services, Inc.

## Inmate Grievance **Appeal**

Richard W. Wright Sr. 181140 — NAME / AIS #

Inf. RM 103 — UNIT

29 April 06 — DATE

**PART A---INMATE Grievance Appeal for the following reason:**

Dr. Raymond agreed I see the eye doctor to determine if I'm having regular headaches because of my eyes, but didn't determine that I have the problem. Dr. Raymond refuse to treat my neck and [illegible] me [illegible] and [illegible] med. which I don't need. What are the procedures I must follow in order to see another doctor?

INMATE SIGNATURE

**Return this form to Health Services Administrator by dropping in the sick call box or giving to the segregation sick call nurse on rounds.**

**PART B –RESPONSE** **DATE RECEIVED**__________

Inmate Signature

Date

Health Services Department Head

Date

H.S.A. Selection:

| | Y | N | | Y | N |
|---|---|---|---|---|---|
| I Dissatisfied with Quality of Medical Care | ☒ | ☐ | VI Delay in Health Care Provided | ☒ | ☒ |
| II Dissatisfied with Quality of Dental Care | ☐ | ☒ | VII Problems with Medication | ☒ | ☐ |
| III Dissatisfied with Quality of Mental Health Care | ☐ | ☒ | VIII Request to be seen | ☒ | ☐ |
| IV Dissatisfied with Response to Non-Medical Request | ☒ | ☐ | IX Request for Off-site Specialty Care | ☒ | ☐ |
| V Conduct of Healthcare Staff | ☒ | ☐ | X Other | ☐ | ☐ |

Committee Review of Data Collection

11/03 – Alabama
Revised 5/16/05

PHS0291

Prison Health Services, Inc.

Inmate Grievance **Appeal**

Richard W Wright    187140    Segg# 301    5/2/06
NAME                  AIS #              UNIT        DATE

**PART A---INMATE Grievance Appeal for the following reason:**

Ms. Burks how can I get something for
my back pain. Nurse geting 141 mi-4 hr
me something for head aches on
5/3/06 9:00 A.M. approximately, after
I talk with Sgt Cargle on 2nd shift
on 5/1/06. Have you conducted the
D.O.N. concerning my previous submited
grievances forms trying to see another doctor?
but (Dr. Ruqqab) ever inform you as to
other means of testing me for T.B. ?

_Richard W Wright_
INMATE SIGNATURE

**Return this form to Health Services Administrator by dropping in the sick call box or giving to the segregation sick call nurse on rounds.**

**PART B –RESPONSE**                    DATE RECEIVED_____

Inmate Signature                         Health Services Department Head

Date                                     Date

| H.S.A. Selection: | Y | N | | Y | N |
|---|---|---|---|---|---|
| I  Dissatisfied with Quality of Medical Care | ☐ | ☐ | VI  Delay in Health Care Provided | ☐ | ☐ |
| II  Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII Problems with Medication | ☐ | ☐ |
| III Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII Request to be seen | ☐ | ☐ |
| IV Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX  Request for Off-site Specialty Care | ☐ | ☐ |
| V Conduct of Healthcare Staff | ☐ | ☐ | X  Other | ☐ | ☐ |

Committee Review of Data Collection

## Prison Health Services, Inc.

## Inmate Grievance

Richard W. Wright Sr. Beg    197140         Seg # 801    12 May 06
NAME                    AIS #                    UNIT         DATE

**PART A---Inmate Grievance**

On May 12, 2006 Dr. Rayapati would not acknowledge my complaint concern my head aches and gave me nothing for it. Nurse Marsh wrote the Doctor order for the shaving profile on a treatment form. Neither did Dr. Rayapati prescribe any thing for my effected area. Do they honor the shaving profile written on such form here at V.C.F.

Richard W. Wright Sr. Beg
**INMATE SIGNATURE**

**PART B –RESPONSE**                          DATE RECEIVED _____

You have been seen by Dr. M.D. on several occ. & he has examined you. Per your exam medication is not indicated. I advise you to buy Motrin from the store and keep in your box.

P.H.S. Department Head Signature

5·16·06
DATE

If you wish to appeal this review you may request a <u>Grievance Appeal</u> form from the Health Services Administrator.  Return the completed form to the attention of the;  Health Service Administrator. You may place the form in the sick call request box or give it to the segregation sick call nurse on rounds.

H.S.A Selection:

| | Y | N | | | Y | N |
|---|---|---|---|---|---|---|
| I  Dissatisfied with Quality of Medical Care | ☒ | ☐ | VI  Delay in Health Care Provided | ☒ | ☐ | |
| II  Dissatisfied with Quality of Dental Care | ☐ | ☒ | VII Problems with Medication | ☒ | ☐ | |
| III Dissatisfied with Quality of Mental Health Care | ☐ | ☒ | VIII Request to be seen | ☒ | ☐ | |
| IV Dissatisfied with Response to Non-Medical Request | ☒ | ☐ | IX  Request for Off-site Specialty Care | ☒ | ☐ | |
| V Conduct of Healthcare Staff | ☒ | ☐ | X  Other | ☒ | ☐ | |

Committee Review of Data Collection

5/15/06

PHS0293

## Prison Health Services, Inc.

### Inmate Grievance

Richard W. Wright Sr Bey  # 18740            Seg # 801    13 May 06
NAME                    AIS #                UNIT            DATE

---

**PART A---Inmate Grievance**

Ms. Burks I'm still waiting to get a response
concerning an alternative method of being
tested for T.B, other than using Aplisol
which I'm allergic to. What did Dr. Rayapati
say about the grievance form concerning
this matter? Do he plan to sign me up for
a chest x-ray?

Richd W Wright Sr Bey
**INMATE SIGNATURE**

---

**PART B –RESPONSE**        have        **DATE RECEIVED** _____

You will not run a alternative test for
T.B. because you didn't have
an allergic reaction to the T.B.
skin test.

N. Burks
**P.H.S. Department Head Signature**

5-16-06
**DATE**

**If you wish to appeal this review you may request a Grievance Appeal form from the Health Services Administrator. Return the completed form to the attention of the; Health Service Administrator. You may place the form in the sick call request box or give it to the segregation sick call nurse on rounds.**

| H.S.A Selection: | Y | N | | Y | N |
|---|---|---|---|---|---|
| I   Dissatisfied with Quality of Medical Care | ☐ | ☐ | VI   Delay in Health Care Provided | ☐ | ☐ |
| II  Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII  Problems with Medication | ☐ | ☐ |
| III Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII Request to be seen | ☐ | ☐ |
| IV Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX   Request for Off-site Specialty Care | ☐ | ☐ |
| V  Conduct of Healthcare Staff | ☐ | ☐ | X   Other | ☐ | ☐ |

Committee Review of Data Collection

11/03 – Alabama
Revised 5/16/05

5/15/06

PHS0294

## Prison Health Services, Inc.

### Inmate Grievance

Richard W. Wright Sr. Bey    187140    Seg # 801    7 June 2006
NAME                AIS #        UNIT        DATE

---

**PART A---Inmate Grievance**

All week I've been complaining about back pain. I was taken to the infirmary by Ofc. Pullom and officer Cargle and nurse Stark refuse to see me so they brought me back. Why am I being denied proper medical treatment? And apparently whom or who does an inmate refer a grievance to, to resolve a medical complaint when you are unable to resolve it? Your written response is requested.

Richard W. Wright Sr. Bey
**INMATE SIGNATURE**

---

**PART B –RESPONSE**            DATE RECEIVED_____

Sick call. Back pain is no emergency.

H.T. Burks, RN
**P.H.S. Department Head Signature**

10-21-06
**DATE**

---

**If you wish to appeal this review you may request a Grievance Appeal form from the Health Services Administrator. Return the completed form to the attention of the; Health Service Administrator. You may place the form in the sick call request box or give it to the segregation sick call nurse on rounds.**

H.S.A Selection:

| | Y | N | | Y | N |
|---|---|---|---|---|---|
| I   Dissatisfied with Quality of Medical Care | ☒ | ☐ | VI   Delay in Health Care Provided | ☒ | ☐ |
| II   Dissatisfied with Quality of Dental Care | ☐ | ☒ | VII  Problems with Medication | ☒ | ☒ |
| III Dissatisfied with Quality of Mental Health Care | ☐ | ☒ | VIII Request to be seen | ☐ | ☒ |
| IV Dissatisfied with Response to Non-Medical Request | ☒ | ☐ | IX   Request for Off-site Specialty Care | ☒ | ☐ |
| V Conduct of Healthcare Staff | ☒ | ☐ | X   Other | ☒ | ☐ |

Committee Review of Data Collection

DS 6/8/06

PHS0295

## Prison Health Services, Inc.

## Inmate Grievance **Appeal**

Richard Wright or Aug 187140 _____     Seg Hall de June cc

**NAME**                    **AIS #**                    **UNIT**          **DATE**

**PART A----INMATE Grievance Appeal for the following reason:**

On June 7 2006 I wrote you an inmate
grievance Form and have not heard From
you as yet. I need some thing to
help relieve the pain in my back. How
do I get some to help me? Your written
request / response is needed.

Richd W Wright h Aug

**INMATE SIGNATURE**

**Return this form to Health Services Administrator by dropping in the sick call box or giving to the segregation sick call nurse on rounds.**

**PART B --RESPONSE**                    **DATE RECEIVED** 6-20-06

You Sign up for Sick Call or buy
Motrin/Tylenol from the Store.

**Inmate Signature**                    **Health Services Department Head**
                                        6-21-06
**Date**                                **Date**

| H.S.A. Selection: | Y | N | | Y | N |
|---|---|---|---|---|---|
| I   Dissatisfied with Quality of Medical Care | ☒ | ☐ | VI   Delay in Health Care Provided | ☒ | ☐ |
| II  Dissatisfied with Quality of Dental Care | ☐ | ☒ | VII  Problems with Medication | ☒ | ☒ |
| III Dissatisfied with Quality of Mental Health Care | ☒ | ☒ | VIII Request to be seen | ☒ | ☐ |
| IV Dissatisfied with Response to Non-Medical Request | ☒ | ☐ | IX   Request for Off-site Specialty Care | ☒ | ☐ |
| V  Conduct of Healthcare Staff | ☒ | ☐ | X   Other | ☒ | ☐ |

Committee Review of Data Collection

## Prison Health Services, Inc.

### Inmate Grievance

Richerdd Wrighton Aay    187 MO                    Seg. # 801    16dunc00
NAME                     AIS #                     UNIT          DATE

---

**PART A---Inmate Grievance**

Ms. Burks I filed another grievance form
appeal 5/x/06 explaining to you about head
aches, but a proper response (which is one that
meets the medical need) was not administered
and I still have head aches and forbidden
proper medical attention. I'm presently in need
for medication for head aches. would/could you
do _____ this medical _____ something to
resolve the medical need.

_Richard Wrighton Aay_
INMATE SIGNATURE

---

**PART B –RESPONSE**                    DATE RECEIVED_____

_____

_____

_____

_____

_____

_____

_____

_____

                                        P.H.S. Department Head Signature

                                        _____
                                        DATE

**If you wish to appeal this review you may request a _Grievance Appeal_ form from the Health Services Administrator. Return the completed form to the attention of the;  Health Service Administrator. You may place the form in the sick call request box or give it to the segregation sick call nurse on rounds.**

H.S.A Selection:

| | Y | N | | Y | N |
|---|---|---|---|---|---|
| I   Dissatisfied with Quality of Medical Care | ☒ | ☐ | VI   Delay in Health Care Provided | ☒ | ☐ |
| II  Dissatisfied with Quality of Dental Care | ☐ | ☒ | VII  Problems with Medication | ☒ | ☒ |
| III Dissatisfied with Quality of Mental Health Care | ☒ | ☒ | VIII Request to be seen | ☒ | ☐ |
| IV  Dissatisfied with Response to Non-Medical Request | ☒ | ☐ | IX   Request for Off-site Specialty Care | ☒ | ☐ |
| V   Conduct of Healthcare Staff | ☒ | ☐ | X   Other | ☒ | ☐ |

Committee Review of Data Collection

11/03 – Alabama
Revised 5/16/05

PHS0297

N266

# STATE OF ALABAMA
### Department of Corrections
*Inmate Stationery*

To: Ms. Burks
From: Inmate Richard Wayne Wright, Sr. Bey
A I S # 187140 Dorm (8) Seg. 801

22 June 2006

Ms. Burks,

Several weeks ago I discussed a matter with you, wherein, I had been prescribed by Dr. Rayapati Ibuprofen/motrin but it was not given to me until three (3) days prior to the prescription being up. Would you check to ensure this is not reoccurring.

Your most ardent attention and time spent addressing the issue/matter will be greatly appreciated.
I await your response!
Done this the 22nd day of June, 2006.

Sincerely,

Richard Wayne Wright, Sr. Bey
A I S # 187140

PHS0298

6-27-06 (rev) Recvd.

## Prison Health Services, Inc.

### Inmate Grievance

Richard W Wright sr. Bay 187140    #801 Seg.    23 June 06

NAME                    AIS #                    UNIT        DATE

---

**PART A---Inmate Grievance**

lack of treatment as well as proper
adqute Medical attention due to Dr. Rayapti
assessments

Richd W Wright br By
**INMATE SIGNATURE**

---

**PART B –RESPONSE**                    DATE RECEIVED_____

**P.H.S. Department Head Signature**

**DATE**

**If you wish to appeal this review you may request a** <u>Grievance Appeal</u> **form from the Health Services Administrator. Return the completed form to the attention of the; Health Service Administrator. You may place the form in the sick call request box or give it to the segregation sick call nurse on rounds.**

H.S.A Selection:

| | Y | N | | | Y | N |
|---|---|---|---|---|---|---|
| I  Dissatisfied with Quality of Medical Care | ☒ | ☐ | VI  Delay in Health Care Provided | | ☒ | ☐ |
| II  Dissatisfied with Quality of Dental Care | ☐ | ☒ | VII  Problems with Medication | | ☒ | ☐ |
| III Dissatisfied with Quality of Mental Health Care | ☐ | ☒ | VIII Request to be seen | | ☒ | ☐ |
| IV Dissatisfied with Response to Non-Medical Request | ☒ | ☐ | IX  Request for Off-site Specialty Care | | ☒ | ☐ |
| V Conduct of Healthcare Staff | ☒ | ☐ | X  Other | | ☒ | ☒ |

Committee Review of Data Collection

11/03 – Alabama
Revised 5/16/05

PHS0299

## Prison Health Services, Inc.

### Inmate Grievance

Richard W Wright 35847 87140                    Seg. 801        26 June 200_

NAME                    AIS #                    UNIT            DATE

---

**PART A---Inmate Grievance**

I saw doctor Rayurati and he still is refusing to acknowledge my pain in my back and/or give me a profile again for moist heat or some of the muscle relief cream due to my muscle cramp and tighten up at various times. I would like to see another Doctor other than Dr. Rayapati as soon as possible, today date is 26 June 2006, R.W.W.

_Richard W. Wright Sec. Bay_
**INMATE SIGNATURE**

---

**PART B –RESPONSE**                    DATE RECEIVED_____

**P.H.S. Department Head Signature**

**DATE**

If you wish to appeal this review you may request a **Grievance Appeal** form from the Health Services Administrator. Return the completed form to the attention of the; Health Service Administrator. You may place the form in the sick call request box or give it to the segregation sick call nurse on rounds.

| H.S.A Selection: | Y | N | | Y | N |
|---|---|---|---|---|---|
| I   Dissatisfied with Quality of Medical Care | ☒ | ☐ | VI   Delay in Health Care Provided | ☒ | ☐ |
| II  Dissatisfied with Quality of Dental Care | ☐ | ☒ | VII Problems with Medication | ☒ | ☒ |
| III Dissatisfied with Quality of Mental Health Care | ☐ | ☒ | VIII Request to be seen | ☒ | ☐ |
| IV Dissatisfied with Response to Non-Medical Request | ☒ | ☐ | IX  Request for Off-site Specialty Care | ☒ | ☐ |
| V  Conduct of Healthcare Staff | ☒ | ☐ | X   Other | ☒ | ☐ |

Committee Review of Data Collection

PHS0300

11/03 – Alabama
Revised 5/16/05

7-6-0

N266

# STATE OF ALABAMA

Department of Corrections
*Inmate Stationery*

Dear Ms. Burks,

Would you take a few minutes of your time or designate another individual to write down the names of the medication the nurse prescribed Sunday evening July 9, 2006.

Sincerely,

Richard W. Wright Sr Bey

Richard W. Wright Sr Bey

Reply:

Recd 7-12-06

PHS0301

**Prison Health Services, Inc.**

**Inmate Grievance**

_Richard W Wright Jr Reg    187940_     _Seg. # 801    11 July 06_
NAME                    AIS #              UNIT            DATE

**PART A---Inmate Grievance**

Ms. Barks

On July 9th I was told if I
not any other problems come back
Would you explain or tell me why?
When I come back I was only given
a bad treatment order
why i was not given any thing
for my back muscles or joints I
have this the 11th Day of July
2006

_Richard W Wright Jr Reg_
INMATE SIGNATURE

**PART B –RESPONSE**                    DATE RECEIVED_____

P.H.S. Department Head Signature

DATE

If you wish to appeal this review you may request a <u>Grievance Appeal</u> form from the Health
Services Administrator.  Return the completed form to the attention of the;   Health Service
Administrator. You may place the form in the sick call request box or give it to the
segregation sick call nurse on rounds.

| H.S.A Selection: | Y | N | | Y | N |
|---|---|---|---|---|---|
| I   Dissatisfied with Quality of Medical Care | ☐ | ☐ | VI   Delay in Health Care Provided | ☐ | ☐ |
| II   Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII Problems with Medication | ☐ | ☐ |
| III Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII Request to be seen | ☐ | ☐ |
| IV Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX   Request for Off-site Specialty Care | ☐ | ☐ |
| V Conduct of Healthcare Staff | ☐ | ☐ | X   Other | ☐ | ☐ |

Committee Review of Data Collection

11/03 -- Alabama
Revised 5/16/05

PHS0302

7-17-06 C

## Prison Health Services, Inc.

## Inmate Grievance

_Ricardw.Wrightor.Bey_  # 187140    Seg. # 801  12 July 06
NAME           AIS #           UNIT           DATE

---

**PART A---Inmate Grievance**

To Ms. Burks
     I had an appointed to see
the doctor would you tell me why
I was not brought to the infirmary?

     Secondly (2nd) when will I be
able to see the doctor?

     Done this the 12th Day of
July, 2006.

                _Richard W. Wrighter Bey_
                INMATE SIGNATURE

---

**PART B –RESPONSE**           DATE RECEIVED _____

 

P.H.S. Department Head Signature

DATE

**If you wish to appeal this review you may request a _Grievance Appeal_ form from the Health Services Administrator.  Return the completed form to the attention of the;  Health Service Administrator. You may place the form in the sick call request box or give it to the segregation sick call nurse on rounds.**

| H.S.A Selection: | Y | N | | Y | N |
|---|---|---|---|---|---|
| I   Dissatisfied with Quality of Medical Care | ☒ | ☐ | VI  Delay in Health Care Provided | ☒ | ☐ |
| II  Dissatisfied with Quality of Dental Care | ☐ | ☒ | VII Problems with Medication | ☒ | ☐ |
| III Dissatisfied with Quality of Mental Health Care | ☒ | ☒ | VIII Request to be seen | ☒ | ☐ |
| IV Dissatisfied with Response to Non-Medical Request | ☒ | ☐ | IX  Request for Off-site Specialty Care | ☒ | ☐ |
| V  Conduct of Healthcare Staff | ☒ | ☒ | X   Other | ☒ | ☒ |

Committee Review of Data Collection

7-17-06

# STATE OF ALABAMA

### Department of Corrections
*Inmate Stationery*

Ms. Burks, (HSA)

On July 12th, 2006 I saw the New Doctor (M.D.) Dr. Barns. He prescribed Flexeril Ten (10) milligrams Three (3) times a day and Piroxican twenty (20) milligrams one time a Day x Fourteen (14) days. Would you inform Nurse Marsh So that I'll get the Full prescription dosage because Nurse Marsh Said For Ten (10) days when she gave me the First dosage, Dr. Barns Said x Fourteen days. Would you ensure that I get the proper dosage For the Full lenght of time Dr Barns recommended?

Lastly, Would you send me the data Facts sheet(s) For the medication I have been prescribe by Dr. Barns (M.D.). Thank-you inadvance For your time! I await your response.

Sincerely,
Richard W. Wright, Sr. By
Richard Wayne Wright, Sr. Bey
# 187140

N266

# STATE OF ALABAMA

### Department of Corrections
### *Inmate Stationery*

Ms. Burks, (HSA)

Last night on July 13, 2006 third (3rd) shift pill call, the Nurse (W/F) told me one (1) of the pills is out (the doctor just order) would you inform me as to how long (opps) it will be before that medication be in stock, Reason being if its going to be a week or two (2) I would need to write the doctor a request slip' to see would he prescribe some thing in its place? I earnestly await your response, Oh yea, the medication were two (2) capsule I believe (its call) Piroxican or Diroxican.

Sincerely,

Richard W. Wright Sr. Bey
Richard Wayne Wright, Sr. Bey

PHS0305

7-17-06 (p)

# STATE OF ALABAMA

### Department of Corrections
### *Inmate Stationery*

17 July 2006

TO: Warden Parker
From: Inmate Richard W. Wright Sr. Bey
#187140 Cell 801

Dear Warden Parker,

I'm writting you because Ms. Burk (H.S.A) refuse to arrange for me to be reimburse for the copaymen fee's when concerning. For such reason I seek your response.

Sincerely,

Richd W. Wright, Sr. Bey
Richard Wayne Wright Sr. Bey
A.I.S #187140 /Seg# 801

7-20-06

N266

# STATE OF ALABAMA

### Department of Corrections
### Inmate Stationery

17 July 2006

To: Ms. Burks (H.S.A)
From: Inmate Richard Wayne Wright, Jr. Bey
       # 187140 Seg. # 801

Dear Ms. Burks,

On Monday 3rd shift Nurse Tib's said medication is out. Then on 1st shift, July 17, 2006 Nurse Marsh brings the medication. Then on 2nd shift the nurse (name unknown) brings one of the medication Dr. Barns prescribe me (piroxican) but not (Flexeril) Will you look into this matter and correct whatever problems there are causing me not to receive the prescribe medication.
Done this on July 17, 2006.

Sincerely,

Richd W Wrght Jr By
Richard Wayne Wright, Sr, Bey, A.I.S H 187140

PHS0307

7-20-06 A

## Prison Health Services, Inc.

## Inmate Grievance <u>Appeal</u>

Richard Wright Jr Bey  # 187461 _____    Seg Cell # 8-1    July 20, 2006
**NAME**                              **AIS #**                              **UNIT**              **DATE**

**PART A---INMATE Grievance Appeal for the following reason:**

Ms. Burks
I wrote you an inmate grievance form
on May 1, 2006. I'm still waiting to
get a response concerning an other
active method of being tested for TB
other than using Rifisol, which I'm
allergic to.

Richard Wright Jr Bey
**INMATE SIGNATURE**
Richard Wright Jr Bey

**Return this form to Health Services Administrator by dropping in the sick call box or giving to the segregation sick call nurse on rounds.**

**PART B –RESPONSE**                    **DATE RECEIVED**_____

_____        _____
**Inmate Signature**                    **Health Services Department Head**

_____        _____
**Date**                                **Date**

| H.S.A. Selection: | Y | N | | Y | N |
|---|---|---|---|---|---|
| I   Dissatisfied with Quality of Medical Care | ☑ | ☐ | VI   Delay in Health Care Provided | ☑ | ☐ |
| II   Dissatisfied with Quality of Dental Care | ☐ | ☑ | VII Problems with Medication | ☑ | ☐ |
| III Dissatisfied with Quality of Mental Health Care | ☐ | ☑ | VIII Request to be seen | ☑ | ☐ |
| IV Dissatisfied with Response to Non-Medical Request | ☑ | ☐ | IX   Request for Off-site Specialty Care | ☑ | ☐ |
| V Conduct of Healthcare Staff | ☑ | ☐ | X   Other | ☑ | ☑ |

Committee Review of Data Collection

7-21-06 

## Prison Health Services, Inc.

### Inmate Grievance

| | | | |
|---|---|---|---|
| _Richard wright Reg_ | _9946_ | _seg # s14_ | _2-6-06_ |
| **NAME** | **AIS #** | **UNIT** | **DATE** |

---

**PART A---Inmate Grievance**

_I'm signing up again to see the
Doctor Dr. Deros concerning these
complication with my sickation
and the sickion change in
medication Doctor and nurses_

_Richard wright Reg_
**INMATE SIGNATURE**

---

**PART B –RESPONSE**          DATE RECEIVED_____

_____

_____

_____

_____

_____

_____

_____

_____
**P.H.S. Department Head Signature**

_____
**DATE**

If you wish to appeal this review you may request a <u>Grievance Appeal</u> form from the Health Services Administrator.  Return the completed form to the attention of the;   Health Service Administrator. You may place the form in the sick call request box or give it to the segregation sick call nurse on rounds.

H.S.A Selection:

| | Y | N | | Y | N |
|---|---|---|---|---|---|
| I   Dissatisfied with Quality of Medical Care | ☒ | ☐ | VI   Delay in Health Care Provided | ☒ | ☐ |
| II  Dissatisfied with Quality of Dental Care | ☐ | ☒ | VII Problems with Medication | ☒ | ☐ |
| III Dissatisfied with Quality of Mental Health Care | ☐ | ☒ | VIII Request to be seen | ☒ | ☐ |
| IV Dissatisfied with Response to Non-Medical Request | ☒ | ☒ | IX   Request for Off-site Specialty Care | ☒ | ☐ |
| V  Conduct of Healthcare Staff | ☒ | ☐ | X   Other | ☒ | ☒ |

Committee Review of Data Collection

RECEIVED
DATE 2-21-06
BY DS

Prison Health Services, Inc.

Inmate Grievance **Appeal**

_____    _____    _____
NAME                                      AIS #              UNIT        DATE

---

**PART A---INMATE Grievance Appeal for the following reason:**

_____
_____
_____
_____
_____
_____
_____
_____
_____

                                          INMATE SIGNATURE

**Return this form to Health Services Administrator by dropping in the sick call box or giving to the segregation sick call nurse on rounds.**

---

**PART B –RESPONSE**                      DATE RECEIVED_____

B. Wright

VS 1/31/06

Inmate Signature                          ...ervices Department Head

Date

| H.S.A. Selection: | | | | Y | N |
|---|---|---|---|---|---|
| I   Dissatisfied with | | | ...ay in Health Care Provided | ☐ | ☐ |
| II   Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII  Problems with Medication | ☐ | ☐ |
| III Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII Request to be seen | ☐ | ☐ |
| IV Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX  Request for Off-site Specialty Care | ☐ | ☐ |
| V Conduct of Healthcare Staff | | | X   Other | ☐ | ☐ |
| Committee Review of Data Collection | | | | | |

1/31/06

VS

Exhibit I

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

RICHARD WAYNE WRIGHT, SR.,       )
                                  )
    Plaintiff,           )
                                  )
v.                                )     CIVIL ACTION NO.
                                  )     2:05-CV-439-A
SYLVESTER NETTLES, *et al.*,       )
                                  )
    Defendants.          )

### AFFIDAVIT OF DALE ROBINSON

STATE OF ALABAMA      )
                      )
COUNTY OF BULLOCK     )

Before me, the undersigned Notary Public, personally appeared DALE ROBINSON who, after being duly sworn, states as follows:

1.    My name is Dale Robinson. I am over the age of nineteen (19) years and have personal knowledge of the facts set forth in this affidavit.

2.    I am a certified nurse and have been employed at Bullock Correctional Facility ("Bullock") in Union Springs, Alabama since September 13, 2004. I served as the Director of Nursing at Bullock from September 13, 2004, to December 28, 2004. I am presently employed by Prison Health Services, Inc. ("PHS") as the Health Services Administrator at Bullock.

3.    Richard Wayne Wright ("Wright") was at one time an inmate incarcerated at Bullock. Wright is not incarcerated at Bullock at this time.

4.    When an inmate has a non-emergency medical or health problem and/or complaint, an inmate may file a sick call request form in order to bring this problem or complaint to the attention of the medical staff at Bullock and/or request medical treatment for this problem.

84518.1

The sick call request process is well-known at Bullock and is utilized by inmates at Bullock on a daily basis. When an inmate first arrives at Bullock, he is taken to the Health Care Unit to be processed in the system and receive an orientation as to the availability of medical services at the facility as well as the procedures for obtaining medical care. During this orientation, the medical staff gives each inmate an information sheet and verbally goes through the sheet with newly-arriving inmates, informing them how to utilize the sick call request form process. Sick call request forms are available at the Health Care Unit or Alabama Department of Corrections ("ADOC") shift commander's office at Bullock. An inmate making a sick call request is required to complete the top portion of the sick call request form (stating his name, the date of request, AIS number, date of birth, dorm location, the nature of the problem or request and his signature) and submit the sick call request form by placing it in a locked box located outside the facility's health care unit. Sick call request forms are then brought to the Health Care Unit. The sick call request forms are removed from the locked box each day at approximately 12:00 p.m. and marked as received by the medical records clerk or a nurse at that time. Upon reviewing the sick call request forms, the medical staff compiles a list of inmates having submitted sick call request forms, which is then provided to correctional officers in the various dorms at Bullock who are responsible for notifying inmates in the particular dorms that sick call has begun. Inmates who submit sick call request forms are responsible for reporting to the Health Care Unit for evaluation of their complaints at the time they are summoned to the Health Care Unit for sick call. The nurse conducting sick call takes reporting inmates' vital signs and either: (1) provides an inmate with medical treatment that can be provided under the nursing protocols, or (2) refers the inmate to the physician or nurse practitioner on staff at Bullock. If an inmate submits more than one (1) sick call request form on the same day, the nurse will only fill in the intake

information on one (1) sick call request form regarding the inmate's subjective complaints, objective vital signs, assessment and plan. If the inmate fails to report to sick call when summoned, this is often indicated in the sick call request form because the sick call request form is left blank, i.e. not completed, by the medical staff. If the medical complaints or problems identified by an inmate in a sick call request form appear to be urgent or life-threatening, the medical staff will immediately have the inmate brought to the Health Care Unit and the inmate will not be required to wait until sick call begins.

5.     During his incarceration at Bullock, Wright was not diagnosed with and did not seek any treatment for dementia. Dementia is not a specific disease. Dementia is a descriptive term for a collection of symptoms that can be caused by a number of disorders that affect the brain. Inmates with dementia have significantly impaired intellectual functioning that interferes with normal activities and relationships. Inmates with dementia also lose their ability to solve problems and maintain emotional control and they may experience personality changes and behavioral problems, such as agitation, delusions and hallucinations. While memory loss is a common symptom of dementia, memory loss by itself does not conclusively lead to the diagnosis that a person has dementia. Physicians diagnose dementia only if two or more brain functions (such as memory and language skills) are significantly impaired without loss of consciousness. During his incarceration at Bullock, Wright did not demonstrate to me any of the impairments and/or symptoms required for a diagnosis of dementia.

6.     The Alabama Department of Corrections ("ADOC") has established general rules and/or guidelines governing the terms of incarceration for inmates within the Alabama prison system. When an inmate should be allowed to deviate from a rule or guideline imposed by ADOC for medical reasons, the medical staff must provide the inmate with a document referred

84518.1                                          3

to as a "profile" which permits an inmate to be excepted from the application of one of these ADOC rules and/or guidelines. ADOC has adopted certain rules regarding shaving. Shaving profiles are sometimes given to inmates at Bullock who, because of the nature of the hair on their faces or because they develop razor bumps, are not required to shave with a razor. Instead, these inmates are allowed to use clippers or are allowed not to shave and grow facial hair not exceeding one-eighth (1/8) of an inch. If an inmate wishes to request a shaving profile, he must submit a sick call request form and make a $3.00 co-pay. A nurse will then evaluate the inmate during the sick call process and refer the inmate to a nurse practitioner or physician, who are the only parties authorized to create a shaving profile for an inmate. The nurse practitioner or physician will evaluate the inmate's facial irritation and either recommend or deny a shaving profile. Physicians indicate where an inmate is allowed to have hair on his face by darkening areas on a paper drawing of a face. This paper document is visually depicts an inmate's shaving profile. When the profile is completed, the inmate is given a carbon copy of this profile to show physicians, nurses and ADOC's employees why his face is not completely shaven. A shaving profile has an effective date and expiration date. At Bullock, shaving profiles can be effective from thirty (30) days to one (1) year. If an inmate is transferred from one facility to another (i.e., such as Wright's transfer from Bullock to Ventress), a nurse may copy the shaving profile from another facility to make it effective in the new facility. Wright was not denied or refused a shaving profile at any time during his incarceration at Bullock.

7.     Wright did test positive for tuberculosis ("TB") during his incarceration at Bullock. TB is an infection with the bacterium *Mycobacterium tuberculosis*, which most commonly affects the lungs, but can also affect the central nervous system, lymphatic system, circulatory system, bones and joints. There are two (2) types of TB: latent and active. Latent TB

results when an inmate is exposed to another individual with the TB virus and contracts the TB virus in its non-active state. Inmates with latent TB cannot transmit the virus to other inmates. Active TB may result when latent TB goes untreated. If an inmate is exposed to TB, he may test positive after a TB skin test (otherwise known as and/or labeled a "PPD" skin test). A TB skin test is given by needle in the inmate's forearm. After the TB skin test is administered, the inmate will return to the Health Care Unit in two (2) to three (3) days to determine if the TB skin test is positive or negative. If an inmate has been exposed to the TB virus (i.e., latent TB), the inmate will have an induration (i.e., hardening of skin), swelling or blister on the forearm where the test was given. If there is no reaction, the skin will remain smooth at the site of the test without a reaction (i.e., a zero (0) millimeters reaction as indicated on the TB skin test results). A TB skin test is given as a preventive measure to allow the medical staff at Bullock to identify those inmates who have been exposed to TB and take the necessary steps to ensure that active TB does not develop. If an inmate tests positive for TB, the inmate is given the medication isoniazid ("INH") as a preventative measure to prevent active TB from developing. An inmate having a positive TB skin test is also given a chest X-ray to determine lung abnormality. An inmate testing positive for active TB (which is contagious and can be passed from inmate-to-inmate) is also sent to a negative pressure isolation room at Kilby Correctional Facility ("Kilby") for monitoring and treatment. After the inmate undergoes the initial treatment process at Kilby, three (3) sputum cultures are taken and must come back negative in order for the inmate to return to Bullock's inmate population. A sputum culture is a diagnostic test used to detect and confirm the pretense of active TB within the lungs. A sputum culture collection involves the patient coughing deeply to expel the sputum. If the patient is unable to cough deeply enough to expel a sufficient sample, a suction tube or needle may be used to collect the sputum sample. The

sputum is coughed into or placed in a sterile container containing a substance that promotes bacterial and fungal growth. However, if no fungi or bacteria grow, the test is considered to be negative. Because Wright did not test positive for active TB, he was not transferred to Kilby for isolation, monitoring and treatment.

8.     Wright received TB skin tests on April 14, 2004 (with corresponding results on April 17, 2004) and May 11, 2004 (with corresponding results on May 14, 2004), which indicated he had a zero (0) millimeter reaction to the TB skin test. This means Wright was not exposed to the TB virus and had not contracted latent or active TB.

9.     During his incarceration at Bullock, the medical staff tested Wright's blood-sugar level at his request. The only inmates at Bullock who have their blood-sugar levels regularly tested are inmates who are diabetic, whose blood-sugar level require oversight by the medical staff. When the medical staff tested Wright's blood-sugar level, the results of this test placed him squarely within the normal range. Wright's lab test results taken on December 3, 2004 (reported on December 4, 2004), indicate that Wright's "Glucose, Serum" level was "76 mg/dL." The normal range limits are "65-99 mg/dL." Wright's test results fall well within this range. Wright has not been diagnosed with diabetes.

10.     Wright did not have any visible signs of sores on his legs, hands, back, head and face while at Bullock. Wright's only visible signs of skin irritation were on his face and neck. To treat these areas of irritation, Wright was given a shaving profile, ointments and creams. These areas of skin irritation were not open or draining and are not susceptible to infection. Though Wright believes that these areas of skin irritation may have been the result of a previously administered TB skin test, such irritation could not have been caused by the TB skin test. A positive reaction to a TB skin test only causes a red spot, rash, swelling or blister on the

forearm where the test was administered, not skin irritation to the inmate's face, neck or other parts of the inmate's body (other than the forearm). Any areas where Wright may have been experiencing skin irritation, namely Wright's face and neck, were timely and appropriately treated by the medical staff at Bullock.

11.    PHS has a well-established grievance procedure for any inmate who wishes to voice a complaint regarding any medical treatment he has sought or received during his incarceration at Bullock. The existence of the grievance procedure is well-known among the prison population at Bullock, as indicated by the fact that numerous informal and/or formal grievances are received on a regular basis. The grievance process consists of two steps. In order to initiate the grievance process, an inmate must submit an "informal" grievance, describing his complaint or complaints about medical treatment he has sought or received at Bullock. Within five (5) days of submission of an informal grievance, the medical staff at Bullock will provide a response to this grievance. If an inmate is displeased or not satisfied with the response to his informal grievance, he may submit a "formal" grievance, explaining why the inmate is displeased or not satisfied with the response provided by the medical staff. The medical staff will provide a response to any grievance submission within five (5) days. Informal and formal grievance forms are available to all inmates and may be obtained from me directly or from the Health Care Unit shift commander's station, which is located within the Health Care Unit at Bullock and is readily accessible to all inmates throughout the day. Inmates are instructed to place completed grievance forms in the locked, brown box located in the Health Care Unit. Prior to 12:00 p.m. every day, a medical records clerk opens the locked brown box, retrieves any grievances contained in the box and provides any grievances to me. I review the grievances at least once a week, provide my written response at the bottom of the form and return a copy of the

completed grievance form to the inmate. An additional copy of the completed grievance is placed in the inmate's medical records file. I encourage inmates who have complaints about the medical care they have sought or received at Bullock to utilize this grievance process.

12. PHS's physicians, nurse practitioners, nurses and other medical personnel at Bullock are not responsible for actions taken by ADOC officers and/or other personnel. Particularly, PHS's physicians, nurse practitioners, nurses and other medical personnel at Bullock do not engage in the following activities: intercepting any inmate's outgoing mail, falsely accusing any inmate of violating any administrative rule, falsely altering the crimes for which an inmate has been incarcerated (thereby hindering the inmate's parole), raising any inmate's security status from minimum to maximum, falsifying statements made by any inmate or harassing any inmate.

13. PHS's physicians, nurse practitioners, nurses and other medical personnel at Bullock responded in a timely and appropriate manner to the requests for medical treatment submitted by Wright during his incarceration. The medical staff at Bullock did not ignore any of Wright's medical complaints or refuse in any way to provide him with any necessary medical treatment. On each occasion that Wright made medical complaints, the medical staff provided Wright with timely and appropriate medical care and treatment for his problems.

Further affiant saith not.

Dale Robinson

SWORN TO and SUBSCRIBED before this the _14_ day of _November_, 2005

Notary Public
My Commission Expires: _6-7-2006_

(SEAL)

8