IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

Richard Wayne Wright, Sr. Bey,  *
   Plaintiff, Pro-Se.,  *
   A.I.S. # 187140,  * Civil Action No.
   -vs-  * 2:06-CV-863-WKW-WO
Richard Allen, et. al.,  *
   Defendants.  *

Plaintiff Wright Sr. Bey Motion of Objection To The Honorable Charles S. Coody Order of Denial of Service of Documents, ect.

   Comes Now, plaintiff Richard Wayne Wright, Sr. Bey, A.I.S. # 187140, Pro-Se., in the above Style Cause. Plaintiff Wright Sr. Bey is presently incarcerated at Easterling Correctional Facility (here after refered to as (Easterling (E.C.F.))) Clio, Alabama and states the following:

   Plaintiff Wright, Sr. Bey has the Unbearable responsibility of serving defendants and/or defendant's Counselors documents without sufficent postage without adequate assistance from the Alabama

Page 1 of 6 R.W.W.

Department of Corrections Inmate(s) legal mail Service (here at Easterling (E.C.F.)) and/or without this Honorable Court assistances. Plaintiff has used all proper available means (without methods to create personal monetary resources) to serve defendants and/or defendant's Counselors ~~a R.W.W. copy of anything which plaintiff R.W.W.~~ the same documents submitted to this Honorable Court. Plaintiff has been advised (Court Doc. No. 24 Section 7(a)) Failure to mail defendants and/or defendant's Counselors a copy of anything which plaintiff sends to this Honorable Court may result in dismissal of this case or other penalties. Plaintiff did submitt an application to proceed in Forma pauperis and it was granted by this Honorable Court (Court Doc. No.(4)). For such reasons plaintiff receives limited funds periodically and (only) at such times can provide the needed postage to mail any and all documents to the defendants and/or defendant's Counselors and seeks relief from this Honor-

Page 2 of ~~6~~ R.W.W

able Court (to properly litigate this case) by order of injunction and/or other means advisable by this Honorable Court (to plaintiff) to ensure plaintiff Confirm to said " order on motion passed down by this Honorable Court on November 28, 2006 (Court Doc. No.(24)).

Plaintiff Wright Sr. Bey hopes this Honorable Court will consider the facts plaintiff presented within the (said) motion and reconsider its decision to deny plaintiff motion (Court Doc No.(41)) and/or assist plaintiff through resources available to inmate(s) whom are indigent by and through this Honorable Court.

IF. this motion is not in its proper form plaintiff ask that this Honorable Court Construed this motion into its proper Form.

Done this the 31st day of

R.W.W.

Page 3 of 6

January, 2007

Respectfully Submitted,

_Richard W. Wright Sr. Bey_
Richard Wayne Wright Sr. Bey #187140
Easterling Correctional Facility
Dorm C-2 Bed 135
200 Wallace Drive
Clio, Ala 36017

## Certificate of Service

This is to Certify that I Richard Wayne Wright Sr. Bey Plaintiff, Pro-Se., Comes in the above encaptioned motion "Plaintiff Wright Sr. Bey Motion of Objection To The Honorable Charles S. Coody Order of Denial of Service of documents ect, and Certify I have Sent a Copy of this (said) motion to the Clerk of the Court and sent a Copy of this (said) motion to the defendants as Follows:

Ms. Linda Brown
Nurse Manager of Health Service of

R.W.W
Page 4 of 6

A.D.O.C.
Alabama Department of Corrections
301 South Union Street
Post Office Box 301501
Montgomery, Alabama 36130

Mr. Richard Allen (Prison Commissioner)
Commissioner Office
600 Dexter Avenue
Post Office Box 301501
Montgomery, Alabama 36130

  I plaintiff Wright Sr. Bey Further Certify that I have sent a copy of this [said] motion to the defendants listed 'here after' through and by Easterling (E.C.F.) Inmates legal mail service which are as following:

  Dr. Tahar Siddiq (M.D.)
  Mr. Steve Walker (Chaplain Coordinator)
  Bullock Correctional Facility
  Post Office Box 5107
  Union Springs, Alabama 36089

  Prison Health Service, Inc.
  Prison Health Service, Insurer
  Warden J.C. Giles (Warden III) et.al.
  Ventress Correctional Facility

R.W.W.
Page 5 of 6

Post Office Box 767
Clayton, Alabama 36016

I plaintiff Wright sr. Bey Certify that I have placed a copy of this [said] motion in the United States mail box here at Easterling (E.C.F.) With prepaid postage and properly address to this respected Court on this the 31st day of January, 2007.

Respectfully Submitted,

Richard W. Wright Sr. Bey
Richard Wayne Wright sr. Bey #187140
Easterling Correctional Facility
Dorm C-2 Bed 135
200 Wallace Drive
Clio, Alabama 36017



Page 6 of 6

NAME Richard W. Wright Sr. Bey AIS #180140 DORM # C-2/135 Red
~~VENTRESS CORRECTIONAL FACILITY~~
~~P.O. BOX 767~~
~~Clayton, AL 36016~~

Easterling Correctional Facility
200 Wallace Drive
Clio, Alabama 36017

MONTGOMERY AL 361
02 FEB 2007 PM 2 T

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

Office Of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

Legal Mail

36101+0211

