IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Richard Wayne Wright, Sr. Bey,      *
    Plaintiff, Pro-Se,              *
    A.I.S. # 187140,                * Civil Action No:
        -vs-                        * 2:06-CV-863-WKW
Richard Allen, et.al.,              *
    Defendants.                     *

Plaintiff's Motion For Extention Of Time To Comply With Court 'Order' Passed Down On The 30th Day Of January 2007

    I Plaintiff Richard Wayne Wright, Sr. Bey Comes before this Honorable Court, Pro-Se, and files this encaptioned motion For Cause:

    The Magistrate Judge Notified Plaintiff by [said] 'Order' (Court Doc. No. (45)) he has reviewed the special reports and supporting evidentiary materials Filed by the defendants and determined that the plaintiff should File a response in opposition to such pleadings on or before February

Page 1 of 5

20, 2007. Plaintiff ask this Honorable Court to abandon [said] order for Plaintiff to file a response on or before February 20, 2007 to the written reports filed by defendants because defendants have <u>not</u> served plaintiff a copy of these [said] special reports and supporting evidentiary materials filed by the defendants and submitted to this Honorable Court only.

Plaintiff hopes the [this] Honorable Court will caution the defendants specifically to submit all documents, written reports, etc, to the plaintiff in a timely manner as done to plaintiff in a timely manner as done to this Honorable Court (so that) plaintiff response can be filed in compliance with the directives of this order (Court Doc. No. (45)) and any subsequent orders in the future.

If this motion is not in

Page 2 of 5

its proper form plaintiff ask that this Honorable Court Construed this motion into its proper form.

Done this the 1st day of February, 2007

Respectfully Submitted,

Richard W Wright Sr Bey
Richard Wayne Wright Sr. Bey #187140
Easterling Correctional Facility
Dorm C-2 Bed 135
200 Wallace Drive
Clio, Alabama 36017

## Certificate of Service

This is to Certify that I Richard Wayne Wright Sr. Bey, Plaintiff Comes in the above encaptioned motion Pro-se, and Certify I have sent a copy of this (said) motion to the Clerk of the Court and sent a Copy of the (said) motion to the defendants as follows:

Page 3 of 5

Ms Linda Brown
Nurse Manager of Health Service
  of A.D.O.C.
Alabama Department of Corrections
301 South Union Street
Post Office Box 301501
Montgomery, Alabama 36130

Mr. Richard Allen (Prison Commissioner)
Commissioner Office
600 Dexter Avenue
Post Office Box 301501
Montgomery Alabama 36130

I plaintiff Wright Sr. Bey Further Certify that I have sent a copy of this [said] motion to the defendants listed 'here after' through and by Easterling (E.C.F.) Inmates legal mail service which are as following:

Dr. Tahar Siddiq (M.D.)
Mr. Steve Walker (Chaplain Cordinator)
Bullock Correctional Facility
Post Office Box 5107
Union Spring, Alabama 36089

Prison Health Service, Inc.

Page 4 of 5

Prison Health Service, Insurer
Warden J.C. Giles (Warden III) et.al.
Ventress Correctional Facility
Post Office Box 767
Clayton, Alabama 36016

    I Plaintiff Wright, Sr. Bey Certify that I have placed a copy of this [said] motion in the United States mail box here at Easterling (E.C.F.) with prepaid postage and properly address to this respected Court on this the 1st day of February, 2007.

    Respectfully Submitted,

_Richard W. Wright Jr. Bey_
Richard Wayne Wright Sr Bey #187140
Easterling Correctional Facility
Dorm C-2 Bed 135
200 Wallace Drive
Clio, Alabama 36017

Page 5 of 5

Richard W. Wright Sr. Bey #181140
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

MONTGOMERY AL 361
02 FEB 2007 PM 3 L

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711