IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RICHARD WAYNE WRIGHT, SR., #18714 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06-CV-863-WKW |
| | ) | |
| RICHARD ALLEN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion for reconsideration filed by the plaintiff on February 5, 2007 (Court Doc. No. 46 at 3), in which the plaintiff seeks reconsideration of the order denying his request that the court provide copies of service materials to the defendants, and as service of documents is the plaintiff's responsibility, it is

ORDERED that this motion be and is hereby DENIED. The plaintiff is advised that he may henceforth effectuate service on the properly served defendants by providing copies of documents and pleadings to counsel of record for these defendants.

Done this 5th day of February, 2007.

                                            /s/ Charles S. Coody
                                            CHARLES S. COODY
                                            CHIEF UNITED STATES MAGISTRATE JUDGE