IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RICHARD WAYNE WRIGHT, SR., #18714 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06-CV-863-WKW |
| | ) | |
| RICHARD ALLEN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the plaintiff on February 5, 2007 (Court Doc. No. 47), and for good cause, it is

ORDERED that:

1. On or before February 15, 2007, the correctional and medical defendants shall provide the plaintiff with copies of their written reports and all supporting evidentiary materials. The defendants are advised to serve the plaintiff at the Easterling Correctional Facility.

2. The plaintiff's motion for extension of time be and is hereby GRANTED.

3. The plaintiff is hereby GRANTED an extension from February 20, 2007 to and including March 12, 2007 to file a response to the written reports in compliance with the order entered on January 20, 2007.

Done this 5th day of February, 2007.

/s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE