IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Richard Wayne Wright, Sr. Bey　　＊
　　Plaintiff, Pro-Se.,　　　　　　＊ Civil Action No
　A.I.S. # 187140,　　　　　　　　＊ 2:06-CV-863-WKW
　　　-vs-　　　　　　　　　　　　＊
Richard Allen, et. al.,　　　　　　＊
　　Defendants.　　　　　　　　　　＊

## Plaintiff Motion of Notice And An Extention of Time

Comes Now Plaintiff Richard Wayne Wright, Sr. Bey A.I.S. # 187140 Pro. Se., In the above Style Cause. Plaintiff Wright Sr. Bey is presently Incarcerated at Easterling Correctional Facility (E.C.F.) (hereafter refered to as Easterling (E.C.F.)) Clio Alabama and States the Following:

Plaintiff responded to the order of this Honorable Court (Court Doc. No (45)) which was passed down on the 30th day of January 2007. By Plaintiff Filing an Extention of time, due

Page 1 of 4

to receiving the order of this Honorable Court before receiving the defendants Special reports and Supporting evidentiary materials on Thursday the 1st day of Feburary 2007, after writing and mailing the (said) motion "Plaintiff's Motion for Extention of time To Comply With Court 'order' Passed Down on the 30th day of January 2007." It is plaintiff responsibility to properly inform 'the' Honorable Court that he has received the said special report and Supporting evidentiary materials from defendants Counselors as Stated above.

Plaintiff request for an extention of time Still exist and is needed to Summarize and responds to the health Care provider's Counselor(s) and in like manner a response to the Alabama Department of Corrections official's Counselor(s).

If this motion is not in its proper form plaintiff ask this

Honorable Court to Construed this motion into its' proper form.

Done this the 3rd day of Feburary 2007.

Respectfully Submitted,

_Richd W Wright Sr Bey_
Richard Wayne Wright, Sr. Bey #187140
Easterling Correctional Facility
Dorm C-2 Bed 135
200 Wallace Drive
Clio, Alabama 36017

## Certificate of Service

This is to Certify that Plaintiff Richard Wayne Wright, Sr. Bey comes in the above encaptioned style, Pro. Se," Plaintiff Motion of Notice And An Extention of Time", and Certify I have sent (~~G#~~ R.W.W.) a copy of this (said) motion to the Clerk of this Court and sent a Copy of this (said) motion to the defendants as follows:

Page 3 of 4

William R Lunsford
Balch & Bingham LLP
Post Office Box 18668
Huntsville Ala 35804-8668
Telephone (256) 551-0171
Facsimile (256) 512-0119

Tara Knee
Department of Correction
P.O. Box 301501
301 Ripley Street
Montgomery, Ala. 36130

I plaintiff Wright sr. Bey certify that I have placed a copy of this [said] motion in the United States mail box here at Easterling (E.C.F.) with prepaid postage and properly address to this respected Court on this the 3rd, day of Feburary, 2007.

Respectfully Submitted,
_Richard W Wright Sr Bey_
Richard Wayne Wright Sr Bey #187140
Easterling Correctional Facility
Dorm C-2 Bed 135
200 Wallace Drive
Clio, Ala. 36017

Page 4 of 4

NAME Richard Wright Sr AIS #181740 DORM #C-2/435
VENDRESS CORRECTIONAL FACILITY
P.O. BOX 767
Clayton, AL 36016

Easterling Correctional Facility
Dorm 2 B C2 Wallace Drive
Clio, Ala. 36017

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

Legal Mail

05 FEB 2007 PM 3 T
MONTGOMERY AL 361

Office Of The Clerk
United States District Court
P.O. Box 711
Montgomery, Ala. 36101-0711

36101+0711 B007