IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., #18714 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06-CV-863-WKW |
| ) | |
| RICHARD ALLEN, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the plaintiff on February 6, 2007 (Court Doc. No. 50), and in light of the order entered on February 5, 2007 (Court Doc. No. 49) allowing the plaintiff an extension from February 20, 2007 to and including March 12, 2007 to file a response to the defendants' written reports, it is

ORDERED that the instant motion for extension of time be and is hereby DENIED as moot.

Done this 7th day of February, 2007.

        /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE