IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., #18714 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06-CV-863-WKW |
| ) | |
| RICHARD ALLEN, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon review of the notice filed by the plaintiff on February 6, 2007 (Court Doc. No. 50), and as the plaintiff concedes receipt of the defendants' written reports, it is

ORDERED that paragraph 1 of the February 5, 2007 order requiring the defendants to serve the plaintiff with copies of their written reports be and is hereby VACATED.

Done this 7th day of February, 2007.

/s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE