IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 FEB 20  A 9:50
A. P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

Richard Wayne Wright, Sr., Bey  *
A.I.S. # 187140               *
Plaintiff, Pro-Se.            *  Civil Action No:
  -vs-                        *  2:06-CV-863-WKW
Richard Allen, et. al.,       *
  Defendants.                 *
                              *

**Plaintiff Wright Objection To The Order On Motion Passed Down On The 5th Day of February 2007, By The Honorable Charles S. Coody**

1). Comes Now, Plaintiff, Richard Wayne Wright, Sr. Bey, Pro-Se., by and through Easterling Correctional Facility (E.C.F.) Law Library in the above-style action and files this objection To the Honorable Charles S. Coody 'Order On Motion (Court Doc. No. (48)) passed Down on the 5th day of February of this Honorable Court. Plaintiff states as Follow:

2). Due to the Honorable Charles

Page 1 of 4

S. Coody only taken note to number three (#3) (Court Doc. No. (46)) has left plaintiff with a difficult burden tring to properly litigate this case with out adequate postage to mail all supporting documents to substantiate in a Complaint. Plaintiff shall do (his) best to send as much material within the envelope which the Department of Corrections officials Supplied two (2) Stamps per week (with a bulk 'weight' equal to that of Fourteen (14) or less papers/pages/sheets). Even with the advice of the Court by plaintiff hence forth effectuate service on the properly served defendants by providing copies of documents and pleading's to Counsel of record for these defendants does nothing to relieve plaintiff burden of having inadequate postage.

3). If this motion is not in its proper form plaintiff ask that this Honorable Court Construed it into its proper form.

Done this the 14th day of February, 2007.

Respectfully submitted,

_____
Richard Wayne Wright, Sr. Bey #187140
Easterling Correctional Facility
Dorm C-2 / 13-B
200 Wallace Drive
Clio, Alabama 36017

## Certificate of Service

This is to certify that Plaintiff Richard Wayne Wright Sr. Bey comes in the above encaptioned style Pro-Se. Plaintiff Wright motion to object to the order on motion passed down on February 7, 2007 by The Honorable Charles S. Coody and send this Honorable Court a copy of this (said) motion by placing copies in the Easterling legal mail box postage to be supplied and afterward placed in the United States mail to the following:

Page 3 of 4

William R Lunsford
Balch & Bingham LLP
Post Office Box 18668
Huntsville Alabama 35804-8668

Tara Knee
Department of Correction
Post Office Box 301501
301 Ripley Street
Montgomery Alabama 36130

~~I Richard W~~ R.W.W.
I Plaintiff Wright Sr. Bey Certify that I have placed a copy of this [said] motion in the United States mail box here at Easterling (E.C.F.) with prepaid postage and properly address to this respected Court on this the 14th day of Februrary 2007.

Respectfully Submitted

_____
Richard Wayne Wright Sr. Bey #187140
Easterling Correctional Facility
Dorm C-2 / 13-B
200 Wallace Drive
Clio, Alabama 36017


Page 4 of 4

Richard W Wright Sr. B&#35;121140
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017   C-2 / 13 B

Legal Mail

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

Legal Mail