IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 FEB 20  A 9:50
A P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Richard Wayne Wright, Sr. Bey,  *
A.I.S. # 187140,                *
Plaintiff, Pro. Se.,            * Civil Action No.
        -vs-                    * 2:06-CV-863-WKW
Richard Allen, et. al.,         *
        Defendants.             *

<u>Plaintiff Wright Motion To Object To The 'Order On Motion' Passed Downed On February 7th 2007 By The Honorable Charles S. Coody</u>

I Plaintiff Richard Wayne Wright, Sr. Bey, Comes Now, before this Honorable Court, Pro Se, and files this encaptioned Motion/Objection For Cause:

Plaintiff files this objection to the 'Order on Motion' Passed down On the 7th day of February, 2007, by the Honorable Charles S. Coody. The Magistrate Judge 'Ordered' that the instant motion For extention of time (Court Doc No 49 at 3) be hereby denied as moot. on and by 'Order on motion' (Court Doc. No. (51)). Plaintiff respond to A.D.O.C. officials

Page 1 of 4

Special report and answer/affidavit and medical defendants special report and answer/affidavit due to the reasons as following:

1). Plaintiff has limited time to access of the law library and supplies, papers, etc.

2). Plaintiff must prepare response to each defendant's written affidavit showing what and/or how said defendant's partaken in violation of plaintiff Constitutional rights namely Articles Five (5) and Seven (7); 1st, 5th, 8th and 14th Amendments.

3). Plaintiff needs time also to enquire from outside sources. Stamps for and too mail (his) responses and any additional exhibits to this Honorable Court and defendant's Counselors.

Such extention of time should not unduly prejudice the defendants and/or defendant's Counselors.

Done this the 13th day of February, 2007.

Respectfully Submitted,

_Richd W Wright Jr Bey_
Richard Wayne Wright Jr. Bey #187140
Easterling Correctional Facility
Dorm C-2 Bed 13-B
200 Wallace Drive
Clio, Ala. 36017

## Certificate of Service

This is to Certify that Plaintiff Richard Wayne Wright, Jr. Bey, Comes in the above encaptioned Style, Pro-se. "Plaintiff Wright Motion To object To The 'Order On Motion' Passed Downed on February 7th 2007, By The Honorable Charles S. Coody" and Send this Honorable Court a copy of Such. I Further Certify Plaintiff has sent defendants Counselor's a Copy of this (said) motion by placing a Copies in the in the Easterling legal mail box for postage to be Supplied and afterward placed in the United States mail to the following:

William R Lunsford

Page 3 of 4

Balch & Bingham LLP
Post Office Box 18668
Huntsville, Ala. 35804-8668
~~Tel~~

Tara Knee
Department of Corrections
Post Office Box 301501
301 Ripley Street
Montgomery, Alabama 36130

I plaintiff Wright Jr. Bey Certify that I have placed a Copy of this [said] motion in the United States mail box here at Easterling (E.C.F.) with prepaid postage and properly address to this respected Court on this the 13th day of February, 2007.

Respectfully Submitted,

_Richard W. Wright, Jr. Bey_
Richard Wayne Wright, Jr. Bey #187140
Easterling Correctional Facility
Dorm C-2 Bed 13-B
200 Wallace Drive
Clio, Ala. 36017