IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

RECEIVED
2007 MAR -7 A 9: 10

D. HACKETT, CL.
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

RICHARD WAYNE WRIGHT, SR. BEY, *
    Plaintiff, Pro-Se., *
    A.I.S.# 187140, *
     *
    -VS- *  CIVIL ACTION NO. 2:06-CV- 863
     *  <u>2:06-CV-863-WKW</u>
RICHARD ALLEN, ET. AL., *
    Defendants. *
     *

<u>PLAINTIFF MOTION OF ENQUIRY</u>

1). COMES NOW, Plaintiff, Pro-Se., Richard Wayne Wright, Sr. Bey, A.I.S.# 187140, by and through the Easterling Correctional Facility (E.C.F.) in the above style and action and files this motion of enquiry.

2). Plaintiff mailed two (2) objections to the "Order(s) On Motion" passed down by the Honorable Charles S. Coody on the <u>5th</u> day of February, 2007 and on the <u>7th</u> day of February, 2007 (Court Doc No's.(48) and (49)).

3). Plaintiff objections were listed as such "Plaintiff Wright Objection To The 'order on motion' passed down on the <u>5th</u> day of February, 2007, by the Honorable Charles.S.Coody" and " Plaintiff Wright motion to object to the 'Order On Motion' passed down on fubruary <u>7th</u>, 2007, by the Honorable Charles S. Coody" Since the time plaintiff mailed these motions (February 14, 2007) he has not received any response from the respected Court and seeks to know the status of these objection(s). Because Plaintiff objection concerns this Honorable Court vacating the order's which granted plaintiff some needed time to respond to the

PAGE <u>1</u> OF <u>3</u>


defendants atorney(s).

4). If this motion is not in its proper form plaintiff ask that this Honorable Court contrued it into its proper form.

DONE THIS THE 5TH day of March, 2007.

Respectfully submitted,

*Richard W. Wright Jr. Bey*
RICHARD WAYNE WRIGHT, SR. BEY # 187140
EASTERLING CORRECTIONAL FACILITY
DORM C-2/Bed 13b
200 WALLACE DRIVE
Clio, Alabama 36017

CLIO, ALABAMA 36017

CERTIFICATE OF SERVICE

This id to cretify that plaintiff Richard Wayne Wright, Sr. Bey comes in the above encaptioned style, Pro-Se. Plaintiff Wright motiion To object to the "order on motion", Passed down on February 7th, 2007, by the Honorable Charles S. Coody and send this Honorable Court a copy of this (said) motion by placing copies in the Easterlling (E.C.F.) legal mail box postage to be supplied and afterward placed in the United States mail to the following:

WILLIAM R. LUNSFORD R.W.W.
Balch & Bingham
~~...~~

William R. Lunsford
Balch & Bingham LPP
Post Office Box
Huntsville Alabama 35804

Tara Knee
Department of Corrections
Post Office Box 301501
301 Ripley Street
Montgomery. Alabama 36130

I plaintiff Wright, Sr. Bey certify that I have placed a copy of this [said] motion in the United States mail box here at

PAGE 2 OF 3

Easterling (E.C.F.) with prepaid postage and properly address to this respected Court on this the 14th day of February,2007.

                              Respectfully  Submitted,

                              _____
                              Richard Wayne Wright, Sr. Bey # 187140

EASTERLING CORRECTIOAL FACILITY
                            DORM C-2/13/b
                            200 Wallace Drive
                            Clio, Alabama 36017

Richard W. Wright Sr. BN4H0
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017

Legal Mail

MONTGOMERY AL 361
05 MAR 2007 PM 3 L

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

Office Of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711