IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., #18714    ) | |
| ) | |
| Plaintiff,    ) | |
| ) | |
| v.    ) | CIVIL ACTION NO. 2:06-CV-863-WKW |
| ) | |
| RICHARD ALLEN, et al.,    ) | |
| ) | |
| Defendants.    ) | |

**ORDER ON MOTION**

Upon consideration of the motion of inquiry filed by the plaintiff on March 7, 2007 (Court Doc. No. 55), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. The plaintiff is advised that the Clerk received and filed his objections on February 20, 2007. The objections are presently pending before the district judge for disposition.

Done this 8th day of March, 2007.

　　　　　　　　　　　　　　　　　　　　/s/ Charles S. Coody
　　　　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE