**STATE OF ALABAMA**
Department of Corrections
*Inmate Stationery*

In The District Court Of The United States For The Middle District Of Alabama Northern Division

RECEIVED 2007 MAR 29 A 9:41  ORA P. HACKETT, CL U.S. DISTRICT COURT MIDDLE DISTRICT ALA

Richard Wayne Wright Sr. Bey.
  Plaintiff, Pro-Se.,
  AIS # 187140
    -Vs-
Richard Allen, et. al.,
  Defendants

Civil Action #
2:06-cv-863-WKW

## Motion For Production Of Documents

Comes Now, Plaintiff Richard Wayne Wright Sr. Bey A.I.S # 187140, Pro-se by and through the Easterling Corretional Facility (E.C.F.) in the above style and ask this Honorable Court to grant Motion and order defendants and/or defendant Counselor (S) to submit the remaining documents which are as following:

Written recommendation made by Warden J.C. R.W.W. Giles or his designee Concerning his or their R.W.W. appointing assigning a hearing Officer for the following disciplinary(s). Not to exclude a full and complete copy of each disciplinary infraction

(A). Institutional Rule Violation (I.R.V.) No. Sixty-two (62) Creating a Security, Safety, or Health Hazard dated -- May 10, 2005 and the other one written on or about March 24, 2006.

(B) I.R.V. No. Twenty-nine (29) Assault on person assc. with D.O.C. officials dated December 7, 2005

(C) I.R.V. No Fifty-six (56) Fail to obey a direct order of D.O.C. officials dated December 7, 2005

(D) I.R.V. No Fifty-three (53) Inciting to riot or rioting dated -- December 7, 2005

(E) I.R.V. No Sixty-two (62) Intentionally creating a Security Safety or Health Hazard dated March 27, 2006.

Any and all written or oral statements/Reports made by any person(s) (A.D.O.C.) officials or otherwise 'whom' prepaid documents concerning the alleged I.R.V. plaintiff Wright was accused of and subsequently found guilty of which are to proceed as following Not to exclude said disciplinary(s) synopsis report(s) incident(s) reports for each disciplinary and any other documentation reports

Case 2:06-cv-00863-WKW-CSC  Document 59  Filed 03/29/2007  Page 3 of 5

N266

**STATE OF ALABAMA**
Department of Corrections
*Inmate Stationery*

Court Copy

recommending additional punishment and/or charges (so named) which are concerning any of the above disciplinaries noted above.

(F) Any forms or reports Mental Health Consulation to disciplinary process or procedures.

(I) Any Waiver Forms present on behalf of plaintiff since his arrival at Ventress (V.C.F.).

(II) Any Release of Responsibility Forms since his arrival at Ventress (V.C.F.).

(III) T.B. Solution Alipsol insert.

(IV) Emergency transportation reports notes and/or forms to include any and all Medical Professional reports.

Done this the 25th day of March 2007.

Respectfully Submitted,

Richard W. Wright Jr. Bey
Richard Wayne Wright Jr. Bey #187140
Easterling Correctional Facility
Dorm C-2 Bed 13-B
200 Wallace Drive
Clio, Alabama, 36017

## Certificate of Service

This is to certify that I Richard Wayne Wright Sr. Bey, plaintiff, Pro-se. Comes in the above encaptioned "Motion for Production of Documents" and Certify I have sent a copy of this said Motion to the Clerk of the Court, and a additional Copy of this (said) Motion be forwarded to the medical defendants Counselor:

> William R. Lunsford
> Baleh & Bingham LLP
> Post Office Box 18668
> Huntsville, Ala. 35804-8668

Plaintiff further ask that this Honorable Court to forward a additional Copy of this Motion to the Prison Defendants Counselor, due to his minimum access to paper and postage and his indigent status, which is as follow:

> Tara Knee
> Department of Correction
> P.O. Box 301501
> 301 Ripley Street
> Montgomery, Ala. 36130

**STATE OF ALABAMA**   Court Copy
Department of Corrections
*Inmate Stationery*

I plaintiff Richard Wayne Wright Sr. Bey, Further Certify that I have placed said copies of this (said) Motion In The United States Mailbox here at Easterling (E.C.F.) with Parcel prepaid postage and the additional postage be provided by the designated Prison Officials and properly address to this respected Court on this the 25th day of March, 2007.

Respectfully Submitted,

Richard W. Wright Sr. Bey
Richard Wayne Wright Sr. Bey 187140
Easterling Correctional Facility
Dorm C-2 Bed 13-B
200 Wallace Drive
Clio, Alabama 36017