**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                    TELEPHONE (334) 954-3600

April 16, 2007

# NOTICE OF CORRECTION

From:    Clerk's Office

Case Style:    Wright v. Allen et al

Case Number:    2:06-cv-00863-WKW

**This Notice of Correction was filed in the referenced case this date to correct the erroneous PDF document previously attached by E-Filer.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 61   filed on    April 13, 2007.**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., )<br>  )<br>Plaintiff, )<br>  )<br>v. )<br>  )<br>RICHARD ALLEN, *et al.*, )<br>  )<br>Defendants. ) | CIVIL ACTION NO.<br>2:06-CV-863-WKW-CSC |

## NOTICE OF FILING

PLEASE TAKE NOTICE that Defendants PRISON HEALTH SERVICES, INC., SAMUEL RAYAPTI, M.D., TAHIR SIDDIQ, M.D., DR. BARNS , NETTIE BURKS, VICTORIA YOUNG, CELESTE HUNTER and ANTHONETTE MARSH (collectively, the "Medical Defendants"), by and through their respective counsel of record, hereby submit the Acknowledgment of Access to Medical Records signed by Plaintiff RICHARD WAYNE WRIGHT, SR., a copy of which is attached hereto, with the Office of the Clerk of the United States District Court for the Middle District of Alabama, Northern Division.

Respectfully submitted on this the 13th day of April, 2007.

/s/ William R. Lunsford
One of the Attorneys for the Medical Defendants

**OF COUNSEL:**

William R. Lunsford
BALCH & BINGHAM LLP
Post Office Box 18668
Huntsville, AL 35804-8668
Telephone: (256) 551-0171
Facsimile: (256) 512-0119

106839.1

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected by email to the CM/ECF participants or by postage prepaid first class mail to the following this the 13th day of April, 2007:

>Richard Wayne Wright, Sr.
>AIS# 187140
>Easterling Correctional Facility
>200 Wallace Drive
>Clio, AL 36017-2615
>
>Tara Knee
>Department of Corrections
>P.O. Box 301501
>301 Ripley Street
>Montgomery, AL 36130

                                            /s/ William R. Lunsford
                                            Of Counsel

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:06-CV-863-WKW-CSC |
| ) | |
| RICHARD ALLEN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ACKNOWLEDGEMENT OF ACCESS TO MEDICAL RECORDS

I, Richard Wayne Wright, Sr. (AIS No. 187140), acknowledge and agree that on this the 13th day of April, 2007, I was provided access to my medical records, which are in the possession, custody and/or control of the Alabama Department of Corrections and its private contracted medical provider, Prison Health Services, Inc. Such access was provided to me pursuant to and in compliance with the Order of United States Magistrate Judge Charles S. Coody dated March 29, 2007.

*[signature]* 187140  4/13/07
RICHARD WAYNE WRIGHT, SR.
AIS NO. 187140

WITNESSED BY:

*[signature]* Kay Wilson, RN/HSA