Court Copy

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Richard Wayne Wright Sr. Bey,  *
    Plaintiff, Pro-Se.,          *
        -vs-                     * Civil Action No.
Richard Allen, et. al.,          * 2:06-CV-863-WKW
    Defendants.                  *

__Motion In objection To The Order On Motion Passed Down On March 29th 2007 By The Honorable Charles S. Coody__

Comes Now, Richard Wayne Wright Sr., Bey Plaintiff, Pro-Se., through and by the Law Library at Easterling Correctional Facility (E.C.F.) Clio, Alabama 36017 and ask that this Honorable Court reconsider its order denying Plaintiff motion in part (Court Doc. No. 60) and grant in full Plaintiff motion (Court Doc. No. 59), For the reason as Follows:

1). Due to this Honorable Court granting plaintiff motion in part and denying it in part has placed Plaintiff in or at a disadvantage in

Page 1 of 6

granting defendants, defendant's Counselors and/or prison officials (Warden(s)) and medical personnel here at Easterling Correctional Facility (E.C.F.) Such broad discretion with no reasonable mandated time upon defendants (and/or others mention) allowing plaintiff limited access to Such prison file.

2). By this Honorable Magistrate Judge Charles S. Coody grant plaintiff motion in such manner (See Court Doc. No. 60) gives prison officials and medical personnel broad discretion to Further deprive plaintiff access to [those] documents relevant to the Facts of this case plaintiff initially filed and there after brought forth.

3). Plaintiff is faced with exceptional circumstances even at this present time (such as relying on the subsidy of others) rules out plaintiff ability to make prepayment to the appropriate official(s) of all cost related

to producing the Copies. The order (Court Doc. No. 60) limits plaintiff ability to utilize the means of hand written copies (with out an Authoritative Command or instruction to alotted amount of time afforded to plaintiff) 'essential' to produce the requisite Copies of the evidentiary material (he) seeks to retain for himself and submit to this Court and defendants and/or defendant's Counselors. The order (Court Doc. No. 60) to the Warden(s) of the Easterling (E.C.F.) and to the Supervisor of the health care Unit as such Facility (E.C.F.) Such order (Court Doc. No. 60) require additional instruction safe guards to ensure said prison officials at Easterling (E.C.F.) afforded plaintiff access to the entirer prison File and enough time to utilize the only means available (hand written copies.) In this said objection plaintiff submit to this Honorable Court (not to exclude plaintiff indigent status) requesting this Honorable Court grant such

objection as stated (herein) and reconsider plaintiff motion (Court Doc. No. 59).

By granting this objections will not duly prejudice the defendants and/or defendants Counselors in any fashion.

If this motion is not in its proper form plaintiff ask that this Honorable Court Construed it into its proper Form.

Done this the 5th day of April, 2007.

Respectfully Submitted,

_Richard W. Wright Jr. Bey_
Richard Wayne Wright Sr. Bey #187140
Easterling Correctional Facility
Dorm C-2 Bed 56-B
200 Wallace Drive
Clio, Alabama 36017

## Certificate of Service

This is to Certify that I Pro-Se., Richard Wayne Wright Sr. Bey,

Court Copy

Plaintiff Comes in the above encaptioned objection and Futher Certify I have sent a Copy of this (said) motion to the Clerk of the Court and the additional Copy of this said objection be Forwarded to the medical defendants Counselor:

William R. Lunsford
Balch & Bingham LLP
Post Office Box 18668
Huntsville, Ala. 35804-8668

Plaintiff Further ask that this Honorable Court Forward a additional Copy of this motion to the prison defendants Counselor due to his minimum access to paper and postage and his indigent status which is as Follow:

Tara Knee
Department of Corrections
P.O. Box 301501
301 Ripley Street
Montgomery, Alabama 36130

I plaintiff Wright Sr. Bey Further Certify that I have placed said

Page 5 of 6

~~Forth~~ R.W.W. Copies of this objection in the legal mail box here at Easterling Correctional Facility for prepaid postage to be provided by the designated prison officials and afterwards placed in the United States mail box and properly address to this respected Court on this the 5th day of April, 2007.

Respectfully Submitted,

*Richard W. Wright Jr. Bey*
Richard Wayne Wright Jr. Bey #187140
Easterling Correctional Facility
Dorm C-2 Bed 56-B
200 Wallace Drive
Clio, Alabama 36017



Page 6 of 6

Richard Wayne Wright Sr. B64 #187140
Easterling Correctional Facility
Dorm C-2 Bed 56-B
200 Wallace Drive
Clio, Alabama 36017

Legal Mail

Legal Mail

Office of the Clerk
United States District Court
Middle District of Alabama
P.O. Box 711
Montgomery, Alabama 36101-0711

RETURNED FOR POSTAGE
$00.63
APR 18 2007