IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RICHARD WAYNE WRIGHT, SR., # 187140, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cv-00863-WKW |
| | ) | [wo] |
| RICHARD ALLEN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

This case is before the court on the plaintiff's objections. The plaintiff first objects to the February 5, 2007 Order denying his motion for reconsideration. The plaintiff had originally asked the court to provide service materials to the defendants on his behalf. The Magistrate Judge ruled that service of documents filed with the court are the responsibility of the plaintiff and advised how to effectuate service. The plaintiff also objects to the February 7, 2007 Order denying his motion for extension of time. The Magistrate Judge denied the motion because the issue was moot as he granted an extension a day earlier. The plaintiff further objects to the March 29, 2007 Order denying his motion for production of documents to the extent the plaintiff requests that the defendants be required to provide him free copies.

Under the guidance of Federal Rule of Civil Procedure 72(a), and after an independent review of the plaintiff's motions, the Magistrate Judge's Orders, and the plaintiff's objections, the court finds that the Magistrate Judge's Orders are neither clearly erroneous nor contrary to law. *See* Fed. R. Civ. P. 72(a). Therefore, it is ORDERED that the plaintiff's objections (Docs. # 53, # 54, & # 63) are OVERRULED. It is further ORDERED that this case is hereby REFERRED back to the

Magistrate Judge for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

    DONE this 23rd day of April, 2007.

                                        /s/  W. Keith Watkins
                                  UNITED STATES DISTRICT JUDGE