Court's Copy

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2007 JUN 28  A 10 51

Richard Wayne Wright Sr. Bey, *
      Plaintiff, Pro-Se.           *  Case No:
           -VS-                    *  2:06-CV-00863-WKW
Richard Allen, et. al.,            *
      Defendants.                  *
                                   *

## Motion For A Mental Examination

      I Plaintiff, Richard Wayne Wright,
Sr. Bey., Pro-Se., petion this Honorable
Court For an order "Motion For A
Mental Health Examination" placed
upon the defendants and/or defendants
agents/associate's employed here
at Easterling Correctional Facility (E.C.F.)
Such order impose upon defendants
or associates as requested by
plaintiff to obtain a mental
evaluation by a trained person(s)
prescribed by this Honorable Court
is needed to rightly assess and
diagnosis plaintiff mental state
of mind, as well as, the identifica-

Page 1 of 6

tion especially of a mental disease (dementia, etc). Plaintiff Wright, Sr. Bey realize 'part' of his mental capacity is effected directly from the use of [defendants and/or defendant's agents/employees] psychotropic drug administered into plaintiff body, by and through the Alabama Department of Correction employees- Prison Health Service (P.H.S.) and Mental Health Management (M.H.M.) etc. Plaintiff Wright Sr. Bey ability to mentally retain information (e.g. simple names of people he has recently met) is effected by enormous amounts of psychotropic drugs and/or caused by a mental disease.

Plaintiff Wright Sr. Bey believes this evaluation/examination is essential and necessary during this Honorable Court adjudication process and such examination by trained person(s) not associated with the Alabama Department of Corrections will

Court's Copy

declare Facts as to Plain-
tiff mental injuries Coupled
With the physical injuries
Coupled With the physical
injuries plaintiff obtain during
the Course of his incarcera-
tion by the named prison
officials.

Plaintiff Wright Sr. Bey
does not believe by this Honor-
able Court granting said Motion
For examination/evaluation
Will prejudice any party(s),
nor Will it in any way delay the
adjudication of this Matter, But
by granting this Motion and pro-
viding Such trained personel(s)
to perform, Such evaluation/
examination 'Will' in Fact relieve
plaintiff mental State to some
degree that that he is pre-
sently in, now.

IF this motion is not in its
proper Form plaintiff ask that
this Honorable Court Construed
this Motion into its proper Form.

Page 3 oF 6

Done this the 15th day
of June 2007.

Respectfully Submitted,
Richard W. Wright Sr. Bey
Richard Wayne Wright Sr. Bey #187140
Easterling Correctional Facility
Dorm C-1 Bed 19-B
200 Wallace Drive
Clio, Alabama 36017

Certificate of Service

This is to Certify that I
Richard Wayne Wright Sr. Bey, am
the plaintiff, Pro-se, in the above
encaptioned motion and certify
I have sent a copy of this
motion to one of the defendants
attorney(s) namely:

William R Lunsford
Balch & Bingham LLP
Post office Box 18668
Huntsville, Ala 35804-8668

and a copy of this motion to

Page 4 of 6

Motion For A Mental Examination

the Clerk of the Court and
earnestly ask due to plain-
tiff Indigent Status that this
Honorable Court Forward a copy
of this (said) motion "Motion
For a mental Examination" to
the remaining defendant's Coun-
selor(s) Which are as Following:

Tara Knee
Department of Correctional
P. O. Box 301 501
301 Ripley street
Montgomery, Ala 36130

I Plaintiff Richard Wayne
Wright Jr. Bey Further Certify
that I have placed said Copies
of this (said) motion in the
inmates legal mail box here at
Easterling Correctional Facility
For proper postage to be Supplied
and there after, placed in the
United States mail with pre-
paid postage and properly
address this on the 15th day

Page 5 of 6

of June, 2007.

Respectfully Submitted,

Richard Wayne Wright Sr. Bey #187140
Easterling Correctional Facility
Dorm C-1 Bed 17-B
200 Wallace Drive
Clio, Alabama 36017

Richard W. Wright Sr. Bay #181460
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE  C-1/10-B
CLIO, ALABAMA 36017

Legal

Office of the Clerk
United States District Court
Middle District
P.O. Box 711
Montgomery, Ala. 36101-0711

"This correspondence is forwarded from
an Alabama State Prison. The contents have
not been evaluated, and the Alabama Department
of Corrections is not responsible for the substance
or content of the enclosed communication."