IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RICHARD WAYNE WRIGHT, SR., | ) | |
| AIS #187140, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06-CV-863-WKW |
| | ) | |
| RICHARD ALLEN, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion for mental health examination filed by the plaintiff

on June 28, 2007 (Court Doc. No. 65), in which the plaintiff seeks examination by a mental

health professional assigned by this court, and for good cause, it is

ORDERED that this motion be and is hereby DENIED

Done this 29th day of June, 2007.

                        /s/ Charles S. Coody
                    CHARLES S. COODY
                    CHIEF UNITED STATES MAGISTRATE JUDGE