IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN_____ DIVISION

RICHARD WAYNE WRIGHT #187140
_____,  )
                                    )
        Plaintiff,                  )
                                    )
v.                                  )    CASE NO. 2:06-CV-863-WKW
                                    )
RICHARD ALLEN, et al.               )
_____,  )
                                    )
        Defendants,                 )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW  Carolyn Abercrombie _____, a  Defendant    in the above-captioned
matter, and in accordance with the order of this Court, making the following disclosure
concerning parent companies, subsidiaries, partners, limited liability entity members and
managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under
the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                          Relationship to Party

_____                    _____

_____                    _____

_____                    _____

                                           _____

12/17/2007                                 /s/ Tara S. Knee
_____                    _____
Date                                       (Signature)

                                           Tara S. Knee
                                           _____
                                           (Counsel's Name)

                                           Abercrombie, Alexandra, Allen, L. Brown, R. Brown, Bruton, C. Cargile, K. Cargile, Carter, Dowling, Edwards, Flowers, Giles

                                           Counsel for (print names of all parties)
                                           P.O. Box 301501
                                           _____
                                           Montgomery, AL 36130
                                           Address, City, State Zip Code
                                           334-353-3881
                                           Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u> DIVISION

RICHARD WAYNE WRIGHT #187140

Plaintiff,

v.

RICHARD ALLEN, et al.

Defendants,

CASE NO. 2:06-CV-863-WKW

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Inez Alexandra , a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☑ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>

_____

_____

_____

<u>Relationship to Party</u>

_____

_____

_____

<u>12/17/2007</u>
Date

/s/ Tara S. Knee
(Signature)

Tara S. Knee
(Counsel's Name)

Abercrombie, Alexandria, Allen, L. Brown, R. Brown, Bruton, C. Cargle, K. Cargle, Carter, Dowling, Edwards, Flowers, Giles

Counsel for (print names of all parties)
P.O. Box 301501
Montgomery, AL 36130
Address, City, State Zip Code
334-353-3881
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u> DIVISION

RICHARD WAYNE WRIGHT #187140
_____,  )
                                  )
        Plaintiff,                )
                                  )
v.                                )     CASE NO. <u>2:06-CV-863-WKW</u>
                                  )
RICHARD ALLEN, et al.             )
_____,  )
                                  )
        Defendants,               )

## <u>CONFLICT DISCLOSURE STATEMENT</u>

COMES NOW <u>Richard Allen</u>, a <u>Defendant</u> in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓]  This party is an individual, or

[ ]  This party is a governmental entity, or

[ ]  There are no entities to be reported, or

[ ]  The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>                    <u>Relationship to Party</u>

_____              _____

_____              _____

_____              _____


<u>12/17/2007</u>                          <u>/s/ Tara S. Knee</u>
        Date                          (Signature)
                                      **Tara S. Knee**
                                      (Counsel's Name)

                                      Abercrombie, Alexandra, Allen, L. Brown, R. Brown, Bruton, C. Cargle, K. Cargle, Carter, Dowling, Edwards, Flowers, Giles

                                      Counsel for (print names of all parties)
                                      P.O. Box 301501
                                      Montgomery, AL 36130
                                      Address, City, State Zip Code
                                      334-353-3881
                                      Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u> DIVISION

RICHARD WAYNE WRIGHT #187140
_____,    )
                                     )
         Plaintiff,                  )
                                     )
v.                                   )    CASE NO. <u>2:06-CV-863-WKW</u>
                                     )
RICHARD ALLEN, et al.                )
_____,    )
                                     )
         Defendants,                 )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW <u>Linda Brown</u>, a <u>Defendant</u> in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>                     <u>Relationship to Party</u>

_____             _____

_____             _____

_____             _____

_____

<u>12/17/2007</u>                          <u>/s/ Tara S. Knee</u>
Date                                 (Signature)

                                     **Tara S. Knee**
                                     (Counsel's Name)

                                     Abercrombie, Alexandra, Allen, L. Brown, R. Brown, Bruton, C. Cargle, K. Cargle, Carter, Dowling, Edwards, Flowers, Giles
                                     Counsel for (print names of all parties)
                                     P.O. Box 301501
                                     Montgomery, AL 36130
                                     Address, City, State Zip Code
                                     334-353-3881
                                     Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u> DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT #187140 , )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RICHARD ALLEN, et al. , )<br>)<br>Defendants, ) | CASE NO. <u>2:06-CV-863-WKW</u> |

## <u>CONFLICT DISCLOSURE STATEMENT</u>

COMES NOW <u>Roosevelt Brown</u>, a <u>Defendant</u> in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>                    <u>Relationship to Party</u>

_____              _____

_____              _____

_____              _____

<u>12/17/2007</u>                          <u>/s/ Tara S. Knee</u>
Date                                  (Signature)
                                     **Tara S. Knee**
                                     (Counsel's Name)

Abercrombie, Alexandra, Allen, L. Brown, R. Brown, Bruton, C. Cargle, K. Cargle, Carter, Dowling, Edwards, Flowers, Giles

Counsel for (print names of all parties)
P.O. Box 301501
Montgomery, AL 36130
Address, City, State Zip Code
334-353-3881
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u>                          DIVISION

RICHARD WAYNE WRIGHT #187140
_____,     )
                                      )
        Plaintiff,                    )
                                      )
v.                                    )     CASE NO.  <u>2:06-CV-863-WKW</u>
                                      )
RICHARD ALLEN, et al.                 )
_____,     )
                                      )
        Defendants,                   )

## <u>CONFLICT DISCLOSURE STATEMENT</u>

        COMES NOW <u>Mark Bruton</u>, a <sup>Defendant</sup> in the above-captioned
matter, and in accordance with the order of this Court, making the following disclosure
concerning parent companies, subsidiaries, partners, limited liability entity members and
managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under
the provisions of the Middle District of Alabama's General Order No. 3047:

[✓]  This party is an individual, or

[ ]  This party is a governmental entity, or

[ ]  There are no entities to be reported, or

[ ]  The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>                        <u>Relationship to Party</u>

_____            _____

_____            _____

_____            _____

_____            _____

<u>12/17/2007</u>                              /s/ Tara S. Knee
Date                                      (Signature)

                                          Tara S. Knee
                                          (Counsel's Name)

                                          Abercrombie, Alexandra, Allen, L. Brown, R. Brown, Bruton, C. Cargile, K. Cargile, Carter, Dowling, Edwards, Flowers, Giles

                                          Counsel for (print names of all parties)
                                          P.O. Box 301501
                                          Montgomery, AL 36130
                                          Address, City, State Zip Code
                                          334-353-3881
                                          Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u>               DIVISION

RICHARD WAYNE WRIGHT #187140
_____,    )
                                       )
       Plaintiff,                      )
                                       )
v.                                     )    CASE NO. <u>2:06-CV-863-WKW</u>
                                       )
RICHARD ALLEN, et al.                  )
_____,    )
                                       )
       Defendants,                     )

## <u>CONFLICT DISCLOSURE STATEMENT</u>

COMES NOW <u>Camella Cargle</u>, a <u>Defendant</u> in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓]   This party is an individual, or

[ ]   This party is a governmental entity, or

[ ]   There are no entities to be reported, or

[ ]   The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>                        <u>Relationship to Party</u>

_____              _____

_____              _____

_____              _____

_____              _____

<u>12/17/2007</u>                           <u>/s/ Tara S. Knee</u>
Date                                  (Signature)
                                      <u>Tara S. Knee</u>
                                      (Counsel's Name)

                                      Abercrombie, Alexandra, Allen, L. Brown, R. Brown, Bruton, C. Cargle, K. Cargle, Carter, Cowling, Edwards, Flowers, Giles

                                      Counsel for (print names of all parties)
                                      P.O. Box 301501
                                      Montgomery, AL 36130
                                      Address, City, State Zip Code
                                      334-353-3881
                                      Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u>                DIVISION

RICHARD WAYNE WRIGHT #187140
_____ ,      )
                                         )
        Plaintiff,                       )
                                         )
v.                                       )    CASE NO. <u>2:06-CV-863-WKW</u>
                                         )
RICHARD ALLEN, et al.                    )
_____ ,      )
                                         )
        Defendants,                      )

### <u>CONFLICT DISCLOSURE STATEMENT</u>

COMES NOW <u>Kenneth Cargle</u>, a <u>Defendant</u> in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>                        <u>Relationship to Party</u>

_____               _____

_____               _____

_____               _____

<u>12/17/2007</u>                            <u>/s/ Tara S. Knee</u>
Date                                     (Signature)

                                         <u>Tara S. Knee</u>
                                         (Counsel's Name)

                                         Abercrombie, Alexandra, Allen, L. Brown, R. Brown, Bruton, C. Cargle, K. Cargle, Carter, Dowling, Edwards, Flowers, Giles
                                         Counsel for (print names of all parties)
                                         P.O. Box 301501
                                         Montgomery, AL 36130
                                         Address, City, State Zip Code
                                         334-353-3881
                                         Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN_____ DIVISION

RICHARD WAYNE WRIGHT #187140 )
_____, )
                                  )
        Plaintiff,                )
                                  )
v.                                )    CASE NO. 2:06-CV-863-WKW
                                  )
RICHARD ALLEN, et al.             )
_____ )
                                  )
        Defendants,               )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Sherwin Carter_____, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                    Relationship to Party

_____              _____

_____              _____

_____              _____


12/17/2007                           /s/ Tara S. Knee
_____              _____
        Date                         (Signature)

                                     Tara S. Knee
                                     _____
                                     (Counsel's Name)

                                     Abercrombie, Alexandra, Allen, L. Brown, R. Brown, Bruton, C. Cagle, K. Cagle, Carter, Dowling, Edwards, Flowers, Giles
                                     _____
                                     Counsel for (print names of all parties)
                                     P.O. Box 301501
                                     _____
                                     Montgomery, AL 36130
                                     _____
                                     Address, City, State Zip Code
                                     334-353-3881
                                     _____
                                     Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u>                     DIVISION

RICHARD WAYNE WRIGHT #187140
_____,   )
                                     )
        Plaintiff,                   )
                                     )
v.                                   )   CASE NO. <u>2:06-CV-863-WKW</u>
                                     )
RICHARD ALLEN, et al.                )
_____,   )
                                     )
        Defendants,                  )

## <u>CONFLICT DISCLOSURE STATEMENT</u>

COMES NOW <u>John Dowling</u>, a <u>Defendant</u>   in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓]   This party is an individual, or

[ ]   This party is a governmental entity, or

[ ]   There are no entities to be reported, or

[ ]   The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>                    <u>Relationship to Party</u>

_____            _____

_____            _____

_____            _____


<u>12/17/2007</u>                          <u>/s/ Tara S. Knee</u>
Date                                (Signature)

                                    **Tara S. Knee**
                                    (Counsel's Name)

                                    Abercrombie, Alexandria, Allen, L. Brown, R. Brown, Bruton, C. Cargle, K. Cargle, Carter, Dowling, Edwards, Flowers, Giles
                                    _____
                                    Counsel for (print names of all parties)
                                    P.O. Box 301501
                                    _____
                                    Montgomery, AL 36130
                                    Address, City, State Zip Code
                                    334-353-3881
                                    _____
                                    Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u>        DIVISION

RICHARD WAYNE WRIGHT #187140
_____,     )
                                     )
        Plaintiff,                   )
                                     )
v.                                   )   CASE NO. <u>2:06-CV-863-WKW</u>
                                     )
RICHARD ALLEN, et al.                )
_____,     )
                                     )
        Defendants,                  )

## <u>CONFLICT DISCLOSURE STATEMENT</u>

    COMES NOW <u>Charles Edwards</u>, a <u>Defendant</u> in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>                    <u>Relationship to Party</u>

_____            _____

_____            _____

_____            _____


<u>12/17/2007</u>                        <u>/s/ Tara S. Knee</u>
        Date                        (Signature)

                                    **Tara S. Knee**
                                    (Counsel's Name)

                                    Abercrombie, Alexandra, Allen, L. Brown, R. Brown, Bruton, C. Cargile, K. Cargile, Carter, Dowling, Edwards, Flowers, Giles

                                    Counsel for (print names of all parties)
                                    P.O. Box 301501
                                    Montgomery, AL 36130
                                    Address, City, State Zip Code
                                    334-353-3881
                                    Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u> DIVISION

RICHARD WAYNE WRIGHT #187140
_____,  )
                               )
          Plaintiff,           )
                               )
v.                             )    CASE NO. <u>2:06-CV-863-WKW</u>
                               )
RICHARD ALLEN, et al.          )
_____,  )
                               )
          Defendants,          )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW <u>Dorothy Flowers</u>, a <u>Defendant</u> in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>                     <u>Relationship to Party</u>

_____            _____

_____            _____

_____            _____


<u>12/17/2007</u>                         /s/ Tara S. Knee
Date                                _____
                                    (Signature)
                                    Tara S. Knee
                                    _____
                                    (Counsel's Name)
                                    Abercrombie, Alexandra, Allen, L. Brown, R. Brown, Bruton, O. Cargle, K. Cargle, Carter, Dowling, Edwards, Flowers, Giles
                                    _____
                                    Counsel for (print names of all parties)
                                    P.O. Box 301501
                                    _____
                                    Montgomery, AL 36130
                                    Address, City, State Zip Code
                                    334-353-3881
                                    Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN _____ DIVISION

RICHARD WAYNE WRIGHT #187140

_____ ,  )
                                     )
          Plaintiff,                 )
                                     )
v.                                   )      CASE NO. 2:06-CV-863-WKW
                                     )
RICHARD ALLEN, et al.                )
_____ ,  )
                                     )
          Defendants,                )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW J.C. Giles _____ , a  Defendant _____ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓]  This party is an individual, or

[ ]  This party is a governmental entity, or

[ ]  There are no entities to be reported, or

[ ]  The following entities and their relationship to the party are hereby reported:

Reportable Entity                    Relationship to Party

_____            _____

_____            _____

_____            _____


12/17/2007                           /s/ Tara S. Knee
_____            _____
Date                                 (Signature)

                                     Tara S. Knee
                                     _____
                                     (Counsel's Name)

                                     Abercrombie, Alexandra, Allen, L. Brown, R. Brown, Bruton, C. Cargile, K. Cargile, Carter, Dowling, Edwards, Flowers, Giles
                                     _____
                                     Counsel for (print names of all parties)
                                     P.O. Box 301501
                                     _____
                                     Montgomery, AL 36130
                                     _____
                                     Address, City, State Zip Code
                                     334-353-3881
                                     _____
                                     Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u>                    DIVISION

RICHARD WAYNE WRIGHT #187140
_____ ,  )
                                            )
        Plaintiff,                          )
                                            )
v.                                          )   CASE NO.  <u>2:06-CV-863-WKW</u>
                                            )
RICHARD ALLEN, et al.                       )
_____ ,  )
                                            )
        Defendants,                         )

## <u>CONFLICT DISCLOSURE STATEMENT</u>

        COMES NOW <u>Sharon Holland</u>, a <u>Defendant</u> in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>                      <u>Relationship to Party</u>

_____              _____

_____              _____

_____              _____

                                     _____

<u>12/17/2007</u>                             <u>/s/ Tara S. Knee</u>
      Date                                (Signature)
                                          **Tara S. Knee**
                                          (Counsel's Name)

                                          <sub>Abercrombie, Alexandra, Allen, L. Brown, P. Brown, Bruton, C. Cargle, K. Cargle, Carter, Dowling, Edwards, Flowers, Giles</sub>
                                          _____
                                          Counsel for (print names of all parties)
                                          P.O. Box 301501
                                          _____
                                          Montgomery, AL 36130
                                          Address, City, State Zip Code
                                          334-353-3881
                                          _____
                                          Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

RICHARD WAYNE WRIGHT #187140
_____,    )
                                     )
        Plaintiff,                   )
                                     )
v.                                   )    CASE NO. 2:06-CV-863-WKW
                                     )              _____
RICHARD ALLEN, et al.                )
_____,    )
                                     )
        Defendants,                  )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Sara Livingston_____ , a Defendant_____ in the above-captioned
matter, and in accordance with the order of this Court, making the following disclosure
concerning parent companies, subsidiaries, partners, limited liability entity members and
managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under
the provisions of the Middle District of Alabama's General Order No. 3047:

[✓]  This party is an individual, or

[ ]  This party is a governmental entity, or

[ ]  There are no entities to be reported, or

[ ]  The following entities and their relationship to the party are hereby reported:

Reportable Entity                          Relationship to Party

_____                _____

_____                _____

_____                _____


12/17/2007                                 /s/ Tara S. Knee
_____                _____
Date                                       (Signature)

                                           Tara S. Knee
                                           _____
                                           (Counsel's Name)

                                           Abercrombie, Alexandra, Allen, L. Brown, R. Brown, Bhutan, C. Cargle, K. Cargle, Carter, Dowling, Edwards, Flowers, Giles
                                           _____
                                           Counsel for (print names of all parties)
                                           P.O. Box 301501
                                           _____
                                           Montgomery, AL 36130
                                           _____
                                           Address, City, State Zip Code
                                           334-353-3881
                                           _____
                                           Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u>                      DIVISION

RICHARD WAYNE WRIGHT #187140

_____ ,   )
                                  )
         Plaintiff,               )
                                  )
v.                                )   CASE NO. <u>2:06-CV-863-WKW</u>
                                  )
RICHARD ALLEN, et al.             )
                                  )
_____ ,   )
                                  )
         Defendants,              )

## <u>CONFLICT DISCLOSURE STATEMENT</u>

COMES NOW <u>Carolyn Longmire</u>, a <u>Defendant</u> in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☑  This party is an individual, or

☐  This party is a governmental entity, or

☐  There are no entities to be reported, or

☐  The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>                          <u>Relationship to Party</u>

_____          _____

_____          _____

_____          _____

<u>12/17/2007</u>                          /s/ Tara S. Knee
_____                     _____
      Date                          (Signature)

                                    Tara S. Knee
                                    _____
                                    (Counsel's Name)

                                    Abercrombie, Alexandra, Allen, L. Brown, R. Brown, Bruton, C. Cargle, K. Cargle, Carter, Dowling, Edwards, Flowers, Giles

                                    _____
                                    Counsel for (print names of all parties)
                                    P.O. Box 301501
                                    _____
                                    Montgomery, AL 36130
                                    _____
                                    Address, City, State Zip Code
                                    334-353-3881
                                    _____
                                    Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u> DIVISION

RICHARD WAYNE WRIGHT #187140

    Plaintiff,

v.

RICHARD ALLEN, et al.

    Defendants,

CASE NO. <u>2:06-CV-863-WKW</u>

## <u>CONFLICT DISCLOSURE STATEMENT</u>

COMES NOW <u>Larry Monk</u>, a <u>Defendant</u> in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>                <u>Relationship to Party</u>

_____      _____

_____      _____

_____      _____

<u>12/17/2007</u>
Date

/s/ Tara S. Knee
(Signature)

Tara S. Knee
(Counsel's Name)

Abercrombie, Alexandra, Allen, L. Brown, R. Brown, Bruton, C. Cargle, K. Cargle, Carter, Dowling, Edwards, Flowers, Giles

Counsel for (print names of all parties)
P.O. Box 301501
Montgomery, AL 36130
Address, City, State Zip Code
334-353-3881
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u>             DIVISION

RICHARD WAYNE WRIGHT #187140

          Plaintiff,

v.

RICHARD ALLEN, et al.

          Defendants,

CASE NO. <u>2:06-CV-863-WKW</u>

## <u>CONFLICT DISCLOSURE STATEMENT</u>

COMES NOW <u>Darrell Parker</u>, a <u>Defendant</u> in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| <u>Reportable Entity</u> | <u>Relationship to Party</u> |
| --- | --- |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

<u>12/17/2007</u>
Date

<u>/s/ Tara S. Knee</u>
(Signature)

<u>Tara S. Knee</u>
(Counsel's Name)

<u>Abercrombie, Alexandria, Allen, L. Brown, R. Brown, Bruton, C. Cargile, K. Cargile, Carter, Dowling, Edwards, Flowers, Giles</u>
Counsel for (print names of all parties)
<u>P.O. Box 301501</u>
<u>Montgomery, AL 36130</u>
Address, City, State Zip Code
<u>334-353-3881</u>
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u>      DIVISION

RICHARD WAYNE WRIGHT #187140       )

        Plaintiff,          )

v.               )   CASE NO.  <u>2:06-CV-863-WKW</u>

RICHARD ALLEN, et al.         )

        Defendants,       )

## <u>CONFLICT DISCLOSURE STATEMENT</u>

COMES NOW <u>Aaron Patterson</u>, a <u>Defendant</u> in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>             <u>Relationship to Party</u>

_____     _____

_____     _____

_____     _____

<u>12/17/2007</u>             <u>/s/ Tara S. Knee</u>
Date                  (Signature)

                           Tara S. Knee
                           (Counsel's Name)

Abercrombie, Alexandra, Allen, L. Brown, R. Brown, Bruton, C. Cargle, K. Cargle, Carter, Dowling, Edwards, Flowers, Giles

Counsel for (print names of all parties)
P.O. Box 301501
Montgomery, AL 36130
Address, City, State Zip Code
334-353-3881
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u> DIVISION

RICHARD WAYNE WRIGHT #187140
_____, )
)
Plaintiff, )
)
v. )    CASE NO. <u>2:06-CV-863-WKW</u>
)
RICHARD ALLEN, et al. )
_____, )
)
Defendants, )

## <u>CONFLICT DISCLOSURE STATEMENT</u>

COMES NOW <u>Terry Person</u>, a <u>Defendant</u> in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| <u>Reportable Entity</u> | <u>Relationship to Party</u> |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

<u>12/17/2007</u>
Date

<u>/s/ Tara S. Knee</u>
(Signature)

## Tara S. Knee
(Counsel's Name)

Abercrombie, Alexandria, Allen, L. Brown, R. Brown, Bruton, C. Cargle, K. Cargle, Carter, Dowling, Edwards, Flowers, Giles

Counsel for (print names of all parties)
P.O. Box 301501
Montgomery, AL 36130
Address, City, State Zip Code
334-353-3881
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN _____ DIVISION

RICHARD WAYNE WRIGHT #187140
_____ ,  )
                                    )
          Plaintiff,                )
                                    )
v.                                  )    CASE NO. 2:06-CV-863-WKW
                                    )             _____
RICHARD ALLEN, et al.               )
_____ ,  )
                                    )
          Defendants,               )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW  Rebecca Pittman _____ , a  Defendant    in the above-captioned
matter, and in accordance with the order of this Court, making the following disclosure
concerning parent companies, subsidiaries, partners, limited liability entity members and
managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under
the provisions of the Middle District of Alabama's General Order No. 3047:

[✓]   This party is an individual, or

[ ]   This party is a governmental entity, or

[ ]   There are no entities to be reported, or

[ ]   The following entities and their relationship to the party are hereby reported:

Reportable Entity                    Relationship to Party

_____              _____

_____              _____

_____              _____


12/17/2007                           /s/ Tara S. Knee
_____                   _____
     Date                            (Signature)
                                     Tara S. Knee
                                     _____
                                     (Counsel's Name)
                                     Abercrombie, Alexandra, Allen, L. Brown, R. Brown, Bruton, C. Cargle, K. Cargle, Carter, Dowling, Edwards, Flowers, Giles
                                     _____
                                     Counsel for (print names of all parties)
                                     P.O. Box 301501
                                     _____
                                     Montgomery, AL 36130
                                     _____
                                     Address, City, State Zip Code
                                     334-353-3881
                                     _____
                                     Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u>                DIVISION

RICHARD WAYNE WRIGHT #187140

_____,    )
                                          )
          Plaintiff,                      )
                                          )
v.                                        )    CASE NO. <u>2:06-CV-863-WKW</u>
                                          )
RICHARD ALLEN, et al.                     )
_____,    )
                                          )
          Defendants,                     )

<u>**CONFLICT DISCLOSURE STATEMENT**</u>

COMES NOW <u>David Pullom</u>, a <u>Defendant</u> in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓]  This party is an individual, or

[ ]  This party is a governmental entity, or

[ ]  There are no entities to be reported, or

[ ]  The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>                    <u>Relationship to Party</u>

_____                    _____

_____                    _____

_____                    _____

<u>12/17/2007</u>                            <u>/s/ Tara S. Knee</u>
Date                                     (Signature)

                                         <u>Tara S. Knee</u>
                                         (Counsel's Name)

                                         <u>Abercrombie, Alexandra, Allen, L. Brown, R. Brown, Bruton, C. Cargle, K. Cargle, Carter, Dowling, Edwards, Flowers, Giles</u>
                                         Counsel for (print names of all parties)
                                         <u>P.O. Box 301501</u>
                                         <u>Montgomery, AL 36130</u>
                                         Address, City, State Zip Code
                                         <u>334-353-3881</u>
                                         Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u>               DIVISION

RICHARD WAYNE WRIGHT #187140
_____,   )
                                    )
        Plaintiff,                  )
                                    )
v.                                  )   CASE NO.  <u>2:06-CV-863-WKW</u>
                                    )
RICHARD ALLEN, et al.               )
_____,   )
                                    )
        Defendants,                 )

<u>**CONFLICT DISCLOSURE STATEMENT**</u>

        COMES NOW <u>Gladie Richardson</u>, a <u>Defendant</u>      in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓]   This party is an individual, or

[ ]   This party is a governmental entity, or

[ ]   There are no entities to be reported, or

[ ]   The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>                          <u>Relationship to Party</u>

_____             _____

_____             _____

_____             _____

<u>12/17/2007</u>                                <u>/s/ Tara S. Knee</u>
        Date                             (Signature)
                                         ## Tara S. Knee
                                         (Counsel's Name)

                                         Abercrombie, Alexandra, Allen, L. Brown, R. Brown, Bruton, C. Cargie, K. Cargle, Carter, Dowling, Edwards, Flowers, Giles
                                         _____
                                         Counsel for (print names of all parties)
                                         P.O. Box 301501
                                         _____
                                         Montgomery, AL 36130
                                         _____
                                         Address, City, State Zip Code
                                         334-353-3881
                                         _____
                                         Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u>                        DIVISION

RICHARD WAYNE WRIGHT #187140
_____,    )
                                     )
          Plaintiff,                 )
                                     )
v.                                   )    CASE NO. <u>2:06-CV-863-WKW</u>
                                     )
RICHARD ALLEN, et al.                )
_____,    )
                                     )
          Defendants,                )

## <u>CONFLICT DISCLOSURE STATEMENT</u>

COMES NOW <u>Levy Richardson</u>, a <u>Defendant</u> in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>                    <u>Relationship to Party</u>

_____        _____

_____        _____

_____        _____


<u>12/17/2007</u>                       <u>/s/ Tara S. Knee</u>
          Date                        (Signature)
                                      **Tara S. Knee**
                                      (Counsel's Name)
                                      Abercrombie, Alexandria, Allen, L. Brown, R. Brown, Bruton, C. Cargle, K. Cargle, Carter, Dowling, Edwards, Flowers, Giles
                                      Counsel for (print names of all parties)
                                      P.O. Box 301501
                                      Montgomery, AL 36130
                                      Address, City, State Zip Code
                                      334-353-3881
                                      Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN _____ DIVISION

RICHARD WAYNE WRIGHT #187140
_____,  )
                                       )
            Plaintiff,                 )
                                       )
v.                                     )   CASE NO. 2:06-CV-863-WKW
                                       )   _____
RICHARD ALLEN, et al.                  )
_____,  )
                                       )
            Defendants,                )

## CONFLICT DISCLOSURE STATEMENT

    COMES NOW Daniel Rieben _____, a Defendant _____ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓]  This party is an individual, or

[ ]  This party is a governmental entity, or

[ ]  There are no entities to be reported, or

[ ]  The following entities and their relationship to the party are hereby reported:

Reportable Entity                    Relationship to Party

_____             _____

_____             _____

_____             _____


12/17/2007                           /s/ Tara S. Knee
_____             _____
       Date                          (Signature)

                                     Tara S. Knee
                                     _____
                                     (Counsel's Name)

                                     Abercrombie, Alexandra, Allen, L. Brown, R. Brown, Bruton, C. Cargle, K. Cargle, Carter, Dowling, Edwards, Flowers, Giles
                                     _____
                                     Counsel for (print names of all parties)
                                     P.O. Box 301501
                                     _____
                                     Montgomery, AL 36130
                                     _____
                                     Address, City, State Zip Code
                                     334-353-3881
                                     _____
                                     Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u>_____ DIVISION

RICHARD WAYNE WRIGHT #187140
_____,  )
                                    )
         Plaintiff,                 )
                                    )
v.                                  )   CASE NO. <u>2:06-CV-863-WKW</u>
                                    )
RICHARD ALLEN, et al.               )
_____,  )
                                    )
         Defendants,                )

### <u>CONFLICT DISCLOSURE STATEMENT</u>

COMES NOW <u>Bob Riley</u>_____, a <u>Defendant</u>_____ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>                    <u>Relationship to Party</u>

_____          _____

_____          _____

_____          _____


<u>12/17/2007</u>                          <u>/s/ Tara S. Knee</u>
        Date                          (Signature)

                                      # Tara S. Knee
                                      (Counsel's Name)

                                      Abercrombie, Alexandria, Allen, L. Brown, R. Brown, Bruton, C. Cargle, K. Cargle, Carter, Dowling, Edwards, Flowers, Giles

                                      Counsel for (print names of all parties)
                                      P.O. Box 301501
                                      Montgomery, AL 36130
                                      Address, City, State Zip Code
                                      334-353-3881
                                      Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u>            DIVISION

RICHARD WAYNE WRIGHT #187140
_____,    )
                                     )
        Plaintiff,                   )
                                     )
v.                                   )    CASE NO. <u>2:06-CV-863-WKW</u>
                                     )
RICHARD ALLEN, et al.                )
_____,    )
                                     )
        Defendants,                  )

## <u>CONFLICT DISCLOSURE STATEMENT</u>

COMES NOW <u>Michael Smith</u>, a <u>Defendant</u> in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓]  This party is an individual, or

[ ]  This party is a governmental entity, or

[ ]  There are no entities to be reported, or

[ ]  The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>                    <u>Relationship to Party</u>

_____          _____

_____          _____

_____          _____

<u>12/17/2007</u>                        <u>/s/ Tara S. Knee</u>
        Date                          (Signature)
                                      **Tara S. Knee**
                                      (Counsel's Name)

Abercrombie, Alexandra, Allen, L. Brown, R. Brown, Bruton, C. Cargle, K. Cargle, Carter, Dowling, Edwards, Flowers, Giles
_____
Counsel for (print names of all parties)
P.O. Box 301501
_____
Montgomery, AL 36130
Address, City, State Zip Code
334-353-3881
_____
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u> DIVISION

RICHARD WAYNE WRIGHT #187140 )
                                )
    Plaintiff,                )
                                )
v.                              )    CASE NO. <u>2:06-CV-863-WKW</u>
                                )
RICHARD ALLEN, et al.           )
                                )
    Defendants,               )

## <u>CONFLICT DISCLOSURE STATEMENT</u>

    COMES NOW <u>Mary Taylor</u>, a <u>Defendant</u> in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☑ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>                        <u>Relationship to Party</u>

| | |
| --- | --- |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

<u>12/17/2007</u>                  /s/ Tara S. Knee
Date                       (Signature)

**Tara S. Knee**
(Counsel's Name)

Abercrombie, Alexandra, Allen, L. Brown, R. Brown, Bruton, C. Cargile, K. Cargile, Carter, Dowling, Edwards, Flowers, Giles

Counsel for (print names of all parties)
P.O. Box 301501
Montgomery, AL 36130
Address, City, State Zip Code
334-353-3881
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u> DIVISION

RICHARD WAYNE WRIGHT #187140

       Plaintiff,

v.                                    CASE NO. <u>2:06-CV-863-WKW</u>

RICHARD ALLEN, et al.

       Defendants,

## <u>CONFLICT DISCLOSURE STATEMENT</u>

COMES NOW <u>Steve Walker</u>, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| <u>Reportable Entity</u> | <u>Relationship to Party</u> |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

<u>12/17/2007</u>
Date

/s/ Tara S. Knee
(Signature)

**Tara S. Knee**
(Counsel's Name)

Abercrombie, Alexandria, Allen, L. Brown, R. Brown, Bryton, C. Cargle, K. Cargle, Carter, Dowling, Edwards, Flowers, Giles

Counsel for (print names of all parties)
P.O. Box 301501

Montgomery, AL 36130
Address, City, State Zip Code
334-353-3881

Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN _____ DIVISION

## CERTIFICATE OF SERVICE

I, Tara S. Knee _____, do hereby Certify that a true and correct copy
of the foregoing has been furnished by US Mail, CM/ECF _____(manner of service,
i.e., U.S. Mail, electronic mail, etc.) on this 17th  day of December _____ 20 07, to:

| | |
|---|---|
| Inmate Richard Wayne Wright | William R. Lunsford, Esq. |
| AIS # 187140 | Maynard, Cooper & Gale |
| Easterling Correctional Facility | |
| 200 Wallace Drive | |
| Clio, AL 36017 | |

12/17/2007 _____          /s/ Tara S. Knee _____
          Date                                Signature