IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RICHARD WAYNE WRIGHT, SR., )
)
Plaintiff, )
)
v. ) CASE NO. 2:06-CV-863-WKW-CSC
)
RICHARD ALLEN, et al., )
)
Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Prison Health Services, Inc., a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☒ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| America Service Group, Inc. | Parent Company |
| Correctional Health Services, Inc. | Subsidiary of Same Parent Company |

12/21/2007
Date

/s/ William R. Lunsford
(Signature)

William R. Lunsford
(Counsel's Name)

**Medical Defendants**
Counsel for (print names of all parties)

655 Gallatin Street, Huntsville, AL 35801
Address, City, State Zip Code

(256) 551-0171
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RICHARD WAYNE WRIGHT, SR.,

    Plaintiff,

v.    CASE NO. 2:06-CV-863-WKW-CSC

RICHARD ALLEN, et al.,

    Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW TAHIR SIDDIQ, MD, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |

12/21/2007
Date

/s/ William R. Lunsford
(Signature)

William R. Lunsford
(Counsel's Name)

**Medical Defendants**
Counsel for (print names of all parties)

655 Gallatin Street, Huntsville, AL 35801
Address, City, State Zip Code

(256) 551-0171
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RICHARD WAYNE WRIGHT, SR.,

    Plaintiff,

v.

RICHARD ALLEN, et al.,

    Defendants,

CASE NO. 2:06-CV-863-WKW-CSC

### CONFLICT DISCLOSURE STATEMENT

COMES NOW SAMUEL RAYAPATI, MD, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |

12/21/2007
Date

/s/ William R. Lunsford
(Signature)

William R. Lunsford
(Counsel's Name)

**Medical Defendants**
Counsel for (print names of all parties)

655 Gallatin Street, Huntsville, AL 35801
Address, City, State Zip Code

(256) 551-0171
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

RICHARD WAYNE WRIGHT, SR. )
_____, )
  )
  Plaintiff, )
  )
v. ) CASE NO. 2:06-CV-863-WKW-CSC
  ) _____
RICHARD ALLEN, et al. )
_____, )
  )
  Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW __ROBERT BARNES, MD__, a  Defendant  in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                      Relationship to Party
_____                _____
_____                _____
_____                _____

12/21/2007                             /s/ William R. Lunsford
_____                             _____
  Date                                 (Signature)
                                       William R. Lunsford
                                       _____
                                       (Counsel's Name)
                                       **Medical Defendants**
                                       _____
                                       Counsel for (print names of all parties)
                                       655 Gallatin Street, Huntsville, AL 35801
                                       _____
                                       Address, City, State Zip Code
                                       (256) 551-0171
                                       _____
                                       Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RICHARD WAYNE WRIGHT, SR.,

Plaintiff,

v.  CASE NO. 2:06-CV-863-WKW-CSC

RICHARD ALLEN, et al.,

Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW NETTIE BURKS, RN, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |

12/21/2007
Date

/s/ William R. Lunsford
(Signature)

William R. Lunsford
(Counsel's Name)

**Medical Defendants**
Counsel for (print names of all parties)

655 Gallatin Street, Huntsville, AL 35801
Address, City, State Zip Code

(256) 551-0171
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RICHARD WAYNE WRIGHT, SR.,

    Plaintiff,

v.    CASE NO. 2:06-CV-863-WKW-CSC

RICHARD ALLEN, et al.,

    Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW VICTORIA YOUNG, RN, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |

12/21/2007
Date

/s/ William R. Lunsford
(Signature)

William R. Lunsford
(Counsel's Name)

**Medical Defendants**
Counsel for (print names of all parties)

655 Gallatin Street, Huntsville, AL 35801
Address, City, State Zip Code

(256) 551-0171
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RICHARD WAYNE WRIGHT, SR., | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:06-CV-863-WKW-CSC |
| RICHARD ALLEN, et al., | ) | |
| Defendants, | ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW CELESTE HUNTER, LPN, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- ☑ This party is an individual, or
- ☐ This party is a governmental entity, or
- ☐ There are no entities to be reported, or
- ☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |
| | |

12/21/2007
Date

/s/ William R. Lunsford
(Signature)

William R. Lunsford
(Counsel's Name)

Medical Defendants
Counsel for (print names of all parties)

655 Gallatin Street, Huntsville, AL 35801
Address, City, State Zip Code

(256) 551-0171
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RICHARD WAYNE WRIGHT, SR.,

    Plaintiff,

v.      CASE NO. 2:06-CV-863-WKW-CSC

RICHARD ALLEN, et al.,

    Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW ANTHONETTE MARSH, LPN, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |

12/21/2007
Date

/s/ William R. Lunsford
(Signature)

William R. Lunsford
(Counsel's Name)

Medical Defendants
Counsel for (print names of all parties)

655 Gallatin Street, Huntsville, AL 35801
Address, City, State Zip Code

(256) 551-0171
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

## CERTIFICATE OF SERVICE

I, William R. Lunsford, do hereby Certify that a true and correct copy of the foregoing has been furnished by US Mail / CM/ECF (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 21st day of December 20 07, to:

Richard Wayne Wright, Sr., AIS # 187140

Easterling Correctional Facility, 200 Wallace Drive, Clio, AL 36017-2615

Tara Knee, Department of Corrections

P.O. Box 301501, 301 Ripley Street

Montgomery, AL 36130

12/21/2007                                   /s/ William R. Lunsford
Date                                         Signature