IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., <br> (AIS # 187140) <br><br> Plaintiff, <br><br> vs. <br><br> RICHARD ALLEN; et al. <br><br> Defendants. | § <br> § <br> § <br> § <br> § <br> § CIVIL ACTION NO. <br> § 2:06-cv-00863-WKW-CSC <br> § <br> § <br> § |

## NOTICE OF APPEARANCE

COMES NOW Paul M. James, Jr., and does hereby give his notice of appearance as counsel of record for Defendants, Prison Health Services, Inc., Dr. Samuel Rayapati, Dr. Tahir Siddiq, Dr. Barnes, Nettie Burks, HAS, Nurse Young, R.N., C. Hunter, R.N., and A. Marsh, L.P.N., in the above-referenced case.

Please direct copies of all future correspondence, orders, and pleadings to the undersigned.

/s/ PAUL M. JAMES, JR. (JAM017)
Attorney for Defendants,
Prison Health Services, Inc., Dr. Samuel Rayapati, Dr. Tahir Siddiq, Dr. Barnes, Nettie Burks, HAS, Nurse Young, R.N., C. Hunter, R.N., and A. Marsh, L.P.N

OF COUNSEL:

RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
P. O. Box 270
Montgomery, AL  36101-0270
(334) 206-3148
(334) 481-0817 (fax)

## CERTIFICATE OF SERVICE

 I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 27th day of May, 2008, to:

  Mr. Richard Wayne Wright, Sr. (AIS # 187140)
  Easterling Correctional Facility
  200 Wallace Drive
  Clio, AL  36017

 The Clerk of Court, using the CM/ECF system will send notification of this filing to the following:

  Tara S. Knee, Esq.
  ALABAMA DEPARTMENT OF CORRECTIONS
  P. O. Box 301501
  Montgomery, AL  36130-1501

  William R. Lunsford, Esq.
  MAYNARD, COOPER & GALE, P.C.
  655 Gallatin Street
  Huntsville, AL  35801

          /s/ PAUL M. JAMES, JR. (JAM017)
          OF COUNSEL