IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

Richard Wayne Wright, Sr. Bey,
Plaintiff, Pro-Se.,
 -vs-
Sylvester Nettles, et.al.,
Defendants.

Civil Action No.
2:06-CV-863-WKW-CSC

## Notice of Change of Address

Comes Now, Plaintiff, Pro-Se., Richard Wayne Wright Sr. Bey in the above style cause through and by Elmore Correctional Facility Law Library and properly informs the Court of Change of Address as Following:

| New Address | Old Address |
|---|---|
| Richard W. Wright, Sr. Bey | Richard W. Wright Sr. Bey |
| A.I.S. # 187140 | A.I.S. # 187140 |
| Elmore Correctional Facility | Easterling Correctional Facility |
| Dorm C-1 Bed 55-B | Dorm C-2 Bed 53-B |
| Post Office Box #8 | |

Page 1 of

| New Address | Old Address |
|---|---|
| Elmore, Alabama 36025 | 200 Wallace Drive |
| | Clio, Alabama 36017 |

May this Notice be properly Filed by this Honorable Court and/or Clerk.

Done this the 4th day of May 2008.

Respectfully Submitted,

*Richard W. Wright Sr. Bey*

Richard W. Wright Sr. Bey #187140

Plaintiff, Pro. Se.

## Certificate of Service

This is to Certify that I Richard Wayne Wright Sr. Bey, Pro-Se am the Petitioner in the above encaptioned notice of Change of Address" Sent to the Clerk of this Honorable Court. Petitioner Wright Bey ask that the Court and/or Clerk Forward the Front Page of this 'Notice' labeled "Plain-

Page 2 of

tiff Copy" to petitioner after it has been Clock Stamp by this Honorable Court and/or Clerk. Petitioner has sent a Copy of this "Notice of Change of address" to to the Defendant's Counselors per inmate Free legal mail Service and properly address as Follows:

    William R. Lunsford
    Balch & Bingham LLP
    Post Office Box 18668
    Huntsville, Ala. 35804-8668

———————————

    Tara Knee
    Department of Corrections
    Post office Box 301501
    301 Ripley Street

I Further Certify that this notice of Change of address has been mailed to the Clerk of this Honorable Court with postage prepaid and properly addressed.

    Done this on the 4th day

OF May, 2008.

    Respectfully Submitted,

    _Richard W. Wright Sr. Bey_
    Richard W. Wright Sr. Bey  187140
    Elmore Correctional Facility
    Dorm C-1 Bed 55-B
    Post Office Box #8
    Elmore Alabama 36025