IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **RICHARD WAYNE WRIGHT, SR.,** )<br>)<br>**Plaintiff,** )<br>)<br>**v.** )<br>)<br>**RICHARD ALLEN,** *et al.*, )<br>)<br>**Defendants.** ) | **CIVIL ACTION NO.**<br>**2:06-CV-863-WKW-CSC** |

**MOTION TO WITHDRAW**

William R. Lunsford of Maynard, Cooper & Gale, P.C. respectfully requests this Court to hereby permit him to withdraw as counsel of record for Defendants Prison Health Services, Inc., Samuel Rayapati, M.D., Tahir Siddiq, Prison Health Service Insurer, Dr. Barns, Nettie Burks, Nurse Young, C. Hunter and A. Marsh ("Defendants"). Defendants and undersigned counsel have agreed that Defendants will retain new counsel and new counsel has submitted his Notice of Appearance as of this date.

For the foregoing reason, undersigned counsel respectfully requests this Court to allow William R. Lunsford of the law firm of Maynard, Cooper & Gale, P.C. to withdraw from further representation of Defendants in the above-styled civil action.

Respectfully submitted on this the 28th day of May, 2008.

/s/ William R. Lunsford
*One of the Attorneys for Prison Health Services, Inc., Samuel Rayapati, M.D., Tahir Siddiq, Prison Health Service Insurer, Dr. Barns, Nettie Burks, Nurse Young, C. Hunter and A. Marsh*

William R. Lunsford
MAYNARD, COOPER & GALE, P.C.
Post Office Box 18668
Huntsville, AL 35804-8668
Telephone: (256) 551-0171
Facsimile: (256) 512-0119

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected by email to the CM/ECF participants or by postage prepaid first class mail to the following this the 28th day of May, 2008:

Richard Wayne Wright, Sr.
AIS 187140
Easterling Correctional Facility
200 Wallace Drive
Clio, AL 36017

Tara Smelley Knee
Alabama Department of Corrections
Legal Division
PO Box 301501
Montgomery, AL 36130

Paul McGee James, Jr.
Rushton Stakely Johnston & Garrett PC
PO Box 270
Montgomery, AL 36101-0270

/s/ William R. Lunsford
Of Counsel