**IN THE UNITED STATES DISTRICT COURT FOR**
**THE MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **RICHARD WAYNE WRIGHT,** | ) | |
| **AIS# 187140,** | ) | |
| | ) | |
| **v.** | ) | **Case No.:   2:06-CV-00863-WKW-CSC** |
| | ) | |
| **RICHARD ALLEN, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**NOTICE OF WITHDRAWAL OF COUNSEL**

COMES NOW Tara S. Knee and withdraws her name as counsel of record for Defendants Richard Allen, A. Patterson, Camella Cargle, Carolyn Abercrombie, Chief Steward Livingston, G. Richardson, John Dowling, Kenneth Cargle, Larry Monk, Levy Richardson, Linda Brown, Lt. Edwards, Ofc. Alexandra, R. Pittman, Mark Burton, Mary Taylor, Darrell Parker, David Pullom, Roosevelt Brown, Sharon Holland, Sherwin Carter, Carolyn Longmire, Steve Walker, Bob Riley, J.C. Giles, Daniel Rieben, Dorothy Flowers, terry Person, and Michael Smith on the grounds that she is no longer employed by the Alabama Department of Corrections, and that Kim T. Thomas, Esq. will continue to represent said Defendants.

Therefore, no further notices regarding this case need to be sent to Tara S. Knee.

Respectfully submitted this the 25th day of August 2008.

s/ Tara S. Knee
TARA S. KNEE                    (KNE003)

OF COUNSEL:
ALABAMA STATE PERSONNEL DEPARTMENT
Folsom Administrative Building
64 N. Union Street, Suite 316
Montgomery, Alabama 36130
Telephone:    (334) 353-0046
Facsimile:    (334) 353-4481
Email:        Tara.Knee@personnel.alabama.gov

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon the following by placing same in the United States Mail, first class postage prepaid, and properly addressed on August 25, 2008:

Paul M. James, Jr., Esq.
Rushton, Stakely, Johnston & Garrett P.C.
Post office Box 270
Montgomery, Alabama 36101-0270

William R. Lunsford, Esq.
Maynard, Cooper & Gale, P.C.
655 Gallatin Street
Huntsville, Alabama 35801

Richard Wayne Wright
AIS # 187140
Elmore Correctional Facility
Post Office Box 8
Elmore, Alabama 36025


s/ Tara S. Knee
OF COUNSEL