IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., AIS #187140, | ) ) ) |
| Plaintiff, | ) ) |
| v. | )   CIVIL ACTION NO. 2:06-CV-863-WKW ) |
| RICHARD ALLEN, et al., | ) ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon review of the document filed by Tara S. Knee on August 25, 2008 (Court Doc. No. 74), which the court construes as a motion to withdraw as counsel for the correctional defendants, and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 25th day of August, 2008.

                                                  /s/ Charles S. Coody
                                                CHARLES S. COODY
                                                UNITED STATES MAGISTRATE JUDGE