IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., ) | |
| AIS #187140, ) | |
|   ) | |
|   Plaintiff, ) | |
|   ) | |
| v. ) | CIVIL ACTION NO. 2:06-CV-863-WKW |
|   ) | |
| RICHARD ALLEN, et al., ) | |
|   ) | |
|   Defendants. ) | |

**ORDER ON MOTION**

Upon review of the document filed on August 25, 2008 (Court Doc. No. 74), which the court construes to contain a motion to substitute counsel, and as Kim T. Thomas has not made a notice of appearance nor requested such action, it is

ORDERED that this motion be and is hereby DENIED.

Done this 25th day of August, 2008.

                           /s/ Charles S. Coody
                           CHARLES S. COODY
                           UNITED STATES MAGISTRATE JUDGE