IN THE DISTRICT COURT OF THE UNITED
STATES FOR THE MIDDLE DISTRICT OF
ALABAMA, NORTHERN DIVISION

Richard Wayne Wright Sr. Bey, *
Plaintiff, Pro Se, *
A.I.S # 187140 * Civil Action No.
- VS - * 2:06-CV-863-WKW
Richard Allen, et.al., *
Defendants. *

Motion For Temporary/Emergency
Injunction For A Restraining
Order Implimented By This Court
UPON Alabama Department OF
Corrections Named Officials

Comes Now Plaintiff Richard
Wayne Wright Sr Bey A.I.S. #187140,
Pro-Se, in the above style Cause,
Plaintiff Wright Sr. Bey is presently
incarcerated at Elmore Correctional
Facility/Center, Post Office Box #
8, Elmore, Alabama 36025.
        Plaintiff Wright Sr. Bey has
requested a protection order against
the agents of the Department of Corr-
ection officials whom have join in
with Mental Health service, to threath
(M.M.) ~~...~~ (M.M.)

Page 1 OF

intimidate, Coerce him into Fear, so that Plaintiff Wright Bey Will cease to address the Complaints against said agents/officials of the Alabama Department of Corrections.

I had hoped these or the included prison officials in Richard Wayne Wright Sr. Bey -VS- Sylvester Nettles, et. al. (Civil Action No. 2:05-CV-00439-WHA), Would stop the retaliation, the threats, the acts of intimidation, but they won't, now people/prison officials, people akin Working through Ala. D.O.C. or hired by Prison Health Service (P.H.S.)/Correctional Medical Services (C.M.S.), Mental Health Management and/or associates are joining in on this and these physical assaults and mental agony/pain with the Struggles that precedes death and intense emotional Stress.

Captain Moore (Willie)(cos. I)(BIM) (Warden I), Warden ~~Goodson~~ Patricia (RWH) Hood (Warden II)(BIF) and Warden Willie Thomas (Warden III)(BIM) all are participating in the present danger (of death) I'm Face with. Allowing Mr. Sean Thomas (psychologist associate) to Scene' (causing inmate as myself grave-distress)(using his education in psychology to effect my emotional behavior

Page 2 of

mental processes.

On July 17, 2008 I met with Mr. Thomas, Mr. Wayne Smith (~~and Dr. Banerjee~~ RWW) but Mr. Smith did most of the talking. I ask why was Mr. Thomas in here and I told Mr. Smith that I did not care to talk with Mr. Thomas because Mr. Thomas had got with Ms. Estes (Classification Specialist assign to inmate's last name of 'W's') insinuating on July 23rd 2008 I had told Ms. Estes (which Ms. Estes were not in the meeting with me, Mr. Thomas, (~~and~~ RWW) Dr. Banerjee, and Nurse Bene-Feild on July 18, 2008.) I ~~have~~ RWW said I were going to kill some body. I'm not certain as of tonight '8/17/08' why Warden Thomas allowed Mr. Sean Thomas, @ Lt. McKee to placed me in the shift office lobby (~~that's~~ RWW) take my legal ~~work~~ papers restricting me to only One hundred (100) to approximately One-hundred and Fifty (150) papers which Sgt. Clemons under the (supervision of Lt. McKee) only allowed me the limited amount of paper work (court documents). I later discovered several things missing out of my property, stamps, radio with head phones, (~~as~~ RWW) pertinent Exhibits

Page 3 of

need to substantiate my claims of
said constitutional violations in present
'live' (cases I'm presently addressing
the Courts of Appeals (Eleventh Circuit))
(civil) Richard Wayne Wright Sr. Bey -VS-
Sylvester Nettles, et. al. (Civil Action No.
2:05-CV-439-WO)), Cases (Richard Wayne
Wright Sr. Bey -VS- Richard Allen, et. al.
(Civil Action No. 2:06-CV-836-WKW-WO)).
These officials here at Elmore Correctional
Facility are known for violating inmates
as described in plaintiff's affidavits.
See Exhibit AA, - incident described in part ⊗ RWW
(~~Exhibit~~ RWW) concerning officer Stoudemire
(Lisa) (CoI) (BlF) and Captain Willie Moore
(Cos II) (BlM) (Warden I). I'm not sure 'who'
(as of tonight 8/17/08) authorize Captain
Moore on July 13, 2008 to wavie the
requirement's / standards of the American
Corrections Association (ACA) and the
Department of Justice (DOJ) to get /
afford me and inmate Clinton Myhand a
body chart, on July 13, 2008 after being
assaulted by officer L. Stoudemire (CoI).
(BlF). (See Exhibit AA pages 1) and (2)).

   Plaintiff made a statement written and oral
(see writ statement) but Sgt. Willie Burks (CoII)
(BlM) was the hearing officer and waive
              Page 4 of

one of my Wittnesses 'Cadet Panye' (B1F).
I did mention to Sgt. Burks (Co.II) (B1m)
through and By inmate Wright Bey state-
ment the danger I Faced here remaining
in the proximity of the name prison
Officials therein. (See Exhibit (BB)).
Sgt. Burks Failed to properly notify his
Superior officer / Supervisor namely Warden
Hood (Warden II) or Warden Thomas (Warden III)
Either Sgt. Burks notified them. or
he Followed the pursuit of Lt. Person
Whom also sat in on the hearing with
Ofc. Stoudemire and did nothing to stop
the disciplinary hearing due to due process
Violation and did nothing to ensure the
'Wardens' Ms. Hood or Mr. Thomas ar properly
notified of my statement. (see Exhibit BB)).
The Civil Suit against Sgt. Burk Step-
mother and Lt. Person Sister - Terry Person
and Nettie Burks Contribute to 'their'
Malicious overview. Civil Case No. 2:05-
CV-439-WO Richard Wayne Wright Sr. Bey
-VS- Sylvester Nettles, et.al.
     Plaintiff has major Concerns and
Warden Thomas and Warden hood (should also)
Concerning inmates housed here at Elmore
Correctional Facility. (E.C.F.) Where in we
do not have ready access to health Care

Page 5 of

Personel / nurse(s) on staff to handle (things) medical emergencies, body chart, etc. The Closes medical staff station is located approximately (3/4) to (1) mile down the road at Staton Correctional Facility (S.C.F.) Plaintiff Wright Bey is already aware defendants - D.O.C. officials and their agents motives to keep plaintiff in harms way. Plaintiff has learn from personal experience being sent to Bullock Public Hospital after I was assault by Sgt. Carter and ofc. Brown and Ventress Correctional Facility (V.C.F.) like I told Warden Giles (J.C.), Warden Parker, and Captain Monk "I don't have nothing personal against them individually or officially". I have no dislikes concerning individuals (part of) organization such as Masons, Shriners, Easterling Stars, etc. because me myself is a (part of) Universal Life Church (U.L.C) out of California and Moorish Science Temple of America (M.A.).

Plaintiff was seen ~~toy~~ by the Doctor hired by Prison Health Service ↑D.O.C. Dr. Siddiq at Bullock Public / County Hospital. Plaintiff has been kept in this area to ensure when plaintiff faces or obtain defendants life threaten blow Dr. Siddiq (will tod

Page 6 of

again diagnosis any injuries I incur to the bare minimum. Warden W. Thomas has allowed my complaint and the complaint of my family to amount too no complaints at all. IF I an seriously injured by the prison official again, chances are if Captain W. Moore (Cos. II)(B/M) is able to perform and execute his threat upon my Life (which he refered to me "getting my one-hundred (100)"-(See Exhibit (AA))). I am convince any injuries I incur from prison officials (sgt. Burk, Lt. Person, etc) that are serious and could result in death will be seen (as it was from the injuries I receive when assaulted by sgt. S. Carter and ofc. R. Brown on November 23, 2005) and was seen by Dr. Siddiq (M.D.) which is also employeed by Ala. Dept of Cotr. / Prison Health Services (P.Hs)/ Corrections Medical RWW on Services (C.M.S.) and did recommend to the Nurses staff at Bullock Public Hospital to perform only certain x-rays on my back. The nurses discuss amongst me puzzling questions (as to) why the RWW Doctor Dr. Siddiq did not order certain x-rays of this patient (refering to plaintiff Wright Bey). Once Dr. Siddiq arrived I did realize and stated it to one of the Male Nurses that "I know why RWW the Doctor order certain x-rays be-

Page 7 of

Cause Dr. Siddiq. is on and a part of my Civil @ Suit ((Richard Wayne Wright st. Bey - VS - Sylvester Nettles. et.al.) Civil Action No. 2:05-CV-439-N-WO.))

It is now obvious to me any incur inquiries from prison officials, Dr. Siddiq or any hired physician through or by Ala. Dept of Corr. will be sent to the hospital (in this area) to falsely diagnosis and minimize any and/or all injuries I have (for penology interest), Defendants agents, associates and family relatives hired through the (A.D.O.C.) (Prison Health Services (P.H.S.) / Corrections medical Service (CMS) / Mental Health Services - Management, etc.) or directly by Ala. Dept. of Corr. Whom has interest in securing their Job's (financial stability) and/or protecting their relatives properties (namely income from job).

Plaintiff Wright Bey is well aware of the intention of defendant's Louis Boyd (Warden III) at Easterling Correctional Facility and Sherry Seals now titled as Classification Supervisor at Easterling (E.C.F.) Which both Mr. Boyd and Mrs. Seals were and are a part of plaintiffs Law suit (§1983) (Richard W Wright sr Bey VS - Sylvester Nettles. et. al Civil Action No. 2:05-CV-439-N-WO.) and allow and designed the Form allegeing I had Com-

Page 8 OF

Complete brick masonry May. 31, 2008 when
in Fact plaintiff only completed one quarter
From March until May 2008 and requested
plaintiff be sent to Elmore Corr. Fac. (E.C.F)
or D.O. Davis (said) honor a campa. It's pretty
obvious (now) that or why defendants arrange
me to come here to allow these Four disci-
plinarys to be Fabercaited and approved with
the aid of Lt. Person and Sgt. Burks Supervision
and Warden Hood approval and disregard and/
or allowed plaintiff Wright Bey and inmate
Clinton Myhand to be assaulted (the night
Captain W. Moore was on duty) by officer Lisa
St oudemire (C.O.I.)(BLF). See Exhibit (AA) - -
titled Affidavit of Richard Wayne Wright, Sr.
Bey 7/14/2008.) Captain Moore ~~dasig~~ made
the decision to waive me and inmate Myhand
right to a body chart. R.W.W Captain Moore even
refused to let the nurse see us whom came/
comes From staton Correctional Facility (down
the road From Elmore(E.C.F) to serve inmates
housed at Elmore (E.C.F) their medication (during
pill call which only allows inmates only Five
minutes to get in the pill call line if its
missed at that time inmate(s) are denied
their prescribed medication by the officer
assigned to over see inmates properly take
their pills before leaving the pill call window
Page 9 of

area.

Defendant's agents have gone so far (here at Elmore (E.C.F.)) in (right RWW) Writing Faberciated Rules Violation to follow through with Mrs. Sherry Seals initial designed plan to get plaintiff Wright Bey moved to RWW level Five institution where inmate's may take a brive (money, institutional Favors, drugs, etc.) to physically harm plaintiff. Because the three (3) past occations plaintiff Face an attack at the hands of other inmates and was not harm (to death). Plaintiff Wright Bey only received disciplinary and negative reports enclosed in his institutional Files When Assualty by inmate Samuel Jones White male at Kilby Correctional Facility on or about Feb 2002; assualted by Walton Solmon White male at Bullock prison under Supervision of Lt. Babers, Warden L. Boyd, Warden Arnold Holt, and control designer Captain Sylvester Nettles. Now Lt. Person here at Elmore along With Sgt. Burks are incouraging RWW Incouraging the officials under their Supervision to write and fabercicte information on disciplinary infractions totally ignoring even plaintiff Wright's immediate family petitions and phone calls to insure plaintiff WrightBey safety.

Page 10 of

Warden Hood Knows, Warden Thomas Knows, Captain W. Moore Knows and Prison Commissioner Richard Allen Knows the danger I'm placed in. One of these officials has told and Authorize Miss Cooper (said) mail Clerk to intercept my incoming mail as well as a written me R.V.W a disciplinary infraction restricting me to put one legal mail in the box at one time once a week. The Courts has instructed me by order to serve all defendants Attorneys with copies of any and all papers I serve the Court's. Alabama Department of Correction goes on and on with officials whom seeks to interfer with plaintiff Wright Bey Court proceedures. Plaintiff wonders at what incident will this Court stop these defendants and/or agents malicious and illegal Course of Actions and Acts. Plaintiff is waiting for the reclass team to step in now, that they have written a substantial amount of disciplinary infraction approximately Five (5) since the First one they started with officer Lisa Stoudemire and (hearing officer) Sgt. Willie M. Burks III on and there after the assault of ofc. Stoudemire on July 13, 2008. Plaintiff has mention early in the motion Captain Moore Failure

Page 11 of

to adhere to Ala Dept. of Corr. Administrative Regulation's Controlling and issueing body Charts and nurses on staff For immediate emergency. I'm am puzzled whom has given Warden Thomas and his security Staff (Warden Hood and Captain Moore) the permission to operate the prison without 24 hour nurses on staff leaving ~~Cos~~ (RWW) ~~sign~~ (RWW) Correctional officers to handle medical emergencies, and transport injured inmates on a Van to staton Prison about a mile down the road, Placing inmate Wright Bey in these Conditions under these Circumstances of safety hazards.

Plaintiff Wright Bey is more Concern With Mr Sean Thomas design whom Functions as a psychologist assisaciate breaching ~~Confidential~~ Confidentiality between Dr. Banerjee and inmate Wright, then including Mr. Wayne Smith to join in with Ms Estes (Classification specialist) making False accuation at one place then among other(s) and other meeting places denied every making such statements or meetings.

Who gave Warden Thomas Authorization to expose plaintiff Wright Bey on June 19th, 20th 2008 to raditions treatment and Heptitisus (~~patitions~~ Patient RWW) at Staton Correctional Facility isolation Unit

Page 12 oF

## Conclusions

Plaintiff Wright Bey hopes this Court Will Follow the Judgement of the United States Supreme Court Subspot at a meager level to uphold the United States Constitution, uphold the department of Justice, standards and the American Corrections Association Regulation Governing Prison like Elmore, to prevent a continuation of violations of human dignity as plaintiff Faced and Faces.

If this motion is not in its proper form plaintiff prayers are this Honorable Court Will Construed it into its proper form.

(See also Exhibits CC and DD; CC-Affidavit - June 18, 2008 Wednesday). DD-Affidavit - July 11, 2008 Friday). and (See Exhibit EE and FF; EE- Mr Gray Alexander Affidavit; FF- Mr. Patrick Bradham Affidavit).

Warden Hood and Warden Thomas are allowing me to remain in the dangerous Conditions. (See Exhibit GG; GG- Affidavit of Richard Wayne Wright Jr. Bey 8/6/08).

Under penalty and parjury I do declare the above mention information is true and Correct.

Done this the 21st day of August, 2008.    Respectfully Submitted

Richl W. Wright Jr Bey

Page 13 of 14

## Certificate of Service

This is to Certify that I Richard Wayne Wright Sr. Bey, Pro-se am the Petitioner in the above encaptioned motion "Motion For Temporary & Emergency Injunction For A Restraining Order Implimented By This Court Upon Alabama Department Of Corrections. Named officials and sent a Copy of this motion to the Clerk of this Honorable Court, Plaintiff Wright Bey is only able to provide one postal stamp and hopes the proper official Ms. Cooper (mail Clerk) will Furnition the remaining postal need to mail this envirlope to the propective place. I Further Certify that I have also mail Defendants Attorney's Copies of this said motion through inmate Free legal mail service and properly address as Follows:

William R Lunsford          Tara Knee
Balch & Bingham LLP         Department Of Corrections
Post Office Box 18668       Post Office Box 301501
Huntsville, Ala 35804-8668  301 Ripley Street
                            Montgomery, Ala 36130

I Further Certify this motion was placed in the United States mail box with prepaid postage to be supplied by proper official on August 21, 2008.

Respectfully Submitted

Richard Wright Sr. Bey

Page 14 of 14

Richard Wayne Wright Sr.
Elmore Correctional Facility
Dorm C-1 / 26-B
Post Office Box #8
Elmore Alabama 36025



(needs add
posta

United States Middle Distri
Northern Division
Office of the Clerk
Post Office Box 711
Montgomery, Alabama 36101-0711

STATE OF ALABAMA)

COUNTY OF ELMORE)

*Richard W. Wright Sr. Bey*
*28 USC §1746*

## AFFIDAVIT OF RICHARD WAYNE WRIGHT, SR. BEY  7/14/2008

BEFORE ME, _____, a Notary public in and for

said County and State of Alabama at Large, personally appeared RICHARD WAYNE

WRIGHT, SR. BEY, A.I.S. # 187140 who being known to me and being by me first duly

confirms, desposes and says under oath as follows:

My name is RICHARD WAYNE WRIGHT, SR. BEY A.I.S.# 187140. I am presently

incarcerated at Elmore Correctional Facility, Dorm C-1 Bed 26-B; Post Office

Box # 8; Elmore, Alabama 36025. I am over the age of twenty-one (21) years. I

am personally familiarwith all the facts set forth in this Affidavit.

On July 13, 2008 third (3rd) shift Sunday Night at Count time inmate Clinton

Myhand A.I.S.# 164380, was laying in the assigned bed talking to inmate Anthony

Colemon A.I.S.# 237703 on Bed 14-B and 14-A. Officer ~~Studemyer~~ *R.W.W* *Stoudemire* (Co.I) (B/F)

with the cadet(s) counted once prior to this incident and approximately thirty

(30) minutes later officer S.Ness (Co.I) (W/M) started counting again with the

cadet(s). I observed Officer ~~Studemyer~~ *R.W.W Stoudemire* looking down this alley I sleep on. I

looked around at my surrounding while Ofc. ~~Studemyer~~ *R.W.W Stoudemire* left the area where she

was standing and started walking down the alley as she pull out her stick

so I observed her more closer. Ofc. ~~Studemyer~~ *R.W.W Stoudemire* along with ~~the~~ Cadets *R.W.W,*

followed her to Inmate Clinton Myhand assigned bunk. Ofc. ~~Studemyer~~ *R.W.W Stoudemire* put her

stick in inmate Myhand face and insinuatingly accuse inmate Myhand of masturbating. When Ofc. ~~Studemyer~~ *R.W.W Stoudemire* put the stick to his face (tring to provoke

inmate Myhand to respond in a way she could show out in front of the other

female and Male cadet. Ofc. ~~Studemyer~~ *R.W.W Stoudemire* stated:" if I ever see you masturbating

on me again I'm going to write your ass up." inmate Myhand started telling her

he has his shorts on, my hand not even in my shorts, I'm talking to that man right

there (pointing at inmate A. Colemon whom at this time had stood up to get out

of the way). Ofc. ~~Studemyer~~ *R.W.W Stoudemire* became even more aggressive at this point and put

PAGE *1* OF          *Exhibit AA*

the stick to his face tring to further provoke a response out of inmate Myhand
to used physical force that really was not need. Inmate Myhand manage to get
his shoes on while ofc. ~~Studemyer~~ *R.W.W.* *Stondemire* address me with verbal aggression and a
order me to get off my rack and go out side. On our way out side ofc. ~~Studemyer~~ *R.W.W.* *Stondemire*
steps on the heel of my shoe tring to get a response while she calls in a code
on the radio. Once we reach out side other officer are running in route to the
dorm C-1. Sgt. Patrick talk with inmate Myhand, at this time ofc. ~~Studemyer~~ *R.W.W.* *Stondemire*
push me with her stick in my neck as the other officers approach, I remain calm
because it was obvious to me ofc. ~~Studemyer~~ *R.WW* *Stondemire* was tring to use me and inmate
Myhand as an example to exercute physical force. Gladly, I was that Sgt. Waiver
stop her before I was force to defend myself . I told Sgt. Waiver she knows she
is wrong for that, so he decided to escort me to the shift office himself. Shortly,
after arriving at the shift office ofc. ~~Studemyer~~ *R.WW* *Stondemire* comes up to me with her stick
again but before she could touch me with it Sgt. waiver instructed her to go on
in the shift office (to talk to the Lt. Person and Captain Moore). Officer S Hess
also watch the incident as it unfolded in the hands of ofc. ~~Studemyer~~ *R.WW* *Stondemire*. Sgt.
S.Clemons tell ofc. ~~Studemyer~~ *R WW* *Stondemire* gone handle your bussiness girl. Sgt. Waiver
returned about five (5) minutes later. Told me to stand out the shift office
door. in the lobby area. Lt. Person celled me in the officer ask me my A.I S.
# I gave it to him and he instructed me to go back out side the shift office
in the lobby area, which I did. Captain Moore came to the door of the shift
office and stated you going to get your one hundred (100) and he stated some-
thing with that. I ask Captain Moore what did you say? He said you ever heard
of getting your one-hundred (100)? I answered No, and ask him what did he mean,
he said you going to find out. I'm certain you going to get what you are looking
for, you're going to get what you are looking for. Captain Moore add I don't
know what you call your self doing and I don't know what ofc. ~~Studemyer~~ *R WW* *Stondemire* going
to write you up for but it sound like you was tring to incite a riot. That What
you're doing! I gave Captain Moore no verbal response just look at him. He stated

PAGE 2 OF ___

*Richd W Wright-be Bey*
*28 USC §1746*

*Sent to*

JULY 4th, 2008

AFFIDAVIT COVER SHEET

Inmate Richard Wayne Wright, Sr. Bey Affidavit
A.I.S.# 187140 Dorm C # Bed 26-B
Elmore Correctional Facility
Post Office Box #8
Elmore, Alabama 36801

CC:  Warden Willie Thomas (Warden III) (B/M)

Warden Patricia Hood (Warden II) (B/F)

Captain  Willie Moore (Warden I) (COS.II) (B/M)

Captain _?_ Naille (COS.II) (Administrative) (W/M)

Dr. _?_ Banerjee (Psychiatrist)

Captain _?_ Copeland (COS.II) (Warden I) [Staton]

Sgt. _?_ Butler (Co.II) (W.A./F)

Mr. Sean Thomas (Psychological Associate's)

Honorable Charles S. Coody (United States District Court Judge
Middle District)

Honorable W. Keith Watkins (United State District Court Judge
Middle District)

Honorable Nancy Holbrook (United States Appeals Court Judge
Eleventh Circuit)

Mr. Thomas K. Kahn (Clerk U.S. District Court 11th Cir.)

Ms. Debra P. Hackett (Clerk U.S. District Court Middle District)

Mr. Richard Allen (Prison Commissioner)

Mr. James DeLoach (deputy Commissioner,

Mr. Troy King (Attorney General)

*Exhibit (BB)*

COVER SHEET

STATE OF ALABAMA)

COUNTY OF ELMORE)

## AFFIDAVIT OF RICHARD WAYNE WRIGHT, SR, BEY

BEFOR ME, _Sheri D. Reeves_, a Notary Public in and for siad County and State of Alabama at Large, personally appeared RICHARD WAYNE WRIGHT,Sr. Bey, A.I.S.# 187140 who being known to me and being by me first duly confirms, desposes and says under oath as follows:

My name is RICHARD WAYNE WRIGHT, SR. BEY A.I.S.# 187140, I am presently incarcerated at Elmore Correctional Facility, Dorm C-1 Bed 26-B; Post Office Box # 8; Elmore, Alabama 36025. I am over the age of twenty-one (21) years. I am personally familar with all the facts set forth in this affidavit.

On June 27, 2008 Friday approximatley 10:15 p.m. (3rd) shift their was a disturbance in the dorm C-1. Prison Officials order every inmate to report to their assigned Bed. Neither Sgt. Burks (Co.II) (B/M) Nor Lt. Person (COS.I) (B/M) were able to discover what the gathering (disturbance) was about. Sgt. Burks made an announcement 'to some effect' he does not know what type of games we are playing, so just stay on your 'rack' (assigned bunk) Ofc. Owen (Co.I) (B/M) came dirrectly one (1) bunk over from where in I were soughting through my legal materal while they Sgt. Burke and Lt. Person had access to my legal papers all night long (3rd) shift (while being held in the shift office lobby) for observation June 18, 2008 Wednesday through June 19, 2008---Thursday (to or about) 7:00 a.m. After such time I was escorted to the back gate and sent to the back of the laundry (in side the cage) for approximately five (5) hours. Finally Sgt. ? Patrick (Co.II) (W/M) and came in the area I was sitting in and I express to him my distressful state of being and shortly thereafter Sgt. Patrick had ofc. King (Co.I) (M.A./M) and Ofc. Williams (Co.I) (M.A./M) escort me to Staton Health Care Unit. It was so sudden Ofc. Williams and Ofc. King was instructed to take me immediately, so that no inventory of my personally

PAGE 1 OF 4    Exhibit (BB)

property nor was I properly processed out . Little did I know what I was in store for.

Upon arriving at staton (S.C.F.) Health Care Unit ofc. King and ofc. Williams (transfering Officers) release me to Staon. I was placed in a single cell under observation. This was known because the mental Health Staff told me I must stop masturbating.

I properly informed him while I'm in privacy (so I thought) I'm intitled to relieve my self of sexual passions as long as long as I don't effect or take away the rights of others. I'm not going to allow you'll to make a homosexual out of me. You can see you'll are already taking away any and every thing (we as men) use to keep our sexual passion in the bounds of moderation. Its not our fought that you'll have placed a large number of our women (woman of our race) in these setting to be dishonor due to the long time we have been without a woman sexually. Neither is it our fought these male officer are married to the women and expect the inmates to look at these females any differently when 'our' condition (sexually) remains wanting.

I'm still uncertain what all the staff at Kilby did to me while I was sadated and while I was in P-1 Unit--isolated. Could of had sex with me, performed any kinds of test or examination on me I did not consent too, nor could resist.

The area at staton (H.C.U) I was expose to had an inmate name Jason Boyd housed there in among the other(s) (besides myself) subjected to treatment Hepatitis 'B' which the card beside the cell he was housed in showed he was being treated for such disease (Hepatitis 'B') . Later thursday night June 19, 2008 or early Friday Morning June 20, 2008 officers came through the Unit (H.C.U.) and test 'what appeared' to be with some type guns' for radiation 'level' in each cell which they started with the cell I was housed in, then went to test the 'level' in the other two (2) cells. I repuest on two

(2) occasion to see the shift commander (2nd) shift—thursday June 19, 2008 and again on third (3rd) shift—friday morning June 20, 2008.

I did see Sgt. Butler (Co.II) (P.A./F) on June 19, 2008 but she would not except the affidavits I had written on the tissue which were for Captain and the Warden and/or designee she specifically stated it was not for her and she could not take it to them. I ask her if she would return in about thirty (30) minutes I would write her one. I also informed her about 'this' contaminated area and refered to the mask she was wearing. She cut the conversation short on this note and stated "I'll tell the captain. On her way out the second door she told the cubicalls officer "Don't call me back down here".

On June 20, 2008 Friday was when I saw Sgt. Butler again (this time) with the Captain. She was a lady of her word, I talk with Captain I, then her shortly afterwards I was transfered back to Elmore (E.C.F.).

Conclusively, I was placed in area which subjected me to disease Hepatitie "B". Placed in an area which expose me to radiation, I did not consent to. Neglected by Prison Official Staff to respond to such danger ( I was expose to) in a efficent manner of time. Placed me in such danger. Convert the presumed observation to the discribed, discription note herein.

DONE THIS THE 4TH DAY OF July, 2008

Affiant Further Saith Not.

Respectfully Submitted,

*Richel W. Wright Sr Bey*

Richard Wayne Wright, Sr. Bey # 187/140
Elmore Correctional Facility
Dorm C-1 Bed 26-B
Post Office Box # 8
Elmore, Alabama 36025

CC: Warden Thomas (Warden III)
Warde Wood (Warden II)
Ms. Bates (Clasification SpC.)
Captain Naille (Warden I)(COS.II)
Captain Hoone (Warden I)(COS.II)
Dr. Banergee(Psychiatrist)

NOTARY STATEMENT

STATE OF ALABAMA)
COUNTY OF ELMORE)

PAGE 3 OF 4    Exhibit (BB)

SUBSCRIBED AND CONFIRMS TO BEFORE ME THIS 10TH, DAY OF

July , 2008.


Richard W. Wright Su Bay
**Affiant**

Sheri D Reeves
**Notary Public**


My Commission Expires July 18, 2010

My Commission   Expire Date


PAGE 4 OF 4

STATE OF ALABAMA)
COUNTY OF ELMORE)

### AFFIDAVIT

BEFORE ME, the Undersigned authority, a Notary Public, in and for said County
and State of Alabama at Large, personally appeared Richard Wayne Wright, Sr.
Bey, A.I.S.# 187140, who being known to me, and being by me first duly confirms,
deposes and says under oath as follows:

My name is Richard Wayne Wright, Sr. Bey, A.I.S.# 187140 and I am presently
incarcerated with the Alabama Department of Corrections at the Elmore Correctional
Facility (E.C.F.); Dorm C-1 Bed 26B; Post Office Box #8 Elmore, Alabama 26025.
I am over twenty-one (21) years of age.

On June 18, 2008, Wednesday at approximately 2:30 P.M. (during the called
for lock down) I went into the shift office lobby with all my personal property.
I then went into the shift office and talk with Lt. McKeith (COS.I) (B/M). [McKee R.W.W.]
I explain the situation what grove me to come to the shift office like that.
(SEE Exhibit I, Inmate Wright Bey Affidavit). Lt. McKeith (COS.I) became annoyed [McKee R.W.W.] [annoyed R.W.W.]
and spoke a little aggressive when he discovered I was not willing to sign a
living aggreement, neither were [he] willing to write or prepare an enemy availi-
dation Committee form. Lt. McKeith called inmate Floyd to the shift office by [McKee R.W.W.]
radio. After inmate Floyd to the shift of office Lt. McKeith then suggested [McKee R.W.W.]
that we sign a living aggreement a go back to our dorm. Inmate Floyd was
willing to comply with Lt. McKeith suggestion but I was not. Lt McKeith did [McKee R.W.W.] [McKee R.W.W.]
not think I was important enough to call for add security since I am placed
in the Black class, but in reality I am a Moorish American (M.A.). It was not
surprising to me Lt. McKeith was functioning the way [he] was(because it's a [R.W.W McKee R.W.W]
common practice for this type of reaction when inmates as my self are placed
in the black class) there as if I was unimportant. Lt. McKeith then directed [McKee R.W.W.]
his concerns towards inmate Floyd. Lt. McKeith tells me theirs nothing in your [McKee R.W.W.]
file's saying you and him (referring to inmate Floyd) had a problem. Lt.

PAGE 1 OF 2     *Exhibit (CC)*

McKee

~~McKeith~~ then called Ms. McQueen (Classification specialist supervisor) to the
R.W.W
shift office. Ms. McQueen also gave me a series of questioning finally she
gave me her ultimately question;"Do you want a transfer?". I again told her
I'm not here for a transfer but indicate  my concerns with inmate floyd. Lt
McKee
~~McKeith~~ Sent Me in the hall out side the shift office. Inmate Floyd joined me
R.W.W
about ten (10) minutes later. That when I met with Mr. Thomas he took me into
a room where in I was joined by Dr. Banerjee and Nurse Benefeild.  I reiterated
                                         McKee
the conversation I had with Lt. ~~McKeith~~ Mr. Thomas and Dr Banerjee left me and
                                    R.W.W.
Nurse Benefeild alone several times until lastly they re-enter the room with
Warden Hood (Warden II) (B/F) and suggested I be put in protection until transfered
tomorrow (June 19, 2008--Thursday). What was said to be protective custody
ended up be a period of observation that later turned into a dangerous situation
(where in I was sent to Staton Health Care Unit, Placed in a contaminated area
and and an area which radiation was being used which I never consented to)

     On June 20, 2008 I was sent back to Elmore (E.C.F.) after several com-
plaints made to Sgt Butler (Co.II) (M.A./F) and finally the Captain ? .
which she brought back as she had said she would.

AFFIANT Further Saith Not.

     DONE THIS THE 23rd DAY OF JUNE, 2008.

                                        Respectfully Submitted,

                                        Richard Wayne Wright, Sr. #ey
                                        A.I.S. #187140, Pro-Se.

                         NOTARY STATEMENT

STATE OF ALABAMA)
COUNTY OF ELMORE)
     Confirmed To And Subscribed Before Me This 3rd Day of July ,

2008.

AFFIANT                                  NOTARY PUBLIC

                    My Commission Expires July 18, 2010
                    MY COMMISSION EXPIRES DATE

                    PAGE 2 OF 2

R.W.W.
JULY 18, 2008

AFFIDAVIT COVER SHEET

Inmate Richard Wayne Wright, Sr. Rev Affidavit
A.I.S.# 187140 Dorm C-1 Bed 26-B
Elmore Correctional Facility
Post Office Box # 8
Elmore, Alabama 36025

CC:    Warden Willie Thomas (Warden III) (B/M)

Warden Patricia Hood (Warden II) (B/F)

Captain Willie Moore (Warden I) (COS.II) ( Warden I)        (B/M)

Captain T Neile (COS.II) (Administrative) (W/M)

Honorable W. Keith Watkins (United States District Court Judge
                            Middle District)

Honorable Charles S. Coody (United States Magistrate Judge
                            For The Middle District

Honorable Nancy Holbrook (United States Appeals Court Judge Eleventh Circuit)

Mr. Richard Allen (Prison Commissioner)

Mr. James Deloach (Assistant Prison Commissioner)

Mr Bob Riley (Governor Of Alabama)

PAGE A OF A        Exhibit DD

STATE OF ALABAMA)

COUNTY OF ELMORE)

<u>AFFIDAVIT OF RICHARD WAYNE WRIGHT, AR. BEY --7/11/08</u>

BEFORE ME, _____, a Notary public in and for said

County and State of Alabama at Large,  personally  appeared Richard Wayne Wright,

Sr. Bey, A.I.S.# 187140; who being known to me and being by me first duly con-

firms, desposes and says under oath as follows:

My name is Richard Wayne Wright, Sr. Bey A.I.S.#.  I am  presently incar-

cerated at Elmore Correctional  Facility, Dorm C-1 Bed 26-B; Post Office Box

# 8; Elmore, Alabama 36025. I am over the age of twenty-one (21) years. I am

personally familiar with all the facts set forth in this Affidavit.

On July 11, 2008 Friday I met with Dr. Banerjee and Nurse Benefeild about 4:25

p.m. I explain to Dr.  Banerjee after I was found by the shift officer runner in

the law library. I shortly,  there after reported to the shift office lobby  with

the legal material I needed to show Dr. Banerjee to substantiate the true danger

I faced being here at Elmore Correctional Facility/Center any longer amongst Lt.

Jerome Person (COS.I) (B/M) and Sgt. Willie Burks (Co.II) (B/M) Lt. Mckee before

performing the normal ' shake down' (checking the inmate's for weapons or contra-

band). Lt. Mckee asd me where I was  going with that refering to the two (2) small

manilla envirlopes containing the disciplinaries falsely applied by  Terry Person

(Co.I) (B/F)  and Nettie Burks (H.S.A.) & (D.O.N.) both  of these individuals

played their part in fabrlicating information at the hearing and prior to being

placed in segregation at Ventress Correctional Facility alleging they did not

know  I was gaving problems taking Alipsol (T.B. Skin Test Solution). Nurse Marsh

joined in also knowing fully well I had been in segregation for this same thin

(not taking Alipsol--T.B. Skin Test).

All this proof along with Affidavits were going to be shown to Dr. Banerjee

but Lt. McKee would not allowed me back there with it. Lt. McKee sent the runner

PAGE 1 OF 4          *Exhibit DD*

to Dr. Banerjee asking her did she want me to bring legal work that would clearly show her and Nurse Benefield I was not making up these things or talking out my head as they were insinuating. The runner return stated: "she said no and Lt. McKee sent me back to the dorm to put my legal papers away and return; which I did. I was patted down for weapons and sent to Dr. Banerjee and Nurse Benefield.

I plainly stated to Dr. Banerjee and Nurse Benefield (here after refered to 'them' or ' they') that my legal material was taken on June 18th or 19th by (believed to be) Lt. J. Person and/or *(R N D)* Sgt. W. Burks. But I can't honestly say which one (1) took the missing documents because it was amongst Lt. McKee and Sgt. Clemens (Co.II) (W.A./W) on 2nd shift June 18, 2008 prior to Lt. Person and Sgt. Burks coming on third (3rd) shift (June 18, 2008 Ten (10) O'Clock p.m. thru six (6) O'Clock a.m. June 19, 2008). Also Sgt. Waiver (Co.II) (B/M) did not allow me to take my property/legal material other than 'that' legal papers Sgt. Clemens allowed me to take in the room (under Lt. McKee Supervision and instruction) across form the shift office approximately one-hundred (100) to one hundred and fifty (150) sheets. Its hard to distinguish which one (1) of the officials (or who) did get my legal papers. Three (3) things are certain : (1). I did have the legal material amongst my property before it became in their possession; (2) None of them gave me a property sheet and: (3). Lt. Person and Sgt. Burks has family which are greatly involved in the violation's of my civil and human rights One official could have sent the other(s) on a mission in the other part of the prison while they--he--or--she go through my legal papers and get/got the documents that are missing.

When Sgt. Waiver arrived on first (1st) shift the following morning June 19, 2008 approximately six (6) a.m., Sgt. Waiver (Co.II) (B/M) did not allow me to get the rest of my property/legal material other than 'that' Sgt. Clemens allowed me to take in the room across from the shift office as I mention earlier approximately one hundred (100) to one-hundred and fifty (150) sheets. It was not until

PAGE 2 OF 4

Sgt. Patrick came and had Ofc. Williams and Ofc. King transport me to staton Prison I was Keep from having possession of it. But when I arrived at Staton Prison they too took my property. So as one (1) can see its hard to distingish which official did allowed and/or particiapated in the taken of my court documents that are missing. Sgt. *ewW* James (Co.II) (W/F) and the acting secretary--officer Alan Thompson (Co.I) (B/M). Would not inventory my property either under the guidance of Lt. Person and/or Sgt. Burks. None of them mentioned above would take resposibility to secure my property, now I must compel the court to placed another order to retrieve these document from the defendants.

Conclusively, I was leaded to believe Dr. Banerjee and Nurse Benefeild were going to have me placed in protective Custody (P.C.). Dr. Banerjee made it clear that 'they' could not control who would be put in a cell with me or next to me with a diisease as Hepatitis "B", Aids, ect., because they had no single cell here at Elmore, I could not be transfered, and only thing she thinks I could be placed at is the back gate. Simultaneously Captain Moore (COS.II) (B/M) (Warden I) pasted by the open door of the room, in which we were meeting and Dr. Banerjee instructed Nurse Benefeild to go stop Captain Moore (which she did). Dr. Banerjee wanted me to tell him about the danger I had previously discussed with her and Nurse Benefeild. I explained to Captain Moore what I explain too them in a condense Version with the time allotted. Captain Moore allege, as well I would be placed at the back gate as P.C. status. Nurse Benefeild and Dr. Banerjee was given the task of telling Lt. McKee which allowed me to sit in the lobby area for approximately two (2) hours before telling me he did not know anything about me being placed in P.C. Status. Lt.McKee told me to go back to my dorm. I tried to explain to him what transpired in the room and what they said to me as diiscribed above. Lt. McKee said: "I'll talk to Sgt. Burks and Lt. Person." -- go back to your dorm you can't stay up here. So I left the lobby and notified my Aunt of the suspected danger, by phone,

PAGE 3 OF 4

DONE THIS THE 12th DAY OF ~~JUNE~~ July, 2008.
RW.W

AFFIANT FURTHER SAITH NOT.

Respectfully Submitted,

RICHARD WAYNE WRIGHT, SR. BEY #187140
Elmore Correctional Facility
Dorm C-1 Bed 26-B
P.O.BOX # 8
Elmore, Alabama 36025

### NOTARY STATEMENT

STATE OF ALABAMA)
COUNTY OF ELMORE)

Subscribed And Confirmed To Before Me _____ Day Of _____,

2008.

_____          _____
        Affiant              :          Notary Public

_____
My Commission Expired Date.

This is to certify that I and the other undersigned individual(s) are
confirming Inmate Richard Wayne Wright, Sr. Bey; A.I.S.# 187140 did signed
this document in our presence on the said date(s) as indicated.

_____          8/21/08
Richard Wayne Wright,Sr. Bey          Date
    A.I.S.# 187140
    28 USC §1746

_____   /      _____ 8T21/08
Witness; 28 USC §1746    Date      Witness; 28 USC §1746    Date
                                    Patrick Bradham #152283

PAGE 4 OF 4

<u>AFFIDAVIT</u>

STATE OF ALABAMA)
COUNTY OF ELMORE)

Before Me, the undersigned wittnesses did personally appear Gary Alexander
A.I.S.# 104801. and Confirms To, Deposes and signed to this document which saith
the following:

My name is Gary Alexander, A.I.S.# 104801 and, I am individual over the age
of twenty-one (21) years. I am presently incarcerated at Elmore Correctional
Facility (E.C.F.); Dorm C-1 Bed 26-B: Post Office Box # 8; Elmore, Alabama 36025.
Inmate Richard Wayne Wright, Sr. Bey, A.I.S.# 187140 ask me would I clarify
that he was transfer on the said date below.

On June 18, 2008 Wednesday Inmate Richard Wayne Wright, Sr. Bey, A.I.S.#
187140 was transfered to another place. On June 20, 2008 Friday Inmate R. Wright
Sr. Bey returned to the same bed he was assigned to before leaving Elmore
(E.C.F.) the previous Wednesday.

I declare under penalty of perjury under the laws of the United States of
America that the foregiong is true and correct. Excuted on July 1st, 2008.
Affiant Further Saith Not.

Respectfully Submitted

Gary Alexander # 104801
28 USC 1746

The following individuals witness the signature of the prospective person.

Witness 7/1/08
Richard W. Wright sr. Bey
#187140
C-1 / 26-6

Witness 7/1/08
Tyree Walker Bey
#251019  C-1/10-B

Witness 7/1/08
Gary Andrews
# 186125 C-1/41B

PAGE 1 OF 1    Exhibit EE

## AFFIDAVIT

STATE OF ALABAMA)
COUNTY OF ELMORE)

Before Me, the undersigned wittnesses did personally appear Patrick Bradham A.I.S.# 152283, and Confirms To, Deposes and signed to this document which saith the following:

My name is Patrick Bradham, A.I.S.# 152283 and I am individual over the age of twenty-one (21) years. I am presently incarcerated at Elmore correctional Facility (E.C.F.); Dorm C-1 Bed 56-A; Post Office Box #8; Elmore, Alabama 36025. 55 R.W.W. Inmate Richard Wayne Wright, Sr. Bey, A.I.S.# 187140 ask me would I clarify that he was transfer on said date below.

On June 18, 2008 Wednesday Inmate Richard Wayne Wright, Sr. Bey, A.I.S.# 187140 was transfered to another place. On June 20, 2008 Friday Inmate R. Wright Sr. Bey returned to the same bed he was assigned to before leaving Elmore (E.C.F.) the previous Wednesday.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct. Excuted on July 1st, 2008. Affiant Further Saith Not.

Respectfully Submitted,

Patrick Bradham # 152283
28 USC 31746

Richl W Wright Sr Bey        Tyree Walker Bey    Gary Andrews
Witness #18740               Witness 7/1/08      Witness 7/1/08
Richard W Wright Sr. Bey     Tyree Walker Bey    Gary Andrews
7/1/08 C-1/26-B              #251619 C-1/16-B    #184125 C-1/41-B
the Following individauls witness the signature of the prospective person(s).

PAGE 1 OF 1

Exhibit(FF)

STATE OF ALABAMA)
COUNTY OF Elmore)

Exhibit (GG)

<u>AFFidavit OF Richard Wayne Wright</u>
<u>Sr. Bey  8/6/08</u>

ON August 5th, 2008 Tuesday
Approximately 10:15 a.m. Mrs. Clark
(legal Mail Clerk) sent a runner to
give me a pass and tell me to come
see her now. I placed the other
Five letters with the two I sent to
the Court on August the 1st 2008
Friday about 11:00 A.M. Mrs Clark
had the Five letters to the attorney's
of the defendant(s). Mrs Clark stated:"
I aint sending these many letters out
I'm only allowing you two (2) Forty-
one (41¢) cent stamps or one
envirlope which postage
weight equal Eighty-two
(82¢) cent (2 stamps). I did
place all the mail (Seven

(Inmate Wright
Bey

(Right Thumb)
Print

Page 1 oF 6

letters) in the mail box which is used as the u.s. mail box here at Elmore Correctional Center/Facility here after refered to as Elmore (E.C.F.)) Mrs. Clark then Continued stating: " Two of these envirlopes weighs more then two (2) stamps, it needs three (3) and we only giving you two stamps per weeks. So you choose which one (1) you want to send out" Mrs. Clark then handed me back all Five (5) envirlopes. I pick the one For the attorney general Mr. Troy King and attempted to hand it to her as she walk away From me to the other side of the desk. I ask Mrs. Clark did she want me to put it in her hand or lay it right here (on the desk). Mrs. Clark replied you don't put nothing in my hand". It then became obvious we were leading into a change of words. I layed the letter on the edge of the desk and walked out while Mrs.

Page 2 OF 6

Clark Went on Stating: You don't Come in here telling me nothing..." The runner Stop me while on the Way to the dorm I'm assign to. The runner inform me that Sgt. Horton wanted to see me. Once I reported to him he instructed me to have a Seat in the lobby. After about Fifteen Minutes of Waiting in the lobby. Sgt. Horton Came out and escort me outside the admin. building and Walked me to the side of the chapel (in the shade.) I notice the letter in Sgt. Horton hand Which I gave to Mrs. Clark (she Would not Mailed that either). I had allready place the other letters back in the mail box to be mailed out When ever She See Fit. Sgt. Horton gave me his lecture about What I should be doing and how I have to act. If I expect them to do any thing For Me. He then acted like he Was going to hand me the letter and drop it on the

Inmate Wright

Ben



Right Thumb Print

Page 3 of 6

ground. He ordered me to pick it up. I replied, "You drop it down there!" He said, "it was an accident I just want you to pick it up" I started "you can (~~pick~~ RWW) just let it stay down there" Officer Horton replied "go over there (pointing towards the side of the kitchen. When I walked towards that area sgt. Horton called me back. He handed me the letter and told me lets go see mrs. Clark again. Sgt. Horton started his second lecture with a nother inmate present a few feet from the shift office (lobby door). Sgt. Horton made sure I under stood the treatment I am getting by stating You ain't going to get nothing the way you are acting. That's just like when you came to get your papers notarize. If you don't do like you are told, then ain't no-

Inmate Wright Ben



Right Thumb Print

body going to do nothing For you or any body else, but you do what I say and we might do something For you." I remain silent the entire time. Sgt. Horton Concluded with ordering me to sit in the lobby until he gets Mrs. Clark to open the mail box and get the letter out. I sat in the lobby approximately one(1) hour I con-Cluded Sgt. Horton sat me out there For a waste of time so I left and Went to eat. This was the second time Sgt. Horton had me to be sitting in the lobby For a useless and meaningless purpose.

On August 6th 2008 Wednesday approximately 9:48 A.M. the runner inform me While I sat in the law library research Law that Sgt. Horton Wanted me in the shift office, Cadet Hillary

Inmate Wright
Ben

Right Thumb Print

Page 5 of 6

(I ~~again placed the legal mail~~) RWW RWW

handed me the same Four envirlopes
I placed in the mail box the day be-
fore Which Mrs. Clark Would not take
For mailing. This was Sgt. Horton Super-
Vision decision To stop my legal mail From
going out throught and by Mrs. Clark and
Cadet Hillary, I again placed the legal mail
in the mail box and hope Sgt Horton Would
let Mrs. Clark and/or Cadet Hillary mail
these envirlopes to the defendants attornies.
End of Statement.

Done this the 6th day of August
2008.

Respectfully Submitted,

Richard W Wright Sr Bey        (Inmate Wright)
                                        Bey



(Right Thumb)
Print

Page 6 OF 6