IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., ) <br> AIS #187140, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RICHARD ALLEN, et al., ) <br> ) <br>     Defendants. ) | CIVIL ACTION NO. 2:06-CV-863-WKW |

**ORDER ON MOTION**

Upon review of the document filed by the plaintiff on August 27, 2008 (Court Doc. No. 77), which the court construes to contain a motion for preliminary injunction seeking protection from the defendants, and for good cause, it is

ORDERED that on or before September 12, 2008 the defendants shall show cause why this motion should not be granted.

Done this 28th day of August, 2008.

                                                                     /s/ Charles S. Coody
                                                                CHARLES S. COODY
                                                                 UNITED STATES MAGISTRATE JUDGE