IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RICHARD WAYNE WRIGHT, SR. | ) | |
| AIS #187140, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-863-WKW |
| | ) | |
| RICHARD ALLEN, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

The court having conducted a *ne dovo* review of those portions of the Magistrate Judge's recommendation (Doc. # 83) to which Plaintiff objects (Doc. # 86), *see* 28 U.S.C. § 636(b)(1)(C), it is ORDERED that the Recommendation is adopted, that Plaintiff's objection (Doc. # 86) is OVERRULED, and that Plaintiff's motion for preliminary injunction (Doc. # 77) is DENIED.

DONE this 14th day of October, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE