IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RICHARD WAYNE WRIGHT, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACT. NO.  2:06cv863-WKW |
| | ) | (WO) |
| RICHARD ALLEN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

On September 27, 2006, the pro se plaintiff, then incarcerated in the Alabama Department of Corrections, filed a 73 page complaint with 89 pages of attendant exhibits. (Doc. # 1).  On March 12, 2010, the plaintiff notified the court that he was no longer incarcerated and provided the court with his address. (Doc. # 131). On September 2, 2011, the court set argument on September 13, 2011, at 1:30 p.m. for the parties to more fully explain their positions to the court.  The plaintiff was specifically cautioned that if he failed to appear as required by the court's order, the court would treat his failure to appear as an abandonment of the claims set forth in the complaint and as a failure to prosecute this action and would recommend that this case be dismissed.  On September 13, 2011, the plaintiff failed to appear at the appointed time and place for argument as directed by the court.

On September 13, 2011, the court issued an order directing the plaintiff on or before September 27, 2011, to show cause why this case should not be dismissed for want of prosecution.  (Doc. # 133).  The plaintiff was specifically cautioned that if he failed to

respond as required by the order, the court would treat his failure to respond as an abandonment of the claims set forth in the complaint and as a failure to prosecute this action and the undersigned would recommend that this case be dismissed for such failure.

Orders mailed to the plaintiff have been returned to the court because the plaintiff was no longer at the address he had provided to the court.

The plaintiff has failed to file a response to the order entered on September 13, 2011. Consequently, the court concludes that the plaintiff's abandonment of his claims, his failure to comply with the orders of this court and his failure to prosecute this cause of action warrant dismissal of this case.

## CONCLUSION

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be dismissed for the plaintiff's abandonment of his claims, his failure to comply with the orders of this court and his failure to prosecute this action. It is further

ORDERED that on or before **October 12, 2011**, the parties may file objections to the Recommendation. Any objection must specifically identify the findings in the Recommendation objected to. Frivolous, conclusive or general objections will not be considered by the District Court. The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings in the Recommendation shall bar the party from a de novo determination by the District Court of issues covered in the report and shall bar the party from attacking on appeal factual findings in the report

accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982). *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982). *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981, en banc), adopting as binding precedent all decisions of the former Fifth Circuit issued prior to September 30, 1981.

Done this 28th day of September 2011.

/s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE