IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. NO. 2:06-CV-863-WKW ) (WO) |
| RICHARD ALLEN, *et al.*, | ) ) |
| Defendants. | ) |

## **FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is ORDERED and ADJUDGED that judgment is entered in favor of Defendants and against Plaintiff.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 19th day of October, 2011.

      /s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE